UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

     v.                           Case No. 2:13-cr-72-FtM-99SPC

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

### NOTICE OF APPEARANCE

The United States of America, by Robert E. O'Neill, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the

undersigned as counsel for the United States in the above-captioned case.

Chief Assistant United States Attorney Nicole H. Waid has been assigned

as co-counsel in this case.  Please forward all materials in this case to both

counsel and co-counsel from this date forward.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:    *s/ Nicole H. Waid*
        NICOLE H. WAID
        Assistant United States Attorney
        USA No. 116
        2110 First Street, Suite 3-137
        Fort Myers, Florida  33901
        Telephone:   (239) 461-2200
        Facsimile:    (239) 461-2219
        E-mail:  nicole.waid@usdoj.gov

**U.S. v. DAVID LEON FREDRICK, ET AL       Case No. 2:13-cr-72- FtM-99SPC**

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**No attorney of record listed with the court at this time.**

*s/Nicole H. Waid*
NICOLE H. WAID
Assistant United States Attorney