FILED

2013 MAY 30 PM 3: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEON FREDRICK, and PATRICIA LYNN HOUGH | Case No. 2:13-cr-72 FtM-99SPC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above entitled action as additional counsel of record for Defendant Patricia Hough and requests that copies of all pleadings, notices, orders and other papers in this cause be provided to the undersigned as additional counsel for the Defendant.

Dated: May 30, 2013

BINGHAM MCCUTCHEN LLP

By: _____
Brianna L. Abrams
brianna.abrams@bingham.com

The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Telephone: 310.907.1000
Facsimile: 310.907.2000

Attorneys for Defendant Patricia Hough

A/75577075.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon the following counsel of record via U.S. Mail, postage prepaid, on May 30, 2013:

Caryn D. Finley
Justice Department, Tax Division
Trial Attorney, Southern Criminal
Enforcement Section
601 D Street, NW, Room 7920
Washington, DC 20004

_____
Susan A. Bryant