UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-FTM-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL
## FOR DEFENDANT PATRICIA LYNN HOUGH

COMES NOW, Bruce Udolf, Esq., and hereby files this appearance as counsel for **Defendant Patricia Lynn Hough** in the above-styled cause. Copies of any and all pleadings, proceedings, correspondence, etc., are to be e-mailed and/or mailed to the undersigned counsel, at the addresses set forth below.

    Respectfully submitted,

    BRUCE L. UDOLF, P.A.
    *Counsel for Defendant Hough*
    Broward Financial Centre
    500 East Broward Blvd., Suite 1400
    Fort Lauderdale, Florida 33394
    Telephone: (954) 858-8831/ Fax: (954) 525-2134

By: /s/ Bruce L. Udolf
    BRUCE L. UDOLF/ Florida Bar No. 0899933
    budolf@udolflaw.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 31st day of May, 2013.

By: /s/ Bruce L. Udolf

*Bruce L. Udolf, PA*
*Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394*
*(954) 858-8831 budolf@udolflaw.com*