UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    COMES NOW, Movant Bruce Udolf, Esq., Attorney for Defendant Patricia Lynn Hough ("Hough"), and in accordance with United States District Court Local Rule 2.02, respectfully submits this Motion to Appear p*ro hac vice* for: **Nathan J. Hochman, Esq**., **Daniel Saunders, Esq.**, and **Brianna Abrams, Esq**. on behalf of Defendant Hough in the above-styled case, Consent to Designation, and Requests to Electronically Receive Notices of Electronic Filing in this case (the "Motion"), and in support thereof states as follows:

    1.    Nathan J. Hochman, Esq., Daniel A. Saunders, Esq., and Brianna L. Abrams, Esq., are attorneys of the law firm of Bingham McCutchen, LLP, Suite 2050 North, 1601 Cloverfield Blvd, Santa Monica, California 90404.

    2.    Nathan J. Hochman, Esq. is not admitted to practice in the Middle District of Florida but is a member in good standing of the State Bar of California (California Bar No. 139137) and the District of Columbia Bar (Bar No. 978909).  Mr. Hochman is admitted to the U.S. Supreme Court, the D.C., 2nd and 9th U.S. Circuit Courts of Appeal, the U.S. District Courts for the Central, Eastern, Northern and Southern Districts of California, and the U.S. Tax Court.

3. Daniel Saunders, Esq., is not admitted to practice in the Middle District of Florida but is a member in good standing of the State Bar of California. California Bar No. 161051. Mr. Saunders is admitted to the U.S. Court of Appeals for the 9th Circuit, and the U.S. District Court for the Central District of California.

4. Brianna L. Abrams, Esq., is not admitted to practice in the Middle District of Florida but is a member in good standing of the State Bar of California (California Bar No. 239474), and the District of Columbia Bar (No. 500675). Ms. Abrams is admitted to the U.S. District Court for the Central District of California.

5. Movant, Bruce Udolf, Esquire, of the law firm of Bruce L. Udolf, P.A., 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394, Telephone: (954) 858-8831 is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

6. Movant, Bruce Udolf, Esq., consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

7. In accordance with the local rules of this Court, Nathan J. Hochman, Esq., Daniel Saunders, Esq., and Brianna L. Abrams, Esq. are making payments by check for $10.00 each, for their respective admission fees, which will arrive to the Court by U.S. mail under separate cover.

8. Special Admission Attorney Certifications are attached hereto as Composite Exhibit "A" for Nathan J. Hochman, Esq., Daniel Saunders, Esq., and Brianna L. Abrams, Esq.

9. Nathan J. Hochman, Esq., by and through designated counsel hereby requests the Court to provide Notice of Electronic Filings to email address: nathan.hochman@bingham.com.

10. Daniel Saunders, Esq., by and through designated counsel hereby requests the Court to provide Notice of Electronic Filings at the email address: daniel.saunders@bingham.com.

11. Brianna L. Abrams, Esq., by and through designated counsel hereby requests the Court to provide Notice of Electronic Filings at the email address: brianna.abrams@bingham.com.

WHEREFORE, for the reasons set forth herein, movant Bruce Udolf, Esq., hereby requests that the forgoing motion be granted, allowing Nathan J. Hochman Esq., Daniel A. Saunders, Esq., and Brianna L. Abrams, Esq. to appear *pro hac vice* before this Court on behalf of Defendant Hough, in the instant case, and directing the Clerk to provide notice of electronic filings to the indicated e-mail addresses; and for all such other and further relief as this Court deems just and proper under the circumstances.

Dated: May 31, 2013

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 31st day of May, 2013.

By: /s/ Bruce L. Udolf