UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court without hearing on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [DE __] , and this Court having considered the motion and all other relevant factors does hereby:

ORDER AND ADJUDGE that the **Motion is GRANTED**.  Nathan J. Hochman, Esq., Daniel Saunders, Esq., and Brianna Abrams, Esq. may appear *pro hac vice* in this matter and participate on behalf of Defendant Patricia Lynn Hough.  The Clerk shall provide electronic notification of all electronic filings to counsel as indicated:  Nathan J. Hochman, Esq., nathan.hochman@bingham.com; Daniel A. Saunders, Esq.: daniel.saunders@bingham.com; Brianna L. Abrams, Esq.: brianna.abrams@bingham.com.

DONE AND ORDERED in Chambers at Fort Myers, Florida on this ___ day of June, 2013.

                                                              _____
                                                              DISTRICT COURT JUDGE

Copies furnished to:   Counsel of record via CM/ECF