IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-JES-UAM |
| ) | |
| DAVID LEON FREDRICK and ) | |
| PATRICIA LYNN HOUGH, ) | |

**MOTION TO DETERMINE CONFLICT OF INTEREST**

COMES NOW, the United States of America, by and through its undersigned attorney, hereby moves this Court to conduct a *Garcia* Hearing pursuant to *United States v. Garcia,* 517 F.2d 272 (5th Cir. 1975).

As grounds in support, the undersigned states:

During the investigation of this case, Defendants David Fredrick and Patricia Hough were represented by Attorneys Nathan Hochman and Charles Falk respectively; this representation began sometime in or around the summer of 2011. During the past two years, Attorneys Hochman and Falk made numerous presentations to the government and counsel for the government has had significant correspondence and discussion with each counsel concerning their clients. The grand jury returned an indictment on May 15, 2013, charging Defendants Fredrick and Hough with one count of Conspiracy to Defraud the Internal Revenue Service (IRS) in violation of 18 USC § 371 and four counts each of Filing False Tax Returns for 2005 through 2008 in violation of 26 USC § 7206(1).

The government believes that the attorney-client relationships as described above continued through Wednesday, May 29, 2013, when Attorney Hochman informed undersigned counsel that he, along with Attorney Falk and two other attorneys from Hochman's Law Firm,

1

would now be representing Hough. Attorney Hochman also stated that Fredrick terminated Attorney Hochman's representation and that Fredrick was seeking alternate counsel. As of the date of this filing, no Notice of Appearance has been filed on behalf Fredrick.

The government believes that there is a potential conflict of interest that should be examined by this Court. Model Rules of Professional Conduct Rule 1.9 pertains to "Duties to Former Clients" and states that "(a) a lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same…matter in which that person's interests are materially adverse to the interests of the former client unless the former client gives informed consent, confirmed in writing." *Model Rules of Professional Conduct Rule 1.9.* Rule 1.9 also states that the lawyer shall not "use information relating to the representation to the disadvantage of the former client" or "reveal information relating to the representation except as these Rules would permit or require with respect to a client." *Id.* Given the allegations in the indictment, the government anticipates that Fredrick and Hough may have adverse defenses and that Attorney Hochman would need to take a position that is materially adverse to his former client, Fredrick. Additionally, the government is concerned that if either or both Defendants were to testify at trial that Attorney Hochman could use information relating to his representation of Fredrick to Fredrick's disadvantage or be forced to forgo a line of cross examination because of his prior representation.

The purpose of the *Garcia* Hearing is to determine if the Defendants desire to waive any actual or potential conflict of interest that may be created by the successive representation of Hough by Attorney Hochman. To the extent that Fredrick and Hough intend to waive the conflict, the government has concerns that this waiver must be knowing and voluntary, that Fredrick and Hough understand and have awareness of the circumstances and consequences of

their waiver, and that they do so with advice from independent counsel.  *See Garcia*, 517 F.2d at 276 and 277-78 (the Court detailed the procedures the district court could employ to establish the record of the defendants' waivers.)

WHEREFORE, the United States respectfully requests that this Court conduct a *Garcia* Hearing.

                              ROBERT E. O'NEILL
                              United States Attorney

                By:    /s/ Caryn D. Finley
                      CARYN D. FINLEY
                      Trial Attorney, Department of Justice, Tax Division
                      New York Bar No. 3953882
                      2110 First Street, Suite 3-137
                      Fort Myers, Florida  33901
                      Telephone:  (239) 461-2200
                      Telephone:  (202) 514-5051
                      Facsimile:  (239) 461-2219
                      E-mail: caryn.finley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Bruce L. Udolf, P.A.
500 E. Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33394
Budolf@udolflaw.com

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders
Brianna L. Abrams
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

Charles Edward Falk
Law Office of Charles Edward Falk
25 Devonshire Lane
Mendham, NJ 07945

I have also served a copy of this filing on the following parties using the US Mail.

David Fredrick, Defendant

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov