UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

COMES NOW, Movant Bruce Udolf, Esq., Attorney for Defendant Patricia Lynn Hough ("Hough"), and in accordance with United States District Court Local Rule 2.02, respectfully submits this Motion to Appear *pro hac vice* for: Charles Edward Falk, Esq., on behalf of Defendant Hough in the above-styled case, Consent to Designation, and Requests to Electronically Receive Notices of Electronic Filing in this case (the "Motion"), and in support thereof states as follows:

    1.    Charles Edward Falk, Esq., is an attorney licensed to practice in New Jersey.

    2.    Charles Edward Falk, Esq., is not admitted to practice in the Middle District of Florida but is a member in good standing of the State Bar of New Jersey, (Bar No. 9484).  Mr. Falk is admitted to the United States District Court for the District of New Jersey.

    3.    Movant, Bruce Udolf, Esquire, of the law firm of Bruce L. Udolf, P.A., 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394, Telephone: (954) 858-8831 is a member in good standing of the Florida Bar and the United States District Court for the Middle

District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

4. Movant, Bruce Udolf, Esq., consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

5. In accordance with the local rules of this Court, Charles Edward Falk, Esq., is making a payment by check for $10.00 for his admission fee, which will arrive to the Court by U.S. mail under separate cover.

6. The Special Admission Attorney Certification is attached hereto as Exhibit "A" Charles E. Falk, Esq.

7. Charles Edward Falk, Esq., by and through designated counsel hereby requests the Court to provide Notice of Electronic Filings at the email address: cefalk25@cfalk.com.

WHEREFORE, for the reasons set forth herein, movant Bruce Udolf, Esq., hereby requests that the forgoing motion be granted, allowing Charles Edward Falk, Esq., to appear *pro hac vice* before this Court on behalf of Defendant Hough, in the instant case, and directing the Clerk to provide notice of electronic filings to the indicated e-mail addresses; and for all such other and further relief as this Court deems just and proper under the circumstances.

Dated: June 7, 2013

        Respectfully submitted,

        **BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf


## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 7th day of June, 2013.

        By: /s/ Bruce L. Udolf