UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                                               Case No: 2:13-cr-72-JES-UAM

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

### ORDER

This cause is before the Court on Movant Bruce Udolf, Esq.'s, Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 15) filed on June 7, 2013. Movant is requesting that attorney Charles Edward Falk, Esq., be allowed to appear pro hac vice on behalf of Defendant Hough in the above-styled case. The Court finds that the requirements of Local Rule 2.02 have been satisfied and will allow Mr. Falk to appear specially.

**IT IS HEREBY ORDERED:**

1) Movant's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 15) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, attorney Charles Edward Falk, Esq., shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add attorney Charles Edward Falk, Esq., to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

**DONE** and **ORDERED** in Fort Myers, Florida on June 11, 2013.

Copies furnished to:

Counsel of Record
Unrepresented Parties