**Dr. David L. Fredrick**
**7590 Manasota Key Road**
**Englewood, Florida 34223**

To:  Nathan Hochman
Fm:  Dr. David Fredrick
RE:  Legal Representation

Date: 5-28-13

Dear Nathan:

Please accept this letter as my official request that you withdraw as the attorney, representing me in the case of David Fredrick vs. Department of Justice, effective this date.

I sincerely appreciate the work you have done on my case.

Sincerely,

*[signature]*
David L. Fredrick