# BINGHAM

Nathan J. Hochman
Direct Phone: 310.255.9025
Direct Fax:  310.907.2025
nathan.hochman@bingham.com

May 28, 2013

Via Email Redacted

***Attorney-Client Privilege***

Dr. Patricia Hough
7590 Manasota Key Road
Englewood, Florida 34223

**Re: Retention Agreement**

Dear Pat:

The purpose of this letter is to confirm in writing the terms and conditions under which Bingham McCutchen LLP (the "Firm") will represent you as called for by our Firm's policy as well as the laws of various states in which we practice.

**Scope of Engagement.** The Firm is retained by you to represent you

Redacted

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA
90404-4082

T +1.310.907.1000
F +1.310.907.2000
bingham.com

A/75575379.1

Dr. Patricia Lynn Hough
May 28, 2013
Page 2

Redacted

**Terms of Engagement.**

Redacted

Dr. Patricia Lynn Hough
May 28, 2013
Page 3

Redacted

Dr. Patricia Lynn Hough
May 28, 2013
Page 4

  (f) <u>Waiver of Conflict of Interest</u>. As you are aware, the Firm has represented Dr. David Fredrick in the investigation leading up to the indictment in the Criminal Case but was terminated by Dr. Fredrick on May 28, 2013, prior to making any appearances in court on his behalf in the Criminal Case. In order for the Firm to represent you in the Criminal Case, we need to bring the following issues to your attention. In its prior representation of Dr. Fredrick, the Firm and Dr. Fredrick had entered into a common interest agreement with you and your counsel Charles Falk that allowed us to share information among each other within the confines of the attorney-client privilege. During that time the Firm obtained information on Dr. Fredrick's behalf that was shared with you and Mr. Falk ("Information"). The Firm has sought a waiver of conflict of interest from Dr. Fredrick in addition to an agreement from him to allow us to use the Information we obtained during our representation of him on your behalf in the Criminal Case. We have described the potential conflict of interest between you and Dr. Fredrick by informing each of you that you may take certain positions in the Criminal Case that are potentially adverse to Dr. Fredrick. For instance, you may claim that the financial affairs of the SABA School of Medicine and/or the SABA School of Medicine Foundation were largely controlled by Dr. Fredrick rather than you; you may claim that Dr. Fredrick more than you were in control of your mutual financial affairs, etc.). Toward that end, you may introduce evidence that would be potentially adverse to Dr. Fredrick's position, potentially testify in a manner that would be adverse to his position, and/or have your counsel argue the case in a manner that would potentially be adverse to his position. In addition, the Firm would be able to cross-examine Dr. Fredrick should he take the stand in his own defense using the Information and potentially take positions that are adverse to Dr. Fredrick and cross-examine any witnesses he may present using the Information. Indeed, the agreement sought is to waive any restrictions Dr. Fredrick may have on the Firm's use of Information for your behalf, knowing that the Firm may take positions on your behalf that are potentially adverse to Dr. Fredrick's positions.

Dr. Patricia Lynn Hough
May 28, 2013
Page 5

In addition, as a large law firm with a diversified legal practice, we are often called upon to represent clients in many fields and with different interests. We agree that we will not represent any other client or prospective client in the Criminal Case which are related to, and adverse to, that for which we have been engaged by you without your consent. Please be informed, as we discussed, that the Firm has represented other clients in connection with the IRS offshore voluntary disclosure program. None of those clients' cases are directly related to your case.

By accepting and agreeing to the terms in this letter, you consent to our representation now and in the future of any client on matters unrelated to our engagement for you as set forth in this letter, even if that representation is adverse to you and whether or not litigation adverse to you is involved. You also agree to waive any potential conflict of interest as described above between the Firm's representation of you and its prior representation of Dr. Fredrick. You should, of course, feel free to consult with separate counsel, if that might be helpful to you, before providing this consent and waiver.

Redacted

Dr. Patricia Lynn Hough
May 28, 2013
Page 6

Redacted

Bingham McCutchen LLP
bingham.com    A/75575379.1

Dr. Patricia Lynn Hough
May 28, 2013
Page 7

Redacted

Dr. Patricia Lynn Hough
May 28, 2013
Page 8

Redacted

Sincerely yours,

Nathan J. Hochman

Acknowledged and agreed to:

DR. PATRICIA LYNN HOUGH