FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 JUN 21 PM 3:25

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 2:13-cr-72-FtM-~~99SPC~~ 29UAM

DAVID LEON FREDICK, and
PATRICIA LYNN HOUGH

## NOTICE OF APPEARANCE

The United States of America files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Trial Attorney Margaret Leigh Kessler has been assigned as co-counsel in this case.

Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

By: /s/ MJ Kessler

MARGARET LEIGH KESSLER
Trial Attorney
Department of Justice, Tax Division
Western Criminal Enforcement Sec.
Room 7334, 601 D. Street, N.W.
Washington, D.C. 20004

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bruce L. Udolf
Bruce L. Udolf, P.A.
500 E. Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33394
Tel. (954) 858-8831
Fax: (954) 523-2872
Email: Budolf@udolflaw.com

Brianna L. Abrams
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
Tel. (310) 907-1000
Fax: (310) 907-2000
Email: brianna.abrams@bingham.com

Charles Edward Falk
Law Office of Charles Edward Falk
25 Devonshire Lane
Mendham, NJ 07945
Tel. (973) 543-1240
Fax: (973) 543-1242

Daniel Saunders
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monitca, CA 90404-4082
Tel. (310) 907-1000
Fax: (310) 907-2000

Nathan J. Hochman
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
Tel. (310) 907-1000
Fax: (310) 907-2000

/s/ Margaret Leigh Kessler
MARGARET LEIGH KESSLER
Trial Attorney