

**U.S. Department of Justice**

**Tax Division**

*Trial Attorney :Caryn Finley*
*Attorney's Direct Line:202-514-5051*
*Fax No. 202-514-0961*
*Caryn.Finley@usdoj.gov*

*Southern Criminal Enforcement Section*
*P.O. Box 972*
*Washington, D.C. 20044*

KK:BMS:CDFinley
DJ#5-17M-28130
CMN:2012200767

June 20, 2013

Bruce Udolf, Esq.
500 East Broward Boulevard
Suite 1400
Fort Lauderdale, Florida 33394
Budolf@udolflaw.com

        Re:    United States v. Patricia Hough
             Case No. 02:13-cr-00072

Dear Counsel:

      Pursuant to the standing Criminal Scheduling Order (Doc. 22) ("Scheduling Order") in the above-referenced case and Rule 16 of the Federal Rules of Criminal Procedure, the following discovery materials have and are being provided to you by the Tax Division. The Tax Division's production is provided on three discs labeled **"Government Production Disc 01," "Government Production Disc 02 - 08" and "Government Production Disc 09 - Disc 14"**. These discs contain documents, including but not limited to, bank records, real estate records, tax returns, memorandums of interviews, grand jury testimony, and draft tax computations. The specific items contained on each disc are detailed in the attached Discovery Inventory. **I will send the password for these new discs in a separate email.** The government provided Mr. Udolf with Discs numbered 2 through 14 at arraignment on June 13, 2013. Because of technical difficulties, the government is reproducing copies of previously provided discs 2 through 14 in the new format. Within each of the new discs, the documents are still organized as detailed in the attached Discovery Inventory.

      Additional materials were previously provided to the defendant as part of a taint review. These materials were from Schneider and Associates and David Minchenberg. Pursuant to my conversation with Mr. Hochman, the government is not reproducing these materials. If the defendant has changed her mind and would like the government to reproduce these materials, please contact Trial Attorney Kimberly Shartar at 202-353-2121.

10133960.1

- 2 -

Please be advised that the discovery provided includes personal identifying information and tax information. The government requests that you take the necessary precautions to safeguard this information and that you convey the same request to your client.

The government recognizes its continuing duty to disclose any additional discoverable materials that come into the possession, custody, or control of the United States. We will notify you if additional discovery becomes available.

## I.  Rule 16 Discovery

A. Government's Discovery – Rule 16(1)(1)

1. With respect to the substance of any written, recorded, or oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent, please be advised that the government is unaware of any such statements. Further, no grand jury testimony was furnished by the defendant, and therefore none shall be produced. Fed. R. Crim. P. 16(a)(1)(B); Scheduling Order ¶ (I)(B) and (C).

2. The government is unaware that the defendant has any criminal history. Fed. R. Crim. P. 16(a)(1)(D); Scheduling Order ¶ (I)(D).

3. With respect to documents, tangible objects, and papers which are material to the preparation of the defense or were obtained from or belong to the defendant or are intended for use by the government in its case-in-chief, all such items have been provided on Government Production Disc 01, Government Production Disc 02 – 08 and Government Production Disc 09 – Disc 14, and are detailed in the attached Discovery Inventory. Fed. R. Crim. P. 16(a)(1)(E); Scheduling Order ¶ (I)(E)

4. There have been no reports of physical or mental examinations and scientific tests and experiments. Fed. R. Crim. P. 16(a)(1)(F); Scheduling Order ¶ (I)(F).

5. The government may introduce expert testimony from Internal Revenue Service Revenue Agent Sheila Maurer. Revenue Agent Maurer's resume is attached hereto and the draft tax computations and underlying schedules are included on Disc 01. Furthermore, the government may have certain bank records translated and may introduce expert testimony of a translator. As soon as the government makes that determination, we will provide notice of that expert. Fed. R. Crim. P. 16(a)(1)(G); Scheduling Order ¶ (I)(G).

6. No electronic surveillance, mail covers, confidential informants, photo identification, or search warrants were used in this case. Scheduling Order ¶ (I)(H), (J), (I) and (M).

