Activity in Case 2:13-cr-00072-JES-UAM USA v. Fredrick et al Order on Motion for Hearing

✗ DELETE     ← REPLY     ← REPLY ALL     → FORWARD     ...

cmecf_flmd_notification@flmd.uscourts.gov
Thu 6/13/2013 2:12 PM

mark as unread

To:  ☐ cmecf_flmd_notices@flmd.uscourts.gov;

Bing Maps                                                          + Get more apps

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 6/13/2013 at 2:11 PM EDT and filed on 6/13/2013
**Case Name:**          USA v. Fredrick et al
**Case Number:**        2:13-cr-00072-JES-UAM
**Filer:**
**Document Number:** 21(No document attached)

Docket Text:
**ORAL ORDER finding as moot [14] Motion for Hearing as to David Leon Fredrick (1), Patricia Lynn Hough (2). Signed by Magistrate Judge Douglas N. Frazier on 6/13/2013. (BJH)**

**2:13-cr-00072-JES-UAM-1 Notice has been electronically mailed to:**

Bruce L. Udolf  Budolf@udolflaw.com, nnardi@udolflaw.com

Nicole Hughes Waid  nicole.waid@usdoj.gov, ftmdocket.mailbox@usdoj.gov,