# Dr. David L. Fredrick
## 7590 Manasota Key Road
## Englewood, Florida 34223

To: Nathan Hochman
Fm: Dr. David Fredrick
RE: Legal Representation

Date: 5-28-13

Dear Nathan:

Please accept this letter as my official request that you withdraw as the attorney, representing me in the case of David Fredrick vs. Department of Justice, effective this date.

I sincerely appreciate the work you have done on my case.

Sincerely,

*[signature]*

David L. Fredrick