# BINGHAM

Nathan J. Hochman
Direct Phone: 310.255.9025
Direct Fax:   310.907.2025
nathan.hochman@bingham.com

May 28, 2013

Via Email: davidalexander60@yahoo.com

Dr. David Fredrick

**Re: Termination of Services, Waiver of Conflict of Interest, and Agreement to Allow Information to Be Used on behalf of Dr. Patricia Hough's Defense to Indictment**

Dear David:

This will confirm the fact that I received a letter from you today (attached herein) terminating my firm's services as your counsel in connection with the federal criminal investigation ("Investigation") that has led to the indictment in United States v. David Leon Fredrick, Patricia Lynn Hough, Case No. 2:13-cr-72-FtM-99SPC in the Middle District of Florida, Fort Myers Division ("Indictment"). This indictment was returned by the Grand Jury on May 15, 2013.

Please be aware that at some point you will be summonsed to appear on that Indictment at which point you will be instructed in writing when and where to appear. You will need to have retained new counsel by that point or the Court will appoint you counsel when you appear. If you do not appear when requested, the Court will issue a bench warrant for your arrest.

In connection with the termination of our services for you, we will, upon your request, deliver your file to you, or to any attorney whom you designate to receive the file.

In connection with the termination of our services for you, all of our statement for fees and disbursements are now due and payable, and we will provide you by separate cover our final statement for services

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA
90404-4082

t  +1.310.907.1000
f  +1.310.907.2000
bingham.com

A/75575183.1

Dr. David Fredrick
May 28, 2013
Page 2

and our final statement for disbursements. We request that you pay promptly the statement and those previously rendered to you which remain unpaid.

In addition, we have been requested by Dr. Patricia Hough to represent her in connection with the Indictment. As you are aware, we have previously had a common interest privilege with her and her counsel, Charles Falk, during the pendency of my representation of you in the Investigation. Please be advised that there is a potential for conflict of interest in the Firm representing Dr. Hough in the Indictment. Dr. Hough may take positions adverse to yourself (e.g., she may claim that the financial affairs of the SABA School of Medicine and/or the SABA School of Medicine Foundation were largely controlled by you rather than her; she may claim that you more than her were in control of your mutual financial affairs, etc.). Toward that end, Dr. Hough may introduce evidence that would be potentially adverse to your position, potentially testify in a manner that would be adverse to your position, and/or have her counsel argue the case in a manner that would potentially be adverse to your position. If you agree to waive this conflict of interest, you would also be agreeing that any information developed by the Firm during its representation of you in the Investigation in any manner ("Information") -- all of which has already been shared pursuant to your instructions with Dr. Hough and Mr. Falk as part of the common interest privilege -- would be able to be used for the defense of Dr. Hough to the Indictment. The Firm would be able to cross-examine you should you take the stand in your own defense using the Information and cross-examine any witnesses you may present using the Information. Indeed, the agreement sought from you is to waive any restrictions on the Firm's use of Information for Dr. Hough's behalf, knowing that the Firm may take positions on Dr. Hough's behalf that are potentially adverse to your positions.

These are very important waivers and consents and should be carefully considered by you prior to waiving them. YOU ARE UNDER NO OBLIGATION WHATSOEVER TO WAIVE YOUR

Dr. David Fredrick
May 28, 2013
Page 3

CONFLICT OF INTEREST AND/OR CONSENT TO THE USE OF THE INFORMATION ON DR. HOUGH'S BEHALF. Toward that end, the Firm strongly encourages you to consult with separate and independent counsel to evaluate whether you want to waive this conflict of interest and/or consent to allow the Information to be used on Dr. Hough's behalf.

If after having the chance to consult with separate and independent counsel on these issues, you knowingly and voluntarily agree to waive the potential conflict of interest in having the Firm represent Dr. Hough in her defense to the Indictment and further agree to allow the Firm to use the Information on Dr. Hough's behalf in her defense to the Indictment, please sign and date in the space below.

Very truly yours,

NATHAN J. HOCHMAN

Acknowledged and agreed to:

Dr. David Fredrick

Bingham McCutchen LLP
bingham.com    A/75575183.1