IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| ) | |
| DAVID LEON FREDRICK and ) | |
| PATRICIA LYNN HOUGH, ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY BRIEF

The United States, by and through undersigned counsel, previously unaware of Local Rule 3.01(c), filed a Reply (Dkt. #39) to Defendant Hough's Response in Opposition to Motion to Disqualify (Dkt. #38). The government belatedly now seeks Court authorization for this previously filed Reply. Due to the issues raised by Defendant Hough in her Response concerning Defendant Fredrick's constitutional rights, a reply brief was necessary to address these issue.

Wherefore, the government respectfully requests leave to file a reply brief.

ROBERT E. O'NEILL
United States Attorney

By:   /s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (202) 514-0961
E-mail: caryn.finley@usdoj.gov

10210073.1

## CERTIFICATE OF SERVICE

   I hereby certify that on July 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Bruce L. Udolf, P.A.
500 E. Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33394

Charles Edward Falk
Law Office of Charles Edward Falk
25 Devonshire Lane
Mendham, NJ 07945

Brianna L. Abrams
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

   In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

                /s/ Caryn D. Finley
                CARYN D. FINLEY
                Trial Attorney, Department of Justice, Tax Division
                New York Bar No. 3953882
                2110 First Street, Suite 3-137
                Fort Myers, Florida  33901
                Telephone:  (239) 461-2200
                Telephone:  (202) 514-5051
                Facsimile:  (239) 461-2219
                E-mail: caryn.finley@usdoj.gov