UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-JES-UAM

PATRICIA LYNN HOUGH

### ORDER

This cause is before the Court following a status conference held July 15, 2013.

At the hearing, defense counsel moved for a continuance of trial until the September 2013 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the September 2013 trial term, commencing September 3, 2013. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the September 2013 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **August 12, 2013** at **11:00 AM** before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 18th day of July, 2013.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties