UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT HOUGH'S MOTION FOR LEAVE TO ALLOW USE OF ELECTRONIC EQUIPMENT IN COURTROOM

COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits her Motion for Leave to Allow Use of Electronic Equipment in Courtroom, and in support thereof states as follows:

1. Trial in the instant matter is currently scheduled to commence on October 8, 2013.

2. Defendant Hough has compiled voluminous electronic documents, including those supplied from the government through discovery.

3. In an attempt to facilitate the presentation of its case, the defense plans to present documents and records admitted into evidence in electronic form by use of a laptop computer. The undersigned has been advised by the government that it also intends to produce documents and records electronically by similar means.  Consequently, both parties are in need of the ability to access documents via laptop computer via the trial of this cause.

4.      Defendant proposes to utilize the services of paralegal Neysa Nardi at trial to present its evidence to the Court in an electronic format.  The Defendant seeks the Court's permission to allow Ms. Nardi, defense attorneys Nathan Hochman, Bruce Udolf, and Daniel Saunders to bring their respective laptop computers to Court for the trial in this cause.

5.      In addition, to ensure technological operational readiness, Defendant seeks leave of the Court to authorize Ms. Nardi to enter the Courthouse and Your Honor's courtroom, with her laptop computer and cellular telephone prior to trial.  Defendant requests that Ms. Nardi be permitted to make a scheduled visit to the courthouse in Fort Myers between Thursday September 26th, 2013, and Friday September 27th, 2013 at a time convenient to the Court and its technical personnel.

6.      This motion is made in good faith and not for purposes of delay.

7.      The undersigned has conferred with AUSA Caryn Finley who has indicated that she has no objection to the relief sought herein.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests that this Court grant the foregoing Motion for Leave to Allow Use of Electronic Equipment in the Courtroom, allowing defense counsel and Neysa Nardi to use laptop computers and cellular telephones throughout trial in this cause; and that Neysa Nardi be specifically permitted access to Your Honor's Courtroom on Thursday September 26th, 2013, and Friday September 27th, 2013, at a time convenient to the Court and its IT personnel, and that she be permitted to bring a laptop computer and cellular telephone into the courthouse in preparation for trial; and for all such other and further relief as this Court deems just and proper under the circumstances.

Dated: September 18, 2013

                                               Respectfully submitted,

                                               **BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF COMPLIANCE

     WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

                                               By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 18th day of September, 2013.

                                               By: /s/ Bruce L. Udolf