UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                   CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

_____

**ORDER**

This matter comes before the Court on defendant's Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #53) filed on September 18, 2013. Defendant seeks leave to bring electronic equipment into the building and the courtroom to access and facilitate the presentation of evidence.[1] Defendant intends to use a paralegal to present the evidence with the use of a laptop computer, and for three attorneys to also bring in laptop computers and cellular telephones for trial. Defendant further seeks leave to bring in the equipment for a scheduled visit in advance of trial.

The Court will grant the motion to allow the equipment to enter the building and for use at trial to the extent that the courtroom is equipped to accommodate four laptops.[2] As to the request for a preliminary visit, counsel may contact the

---

[1] Counsel indicates that the government also intends to present evidence electronically, however no motion has been filed by the government.

[2] Counsel should be prepared to bring in surge protectors and/or power strips, and any other necessary peripheral equipment as the Court will not provide additional equipment not otherwise available.

courtroom deputy or the Court's Automation Specialist to make arrangements to visit if the courtroom and personnel are available. Counsel may not set up or leave the equipment in the courtroom prior to the start of trial as other matters are scheduled between the proposed dates of September 26 or 27, 2013, and the first day of trial.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #53) is **GRANTED** as follows:

1. Neysa Nardi, paralegal, and attorneys Nathan Hochman, Bruce Udolf, and Daniel Saunders may each bring one laptop computer[3], any related items includes cables and extension cords, and one cellular telephone into the U.S. Courthouse and Federal Building as necessary for use during the jury trial in this case, scheduled to commence October 8, 2013, and for the duration of trial, subject to the discretion of the Court Security Officers and/or U.S. Marshal's Office. **The cellular telephones shall be turned off in the courtroom while court is in session.**

---

3 Wireless internet access is now available throughout the Middle District of Florida. All internet access through the broadband wireless internet is subject to the terms and conditions outlined in the Order Conditions Applicable to Using Internet in In re Policy Governing Limited Personal Use of Supplied Broadband Wireless Internet Connection for Registered Courtroom Users, 6:11-mc-83-Orl-22.

2. Any preliminary visit must be scheduled directly with the Courtroom Deputy[4] and/or the Automation Specialist[5], if the visit can be accommodated.

**DONE and ORDERED** at Fort Myers, Florida, this ___19th___ day of September, 2013.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Jeff Sabean
Brenda M. Alexander

---

4 Brenda M. Alexander may be reached at Brenda_m_alexander@flmd.uscourts.gov
5 Jeff Sabean may be reached at (239) 461-2076.

- 3 -