**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**FORT MYERS DIVISION**

**OCTOBER 2013 TRIAL CALENDAR**

The following cases are set for trial during the **October 1, 2013** through **October 31, 2013** trial term in the United States Courthouse, 2110 First Street, Courtroom A, 6th Floor (Note: courtroom is subject to change based on availability) before the **HONORABLE JOHN E. STEELE.**

The cases are listed in numerical order, unless otherwise noted, although experience indicates that at times, cases may be called out of order. For the convenience of counsel, the names of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

As to defendants in criminal cases who are on bond, counsel are responsible for notifying the defendants when their case is called for trial and that their presence is required.

NOTE: GUILTY PLEAS, PURSUANT TO A WRITTEN PLEA AGREEMENT, MUST BE HEARD NO LATER THAN **WEDNESDAY, September 25, 2013** (unless the Court has otherwise ordered).

***EXHIBIT AND WITNESS LISTS (THREE COPIES) SHALL BE FILED WITH THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL,*** *if not previously filed.* All exhibits are to be **PREMARKED** *in accordance with the instructions contained in M.D. Fla. Local Rule 3.07. Plaintiffs shall use a numerical system to mark exhibits, i.e., 1, 2, 3, etc.* ***Defendants shall use an alphabetical system to mark exhibits, i.e., A,B,C, etc.***

*Counsel, if yours is a jury trial, NO LATER than* **THREE (3) DAYS** *prior to the trial term, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM are to be filed electronically or with the Clerk's office.*

*Counsel in civil cases are reminded of their obligation to file <u>separate</u> Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).*

*Counsel and pro se parties <u>must advise</u> Judge Steele's deputy clerk <u>**immediately**</u> of any development which would in any way affect the trial of the case (including entry of guilty pleas in criminal cases).*

*Failure to advise the court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.*

*Counsel are strongly encouraged to participate in the Electronic Filing and Case Management system recently adopted by the Middle District of Florida. In addition, the courtroom is equipped with evidence presentation equipment.*

*If you have questions regarding any cases on this calendar, please contact Brenda Alexander, Deputy Clerk, at 239-461-2037, or,* **for a prompt response**, *please e-mail* <u>Brenda_M_Alexander@flmd.uscourts.gov.</u>

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

**September 18, 2013**

Distribution:
District Judge John E. Steele
Magistrate Judge Douglas N. Frazier
District Judge Sheri Polster Chappell
All Counsel of Record listed herein
U.S. Marshal
U.S. Probation Office
Jury Clerk

## CASE NO. 1

| | |
|---|---|
| *2:11-cr-97-FtM-JES-UAM* | *JURY TRIAL* |
| *UNITED STATES OF AMERICA* | *JESUS CASAS AUSA* |
| | *461-2200* |
| *v.* | |
| *FRITZCO DESIR* | *LEE HOLLANDER* |
| | *305/598-8889* |

## CASE NO. 2

| | |
|---|---|
| *2:12-cr-21-FtM-JES-UAM* | *JURY TRIAL* |
| *UNITED STATES OF AMERICA* | *DOUG MOLLOY, AUSA* |
| | *461-2200* |
| *v.* | |
| *LINDA LAREBY* | *MARTIN DEROVANESIAN, AFPD* |
| | *334-7696* |

<u>**CASE NO. 3**</u>                      (Jury Trial 10/1/20134)

2:12-cr-31-FtM-JES-UAM          JURY TRIAL

UNITED STATES OF AMERICA        DOUG M0LLOY, AUSA

v.                              461-2200


RICHARD KNOWLES                 SAWYER SMITH

RICKI BLACK                     334-7696

---

<u>**CASE NO. 4**</u>

2:13 -cr-47-FtM-JES-UAM         JURY TRIAL

UNITED STATES OF AMERICA        DOUG MOLLOY, AUSA

v.                              461-2200


PATRICK ROBINSON                ANTNONY BORRAS

                                332-0484

---

## CASE NO. 5

2:13-cr-51-FtM-JES-UAM                           JURY TRIAL

UNITED STATES OF AMERICA              TAMA CALDARONE, AUSA

                                                                        461-2200

v.

LLOYD JONES                                           ELLIS SUMMERS, AFPD

                                                                         344-0397

---

## CASE NO. 6

                                                                      (10/8/2013 JURY TRIAL)

2:13-cr-72-FtM-JES-UAM                           JURY TRIAL

UNITED STATES OF AMERICA              CARYN FINLEY, AUSA

                                                                    MARGARET KESSLER

v.

PATRICIA LYNN HOUGH                          BRUCE UDOLF

                                                                      954/858-8831

---

### CASE NO. 7

| | |
|---|---|
| 2:13-cr-77-FtM-JES-UAM | JURY TRIAL |
| UNITED STATES OF AMERICA | TAMA CALDARONE, AUSA |
| | 461-2200 |
| v. | |
| LORENZO FRANCISCO DIEGO-MATEO | MARTIN DEROVANESIAN, AFPD |
| | 344-0397 |

### CASE NO. 8

| | |
|---|---|
| 2:13-cr-91-FtM-JES-UAM | JURY TRIAL |
| UNITED STATES OF AMERICA | DOUG MOLLOY, AUSA |
| | 461-2200 |
| v. | |
| SALVADOR VEGA-CRISTOVAL | MARTIN DEROVANESIAN, AFPD |
| | 344-0397 |

## CASE NO. 9

| | |
|---|---|
| 2:13-cr-110-FtM-JES-DNF | JURY TRIAL |
| UNITED STATES OF AMERICA | DOUG MOLLOY, AUSA |
| | 461-2200 |
| v. | |
| FRANCISCO A. BARAHONA | JAMES LAPPAN, AFPD |
| | 344-0397 |

## CASE NO. 10

| | |
|---|---|
| 2:11-CV-116-FtM-JES-DNF | JURY TRIAL |
| SECURITIES & EXCHANGE COMMISSION | H. MICHAEL SEMLER |
| | ALFRED DAY |
| v. | |
| RADIUS CAPITAL CORPORATION and | |
| ROBERT A. DIGIORGIO | ROBERT DIGIORGIO |
| | 813/379-8962 |