# EXHIBIT B



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000225431 | **Location:** | Phone Call |
| **Investigation Name:** | Fredrick and Hough | | |
| **Date:** | April 18, 2013 | | |
| **Time:** | 3:10pm | | |
| **Participant(s):** | Jerry Schneider, Accountant/Witness | | |
| | Gregory J. Bautista, Attorney for Jerry Schneider | | |
| | Erin S. Mellen, Attorney for the Department of Justice | | |
| | Kimberly Shartar, Attorney for the Department of Justice | | |
| | Stephen Zuckerbrot, Internal Revenue Special Agent | | |

On the above mentioned date and time, Erin Mellen and Kimberly Shartar contacted Jerry Schneider to ask additional questions as a follow-up to the previous interview on March 18, 2013. Also on the phone call were Gregory Bautista and Stephen Zuckerbrot. Schneider provided the following information:

1. Reference is made to document MP&S5412: Schneider stated that he reviewed Forms 5471 and stated that the email was sent to Michael Refolo at the request of David Fredrick, his client.

2. Reference is made to document MP&S3233: Schneider stated that he has no recollection of this email. Schneider stated that if he did send this email to Michael Refolo, it would've been at the request of his client, David Frederick.

3. Schneider stated that never spoke with Michael Refolo in person or on the phone.

I prepared this memorandum on April 19, 2013, after refreshing my memory from notes made during and immediately after the phone call with Jerry Schneider.

*Stephen Zuckerbrot*
Stephen Zuckerbrot
Special Agent