UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29UAM

DAVID LEON FREDRICK and
PATRICIA LYNN HOUGH

_____

### ORDER

This matter comes before the Court on the government's Motion for Determination of Privilege received *in* camera on September 4, 2013. The motion was served on opposing counsel, and no response has been filed.

The government arranged for a team of attorneys who have no responsibility for the prosecution of this case, the "Taint Team", to review documents obtained from David Minchenberg of Schneider & Associates to determine whether attorney-client privilege or work product protections may apply. Defendant Hough's counsel confirmed that the Memoranda contain no privileged material and may be provided to the prosecutors without redaction. (Motion, pp. 3, 5 n.3.) As defendant Fredrick is a fugitive, the government seeks a determination from the Court.

The Court finds no privileged communications in the documents, and finds that the documents shall be produced to the prosecuting attorneys in this case. As a result, the Court

further finds no basis to maintain or file the motion under seal.

Accordingly, it is hereby

**ORDERED:**

1. Finding no basis to file the Government's Motion for Determination of Privilege under seal, the Clerk shall file the document on the public docket as of the September 4, 2013, the date of submission.

2. The Motion for Determination of Privilege is **GRANTED**. The "Taint Team" Attorneys may produce the two Memoranda of Interview dated March 18, 2013, and April 18, 2013, to the prosecuting attorneys for the United States.

**DONE and ORDERED** at Fort Myers, Florida, this ___23rd___ day of September, 2013.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record