IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO USE COMPUTER EQUIPMENT IN COURTROOM**

The United States, by and through undersigned counsel, hereby submits its Motion for Leave to Use Computer Equipment in Courtroom.  In support thereof, the government states the following:

1. Trial of Patricia Lynn Hough is scheduled to commence on October 8, 2013.

2. The government intends to seek to introduce voluminous documentary evidence as part of this trial.

3. The government wishes to present documents admitted into evidence at trial to the Court and jury by way of electronic presentation, which requires the use of a laptop computer.  Therefore, the government requires the ability to access these documents by way of a laptop computer to be used in the courtroom during trial.

4. The government would like to use the services of Tyrone H. Bowie, Automated Litigation Support Specialist in the Department of Justice, Tax Division, at trial to handle the electronic presentation of evidence for the government.

5. The government also expects to call IRS Revenue Agent Sheila Maurer as a summary/expert witness.  Revenue Agent Maurer may need to bring her laptop computer into the courtroom during trial in order to edit her schedules based on evidence that is admitted at trial.

10550675.1

6.  Finally, the government will request that IRS Special Agent Cameron Lalli, who is the agent assigned to the investigation of this matter, be permitted to sit at counsel table during trial.

7.  The government therefore requests that the Court allow Ms. Finley, Ms. Kessler, Mr. Bowie, Revenue Agent Maurer and Special Agent Lalli to bring their laptop computers into the courthouse for use in the trial of this matter.  Ms. Finley and Ms. Kessler are based in Washington, D.C, and will be working remotely in the United States Attorney's Office, and their only computer access during trial will be by way of their laptop computers.

8.  Finally, in order to facilitate the electronic presentation of evidence at trial, the government requests that Mr. Bowie be allowed to enter the courthouse and the courtroom to be used for trial with his laptop computer and cellular telephone prior to the October 8, 2013 trial date on a date and time convenient to the Court.  Specifically, the government requests permission for Mr. Bowie to make a scheduled appointment with either the courtroom deputy or the Court's Automation Specialist to visit the courthouse and the courtroom to be used for trial between Wednesday, October 3, 2013 and Monday, October 7, at a pre-determined time that is acceptable to the Court.

9.  At the time Defendant Hough filed her Motion for Leave to Allow Use of Electronic Equipment in the Courtroom (Dkt. #53), the government consulted with Mr. Bruce Udolf, counsel for defendant Hough, who advised that he did not object to the government's motion.

Wherefore, the government respectfully requests that the Court grant the Government's Motion for Leave to Use Computer Equipment in the Courtroom.  Specifically the government requests that the Court (1) allow Ms. Finley, Ms. Kessler, Mr. Bowie, Revenue Agent Maurer and Special Agent Lalli to bring their laptop computers and cellular telephones into the

10550675.1

courthouse for use during the pendency of this trial; (2) allow Mr. Bowie to bring his laptop computer and cellular telephone to the courtroom to be used for trial on a date acceptable to the courtroom deputy and/or court Automation Specialist in order to ensure the effective electronic presentation of evidence at trial; and (3) any further relief the Court deems appropriate.

          A.  LEE BENTLEY, III
          Acting United States Attorney


          By:      /s/ Caryn D. Finley
          CARYN D. FINLEY
          MARGARET LEIGH KESSLER
          Trial Attorneys, Department of Justice,
          Tax Division
          2110 First Street, Suite 3-137
          Fort Myers, Florida  33901
          Telephone:  (202) 514-5051
          Facsimile:  (202) 514-0961
          E-mail: caryn.finley@usdoj.gov
          margaret.leigh.kessler@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the undersigned has conferred with opposing counsel prior to the filing of this motion and we have been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in at Dkt. #22, ¶ II(D).

        /s/ Caryn Finley
    CARYN D. FINLEY

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

    /s/ Caryn D. Finley
    CARYN D. FINLEY
    Trial Attorney, Department of Justice,
    Tax Division
    New York Bar No. 3953882
    2110 First Street, Suite 3-137
    Fort Myers, Florida  33901
    Telephone:  (239) 461-2200
    Telephone:  (202) 514-5051
    Facsimile:  (239) 461-2219
    E-mail: caryn.finley@usdoj.gov