IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No. 2:13-cr-00072-FtM-JES-UAM |
| | ) |
| DAVID LEON FREDRICK and | ) |
| PATRICIA LYNN HOUGH, | ) |

**SECOND NOTICE OF DISCOVERY RESPONSE**

COMES NOW the United States of America, by and through the undersigned Trial Attorney, and would notify this Honorable Court, that in the above-referenced case, additional discovery was provided on July 22, 2013, August 27, 2013, September 12, 2013, September 19, 2013, and September 25, 2013, to defendant Hough pursuant to Fed. R. Crim. P. 16 and the Court's Scheduling Order (Dkt. #22 ¶(I)(Y).

The Government recognizes its continuing duty to disclose information to the defendant if additional information becomes available.

The Government respectfully reminds the defendant that Rule 16(b) gives the Government the reciprocal right of discovery, and hereby requests the defendant's compliance.

Respectfully submitted,

A. LEE BENTLEY
Acting United States Attorney

By:   /s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

10561423.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Bruce L. Udolf, P.A.
500 E. Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33394

Brianna L. Abrams
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

Charles Edward Falk

    /s/ Caryn D. Finley
    CARYN D. FINLEY
    Trial Attorney, Department of Justice, Tax Division
    New York Bar No. 3953882
    2110 First Street, Suite 3-137
    Fort Myers, Florida  33901
    Telephone:  (239) 461-2200
    Telephone:  (202) 514-5051
    Facsimile:  (239) 461-2219
    E-mail: caryn.finley@usdoj.gov

10561423.1