UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

**ORDER**

This matter comes before the Court on the government's Motion for Leave to Use Computer Equipment in Courtroom (Doc. #60) filed on September 25, 2013. The motion is unopposed and the Court previously granted defendant's similar request. (Doc. #54.)

The government seeks leave to bring electronic equipment into the building and the courtroom to access and facilitate the presentation of "voluminous documentary" evidence. (Doc. #60, ¶¶ 2-3.) The government will use the services of an Automated Litigation Support Specialist with the Department of Justice Tax Division (Tyrone H. Bowie) to present the evidence, and also expects that IRS Revenue Agent Sheila Maurer and IRS Special Agent Cameron Lalli will require access and use of laptop computers during trial. Counsel also seeks permission to bring in her own laptop computer, and for Mr. Bowie to have access prior to trial.

The Court will grant the motion to allow the equipment to enter the building and for use at trial to the extent that the courtroom is equipped to accommodate four laptops.[1] As to the request for a preliminary visit, counsel may contact the courtroom deputy or the Court's Automation Specialist to make arrangements to visit if the courtroom and personnel are available. Counsel may not set up or leave the equipment in the courtroom prior to the start of trial as other matters are scheduled between the proposed dates and the first day of trial.

Accordingly, it is hereby

**ORDERED:**

The Government's Motion for Leave to Use Computer Equipment in Courtroom (Doc. #60) is **GRANTED** as follows:

1. Caryn D. Finley, Special Agent Cameron Lalli, Revenue Agent Sheila Maurer, and Automated Litigation Specialist Tyrone H. Bowie may each bring one laptop computer[2], any related items includes cables and extension cords, and one cellular telephone into the U.S. Courthouse and Federal Building as necessary for use during the jury

---

[1] Counsel should be prepared to bring in surge protectors and/or power strips, and any other necessary peripheral equipment as the Court will not provide additional equipment not otherwise available.

[2] Wireless internet access is now available throughout the Middle District of Florida. All internet access through the broadband wireless internet is subject to the terms and conditions outlined in the Order Conditions Applicable to Using Internet in In re Policy Governing Limited Personal Use of Supplied Broadband Wireless Internet Connection for Registered Courtroom Users, 6:11-mc-83-Orl-22.

trial in this case, scheduled to commence October 8, 2013, and for the duration of trial, subject to the discretion of the Court Security Officers and/or U.S. Marshal's Office. **The cellular telephones shall be turned off in the courtroom while court is in session.**

2. Any preliminary visit must be scheduled directly with the Courtroom Deputy[3] and/or the Automation Specialist[4], if the visit can be accommodated.

**DONE and ORDERED** at Fort Myers, Florida, this ___27th___ day of September, 2013.

*[signature]*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Jeff Sabean
Brenda M. Alexander
CSOs (2 copies)

---

[3] Brenda M. Alexander may be reached at Brenda_m_alexander@flmd.uscourts.gov

[4] Jeff Sabean may be reached at (239) 461-2076.