# Exhibit A

## Client CAWB Information

### 020600795268

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 10.09.2002 | Letter | Internal note | 10.09.2002 |

**NOTES**

Konto aufgelöst bei einer Bank in Nassau, Bahamas.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 10.09.2002 | | Internal note | 10.09.2002 |

**NOTES**

Kontrolle: Ungewöhnliche Transaktion?Feststellungen: ?Massnahmen: ?erledigt: ja?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.11.2002 | Telephone conversation | Internal note | 15.11.2002 |

**NOTES**

Assets transferred from UBS Bahamas in view of exchange of information with the US

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 20.11.2002 | | Internal note | 20.11.2002 |

**NOTES**

Kontrolle: Ungewöhnliche Transaktion?Feststellungen: ?Massnahmen: ?erledigt: ja?

PA_0116_08_0059

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.07.2003 | Visit to client | Contact | 14.07.2003 |

**NOTES**

Signed derivatives form. ? ?Good meeting, going through the various documentation issues and culminating in a presentation of our analysis and recommendations for the investment of approx. USD 30 mio. Which went down very well with them, to the point that they readily signed the PM forms for all three accounts, because it is uncert at this time whether the assets will ultimately kept in one account in their name or possibly in different accounts. ?Total expected new is: USD 24 mio for schools, 3 mio currently held in US, 1 mio in the ▮▮▮▮
? ▮▮▮▮▮▮▮▮ has an exclusive school in Manhattan where the tuition for the kindergarten costs more than their tuition for university! He has put in a number of bids for their schools. ? ?It seems that the deal will take plac before mid-August, with a group of mid-western businessmen who seem serious enough to have paid quite a lot lawyers fees. ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.12.2003 | Telephone conversation | Contact | 15.12.2003 |

**NOTES**

discussion about investing the money with us at least in part in PM as previously suggested. He will discuss with his wife; I suggested that we start with USD 5 mio and I show them how the investments look in Jan. He promise to get back to me.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 17.12.2003 | E-Mail | Contact | 17.12.2003 |

**NOTES**

Dieter:??I just spoke to Pat and she agrees that we should move?5.0 to the Enhanced Return Managed Portfolio ??Thanks again for the information and advice.??Regards,??DF

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 05.01.2004 | E-Mail | Contact | 05.01.2004 |

**NOTES**

Receipt:??Confirm 1306045 sea shells.??Best regards,?Dieter

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 06.01.2004 | | Internal note | 06.01.2004 |

**NOTES**

Inflow in the amount of USD 1'306'045 into Asset 02. Accordingly to Dieter Lütolf, we invested it into MMF USD (without issue commission!) for the time being.

PA_0116_08_0060

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 31.12.9999 | Telephone conversation | Contact | 31.03.2004 |

**NOTES**

Still trying to sell his medical schools. When the transaction takes place, we should receive double digit USD amount. Regular contact on trips.