# Exhibit B

## Client CAWB Information

### 020600261472

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.07.2003 | Visit to client | Contact | 14.07.2003 |

**NOTES**

Sign pledge and derivatives form. ? ?Reminded them that we need the certificate of incumbancy. ? ?PM to be held back and activated once the big picture becomes clear. ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.09.2003 | E-Mail | Contact | 02.09.2003 |

**NOTES**

Dear Dieter: ? ?Sorry to bother you, but I misplaced the wire transfer ?information for our two accounts (MTA and APEX). (1) ?Can you send me the WT details? We 'may' be closing ?on the business acquisition this week. Presently, we ?are scheduled to sign all the documents for closing on ?Thursday or Friday, and the wire transfer should take ?place on Friday or Monday. We plan to send 8.5 to ?APEX and 15.5 to MTA. I'll let you know if it really ?happens! ? ?Also (2) Pat needs your street address so she can have ?some documents sent regarding one of the companies. ? ?We received the PIN numbers you mailed..... thank you. ? ?Regards, ? ?David Fredrick ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.12.2003 | Telephone conversation | Contact | 15.12.2003 |

**NOTES**

Authorized us to transfer USD 487'000.- to his private account with UBS

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 | | Internal note | 30.03.2004 |

**NOTES**

Uncomplete Must Fields. Deadline March 31, 2004.

PA_0116_02_0079

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 | Telephone conversation | Contact | 18.12.2003 |

### NOTES
Uncomplete Must Fields. Deadline March 31, 2004.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.06.2004 | E-Mail | Contact | 21.06.2004 |

### NOTES
A few months ago I sent you the required letter?verifying that MTA (Medical Technology Associates,?Ltd) was an organization in good standing.  Can you?email or fax me a copy of that letter for our records.? ??Pat and I are in Gardner for a few weeks, then off to?Europe (Spain, England, Ireland) for three weeks in?July.  ??We also had a meeting with an investment group that is?interested in purchasing SABA and MUA...so we've?started the necessary due diligence. We'll keep you?informed of any progress.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 21.06.2004 | Fax | Contact | 21.06.2004 |

### NOTES
Attached please find the form, as requested. I can try to email you a copy if this is not clear enough, but I suspect a scanned copy will not turn out much better. Let me know if you want me to try.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 30.09.2004 |

### NOTES
Transfer to cover debit position on credit card account. Account not needed for the time being.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 08.11.2006 | Visit to client | Contact | 09.11.2006 |

### NOTES
Please close account, covering debit from NWV.

PA_0116_02_0080