# Exhibit C

# *Client CAWB Information*

## *020600872263*

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.06.2004 | E-Mail | Contact | 02.06.2004 |

### NOTES

I hope you are enjoying the summer in Europe. Pat and?I have been extremely busy with our schools, but are?now spending a few days off in Florida, where it is?very HOT and HUMID.  We will return to Massachusetts?on the weekend.??I have been waiting for confirmation that our account?has been divided, and a new account number has been?issued for me.  Please send the details of that so I?can deposit additional funds.  I believe you also need?me to identify an executor for the account, should?anything happen to me.  Please email me my new account?number and the amount in that account.??We are still moving ahead with the idea of selling?both our schools.  There are a couple of interested?parties, so hopefully we will be 'free' of all the?burden shortly.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.06.2004 | E-Mail | Contact | 02.06.2004 |

### NOTES

The number you are looking for is 206-872'263. The split is just about done, for technical reasons there is a small bit that will move over only end of this month. I prefer to give more details by phone rather than email. Can I reach you somewhere?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 08.06.2004 | Telephone conversation | Contact | 08.06.2004 |

### NOTES

confirm the split. He is looking at a way to transfer another USD 6 mio from the Us. He is working with his accountant in this respect.??They are negotiating with various parties to sell the schools.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.06.2004 | | Internal note | 11.06.2004 |

### NOTES

OK

PA_0116_09_0072

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.06.2004 | | Internal note | 11.06.2004 |

*NOTES*

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 21.06.2004 | E-Mail | Contact | 21.06.2004 |

*NOTES*

I tried to fax the certificate to you, but your machine did not seem to answer. Is the number XXX-XXX-6836 correct?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.06.2004 | E-Mail | Contact | 22.06.2004 |

*NOTES*

You are soooooo very kind. Here is a good fax number?to use: XXX-XXX–6200.  This is my efax and works all?the time.  I wish I could afford a really good fax?machine.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 15.09.2004 |

*NOTES*

Was a bit late for the meeting since there was some damage to their home in Florida.??Discussion about portfolio and the cash portion. I suggest that we invest 2 x 500?'000 in DOCU against EUR, one aggressive and the other conservative, renewable for one month periods until further notice. ??Work with Schneider accountants who are specialists for the Dept. of Education. They now have an audited return which qualifies to GAP standards. This should also make it easier for them to sell. Still interested are Providence Equity Group (RI) who have made a proposal for USD 40 mio. Their accountants feel that the amount should be higher (EBIDA times 7).??They have USD 7 mio in Englewood Bank in Florida and another 3 mio in Gardner. They want to bring this to UBS as quickly as possible, since the bank is really very small (they may be their biggest client). He is meeting with lawyer Peter Giucklich in NY to discuss how to move the money offshore. For this purpose, they want to open an account in the name of Saba School of Medicine Foundation, Netherlands Antilles. Send him the documents as soon as possible.

PA_0116_09_0073

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 05.04.2005 | | Internal note | 05.04.2005 |

### *NOTES*

RBA - Risk Based Approach??Control level: Client Advisor?Started by: TIMER?User: 00032902 (AOM4), 05.04.2005.??Confirmation of client?The client profile reviewed by me is plausible and updated and in line with the client's behaviour that is known to me. The client's classification in the relevant cluster (Regular/PEP/SCAP/SIAP) was checked.??Comment: -

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 21.04.2005 | E-Mail | Contact | 21.04.2005 |

### *NOTES*

Thanks for sending the bank check to my sister in?Wisconsin.??I just returned from Florida and will forward the MUA?papers to you before the end of the week.  You are?correct in assuming we have been very, very, very busy?with both schools at maximum enrollment!  We also met?last week with a gentleman from England who is?interested in acquiring both our medical schools, and?with the US dollar so weak against the British pound,?it is a bargain for him.??Also, would you do me one more favor and send another?bank check, from my account, by FedX, for $40,000.00?to:??Ms. Susan McBride?108 Lindsey Avenue?Chesapeake, Virginia 23320??phone: 757-548-9095??I hope I am not placing too much of a burden on you?and your staff.  Thank God I am running out of?relatives that need help.??Regards and much appreciation for your friendship and?professionalism.?-----?Not a problem- will send it out tomorrow. Will let you know when I see the papers.

PA_0116_09_0074