# Exhibit D

## Client CAWB Information

### 020600872267

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.05.2004 | E-Mail | Contact | 11.05.2004 |

**NOTES**

I have received the form for Charlene. Most of the transfer to the new number has been achieved. I will let you know when everything is final. I have noticed that the passport copy I have on file has expired. Could you please mail me a copy of your new passport, showing the pages ?-with your name etc?-your signature?-date of issuance and expiry.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.06.2004 | | Internal note | 11.06.2004 |

**NOTES**

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 15.09.2004 |

**NOTES**

Discussed account with her husband and spoke to her briefly on the phone. He will show her the DOCU proposal in case she wants to go ahead with that as well.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 05.04.2005 | | Internal note | 05.04.2005 |

**NOTES**

RBA - Risk Based Approach??Control level: Client Advisor?Started by: TIMER?User: 00032902 (AOM4), 05.04.2005.??Confirmation of client:?The client profile reviewed by me is plausible and updated and in line with the client's behaviour that is known to me. The client's classification in the relevant cluster (Regular/PEP/SCAP/SIAP) was checked.??Comment: -

PA_0116_04_0053