# Exhibit E

# *Client CAWB Information*

## Account: 020600348833
## Account Reference: A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|---------------|------------------|--------------|----------------|
| 1 | 1769 | 7/27/2005 | 7/27/2005 | Interne Notiz | |

NOTIZ

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|---------------|------------------|--------------|----------------|
| 2 | 1770 | 9/26/2005 | 9/26/2005 | Kontakt | E-Mail |

NOTIZ

I am just following up on the request for a bank check ...for $5000 to Dean Hughson. Has it been sent; did it ...go by Fed Ex or regular airmail.

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|---------------|------------------|--------------|----------------|
| 3 | 1771 | 3/17/2006 | 3/17/2006 | Kontakt | Telefongespräch |

NOTIZ

Transfer USD 282580 to Nevis Land & Housing Authority. Loan USD 268000 till repayment of fiduciary (16.05.06)

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|---------------|------------------|--------------|----------------|
| 4 | 1772 | 5/3/2006 | 5/3/2006 | Kontakt | Telefongespräch |

NOTIZ

Transfer of USD 500K (250 to Saba, 250 to P.H.) represents purchase of land on Saba previously held by a company named ▮▮▮▮▮. It is ok to name New Vanguard as sender, as discussed with D.F.......Loan USD 550k to make transfers and cover debit on USD account. Maturity of loan, May 16 (also maturity of fiduciary fix USD 499K)

NOTIZ - TRANSLATED

No Translation Available

*CAWB entries included for years 2000 thru 2007*

# *Client CAWB Information*

## Account: 020600348833
## Account Reference: A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|------------|-----------|---------|----------------|
| 5 | 1773 | 5/16/2006 | 5/17/2006 | Kontakt | Telefongespräch |

NOTIZ

Repayment of Loans, USD 821689 incl. interest. Used available cash USD 504000 and made a new loan USD 318000, maturity Aug 18, 2006

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|------------|-----------|---------|----------------|
| 6 | 1774 | 12/20/2006 | 1/12/2007 | Interne Notiz | |

NOTIZ

RBA - Risk Based Approach......Control level: Client Advisor...Started by: TIMER...User: 00032902 (AOM4), 20.12.2006.......Confirmation of client:...The client profile reviewed by me is plausible and updated and in line with the clients behaviour that is known to me. The clients classification in the relevant cluster (Regular/PEP/SCAP/SIAP) was checked.......Comment: -

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|------------|-----------|---------|----------------|
| 7 | 1775 | 12/21/2006 | 1/12/2007 | Interne Notiz | |

NOTIZ

RBA - Risk Based Approach......Control level: Superior...Started by: TIMER...User: 00687529 (AAXE), 21.12.2006....Behalf of: 00423378 (AAXE).......Confirmation of client:...The client profile reviewed by me is plausible. The client relationship can continue.......Comment: -......--------------------------------------......RBA - Risk Based Approach......Control level: BS / MG Head...Started by: TIMER...User: 00017601 (AJC6), 08.03.2007....Behalf of: 00139196 (ETJ4).......Confirmation of client:...The client profile reviewed by me is plausible. The client relationship can continue.......Comment: -

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|-------|------|------------|-----------|---------|----------------|
| 8 | 1776 | 12/28/2006 | 12/28/2006 | Kontakt | E-Mail |

NOTIZ

I hope your holidays have been great so far and would like to wish you all the best for 2007: much success in your endeavors and above all, the best of health!

NOTIZ - TRANSLATED

No Translation Available

*CAWB entries included for years 2000 thru 2007*

# *Client CAWB Information*

## Account: 020600348833
## Account Reference: A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 9 | 1777 | 3/13/2007 | 4/2/2007 | Kontakt | E-Mail |

### NOTIZ

Would you please immediately (today if possible) do...> the following wire:...> ...> Amount to be wired:  $223,197.00  (US dollars)...> Account to Debit:  New Vanguard Holding, Ltd...> ...> Account to Credit:   ...> ...> Bank of America...> ABA: 011-000-138...> Acct name:  Medical University of the Americas...> Acct Number:  9420730035...> ...> Once the wire is made, can you email me the...> transaction number.

### NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 10 | 1778 | 9/3/2007 | 9/3/2007 | Kontakt | E-Mail |

### NOTIZ

I am back from my tour of China and Russia, full of new impressions. It was quite an experience. Life back in the office seems a bit odd at this point, but III get used to it again. I just wanted to touch base with you, but of course forget that today is a holiday, ......Hope you and Pat are doing well. Talk to you soon,

### NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 11 | 1780 | 9/4/2007 | 9/4/2007 | Kontakt | E-Mail |

### NOTIZ

Pat and I were thinking about you as well. Good tohear you are back. UBS was about to fold withoutyou being there.  When you get a few minutes, can you give me a summaryof (1) what we presently have in our accounts, and (2)what interest rates we have seen during the last 6months.

### NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 12 | 1779 | 9/4/2007 | 9/4/2007 | Kontakt | Telefongespräch |

### NOTIZ

may have some more money to send us. Will check these next few days and get back to me....Does not yet know whether he will be able to see Beda end of September, but will send him an email if he sees that it is possible.

### NOTIZ - TRANSLATED

No Translation Available

*CAWB entries included for years 2000 thru 2007*

# *Client CAWB Information*

**Account: 020600348833**

**Account Reference: A-0116**

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 13 | 1781 | 9/10/2007 | 9/10/2007 | Kontakt | E-Mail |

NOTIZ

I have reviewed the current situation and can confirm as follows:......The time deposits return year to date is 3.06% (or around 4.6% annualized). The actual return on the managed portfolios (absolute return defensive) year to date is 3.49% (or around 5.2% annualized) even after the strong setbacks in the markets this summer. We expect the return differential to increase as interest rates are reduced in the US (expect three rate cuts for a total of 0.75% until year end), thus making the managed portfolio even more attractive. ......Bearing in mind that the return on the managed portfolio was 7.31% last year (vs. 4.20% for time deposits), we would have to see dramatic events to bring us down to the time deposit level. ......Just to remind you: Saba is only cash. TF and NV are managed.......I hope this answers your question and that you are happy with the situation. I am sure we will review on my next trip and I hope to be able to show you even better results.

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 14 | 1782 | 10/1/2007 | 10/1/2007 | Kontakt | Telefongespräch |

NOTIZ

gave him rates for USD fid (at his request):...1 m 5%...6 m 5.08%...12m 4.87%,.....He will get back to me

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 15 | 1783 | 10/1/2007 | 10/1/2007 | Kontakt | E-Mail |

NOTIZ

Dieter:......What is the current rate of interest at UBS for...amounts of 10m or more, for funds at 1 month, 6 month,...and 1 year,......Please let me know as soon as possible.......When are you planning on another trip to the US?......DF

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 16 | 1784 | 10/2/2007 | 10/2/2007 | Kontakt | Telefongespräch |

NOTIZ

Confirms that he wants to cancel the AR for the time being, because he is afraid of the bubble bursting.

NOTIZ - TRANSLATED

No Translation Available

*CAWB entries included for years 2000 thru 2007*

# *Client CAWB Information*

**Account: 020600348833**

**Account Reference: A-0116**

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 17 | 1785 | 10/2/2007 | 10/2/2007 | Kontakt | E-Mail |

NOTIZ

Dieter:......,Good suggestions. Yes, keep 1m in a venue that will...allow us to see what could have been and perhaps...allow us to get back in at a future date.......DF............--- dieter.luetolf@ubs.com wrote:......> Dear David,...> ...> As you know, my view is a little more optimistic,...> but your comfort level...> is more important. NV is up over 15% since July 05,...> clearly better than...> time deposits, and I believe this type of portfolio...> will continue to do...> better, but I will not argue that the world (the...> financial world in...> particular) is a safe place and we can never see any...> short-term...> setbacks. ...> ...> I will investigate whether there are any...> capital-protected avenues that...> we should look at and will get back to you. In the...> meantime, I will of...> course make the changes that you request. I assume...> that you are talking...> about both TF and NV? ...> ...> I would suggest that we keep a small amount in the...> absolute return,...> keeping our options open, but also allowing you to...> keep score. I will...> call you this afternoon to hear your other thoughts....> ...> Best regards,...> Dieter...> ...> ...> ...> -----Original Message-----...> Dieter:...> ...> Pat and I have been watching closely the financial...> markets in the US and implications abroad.  We are...> concerned that the future looks bad for managed...> funds...> in general.  We feel that our funds would yield a...> better return if kept in a simple, interest bearing...> account.  ...> ...> Please move all our managed funds and put 50% in a 1...> month interest account and 50% in a 6 month interest,...> account,  This will give us at least a 5% annual...> return on all our funds, without having to follow...> the...> market....> ...> Regards,...> ...> DF

NOTIZ - TRANSLATED

No Translation Available

---

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 18 | 1786 | 10/2/2007 | 10/2/2007 | Kontakt | Telefongespräch |

NOTIZ

wants to transfer around USD 1.5 mio in the next few days.

NOTIZ - TRANSLATED

No Translation Available

---

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 19 | 1787 | 10/30/2007 | 10/30/2007 | Kontakt | E-Mail |

NOTIZ

BO asks about credit of last amount. His bank claims we require more information about beneficiary (this is not the case, it was credited 6 days ago, cover received from UBS Stamford). I ask BO to get a copy of the message.

NOTIZ - TRANSLATED

No Translation Available

---

*CAWB entries included for years 2000 thru 2007*