# Exhibit F

## Saunders, Daniel A.

| | |
|---|---|
| **From:** | Finley, Caryn (TAX) <Caryn.Finley@usdoj.gov> |
| **Sent:** | Friday, September 27, 2013 10:26 AM |
| **To:** | Hochman, Nathan J.; Kessler, Margaret Leigh (TAX) |
| **Cc:** | Saunders, Daniel A.; budolf@udolflaw.com |
| **Subject:** | RE: US v. Hough -- Dieter Luetolf |

Nathan,
The government has not entered into any agreements with Mr. Luetolf and does not have any memoranda of interviews. The government does not intend to call Mr. Luetolf at any point during the Hough trial.
Caryn

**From:** Hochman, Nathan J. [mailto:nathan.hochman@bingham.com]
**Sent:** Thursday, September 26, 2013 1:51 PM
**To:** Finley, Caryn (TAX); Kessler, Margaret Leigh (TAX)
**Cc:** Saunders, Daniel A.; Bruce Udolf (budolf@udolflaw.com); Hochman, Nathan J.
**Subject:** RE: US v. Hough -- Dieter Luetolf

PS Please also confirm our understanding that the Government has no interview memoranda of Mr. Luetolf.

---

**From:** Hochman, Nathan J.
**Sent:** Thursday, September 26, 2013 10:48 AM
**To:** caryn.finley@usdoj.gov; Kessler, Margaret Leigh (TAX) (Margaret.Leigh.Kessler@usdoj.gov)
**Cc:** Saunders, Daniel A.; Bruce Udolf (budolf@udolflaw.com); Hochman, Nathan J.
**Subject:** US v. Hough -- Dieter Luetolf

Dear Caryn and Leigh:

Following up on our earlier conversation where you stated that Dieter Luetolf has not been charged to date with any crimes by the Government regarding his actions at UBS, please let us know at your earliest convenience if the Government has entered into any agreement with Mr. Luetolf concerning his actions. It is also our understanding based on our conversations that the Government does not intend to call Mr. Luetolf at any point during the Hough trial.

I look forward to your response.

Regards,

Nathan

*Print Less · Go Green*

Nathan J. Hochman
*Partner*
T 310.255.9025
F 310.907.2025
nathan.hochman@bingham.com
B I N G H A M
Bingham McCutchen LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082

1