# EXHIBIT A

| From: | David Fredrick <drfredrick@yahoo.com> |
| Sent: | Wednesday, September 22, 2004 11:04 AM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | Re: Important - Jerry Schneider |
| Attach: | rtf-body.rtf |

Dave:

I called Jerry today for two things:

1. In speaking with Pat, I realized that I do not own
a "majority" of either school.... Belize or Nevis.   I
own 50% of Belize and 30% of Nevis.... Pat owns 25% of
Nevis.  However, we were not sure if I am still
considered a "majority" given that Pat and I are
"family."   He will check with Peter on this.

2. We are still waiting for a verdict from Peter
regarding the date of ownership for Nevis.  Jerry said
he would try to contact him today.

3. When you return to the office, get with me as I
need the original of some forms that we used in the
Saba audit.

Thanks..... DF


--- David Minchenberg <dminchenberg@saba.edu> wrote:

> Dear Dr. Fredrick: I hope this email finds you and
> Dr. Hough well.
>
> I just had a lengthy conversation with Jerry about
> what he needs to file
> your personal tax returns.
>
> Long story short - I have a huge (almost monumental)
> task ahead of me
> that needs to be completed within a very short
> deadline.
>
> I need to buy a vehicle and will be on the road
> Saturday. I'll call you
> to touch base. When you get this message, please
> give me a call on
> Saturday.
>
> It is important that we meet as soon as possible.
> Perhaps Saturday night
> or Sunday. Here are my contact numbers.
>
> Home 978.632.8181
> Cell 508.493.0590
>
> I look forward to hearing from you.
>
> With my finest wishes,
> David
>

DM005895

| From: | David Fredrick <drfredrick@yahoo.com> |
| Sent: | Tuesday, November 30, 2004 5:24 PM |
| To: | jglass@dowlohnes.com |
| Cc: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | RE: Urgent : Saba: US DOE Irrevocable Line of Credit |
| Attach: | rtf-body.rtf |

Jonathan:

I just got back in the office myself.... I also cannot
recall having issued the DOE a LC from our bank.  We
had discussed this, but could never reach an agreement
on exactly how much it would be, or IF the DOE really
wanted it.... so we went ahead and got the audited
financial statement.  I'll verify this in the morning
and let you know, but my recollection is we never gave
the DOE a letter containing a LC from our bank.

DF


--- jglass@dowlohnes.com wrote:

> David and All:
>
> Thanks.  I also received the fax.  I am inclined to
> just make a call to the
> Foreign Case Team tomorrow to request the return of
> the original LC.  I
> would not expect that to be a problem (except that I
> cannot recall ever
> delivering the LC, but maybe that is just my
> memory).  The School does not
> have the slightest obligation to maintain an LC with
> ED, so this is just a
> matter of finding the right person who can find the
> document and sent it
> back over.
>
> Let's touch base tomorrow, when you are back in the
> office, and then I can
> make that call.
>
>
> -----Original Message-----
> From: David Minchenberg
> [mailto:dminchenberg@saba.edu]
> Sent: Monday, November 29, 2004 6:44 PM
> To: jglass@dowlohnes.com
> Cc: David Fredrick; plhough@yahoo.com
> Subject: Urgent : Saba: US DOE Irrevocable Line of
> Credit
> Importance: High
>
>
> Dear Jonathan: I Hope this email finds you well.
> Further, I hope you and

DM005944

> your family had a wonderful Thanksgiving Holiday.
>
> I am faxing you a copy of the Irrevocable Line of
> Credit and a copy of our
> $2.1million CD held as collateral for the Letter of
> Credit for your
> reference.
>
> I am hoping that you can help me. If I have any of
> the information that is
> incorrect, please feel free to advise me
> accordingly.
>
> Last year, Saba put forth to the US DOE an
> Irrevocable Line of Credit to
> demonstrate our financial stability (to "teach out
> students" in the event
> Saba closed) in our efforts in applying and being
> granted Title IV Loan
> Status. I believe the Line of Credit was established
> in lieu of having
> audited Financial Statements. Saba recently had
> their Financial Statements
> audited, and subsequently gained accreditation in
> the states of Fl and CA.
> Saba now is accredited in all 50 states.
>
> Pursuant to my discussion with Dr. Fredrick, it is
> our desire to withdraw
> the Letter of Credit so that we can gain access to
> our $2.1 million CD.
>
> Here are the questions that I need your help with.
>
> First, now that Saba has audited Financial
> Statements, can we withdraw the
> Letter of Credit and satisfy the US DOE with our
> audited Financial
> Statements?
>
> Second, in order for our bank (which issued the
> Letter of Credit) to release
> our CD, we will need the original Letter of Credit
> which was given to the US
> DOE. That said, how do we go about getting the
> original document?
>
> Third, and most importantly, I need to emphasize
> that "time is of the
> essence". The Letter of Credit states that "Should
> the Institution fail to
> renew the Letter of Credit within 10 days of it's
> expiration as directed by
> the US DOE, The Department may call the Letter of
> Credit and place the funds
> in an escrow account at the Department pending a
> prompt determination of the
> extent to which those funds will be used in
> accordance with paragraphs 1
> through 3 above". We have passed the 10 day
> threshold and I am very

> concerned as we haven't had any correspondence from
> the DOE regarding the
> Letter of Credit.
>
> When you have a moment, could you please email me
> with this information? I
> am assuming that you may have additional questions
> that you may need my help
> with. I am available to assist you in any way
> possible.
>
> FYI: I will be out of the office all day Tuesday
> (November 30th) returning
> to the office on Wednesday December 1st. However,
> you can reach me anytime
> on my cell phone - 978.424.7900
>
> I look forward to hearing from you soon.
>
> Respectfully,
> David
>
>
> David C. Minchenberg, CPA
> Controller
> Saba University School of Medicine
> Medical University of the Americas
> P.O. Box 386
> Gardner, MA 01440
> P: 978.630.5122 x 122
> F: 978.632.2168
> dminchenberg@saba.edu
>
>

DM005946

| From: | David Fredrick <drfredrick@yahoo.com> |
|---|---|
| Sent: | Monday, December 19, 2005 1:30 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | Legal Fees |
| Attach: | rtf-body.rtf |

David:

This is an "INTERNAL MEMO" and NOT to be discussed
with the world.

>From the sound of it, we have already racked up 10k+
in legal fees from memos, and another 15k if we ask
Peter to do anything else.

Stop all communication with him, unless you clear it
with me FIRST.

DF

DM006144

| | |
|---|---|
| **From:** | Jerry Schneider <JSchneider@SCHNEIDER-CPAS.COM> |
| **Sent:** | Friday, December 2, 2005 9:00 AM |
| **To:** | David Minchenberg <dminchenberg@saba.edu> |
| **Cc:** | drfredrick@yahoo.com; Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
| **Subject:** | RE: Round Hill Project Account Info for 5471 |
| **Attach:** | rtf-body.rtf |

Thanks, this is what I needed from you. I will now deal with your open issues and we will work together to get these returns done. These returns require a team effort and complete cooperation from all

Jerry Schneider, CPA - Managing Partner
Schneider & Associates LLP
100 Jericho Quadrangle, #236
Jericho, NY 11753
Tel: 516-942-5300
Fax: 516-932-6050

———

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Fri 12/2/2005 8:47 AM
To: Jerry Schneider; Dean Hiltzik
Cc: David Fredrick
Subject: FW: Round Hill Project Account Info for 5471

Dean Jerry and Dean: Let me first preface this email by stating that I don't have a problem "sticking up" for myself and I have to do it right now. "It is time to clear the air and set the record straight" "

Regarding the only other entity that we are filing 5471's for other than MUA, this is the only banking information I was provided with. I had asked for this information each and every month starting in 2005 and can substantiate that (in most months) with emails sent to Dr. Fredrick with the attached checklist which I also sent you several months ago which I will go back through my sent list and re-forward again to you.

Unfortunately, I am being blamed for "doing nothing with my time". After I received this information, I still couldn't even start on the 5471's because they hadn't completed the checklist (attached). Once I received the bare minimum on the checklist that I could start the 5471's, we were well into the audit and I had a simple choice as follows:

A). Finish the audit

B). Finish the 5471's

Moreover, once Dr. Fredrick gave me the information on the checklist (which will still require me to create balance sheets and income statements for 5 years, he expected the 5471's to be completed the next day which is completely unrealistic (quantity - 10 5471's five (5) each for Dr. F. and Dr. H without any tax software) and that doesn't include the time necessary to complete the income statement and balance sheet for each year.

DM006162

Further, once I looked into the checking account information for Round Hill and the legal documents of land ownership, there are inconsistencies with the amount paid for the land that do not "tie" out and reconcile the checkbook. Further, there is a legal document that states that all the campus buildings revert ownership to round hill after a 20 year period which will be a issue for the next Saba audit.

Regarding the MUA audit, the "books" were only resolved late yesterday afternoon, including significant balance sheet prior period events. So there was no way that MUA's 5471's could have been started prior to yesterday. Further, there will still be issues I need to discuss with Dr. F. when he returns to clarify certain "facts and events" before the 5471's can be completed. And these same events are the precise types of items that slowed up the audit. The following are some examples.

A). In the fiscal period, Dr. F resigned from the Board of Directors (a 5471 event) but later (in the fiscal period) there are notes that he called the island attorney's to request that more shares be issued (and in the notes from the island's attorney's "solicitor's) and he was named as a director after he already resigned - a clear inconsistency.

B). When the island's attorney (solicitor) issued the additional shares of stock (a 5471 event) Dr. F. bought them at $1.00 per share US even though the Board of Director Minutes said he would pay $900. per share – an almost $900,000 difference. Most importantly, par was $10.00 per share EC currency.

C). The officer loan for the payments to Education Supply international (this changed the balance sheets (3 years worth)

D). The two trucks in Dr. F's name changed the balance sheets from day one

The above are some examples of what the MUA 5471's could not be started until the audit was complete. I knew there would be these outstanding issues that would change the financials.

So in defense of myself, I will not be held accountable due to the actions of others (that are out of my control) , or because we needed to wait for a final answer (such as Peter Glicklich's tax opinion) to move forward with the completion of the 5471's. The facts above are correct.

Moreover, if we are being honest, the fact remains that I started requesting this information in the spring and didn't receive it until the fall – some 6 month's later.

I hope this clarifies everything and gives you the information you requested late yesterday afternoon.

Best regards,

David

David C. Minchenberg, CPA

DM006163

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu


-----Original Message-----
From: Dr. Patricia Hough [mailto:plhough@yahoo.com]
Sent: Tuesday, October 25, 2005 2:26 PM
To: David Minchenberg; David Fredrick
Subject: Round Hill Project Account Info for 5471


I stopped by RBTT bank and Victoria was able to get the following from the St. Maarten Branch


The account (370202473) was established in 2001        10,500 by DF and PH as required by Antillean law


Balance 12/31/01            9994.75


Balance 12/31/02            9521.95


Balance  12/31/03           8,926.16


Balance 12/31/04            5,773.53


Checks have been written for routine maintenance plus deductions in 03/04 of $10 each month for account maintenance.


Is this enough or do you need more?

| From: | David Fredrick <drfredrick@yahoo.com> |
|-------|----------------------------------------|
| Sent: | Friday, December 2, 2005 1:07 PM |
| To: | Jerry Schneider <JSchneider@SCHNEIDER-CPAS.COM> |
| Cc: | David Minchenberg <dminchenberg@saba.edu>; Dean Hiltzik <dean@SCHNEIDER-CPAS.COM> |
| Subject: | RE: Round Hill Project Account Info for 5471 |
| Attach: | rtf-body.rtf |

Dear "All"

This is absolute bull-shit. Dr. Hough gave Dave all
the info regarding Round Hill weeks ago.... and I have
had 'numerous' conversations with Dave concerning
having the 5471's for Nevis complted.... again, and
again, and again, and again..... and at least expected
that as a result of the sudit, the past years of
statements would be a easy task..... which I don't
know that anything has been done. I just asked Dr.
Hough if there was any outstnading info that DAve had
requested, and the answer is NO. I also asked DAve
weeks ago if he had all the into for doing the 5471
for Round Hill, and he said yes.....

It is obvious that there is a serious lack of
communication in the office and something needs to be
corrected. I also do not appreciate DAve M open
sharing of personal information that has nothing to do
with the MUA/SABA audit.... another thing to deal
with.

I am beginning to think that hiring a CPA to "help"
out with SABa nnd MUA has created more problems that
solved.

DF

--- Jerry Schneider <JSchneider@SCHNEIDER-CPAS.COM>
wrote:

> Thanks, this is what I needed from you. I will now
> deal with your open issues and we will work together
> to get these returns done. These returns require a
> team effort and complete cooperation from all
>
> Jerry Schneider, CPA - Managing Partner
> Schneider & Associates LLP
> 100 Jericho Quadrangle, #236
> Jericho, NY 11753
> Tel: 516-942-5300
> Fax: 516-932-6050
>
> _____
>
> From: David Minchenberg
> [mailto:dminchenberg@saba.edu]
> Sent: Fri 12/2/2005 8:47 AM
> To: Jerry Schneider; Dean Hiltzik
> Cc: David Fredrick

DM006169

> Subject: FW: Round Hill Project Account Info for
> 5471
>
>
>
> Dean Jerry and Dean: Let me first preface this email
> by stating that I don't have a problem "sticking up"
> for myself and I have to do it right now. "It is
> time to clear the air and set the record straight" "
>
>
>
> Regarding the only other entity that we are filing
> 5471's for other than MUA, this is the only banking
> information I was provided with. I had asked for
> this information each and every month starting in
> 2005 and can substantiate that (in most months) with
> emails sent to Dr. Fredrick with the attached
> checklist which I also sent you several months ago
> which I will go back through my sent list and
> re-forward again to you.
>
>
>
> Unfortunately, I am being blamed for "doing nothing
> with my time". After I received this information, I
> still couldn't even start on the 5471's because they
> hadn't completed the checklist (attached). Once I
> received the bare minimum on the checklist that I
> could start the 5471's, we were well into the audit
> and I had a simple choice as follows:
>
>
>
> A). Finish the audit
>
>
>
> B). Finish the 5471's
>
>
>
> Moreover, once Dr. Fredrick gave me the information
> on the checklist (which will still require me to
> create balance sheets and income statements for 5
> years, he expected the 5471's to be completed the
> next day which is completely unrealistic (quantity -
> 10 5471's five (5) each for Dr. F. and Dr. H without
> any tax software) and that doesn't include the time
> necessary to complete the income statement and
> balance sheet for each year.
>
>
>
> Further, once I looked into the checking account
> information for Round Hill and the legal documents
> of land ownership, there are inconsistencies with
> the amount paid for the land that do not "tie" out
> and reconcile the checkbook. Further, there is a
> legal document that states that all the campus
> buildings revert ownership to round hill after a 20
> year period which will be a issue for the next Saba
> audit.
>
>

>
> Regarding the MUA audit, the "books" were only
> resolved late yesterday afternoon, including
> significant balance sheet prior period events. So
> there was no way that MUA's 5471's could have been
> started prior to yesterday. Further, there will
> still be issues I need to discuss with Dr. F. when
> he returns to clarify certain "facts and events"
> before the 5471's can be completed. And these same
> events are the precise types of items that slowed up
> the audit. The following are some examples.
>
>
>
> A). In the fiscal period, Dr. F resigned from the
> Board of Directors (a 5471 event) but later (in the
> fiscal period) there are notes that he called the
> island attorney's to request that more shares be
> issued (and in the notes from the island's
> attorney's "solicitor's) and he was named as a
> director after he already resigned - a clear
> inconsistency.
>
>
>
> B). When the island's attorney (solicitor) issued
> the additional shares of stock (a 5471 event) Dr. F.
> bought them at $1.00 per share US even though the
> Board of Director Minutes said he would pay $900.
> per share - an almost $900,000 difference. Most
> importantly, par was $10.00 per share EC currency.
>
>
>
> C). The officer loan for the payments to Education
> Supply international (this changed the balance
> sheets (3 years worth)
>
>
>
> D). The two trucks in Dr. F's name changed the
> balance sheets from day one
>
>
>
> The above are some examples of what the MUA 5471's
> could not be started until the audit was complete. I
> knew there would be these outstanding issues that
> would change the financials.
>
>
>
> So in defense of myself, I will not be held
> accountable due to the actions of others (that are
> out of my control) , or because we needed to wait
> for a final answer (such as Peter Glicklich's tax
> opinion) to move forward with the completion of the
> 5471's. The facts above are correct.
>
>
>
> Moreover, if we are being honest, the fact remains
> that I started requesting this information in the
> spring and didn't receive it until the fall - some 6
> month's later.

```
>
>
>
> I hope this clarifies everything and gives you the
> information you requested late yesterday afternoon.
>
>
>
> Best regards,
>
> David
>
>
>
>
>
>
>
> David C. Minchenberg, CPA
>
> Chief Financial Officer
>
> Saba University School of Medicine
>
> Medical University of the Americas
>
> P.O. Box 386
>
> Gardner, MA 01440
>
> P: 978.630.5122 x 122
>
> F: 978.632.2168
>
> dminchenberg@saba.edu
>
>
>
> -----Original Message-----
> From: Dr. Patricia Hough [mailto:plhough@yahoo.com]
> Sent: Tuesday, October 25, 2005 2:26 PM
> To: David Minchenberg; David Fredrick
> Subject: Round Hill Project Account Info for 5471
>
>
>
> I stopped by RBTT bank and Victoria was able to get
> the following from the St. Maarten Branch
>
>
>
> The account (370202473) was established in 2001
>
=== message truncated ===
```

DM006172

| From: | Bob Harris <bharris@lawfla.com> |
|---|---|
| Sent: | Thursday, September 9, 2004 11:50 AM |
| To: | plhough@yahoo.com |
| Subject: | Re: CIE Meeting |

Dr. Hough, I just spoke with CIE staff, and they have cancelled the meeting for next week. Please let Dr. Fredrick and David Minchenberg know. They do not have a date yet for re-scheduling, but I will let you know as soon as I hear something.

