# EXHIBIT B

*United States v. Fredrick Hough*, 2:13-cr-00072-FtM-JES-UAM
Additional Records Produced by D. Minchenberg (Taint Review) EXHIBIT B

| Bates Number Document on Disk | Bates Number Page Ranges | Description of Document | Notes |
|---|---|---|---|
| DM 005895 | DM 005895-005896 | Email from Fredrick to Minchenberg referencing Peter Glicklich | No confidential content |
| DM 005944 | DM 005944-005947 | Email to Glass re: line of credit | All but the top portion of this email was previously waived in DM 000600 |
| DM 006144 | DM 006144-006157 | Email between Dr. Fredrick and Minchenberg about legal fees | Legal fees |
| DM 006162 | DM 006162-006164 | Emails with S&A re: audit, 5471s, references PG's tax opinion | Email references waiting for Peter Glicklich's tax opinion, but does not discuss substance of attorney communications |
| DM 006169 | DM 006169-006172 | Emails with S&A re: Audit, 5471s, references PG's tax opinion | Email references waiting for Peter Glicklich's tax opinion, but does not discuss substance of attorney communications |
| DM 006337 | DM 006337 | Bob Harris - CIE meeting rescheduled due to hurricane | Scheduling |
| DM 007453 | DM 007453-007471 | Attached to Email from Glass re: DOE regulations | No confidential content |
| DM 007741 | DM 007741 | Emails with Peter Glicklich regarding contact info | No confidential content |
| DM 007743 | DM007743-007745 | Emails with Peter Glicklich regarding contact info | No confidential content |
| DM 008290 | DM 008290 | Email from Hough to Minchenberg regarding refund | No confidential content |
| DM 011094 | DM 011094 | Audit Emails with S&A re Glicklich's memo | Email references Peter Glicklich - no confidential content |
| DM 011096 | DM 011096 | Audit Emails with S&A re Glicklich's memo | Email references Peter Glicklich - no confidential content |
| DM 011100 | DM 011100 | Audit Emails with S&A Dow Lohnes cover sheet | Subject line references law firm, but no confidential content |
| DM 011106 | DM 011106 | Email from Minchenberg to Hiltzik re: Dow Lohnes legal bill | Legal fees/audit confirm |

*United States v. Fredrick Hough*, 2:13-cr-00072-FtM-JES-UAM
Additional Records Produced by D. Minchenberg (Taint Review) EXHIBIT B

| Bates Number Document on Disk | Bates Number Page Ranges | Description of Document | Notes |
|---|---|---|---|
| DM 011109 | DM 011109 | Audit Emails with S&A, references memo from PG | Email references Peter Glicklich - no confidential content |
| DM 011112 | DM 011112 | Email from Hiltzik stating Glicklich Memo is attached | Email references Peter Glicklich - no confidential content |
| DM 011238 | DM 011238 | Email from S&A to Minchenberg regarding Peter Glicklich opinion | Email references Peter Glicklich - no confidential content |
| DM 011872 | DM 011872 - 011875 | Email from Fredrick to Minchenberg re: Glass's email | No confidential content |
| DM 013364 | DM 013364 | Email between Minchenberg and Hiltzik re: Glass | Email references Jonathon Glass - no confidential content |
| DM 013372 | DM013372 | Email from Minchenberg to S&A re: DOE financial information (forwards Glass' email) | Minchenberg forwards email to S&A - no longer confidential. |
| DM 013578 | DM 013578 | Email from Minchenberg to Fredrick mentioning Bob Harris | No confidential content |
| DM 013700 | DM 013700 | Email from Minchenberg to Hiltzik re: mailing to Bob Harris | No confidential content |
| DM 013702 | DM 013702 | Email from Minchenberg to Fredrick and Hough re: Bob Harris and deadline | No confidential content |
| DM 013716 | DM 013716 | Email from Minchenberg to Hiltzik re: mailing to Bob Harris | No confidential content |
| DM 013724 | DM 013724 - 013725 | Email re Memo of Minchenberg's conversation with Bob Harris | No confidential content |
| DM 013969 | DM 013969 - 013970 | Email from Minchenberg to Glass re: Financial Statements | No confidential content |
| DM 014960 | DM 014960 | Emails with S&A re: Glicklich bill | Email references Peter Glicklich - no confidential content |
| DM 014994 | DM 014994 | Correspondence with Bob Harris regarding FL accreditation | No confidential content |
| DM 015000 | DM 015000 - 015001 | Correspondence with Bob Harris regarding FL accreditation | No confidential content |
| DM 015016 | DM 015016 - 015017 | Correspondence Fredrick re: Bob Harris' email regarding FL accreditation and Fredrick | No confidential content |

