UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## JOINT MODIFIED MOTION FOR LEAVE
## TO USE ELECTRONIC EQUIPMENT IN COURTROOM

COMES NOW, the Defendant, Patricia Lynn Hough, and the United States of America, by and through the undersigned counsel, and hereby submits this Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom, and in support thereof states as follows:

1. Trial in the instant matter is currently scheduled to commence on October 8, 2013.

2. On September 18, 2013, Defendant Hough filed a Motion for Leave to Allow Use of Electronic Equipment in Courtroom [DE 53].  This Honorable Court granted the motion [DE 54].

3. Since the filing of Defendant Hough's Motion for Leave to Allow Use of Electronic Equipment in Courtroom, the defense respsectfully requests that the following members of the defense team also be permitted to bring laptop computers and cellular telephones into the Courthouse *voir dire*: **Sanford H. Marks**,  **Dana Hirns**, and **Andrea Arnsdorfer.**

4.      On September 25, 2013, The United States of America filed its Motion for Leave to Allow Use of Electronic Equipment in Courtroom [DE 60]. This Honorable Court granted the motion [DE 62].

5.      The Order granting the Government's Motion for Leave to Allow Use of Electronic Equipment in Courtroom [DE 62] inadvertently omitted Government counsel Margaret Leigh Kessler's name, specifically authorizing her leave to enter the Courthouse and Your Honor's Courtroom with a laptop computer and cellular telephone.

6.      The Government has been assigned a new paralegal to assist at trial. Tyrone Bowie will no longer be assisting, and therefore no longer requires leave of the Court for electronic equipment.

7.      Paralegal Christina Sorley has been assigned to assist the Government during trial, and seeks leave of the Court to enter the Courthouse and Your Honor's Courtroom with a laptop computer and cellular telephone.

8.      This motion is made in good faith and not for purposes of delay.

9.      The undersigned has conferred with Government Trial Attorney, Margaret Leigh Kessler, who has indicated that she in in agreement with the joint filing of this motion.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests that this Honorable Court grant the foregoing Joint Modified Motion For Leave To Use Electronic Equipment In Courtroom to add the following; (1) specifically allowing **Sanford H. Marks**, **Dana Hirns**, and **Andrea Arnsdorfer** to enter the Courthouse and Your Honor's Courtroom with laptop computers and cellular telephones throughout *voir dire* in this cause; and (2) that Government Trial Attorney, **Margaret Leigh Kessler**'s name be specifically added to the Order allowing her leave to enter the Courthouse and Your Honor's Courtroom with a laptop computer

and a cellular telephone; and (3) that **Christina Sorley**, paralegal for the government, be granted leave to enter the Courthouse and Your Honor's courtroom throughout trial with a laptop computer and a cellular telephone, and for all such other and further relief as this Court deems just and proper under the circumstances.

Dated: September 30, 2013

                                                Respectfully submitted,

                                                **BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf


## CERTIFICATE OF COMPLIANCE

     WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

                                                By: /s/ Bruce L. Udolf


## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 30th day of September, 2013.

                                                By: /s/ Bruce L. Udolf