UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                      CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

**ORDER**

This matter comes before the Court on the parties' Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom (Doc. #67) filed on September 30, 2013. The parties collectively seek to amend the September 19, 2013 Order (Doc. #54) and September 27, 2013 Order (Doc. #62) to allow for additional or different counsel and personnel to enter the building and courtroom during trial with electronic equipment. Defendant seeks leave for three additional attorneys to bring in laptop computers and cellular telephones, and the government seeks leave for an additional attorney and a different paralegal who has been assigned to the case to bring in the same. The Court finds good cause to grant the motion.

Accordingly, it is hereby

**ORDERED:**

The Parties' Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom (Doc. #67) is **GRANTED** and the Court's Orders (Docs. ## 54, 62) are amended as follows:

1. Attorneys Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer are permitted to each bring in laptop computers and cellular telephones for trial, subject to the same restrictions; and

2. Attorney Margaret Leigh Kessler and Paralegal Christina Sorley, in lieu of Tyrone Bowie, are permitted each bring in laptop computers and cellular telephones for trial, subject to the same restrictions

**DONE and ORDERED** at Fort Myers, Florida, this ___1st___ day of October, 2013.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)
J. Sabean