UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### MOTION TO CLARIFY JOINT MODIFIED MOTION FOR LEAVE TO USE ELECTRONIC EQUIPMENT IN COURTROOM

COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits this Motion to Clarify Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom [DE 67], and in support thereof states as follows:

1. On September 30, 2013, the undersigned filed its Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom ("Joint Motion") [DE 67].

2. This Honorable Court granted the Joint Motion [DE 68].

3. In paragraph 3 of the Joint Motion, the undersigned referred to Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer as "members of the defense team".

4. Upon reading the Court's order [DE 68] it is apparent that the Court was under the impression that the three named persons were attorneys.  That is not the case.  Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer are non-attorney members of the defense team who will be assisting us at trial.

5.  It was not the intention of the undersigned to give the Court the impression that those individuals were attorneys. The undersigned did not want the misimpression to stand uncorrected, and so has filed this motion.

6.  This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests that this Honorable Court take notice in its Order Granting the Joint Modified Motion For Leave To Use Electronic Equipment In Courtroom [DE 68], that Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer, are non-attorney members of the defense team.

Dated: October 1, 2013

>           Respectfully submitted,
>
>           **BRUCE L. UDOLF, P.A**.
>           *Counsel for Defendant Hough*
>           Broward Financial Centre
>           500 East Broward Blvd., Suite 1400
>           Fort Lauderdale, Florida 33394
>           Tel: (866) 951-9058/ Fax (954) 525-2134
>           budolf@udolflaw.com
>           Fla. Bar No. 0899933
>
>           By: /s/ Bruce L. Udolf

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 1st day of October, 2013.

>           By: /s/ Bruce L. Udolf