```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                                 CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH
_____

### ORDER

This matter comes before the Court on defendant's Motion to Clarify Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom (Doc. #69) filed on October 1, 2013. Defendant seeks to clarify its prior motion to state that the three additional persons listed are non-attorney members of the defense team.  The Order (Doc. #68) issued earlier today referenced the three individuals, Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer as "attorneys".  With the clarification, the Court will amend the Order to strike the reference to the individuals as attorneys, and to substitute in the reference "defendant's non-attorney team members".

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Clarify Joint Modified Motion for Leave to Use Electronic Equipment in Courtroom (Doc. #69) is **GRANTED** to extent that the Order (Doc. #68) is amended to correct the reference to defendant's "Attorneys Sanford H.

Marks, Dana Hirns, and Andrea Arnsdorfer" with "Defendant's non-attorney team members Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer".

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of October, 2013.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)