

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000225431 | **Location:** | Conference Call |
| **Investigation Name:** | Fredrick | | |
| **Date:** | September 27, 2013 | | |
| **Time:** | Approximately 9:00a.m. | | |
| **Participant(s):** | Mr. Jean Futterknecht, UBS Representative | | |
| | Mr. Louis J. Barash, Attorney-Wachtell, Lipton, Rosen & Katz | | |
| | Ms. Anna Mueller, UBS | | |
| | Caryn Finley, DOJ Tax Attorney | | |
| | Margaret Leigh Kessler, DOJ Tax Attorney | | |
| | F. Cameron Lalli, Special Agent | | |

On the above date and time, a conference call was held relative to testimony being provided by Mr. Futterknecht in the upcoming trial scheduled for October 8, 2013 in Fort Myers, FL. The following information was discussed:

1. The purpose of this call is for Mr. Futterknecht to explain the UBS records to Ms. Finley. Mr. Futterknecht lives in Zurich and has been employed by UBS AG in Zurich since January 1987 (26 years). UBS is a universal bank representing major financial centers to include a wealth management division, an investment bank, and also provides global asset management. He is currently with the group compliance team dealing with global asset management and compliance functions. His functions also deal with the anti-money laundering (AML) division. Since January 2011 his job responsibilities include group standards for AML compliance, global asset management, and internal/external working groups for AML policies. In 1987 he worked in the group legal department, then moved to group planning and development, then the compliance function in developing policies and training.

2. Mr. Futterknecht is generally knowledgeable about how UBS keeps records. He is familiar how to open bank accounts at UBS. There was a time when UBS stopped accepting U.S. clients. He stated it's principally the same to open a bank account with all clients, U.S. and non-U.S. You need to identify the client and beneficial owner with identification documents, banking documents, and applicable Q. I. forms. (Mr. Barash interjected and said the terminology used at UBS would refer to accounts at UBS as securities accounts, not bank accounts.) Records kept in the ordinary course of business by UBS would be the establishment documents including agreements (the basic documents), instructions from clients, account statements, year-end statements, and internal

communications (e-mails).

3. The Client Advisor Workbench (CAWB) is a compliance issue utilized to know the clients. This is a key tool in helping the client advisor. It shows background information, source of funds, and is a contact log to capture and document activities within the account between the advisor and the client. The client advisor is the contact person for the client and the representative for the bank. The log (CAWB) is only open to the individual responsible for the client. The advisor can delegate an assistant to enter information. Upper management also has access to the log to review. Part of the job responsibilities of the advisor is to enter information into the log. The purpose is to have a full chronology of events, list all contacts, and show the complete history of the relationship. It is a legal requirement by Swiss law to keep records and it's expected that correspondence be maintained by the advisor and UBS. E-mails are sent to a department to archive. They are kept through electronic storage by scanning the documents, bar coding them, and then stamped archived. UBS keeps records for ten years after the relationship ends.
Dieter Luetolf was a client advisor. He is not currently employed by UBS.

4. Ms. Finley reviewed the following documents referenced by bates numbers for Mr. Futterknecht to comment on:

PA_0116_02_0002 - which is a standard form approved by the Swiss Banking Association (Form A). They have an obligation to identify clients. This is the client filling this out or providing the information. The contracting partner is the account holder from a legal point of view. The beneficial owner is viewed as the ultimate owner of the asset from an economic point of view. Those who benefit from the services of the contracting partner. The client advisor should explain to the client this Form A. Banks expect clients to be truthful in their representations based on the statement at the bottom of the form (Willfully entering false information in this form is a criminal offense...). The client advisor should check and sign and then send for verification.

0004 – This is identification required for the beneficial owner. UBS standards require this.

0005 – Basic opening document.

0007 – Q.I. requirement document to invest in U.S. securities or not.

0008 – Client signs.

Mr. Futterknecht explained the Q.I agreement which basically is complying with U.S. tax reporting obligations to the IRS. This was effective in 2001.

0009 – Domiciliary company is a non-operating company (shell company). This is an internal form created by UBS. The client advisor should ask about this.

0010 – This is like the signature card for the account. UBS only takes direction from the signatories on the account. The client advisor takes direction from this.

0011 – 0112 – discussed.

0013 – Main printout.

0065 – Internal document. Need to correct Form A from preceding page 0064.

0014 – Corporate documents. UBS would verify legal entity which is a requirement by Swiss law.

0058 – UBS would verify directors of the company as they are legally bound to verify.

0060 – References have complete documentation and who the directors are.

0067 – Reviewed. He does not recall this format.

101 – Statement of assets

103 – S1 indicator is for safety. A different type of account. The base number is the main account and the object numbers are the sub accounts.

The client can request to hold the statements and correspondence.

PA_016_07_ series

Beda Singenberger is an intermediary. He looks after the client and sets up companies if necessary.

0002 – Singenberger would legally be the contracting partner for Top Fast.

0007 – U.S. Tax compliance.

0012 – Electing to invest in U.S. Securities.

0014 – Change of domicile.

0016 – Domiciliary decision sheet

0017 – Authorized signatures.

The client advisor should not accept orders from the beneficial owner unless the beneficial owner had signature authority.

0083 – Letter confirming opening the account.

0086 – Paying for services.

0089 – Bill for services.

08 Series

0015 – Asset management agreement

0003 – This is a numbered account. Main purpose is not to disclose the name.

0022 – General power of attorney.

0037 – Email.

Advisors do not generally meet clients in the U.S.

0040 – Internal document. UBS Transfer system to execute transfers.

0055 – Trade information.

Series 04

0008 – Client states whether U.S. person or not. Everyone has to fill this out. This is part of the Q.I. agreement.

0011 – Signing not to invest in U.S. securities.

The purpose of the domiciliary account is to invest in U.S. securities. Form T is kind of a Form A. Used to establish beneficiary owner for trusts.

The statement of assets documents are created for all accounts.

5. Mr. Futterknecht further stated you would not have to list a beneficial owner if this was an operating company. A domiciliary company is determined by inquiry by the client advisor. An operating company would not ask for Form A and the listing of beneficial owners. There was some discussion on charitable entities and the recording of the beneficial owner. This concluded our conversation.

I prepared this memorandum on September 29, 2013, after refreshing my memory from notes made during and immediately after the interview with Mr. Futterknecht.

*F. Cameron Lalli*

F. Cameron Lalli
Special Agent