# EXHIBIT 1

# CERTIFICATION OF FOREIGN RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Title 18, United States Code, Section 3505

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are those documents previously produced to the Department of Justice which bear the following document production numbers:

A-0116_0002 to A-0116_0279; A-0116_0285 to A-0116_0303; A-0116_0305 to A-0116_0328; A-0116_0329 to A-0116_0335; A-0116_0337 to A-0116_0342; A-0116_0344 to A-0116_0347; A-0116_0349 to A-0116_0369; A-0116_0371 to A-0116_0398; A-0116_0400 to A-0116_0433; A-0116_0435 to A-0116_0440; A-0116_0442 to A-0116_0453; A-0116_0455 to A-0116_0462; A-0116_0464 to A-0116_0473; A-0116_0475 to A-0116_0478; A-0116_0480; A-0116_0482; A-0116_0484 to A-0116_0485; A-0116_0487; A-0116_0489; A-0116_0491 to A-0116_0493; A-0116_0495 to A-0116_0496; A-0116_0498; A-0116_0500 to A-0116_0509; A-0116_0511 to A-0116_0524; A-0116_0526 to A-0116_0528; A-0116_0530 to A-0116_0579; A-0116_0581 to A-0116_0638; A-0116_0640 to A-0116_0703; A-0116_0705 to A-0116_0740; A-0116_0742 to A-0116_0748; A-0116_0750 to A-0116_0754; A-0116_0756 to A-0116_0764; A-0116_0766 to A-0116_0799; A-0116_0801 to A-0116_0996; A-0116_0997 to A-0116_1051; A-0116_1053 to A-0116_1096.

PA_0116_01_0002 to PA_0116_01_0055; PA_0116_01_0057 to PA_0116_01_0060; PA_0116_01_0062 to PA_0116_01_0078; PA_0116_01_0080 to PA_0116_01_0097; PA_0116_01_0099 to PA_0116_01_0102; PA_0116_01_0104 to PA_0116_01_0145.

PA_0116_02_0002 to PA_0116_02_0076; PA_0116_02_0078 to PA_0116_02_0080; PA_0116_02_0082 to PA_0116_02_0090; PA_0116_02_0092 to PA_0116_02_0095; PA_0116_02_0097 to PA_0116_02_0099; PA_0116_02_0101 to PA_0116_02_0135.

PA_0116_03_0002 to PA_0116_03_0073; PA_0116_03_0075 to PA_0116_03_0076; PA_0116_03_0078 to PA_0116_03_0086; PA_0116_03_0088 to PA_0116_03_0092; PA_0116_03_0094 to PA_0116_03_0096; PA_0116_03_0098 to PA_0116_03_0137.

PA_0116_04_0002 to PA_0116_04_0045; PA_0116_04_0052 to PA_0116_04_0053; PA_0116_04_0055 to PA_0116_04_0057; PA_0116_04_0059 to PA_0116_04_0062; PA_0116_04_0064 to PA_0116_04_0066; PA_0116_04_0068 to PA_0116_04_0078; PA_0116_04_0079 to PA_0116_04_0087; PA_0116_04_0089 to PA_0116_04_0095; PA_0116_04_0097 to PA_0116_04_0108; PA_0116_04_0110 to PA_0116_04_0115; PA_0116_04_0117 to PA_0116_04_0121; PA_0116_04_0123 to PA_0116_04_0124; PA_0116_04_0126 to PA_0116_04_0136; PA_0116_04_0138 to PA_0116_04_0139;

PA_0116_04_0141 to PA_0116_04_0150; PA_0116_04_0152 to PA_0116_04_0153; PA_0116_04_0155 to PA_0116_04_0156; PA_0116_04_0158 to PA_0116_04_0159; PA_0116_04_0161 to PA_0116_04_0164; PA_0116_04_0166 to PA_0116_04_0169; PA_0116_04_0171 to PA_0116_04_0175; PA_0116_04_0177 to PA_0116_04_0190; PA_0116_04_0193 to PA_0116_04_0203; PA_0116_04_0205 to PA_0116_04_0207; PA_0116_04_0209 to PA_0116_04_0305; PA_0116_04_0307 to PA_0116_04_0320; PA_0116_04_0322 to PA_0116_04_0436; PA_0116_04_0438 to PA_0116_04_0544.

