# EXHIBIT 2

▬▬▬7840

APEX Consultants Ltd

REGI

**MEETING REPORT**

### CONTACT

133516

| Number | APEX | Value | 0 |
|---|---|---|---|
| Date | Where | Who | |
| 14.7.03 | Westin/Stephanie's | D.F. & P.H. | |

Signed remaining bank documents to open the account. When account number is available, send an email password protected with the number.

→ Reminded them that we need the certificate of incumbency.

PM to be held back and activated once the big picture becomes clear.

### FOKUS

| Financial background | Profession | Professional status | Family situation |
|---|---|---|---|
| Receiving account for monies flowing in from the sale of medical schools in the Caribbean | | | |

### RISK COMPASS

| Risk level | Strategy | Points |
|---|---|---|
| low | Income | 43 |

### ABCD ANALYSIS (CRM)

| NNM | ROA | Comment |
|---|---|---|
| | | |

### FOLLOW-UP

| By when | Who | What |
|---|---|---|
| | | |

Dieter ▬▬, SD
CD North East USA
01/237 29 40
816A / AUM1-LR

*Medical Technologies Ass.*
*1472*

**MEETING REPORT** △ REGI
*133516*

### CONTACT

| Number | B8 | Status | USD 480'000 |
|---|---|---|---|
| Date | Where | Who | |
| 14.7.03 | Westin/Stephanie's | D.F. & P.H. | |

Sign pledge and derivatives form.

Reminded them that we need the certificate of incumbency.

PM to be held back and activated once the big picture becomes clear.

### FOKUS

| Financial background | Profession | Professional status | Family situation |
|---|---|---|---|
| These assets represent monies earned in the Caribbean and held in an account in the US. Another approx. USD 3 mio to come from US, approx. 1 mio from Nassau | | | |

### RISK COMPASS

| Risk level | Strategy | Points |
|---|---|---|
| low | income | 43 |

### ABCD ANALYSIS (CRM)

| NNM | ROA | Comment |
|---|---|---|
| | | |

### FOLLOW-UP

| By when | Who | What |
|---|---|---|
| | | |

Dieter Lutoh, SD
CD North-East USA
01237 29 40
516A / AUM1-LR

PA_0116_02_0067


Kuntrolliert M. Koller


2812
...7812.SI

## ✵ UBS

**Supplement for new Account US Status**
Tax Form US Withholding Tax/Natural Person
Assets and Income Subject to United States Withholding Tax
Declaration of Non-US Status

**Family Name account holder:** Hough
**First Name:** Patricia
**Nationality:** US
**Street:** [redacted]
**Post code/city:** US-Englewood, 34223
**Country:** USA

In accordance with the regulations applicable under US law relating to withholding tax and in order to determine the status and qualification of the account holder (for the purposes of US withholding tax) as

**Non-US Person or US Person**

the undersigned account holder hereby declares and confirms the following to UBS AG:

**1. Non-US-Person Declaration (natural Person)**
Please tick the appropriate box with regard to your above-mentioned account with UBS AG in Switzerland

— Are you a US citizen? (also dual citizenship)
☒ Yes   ☐ No

— Are you resident and/or do you have a permanent residence permit in the USA? (permanent residence permit, e.g. green card or long-term)
☒ Yes   ☐ No

stay in the USA in the current year and in the two previous years, 'substantial physical presence test')
☒ Yes   ☐ No

— Are you liable to tax in the USA on any other grounds?
e.g. dual residence, joint filing of tax return as spouse, renunciation of US citizenship or residence permit after long-term stay, other grounds)
☒ Yes   ☐ No

**2. Beneficial Ownership**
The undersigned account holder hereby declares that he/she is the beneficial owner of the assets and income to which this declaration relates in accordance with US tax law.

**3. Change of Status as Non-US Person**
The undersigned account holder undertakes to inform UBS AG if his/her status as a Non-US Person under US tax law should change.

**4. Disclosure of Status as US Person/Agreement for the Sale of US Securities and Deduction of US Backup Withholding Tax**
If this declaration becomes invalid for any reason following submission thereof to UBS AG on the grounds of

— alteration in circumstances resulting in a change of status of the account holder from a non-US person to US person,

and/or

— subsequent disclosure of the fact that the account holder is or has become a US person under US tax law notwithstanding the present declaration,

and

**Place/Date:** 14.07.03

— if the account holder does not at this time consent to UBS AG filing a valid form W-9 with the US Internal Revenue Service,

then the account holder hereby irrevocably authorises UBS AG to sell all US assets which are in the above-mentioned account, in accordance with ordinary trading practice and without any prior notification and to deduct US backup withholding tax of 31% (or at the rate then applicable) from the proceeds on the sale of such assets and to remit this to the Internal Revenue Service, as provided in the 'Qualified Intermediary' agreement between UBS AG and the US Internal Revenue Service.

The undersigned account holder hereby expressly and unconditionally waives any claim for damages in the event of loss and shall indemnify UBS AG for any liability in connection with the sale of his/her US assets according to the terms hereunder.

**Signature:** [signature] Hough

**For internal bank use only**
Signature(s) verified/Signed in my presence
OU-Ref.
Signature: Dieter Lotoff
13.02.20.. North-East USA
01/237 29 40
816A / AUM1-LR

51391 E V0   11.2001   B

Stat.98

PA_0116_01_0009