# EXHIBIT 3

## Luetolf, Dieter

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Montag, 15. Dezember 2003 16:42 |
| To: | Luetolf, Dieter |
| Subject: | Re: as per telecon |

Dieter:

I just spoke to Pat and she agrees that we should move 5.0 to the Enhanced Return Managed Portfolio.

Thanks again for the information and advice.

Regards,

DF

```
--- dieter.luetolf@ubs.com wrote:
> as discussed, please find attached.
>
> Best regards,
> Dieter
>
> ATTACHMENT part 2 application/octet-stream
name=instruction.pdf
```

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

1

2/2

PA_0116_08_0026