# EXHIBIT 4

**Lustolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Freitag, 6. Februar 2004 22:48 |
| To: | Lustolf, Dieter |
| Cc: | plhough@yahoo.com |
| Subject: | Accounts |

Dear Dieter:

Thank you again for the nice meeting and dinner we had a few weeks ago. Following our visit, Pat and I were discussing how/who would handle our overseas financial affairs in the event of our death. Not a pleasant thought, but one we must consider.

Presently we have all our funds in one joint account with UBS. I believe that Pat's sister, Charlene Varga, is authorized to handle our affairs on that account if we were to die. (1) can you please confirm that Charlene Varga is an authorized signatory and all paperwork is completed.

In addition, we would like to consider dividing the funds from the joint account into two separate accounts; one for each of us. Presently, we have approx 10 in the joint account, with the major part being managed. (2) Would it be possible for you to open a second numbered account for me, keeping the current joint one for Pat? Obviously, we would like to keep the current managed funds, as is... but (3) divide the total amount equally so 50% is in my account and 50% is in Pat's account. If I have not explained this clearly, let me know. In summary, we would like to have two separate numbered accounts, one for me and one for Pat.... with the funds equally divided. Charlene would be an authorized signatory for Pat's account and I will decide on another individual for my account. I am considering an irrevocable trust where only the interest is available on a monthly or annual basis.

We are still in the process of finding a buyer for the schools, so in the future we would send equal amounts to deposit into each account.

Please call or email if you have any questions.

Regards,

DF

---

Do you Yahoo!?
Yahoo! Finance: Get your refund fast by filing online.
http://taxes.yahoo.com/filing.html