# EXHIBIT 5

50110396757

FdS

2.263

Place 2 x $500K in double currency units for one month periods, eg. EUR one amount more aggressive (~?2) one amount more conservative (~$2)

REGI 503762

23.09.04



