```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                          2:13-cr-72-FtM-29DNF

PATRICIA LYNN HOUGH
_____

### **ORDER**

This matter comes before the Court on Defendant Patricia Lynn Hough's Motion in Limine No. 1 to Preclude Introduction of UBS Bank Contact Notes (Doc. #63) and Defendant Patricia Lynn Hough's Motion In Limine No. 2 To Preclude Introduction or Mention of Co-Conspirator Statements Before All Requirements for Admissibility Have Been Met (Doc. #64), both filed on September 27, 2013. Defendant Hough filed a Supplement (Doc. #71) on October 2, 2013, The Government's Consolidated Response and Opposition (Doc. #72) was filed on October 3, 2013.

The Court simply cannot tell in the pretrial setting whether the government will be able to establish the predicate for admissibility of the contested bank records. Therefore, the first *in limine* motion is denied.

The Court will exercise its discretion and not conduct a <u>James</u> hearing (<u>United States v. James</u>, 590 F.2d 575 (5th Cir. 1979)) as to the admissibility of co-conspirator statements. The government uses such evidence at its peril however because a failure to

establish the proper predicate by the conclusion of its case may result in a more drastic remedy than simply a corrective instruction.

Accordingly, it is now

**ORDERED:**

(1) Defendant Patricia Lynn Hough's Motion in Limine No. 1 to Preclude Introduction of UBS Bank Contact Notes (Doc. #63) is **DENIED.**

(2) Defendant Patricia Lynn Hough's Motion In Limine No. 2 To Preclude Introduction or Mention of Co-Conspirator Statements Before All Requirements for Admissibility Have Been Met (Doc. #64) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of October, 2013.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record