UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S
SUGGESTED SUPPLEMENTAL VOIR DIRE QUESTIONS**

    The Defendant, PATRICIA LYNN HOUGH, by and through his undersigned counsel, hereby requests the following <u>additional</u> voir dire questions to be propounded by the Court to the venire, in addition to the Court's regular voir dire:

    1.    Does everyone understand that a person charged with a crime is presumed innocent before the trial begins?  Therefore, before you have heard any evidence, can you all assure both the government and the defense that you will presume the defendant not guilty?

    2.    Do you all understand that a guilty verdict cannot be returned against a defendant unless the evidence presented against her demonstrates her guilt beyond a reasonable doubt?

    3.    Do you all understand that an indictment is nothing more than a document from the government <u>alleging</u> wrongdoing, that it is not evidence?

4.   Does everyone understand that the government has the burden of proving their case beyond a reasonable doubt, and the defendant, Patricia Hough, need not prove anything to be found not guilty?

5.   In a criminal case, the defendant is presumed to be innocent and this presumption of innocence accompanies the defendant throughout every stage of the trial until she is proven guilty beyond and to the exclusion of every reasonable doubt.  The burden of proof is on the government to prove the defendant guilty beyond a reasonable doubt?  Do you all understand these principles of law, and if so, will you be able to abide by them and require the government to prove the defendant guilty beyond a reasonable doubt before you would vote to convict the defendant, Dr. Hough?

6.   If, after fair and careful consideration of all the evidence in this case, you have a reasonable doubt as to the guilt of the defendant, either arising from the evidence or from the lack of evidence, will you be able to find the defendant not guilty?

7.   The government gets to present their evidence first and the defendant will not have an opportunity to put on any evidence until the government closes its case or rests.  For this reason, can you all keep an open mind and not come to any conclusions as to the guilt of the defendant until you have heard *all* the evidence, the arguments of counsel, and the instructions on the law from this Court?

8.   The mere bringing of an indictment against the defendant is not evidence of the defendant's guilt and is not to be considered by you as such.  Is there anyone here who is biased or prejudiced against the defendant in any way just because she has been charged by an indictment?

9.   It is the duty of the attorneys for the government as well as for the defendant, to object to evidence they deem inadmissible and to move to strike any evidence they deem improper.  You should not hold such objections or motions to strike, or the number of them, against either party.  Will anyone here be prejudiced against either

party because objections to the evidence or motions to strike the evidence are made by any attorney for either party?

10. Sometimes it will be necessary for one or more of the attorneys to request a hearing outside the presence of the jury in what we call a "side-bar" conference. This is done for the purpose of discussing legal matters which are of no concern to the jury and you should not penalize counsel or any of their clients for doing so. Will any of you be prejudiced against any party because they may request a hearing outside of the presence of the jury?

11. How many of you believe that the government can and does make mistakes in charging people with crimes?

12. Does anyone feel that if the government goes to the trouble of bringing someone to trial, then the person is probably guilty?

13. Does anyone believe that regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence?

14. How many of you feel that a defendant in a criminal case should testify or produce some evidence to prove that he or she is not guilty?

15. What are your opinions of the criminal justice system?

16. Has anyone ever heard or read about any of the following individuals:

(**Read witness list**)

17. In the event that you have heard or read anything about one or more of the witnesses in this case, would what you have heard or read in any way influence your verdict in this case?

18. How many of you have ever used poor judgment in making a decision and in hindsight realized you should have done things differently?

19. Has anyone here ever been accused of something they did not do? How did you feel? What did you do?

20. Has anyone here, a close friend, or any member of your family ever sought employment, been employed by, or associated with any governmental agency or law enforcement agency such as the DOJ, IRS, DEA, Homeland Security, etc.?

21. Do any of you feel that a person charged with a crime should testify in his or her own defense?

22. Does anyone believe that just because someone is charged with a crime there must be something to it?  In other words, "where there's smoke there's fire"?

23. Does anyone here have any education, training, employment or experience in the field of taxation?

24. For those of you who are/were married or live with a significant other, who has the responsibility for your financial affairs?

25. How many of you prepare your own tax return? How many of you file joint tax returns?  How about married filing separate returns?

26. How many of you use an accountant or a tax preparer such as H&R Block to prepare your tax returns?  Do you rely on your accountant or tax preparer to give you proper advice?

27. How many of you have been asked by your spouse to sign a document, such as a tax return and do read every word or do you sign it?

28. Has anyone here seen or read any news stories about Swiss or foreign (offshore) bank accounts?

29. Does anyone here know someone that has or uses foreign bank accounts.

30. When you hear about foreign bank accounts, what comes to mind?

31. Would you all agree that there could be many reasons for having legitimate overseas bank accounts? Does anyone disagree?

32. Has anyone here or a close family member ever attended a medical school?

33. How many people here have a doctor or doctors who have graduated from a foreign medical school?

34. Has anyone here ever heard or read about foreign medical schools? What are your feelings about foreign medical schools?

Dated: October 3, 2013

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF COMPLIANCE

WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 3rd day of October, 2013.

By: /s/ Bruce L. Udolf