IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE REGARDING ADMISSIBILITY OF VARIOUS FINANCIAL, CORPORATE, REAL ESTATE AND OTHER OFFICIAL RECORDS**

    The United States of America, by and through its undersigned counsel, and Defendant Patricia Lynn Hough, by and through her undersigned counsel, file this Joint Notice Regarding Admissibility of Various Financial, Corporate, Real Estate and Other Official Records.  The parties hereby provide notice to the Court that, subject to paragraphs one and two below,  we agree to the admissibility of documentary evidence at trial as follows:

    1.  Subject to paragraph two and to objections on the grounds of relevance, materiality, Rules 106, 401, 402 and 403 of the Federal Rules of Evidence or any grounds raised in the defendant's Motions in Limine No. 1 and 2 and Supplement thereto, the parties agree that all documents produced by the named company/entity in the chart following, and as provided in discovery, are true and accurate copies of the records described in accordance with their respective descriptions and may be admitted into evidence without the necessity of establishing a foundation of authenticity or identification.  The parties further agree that these records constitute the records of regularly conducted activities of the businesses or entities referred to and are therefore admissible into evidence as exceptions to the hearsay rule under provisions of Federal Rules of Evidence, Rule 803, including 803(6) and 803(8).

10600323.1

2. The parties reserve the privilege of calling witnesses to explain, analyze or otherwise present these documents to the jury.

| Documents Produced by Jones Walker, LLP |
| --- |
| Documents identified in discovery production as JW-00001 through JW00728 |
| Documents Produced by Marc Rudow, Roberts & Stevens, P.A. |
| Documents identified in discovery production as Roberts and Stevens April 4, 2013 (42 pages) |
| Documents identified in discovery production as Roberts and Stevens April 15 2013 (41 pages) |
| Records Certified by the Internal Revenue Service |
| 07 1040 20112 Hough, Patricia (Lalli 06162009) (14 pages) |
| 07 1040 200412 Fredrick, David (Lalli 06162009) (12 pages) |
| 07 1040 200412 Hough, Patricia (Lalli 06162009) (12 pages) |
| 07 1040 200512 Fredrick, David (Lalli 06162009) (13 pages) |
| 07 1040 200512 Hough, Patricia (Lalli 06162009) (11 pages) |
| 07 1040 200612 Fredric, David (Lalli 06162009) (17 pages) |
| 07 1040 200612 Hough, Patricia (Lalli 06162009) (10 pages) |
| 07 1040 200712 Fredrick, David (Lalli 06162009) (12 pages) |
| 07 1040 200712 Hough Patricia (Lalli 06162009) (9 pages) |
| 07 1040 200812 Fredrick, David (Lalli 06162009) (15 pages) |
| 07 1040 200812 Hough, Patricia (Lalli 06162009) (13 pages) |
| 07 Form 1040X CIS Image 200512 Hough Patricia (Lalli 06162009) (8 pages) |
| 1120 19912 Saba (9 pages) |
| 1120 200012 Saba Inc. (6 pages) |
| 1120 200022 Saba Inc. (12 pages) |
| 1120 200112 Saba Inc. (13 pages) |
| 1120S 200312 Education Information Consult Inc. (8 pages) |
| 1120S 200412 Education Information Consult Inc. (7 pages) |
| 200303 941 Education Information Consultants (5 pages) |
| 200704 1120 EIC Holding Inc Subs. (102 pages) |

| |
|---|
| F1040 - Fredrick, David (200312) (10 pages) |
| F1040 - Hough, Patricia (200312) (9 pages) |
| 200012 Account Transcript Fredrick David (2 pages) |
| 200012 Account Transcript Hough Patricia (2 pages) |
| 200112 Account Transcript Fredrick David (2 pages) |
| 200112 Account Transcript Hough Patricia (2 pages) |
| 200212 Account Transcript Fredrick David (2 pages) |
| 200212 Account Transcript Hough Patricia (2 pages) |
| 2000312 Account Transcript Hough Patricia (2 pages) |
| 200312 IMFOLT Fredrick David (1 page) |
| 200412 IMFOLT Fredrick David (1 page) |
| 200412 IMFOLT Hough Patricia (1 page) |
| W1-2 Fredrick's 2005 Transcript of Account (1 page) |
| W1-4 Hough's 2005 Transcript of Account (1 page) |
| W1-6 Fredrick's 2006 Transcript of Account (1 page) |
| W1-8 Hough's 2006 Transcript of Account (1 page) |
| W1-10 Fredrick's 2007 Transcript of Account (1 page) |
| W1-12 Hough's 2007 Transcript of Account (1 page) |
| 200812 IMFOLT Fredrick David (1 page) |
| 200812 IMFOLT Hough Patricia (1 page) |
| Documents Produced by UBS |
| Documents identified in discovery production as Bates Numbered PA0116_05_0551 to PA0116_05_1112 |
| Documents identified in discovery production as Bates Numbered PA0116_06_0001 to PA0116_06_0513 |
| Documents identified in discovery production as Bates Numbered PA0116_07_0001 to PA0116_07_0500 |
| Documents identified in discovery production as Bates Numbered PA0116_07_0501 to PA0116_07_0776 |

