IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES ) | |
| ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| v. ) | |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE**

COMES NOW, the United States of America, by and through its undersigned counsel, and hereby submits, in addition to the Court's standard voir dire questions, the following proposed additional voir dire questions for the Court's consideration.

                                              A. LEE BENTLEY, III
                                              Acting United States Attorney

                          By:    /s/ Caryn D. Finley
                                  CARYN D. FINLEY
                                  Trial Attorney, Department of Justice, Tax Division
                                  New York Bar No. 3953882
                                  2110 First Street, Suite 3-137
                                  Fort Myers, Florida 33901
                                  Telephone: (202) 514-5051
                                  Facsimile: (202) 514-0961
                                  E-mail: caryn.finley@usdoj.gov

                          By:    /s/ Margaret Leigh Kessler
                                  MARGARET LEIGH KESSLER
                                  Trial Attorney, Department of Justice, Tax Division
                                  2110 First Street, Suite 3-137
                                  Fort Myers, Florida 33901
                                  Telephone: (202) 514-5193
                                  Facsimile: (202) 514-9623
                                  Margaret.Leigh.Kessler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit as a juror on? Criminal or civil?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to act as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror on a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

Is any member of your family, close friend, or acquaintance involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, DEA, ATF, IRS or any state or other federal law enforcement officer?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

Have you had, or do you now have a case or claim against, or a dispute with, the United States government? Is there anything about that proceeding that you found upsetting or troubling in any way?

Do you or any of your relatives or close friends have now, or expect to have, a case or claim against, or dispute with, the United States?

Have you, your family members or friends ever been treated unfairly by the United States government?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

The following individuals may be called to testify as witnesses in this case. [Court should read the witness list]. Do any of you know any of these individuals?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 4**

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

To your knowledge, was anyone charged or prosecuted as a result?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything from that experience which could in any way affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 5**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything from that experience which could in any way affect your ability to render a verdict in this type of criminal case which would be fair and impartial to both the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges.  Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

Has any member of the jury panel ever gone to law school or taken any legal courses?

If so, do you or did you ever practice law?

What type of law do you or did you practice?

Has any member of the panel ever worked as a paralegal or for a lawyer in any other capacity?

If so, what was the nature of the work?

What type of law did the attorney practice?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 7**

Have you been trained in or taken any classes in bookkeeping, accounting, or tax preparation? If so, please elaborate.

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 8**

Has any member of the jury panel, or any family member, relative or close personal friend or acquaintance of yours, ever been investigated by any federal, state or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend or acquaintance ever been arrested, charged or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to fairly and impartially evaluate the evidence and testimony of the witnesses who will testify on behalf of the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in?  Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartiality evaluate the testimony of the witnesses who will testify in this case?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 10**

Does any member of the prospective jury hold strong personal or philosophical feelings about the tax system of the United States of America or the Internal Revenue Service (IRS)? If so, what are those feelings?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 11**

This case involves possible criminal violations of federal law. This is a criminal, not a civil, proceeding. Does any member of the prospective jury feel that violations of federal tax laws should not be prosecuted as crimes by the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

This case was investigated by the IRS. Has any member of the jury panel, any family member, relative or close personal friend or acquaintance of yours ever been audited or assessed a penalty by the IRS, or been the subject or a target of an IRS criminal investigation?

If so, when?

Was the matter resolved to your, your family member or relative, or your close personal friend or acquaintance's satisfaction?

Were you, your family member or relative, or your close personal friend or acquaintance treated fairly and courteously by IRS officials?

Have you, your family member or relative, or your close personal friend or acquaintance had any experiences with the IRS that would or could prejudice you for or against the Government?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 13

Are you, any family member or relative, or any close personal friend or acquaintance affiliated with or a member of any group or organization, formal or informal, that is engaged in the study of federal or state tax laws or federal or state tax policy in general?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 14

Are you, any family member or relative, or any close personal friend or acquaintance engaged in protest against tax laws or tax policy in general or do you believe that the tax laws are unconstitutional?

Are you, any family member or relative, or any close personal friend or acquaintance affiliated with or a member of any group or organization, formal or informal, that is engaged in protest against tax laws or tax policy in general or believe that the tax laws are unconstitutional?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 15**

Have you, any family member or relative, or any close personal friend or acquaintance within the past ten years, had a financial account, such as a bank account, outside the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 16**

Are there any personal circumstances in your life which are so compelling that they would affect your ability to be attentive throughout these proceedings or to sit as a fair and impartial juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 17**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?