IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| v. ) | |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED VERDICT FORM**

COMES NOW, the United States of America, by and through its undersigned counsel, and hereby files the proposed verdict form. *See* Exhibit 1.

        A. LEE BENTLEY
        Acting United States Attorney

By:   /s/ Caryn D. Finley
       CARYN D. FINLEY
       Trial Attorney, Department of
       Justice, Tax Division
       New York Bar No. 3953882
       2110 First Street, Suite 3-137
       Fort Myers, Florida 33901
       Telephone: (202) 514-5051
       Facsimile: (202) 514-0961
       E-mail: caryn.finley@usdoj.gov

By:   /s/ Margaret Leigh Kessler
       MARGARET LEIGH KESSLER
       Trial Attorney, Department of
       Justice, Tax Division
       2110 First Street, Suite 3-137
       Fort Myers, Florida 33901
       Telephone: (202) 514-5193
       Facsimile: (202) 514-9623
       Margaret.Leigh.Kessler@usdoj.gov

10553486.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of
Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

10553486.1