# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| v. ) | |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## VERDICT FORM

We, the jury, unanimously find the defendant PATRICIA LYNN HOUGH:

Not Guilty _____      Guilty _____   as charged in Count One (Conspiracy)

If the verdict for the Defendant PATRICIA LYNN HOUGH is guilty as to count one, complete the following:

We, the jury, unanimously find that an act in furtherance of the conspiracy (check one)

was _____      was not _____   committed on or after May 15, 2007.

We, the jury, unanimously find the defendant PATRICIA LYNN HOUGH:

Not Guilty _____    Guilty _____   as charged in Count Six (Filing a False Tax Return)

Not Guilty _____    Guilty _____   as charged in Count Seven (Filing a False Tax Return)

Not Guilty _____    Guilty _____   as charged in Count Eight (Filing a False Tax Return)

Not Guilty _____    Guilty _____   as charged in Count Nine (Filing a False Tax Return)

10597583.1