IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| v. ) | |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S PROPOSED ADDITIONAL JURY INSTRUCTION

COMES NOW, the United States of America, by and through undersigned counsel, and hereby supplements the government's previously submitted proposed jury instructions.

                                              A. LEE BENTLEY
                                              Acting United States Attorney

                                        By:    /s/ Caryn D. Finley
                                                      CARYN D. FINLEY
                                                        Trial Attorney, Department of
                                                        Justice, Tax Division
                                                        New York Bar No. 3953882
                                                        2110 First Street, Suite 3-137
                                                        Fort Myers, Florida  33901
                                                        Telephone:  (202) 514-5051
                                                        Facsimile:  (202) 514-0961
                                                        E-mail: caryn.finley@usdoj.gov

10601620.1

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of
Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

10601620.1

**SPECIAL INSTRUCTIONS**

Disposition of Charge Against Codefendant

For reasons that do not concern you, the case against codefendant David Fredrick is no longer before you. Do not speculate why. This fact should not influence your verdict with reference to the remaining defendant, and you must base your verdict solely on the evidence against the remaining defendant.

Model Crim. Jury Instr. 9th Cir. 2.14 (2010)

See, e.g., *United States v. Barrientos*, 758 F.2d 1152, 1159–60 (7th Cir.1985) (when a codefendant becomes absent from a trial for any reason, a trial court should acknowledge the codefendant's absence to the jury and instruct them on their duty to consider the evidence of guilt or innocence as to the remaining defendant without any reference to any implications of the codefendant's absence). *See also United States v. Carraway*, 108 F.3d 745, 755 (7th Cir.1997); *United States v. Rapp*, 871 F.2d 957, 967–68 (11th Cir.1989).