IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| v. ) | |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

COMES NOW, the United States of America, by and through their undersigned counsel, and hereby files its Proposed Statement of the Case.  *See* Exhibit 1.

         A.  LEE BENTLEY
         Acting United States Attorney

By:   /s/ Caryn D. Finley
        CARYN D. FINLEY
        Trial Attorney, Department of
        Justice, Tax Division
        New York Bar No. 3953882
        2110 First Street, Suite 3-137
        Fort Myers, Florida  33901
        Telephone:  (202) 514-5051
        Facsimile:  (202) 514-0961
        E-mail: caryn.finley@usdoj.gov

By:   /s/ Margaret Leigh Kessler
        MARGARET LEIGH KESSLER
        Trial Attorney, Department of
        Justice, Tax Division
        2110 First Street, Suite 3-137
        Fort Myers, Florida  33901
        Telephone:  (202) 514-5193
        Facsimile:  (202) 514-9623
        Margaret.Leigh.Kessler@usdoj.gov

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that she has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed by the Court's Criminal Scheduling Order.  *See* Dkt. #22 at ¶ II(D).

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of
Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

10553176.1