UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S SECOND SUPPLEMENTAL
PROPOSED JURY INSTRUCTION (ANNOTATED)**

    COMES NOW, Defendant Patricia Lynn Hough, by and through her counsel of record, and hereby submits the following Second Supplemental Proposed Jury instruction to be read to the jury in addition to the separately filed jointly proposed instructions.

## DEFENDANT'S PROPOSED INSTRUCTION NO. 8

<u>Disposition of Charge against Co-Defendant</u>

For reasons that do not concern you, the case against Co-Defendant David Fredrick is not before you and will be addressed in a separate proceeding. Do not speculate why. This fact should not influence your verdict with reference to Patricia Hough, and you must base your verdict solely on the evidence against Dr. Hough.

Ninth Circuit Model Crim. Jury Instr. 2.14 (2010) (modified).

Dated: October 4, 2013

          Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf


## CERTIFICATE OF COMPLIANCE

WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

By: /s/ Bruce L. Udolf


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 4th day of October, 2013.

By: /s/ Bruce L. Udolf