UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT PATRICIA LYNN HOUGH'S PROPOSED STATEMENT OF THE CASE

This is a criminal case.

The indictment in this case charges the Defendant, Dr. Patricia Lynn Hough, with one count of conspiring with other individuals to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service. The indictment also charges Dr. Hough with four counts of filing false individual tax returns for the years 2005 through 2008.

The indictment is not evidence of anything. Dr. Hough has pleaded not guilty and denies all the charges against her.

Respectfully submitted,

**BRUCE L. UDOLF, P.A.**
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF COMPLIANCE

  WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

                    By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

  WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 4th day of October, 2013.

                    By: /s/ Bruce L. Udolf