IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S NOTICE REGARDING DEFENDANT'S INTENT TO CALL
SPECIAL AGENT LALLI AS A WITNESS AND EXPERT WITNESS NOTICE**

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby files this Notice with the Court concerning defendant Hough's inclusion of Internal Revenue Service Special Agent Cameron Lalli on her witness list and her notice of an unidentified expert witness.

1. Defendant's Failure to Comply with *United States ex rel. Touhy v. Ragen*[1]

The government moves the Court to compel the Defendant to comply with 26 C.F.R. § 301.9000-1 - 301.9000-7 by providing a written statement of the testimony sought in order for Special Agent Lalli to determine whether he must seek authorization to testify if called by the defense. Without any written statement, no such determination can properly be made.[2]

---

[1] 340 U.S. 462, 468 (1951)

[2] Defendant Hough has had ample notice that the *Touhy* regulations may apply were she to call Special Agent Lalli as a witness; the government has made several verbal and in-writing demands for compliance with the regulations. *See* September 25, 2013 Letter to Nathan Hochman, Esq. Counsel for the defendant has stated that if he does not issue a subpoena to Special Agent Lalli then he does not have to comply with IRS's *Touhy* regulations. However, 26 C.F.R. §301.9000-1(c) and (d) cover both requests and demands (subpoena or court order). 26 C.F.R. § 301.9000-1(c) and (d).

1

2. <u>Defendant's Failure to Comply with Rule 16 Expert Witness Notice Requirements</u>

By e-mail dated September 9, 2013, the defense advised the government that it intended to call Mr. Luis Rivera in potential rebuttal to Revenue Agent Sheila Maurer's testimony concerning alleged unreported income and expenses relating to Dr. Hough and David Fredrick concerning the foreign accounts identified in the Revenue Agent's Report ("RAR") as well as the discovery provided to date by the Government.  Despite this notice, Mr. Rivera's name does not appear on the defendant's witness list.  Instead, a general statement -- "a rebuttal expert yet to be determined" -- is listed.  The notice provided by the defense as to this unnamed expert is not timely nor does it comply with the requirements of Rule 16 and the Court's Scheduling Order in that it does not identify the witness, his or her opinions or the basis for their opinions.  The government requests the Court order the defense to comply with Rule 16 and the Court's Scheduling Order and compel the defendant to provide adequate expert witness notice.

WHEREFORE, the government requests that the Court compel the Defendant to comply with 1) 26 C.F.R. § 301.9000-1 - 301.9000-7 by providing a written statement of the testimony sought in order for Special Agent Lalli to determine whether he must seek authorization to testify if called by the defense and 2) Rule 16 expert witness notice requirements, and 3) any further relief the Court deems appropriate.

    A.  LEE BENTLEY, III
    Acting United States Attorney

    By:     /s/ Caryn D. Finley
    CARYN D. FINLEY
    MARGARET LEIGH KESSLER
    Trial Attorneys,  DOJ Tax Division
    2110 First Street, Suite 3-137
    Fort Myers, Florida  33901
    Telephone:  (202) 514-5051
    Facsimile:  (202) 514-0961
    E-mail: caryn.finley@usdoj.govI

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf

Charles Edward Falk

Brianna L. Abrams

In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

/s/ Caryn D. Finley
CARYN D. FINLEY
Trial Attorney, Department of Justice,
Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Telephone: (202) 514-5051
Facsimile: (239) 461-2219
E-mail: caryn.finley@usdoj.gov

3

10605621.1