

**U.S. Department of Justice**

**Tax Division**

*Trial Attorney :Caryn Finley*  
*Attorney's Direct Line:202-514-5051*  
*Fax No. 202-514-0961*  
*Caryn.Finley@usdoj.gov*  

*Southern Criminal Enforcement Section*  
*P.O. Box 972*  
*Washington, D.C. 20044*

DJ#5-17M-28130  
CMN:2012200767

September 25, 2013

VIA E-MAIL AND FEDERAL EXPRESS

Nathan J. Hochman, Esquire  
Bingham McCutchen, LLP  
The Water Garden  
1601 Cloverfield Blvd., Suite 2050 North  
Santa Monica, CA 90404-4082

        Re:    United States v. Patricia Hough  
                   Case No. 02:13-cr-00072

Dear Counsel:

     This letter is in follow up to our telephone discussion on September 19, 2013 and other correspondence we have exchanged. First, by e-mail dated September 11, 2013, the government inquired as to whether the description provided in your September 9, 2013 email of the potential testimony of Mr. Rivera and Mr. Juker was intended to be the summary of their potential expert witness testimony as required by the Court's Scheduling Order and Rule 16. We have not had any response to this question. Please advise so that we may determine if a Motion in Limine is necessary. Further, when we spoke on September 19, 2013, you advised that you would provide a copy of the appeal to Swiss authorities which you stated was prepared by Mr. Juker. We still have not received this document. Please advise when it will be made available to the government.

     Second, pursuant to the Court's Scheduling Order and Rule 16, the following additional discovery materials are provided to you by the Tax Division. Please be advised that the discovery provided includes personal identifying information and tax information. The

10551153.1

government requests that you take the necessary precautions to safeguard this information and that you convey the same request to your client.

1. 115 pages of emails recently provided to the government by Jason Harrell of Re/Max Preferred Realty
2. Copy of Certified North Carolina General Warranty Deed dated February 2, 2010
3. Copy of Certified North Carolina General Warranty Deed dated July 25, 2005
4. Copy of Certified North Carolina Deed of Trust dated February 28, 2008
5. Copy of Certified North Carolina General Warranty Deed dated November 21, 2008
6. Copy of Certified Pitt County, North Carolina Deed dated March 6, 2008
7. Copy of Certified North Carolina General Warranty Deed dated April 15, 2011
8. Copy of Certified North Carolina General Warranty Deed dated June 11, 2007
9. Copy of Certified Pitt County, North Carolina Deed dated December 6, 2004
10. Copy of Certified Articles of Organization for Florida Limited Liability Company, Lynn, Leon & Lyon Group, LLC
11. Photograph of 470 Mountain Patton Road, Asheville, North Carolina
12. Photograph of 304 Campden Way, Greenville, North Carolina
13. June 17, 2013 Memorandum of Conversation of John Nekic; June 13, 2013 Memorandum of Conversation of Laura Whitley; June 13, 2013 Memorandum of Conversation of Perry Garner; June 13, 2013 Memorandum of Conversation of Rex Pitts and Melanie Pitts; June 13, 2013 Memorandum of Conversation of Susan McBride; and Special Agent Lalli's notes related thereto
14. September 10, 2013 Memorandum of Conversation of Laura Whitley and Special Agent Lalli's notes related thereto
15. September 10, 2013 Memorandum of Interview of Kathryn Yates and Special Agent Lalli's notes related thereto
16. September 10, 2013 Memorandum of Interview of Jerry Schneider and Special Agent Lalli's notes related thereto
17. September 12, 2013 Memorandum of Interview of David Minchenberg and Special Agent Lalli's notes related thereto
18. September 17, 2013 Memorandum of Interview of Steven Rodger and Special Agent Lalli's notes related thereto.