10133960.1

B. <u>Defendant's Discovery – Rule 16(b)(1)</u>

The government requests all reciprocal discovery to which it is entitled under Federal Rule of Criminal Procedure 16(b) and Scheduling Order ¶ (I)(Q), (R), and (S). In particular, the government requests the following:

1. Books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce at trial as part of her case-in-chief. Fed. R. Crim. P. 16(b)(1)(A); Scheduling Order ¶ (I)(Q)

2. Any results or reports of any physical or mental examinations and of any scientific tests or experiments, or copies thereof, within the possession, custody, or control of the defendant, which the defendant intends to use at trial as part of her case-in-chief or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to the testimony of that witness. Fed. R. Crim. P. 16(b)(1)(B), Scheduling Order ¶ (I)(R).

3. A written summary of testimony the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial. The summary should describe the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications. Fed. R. Crim. P. 16(b)(1)(C); Scheduling Order ¶ (I)(S)

Pursuant to the Scheduling Order, within twenty-one days from the date of the Scheduling Order, please forward to the government any and all such material which you or your client have in your possession. The United States also hereby designates any reciprocal discovery provided by the defendant as evidence which the United States may seek to introduce at trial during its case-in-chief or as rebuttal.

## II. **Exculpatory Material**

To the extent such material is not contained on the discs labeled Government Production Disc 01, Government Production Disc 02 – Disc 08 and Government Production Disc 09 – Disc 14, not later than fourteen days before the first day of the trial term in which this case is set for trial (unless 18 USC § 3500 or Fed. R. Crim. P. 26.2 applies) the government will produce any material which may be favorable on the issue of guilt or punishment as required by *Brady v. Maryland*, 373 U.S. 83 (1973); *United States v. Agurs*, 427 U.S. 97 (1976); *United States v. Bagley*, 473 U.S. 665 (1985); *Kyles v. Whitley*, 514 U.S. 419 (1995); *Giglio v. United States*, 405 U.S. 150 (1972); and *Napue v. Illinois*, 360 U.S. 264 (1959); Scheduling Order ¶ (I)(T) and (U).

Pursuant to its *Brady* obligations, the government is providing, enclosed hereto, a copy of David Minchenberg's proffer letter dated December 2, 2010.

- 4 -

### III. Additional Obligations of the Government

The case agent has been advised to preserve all rough notes, recordings, reports and statements pertaining to this case which are currently in existence and to ensure that all other law enforcement officers involved in this case follow suit. *See* Scheduling Order ¶ N. Furthermore, the government will not destroy any evidence in this case without giving counsel for the defendant 14 days notice. If you object to any such notice, the government will not destroy any evidence without first obtaining Court approval to do so. *See* Scheduling Order ¶ O.

The government has provided as part of discovery the grand jury testimony of anticipated government witnesses. Scheduling Order ¶ (I)(V). In addition, while not *Jencks* Act Material of the witnesses, the government has provided as part of discovery Memorandums of Interview for anticipated government witnesses.

Pursuant to 18 USC § 3505(b), the government hereby gives notice of our intention to use a foreign certification for the records in the following bates numbered series: A-0116_0001 to A-0116_1096, PA0116_01_0001 to PA0116_01_0145, PA0116_02_0001 to PA0116_02_0135, PA0116_03_0001 to PA0116_03_0137, PA0116_04_0001 to PA0116_04_0544, PA0116_05_0001 to PA0116_05_1112, PA0116_06_0001 to PA0116_06_0513, PA0116_07_0001 to PA0116_07_0992, PA0116_08_0001 to PA0116_08_0334, PA0116_09_0001 to PA0116_09_0594. As soon as the government receives the foreign certification we will provide it to you.

If you have any questions, please do not hesitate to call Caryn at 202-514-5051 or Leigh at 202-514-5193.

Sincerely,

ROBERT E. O'NEILL
United States Attorney

*[signature]*

CARYN D. FINLEY
MARGARET LEIGH KESSLER
Trial Attorneys
Department of Justice, Tax Division

cc: Charles Falk, Esq.
cefalk25@cfalk.com

Nathan Hochman, Esq -. nathan.hochman@bingham.com
Daniel Saunders, Esq. - daniel.saunders@bingham.com
Brianna Abrams, Esq. - brianna.abrams@bingham.com

10133960.1