>>> Patricia Hough <plhough@yahoo.com> 09/09/04 11:13AM >>>
Bob: Yes, we will, esp since one theory is that it is tracking like Charley-which places it in our backyard again. Let's hope Ivan stays west. Susan Boyle also emailed us; she has been very helpful. Pat H

Bob Harris <bharris@lawfla.com> wrote: With the northward turn of Hurricane Ivan last night, the CIE will decide by tomorrow whether the meeting will still be held next week. Stay tuned.

DM006337

(08/04)

# First Set of Regulations

**These multiple regulations of the U.S. Department of Education (34 CFR §§ 668.171-.175) cover the general standards of financial responsibility that apply to the annual financial reviews, as well as the alternatives to demonstrate financial responsibility, including posting the 10 Percent or the 50 Percent Letters of Credit, as set forth in § 668.175. (Note that § 668.173 discusses another type of Letter of Credit that arises in the event the school pays its refunds late.)**

**The specific formulas financial responsibility formulas used by the DOE are previewed at § 668.172, with the full formula for non-profit institutions at Appendix B. Note the peculiar treatment of hard assets and long-term debt.**

**34 CFR § 668.171.  General.**

**(a) Purpose. To begin and to continue to participate in any title IV, HEA program, an institution must demonstrate to the Secretary that it is financially responsible under the standards established in this subpart.** As provided under section 498(c)(1) of the HEA, the Secretary determines whether an institution is financially responsible based on the institution's ability to --

(1) Provide the services described in its official publications and statements;

(2) Administer properly the title IV, HEA programs in which it participates; and

(3) Meet all of its financial obligations.

**(b) General standards of financial responsibility. Except as provided under paragraphs (c) and (d) of this section, the Secretary considers an institution to be financially responsible if the Secretary determines that --**

**(1) The institution's Equity, Primary Reserve, and Net Income ratios yield a composite score of at least 1.5, as provided under § 668.172 and appendices A and B to this subpart;**

**(2) The institution has sufficient cash reserves to make required refunds, as provided under § 668.173;**

1

DM007453

(3) The institution is current in its debt payments. An institution is not current in its debt payments if –

(i) It is in violation of any existing loan agreement at its fiscal year end, as disclosed in a note to its audited financial statements or audit opinion; or

(ii) It fails to make a payment in accordance with existing debt obligations for more than 120 days, and at least one creditor has filed suit to recover funds under those obligations; and

(4) The institution is meeting all of its financial obligations, including but not limited to --

(i) Refunds that it is required to make under its refund policy, including the return of title IV, HEA program funds for which it is responsible under § 668.22 and the payment of post-withdrawal disbursements under § 668.22; and

(ii) Repayments to the Secretary for debts and liabilities arising from the institution's participation in the title IV, HEA programs.

(c) Public institutions. The Secretary considers a public institution to be financially responsible if the institution --

(1)(i) Notifies the Secretary that it is designated as a public institution by the State, local or municipal government entity, tribal authority, or other government entity that has the legal authority to make that designation; and

(ii) Provides a letter from an official of that State or other government entity confirming that the institution is a public institution; and

(2) Is not in violation of any past performance requirement under § 668.174.

**(d) Audit opinions and past performance provisions. Even if an institution satisfies all of the general standards of financial responsibility under paragraph (b) of this section, the Secretary does not consider the institution to be financially responsible if --**

**(1) In the institution's audited financial statements, the opinion expressed by the auditor was an adverse, qualified, or disclaimed opinion, or the auditor expressed doubt about the continued existence of the institution as a going concern, unless the Secretary determines that a qualified or disclaimed opinion does not have a significant bearing on the institution's financial condition; or**

(2) As provided under the past performance provisions in § 668.174 (a) and (b)(1), the institution violated a title IV, HEA program requirement, or the persons or entities affiliated with the institution owe a liability for a violation of a title IV, HEA program requirement.

2

DM007454

(e) Administrative actions. If the Secretary determines that an institution is not financially responsible under the standards and provisions of this section or under an alternative standard in § 668.175, or the institution does not submit its financial and compliance audits by the date permitted and in the manner required under § 668.23, the Secretary may --

(1) Initiate an action under subpart G of this part to fine the institution, or limit, suspend, or terminate the institution's participation in the title IV, HEA programs; or

(2) For an institution that is provisionally certified, take an action against the institution under the procedures established in § 668.13(d). (Approved by the Office of Management and Budget under control number 1840-0537) (Authority: 20 U.S.C. 1094 and 1099c and section 4 of Pub. L. 95-452, 92 Stat. 1101-1109)
[62 FR 62877, Nov. 25, 1997, as amended at 63 FR 40348, July 28, 1998; 64 FR 59042, Nov. 1, 1999; 65 FR 65637, Nov. 1, 2000]

### 34 CFR § 668.172 Financial ratios

(a) Appendices A and B, ratio methodology. As provided under appendices A and B to this subpart, the Secretary determines an institution's composite score by—

**(1) Calculating the result of its Primary Reserve, Equity, and Net Income ratios, as described under paragraph (b) of this section;**

(2) Calculating the strength factor score for each of those ratios by using the corresponding algorithm;

(3) Calculating the weighted score for each ratio by multiplying the strength factor score by its corresponding weighting percentage;

(4) Summing the resulting weighted scores to arrive at the composite score; and

(5) Rounding the composite score to one digit after the decimal point.

(b) Ratios. The Primary Reserve, Equity, and Net Income ratios are defined under appendix A for proprietary institutions, and under appendix B for private non-profit institutions.

(1) The ratios for proprietary institutions are:

For proprietary institutions:

3

DM007455

$$\text{Primary Reserve ratio} = \frac{\text{Adjusted Equity}}{\textit{Total} \text{ Expenses}}$$

$$\text{Equity ratio} = \frac{\text{Modified Equity}}{\textit{Modified} \text{ Assets}}$$

$$\text{Net Income ratio} = \frac{\text{Income Before Taxes}}{\textit{Total} \text{ Revenues}}$$

(2) The ratios for private **non-profit institutions** are:

$$\text{Primary Reserve ratio} = \frac{\text{Expendable Net Assets}}{\textit{Total} \text{ Expenses}}$$

$$\text{Equity Ratio} = \frac{\text{Modified Net Assets}}{\textit{Modified} \text{ Assets}}$$

$$\text{Net Income ratio} = \frac{\text{Change in Unrestricted Net Assets}}{\text{Total Unrestricted Revenues}}$$

**(c) Excluded items. In calculating an institution's ratios, the Secretary—**

**(1) Generally excludes extraordinary gains or losses, income or losses from discontinued operations, prior period adjustments, the cumulative effect of changes in accounting principles, and the effect of changes in accounting estimates;**

**(2) May include or exclude the effects of questionable accounting treatments, such as excessive capitalization of marketing costs;**

**(3) Excludes all unsecured or uncollateralized related-party receivables;**

**(4) Excludes all intangible assets defined as intangible in accordance with generally accepted accounting principles;** and

(5) Excludes from the ratio calculations Federal funds provided to an institution by the Secretary under program authorized by the HEA only if—

(i) In the notes to the institution's audited financial statement, or as a separate attestation, the auditor discloses by name and CFDA number, the amount of HEA program funds reported as expenses in the Statement of Activities for the fiscal year covered by that audit or attestation; and

(ii) The institution's composite score, as determined by the Secretary, is less than 1.5 before the reported expenses arising from those HEA funds are excluded from the ratio calculations.

(Approved by the Office of Management and Budget under control number 1840–0537)

4

DM007456

(Authority: 20 U.S.C. 1094 and 1099c and section 4 of Pub. L. 95–452, 92 Stat. 1101–1109)

[62 FR 62877, Nov. 25, 1997, as amended at 63 FR 40348, July 28, 1998; 65 FR 65637, Nov. 1, 2000]

**34 CFR § 668.173.  Refund reserve standards.**

 **(a) General. The Secretary considers that an institution has sufficient cash reserves, as required under §668.171(b)(2), if the institution—**

(1) Satisfies the requirements for a public institution under §668.171(c)(1);

(2) Is located in a State that has a tuition recovery fund approved by the Secretary and the institution contributes to that fund; or

**(3) Returns, in a timely manner as described in paragraph (b) of this section, unearned title IV, HEA program funds that it is responsible for returning under the provisions of §668.22 for a student that withdrew from the institution.**

(b) Timely return of title IV, HEA program funds. In accordance with procedures established by the Secretary or FFEL Program lender, an institution returns unearned title IV, HEA funds timely if—

(1) The institution deposits or transfers the funds into the bank account it maintains under §668.163 no later than 30 days after the date it determines that the student withdrew;

(2) The institution initiates an electronic funds transfer (EFT) no later than 30 days after the date it determines that the student withdrew;

(3) The institution initiates an electronic transaction, no later than 30 days after the date it determines that the student withdrew, that informs an FFEL lender to adjust the borrower's loan account for the amount returned; or

(4) The institution issues a check no later than 30 days after the date it determines that the student withdrew. However, the Secretary considers that the institution did not satisfy this requirement if—

(i) The institution's records show that the check was issued more than 30 days after the date the institution determined that the student withdrew; or

(ii) The date on the cancelled check shows that the bank used by the Secretary or FFEL Program lender endorsed that check more than 45 days after the date the institution determined that the student withdrew.

5

(c) Compliance thresholds. (1) An institution does not comply with the reserve standard under §668.173(a)(3) if, in a compliance audit conducted under §668.23, an audit conducted by the Office of the Inspector General, or a program review conducted by the Department or guaranty agency, the auditor or reviewer finds—

(i) In the sample of student records audited or reviewed that the institution did not return unearned title IV, HEA program funds within the timeframes described in paragraph (b) of this section for 5% or more of the students in the sample. (For purposes of determining this percentage, the sample includes only students for whom the institution was required to return unearned funds during its most recently completed fiscal year.); or

(ii) A material weakness or reportable condition in the institution's report on internal controls relating to the return of unearned title IV, HEA program funds.

(2) The Secretary does not consider an institution to be out of compliance with the reserve standard under §668.173(a)(3) if the institution is cited in any audit or review report because it did not return unearned funds in a timely manner for one or two students, or for less than 5% of the students in the sample referred to in paragraph (c)(1)(i) of this section.

(d) Letter of credit. (1) Except as provided under paragraph (e)(1) of this section, an institution that can satisfy the reserve standard only under paragraph (a)(3) of this section, must submit an irrevocable letter of credit acceptable and payable to the Secretary if a finding in an audit or review shows that the institution exceeded the compliance thresholds in paragraph (c) of this section for either of its two most recently completed fiscal years.

(2) The amount of the letter of credit required under paragraph (d)(1) of this section is 25 percent of the total amount of unearned title IV, HEA program funds that the institution was required to return under §668.22 during the institution's most recently completed fiscal year.

(3) An institution that is subject to paragraph (d)(1) of this section must submit to the Secretary a letter of credit no later than 30 days after the earlier of the date that—

(i) The institution is required to submit its compliance audit;

(ii) The Office of the Inspector General issues a final audit report;

(iii) The designated department official issues a final program review determination;

(iv) The Department issues a preliminary program review report or draft audit report, or a guaranty agency issues a preliminary report showing that the institution did not return unearned funds for more than 10% of the sampled students; or

6

DM007458

(v) The Secretary sends a written notice to the institution requesting the letter of credit that explains why the institution has failed to return unearned funds in a timely manner.

(e) Exceptions. With regard to the letter of credit described in paragraph (d) of this section—

(1) An institution does not have to submit the letter of credit if the amount calculated under paragraph (d)(2) of this section is less than $5,000 and the institution can demonstrate that it has cash reserves of at least $5,000 available at all times.

(2) An institution may delay submitting the letter of credit and request the Secretary to reconsider a finding made in its most recent audit or review report that it failed to return unearned title IV, HEA program funds in a timely manner if—

(i)(A) The institution submits documents showing that the unearned title IV, HEA program funds were not returned in a timely manner solely because of exceptional circumstances beyond the institution's control and that the institution would not have exceeded the compliance thresholds under paragraph (c)(1) of this section had it not been for these exceptional circumstances; or

(B) The institution submits documents showing that it did not fail to make timely refunds as provided under paragraphs (b) and (c) of this section; and

(ii) The institution's request, along with the documents described in paragraph (e)(2)(i) of this section, is submitted to the Secretary no later than the date it would otherwise be required to submit a letter of credit under paragraph (d)(3).

(3) If the Secretary denies the institution's request under paragraph (e)(2) of this section, the Secretary notifies the institution of the date it must submit the letter of credit.

(f) State tuition recovery funds. In determining whether to approve a State's tuition recovery fund, the Secretary considers the extent to which that fund—

(1) Provides refunds to both in-State and out-of-State students;

(2) Allocates all refunds in accordance with the order required under §668.22; and

(3) Provides a reliable mechanism for the State to replenish the fund should any claims arise that deplete the fund's assets.

(Authority: 20 U.S.C. 1094 and 1099c and section 4 of Pub. L. 95–452, 92 Stat. 1101–1109)

(Approved by the Office of Management and Budget under control number 1845–0022)

7

[62 FR 62877, Nov. 25, 1997, as amended at 63 FR 40348, July 28, 1998; 64 FR 59042, Nov. 1, 1999; 67 FR 67074, Nov. 1, 2003]

## 34 CFR § 668.174.  Past performance.

(a) Past performance of an institution. An institution is not financially responsible if the institution—

(1) Has been limited, suspended, terminated, or entered into a settlement agreement to resolve a limitation, suspension, or termination action initiated by the Secretary or a guaranty agency, as defined in 34 CFR part 682, within the preceding five years;

(2) In either of its two most recent compliance audits had an audit finding, or in a report issued by the Secretary had a program review finding for its current fiscal year or either of its preceding two fiscal years, that resulted in the institution's being required to repay an amount greater than 5 percent of the funds that the institution received under the title IV, HEA programs during the year covered by that audit or program review;

(3) Has been cited during the preceding five years for failure to submit in a timely fashion acceptable compliance and financial statement audits required under this part, or acceptable audit reports required under the individual title IV, HEA program regulations; or

(4) Has failed to resolve satisfactorily any compliance problems identified in audit or program review reports based upon a final decision of the Secretary issued pursuant to subpart G or H of this part.

(b) Past performance of persons affiliated with an institution. (1)(i) Except as provided under paragraph (b)(2) of this section, an institution is not financially responsible if a person who exercises substantial control over the institution, as described under 34 CFR 600.30, or any member or members of that person's family, alone or together—

(A) Exercises or exercised substantial control over another institution or a third-party servicer that owes a liability for a violation of a title IV, HEA program requirement; or

(B) Owes a liability for a violation of a title IV, HEA program requirement; and

(ii) That person, family member, institution, or servicer does not demonstrate that the liability is being repaid in accordance with an agreement with the Secretary.

(2) The Secretary may determine that an institution is financially responsible, even if the institution is not otherwise financially responsible under paragraph (b)(1) of this section, if—

8

DM007460

(i) The institution notifies the Secretary, within the time permitted and in the manner provided under 34 CFR 600.30, that the person referenced in paragraph (b)(1) of this section exercises substantial control over the institution; and

(ii) The person referenced in paragraph (b)(1) of this section repaid to the Secretary a portion of the applicable liability, and the portion repaid equals or exceeds the greater of—

(A) The total percentage of the ownership interest held in the institution or third-party servicer that owes the liability by that person or any member or members of that person's family, either alone or in combination with one another;

(B) The total percentage of the ownership interest held in the institution or servicer that owes the liability that the person or any member or members of the person's family, either alone or in combination with one another, represents or represented under a voting trust, power of attorney, proxy, or similar agreement; or

(C) Twenty-five percent, if the person or any member of the person's family is or was a member of the board of directors, chief executive officer, or other executive officer of the institution or servicer that owes the liability, or of an entity holding at least a 25 percent ownership interest in the institution that owes the liability; or

(iii) The applicable liability described in paragraph (b)(1) of this section is currently being repaid in accordance with a written agreement with the Secretary; or

(iv) The institution demonstrates to the satisfaction of the Secretary why—

(A) The person who exercises substantial control over the institution should nevertheless be considered to lack that control; or

(B) The person who exercises substantial control over the institution and each member of that person's family nevertheless does not or did not exercise substantial control over the institution or servicer that owes the liability.

(c) Ownership interest. (1) An ownership interest is a share of the legal or beneficial ownership or control of, or a right to share in the proceeds of the operation of, an institution, an institution's parent corporation, a third-party servicer, or a third-party servicer's parent corporation. The term "ownership interest" includes, but is not limited to—

(i) An interest as tenant in common, joint tenant, or tenant by the entireties;

(ii) A partnership; and

(iii) An interest in a trust.

9

(2) The term "ownership interest" does not include any share of the ownership or control of, or any right to share in the proceeds of the operation of a profit-sharing plan, provided that all employees are covered by the plan.

(3) The Secretary generally considers a person to exercise substantial control over an institution or third-party servicer if the person—

(i) Directly or indirectly holds at least a 25 percent ownership interest in the institution or servicer;

(ii) Holds, together with other members of his or her family, at least a 25 percent ownership interest in the institution or servicer;

(iii) Represents, either alone or together with other persons under a voting trust, power of attorney, proxy, or similar agreement, one or more persons who hold, either individually or in combination with the other persons represented or the person representing them, at least a 25 percent ownership in the institution or servicer; or

(iv) Is a member of the board of directors, a general partner, the chief executive officer, or other executive officer of—

(A) The institution or servicer; or

(B) An entity that holds at least a 25 percent ownership interest in the institution or servicer.

(4) "Family member" is defined in §600.21(f) of this chapter.

(Approved by the Office of Management and Budget under control number 1840–0537)

(Authority: 20 U.S.C. 1094 and 1099c and section 4 of Pub. L. 95–452, 92 Stat. 1101–1109)

[62 FR 62877, Nov. 25, 1997, as amended at 63 FR 40348, 40349, July 28, 1998; 67 FR 67075, Nov. 1, 2002]

**34 CFR § 668.175.  Alternative standards and requirements.**

(a) General. An institution that is not financially responsible under the general standards and provisions in §668.171, may begin or continue to participate in the title IV, HEA programs by qualifying under an alternate standard set forth in this section.