*United States v. Fredrick Hough*, 2:13-cr-00072-FtM-JES-UAM
Additional Records Produced by D. Minchenberg (Taint Review) EXHIBIT B

| Bates Number Document on Disk | Bates Number Page Ranges | Description of Document | Notes |
|---|---|---|---|
| DM 015102 | DM 015102 - 015104 | Emails between Michenberg and Glass re: DOE Line of Credit | No confidential content |
| DM 015157 | DM 015157 - 015158 | Email from Minchenberg to Nekic re: MUA FL Accreditation refund. References Bob Harris | No confidential content |
| DM 015161 | DM 015161 | Email from Minchenberg to Hough re: MUA FL Accreditation Refund. References Bob Harris | No confidential content |
| DM 015782 | DM 015782 | Email from Minchenberg to Bob Harrs re: CIE | No confidential content |
| DM 015784 | DM 015784 | Email from Minchenberg to Bob Harrs re: CIE | No confidential content |
| DM 017576 | DM 017576 - 017577 | Email from Minchenberg to Fredrick recommending Refolo looks at an operating agreement | No confidential content |
| DM 018522 | DM 018522 | Emails with S&A re: legal confirmation log | No confidential content |
| DM 018526 | DM 018526 - 018527 | Email from Minchenberg to Glass re: Legal Confirmation | No confidential content |
| DM 018952 | DM 018952 | Email from Minchenberg to Fredrick, cc'ing S&A re: International Tax Opinion | Email references Peter Glicklich - no confidential content |
| DM 018984 | DM 018984 | Email from Minchenberg to Glass re: Outstanding Legal bill | No confidential content |
| DM 018922 | DM 018922 | Email from Minchenberg to Hiltzik: Glicklich in title, but not in body of email | No confidential content |
| DM 018995 | DM 018995 | Email from Minchenberg to S&A re: Outstanding Legal bill to Dow Lohnes | No confidential content |
| DM 018997 | DM 018997 | Email from Minchenberg to S&A re: Outstanding Legal bill to Peter Glicklich | No confidential content |
| DM 019012 | DM 019012 | Email from Minchenberg to S&A re: Peter Glicklich bill | No confidential content |
| DM 019014 | DM 019014 | Letter from Minchenberg to Glicklich re: payment | No confidential content |
| DM 019023 | DM 019023 - 019024 | Email from Minchenberg to Hiltzik: Glicklich in title, but not in body of email | No confidential content |
| DM 019028 | DM 019028 | Email from Minchenberg to Fredrick and Hough re: Florida License, Bob Harris | No confidential content |
| DM 019030 | DM 019030 | Email from Minchenberg to Harris re: Florida License | No confidential content |
| DM 019032 | DM 019032 - 019033 | Email from Minchenberg to Hiltzik forwarding Harris' response | No confidential content |

*United States v. Fredrick Hough*, 2:13-cr-00072-FtM-JES-UAM
Additional Records Produced by D. Minchenberg (Taint Review) EXHIBIT B

| Bates Number Document on Disk | Bates Number Page Ranges | Description of Document | Notes |
|---|---|---|---|
| DM 019036 | DM 019036-019037 | Email from Minchenberg to Fredrick & Hough re: Florida License, cc'ing Harris | No confidential content |
| DM 019040 | DM 019040-019041 | Email from Minchenber to Hiltzik: Glicklich in title, but not in body of email | Email references Peter Glicklich - no confidential content |
| DM 019061 | DM 019061-019062 | Email from Minchenber to Hiltzik: Glicklich in title, but not in body of email | Email references Peter Glicklich - no confidential content |
| DM 019878 | DM 019878-019879 | Emails with S&A, Fredrick & Hough: audit, PG | Email references Peter Glicklich - no confidential content |
| DM 020134 | DM 020134-020135 | Minchenberg forwards Glicklich's contanct info to Thornton | Email references Peter Glicklich - no confidential content |
| DM 020139 | DM 020139-020140 | Email from Minchenberg to Glicklich re: Contact info | No confidential content |
| DM 020586 | DM 020586-020588 | Email from Minchenberg to S&A, cc'ing Fredrick re: 5471, references Glicklich | Email references Peter Glicklich - no confidential content |
| DM 020601 | DM 020601-020602 | Email from Minchenberg to Fredrick re: Accusations references Bowditch & Dewey | No confidential content |
| DM 020605 | DM 020605-020609 | Email from Minchenberg to S&A, cc'ing Fredrick re: 5471, references Glicklich | Email references Peter Glicklich - no confidential content |
| DM 020674 | DM 020674-020675 | Emails with Fredrick referencing Peter Glicklich | Email references Peter Glicklich - no confidential content |
| DM 020704 | DM 020704 | Emails with Fredrick: attorney John Bowman for SABA foreclosure | No confidential content |
| DM 020720 | DM 020720-020723 | Attached to email to PG - charts prepared by DM | Appears to be a version of previously provided chart. Believed to be created by Minchenberg. |
| DM 021551 | DM 021551 | Email Minchenberg, Glicklich, Frederick: legal bill | legal fees |
| DM 027937 | DM 027937 | Email from Hiltzik to Minchenberg: Glicklich in title, but not in body of email | Email references Peter Glicklich - no confidential content |
| DM 030491 | DM 030491 | Email from Minchenberg to Hiltzik refrencing a conversation with the FL attorney | Third party |