PA_0116_05_0002 to PA_0116_05_0218; PA_0116_05_0233 to PA_0116_05_0240; PA_0116_05_0242 to PA_0116_05_0246; PA_0116_05_0248 to PA_0116_05_0249; PA_0116_05_0251 to PA_0116_05_0253; PA_0116_05_0255 to PA_0116_05_0281; PA_0116_05_0283 to PA_0116_05_0294; PA_0116_05_0296 to PA_0116_05_0315; PA_0116_05_0317 to PA_0116_05_0333; PA_0116_05_0335 to PA_0116_05_0350; PA_0116_05_0352 to PA_0116_05_0353; PA_0116_05_0355 to PA_0116_05_0358; PA_0116_05_0360 to PA_0116_05_0364; PA_0116_05_0366 to PA_0116_05_0369; PA_0116_05_0370 to PA_0116_05_0376; PA_0116_05_0378 to PA_0116_05_0380; PA_0116_05_0382 to PA_0116_05_0390; PA_0116_05_0392 to PA_0116_05_0394; PA_0116_05_0396 to PA_0116_05_0400; PA_0116_05_0402 to PA_0116_05_0432; PA_0116_05_0434 to PA_0116_05_0451; PA_0116_05_0453 to PA_0116_05_0476; PA_0116_05_0478 to PA_0116_05_0489; PA_0116_05_0491 to PA_0116_05_0506; PA_0116_05_0508; PA_0116_05_0510 to PA_0116_05_0513; PA_0116_05_0515 to PA_0116_05_0730; PA_0116_05_0732 to PA_0116_05_0809; PA_0116_05_0811 to PA_0116_05_0820; PA_0116_05_0822 to PA_0116_05_0961; PA_0116_05_0963 to PA_0116_05_1112.

PA_0116_06_0002 to PA_0116_06_0089; PA_0116_06_0091; PA_0116_06_0093 to PA_0116_06_0096; PA_0116_06_0098 to PA_0116_06_0099; PA_0116_06_0101 to PA_0116_06_0106; PA_0116_06_0108 to PA_0116_06_0110; PA_0116_06_0112 to PA_0116_06_0121; PA_0116_06_0123 to PA_0116_06_0128; PA_0116_06_0130 to PA_0116_06_0131; PA_0116_06_0133 to PA_0116_06_0135; PA_0116_06_0137 to PA_0116_06_0143; PA_0116_06_0145 to PA_0116_06_0149; PA_0116_06_0151 to PA_0116_06_0152; PA_0116_06_0154 to PA_0116_06_0155; PA_0116_06_0157; PA_0116_06_0159 to PA_0116_06_0160; PA_0116_06_0162 to PA_0116_06_0163; PA_0116_06_0165 to PA_0116_06_0166; PA_0116_06_0168; PA_0116_06_0170 to PA_0116_06_0175; PA_0116_06_0177 to PA_0116_06_0184; PA_0116_06_0186 to PA_0116_06_0187; PA_0116_06_0189 to PA_0116_06_0199; PA_0116_06_0201 to PA_0116_06_0216; PA_0116_06_0218 to PA_0116_06_0229; PA_0116_06_0231 to PA_0116_06_0234; PA_0116_06_0236 to PA_0116_06_0238; PA_0116_06_0240 to PA_0116_06_0243; PA_0116_06_0245 to PA_0116_06_0256; PA_0116_06_0258 to PA_0116_06_0344; PA_0116_06_0346 to PA_0116_06_0429; PA_0116_06_0431 to PA_0116_06_0513.

PA_0116_07_0002 to PA_0116_07_0157; PA_0116_07_0168 to PA_0116_07_0171; PA_0116_07_0173 to PA_0116_07_0182; PA_0116_07_0184 to PA_0116_07_0197; PA_0116_07_0199 to PA_0116_07_0234; PA_0116_07_0236 to PA_0116_07_0285; PA_0116_07_0287 to PA_0116_07_0316; PA_0116_07_0318 to PA_0116_07_0323;

PA_0116_07_0325 to PA_0116_07_0336; PA_0116_07_0338; PA_0116_07_0340 to PA_0116_07_0348; PA_0116_07_0350; PA_0116_07_0352 to PA_0116_07_0353; PA_0116_07_0353 to PA_0116_07_0356; PA_0116_07_0358; PA_0116_76_0360; PA_0116_07_0362 to PA_0116_07_0365; PA_0116_07_0367 to PA_0116_07_0368; PA_0116_07_0370 to PA_0116_07_0371; PA_0116_07_0373 to PA_0116_07_0400; PA_0116_07_0402 to PA_0116_07_0405; PA_0116_07_0407 to PA_0116_07_0417; PA_0116_07_0419 to PA_0116_07_0486; PA_0116_07_0488 to PA_0116_07_0582; PA_0116_07_0584 to PA_0116_07_0643; PA_0116_07_0645 to PA_0116_07_0666; PA_0116_07_0668 to PA_0116_07_0671; PA_0116_07_0673 to PA_0116_07_0683; PA_0116_07_0685 to PA_0116_07_0864; PA_0116_07_0866 to PA_0116_07_0992.