10600323.1

| |
|---|
| Documents identified in discovery production as Bates Numbered PA0116_07_0777 to PA0116_07_0992 |
| Documents identified in discovery production as Bates Numbered PA0116_08_0001 to PA0116_08_0334 |
| Documents identified in discovery production as Bates Numbered PA0116_02_0001 to PA0116_02_0135 |
| Documents identified in discovery production as Bates Numbered PA0116_01_001 to PA0116_01_0145 |
| Documents identified in discovery production as Bates Numbered PA0116_03_0001 to PA0116_03_0137 |
| Documents identified in discovery production as Bates Numbered PA0116_09_0001 to PA0116_09_0594 |
| Documents identified in discovery production as Bates Numbered PA0116_04_0001 to PA0116_04_0544 |
| Documents identified in discovery production as Bates Numbered PA0116_05_0001 to PA0116_05_0550 |
| Documents identified in discovery production as Bates Numbered A_0116_0001 to A_0116_0499 |
| Documents identified in discovery production as Bates Numbered A_0116_0500 to A_0116_1096 |
| **Documents Produced in Response to Title 31 Subpoena** |
| Documents Bates Numbered DRFH0000001 through DRFH0016668 |
| **Documents Produced by Venning and Jacques, P.C.** |
| Documents identified in discovery production as Medical University of Americas Limited (357 pages) |
| Documents identified in discovery production as SABA University School of Medicine (517 pages) |
| Documents identified in discovery production as Venning and Jacques Subpoena Information May 2, 2011 (293 pages) |
| **Documents Produced by Cirrus** |
| Documents identified in discovery production as Cirrus Aircraft October 14, 201 (32 pages) |

10600323.1

| |
|---|
| Documents Produced by Harrington & Jones |
| Documents identified in discovery production as Harrington and Jones 0902012 (159 pages) |
| Documents Produced by Insured Aircraft |
| Documents identified in discovery production as Insured Aircraft Title Service 09242012 (215 pages) |
| Documents Produced by Intermountain Air |
| Documents identified in discovery production as Intermountain Air (09072012 Lalli) (11 pages) |
| Documents Produced by Jones Law Firm |
| Documents identified in discovery production as Jones Law Firm (422 pages) |
| Documents Produced by Premier Aircraft |
| Documents identified in discovery production as Premier Aircraft Sales Inc. (33 pages) |
| Documents Produced by ReMax |
| Documents identified in discovery production as ReMax 304 Campden Way Greenville NC (37 pages) |
| 115 pages of emails between Jason Harrell and David Fredrick, Patricia Hough and Laura Whitely |
| Documents Produced by Schumachergroup |
| Documents identified in discovery production as Schumachergroup (09072012 Lalli) (41 pages) |
| Domestic Bank Records |
| Documents identified in discovery production as Wells Fargo Documents October 19 2009:<br>• 3454-0646 (4 pages)<br>• 4357-2749 (3 pages)<br>• Wells Fargo Fredrick Hough October 19 2009 (10 pages) |
| Documents identified in discovery production as 07 BOA Hough Fredrick:<br>• 0236 (234 pages)<br>• 0677 (28 pages)<br>• 9330 (268 pages) |