The government respectfully reminds the defense that the government is entitled to reciprocal discovery in this matter pursuant to Federal Rule of Criminal Procedure 16(b) and paragraphs (I),(Q), (R), and (S) of the Court's Scheduling Order. To date, the government has received no reciprocal discovery from the defense other than the resumes of Mr. Rivera and Mr. Juker, and again requests that any reciprocal discovery be produced to the government. To the extent you consider any documents provided by the government as part of its Rule 16 discovery obligations to be part of your reciprocal discovery obligations, the government again requests that the defense identify such documents by Bates numbering or file name. The government believes that Rule 16 and the Court's Scheduling Order require the defendant to specifically identify those documents that constitute reciprocal discovery. We ask only that the defense identify the documents, not reproduce them. Without the requested specificity, the government cannot effectively determine what, if any, additional Motions in Limine must be filed and the government may be forced to file Motions in Limine at or on the eve of trial, contrary to both the

timeline we have agreed upon and the Court's Scheduling Order ¶ (II)(C). The government wishes to avoid this scenario if at all possible.

Also enclosed with a hard copy of this letter being sent by Federal Express is a disc which contains scanned versions of four binders the government expects Revenue Agent Maurer to use for her testimony. Additional binders are being scanned and we will send a disc containing the remaining binders as soon as the scanning is complete. Again, the documents contained in these binders have already been provided to the defense. We are simply providing them now in the manner we expect them to be organized and used at trial.

Pursuant to your September 9, 2013 email, enclosed please find Special Agent Lalli's rough notes for the below listed witnesses. The rough notes are attached to the previously produced Memoranda of Interview or Conversation, which we are reproducing again herein. The government has reviewed Special Agent Lalli's rough notes for *Brady* material for any other witnesses who were interviewed but who the government does not intend to call as a witness at trial.

1. November 28, 2012 Memorandum of Interview of Laura Whitely
2. December 3, 2010 Memorandum of Interview of Laura Whitley
3. December 14, 2010 Memorandum of Interview of David Minchenberg
4. April 9, 2013 Memorandum of Conversation of Marc Rudow
5. November 27, 2012 Memorandum of Interview of Steven Rodger
6. May 21, 2012 Memorandum of Conversation of Thomas Murtha
7. June 5, 2012 Memorandum of Interview of Thomas Murtha
8. September 25, 2009 Memorandum of Interview of Thomas Murtha
9. September 10, 2012 Memorandum of Conversation of Jerry Schneider
10. December 6, 2010 Memorandum of Conversation of Charlene Varga
11. November 25, 2012 Memorandum of Interview of Jeffrey Gallant
12. April 17, 2013 Memorandum of Conversation of Michael Hartman

Finally, in our conversation on September 19, you indicated the defense may call Special Agent Lalli to testify as a defense witness. As we stated during that conversation, the government expects that the defense will comply with the applicable *Touhy* regulations with regard to any testimony sought from Special Agent Lalli and will object to any testimony sought from him if the applicable regulations have not been complied with. *See*, 5 U.S.C. Section 301; *U.S. ex rel. Touhy v. Ragen*, 340 U.S. 462 91951); 26 C.F.R. Section 301.9000-1 – 301.9000-7.

The government recognizes its continuing duty to disclose any additional discoverable materials that come into the possession, custody or control of the United States. We will notify you if additional discovery becomes available.

- 4 -

If you have any further questions, please do not hesitate to call Caryn at 202-514-5051 or Leigh at 202-514-5193.

                                      Sincerely,

                                      A. LEE BENTLEY, III
                                      Acting United States Attorney

                                      CARYN D. FINLEY
                                      MARGARET LEIGH KESSLER
                                      Trial Attorneys
                                      Department of Justice, Tax Division

cc:    Charles Falk, Esq. - cefalk25@cfalk.com
       Brianna Abrams, Esq. - brianna.abrams@bingham.com
       Bruce Udolf, Esq. - Budolf@udolflaw.com
       Daniel A. Saunders, Esq. - daniel.saunders@bingham.com

10551153.1