(b) Letter of credit alternative for new institutions. A new institution that is not financially responsible solely because the Secretary determines that its composite score is less than 1.5, qualifies as a financially responsible institution by submitting

10

DM007462

**an irrevocable letter of credit, that is acceptable and payable to the Secretary, for an amount equal to at least one-half of the amount of title IV, HEA program funds that the Secretary determines the institution will receive during its initial year of participation. A new institution is an institution that seeks to participate for the first time in the title IV, HEA programs.**

(c) Letter of credit alternative for participating institutions. A participating institution that is not financially responsible either because it does not satisfy one or more of the standards of financial responsibility under §668.171(b), or because of an audit opinion described under §668.171(d), qualifies as a financially responsible institution by submitting an irrevocable letter of credit, that is acceptable and payable to the Secretary, for an amount determined by the Secretary that is not less than one-half of the title IV, HEA program funds received by the institution during its most recently completed fiscal year.

(d) Zone alternative. (1) A participating institution that is not financially responsible solely because the Secretary determines that its composite score is less than 1.5 may participate in the title IV, HEA programs as a financially responsible institution for no more than three consecutive years, beginning with the year in which the Secretary determines that the institution qualifies under this alternative. (i)(A) An institution qualifies initially under this alternative if, based on the institution's audited financial statement for its most recently completed fiscal year, the Secretary determines that its composite score is in the range from 1.0 to 1.4; and

(B) An institution continues to qualify under this alternative if, based on the institution's audited financial statement for each of its subsequent two fiscal years, the Secretary determines that the institution's composite score is in the range from 1.0 to 1.4.

(ii) An institution that qualified under this alternative for three consecutive years or for one of those years, may not seek to qualify again under this alternative until the year after the institution achieves a composite score of at least 1.5, as determined by the Secretary.

(2) Under this zone alternative, the Secretary—

(i) Requires the institution to make disbursements to eligible students and parents under either the cash monitoring or reimbursement payment method described in §668.162;

(ii) Requires the institution to provide timely information regarding any of the following oversight and financial events—

(A) Any adverse action, including a probation or similar action, taken against the institution by its accrediting agency;

(B) Any event that causes the institution, or related entity as defined in the Statement of Financial Accounting Standards (SFAS) 57, to realize any liability that was noted as a

11

DM007463

contingent liability in the institution's or related entity's most recent audited financial statement;

(C) Any violation by the institution of any loan agreement;

(D) Any failure of the institution to make a payment in accordance with its debt obligations that results in a creditor filing suit to recover funds under those obligations;

(E) Any withdrawal of owner's equity from the institution by any means, including by declaring a dividend; or

(F) Any extraordinary losses, as defined in accordance with Accounting Principles Board (APB) Opinion No. 30.

(iii) May require the institution to submit its financial statement and compliance audits earlier than the time specified under §668.23(a)(4); and

(iv) May require the institution to provide information about its current operations and future plans.

(3) Under the zone alternative, the institution must—

(i) For any oversight or financial event described under paragraph (d)(2)(ii) of this section for which the institution is required to provide information, provide that information to the Secretary by certified mail or electronic or facsimile transmission no later than 10 days after that event occurs. An institution that provides this information electronically or by facsimile transmission is responsible for confirming that the Secretary received a complete and legible copy of that transmission; and

(ii) As part of its compliance audit, require its auditor to express an opinion on the institution's compliance with the requirements under the zone alternative, including the institution's administration of the payment method under which the institution received and disbursed title IV, HEA program funds.

(4) If an institution fails to comply with the requirements under paragraphs (d) (2) or (3) of this section, the Secretary may determine that the institution no longer qualifies under this alternative.

(e) Transition year alternative. A participating institution that is not financially responsible solely because the Secretary determines that its composite score is less than 1.5 for the institution's fiscal year that began on or after July 1, 1997 but on or before June 30, 1998, may qualify as a financially responsible institution under the provisions in §668.15(b)(7), (b)(8), (d)(2)(ii), or (d)(3), as applicable.

12

(f) Provisional certification alternative. (1) The Secretary may permit an institution that is not financially responsible to participate in the title IV, HEA programs under a provisional certification for no more than three consecutive years if—

(i) The institution is not financially responsible because it does not satisfy the general standards under §668.171(b) or because of an audit opinion described under §668.171(d); or

(ii) The institution is not financially responsible because of a condition of past performance, as provided under §668.174(a), and the institution demonstrates to the Secretary that it has satisfied or resolved that condition.

(2) Under this alternative, the institution must—

(i) Submit to the Secretary an irrevocable letter of credit that is acceptable and payable to the Secretary, for an amount determined by the Secretary that is not less than 10 percent of the title IV, HEA program funds received by the institution during its most recently completed fiscal year, except that this requirement does not apply to a public institution;

(ii) Demonstrate that it was current on its debt payments and has met all of its financial obligations, as required under §668.171 (b)(3) and (b)(4), for its two most recent fiscal years; and

(iii) Comply with the provisions under the zone alternative, as provided under paragraph (d) (2) and (3) of this section.

(3) If at the end of the period for which the Secretary provisionally certified the institution, the institution is still not financially responsible, the Secretary may again permit the institution to participate under a provisional certification, but the Secretary—

(i) May require the institution, or one or more persons or entities that exercise substantial control over the institution, as determined under §668.174(b)(1) and (c), or both, to submit to the Secretary financial guarantees for an amount determined by the Secretary to be sufficient to satisfy any potential liabilities that may arise from the institution's participation in the title IV, HEA programs; and

(ii) May require one or more of the persons or entities that exercise substantial control over the institution, as determined under §668.174(b)(1) and (c), to be jointly or severally liable for any liabilities that may arise from the institution's participation in the title IV, HEA programs.

(g) Provisional certification alternative for persons or entities owing liabilities. (1) The Secretary may permit an institution that is not financially responsible because the persons or entities that exercise substantial control over the institution owe a liability for a violation of a title IV, HEA program requirement, to participate in the title IV, HEA programs under a provisional certification only if—

13

(i)(A) The persons or entities that exercise substantial control, as determined under §668.174(b)(1) and (c), repay or enter into an agreement with the Secretary to repay the applicable portion of that liability, as provided under §668.174(b)(2)(ii); or

(B) The institution assumes that liability, and repays or enters into an agreement with the Secretary to repay that liability;

(ii) The institution satisfies the general standards and provisions of financial responsibility under §668.171(b) and (d)(1), except that institution must demonstrate that it was current on its debt payments and has met all of its financial obligations, as required under §668.171 (b)(3) and (b)(4), for its two most recent fiscal years; and

(iii) The institution submits to the Secretary an irrevocable letter of credit that is acceptable and payable to the Secretary, for an amount determined by the Secretary that is not less than 10 percent of the title IV, HEA program funds received by the institution during its most recently completed fiscal year.

(2) Under this alternative, the Secretary—

(i) Requires the institution to comply with the provisions under the zone alternative, as provided under paragraph (d) (2) and (3) of this section;

(ii) May require the institution, or one or more persons or entities that exercise substantial control over the institution, or both, to submit to the Secretary financial guarantees for an amount determined by the Secretary to be sufficient to satisfy any potential liabilities that may arise from the institution's participation in the title IV, HEA programs; and

(iii) May require one or more of the persons or entities that exercise substantial control over the institution to be jointly or severally liable for any liabilities that may arise from the institution's participation in the title IV, HEA programs.

(Approved by the Office of Management and Budget under control number 1840–0537)

(Authority: 20 U.S.C. 1094 and 1099c and section 4 of Pub. L. 95–452, 92 Stat. 1101–1109)

[62 FR 62877, Nov. 25, 1997, as amended at 63 FR 40348, 40349, July 28, 1998]

**Please see the link in my email for the full financial responsibility formula for non-profits.

# Second Regulation

14

**This regulation covers ED's standards for annual audited financial statements, and ED's authority to request and review financial statements of the parent corporation or other related entities, as well as financial statements of the institutions themselves.**

**34 CFR § 668.23. Compliance audits and audited financial statements.**
(a) General. (1) Independent auditor. For purposes of this section, the term "independent auditor" refers to an independent certified public accountant or a government auditor. To 0conduct an audit under this section, a government auditor must meet the Government Auditing Standards qualification and independence standards, including standards related to organizational independence.

**(2) Institutions. An institution that participates in any title IV, HEA program must at least annually have an independent auditor conduct a compliance audit of its administration of that program and an audit of the institution's general purpose financial statements.**

(3) Third-party servicers. Except as provided under this part or 34 CFR part 682, with regard to complying with the provisions under this section a third-party servicer must follow the procedures contained in the audit guides developed by and available from the Department of Education's Office of Inspector General. A third-party servicer is defined under §668.2 and 34 CFR 682.200.

**(4) Submission deadline. Except as provided by the Single Audit Act, Chapter 75 of title 31, United States Code, an institution must submit annually to the Secretary its compliance audit and its audited financial statements no later than six months after the last day of the institution's fiscal year.**

(5) Audit submission requirements. In general, the Secretary considers the compliance audit and audited financial statement submission requirements of this section to be satisfied by an audit conducted in accordance with the Office of Management and Budget Circular A–133, "Audits of Institutions of Higher Education and Other Nonprofit Organizations"; Office of Management and Budget Circular A–128, "Audits of State and Local Governments", or the audit guides developed by and available from the Department of Education's Inspector General, whichever is applicable to the entity, and provided that the Federal student aid functions performed by that entity are covered in the submission. (Both OMB circulars are available by calling OMB's Publication Office at (202) 395–7332, or they can be obtained in electronic form on the OMB Home Page (http://www.whitehouse.gov).

(b) Compliance audits for institutions. (1) An institution's compliance audit must cover, on a fiscal year basis, all title IV, HEA program transactions, and must cover all of those transactions that have occurred since the period covered by the institution's last compliance audit.

15

DM007467

(2) The compliance audit required under this section must be conducted in accordance with—

(i) The general standards and the standards for compliance audits contained in the U.S. General Accounting Office's (GAO's) Government Auditing Standards. (This publication is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402); and

(ii) Procedures for audits contained in audit guides developed by, and available from, the Department of Education's Office of Inspector General.

(3) The Secretary may require an institution to provide a copy of its compliance audit report to guaranty agencies or eligible lenders under the FFEL programs, State agencies, the Secretary of Veterans Affairs, or nationally recognized accrediting agencies.

(c) Compliance audits for third-party servicers. (1) A third-party servicer that administers title IV, HEA programs for institutions does not have to have a compliance audit performed if—

(i) The servicer contracts with only one institution; and

(ii) The audit of that institution's administration of the title IV, HEA programs involves every aspect of the servicer's administration of that program for that institution.

(2) A third-party servicer that contracts with more than one participating institution may submit a compliance audit report that covers the servicer's administration of the title IV, HEA programs for all institutions with which the servicer contracts.

(3) A third-party servicer must submit annually to the Secretary its compliance audit no later than six months after the last day of the servicer's fiscal year.

(4) The Secretary may require a third-party servicer to provide a copy of its compliance audit report to guaranty agencies or eligible lenders under the FFEL programs, State agencies, the Secretary of Veterans Affairs, or nationally recognized accrediting agencies.

**(d) Audited financial statements. (1) General. To enable the Secretary to make a determination of financial responsibility, an institution must, to the extent requested by the Secretary, submit to the Secretary a set of financial statements for its latest complete fiscal year, as well as any other documentation the Secretary deems necessary to make that determination. Financial statements submitted to the Secretary must be prepared on an accrual basis in accordance with generally accepted accounting principles, and audited by an independent auditor in accordance with generally accepted government auditing standards, and other guidance contained in the Office of Management and Budget Circular A–133, "Audits of Institutions of Higher Education and Other Nonprofit Organizations";**

16

DM007468

**Office of Management and Budget Circular A–128, "Audits of State and Local Governments"; or in audit guides developed by, and available from, the Department of Education's Office of Inspector General , whichever is applicable. As part of these financial statements, the institution must include a detailed description of related entities based on the definition of a related entity as set forth in the Statement of Financial Accounting Standards (SFAS) 57. The disclosure requirements under this provision extend beyond those of SFAS 57 to include all related parties and a level of detail that would enable to Secretary to readily identify the related party. Such information may include, but is not limited to, the name, location and a description of the related entity including the nature and amount of any transactions between the related party and the institution, financial or otherwise, regardless of when they occurred.**

**(2) Submission of additional financial statements. To the extent requested by the Secretary in determining whether an institution is financially responsible, the Secretary may also require the submission of audited consolidated financial statements, audited full consolidating financial statements, audited combined financial statements or the audited financial statements of one or more related parties that have the ability, either individually or collectively, to significantly influence or control the institution, as determined by the Secretary.**

(3) Audited financial statements for **foreign institutions**. A foreign institution must submit—

(i) Audited financial statements prepared in accordance with the generally accepted accounting principles of the institution's home country, if the institution received less than $500,000 U.S. in title IV, HEA program funds during its most recently completed fiscal year; or

(ii) Audited financial statements translated to meet the requirements of paragraph (d) of this section, if the institution received $500,000 U.S. or more in title IV, HEA program funds during its most recently completed fiscal year.

(4) Disclosure of title IV HEA program revenue. A proprietary institution must disclose in a footnote to its financial statement audit the percentage of its revenues derived from the title IV, HEA program funds that the institution received during the fiscal year covered by that audit. The revenue percentage must be calculated in accordance with §600.5(d).

(5) Audited financial statements for third-party servicers. A third-party servicer that enters into a contract with a lender or guaranty agency to administer any aspect of the lender's or guaranty agency's programs, as provided under 34 CFR part 682, must submit annually an audited financial statement. This financial statement must be prepared on an accrual basis in accordance with generally accepted accounting principles, and audited by an independent auditor in accordance with generally accepted government auditing

DM007469

standards and other guidance contained in audit guides issued by the Department of Education's Office of Inspector General.

(e) Access to records. (1) An institution or a third-party servicer that has a compliance or financial statement audit conducted under this section must—

(i) Give the Secretary and the Inspector General access to records or other documents necessary to review that audit, including the right to obtain copies of those records or documents; and

(ii) Require an individual or firm conducting the audit to give the Secretary and the Inspector General access to records, audit work papers, or other documents necessary to review that audit, including the right to obtain copies of those records, work papers, or documents.

(2) An institution must give the Secretary and the Inspector General access to records or other documents necessary to review a third-party servicer's compliance or financial statement audit, including the right to obtain copies of those records or documents.

(f) Determination of liabilities. (1) Based on the audit finding and the institution's or third-party servicer's response, the Secretary determines the amount of liability, if any, owed by the institution or servicer and instructs the institution or servicer as to the manner of repayment.

(2) If the Secretary determines that a third-party servicer owes a liability for its administration of an institution's title IV, HEA programs, the servicer must notify each institution under whose contract the servicer owes a liability of that determination. The servicer must also notify every institution that contracts with the servicer for the same service that the Secretary determined that a liability was owed.

(g) Repayments. (1) An institution or third-party servicer that must repay funds under the procedures in this section shall repay those funds at the direction of the Secretary within 45 days of the date of the Secretary's notification, unless—

(i) The institution or servicer files an appeal under the procedures established in subpart H of this part; or

(ii) The Secretary permits a longer repayment period.

(2) Notwithstanding paragraphs (f) and (g)(1) of this section—

(i) If an institution or third-party servicer has posted surety or has provided a third-party guarantee and the Secretary questions expenditures or compliance with applicable requirements and identifies liabilities, then the Secretary may determine that deferring recourse to the surety or guarantee is not appropriate because—

18

(A) The need to provide relief to students or borrowers affected by the act or omission giving rise to the liability outweighs the importance of deferring collection action until completion of available appeal proceedings; or

(B) The terms of the surety or guarantee do not provide complete assurance that recourse to that protection will be fully available through the completion of available appeal proceedings; or

(ii) The Secretary may use administrative offset pursuant to 34 CFR part 30 to collect the funds owed under the procedures of this section.

(3) If, under the proceedings in subpart H, liabilities asserted in the Secretary's notification, under paragraph (e)(1) of this section, to the institution or third-party servicer are upheld, the institution or third-party servicer must repay those funds at the direction of the Secretary within 30 days of the final decision under subpart H of this part unless—

(i) The Secretary permits a longer repayment period; or

(ii) The Secretary determines that earlier collection action is appropriate pursuant to paragraph (g)(2) of this section.

(4) An institution is held responsible for any liability owed by the institution's third-party servicer for a violation incurred in servicing any aspect of that institution's participation in the title IV, HEA programs and remains responsible for that amount until that amount is repaid in full.

(Approved by the Office of Management and Budget under control number 1840–0697)

(Authority: 20 U.S.C. 1088, 1094, 1099c, 1141, and section 4 of Pub. L. 95–452, 92 Stat. 1101–1109)

[61 FR 60569, Nov. 29, 1996, as amended at 62 FR 27128, May 16, 1997; 62 FR 62876, Nov. 25, 1997]

1427244-1

19

| | |
|---|---|
| **From:** | Glicklich, Peter <pglicklich@dwpv.com> |
| **Sent:** | Friday, September 23, 2005 12:56 PM |
| **To:** | dminchenberg@saba.edu |
| **Subject:** | contact info below |
| **Attach:** | rtf-body.rtf; DaviesLogo.gif |

David, it was a pleasure talking to you. Below should be my contact info (the "signature block" is applied automatically, but let me know by return email if you need further contact info). Otherwise, I look forward to receiving your confidential factual summary. Thanks.

Peter

Peter Glicklich
DAVIES WARD PHILLIPS & VINEBERG LLP
625 Madison Avenue     Tel. 212 588 5561
12th Floor     pglicklich@dwpv.com
New York, NY 10022     Fax 212 308 0132
www.dwpv.com

⎯⎯⎯

To comply with the requirements of Circular 230, which provides regulations governing certain conduct of U.S. tax lawyers giving written advice with respect to U.S. tax matters, please be aware that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used by you or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This e-mail may contain confidential information which may be protected by legal privilege. If you are not the intended recipient, please immediately notify us by reply e-mail or by telephone (collect), delete this e-mail and destroy any copies.

DM007741

| From: | Glicklich, Peter <pglicklich@dwpv.com> |
|---|---|
| Sent: | Monday, September 26, 2005 8:35 AM |
| To: | dminchenberg@saba.edu |
| Subject: | Re: contact info below |
| Attach: | rtf-body.rtf |

David

It was a pleasure. I apologize for missing your earlier call.