PA_0116_08_0002 to PA_0116_08_0054; PA_0116_08_0058 to PA_0116_08_0061; PA_0116_08_0063 to PA_0116_08_0064; PA_0116_08_0066 to PA_0116_08_0068; PA_0116_08_0070 to PA_0116_08_0084; PA_0116_08_0086 to PA_0116_08_0089; PA_0116_08_0091; PA_0116_08_0093; PA_0116_08_0095 to PA_0116_08_0098; PA_0116_08_0100 to PA_0116_08_0105; PA_0116_08_0107 to PA_0116_08_0109; PA_0116_08_0111; PA_0116_08_0113 to PA_0116_08_0121; PA_0116_08_0123 to PA_0116_08_0131; PA_0116_08_0133 to PA_0116_08_0135; PA_0116_08_0137 to PA_0116_08_0144; PA_0116_08_0146 to PA_0116_08_0148; PA_0116_08_0150 to PA_0116_08_0151; PA_0116_08_0153 to PA_0116_08_0165; PA_0116_08_0167 to PA_0116_08_0169; PA_0116_08_0171 to PA_0116_08_0175; PA_0116_08_0177 to PA_0116_08_0183; PA_0116_08_0185 to PA_0116_08_0186; PA_0116_08_0188; PA_0116_08_0190 to PA_0116_08_0252; PA_0116_08_0254 to PA_0116_08_0257; PA_0116_08_0259 to PA_0116_08_0294; PA_0116_08_0296 to PA_0116_08_0344.

PA_0116_09_0002 to PA_0116_09_0064; PA_0116_09_0071 to PA_0116_09_0074; PA_0116_09_0076 to PA_0116_09_0078; PA_0116_09_0080 to PA_0116_09_0083; PA_0116_09_0085 to PA_0116_09_0087; PA_0116_09_0089 to PA_0116_09_0098; PA_0116_09_0100 to PA_0116_09_0107; PA_0116_09_0109 to PA_0116_09_0119; PA_0116_09_0121 to PA_0116_09_0131; PA_0116_09_0133 to PA_0116_09_0138; PA_0116_09_0140 to PA_0116_09_0145; PA_0116_09_0147 to PA_0116_09_0148; PA_0116_09_0150 to PA_0116_09_0158; PA_0116_09_0160 to PA_0116_09_0161; PA_0116_09_0163 to PA_0116_09_0172; PA_0116_09_0174 to PA_0116_09_0176; PA_0116_09_0178 to PA_0116_09_0179; PA_0116_09_0181 to PA_0116_09_0182; PA_0116_09_0184 to PA_0116_09_0189; PA_0116_09_0191 to PA_0116_09_0195; PA_0116_09_0197 to PA_0116_09_0204; PA_0116_09_0206 to PA_0116_09_0220; PA_0116_09_0222 to PA_0116_09_0232; PA_0116_09_0234 to PA_0116_09_0237; PA_0116_09_0239 to PA_0116_09_0331; PA_0116_09_0333 to PA_0116_09_0365; PA_0116_09_0367 to PA_0116_09_0483; PA_0116_09_0485 to PA_0116_09_0593.

Certain of the documents set forth above, while business records, have additional matter that was not produced in the ordinary course of business. Those business records were maintained in the bank's electronic systems. When those entries were printed, a computer generated translation section was sometimes added. The printed words "translation" or "Notiz" and any translations are not generated or maintained in the ordinary course of business. Accordingly, that part of the following documents is not subject to this certification:

A-0116_0285 to A-0116_0291; PA_0116_01_0057 to PA_0116_01_0060; PA_0116_02_0078 to PA_0116_01_0080; PA_0116_03_0075 to PA_0116_03_0076; PA_0116_04_0052 to PA_0116_04_0053; PA_0116_05_0233 to PA_0116_05_0240; PA_0116_06_0091; PA_0116_07_0168 to PA_0116_07_0171; PA_0116_08_0058 to PA_0116_08_0061; PA_0116_09_0071 to PA_0116_09_0074;

3. The records are originals or duplicate copies of foreign (Switzerland) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

I hereby declare, certify or state, under penalty of perjury, that the foregoing is true and correct.

Signature of Declarant _[signature]_

Printed Name: Jean Marc Futterknecht

Title: Executive Director

Company Name: UBS AG

Business Address: Freischützgasse 25, P.O., 8098 Zurich

Date of Declaration / Execution: September 26, 2013