10600323.1

| |
|---|
| Documents identified in discovery production as 07 Englewood Bank:<br><br>• 02122010 (713 pages)<br><br>• Business Advantage Checking 02122010 (94 pages)<br><br>• Business Money Market 02122010 (83 pages)<br><br>• CD Snapshot 02122010 (35 pages)<br><br>• Saba Acct and signature cards 02122010 (25 pages) |
| Documents identified in discovery production as 07 Flagship Bank 4372 |
| Documents identified in discovery production as Fleet One Hough Fredrick 4659 |
| Documents identified in discovery production as Nations Bank Hough Fredrick (67 pages) |
| Documents identified in discovery production as 07 Wachovia:<br><br>• 1010152218357 Fredrick Hough (18 pages)<br><br>• 1010170179821 Fredrick Hough (73 pages)<br><br>• 1090012178764 Fredrick Hough (240 pages)<br><br>• Signature Acct Info Fredrick Hough (41 pages) |
| Documents identified in discovery production as 07 Workers' Credit Union Hough Fredrick (2 pages) |
| Documents identified in discovery production as Bank of America 03052013 (64 pages) |
| Documents identified in discovery production as Englewood Bank Fredrick David Hough Patricia (479 pages) |
| Wells Fargo (Formerly Wachovia) 03042013 (762 pages) |
| Documents Produced by Equinox Capital |
| Documents identified in discovery production as Equinox Capital Documents Bates Numbered EIC 00001 to EIC000325 |

| Documents Produced by Flischel Murtha & Associates |
|---|
| Documents identified in discovery production as Flischel Murtha and Associates:<br>• 2 09162009 (470 pages)<br>• 3 09162009 (428 pages)<br>• 4 09162009 (462 pages)<br>• 09162009 (315 pages) |
| Documents Produced by Kemp |
| Documents identified in discovery production as Bates Numbered:<br>KEMP001522 - KEMP001540; KEMP000682 - KEMP000692; KEMP000879 - KEMP000911; KEMP001011 - KEMP001015; KEMP001112 - KEMP001113; KEMP000830 - KEMP000831; KEMP000866 - KEMP000867; KEMP000869; KEMP000852 - KEMP000854; KEMP000855 - KEMP000858; KEMP000912 - KEMP000917; KEMP000870 - KEMP000873; KEMP000864 - KEMP000865; KEMP000663 - KEMP000664; KEMP002186 - KEMP002191; KEMP002192 - KEMP002193; KEMP002194 - KEMP002197; KEMP001484 - KEMP001497; KEMP001709; KEMP001795 - KEMP001804; KEMP002061 - KEMP002064; KEMP001710 - KEMP001714; KEMP001715 - KEMP001721; KEMP002066 - KEMP002075; KEMP001728 - KEMP001731; KEMP002863 - KEMP002866; KEMP002867 - KEMP002871; KEMP001735 - KEMP001737; KEMP001738 - KEMP001743; KEMP002080 - KEMP002084; KEMP002086 - KEMP002088; KEMP001732 - KEMP001734; KEMP002018; KEMP002019 - KEMP2023; KEMP001591 - KEMP001597; KEMP001598 - KEMP001604; KEMP002225 - KEMP002227; KEMP002602 - KEMP002603; |
| REAL ESTATE RECORDS |
| Copy of Certified North Carolina General Warranty Deed dated February 2, 2010 |
| Copy of Certified North Carolina General Warranty Deed dated July 25, 2005 |
| Copy of Certified North Carolina Deed of Trust dated February 28, 2008 |
| Copy of Certified North Carolina General Warranty Deed dated November 21, 2008 |
| Copy of Certified Pitt County, North Carolina Deed dated March 6, 2008 |
| Copy of Certified North Carolina General Warranty Deed dated April 15, 2011 |
| Copy of Certified North Carolina General Warranty Deed dated June 11, 2007 |
| Copy of Certified Pitt County, North Carolina Deed dated December 6, 2004 |

10600323.1

| Miscellaneous Certified Records |
|---|
| Copy of Certified Articles of Organization for Florida Limited Liability Company, Lynn Leon & Lyon Group, LLC |

FOR THE DEFENDANT                                    FOR THE UNITED STATES


    /s/ Nathan J. Hochman                                /s/ Caryn D. Finley
NATHAN J. HOCHMAN, Esquire                       CARYN D. FINLEY, Esq.
Attorney for Patricia Lynn Hough                     MARGARET LEIGH KESSLER, Esq.
                                                                          Trial Attorneys
                                                                          Department of Justice, Tax Division

10600323.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice,
Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

10600323.1