I look forward to receiving your materials. I will be travelling overseas on business most of this week, leaving tomorrow afternoon. But I should have some time as well as access to my emails. Thank you.

Peter

-----Original Message-----
From: David Minchenberg <dminchenberg@saba.edu>
To: Glicklich, Peter <pglicklich@dwpv.com>
CC: 'Jerry Schneider' <JSchneider@SCHNEIDER-CPAS.COM>; 'Dean Hiltzik' <Dean@SCHNEIDER-CPAS.COM>
Sent: Mon Sep 26 08:32:39 2005
Subject: RE: contact info below

Peter: Thank you very much for speaking with me on Friday. Today, I will write-up the fact and circumstances of the Medical University of the Americas. Once completed, I will email it to you so that you can begin your analysis on the international tax aspects of the operations of the entity.

I truly appreciate the time you afforded me on Friday. It was a true pleasure speaking with you. We greatly value your assistance, guidance, and expertise. If there is anything I can do for you, please feel free to contact me anytime. I can be reached at the phone numbers below. Additionally, I am at MUAs building frequently. Their phone number is 978.632.1599, when the voice prompt system comes on, please press 0 (operator) and ask for me and someone will get me. Also, I can be reached on my mobile phone. My number is 978.424.7900.

I look forward to working with you on this project. Again, thank you very much for assisting us with our audit.

With my finest regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

DM007743

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu


-----Original Message-----
From: Glicklich, Peter [mailto:pglicklich@dwpv.com]
Sent: Friday, September 23, 2005 12:56 PM
To: dminchenberg@saba.edu
Subject: contact info below


David, it was a pleasure talking to you. Below should be my contact info (the "signature block" is applied automatically, but let me know by return email if you need further contact info). Otherwise, I look forward to receiving your confidential factual summary. Thanks.


Peter



Peter Glicklich



DAVIES WARD PHILLIPS & VINEBERG LLP



625 Madison Avenue

Tel. 212 588 5561

12th Floor

pglicklich@dwpv.com <mailto:%20pglicklich@dwpv.com>

New York, NY 10022

Fax 212 308 0132

www.dwpv.com <http://www.dwpv.com>

DM007744

---

To comply with the requirements of Circular 230, which provides regulations governing certain conduct of U.S. tax lawyers giving written advice with respect to U.S. tax matters, please be aware that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used by you or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This e-mail may contain confidential information which may be protected by legal privilege. If you are not the intended recipient, please immediately notify us by reply e-mail or by telephone (collect), delete this e-mail and destroy any copies.

DM007745

| From: | Patricia Hough <plhough@yahoo.com> |
|---|---|
| Sent: | Tuesday, December 28, 2004 12:50 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Cc: | John Nekic <jnekicmd@hotmail.com> |
| Subject: | Re: MUA FL Accreditation Refund |
| Attach: | rtf-body.rtf |

Dave and John: This is way overdue per the email we receive a month ago from Bob Harris about the formal request. Any questions, please email Bob. Dr. H

David Minchenberg <dminchenberg@saba.edu> wrote:

Dear Dr. Nekic: I hope this email finds you well. Further, I hope you are looking forward to the Christmas holiday with Keri☐s family. I imagine you will have a wonderful time on the cape.

A few weeks ago I emailed you regarding the refund from FL for the accreditation application. Unfortunately, I was not able to meet with you to discuss this item and start the process to recover our application fee. As you were aware, unexpected projects came up that needed to be completed before this one. As discussed, it would be great to touch base on Tuesday December 28th when we return from the holiday break. It would be wonderful if we could put this at the top of the pile so that we can get moving on it. If you have any questions, please feel free to contact me anytime.

I☐m looking forward to seeing you soon. I also hope that you and Keri have a fantastic Christmas.

Best wishes,

David

David C. Minchenberg, CPA

Controller

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM008290

| From: | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
|---|---|
| Sent: | Tuesday, August 2, 2005 1:57 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | RE: |
| Attach: | rtf-body.rtf |

Will do boss.

-----Original Message-----
From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Tuesday, August 02, 2005 1:57 PM
To: Dean Hiltzik
Subject: RE:
Importance: High

Dean: Thank you so much. Could you please keep me update with Peter's
status? I'd like to know if he would lift the "draft" status. We would
be happy to pay the outstanding bill ASAP.

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Tuesday, August 02, 2005 12:58 PM
To: David Minchenberg
Subject:

Here you go, Dave.

DM011094

| From: | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
|-------|------------------------------------------|
| Sent: | Tuesday, August 2, 2005 4:46 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | RE: Glicklich - How are we looking??????? |
| Attach: | rtf-body.rtf |

We need to give him a couple of days to get back to us.

----

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Tuesday, August 02, 2005 3:56 PM
To: Dean Hiltzik
Subject: Glicklich - How are we looking???????
Importance: High

Just checking In ☐ What time will you be leaving tonight?

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM011096

| | |
|---|---|
| **From:** | Teri Kahn <Teri@SCHNEIDER-CPAS.COM> |
| **Sent:** | Tuesday, August 2, 2005 5:15 PM |
| **To:** | dminchenberg@saba.edu |
| **Subject:** | DL & A |
| **Attach:** | rtf-body.rtf; AR-M700N_20050803_060744.pdf |

Dean asked that I email the attached to you.


-----Original Message-----
From: sharp@schneider-cpas.com [mailto:sharp@schneider-cpas.com]
Sent: Wednesday, August 03, 2005 7:08 AM
To: Teri Kahn
Subject: Scanned image from Sharp 700

DEVICE NAME: Sharp 700
DEVICE MODEL: SHARP AR-M700N
LOCATION: File room

FILE FORMAT: PDF MMR(G4)
RESOLUTION: 200dpi x 200dpi

Attached file is scanned image in PDF format.
This file can be read by Adobe Acrobat Reader.
The reader can be downloaded from the following URL:

   http://www.adobe.com/

DM011100

| | |
|---|---|
| **From:** | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
| **Sent:** | Thursday, August 4, 2005 6:32 PM |
| **To:** | David Minchenberg <dminchenberg@saba.edu> |
| **Subject:** | RE: Outstanding Legal Bill to Dow Lohnes |
| **Attach:** | rtf-body.rtf |

Dave,

No, that's fine.

Best,

Dean

Dad's up $800 at the craps table. We're also ahead on a net family basis, but not by much.

————

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Thursday, August 04, 2005 2:56 PM
To: Dean Hiltzik; Jerry Schneider
Cc: David Fredrick; Lisa Gallant
Subject: Outstanding Legal Bill to Dow Lohnes


Dear Dean: I followed up on the legal confirm from Dow Lohnes indicating that at year end (4.30.05) we had a balance of $9,511.76. Unfortunately in the confirm, they didn1 t mention that we paid the bill with check number 15174 on May 12, 2005 and it has already cleared our account. Please let us know if you need any other information.


Best regards,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM011106

| | |
|---|---|
| **From:** | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
| **Sent:** | Monday, August 8, 2005 9:56 AM |
| **To:** | David Minchenberg <dminchenberg@saba.edu> |
| **Subject:** | RE: Peter Glicklich |
| **Attach:** | rtf-body.rtf |

David,

I'm back from Las Vegas in a barrel. My father, on the other hand, has enough money for a new silk suit.

Did Peter send you the memo?

Dean

————

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, August 08, 2005 9:55 AM
To: Jerry Schneider; Dean Hiltzik
Cc: 'David Fredrick'
Subject: Peter Glicklich
Importance: High

Dear Jerry & Dean: I just wanted to let you know that I received a fax from Peter today thanking Saba for their check, as well as thanking me (David M) for writing him kind words. Please see attached.

I hope you both have a great day.

PS: Dean again, I hope (although you weren't with Alice) I wish you a happy 9th anniversary, and also hope your father enjoyed his 80th birthday in Vegas.

With my finest regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

| From: | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
|---|---|
| Sent: | Tuesday, August 9, 2005 4:50 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Cc: | drfredrick@yahoo.com |
| Subject: | FW: U. S. Trade or Business Analysis |
| Attach: | rtf-body.rtf; NYC_DOCUMENTS-63072-v2-File - U.S. Trade or Business Analysis.DOC |

Gentlemen:

Attached is the memo from Peter Glicklich's firm in final form.

Dean

————

From: Reul, Pat [mailto:preul@dwpv.com]
Sent: Tuesday, August 09, 2005 4:35 PM
To: Dean Hiltzik
Cc: Semer, Scott; Jerry Schneider; Glicklich, Peter
Subject: U. S. Trade or Business Analysis


Peter has asked me to forward you the attached document. Please feel free to contact me if I can be of further assistance.


Cordially,

Ms. Pat Reul/Legal Assistant to
Peter A. Glicklich,
Pamela L. Marcogliese and
Pamela L. Goldfarb
Davies Ward Phillips & Vineberg LLP
625 Madison Avenue
New York, New York 10022
* Phone:  212-588-5565
* Fax:    212-308-0132
* e-mail:   preul@dwpv.com


To comply with the requirements of Circular 230, which provides regulations governing certain conduct of U.S. tax lawyers giving written advice with respect to U.S. tax matters, please be aware that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used by you or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

DM011112

| From: | Jerry Schneider <JSchneider@SCHNEIDER-CPAS.COM> |
|-------|--------------------------------------------------|
| Sent: | Sunday, November 14, 2004 12:57 PM |
| To: | David Minchenberg <DMinchenberg@saba.edu> |
| Cc: | drfredrick@yahoo.com |
| Subject: | Peter Glicklich |
| Attach: | rtf-body.rtf |

David,

I had a long talk with Peter, he realizes that he did not handle this properly regarding communications and billing. I certainly can have him make the appropriate adjustments to his bill and I have ended Saba's relationship with him. We can discuss further next week

Best Regards,

Jerry

Jerry Schneider, CPA - Managing Partner
Schneider & Associates LLP
100 Jericho Quadrangle, #236
Jericho, NY 11753
Tel: 516-942-5300
Fax: 516-932-6050

DM011238

| From: | David Fredrick <drfredrick@yahoo.com> |
| Sent: | Thursday, August 12, 2004 11:53 AM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Cc: | dean@schneider-cpas.com; jschneider@schneider-cpas.com |
| Subject: | RE: DOE Financial Information |
| Attach: | rtf-body.rtf |

Dave:

Interesting letter from Jonathan Glass.... of course,
we do not need GAGAS, as we do not receive any federal
funds yet.  In regards to Venning & Jacques, they did
the return for EIC, INc...,, so we only need to give
them what they did for EIC, and use our audited return
for SABA's application to DOE.  The DOE does not
understand that EIC is only the management firm for
SABA and not the same as SABA.... they are getting us
confused with what Ross and AUC are doing.

DF

--- David Minchenberg <dminchenberg@saba.edu> wrote:

> Jonathan: Thank you so much for all your help and
> guidance. This
> afternoon, I will discuss your findings with Dr.
> Fredrick and our
> independent accounts Schneider and Associates. If we
> have any questions,
> I'll notify you promptly.
>
> Again, we truly value and appreciate your diligent
> efforts.
>
> Best wishes,
> David
>
> -----Original Message-----
> From: jglass@dowlohnes.com
> [mailto:jglass@dowlohnes.com]
> Sent: Thursday, August 12, 2004 11:18 AM
> To: dminchenberg@saba.edu
> Cc: jcg@ns2.lightband.com
> Subject: RE: DOE Financial Information
>
> David -
>
> The principal regulation here is 34 CFR 668.23,
> which provides that a
> foreign school must prepare financial statements
> under GAAP and GAGAS if
> the school received more than $500,000 in federal
> funding in the prior
> year.   Since the Saba School did not receive any
> federal funding in
> the prior year, this requirement should not apply.
> Rather, Saba
> should be allowed to file financial reports under
> the standards of its

DM011872

> home country (Saba or the Netherlands Antilles).
> Since ED has raised
> qualms about the opaque character of the Saban
> accounting standards, we
> are going more than halfway just by filing GAAP
> financials.
>
> I am not aware of any particular guidance that
> requires GAAP and GAGAS
> for initial applicants.
>
> However, we are in a peculiar situation in which ED
> has taken a very
> hard look at the Saba School and is applying its
> standards very
> strictly, even beyond what the law provides in
> certain respects.   So,
> if we file the financials without the GAGAS report
> we will have to
> epxlain that and we should expect some discussion on
> that point.
>
> On that subject, in our prior discussions with ED,
> ED has noted that
> other Saba School documents (apparently as filed
> with ACCM the
> accreditor) suggest that the school has had its
> financial accounts
> reviewed by the firm of Venning and Jacques P.C., in
> prior years and ED
> has asked for any statements prepared by that firm
> as well.   Do you
> know if there are any?
>
> Finally, I have attached the link to the ED-OIG page
> that provides the
> Audit Guide for Foreign Schools (item 18 under the
> "SFA Audits -
> Specific Guidance - Schools/Servicers" category,
> which covers issues
> relating the to financial auditing and compliance
> auditing for foreign
> schools and may be of interest.
>
>
http://www.ed.gov/about/offices/list/oig/nonfed/sfa.html
>
> Jonathon
> -----Original Message-----
> From: David Minchenberg
> [mailto:dminchenberg@saba.edu]
> Sent: Wednesday, August 11, 2004 8:43 AM
> To: jglass@dowlohnes.com
> Subject: RE: DOE Financial Information
> Importance: High
> Good morning Jonathan. I hope this email finds you
> well.
>
> I'm checking in on your progress for Saba. As a
> quick reminder, you were
> going to research the rules and regulations relating
> to the US DOE. You
> were going to see if Saba is required to complete
> their audited
> financials under GAGAS (specifically for foreign

DM011873

> schools before being
> accepted for Title 4 loans) for their initial
> application to the US DOE
> for this program.
>
> If you have a quick moment, could you please drop me
> a line and let me
> know how we are progressing.
>
> I truly thank you in advance for all your
> assistance.
>
> Best wishes,
> David
>
> -----Original Message-----
> From: jglass@dowlohnes.com
> [mailto:jglass@dowlohnes.com]
> Sent: Friday, August 06, 2004 6:44 PM
> To: dminchenberg@saba.edu
> Subject: DOE Financial Information
>
> <<Fin Resp Regs (668.171-.175 and 668.23) (No
> Appendices).DOC>>
> David - Good to talk with you today. My contact
> information is all the
> way below.
> In addition, I have attached a memo that compiles
> the principal DOE
> regulations pertaining to how the DOE measures an
> institution's
> financial responsibility, as well as the
> requirements for filing
> financial statements. I have highlighted portions
> that would seem most
> relevant to you.
> The memo does NOT include the actual formula that
> applies to non-profit
> institution, but hopefully the link below will get
> you to that formula.
> If not let me know and I can fax it.
>
>
<http://www.ifap.ed.gov/regcomps/doc3318_bodyoftext.htm>
>
http://www.ifap.ed.gov/regcomps/doc3318_bodyoftext.htm
>
> The second link here gets you into one of the best
> sources for all DOE
> regulatory matters. There is a ton of information
> there but hopefully
> you can pick and choose as appropriate for your
> interests.
> <http://ifap.ed.gov/library/current.htm/>
> http://ifap.ed.gov/library/current.htm/
> I hope to get back to you soon on the GAGAS question
> and I look forward
> to working with you.
> Jonathon
> ************************************
> Jonathon C. Glass
> Dow, Lohnes & Albertson, pllc
> 1200 New Hampshire Avenue, N.W.
> Suite 800
> Washington, D.C. 20036-6802

DM011874

> phone: (202) 776-2691
> fax: (202) 776-4691 or -2222
> Cell: (301) 938-0486
> email: jglass@dowlohnes.com
> www.dlalaw.com
>
> *************************************
>
>

DM011875

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Friday, August 6, 2004 6:10 PM |
| To: | 'Dean Hiltzik' |
| Subject: | RE: GAGAS |
| Attach: | rtf-body.rtf |

Dean: just got out of an interview. I□ll be calling attorney Glass in a few minutes. I□ll update you ASAP.
Thanks,David

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Friday, August 06, 2004 10:02 AM
To: David Minchenberg
Subject: GAGAS

Dave,

Any info on the GAGAS issue? My partner Mordy dumped a huge binder with "Yellow Book" (GAGAS) rules and
procedures on my desk just in case. Thanks for nothing, Mordy.

Dean

DM013364

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Monday, August 9, 2004 5:55 PM |
| To: | 'Dean@schneider-cpas.com'; 'larry@schneider-cpas.com' |
| Subject: | FW: DOE Financial Information |
| Attach: | rtf-body.rtf; Fin Resp Regs (668.171-.175 and 668.23) (No Appendices).DOC |

Good morning Dean and Larry: I¡m forwarding this info to you as an FYI and a future resource for our (Saba¡s and MUA¡s) audits and ongoing compliance.

Here comes today¡s tough news; over the weekend, I had the opportunity to speak with Dr. Fredrick. Absent the requirement to complete the audit in compliance with GAGAS, he would like us to complete the audit by the end of the week. In late June, Jerry sent a letter to FL¡s DOE asking for a 30 day (I think?) extension from the due date of July 9th. He really wants us to deliver the Financials as soon as possible so that we - 1). Fulfill our commitment to the 30 day extension, and 2). Maintain our credibility with the State.

I explained (I assume you do this) that the final Financials are formally bound with a fancy Schneider cover and back. I explored the option (in the essence of time) of faxing the final Financials to our attorney¡s in FL who will hand deliver these to the DOE. Dr. Fredrick would prefer that they receive the final bound copy of the financials rather than a fax.

I will give you a call around 10:20 to touch base and to establish our game plan to meet this completion date.

PS: Dean ┬ I received your email from Sunday night. I will respond to it separately.

Most importantly ┬ I will do whatever we need to do (including working late hours during the week) to complete the audit. Please let me know how I can help.

Best wishes


-----Original Message-----
From: jglass@dowlohnes.com [mailto:jglass@dowlohnes.com]
Sent: Friday, August 06, 2004 6:44 PM
To: dminchenberg@saba.edu
Subject: DOE Financial Information

<<Fin Resp Regs (668.171-.175 and 668.23) (No Appendices).DOC>>
David - Good to talk with you today.   My contact information is all the way below.
In addition, I have attached a memo that compiles the principal DOE regulations pertaining to how the DOE measures an institution's financial responsibility, as well as the requirements for filing financial statements. I have highlighted portions that would seem most relevant to you.
The memo does NOT include the actual formula that applies to non-profit institution, but hopefully the link below will get you to that formula.   If not let me know and I can fax it.
http://www.ifap.ed.gov/regcomps/doc3318_bodyoftext.htm
The second link here gets you into one of the best sources for all DOE regulatory matters.   There is a ton of information there but hopefully you can pick and choose as appropriate for your interests.
http://ifap.ed.gov/library/current.htm/
I hope to get back to you soon on the GAGAS question and I look forward to working with you.
Jonathon
*************************************
Jonathon C. Glass
Dow, Lohnes & Albertson, pllc
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C.  20036-6802
phone: (202) 776-2691
fax: (202) 776-4691 or -2222
Cell: (301) 938-0486
email:  jglass@dowlohnes.com
www.dlalaw.com

*************************************

DM013372

| From:    | David Minchenberg <dminchenberg@saba.edu> |
|----------|-------------------------------------------|
| Sent:    | Thursday, August 19, 2004 11:51 PM        |
| To:      | David Fredrick <drfredrick@yahoo.com>     |
| Subject: | Good News                                 |
| Attach:  | rtf-body.rtf                              |

Dr. Fredrick: I just got off the phone with Bob Harris. After we spoke on Tuesday, he made contact with the FL DOE. They are running behind schedule in distributing the Financial Statements to the state Commissioners. I actually thought that faxing him our Financial Statements tomorrow would be the best course of action and then he would deliver the fax to the DOE. However, he said he wanted to deliver the original hard copies. Thus, we will need to have Jerry□s office FedEx him the originals for Monday delivery. Bob will be in trial on Monday and Tuesday, but he said he would coordinate someone in his office to hand deliver the original Financials to the DOE on Monday. He did say that he would like to review the Financials tomorrow. Therefore, I□ll have Jerry□s office fax us the Financials tomorrow, and we can then fax them to Bob. Obviously, I won□t be telling Jerry or Dean that FL is running behind schedule.

PS: Did you hear back from Jerry on the footnotes we sent??? □ Any feedback???

If you have any thoughts, please let me know.

Best wishes, David

DM013578

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, August 23, 2004 10:08 PM |
| **To:** | 'Dean@schneider-cpas.com' |
| **Subject:** | FL Attorney |
| **Attach:** | rtf-body.rtf |

Dean: I first want to thank you for all your help. I can honestly say you were a ☐voice of reason☐ that held this together. Without you, similar to your kind words about me this morning, these financials wouldn☐t have gone out today. Thanks :-)

Here is the mailing information for the FL attorney.

Messer, Caparello & Self
Att: Mr. Bob L. Harris
215 South Monroe Street
Suite # 701
Tallahassee, FL   32301

Dean ☐ We need to send Bob ☐ 11 hard bound copies. I was able to speak with him 5 minutes ago.

Again, please send Bob☐s copies via FedEx ☐ ☐FedEx First Overnight☐ ☐ option. After placing the package with FedEx, could you please email me the tracking number so that I can follow the delivery.

Then when you have a chance, certainly no rush, could you please send us 9 bound copies (3 for me, 3 for Dr F, and 3 for DR H)

I☐ll catch up with you towards the end of the day.

Best wishes,
David

DM013700

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, August 23, 2004 10:50 PM |
| **To:** | David Fredrick <drfredrick@yahoo.com>; 'plhough@yahoo.com' |
| **Subject:** | FW: Final version (?) |
| **Attach:** | rtf-body.rtf; saba 0404.doc |

Dear Dr. Fredrick and Dr. Hough: Here is the final version of Saba University‖ s audited Financial Statements. I did the very best that I could under the time circumstances. All in all, we won some battles and lost some battles. However, the most important point is that we received a ‖ clean¶ audit opinion which is the third paragraph on ‖ Schneider & Associates¶ letterhead. In certain ways, the opinion is as important as the contents of the financials.

I‖ ve been in contact with Bob Harris in FL. We are literally down to the wire. The commission called him today to let him know that tomorrow is the absolute deadline for submission. I will be tracking the FedEx shipment from Jerry‖ s firm all day tomorrow. Bob has assured me that he will hand deliver these financials to the DOE. I must say, I think Bob is a gem. He communicated with me regularly, gave me his cell number for issues over the weekend etc. Needless to say, I was very impressed with his professionalism.

If you have any questions, or if I can do anything for either of you while you are away, please feel free to let me know.

PS: Here are some phone numbers.
    Home: 978.632.8181
    Cell: 508.493.0590

With my finest regards,
David
-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 23, 2004 1:25 PM
To: David Minchenberg
Subject: Final version (?)

David,

This version reflects your most recent changes.

Dean

DM013702

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|-------------------------------------------|
| Sent: | Tuesday, August 24, 2004 12:36 AM |
| To: | 'Dean Hiltzik' |
| Subject: | RE: FedEx |
| Attach: | rtf-body.rtf |

Thanks so much for all your help. II Il keep you posted in the morning and will let you know when Bob received the package.

Cheers and Hurrah!!!!!!!!!!
David

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 23, 2004 4:21 PM
To: David Minchenberg
Subject: FedEx

David,

The tracking number for the package going to Bob Harris is:

8464 1385 1111

The package was sent FedEx First Overnight.

Dean

DM013716

| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Wednesday, August 25, 2004 3:22 AM |
| **To:** | David Fredrick <drfredrick@yahoo.com>; 'plhough@yahoo.com' |
| **Cc:** | 'bharris@lawfla.com'; 'Dean@schneider-cpas.com' |
| **Subject:** | Comments and Recommendations from Bob Harris-Re: Saba's audited Financial Statements |
| **Attach:** | rtf-body.rtf; Feedback and comments from Bob Harris _ 08.24.04.doc |

Dear Dr. Fredrick and Dr. Hough: I hope this email finds you well.

Attached, please find a memorandum which represents the comments and recommendations from Bob Harris related to Saba1 s Financial Statements supporting our application for accreditation in the state of FL.

If I can be of any assistance, please feel free to contact me anytime.

Respectfully,
David

DM013724

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Friday, September 17, 2004 7:28 PM |
| To: | 'jglass@dowlohnes.com' |
| Subject: | RE: Question re: Financial Statements |
| Attach: | rtf-body.rtf |

Jonathan: Thank you very kindly for all your help. You are absolutely fantastic. I am especially pleased that we are in your hands and that you are helping us through this arduous process. I also want you to know that if you have any questions and/or we can assist you in any manner, please feel free to contact me any time.

Additionally, thank you for relaying this message to Drs. Fredrick and Hough. It is greatly appreciated.

I hope you have a wonderful weekend.

Best wishes,
David

-----Original Message-----
From: jglass@dowlohnes.com [mailto:jglass@dowlohnes.com]
Sent: Friday, September 17, 2004 11:15 AM
To: dminchenberg@saba.edu; jglass@dowlohnes.com
Cc: plhough@yahoo.com
Subject: RE: Question re: Financial Statements

Hi David:

I will see David and Pat this afternoon, so will talk with them about this as well.

ED's customary requirement is to require audited financial statements for two years. However, in this case I would expect ED to give the school some credit for the prior year financial statements and to only require audited financials for 2003 in this case.

That is also stated specifically in the ED letter of June 2004, which directed the school to produce audited financials for 2003, but did not ask the school to go back further in time and perform an audit for 2002.

Jonathon

-----Original Message-----
From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Wednesday, September 15, 2004 8:56 AM
To: jglass@dowlohnes.com
Cc: plhough@yahoo.com
Subject: Question re: Financial Statements
Jonathan: Good morning. I hope this email finds you well.

I have a question that Dr. Hough raised and wondered if you would be so kind to help us with an answer.

Here is the question - With our (Saba Universities) submission with the US DOE do we need 1 or 2 years audited Financial Statements to comply with their requirements.

When you have a moment, could you please let me know?

Dr. Hough and Dr. Fredrick will be in the DC area for the remainder of the week. I assume they may be meeting with you and/or attending some type of DOE meeting(s). If you have the opportunity to meet with them, could you please pass on this information to Drs. Hough & Fredrick as well as sending me a response via email.

I would like to thank you in advance for all your help.

Respectfully,


David Minchenberg

DM013969

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Sunday, November 14, 2004 11:17 PM |
| To: | 'Jerry Schneider' |
| Cc: | David Fredrick <drfredrick@yahoo.com> |
| Subject: | RE: Peter Glicklich |
| Attach: | rtf-body.rtf |

Jerry: Thanks for taking the time to receive my call last Friday. I appreciate your follow-up with Peter on 2 fronts. First □ reaffirming that Saba has terminated his services for tax advice and second, working on the bill reduction.

Thanks again, David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Jerry Schneider [mailto:JSchneider@SCHNEIDER-CPAS.COM]
Sent: Sunday, November 14, 2004 12:57 PM
To: David Minchenberg
Cc: drfredrick@yahoo.com
Subject: Peter Glicklich

David,

I had a long talk with Peter, he realizes that he did not handle this properly regarding communications and billing. I certainly can have him make the appropriate adjustments to his bill and I have ended Saba's relationship with him. We can discuss further next week

Best Regards,

Jerry

Jerry Schneider, CPA - Managing Partner
Schneider & Associates LLP
100 Jericho Quadrangle, #236
Jericho, NY 11753
Tel: 516-942-5300
Fax: 516-932-6050

DM014960

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|-------------------------------------------|
| Sent: | Tuesday, November 23, 2004 9:02 PM |
| To: | 'bharris@lawfla.com' |
| Cc: | David Fredrick <drfredrick@yahoo.com> |
| Subject: | $5000 application fee |
| Attach: | rtf-body.rtf |

Dear Bob: I hope this email finds you well. I had the opportunity to speak with Dr. Fredrick regarding the $5000 application fee that was sent to the FL CIE. It was his recollection that the application fee that was submitted was for MUA (our sister school). When you have a moment, could you please verify that it was associated with MUA. In the event that it is, we will try to collect it ourselves to save some money.

There are 2 other quick points that I would like to address:

First, we received an updated invoice from your Firm whereby the Firm applied our retainer against the outstanding invoice. Thank you so much for following through with that.

Second and most importantly; as discussed, could you please prepare a brief memo outlining what Saba□s annual licensure procedure will be? As observed in the FL CIE meeting, each school needs to reapply annually. I also observed that virtually all applicants were present for the CIE hearing. That said, in your outline, could you please let us know when our annual application needs to be submitted and when the hearings are. I would like to have the opportunity to make sure that we don□t miss any critical deadlines related to our license. Further, it would help me to have discussions with Dr. Fredrick and Dr. Hough to determine if we should attend, who should attend, and should we have you with us for each hearing.

I want to thank you in advance for all your help. It□s greatly appreciated by the entire Saba community.

I hope you and your family have a wonderful Holiday season.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM014994

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Tuesday, November 23, 2004 9:48 PM |
| To: | 'Bob Harris' |
| Subject: | RE: $5000 application fee |
| Attach: | rtf-body.rtf |

Bob: It is also great hearing from you. I donⅠt know if I ever took the time to express my appreciation for all your help. It is a true pleasure to work with specialists.

Thanks for the follow-up letter to the state and the summary that you will forward to us. ItⅠs greatly appreciated.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Tuesday, November 23, 2004 2:31 PM
To: dminchenberg@saba.edu
Subject: Re: $5000 application fee

David, it is great to hear from you. It just so happens I spoke with Sam Ferguson about this a few minutes ago. He asked me to resend the letter I sent to him a few weeks ago (which I will do), and he will take care of it. As for the summary, I have a call in to Susan Boyle to get the license, and the renewal date, which are necessary for me to complete the summary. As for meeting, I will put in my brief summary a suggestion, but there should be someone there familiar with the general operations of the school (both finances and operation), and the license application submission, just in case there are questions.

Thanks for writing, and have a great holiday!!

>>> "David Minchenberg" <dminchenberg@saba.edu> 11/23/2004 1:01:36 PM >>>
Dear Bob: I hope this email finds you well. I had the opportunity to speak with Dr. Fredrick regarding the $5000 application fee that was sent to the FL CIE. It was his recollection that the application fee that was submitted was for MUA (our sister school). When you have a moment, could you please verify that it was associated with MUA. In the event that it is, we will try to collect it ourselves to save some money.

There are 2 other quick points that I would like to address:

First, we received an updated invoice from your Firm whereby the Firm applied our retainer against the outstanding invoice. Thank you so much for following through with that.

Second and most importantly; as discussed, could you please prepare a brief memo outlining what SabaⅠs annual licensure procedure will be? As observed in the FL CIE meeting, each school needs to reapply annually. I also observed that virtually all applicants were present for the CIE hearing. That said, in your outline, could you please let us know when our annual application needs to be submitted and when the hearings are. I would like to have the opportunity to make sure that we donⅠt miss any critical deadlines related to our license. Further, it would help me to have discussions with Dr. Fredrick and Dr. Hough to determine if we should attend, who should attend, and should we have you with us for each hearing.

I want to thank you in advance for all your help. ItⅠs greatly appreciated by the entire Saba community.

I hope you and your family have a wonderful Holiday season.

Best wishes,

David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM015001

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Tuesday, November 23, 2004 11:03 PM |
| **To:** | David Fredrick <drfredrick@yahoo.com> |
| **Subject:** | FW: $5000 application fee |
| **Attach:** | rtf-body.rtf |

Dr. Fredrick: I don̗t want to bombard you with emails. However, I do remember you saying that you like to be kept up-to-speed while you are away. Here is Bob Harris̗ response. As I told him that we would try to collect the money ourselves (to save money), I don̗t anticipate that he will bill us for this ˮ courtesy˞ letter. If he does, I̗ll take care of it. Also, I did want to let you know that he will be keeping us in-the-loop regarding our license compliance in the state of FL. I̗ll make sure he follows through.

PS: I was able to take care of the Loral contract and we will be able to go on a month-to-month basis (with only a 2 week cancellation notice) from January 1, 2005 forward. I hope this helps out.

Best wishes,
David


David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Tuesday, November 23, 2004 2:31 PM
To: dminchenberg@saba.edu
Subject: Re: $5000 application fee

David, it is great to hear from you. It just so happens I spoke with Sam Ferguson about this a few minutes ago. He asked me to resend the letter I sent to him a few weeks ago (which I will do), and he will take care of it. As for the summary, I have a call in to Susan Boyle to get the license, and the renewal date, which are necessary for me to complete the summary. As for meeting, I will put in my brief summary a suggestion, but there should be someone there familiar with the general operations of the school (both finances and operation), and the license application submission, just in case there are questions.

Thanks for writing, and have a great holiday!!

>>> "David Minchenberg" <dminchenberg@saba.edu> 11/23/2004 1:01:36 PM >>>
Dear Bob: I hope this email finds you well. I had the opportunity to speak with Dr. Fredrick regarding the $5000 application fee that was sent to the FL CIE. It was his recollection that the application fee that was submitted was for MUA (our sister school). When you have a moment, could you please verify that it was associated with MUA. In the event that it is, we will try to collect it ourselves to save some money.

There are 2 other quick points that I would like to address:

First, we received an updated invoice from your Firm whereby the Firm applied our retainer against the outstanding invoice. Thank you so much for following through with that.

Second and most importantly; as discussed, could you please prepare a brief memo outlining what Saba̗s annual licensure procedure will be? As observed in the FL CIE meeting, each school needs to reapply annually. I also observed that virtually all applicants were present for the CIE hearing. That said, in your outline, could you please let us know when our annual application needs to be submitted and when the hearings are. I would like to have the opportunity to make sure that we don̗t miss any critical deadlines related to our license. Further, it would help me to have discussions with Dr. Fredrick and Dr. Hough to determine if we should attend, who should attend, and should we have you with us for each hearing.

DM015016

I want to thank you in advance for all your help. It1 s greatly appreciated by the entire Saba community.

I hope you and your family have a wonderful Holiday season.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM015017

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Thursday, December 9, 2004 4:57 PM |
| To: | 'jglass@dowlohnes.com' |
| Subject: | RE: Urgent : Saba: US DOE Irrevocable Line of Credit |
| Attach: | rtf-body.rtf |

Jonathan: Thank you for your response. I was correct in my initial though that the bank sent the LOC to the USDOE in error. The bank made contact with Barbara Hemelt (I believe in the Foreign Case Team Department) and she was familiar with the original LOC and is sending back to the bank which will give us the ability to release the CD. I guess all is well. I keep you update should anything change.

Thanks again for all your help.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: jglass@dowlohnes.com [mailto:jglass@dowlohnes.com]
Sent: Wednesday, December 08, 2004 5:15 PM
To: dminchenberg@saba.edu
Subject: RE: Urgent : Saba: US DOE Irrevocable Line of Credit

Ok. thanks.
-----Original Message-----
From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Wednesday, December 08, 2004 4:24 PM
To: jglass@dowlohnes.com
Subject: RE: Urgent : Saba: US DOE Irrevocable Line of Credit
Jonathan: I hope you are doing well. I'm sorry for the delay in my reply. I needed to do some more research on my end. After my research and discussions with Dr. Fredrick, he has me following up on the loose ends. I am making contact with the US DOE for the LOC. It seems it was sent in error by our bank. I'll let you know how it goes.

Thanks again for your help. If you have any questions, please feel free to contact me.

Best wishes and happy Holidays,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: jglass@dowlohnes.com [mailto:jglass@dowlohnes.com]
Sent: Tuesday, November 30, 2004 5:15 PM
To: dminchenberg@saba.edu; jglass@dowlohnes.com

DM015102

Cc: drfredrick@yahoo.com; plhough@yahoo.com
Subject: RE: Urgent : Saba: US DOE Irrevocable Line of Credit

David and All:

Thanks. I also received the fax. I am inclined to just make a call to the Foreign Case Team tomorrow to request the return of the original LC. I would not expect that to be a problem (except that I cannot recall ever delivering the LC, but maybe that is just my memory). The School does not have the slightest obligation to maintain an LC with ED, so this is just a matter of finding the right person who can find the document and sent it back over.

Let's touch base tomorrow, when you are back in the office, and then I can make that call.


-----Original Message-----
From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, November 29, 2004 6:44 PM
To: jglass@dowlohnes.com
Cc: David Fredrick; plhough@yahoo.com
Subject: Urgent : Saba: US DOE Irrevocable Line of Credit
Importance: High

Dear Jonathan: I Hope this email finds you well. Further, I hope you and your family had a wonderful Thanksgiving Holiday.

I am faxing you a copy of the Irrevocable Line of Credit and a copy of our $2.1million CD held as collateral for the Letter of Credit for your reference.

I am hoping that you can help me. If I have any of the information that is incorrect, please feel free to advise me accordingly.

Last year, Saba put forth to the US DOE an Irrevocable Line of Credit to demonstrate our financial stability (to "teach out students" in the event Saba closed) in our efforts in applying and being granted Title IV Loan Status. I believe the Line of Credit was established in lieu of having audited Financial Statements. Saba recently had their Financial Statements audited, and subsequently gained accreditation in the states of Fl and CA. Saba now is accredited in all 50 states.

Pursuant to my discussion with Dr. Fredrick, it is our desire to withdraw the Letter of Credit so that we can gain access to our $2.1 million CD.

Here are the questions that I need your help with.

First, now that Saba has audited Financial Statements, can we withdraw the Letter of Credit and satisfy the US DOE with our audited Financial Statements?

Second, in order for our bank (which issued the Letter of Credit) to release our CD, we will need the original Letter of Credit which was given to the US DOE. That said, how do we go about getting the original document?

Third, and most importantly, I need to emphasize that "time is of the essence". The Letter of Credit states that "Should the Institution fail to renew the Letter of Credit within 10 days of it's expiration as directed by the US DOE, The Department may call the Letter of Credit and place the funds in an escrow account at the Department pending a prompt determination of the extent to which those funds will be used in accordance with paragraphs 1 through 3 above". We have passed the 10 day threshold and I am very concerned as we haven't had any correspondence from the DOE regarding the Letter of Credit.

When you have a moment, could you please email me with this information? I am assuming that you may have additional questions that you may need my help with. I am available to assist you in any way possible.

FYI: I will be out of the office all day Tuesday (November 30th) returning to the office on Wednesday December 1st. However, you can reach me anytime on my cell phone - 978.424.7900

I look forward to hearing from you soon.

Respectfully,
David


David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas

DM015103

P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM015104

| From: | David Minchenberg <dminchenberg@saba.edu> |
| --- | --- |
| Sent: | Tuesday, December 28, 2004 9:51 PM |
| To: | John nekic <jnekicmd@mua.edu> |
| Subject: | FW: MUA FL Accreditation Refund |
| Attach: | rtf-body.rtf |

Dear Dr. Nekic: Wow ⊤ Obviously Dr. Hough is disappointed that the refund process hasn⌊ t been started yet. I am personally disappointed in myself because I don⌊ t like to upset Dr. Fredrick and Dr. Hough. That said, could you please pull together the file that was sent to the State of FL for the accreditation application. That way when we meet tomorrow, we can get something in the mail immediately. Once you pull the file together (today if possible), could you please take a look at what check was sent to the state of FL. We will need to get a copy of the endorsed check (Cheryl can get us a copy). When we receive our bank statements, the endorsed checks are included. Therefore, all you need to do is give Cheryl the check number and she can retrieve the check for us and make a copy of the front and back. I⌊ ll contact Bob Harris (out FL attorney) and make sure that I have all the correct info so that we can send our request to the appropriate parties.

If you have any questions from me, or if you have any info you can share with me, please feel free to give me an email. I have to communicate via. email because I⌊ m waiting for a conference call from Dr. Fredrick.

Thanks in advance for all your help.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Patricia Hough [mailto:plhough@yahoo.com]
Sent: Tuesday, December 28, 2004 12:50 PM
To: David Minchenberg
Cc: John Nekic
Subject: Re: MUA FL Accreditation Refund

Dave and John: This is way overdue per the email we receive a month ago from Bob Harris about the formal request. Any questions, please email Bob. Dr. H

David Minchenberg <dminchenberg@saba.edu> wrote:
Dear Dr. Nekic: I hope this email finds you well. Further, I hope you are looking forward to the Christmas holiday with Keri⌊ s family. I imagine you will have a wonderful time on the cape.

A few weeks ago I emailed you regarding the refund from FL for the accreditation application. Unfortunately, I was not able to meet with you to discuss this item and start the process to recover our application fee. As you were aware, unexpected projects came up that needed to be completed before this one. As discussed, it would be great to touch base on Tuesday December 28th when we return from the holiday break. It would be wonderful if we could put this at the top of the pile so that we can get moving on it. If you have any questions, please feel free to contact me anytime.

I⌊ m looking forward to seeing you soon. I also hope that you and Keri have a fantastic Christmas.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine

DM015157

Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM015158

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Tuesday, December 28, 2004 11:40 PM |
| To: | 'Patricia Hough' |
| Subject: | RE: MUA FL Accreditation Refund |
| Attach: | rtf-body.rtf |

Dr. Hough: First and foremost, I would like to extend my apology that this was not finalized sooner. Unfortunately other tasks came up with higher priorities and I honestly put this on the ‖ back-burner¶. I have contacted Susan Hood at the FL CIE. She gave me all the information that we will need to process and receive our refund.

She did pass on some information that I would to share with you. Apparently this process had already been completed on Florida¦ s end back in April. Susan stated that she left several messages in MUA¦ s voice mail box (she could not remember which mail box as she didn¦ t have MUA¦ s file in front of her) and had not received a return phone call. When I meet with Dr. Nekic tomorrow to gather the file and relevant information to process the refund, I¦ ll let him know about the voice mail issues in case there is a break down and messages aren¦ t being relayed to him.

Again, I apologize for the delay and will personally handle this process and bring it to resolution tomorrow morning.

With my finest regards,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Patricia Hough [mailto:plhough@yahoo.com]
Sent: Tuesday, December 28, 2004 12:50 PM
To: David Minchenberg
Cc: John Nekic
Subject: Re: MUA FL Accreditation Refund

Dave and John: This is way overdue per the email we receive a month ago from Bob Harris about the formal request. Any questions, please email Bob. Dr. H

David Minchenberg <dminchenberg@saba.edu> wrote:
Dear Dr. Nekic: I hope this email finds you well. Further, I hope you are looking forward to the Christmas holiday with Keri¦ s family. I imagine you will have a wonderful time on the cape.

A few weeks ago I emailed you regarding the refund from FL for the accreditation application. Unfortunately, I was not able to meet with you to discuss this item and start the process to recover our application fee. As you were aware, unexpected projects came up that needed to be completed before this one. As discussed, it would be great to touch base on Tuesday December 28th when we return from the holiday break. It would be wonderful if we could put this at the top of the pile so that we can get moving on it. If you have any questions, please feel free to contact me anytime.

I¦ m looking forward to seeing you soon. I also hope that you and Keri have a fantastic Christmas.

Best wishes,
David

David C. Minchenberg, CPA
Controller
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM015161

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|---------------------------------------------|
| Sent: | Thursday, February 10, 2005 7:10 PM |
| To: | 'Bob Harris'; 'drfredrick@yahoo.com'; 'plhough@yahoo.com' |
| Subject: | RE: Commission for Independent Education |
| Attach: | rtf-body.rtf |

Bob: Wow!!!! What a fantastic job. Everyone at Saba thanks you for your tremendous effort. I know this has been a "long haul" and we appreciate your persistence and dedication. Today, Thursday, Dr. Fredrick and Dr. Hough are in route to Saba so they probably won't get you message until late this evening. I know they will be very excited.

As always, if there is anything that I can ever do for you, please feel free to contact me any time.

With my finest regards,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Thursday, February 10, 2005 10:50 AM
To: drfredrick@yahoo.com; plhough@yahoo.com
Cc: dminchenberg@saba.edu
Subject: Commission for Independent Education

Dr. Hough and Dr. Fredrick, I met yesterday with Sam Ferguson and his
staff regarding their acceptance of the on-site report, in lieu of an
actual on-site. I was advised today that the CIE will accept the
on-site and that SABA will soon receive its annual license. Let me know
if you do not have the license in your hand within 14 days.
Congratulations.

DM015782

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|-------------------------------------------|
| **Sent:** | Thursday, February 10, 2005 7:13 PM |
| **To:** | 'Bob Harris' |
| **Subject:** | RE: Commission for Independent Education |
| **Attach:** | rtf-body.rtf |

Bob: I just received a "send error". Could you please let me know if you received my first email?

With many thanks,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu


-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Thursday, February 10, 2005 10:50 AM
To: drfredrick@yahoo.com; plhough@yahoo.com
Cc: dminchenberg@saba.edu
Subject: Commission for Independent Education

Dr. Hough and Dr. Fredrick, I met yesterday with Sam Ferguson and his
staff regarding their acceptance of the on-site report, in lieu of an
actual on-site. I was advised today that the CIE will accept the
on-site and that SABA will soon receive its annual license. Let me know
if you do not have the license in your hand within 14 days.
Congratulations.

DM015784

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Tuesday, June 7, 2005 5:00 PM |
| To: | 'David Fredrick' |
| Subject: | RE: Operating Agreement for MEG, LLC |
| Attach: | rtf-body.rtf |

Dear Dr. Fredrick: Let me see if my attorney will give it to me on a disk (I currently don't have it). Hopefully he won't have any problems as I need to modify the one you have for the apartment building I just bought. I'll give him a call today and will give you an update. But as you suggested, as a last resort, we could have Justin scan it. I think that agreement cost me about $2500. so lets see if we can get it emailed to us before we spend time trying to retype it or scan it. He owes me a favor because I gave him the tax language to insert in the operating agreement that came from one's in my Arthur Andersen days that cost my clients over $100k. I think (since I paid for the one you have) that he shouldn't have a problem as he knows I need to create another one. Like what we are doing for "newco" EIC, LLC, I too am structuring a Single Member (Tiered) LLC (SMLLC). However, you know attorney's - they are greedy to the very end.

The good thing is that LLC operating agreements are fairly universal from state to state. FYI - Operating agreement (the legal aspect) are governed by state law and the taxation is governed both on the Federal and State (if applicable - 7 states do not have taxation - but there are special rules in these 7 states that may trigger taxes) level. So once we finalize the one for the MEG, LLC we can forward it to your attorney in FL and just make sure it holds water according to FL laws. I want to make sure it's solid because this entity will own both buildings in Gardner - approximately $500,000 in assets - although they will be encumbered with debt.

Also, once we get it on disk, we can create the operating agreement for "newco" EIC, LLC. This one should be real easy because "newco" is a MA LLC and this operating agreement is already a MA operating agreement. Obviously, once we finalize the "newco" operating agreement, I would recommend that we have Mike Refolo (sp?) take a quick pass at it to make sure that it's up to snuff. I know that he is very expensive, but I want to make sure that we have established all the new entities as "water-tight" as we can.

As you know (and history has proven itself) we live in a litigious society and my goal is always to look out for you and Dr. Hough, and protect you at all possible times. I want to make sure that you can sleep comfortably at night knowing (at least) that your assets are protected to the best possible levels within the limits of the law. I honestly know that I am accomplishing this. Further, when I return from NYC, I will have hammered out the foreign restructuring piece which will finalize this entire endeavor.

PS: I would like to have 15 minutes of your time today to touch base about items that I would like to cover with Jerry/Dean and Sallie Mae over the next 3 days - Could you please let me know what time would be best for you.

Thanks for all you help,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Monday, June 06, 2005 5:46 PM
To: David Minchenberg
Subject: Operating Agreement for MEG, LLC

DM017576

Dave:

The sample operating agreement for the LLC looks good
and could easily work for MEG, LLC. Were you able to
locate this on a disk?   It is 29 pages and I would
hate to have to retype it.   I might be able to have
justin scan it in if you do not have it on disk.

Thanks,

DF

DM017577

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, July 11, 2005 5:34 PM |
| **To:** | 'John Bargiuk' |
| **Subject:** | RE: confirmation log |
| **Attach:** | rtf-body.rtf |

John: I would fax them.

The one that says Davies/Ward is Jerry □s contact □ That is the law firm that Jerry used to get some legal advice for international tax council. So Jerry ma be the best one to get them moving on that one. The firm that is _____ Schaepman NV is on the island of St. Martin so that might answer wht there is a delay. I can email the Dow Lohnes & Albertson.

PS: I just sent off a signed second bank confirmation to Englewood bank for the escrow account with a pre-paid priority mail envelope addressed to your attention. So that should be getting to you before the end of the week.

When I email Dow Lohnes, I will cc you and Dr, Fredrick, maybe that will speed things along.

Thanks

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu


-----Original Message-----
From: John Bargiuk [mailto:John@SCHNEIDER-CPAS.COM]
Sent: Monday, July 11, 2005 9:20 AM
To: David Minchenberg
Subject: RE: confirmation log


Should I fax them or mail them? Also, would you want to call the attorneys first to see is they got the first ones and see what the delay is?

DM018522

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|-------------------------------------------|
| Sent: | Monday, July 11, 2005 5:55 PM |
| To: | 'jglass@dowlohnes.com' |
| Cc: | 'David Fredrick'; 'John Bargiuk' |
| Subject: | Legal Confirmation for Annual Audit |
| Attach: | rtf-body.rtf |

Jonathan: Good morning. I hope you are doing well. It□s been a long time since we□ve communicated. I don□t know if you remember me. I□m the C.F.O of the Saba University School of Medicine. Several weeks ago our auditors □Schneider & Associates□ sent your firm a legal confirmation related to our annual financial audit. Thurs far, they haven□t received a response. If you have a moment, would it be possible for you to have your assistant look into it. If it wasn□t received, I can have the auditors re-send it and/or fax it to your attention.

Please let me know when you have a moment.

Thank you in advance for all your help and your continued assistance to our University.

Best wishes,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018526

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Wednesday, August 3, 2005 6:57 PM |
| To: | 'David Fredrick' |
| Cc: | 'Jerry Schneider'; 'Dean Hiltzik'; Lisa Gallant <bursar@saba.edu> |
| Subject: | International Tax Opinion |
| Attach: | rtf-body.rtf |

Dear Dr. Fredrick: With extreme enthusiasm and delight, I am please to deliver the news that late yesterday afternoon, Dean advised me that Peter Glicklich reviewed last years memo s related to Saba s international tax activities that were labeled in " draft" edition. He revisited the facts and circumstances of Saba s business activities and is comfortable with the cases set forth to substantiate his firms findings.

Therefore, as discussed and authorized by you, Saba has an outstanding legal fee due to Peter s Firm in the amount of $5,820.89. I am having Lisa issue a check immediately to Peter s firm in that amount, and will Federal Express said payment to his attention.

The Federal Express air bill number is 8271 8538 4148. Tomorrow (Thursday), I will follow through (via. web tracking) and will ensure that the Federal Express package is delivered to Peter s Firm so Saba s audit is not delayed.

If there is anything else I can do regarding this endeavor to assist you, as always, please feel free to call upon me anytime.

With my finest regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018952

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Thursday, August 4, 2005 6:20 PM |
| To: | 'jglass@dowlohnes.com' |
| Cc: | David Fredrick <drfredrick@yahoo.com>; 'Jerry Schneider'; 'Dean Hiltzik'; Lisa Gallant <bursar@saba.edu> |
| Subject: | Outstanding Legal Bill |
| Attach: | rtf-body.rtf |

Dear Jonathan: I hope this email finds you well. It□s been almost a year (can you believe how fast time goes by) since we last exchanged emails. We (Saba) are currently finalizing our annual financial audit. Part of our requirement is sending out legal confirmations to our attorneys. I was advised by our auditors (Schneider and Associates CPA□S) that we had an outstanding legal bill due to your Firm in the amount of $9,511.76 as of the end of Saba□s fiscal year end (4.30.05), and an additional $319.23 subsequent to our year end, for a total of $9,830.99

Last night, I discussed this with Dr. Fredrick and he was unaware that we had an outstanding invoice with your firm. He believed we never received an invoice for your services. I was hoping you could be so kind to re-bill me so that I could pay your Firm this outstanding amount immediately.

In order to expedite this process, could you please fax me the bill for the services rendered along with a description for the services rendered. If there is anyway that you could have your assistant do it today it would be greatly appreciated. We are under an extension with the State of Florida for our annual license renewal, and we need to pay your invoice immediately to fulfill our obligations as part of our annual audit.

My fax number is 978.632.6126. Additionally, I will follow up with a telephone call to ensure that you received this email. As I know you may be away from your office, I will also leave a message with your assistant.

If I can be of any assistance in this matter, or answer any questions to assist you, please feel free to contact me.

With my finest regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018984

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Tuesday, August 2, 2005 11:56 PM |
| To: | 'Dean Hiltzik' |
| Subject: | Glicklich - How are we looking??????? |
| Attach: | rtf-body.rtf |

Just checking In ⊤ What time will you be leaving tonight?

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018922

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Thursday, August 4, 2005 10:56 PM |
| To: | 'Dean Hiltzik'; 'Jerry Schneider' |
| Cc: | David Fredrick <drfredrick@yahoo.com>; Lisa Gallant <bursar@saba.edu> |
| Subject: | Outstanding Legal Bill to Dow Lohnes |
| Attach: | rtf-body.rtf |

Dear Dean: I followed up on the legal confirm from Dow Lohnes indicating that at year end (4.30.05) we had a balance of $9,511.76. Unfortunately in the confirm, they didn☐t mention that we paid the bill with check number 15174 on May 12, 2005 and it has already cleared our account. Please let us know if you need any other information.

Best regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018995

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Thursday, August 4, 2005 11:03 PM |
| To: | 'Dean Hiltzik'; 'Jerry Schneider' |
| Cc: | David Fredrick <drfredrick@yahoo.com> |
| Subject: | Peter Glicklich |
| Attach: | rtf-body.rtf |

As promised, I simply wanted to follow-up with an FYI that Peter received his outstanding check this morning. A person by the name of M. Falco signed for the Federal Express package at 9.35am.

Thanks

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM018997

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Monday, August 8, 2005 5:55 PM |
| To: | 'Jerry Schneider'; 'Dean Hiltzik' |
| Cc: | 'David Fredrick' |
| Subject: | Peter Glicklich |
| Attach: | rtf-body.rtf; Peter Glicklich 8.3.05.doc |

Dear Jerry & Dean: I just wanted to let you know that I received a fax from Peter today thanking Saba for their check, as well as thanking me (David M) for writing him kind words. Please see attached.

I hope you both have a great day.

PS: Dean again, I hope (although you weren☐t with Alice) I wish you a happy 9th anniversary, and also hope your father enjoyed his 80th birthday in Vegas.

With my finest regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM019012

Mr. Peter A. Glicklich
Davies Ward Phillips & Vineberg, LLP
625 Madison Avenue
12th Floor
New York, NY 10022

August 3, 2005

Re: Saba School of Medicine Foundation

Dear Peter:

I would like to express my most sincere and genuine thanks for your Firm's guidance regarding our companies international tax needs. We appreciate all that you have done for us. Further, your expertise is praised in the highest caliber by Jerry Schneider by whom we greatly rely upon. We truly hope that we can work together in the future as such needs arise.

Enclosed, please find payment for the outstanding services provided by your firm.

If you have any questions, or need any information, please feel free to call upon me at anytime.

Respectfully,

David C. Minchenberg
Chief Financial Officer

DM019014

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Monday, August 8, 2005 6:01 PM |
| To: | 'Dean Hiltzik' |
| Subject: | RE: Peter Glicklich |
| Attach: | rtf-body.rtf |

Dean: I didnĺ t receive a memo from Peter. Iĺ m going out for a smoke break but will call you when I return. Also, I will be forwarding you an email from Dr. F. for us to discuss.

With all my best,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu


-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 08, 2005 9:56 AM
To: David Minchenberg
Subject: RE: Peter Glicklich


David,


I'm back from Las Vegas in a barrel. My father, on the other hand, has enough money for a new silk suit.


Did Peter send you the memo?


Dean

DM019023

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, August 08, 2005 9:55 AM
To: Jerry Schneider; Dean Hiltzik
Cc: 'David Fredrick'
Subject: Peter Glicklich
Importance: High

Dear Jerry & Dean: I just wanted to let you know that I received a fax from Peter today thanking Saba for their check, as well as thanking me (David M) for writing him kind words. Please see attached.


I hope you both have a great day.


PS: Dean again, I hope (although you weren¡ t with Alice) I wish you a happy 9th anniversary, and also hope your father enjoyed his 80th birthday in Vegas.


With my finest regards,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM019024

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, August 8, 2005 6:42 PM |
| **To:** | 'Dr. Patricia Hough'; 'David Fredrick' |
| **Cc:** | 'Jerry Schneider'; 'Dean Hiltzik' |
| **Subject:** | FW: Florida License |
| **Attach:** | rtf-body.rtf |

This is absolutely fantastic! The November annual renewal date will be wonderful with the summer audit schedule for Saba. Further, as MUA comes along, it will also work well for accordingly.

I had thought we may have to consider changing our fiscal year end to accommodate the July annual renewal licensure time frame but this new takes care of that thought process.

Since Bob has a wonderful relationship with the CIE, I would recommend that we have him move forward with signing any necessary paperwork to facilitate this change. I simply wanted to give you my input.

PS: One important question to be answered is as follows: How does is this year's annual license renewal application affected? I will drop Bob a note with this question.

Best regards,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu


-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:26 AM
To: plhough@yahoo.com
Cc: dminchenberg@saba.edu; drfredrick@yahoo.com
Subject: Florida License

Dr. Hough, I spoke with Patty Aronoff, and the Commission now wants SABA
to register as a foreign corporation here in Florida. That is of course
different than registering a fictitious name. Let me know if you want
me to prepare the papers for you to sign. By the way, I have confirmed
that November is now the permanent date of renewal for SABA.

DM019028

| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, August 8, 2005 6:44 PM |
| **To:** | 'Bob Harris'; 'plhough@yahoo.com' |
| **Cc:** | 'drfredrick@yahoo.com' |
| **Subject:** | RE: Florida License |
| **Attach:** | rtf-body.rtf |

Bob: I have a quick question. Would this impact the current year's annual renewal license application? If you could drop me a quick answer, it would be greatly appreciated, as we are trying to finalize our annual financial audit as quickly as possible.

With my finest regards,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:26 AM
To: plhough@yahoo.com
Cc: dminchenberg@saba.edu; drfredrick@yahoo.com
Subject: Florida License

Dr. Hough, I spoke with Patty Aronoff, and the Commission now wants SABA
to register as a foreign corporation here in Florida. That is of course
different than registering a fictitious name. Let me know if you want
me to prepare the papers for you to sign. By the way, I have confirmed
that November is now the permanent date of renewal for SABA.

DM019030

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Monday, August 8, 2005 6:49 PM |
| To: | 'Dean Hiltzik' |
| Subject: | FW: Florida License |
| Attach: | rtf-body.rtf |

FYI

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:45 AM
To: dminchenberg@saba.edu; plhough@yahoo.com
Cc: drfredrick@yahoo.com
Subject: RE: Florida License

No, it would not affect the annual renewal at all. The Commission wants
the filing so that SABA has more of a corporate presence in Florida.

>>> "David Minchenberg" <dminchenberg@saba.edu> 08/08/05 10:44 AM >>>
Bob: I have a quick question. Would this impact the current year's
annual
renewal license application? If you could drop me a quick answer, it
would
be greatly appreciated, as we are trying to finalize our annual
financial
audit as quickly as possible.

With my finest regards,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:26 AM
To: plhough@yahoo.com

DM019032

Cc: dminchenberg@saba.edu; drfredrick@yahoo.com
Subject: Florida License

Dr. Hough, I spoke with Patty Aronoff, and the Commission now wants SABA
to register as a foreign corporation here in Florida. That is of course
different than registering a fictitious name. Let me know if you want me to prepare the papers for you to sign. By the way, I have confirmed
that November is now the permanent date of renewal for SABA.

DM019033

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Monday, August 8, 2005 6:58 PM |
| To: | 'drfredrick@yahoo.com'; 'plhough@yahoo.com' |
| Cc: | 'Bob Harris' |
| Subject: | FW: Florida License |
| Attach: | rtf-body.rtf |

Dear Dr Fredrick and Dr Hough: I just received this email from Bob: I was mistaken with my understanding with the first memo that he sent. My first pass when I read " November is now the permanent date of renewal for SABA" was that included the submittal of the annual audited financial statements for Saba. However, Bob just clarified that is not the case. Therefore, I will be speaking with Dean today to see when we will be expecting our annual audited financial statements.

I'm sorry for the confusion.
David


David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu


-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:45 AM
To: dminchenberg@saba.edu; plhough@yahoo.com
Cc: drfredrick@yahoo.com
Subject: RE: Florida License

No, it would not affect the annual renewal at all. The Commission wants
the filing so that SABA has more of a corporate presence in Florida.

>>> "David Minchenberg" <dminchenberg@saba.edu> 08/08/05 10:44 AM >>>
Bob: I have a quick question. Would this impact the current year's
annual
renewal license application? If you could drop me a quick answer, it
would
be greatly appreciated, as we are trying to finalize our annual
financial
audit as quickly as possible.

With my finest regards,
David

David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu

DM019036

-----Original Message-----
From: Bob Harris [mailto:bharris@lawfla.com]
Sent: Monday, August 08, 2005 10:26 AM
To: plhough@yahoo.com
Cc: dminchenberg@saba.edu; drfredrick@yahoo.com
Subject: Florida License

Dr. Hough, I spoke with Patty Aronoff, and the Commission now wants
SABA
to register as a foreign corporation here in Florida. That is of
course
different than registering a fictitious name. Let me know if you want
me to prepare the papers for you to sign. By the way, I have
confirmed
that November is now the permanent date of renewal for SABA.

DM019037

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Monday, August 8, 2005 7:04 PM |
| **To:** | 'Dean Hiltzik' |
| **Subject:** | RE: Peter Glicklich |
| **Attach:** | rtf-body.rtf |

Going on lunch break in 30 mins ☐ will call you then ☐ Okie ☐ Dokie

THANKS FOR BEING MY DEAR FRIEND

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical·University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 08, 2005 9:56 AM
To: David Minchenberg
Subject: RE: Peter Glicklich

David,

I'm back from Las Vegas in a barrel.  My father, on the other hand, has enough money for a new silk suit.

Did Peter send you the memo?

Dean

DM019040

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, August 08, 2005 9:55 AM
To: Jerry Schneider; Dean Hiltzik
Cc: 'David Fredrick'
Subject: Peter Glicklich
Importance: High

Dear Jerry & Dean: I just wanted to let you know that I received a fax from Peter today thanking Saba for their check, as well as thanking me (David M) for writing him kind words. Please see attached.


I hope you both have a great day.


PS: Dean again, I hope (although you weren☐t with Alice) I wish you a happy 9th anniversary, and also hope your father enjoyed his 80th birthday in Vegas.


With my finest regards,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM019041

| From: | David Minchenberg <dminchenberg@saba.edu> |
| Sent: | Monday, August 8, 2005 9:49 PM |
| To: | 'Dean Hiltzik' |
| Subject: | RE: Peter Glicklich |
| Attach: | rtf-body.rtf |

Dean: II m sorry you couldnI t take my phone call. I was on my lunch beak but now II m back in the office. I need to go get some half & half for my coffee so maybe I can give you a call then.

I have a quick question. Will you be taking care of getting the tax letter from Peter?

Please drop me a note when you have a chance.

Thanks

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 08, 2005 9:56 AM
To: David Minchenberg
Subject: RE: Peter Glicklich

David,

I'm back from Las Vegas in a barrel. My father, on the other hand, has enough money for a new silk suit.

DM019061

Did Peter send you the memo?


Dean


─────

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, August 08, 2005 9:55 AM
To: Jerry Schneider; Dean Hiltzik
Cc: 'David Fredrick'
Subject: Peter Glicklich
Importance: High

Dear Jerry & Dean: I just wanted to let you know that I received a fax from Peter today thanking Saba for their check, as well as thanking me (David M) for writing him kind words. Please see attached.


I hope you both have a great day.


PS: Dean again, I hope (although you weren¡t with Alice) I wish you a happy 9th anniversary, and also hope your father enjoyed his 80th birthday in Vegas.


With my finest regards,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM019062

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Thursday, September 8, 2005 12:26 AM |
| To: | 'Dean Hiltzik'; 'Jerry Schneider' |
| Cc: | 'David Fredrick'; 'plhough@yahoo.com' |
| Subject: | MUA & Pter Glicklich |
| Attach: | rtf-body.rtf |

Dear Dean & Jerry: Since we are in a massive crunch to try to get MUA□s audit done in 3 weeks □ which will be a miracle.

Earlier I was just telling Robert Half (the temp agency were I will get some accounting □Seniors□ with QuickBooks experience □ their hourly rate is more than I make!!!) that we will complete a 2 month audit in 3 weeks.

I truly think we can get it done with the proper □up-front□ planning and perfect execution. However, this is what made me stand out at Arthur Andersen. I was always able to meet these deadlines as long as I had competent staff. So I know I□m up to the task.

Any ways, that said, I was thinking that I would like Dean and Jerry to think if we need anything from Peter Glicklich relating to any International tax information relating to MUA.

It□s a foreign for Profit Company chartered (and incorporated) on the island of Nevis. It conducts its business identically like Saba.

Please note there are only two shareholders. Dr. Fredrick (majority shareholder □ US Citizen □ 87.50% shares held) and Dr. Cuthwin Lake (minority shareholder □ Nevis citizen □ 12.50% shares held).

To the best of my knowledge, we have an income tax □holiday□ on the island. I will get those documents from Dr. F.

Could you please put your □thinking caps□ on and determine if we have any other international tax issues that we would need Peter to □write an opinion on□.

I wrote him a very flattering letter when I sent him his check and he responded very graciously. So I think I mended the fence. Therefore, I think he wouldn□t mind if we needed him for this engagement.

Thanks in advance for all your help.

With my finest regards,

DM019878

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM019879

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|--------------------------------------------|
| **Sent:** | Monday, September 26, 2005 4:26 PM |
| **To:** | 'Philip Thornton' |
| **Subject:** | FW: contact info below |
| **Attach:** | rtf-body.rtf; image001.gif |

Philip: Please hold on to this email address. This is the international tax attorney. I will need to send him information today.

I will be over shortly. I am just answering emails at Saba.

PS: If you have some time on your hand until I get over (which will be very shortly) could you please open an account in the equity section entitled ‼ prior period adjustments¶ . Once opened, please write off the two accounts on the balance sheet that are entitled ‼ due from Nevis¶ to the Prior Period Adjustment account. Please date the write off as of 4.30.2004 ┬ the day before the start of the fiscal year we are auditing.

I will be over very soon

Thanks for all your help. You are absolutely fantastic

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

-----Original Message-----
From: Glicklich, Peter [mailto:pglicklich@dwpv.com]
Sent: Friday, September 23, 2005 12:56 PM
To: dminchenberg@saba.edu
Subject: contact info below

David, it was a pleasure talking to you. Below should be my contact info (the "signature block" is applied automatically, but let me know by return email if you need further contact info). Otherwise, I look forward to receiving your confidential factual summary. Thanks.

DM020134

Peter


Peter Glicklich


DAVIES WARD PHILLIPS & VINEBERG LLP


625 Madison Avenue

Tel. 212 588 5561

12th Floor

pglicklich@dwpv.com

New York, NY 10022

Fax 212 308 0132

www.dwpv.com

To comply with the requirements of Circular 230, which provides regulations governing certain conduct of U.S. tax lawyers giving written advice with respect to U.S. tax matters, please be aware that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used by you or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This e-mail may contain confidential information which may be protected by legal privilege. If you are not the intended recipient, please immediately notify us by reply e-mail or by telephone (collect), delete this e-mail and destroy any copies.

DM020135

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|--------------------------------------------|
| Sent: | Monday, September 26, 2005 4:33 PM |
| To: | 'Glicklich; Peter' |
| Cc: | 'Jerry Schneider'; 'Dean Hiltzik' |
| Subject: | RE: contact info below |
| Attach: | rtf-body.rtf; image001.gif |

Peter: Thank you very much for speaking with me on Friday. Today, I will write-up the fact and circumstances of the Medical University of the Americas. Once completed, I will email it to you so that you can begin your analysis on the international tax aspects of the operations of the entity.

I truly appreciate the time you afforded me on Friday. It was a true pleasure speaking with you. We greatly value your assistance, guidance, and expertise. If there is anything I can do for you, please feel free to contact me anytime. I can be reached at the phone numbers below. Additionally, I am at MUA□s building frequently. Their phone number is 978.632.1599, when the voice prompt system comes on, please press 0 (operator) and ask for me and someone will get me. Also, I can be reached on my mobile phone. My number is 978.424.7900.

I look forward to working with you on this project. Again, thank you very much for assisting us with our audit.

With my finest regards,

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu


-----Original Message-----
From: Glicklich, Peter [mailto:pglicklich@dwpv.com]
Sent: Friday, September 23, 2005 12:56 PM
To: dminchenberg@saba.edu
Subject: contact info below

DM020139

David, it was a pleasure talking to you. Below should be my contact info (the "signature block" is applied automatically, but let me know by return email if you need further contact info). Otherwise, I look forward to receiving your confidential factual summary. Thanks.

Peter

Peter Glicklich

DAVIES WARD PHILLIPS & VINEBERG LLP

625 Madison Avenue

Tel. 212 588 5561

12th Floor

pglicklich@dwpv.com

New York, NY 10022

Fax 212 308 0132

www.dwpv.com

____

To comply with the requirements of Circular 230, which provides regulations governing certain conduct of U.S. tax lawyers giving written advice with respect to U.S. tax matters, please be aware that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used by you or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This e-mail may contain confidential information which may be protected by legal privilege. If you are not the intended recipient, please immediately notify us by reply e-mail or by telephone (collect), delete this e-mail and destroy any copies.

DM020140

| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Friday, December 2, 2005 4:47 PM |
| **To:** | 'Jerry Schneider'; 'Dean Hiltzik' |
| **Cc:** | David Fredrick <drfredrick@yahoo.com> |
| **Subject:** | FW: Round Hill Project Account Info for 5471 |
| **Attach:** | rtf-body.rtf; MUA 5471Required Information.xls; Round Hill 5471_.xls |

Dean Jerry and Dean: Let me first preface this email by stating that I don☐t have a problem ☐sticking up☐ for myself and I have to do it right now. ☐It is time to clear the air and set the record straight☐ ☐

Regarding the only other entity that we are filing 5471☐s for other than MUA, this is the only banking information I was provided with. I had asked for this information each and every month starting in 2005 and can substantiate that (in most months) with emails sent to Dr. Fredrick with the attached checklist which I also sent you several months ago which I will go back through my sent list and re-forward again to you.

Unfortunately, I am being blamed for ☐doing nothing with my time☐. After I received this information, I still couldn☐t even start on the 5471☐s because they hadn☐t completed the checklist (attached). Once I received the bare minimum on the checklist that I could start the 5471☐s, we were well into the audit and I had a simple choice as follows:

A). Finish the audit

B). Finish the 5471☐s

Moreover, once Dr. Fredrick gave me the information on the checklist (which will still require me to create balance sheets and income statements for 5 years, he expected the 5471☐s to be completed the next day which is completely unrealistic (quantity - 10 5471☐s five (5) each for Dr. F. and Dr. H without any tax software) and that doesn☐t include the time necessary to complete the income statement and balance sheet for each year.

Further, once I looked into the checking account information for Round Hill and the legal documents of land ownership, there are inconsistencies with the amount paid for the land that do not ☐tie☐ out and reconcile the checkbook. Further, there is a legal document that states that all the campus buildings revert ownership to round hill after a 20 year period which will be a issue for the next Saba audit.

Regarding the MUA audit, the ☐books☐ were only resolved late yesterday afternoon, including significant balance sheet prior period events. So there was no way that MUA☐s 5471☐s could have been started prior to yesterday. Further, there will still be issues I need to discuss with Dr. F. when he returns to clarify certain ☐facts and events☐ before the 5471☐s can be completed. And these same events are the precise types of items that slowed up the audit. The following are some examples.

A). In the fiscal period, Dr. F resigned from the Board of Directors (a 5471 event) but later (in the fiscal period) there are notes that he called the island attorney☐s to request that more shares be issued (and in the notes from the island☐s attorney☐s ☐solicitor☐s) and he was named as a director after he already resigned - a clear inconsistency.

DM020586

B). When the island☐s attorney (solicitor) issued the additional shares of stock (a 5471 event) Dr. F. bought them at $1.00 per share US even though the Board of Director Minutes said he would pay $900. per share ☐ an almost $900,000 difference. Most importantly, par was $10.00 per share EC currency.

C). The officer loan for the payments to Education Supply international (this changed the balance sheets (3 years worth)

D). The two trucks in Dr. F☐s name changed the balance sheets from day one

The above are some examples of what the MUA 5471☐s could not be started until the audit was complete. I knew there would be these outstanding issues that would change the financials.

So in defense of myself, I will not be held accountable due to the actions of others (that are out of my control) , or because we needed to wait for a final answer (such as Peter Glicklich☐s tax opinion) to move forward with the completion of the 5471☐s. The facts above are correct.

Moreover, if we are being honest, the fact remains that I started requesting this information in the spring and didn☐t receive it until the fall ☐ some 6 month☐s later.

I hope this clarifies everything and gives you the information you requested late yesterday afternoon.

Best regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

DM020587

F: 978.632.2168

dminchenberg@saba.edu

-----Original Message-----
From: Dr. Patricia Hough [mailto:plhough@yahoo.com]
Sent: Tuesday, October 25, 2005 2:26 PM
To: David Minchenberg; David Fredrick
Subject: Round Hill Project Account Info for 5471

I stopped by RBTT bank and Victoria was able to get the following from the St. Maarten Branch

The account (370202473) was established in 2001        10,500 by DF and PH as required by Antillean law

Balance 12/31/01                9994.75                                      .

Balance 12/31/02                9521.95

Balance 12/31/03                8,926.16

Balance 12/31/04                5,773.53

Checks have been written for routine maintenance plus deductions in 03/04 of $10 each month for account maintenance.

Is this enough or do you need more?

DM020588

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|--------------------------------------------|
| Sent: | Friday, December 2, 2005 10:22 PM |
| To: | David Fredrick <drfredrick@yahoo.com>; 'Jerry Schneider'; 'Dean Hiltzik' |
| Subject: | Accusations |
| Attach: | rtf-body.rtf |

Dr. Fredrick:

With disappointments, it bothers me to write an email containing the words accusations at all. However, I was completely taken back this morning, when you said that you had a conversation with Jerry, and he said that I had been discussing your personal life and Dr Hough□s with Dean.

I did not recollect having these discussions, and immediately called both Dean and Jerry to confront them. Both Dean and Jerry told me they didn□t recollect these facts and when Jerry and I personally spoke, he didn□t recollect having a discussion with you about such items.

As you demanded that I answer to you about these claims on Monday (to which I have no recollection), I have asked Dean and Jerry to join us on a conference call so that we can clarify these accusations.

However, as we have had previous discussions before, I will reiterate the following; under no certain events will I lie, cover-up, or mislead anyone about any events, or other matters of the sort, as they relate to the position I hold as a CPA. I may be an employee, but first and foremost, those three letters are my professional designation; and most importantly, they are my families□ livelihood that I will never jeopardize.

I am a licensed professional, and I am bound to rules and regulations that I must uphold even at (in the extreme circumstances □ Enron, WorldCom etc.) my own employer□s expense. During the course of MUA□s audit, the only matter that could have been construed as a □personal□ item was that disclosed by the attorney□s Bowditch & Dewey in their legal confirmation. They confirmed that EIC, was in litigation with Dr. Gill vs. Janice Magliacane, John Doe, and EIC. As MUA paid part of this ongoing legal fee as well as fees related to the Bill Cornell suit, there were several discussions that took place around these.

As I would like to get to the bottom of this as quickly as possible, I will try calling you at 3.30pm. Dean said he should be able to reach Jerry. I am at the Saba building working on the footnotes for MUA□s audited financials for the remainder of the afternoon and can be reached at anytime.

Best regards,

David

DM020601

I

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM020602

| | |
|---|---|
| **From:** | David Minchenberg <dminchenberg@saba.edu> |
| **Sent:** | Friday, December 2, 2005 11:39 PM |
| **To:** | 'David Fredrick' |
| **Cc:** | 'Jerry Schneider'; 'Dean Hiltzik' |
| **Subject:** | RE: Round Hill Project Account Info for 5471 |
| **Attach:** | rtf-body.rtf |

Dr. Fredrick: I am not honesty trying to be adversarial or to be disrespectful, but I need to reply and will do with honesty as you have.

With all respect, I agree and disagree with you.

Approximately three weeks ago, I indeed did receive everything needed to complete the 5471's for round hill. You in fact had to gather the final information for me and I was thankful. However, I had a simple choice, forge forward with the audit that needed completion for the NY State accreditation and put off the 5471's until the audit was completed, or vice versa.

Regarding MUA's 5471's, respectfully, I have to disagree with you. Even though you wanted me to "do the previous years' except the one under audit" you couldn't because there were issues that remained to be resolved from the beginning years' which could (and did indeed in fact change both the income statement's and balance sheet's for all the previous years). So the prior years' 5471's couldn't be prepared "in advance". Some examples are as follows:

A). Vehicles disallowed as fixed assets (1999) and taken later as management compensation
C). Other Fixed Assets and Equipment (2000 & 2001)not allowed as capital items
B). Payments made to related party companies (1992) and re-classed as an officer loan

Regarding your personal information, I covered that under a separate memo.

Thank you for taking the time, and giving thought to the items outlined above.

Respectfully,
David


David C. Minchenberg, CPA
Chief Financial Officer
Saba University School of Medicine
Medical University of the Americas
P.O. Box 386
Gardner, MA 01440
P: 978.630.5122 x 122
F: 978.632.2168
dminchenberg@saba.edu


-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Friday, December 02, 2005 1:07 PM
To: Jerry Schneider
Cc: David Minchenberg; Dean Hiltzik
Subject: RE: Round Hill Project Account Info for 5471


Dear "All"

This is absolute bull-shit. Dr. Hough gave Dave all
the info regarding Round Hill weeks ago.... and I have
had 'numerous' conversations with Dave concerning
having the 5471's for Nevis complted.... again, and
again, and again, and again..... and at least expected
that as a result of the sudit, the past years of
statements would be a easy task..... which I don't

DM020605

know that anything has been done.  I just asked Dr.
Hough if there was any outstnading info that DAve had
requested, and the answer is NO.  I also asked DAve
weeks ago if he had all the into for doing the 5471
for Round Hill, and he said yes.....

It is obvious that there is a serious lack of
communication in the office and something needs to be
corrected.  I also do not appreciate DAve M open
sharing of personal information that has nothing to do
with the MUA/SABA audit.... another thing to deal
with.

I am beginning to think that hiring a CPA to "help"
out with SABa nnd MUA has created more problems that
solved.

DF


--- Jerry Schneider <JSchneider@SCHNEIDER-CPAS.COM>
wrote:

> Thanks, this is what I needed from you. I will now
> deal with your open issues and we will work together
> to get these returns done. These returns require a
> team effort and complete cooperation from all
>
> Jerry Schneider, CPA - Managing Partner
> Schneider & Associates LLP
> 100 Jericho Quadrangle, #236
> Jericho, NY  11753
> Tel:  516-942-5300
> Fax:  516-932-6050
>
> _____
>
> From: David Minchenberg
> [mailto:dminchenberg@saba.edu]
> Sent: Fri 12/2/2005 8:47 AM
> To: Jerry Schneider; Dean Hiltzik
> Cc: David Fredrick
> Subject: FW: Round Hill Project Account Info for
> 5471
>
>
>
> Dean Jerry and Dean: Let me first preface this email
> by stating that I don't have a problem "sticking up"
> for myself and I have to do it right now. "It is
> time to clear the air and set the record straight" "
>
>
>
> Regarding the only other entity that we are filing
> 5471's for other than MUA, this is the only banking
> information I was provided with. I had asked for
> this information each and every month starting in
> 2005 and can substantiate that (in most months) with
> emails sent to Dr. Fredrick with the attached
> checklist which I also sent you several months ago
> which I will go back through my sent list and
> re-forward again to you.
>

DM020606

>
>
> Unfortunately, I am being blamed for "doing nothing
> with my time". After I received this information, I
> still couldn't even start on the 5471's because they
> hadn't completed the checklist (attached). Once I
> received the bare minimum on the checklist that I
> could start the 5471's, we were well into the audit
> and I had a simple choice as follows:
>
>
>
> A). Finish the audit
>
>
>
> B). Finish the 5471's
>
>
>
> Moreover, once Dr. Fredrick gave me the information
> on the checklist (which will still require me to
> create balance sheets and income statements for 5
> years, he expected the 5471's to be completed the
> next day which is completely unrealistic (quantity -
> 10 5471's five (5) each for Dr. F. and Dr. H without
> any tax software) and that doesn't include the time
> necessary to complete the income statement and
> balance sheet for each year.
>
> .
>
> Further, once I looked into the checking account
> information for Round Hill and the legal documents
> of land ownership, there are inconsistencies with
> the amount paid for the land that do not "tie" out
> and reconcile the checkbook. Further, there is a
> legal document that states that all the campus
> buildings revert ownership to round hill after a 20
> year period which will be a issue for the next Saba
> audit.
>
>
>
> Regarding the MUA audit, the "books" were only
> resolved late yesterday afternoon, including
> significant balance sheet prior period events. So
> there was no way that MUA's 5471's could have been
> started prior to yesterday. Further, there will
> still be issues I need to discuss with Dr. F. when
> he returns to clarify certain "facts and events"
> before the 5471's can be completed. And these same
> events are the precise types of items that slowed up
> the audit. The following are some examples.
>
>
>
> A). In the fiscal period, Dr. F resigned from the
> Board of Directors (a 5471 event) but later (in the
> fiscal period) there are notes that he called the
> island attorney's to request that more shares be
> issued (and in the notes from the island's
> attorney's "solicitor's) and he was named as a
> director after he already resigned - a clear
> inconsistency.

DM020607

>
>
>
> B). When the island's attorney (solicitor) issued
> the additional shares of stock (a 5471 event) Dr. F.
> bought them at $1.00 per share US even though the
> Board of Director Minutes said he would pay $900.
> per share - an almost $900,000 difference. Most
> importantly, par was $10.00 per share EC currency.
>
>
>
> C). The officer loan for the payments to Education
> Supply international (this changed the balance
> sheets (3 years worth)
>
>
>
> D). The two trucks in Dr. F's name changed the
> balance sheets from day one
>
>
>
> The above are some examples of what the MUA 5471's
> could not be started until the audit was complete. I
> knew there would be these outstanding issues that
> would change the financials.
>
>
>
> So in defense of myself, I will not be held
> accountable due to the actions of others (that are
> out of my control) , or because we needed to wait
> for a final answer (such as Peter Glicklich's tax
> opinion) to move forward with the completion of the
> 5471's. The facts above are correct.
>
>
>
> Moreover, if we are being honest, the fact remains
> that I started requesting this information in the
> spring and didn't receive it until the fall - some 6
> month's later.
>
>
>
> I hope this clarifies everything and gives you the
> information you requested late yesterday afternoon.
>
>
>
> Best regards,
>
> David
>
>
>
>
>
>
>
> David C. Minchenberg, CPA
>
> Chief Financial Officer
>

DM020608

> Saba University School of Medicine
>
> Medical University of the Americas
>
> P.O. Box 386
>
> Gardner, MA 01440
>
> P: 978.630.5122 x 122
>
> F: 978.632.2168
>
> dminchenberg@saba.edu
>
>
>
> -----Original Message-----
> From: Dr. Patricia Hough [mailto:plhough@yahoo.com]
> Sent: Tuesday, October 25, 2005 2:26 PM
> To: David Minchenberg; David Fredrick
> Subject: Round Hill Project Account Info for 5471
>
>
>
> I stopped by RBTT bank and Victoria was able to get
> the following from the St. Maarten Branch
>
>
>
> The account (370202473) was established in 2001
>
=== message truncated ===

DM020609

| From:    | David Minchenberg <dminchenberg@saba.edu> |
|----------|-------------------------------------------|
| Sent:    | Wednesday, December 7, 2005 5:27 PM        |
| To:      | 'David Fredrick'                           |
| Subject: | Management Agreement                       |
| Attach:  | rtf-body.rtf; Management Services Agreement_Saba-EIC LLC_10k_Compensation_dcm_12.07.05.doc |

Dr. Fredrick: As requested, please find the amended management agreement between Saba and EIC LLC to reflect the $10,000 compensation. You will find it in paragraph 15 b).

I have not yet completed MUA□s as that was the last item on the □to-do□ list for me to complete the audit. I was going to prepare it based upon the final guidance from Peter Glicklich. Peter did finally return my call yesterday; however, it was 7.30pm. He said he would be in Washington DC today and tomorrow but to email him with the questions I had.

I□ll □cc□ him on the email I send him. It will be self explanatory.


Thanks

David


David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM020674

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|-------------------------------------------|
| Sent: | Wednesday, December 7, 2005 9:40 PM |
| To: | 'David Fredrick' |
| Subject: | Saba Foreclosure |
| Attach: | rtf-body.rtf |

Dr. Fredrick: I just wanted to let you know that I have an appointment with attorney John Bowman tomorrow at 9am. He does foreclosures and I told him what we wanted and that we needed to know what is involved. He immediatedly suggested alternatives. I told him that was my goal □ to give you all the facts so you could tell me to go down avenue □A□ or avenue □B□.

That said, I□ll have those answers by mid morning tomorrow.

I□ll keep you updated.

Best regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM020704



DM020720



DM020721

DM020722

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 60 | | | | Management & Personnel Company | |
| 61 | | | | | |
| 62 | | | | Manages island operations of Saba & MUA. Employs all faculty and staff on island | |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | | | | | |
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |
| 74 | | | | SABA | |
| 75 | | | | | |
| 76 | | | | (A NA Foundation to be converted to a "for profit entity") | |
| 77 | | | | | |
| 78 | | | | | |

DM020723

| | F | G | H | I | J | K |
|---|---|---|---|---|---|---|
| 60 | | | Real Estate | | | |
| 61 | | | Company | | | |
| 62 | | | | | | |
| 63 | | | Hold the ownership of | | | |
| 64 | | | Saba & MUA's Land & | | | |
| 65 | | | other real estate as | | | |
| 66 | | | determined | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | MUA | | | |
| 75 | | | | | | |
| 76 | | | (A current "for profit entity") | | | |
| 77 | | | | | | |
| 78 | | | | | | |

| From: | David Minchenberg <dminchenberg@saba.edu> |
|---|---|
| Sent: | Tuesday, January 24, 2006 7:26 PM |
| To: | 'Glicklich; Peter' |
| Cc: | 'drfredrick@yahoo.com' |
| Subject: | Outstanding Legal Bill |
| Attach: | rtf-body.rtf |

Dear Peter: I hope this email finds you well and I would like to wish you a Happy New Year.

Dr. Fredrick wanted me to review the most recent legal bill that was submitted to our company in the amount of $1,698.29 for the period ending 12.31.05. The bulk of the bill is for library searches with a brief description that states ‼ email on for profit Saba; 956 etc¶

As you know, I am not a foreign tax expert, but I took out my IRS code book and looked up the section at it is about Controlled Foreign Corporations.

Could you be so kind to give me a very brief ‼ lay¶ explanation of the research that was needed so I can relay it to Dr. Fredrick.

Thank you so much for your assistance.

Best regards,

David

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM021551

| From: | Dean Hiltzik <Dean@SCHNEIDER-CPAS.COM> |
|---|---|
| Sent: | Tuesday, August 2, 2005 4:49 PM |
| To: | David Minchenberg <dminchenberg@saba.edu> |
| Subject: | RE: Glicklich - How are we looking??????? |
| Attach: | rtf-body.rtf |

Pretty late. I still have a bunch of things to do, so call anytime. Sorry again for John's misstep. He's generally pretty thorough when he review client docs. I owe you one.

———

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Tuesday, August 02, 2005 3:56 PM
To: Dean Hiltzik
Subject: Glicklich - How are we looking???????
Importance: High

Just checking In ☐ What time will you be leaving tonight?

David C. Minchenberg, CPA

Chief Financial Officer

Saba University School of Medicine

Medical University of the Americas

P.O. Box 386

Gardner, MA 01440

P: 978.630.5122 x 122

F: 978.632.2168

dminchenberg@saba.edu

DM027937

| From: | David Minchenberg <dminchenberg@saba.edu> |
|-------|----------|
| Sent: | Monday, August 23, 2004 7:29 PM |
| To: | 'Dean Hiltzik' |
| Subject: | RE: SALT Project |
| Attach: | rtf-body.rtf |

Dean: I□m going to give these a quick review.

Very important. I just got off the phone with our FL. Attorneys. The FL DOE just called him and asked where the audited financials are. As noted on Friday, we really missed the boat. Our attorney is pleading for mercy but noted that if they don□t have them tomorrow, they won□t be distributing the financials. That would likely result in loosing the state.

I call you as soon as I□m done.

Thanks,
David

-----Original Message-----
From: Dean Hiltzik [mailto:Dean@SCHNEIDER-CPAS.COM]
Sent: Monday, August 23, 2004 10:15 AM
To: David Minchenberg
Subject: RE: SALT Project

Good morning David,

Thanks for your efforts on the revenue apportionment matter. No, we're not concerned about BDO. Also, we'd be happy to talk to any of your qualified contacts about the tax director position. The client is actively seeking a replacement for the job.

Please see the attached financial statements with the change to Paragraph 1. Also, attached are the April 2004 adjustments and the April 2003 rollback. As soon as you give the all clear we'll process the reports.

Best,

Dean

From: David Minchenberg [mailto:dminchenberg@saba.edu]
Sent: Monday, August 23, 2004 10:02 AM
To: Dean Hiltzik
Subject: SALT Project
Importance: High
Dean: I just got off the phone with my contact at Deloitte.

Only question □ Would BDO have any problems (or feel threatened) that Deloitte was doing the SALT apportionment project?????

Please let me know ASAP.

Thanks,
David