UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,  __

      Government  X

v.                       Case No.  2:13-cr-72-FtM-99SPC

PATRICIA LYNN HOUGH          __  Evidentiary

                                 X  Trial

      Defendant  __         ___  Other

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1-A | | | | Form 1040 for 2001 for Patricia Hough |
| 1-B | | | | Form 1040 for 2003 for Patricia Hough |
| 1-C | | | | Form 1040 for 2004 for Patricia Hough |
| 1-D | | | | Form 1040 for 2005 for Patricia Hough |
| 1-E | | | | Form 1040X for 2005 for Patricia Hough |
| 1-F | | | | Form 1040X for 2006 for Patricia Hough |
| 1-G | | | | Form 1040 for 2007 for Patricia Hough |
| 1-H | | | | Form 1040 for 2008 for Patricia Hough |
| 1-I | | | | Transcript of Account for 2000 for Patricia Hough |
| 1-J | | | | Transcript of Account for 2001 for Patricia Hough |
| 1-K | | | | Transcript of Account for 2002 for Patricia Hough |
| 1-L | | | | Transcript of Account for 2003 for Patricia Hough |
| 1-M | | | | Transcript of Account for 2004 for Patricia Hough |
| 1-N | | | | Transcript of Account for 2005 for Patricia Hough |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1-O | | | | Transcript of Account for 2006 for Patricia Hough |
| 1-P | | | | Transcript of Account for 2007 for Patricia Hough |
| 1-Q | | | | Transcript of Account for 2008 for Patricia Hough |
| 1-R | | | | Certified Record of Account Transcripts - Form 709, Gift Tax Returns for Patricia Hough |
| 1-S | | | | Certified Lack of Record for Gift Tax Returns for Patricia Hough |
| 1-T | | | | Form 1040 for 2003 for David Fredrick |
| 1-U | | | | Form 1040 for 2004 for David Fredrick |
| 1-V | | | | Form 1040 for 2005 for David Fredrick |
| 1-W | | | | Form 1040 for 2006 for David Fredrick |
| 1-X | | | | Form 1040 for 2007 for David Fredrick |
| 1-Y | | | | Form 1040 for 2008 for David Fredrick |
| 1-Z | | | | 2000 Transcript for David Fredrick |
| 1-AA | | | | 2001 Transcript for David Fredrick |
| 1-BB | | | | 2002 Transcript for David Fredrick |
| 1-CC | | | | 2003 Transcript for David Fredrick |
| 1-DD | | | | 2004 Transcript for David Fredrick |
| 1-EE | | | | 2005 Transcript for David Fredrick |
| 1-FF | | | | 2006 Transcript for David Fredrick |
| 1-GG | | | | 2007 Transcript for David Fredrick |
| 1-HH | | | | 2008 Transcript for David Fredrick |
| 1-II | | | | Certified Lack of Record for Gift Tax Returns for David Fredrick |
| 1-JJ | | | | Certified 2007 1120 Tax Return for EIC Holding Inc and Subsidiaries |
| 2 | | | | EMPTY |
| 3-A | | | | 18 USC § 3505 Certification |
| 3-B | | | | Account Opening Documents for UBS Account xxx-xx2267 in the name of Patricia Hough |

Case Number:        2:13-cr-72-FtM-99SPC                          Page 3 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 3-C | | | | Account Opening Documents for UBS Account xxx-xx8833 in the name of New Vanguard |
| 3-D | | | | New Vanguard Corporate Documents |
| 3-E | | | | Emails, Correspondence, and Internal UBS Reports for UBS Account xxx-xx8833 in the name of New Vanguard |
| 3-F | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx8833 in the name of New Vanguard |
| 3-G | | | | Account Opening Documents for UBS Account xxx-xx7872 |
| 3-H | | | | Emails, Correspondence, and Internal UBS Reports for UBS Account xxx-xx7872 |
| 3-I | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx7872 |
| 3-J | | | | Account Opening Documents for UBS Account xxx-xx1472 for Medical Technology Associates |
| 3-K | | | | Medical Technology Associates Corporate Documents |
| 3-L | | | | Emails, Correspondence, and Internal UBS Reports for UBS Account xxx-xx1472 in the name of Medical Technology Associates |
| 3-M | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx1472 in the name of Medical Technology Assocaites |
| 3-N | | | | Account Opening Documents for UBS Account xxx-xx7840 in the name of Apex Consultants |
| 3-O | | | | Apex Consultants Corporate Documents |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 3-P | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx7840 in the name of Apex Consultants |
| 3-Q | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx7840 in the name of Apex Consultants |
| 3-R | | | | Account Opening Documents for UBS Account xxx-xx2267 in the name of Patricia Hough |
| 3-S | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx2267 in the name of Patricia Hough |
| 3-T | | | | Account Statements, Debit and Credit Advice, Securities Statements, Confirmation of Incoming/Outgoing delivery and Statements of Assets for UBS Account xxx-xx2267 in the name of Patricia Hough |
| 3-U | | | | Account Opening Documents for UBS Account xxx-xx2245 in the name of Saba University School of Medicine Foundation |
| 3-V | | | | Saba University School of Medicine Foundation Corporate Documents |
| 3-W | | | | Emails, Correspondence, and Internal UBS Reports for Account xxx-xx2245 |
| 3-X | | | | Account Statements, Debit and Credit Advice, Securities Statementss and Statements of Assets for UBS Account xxx-xx2245 |
| 3-Y | | | | Account Opening Documents for UBS Account xxx-xx3428 in the name of Medical University of the Americas |
| 3-Z | | | | Medical University of the Americas Corporate Documents |
| 3-AA | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx3428 in the name of Medical University of the Americas |

Case Number:        2:13-cr-72-FtM-99SPC                          Page 5 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 3-BB | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx3428 |
| 3-CC | | | | Account Opening Documents for UBS Account xxx-xx3443 in the name of Top Fast |
| 3-DD | | | | Top Fast Corporate Documents |
| 3-EE | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx3443 in the name of Top Fast |
| 3-FF | | | | Account Statements, Debit and Credit Advice, Securities Statements and Statements of Assets for UBS Account xxx-xx3443 in the name of Top Fast |
| 3-GG | | | | Account Opening Documents for UBS Account xxx-xx5268 in the name of Patricia Hough and David Fredrick |
| 3-HH | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx5268 in the name of Patricia Hough and David Fredrick |
| 3-II | | | | Account Statements, Debit and Credit Advice, Securities Statements, Confirmation of Incoming/Outgoing delivery and Statements of Assets for UBS Account xxx-xx5268 in the name of Patricia Hough and David Fredrick |
| 3-JJ | | | | Account Opening Documents for UBS Account xxx-xx2263 in the name of David Fredrick |
| 3-KK | | | | Emails, Correspondence and Internal UBS Reports for UBS Account xxx-xx2263 in the name of David Fredrick |
| 3-LL | | | | Account Statements, Debit and Credit Advice, Securities Statements, Confirmation of Incoming/Outgoing delivery and Statements of Assets for UBS Account xxx-xx2263 in the name of David Fredrick |
| 3-MM | | | | Select Translated Records |
| 3-NN | | | | Select Unredacted Records |

Case Number:        2:13-cr-72-FtM-99SPC                              Page 6 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 4-A | | | | Account Opening Documents for Fortis Banque Account xx0.291 in the name of Saba School of Medicine Foundation |
| 4-B | | | | December 1, 2008 Memo re: Saba School of Medicine is owned by Saba Foundation, Power of Attorney for Foundation and other Foundation documents |
| 4-C | | | | Account Opening Documents for Liechtensteinsche Landesbank Account xxx.x08.59 in the name of Saba University School of Medicine |
| 4-D | | | | Account Opening Documents for Zurcher Kantonalbank Account x.xx2.411 the name of Ample Dynamic |
| 4-E | | | | Account Opening Documents for Bank Alpunim Account xx0.984 in the name of Ample Dynamic |
| 4-F | | | | Opening Documents for Fortis Banque Account xx0.404 in the name of Medical Universities of the Americas |
| 4-G | | | | Opening Documents for Fortis Banque Account xx0.439 in the name of Top Fast |
| 4-H | | | | Opening Documents for Liechtensteinsche Landesbank Account xxx.x90.89 in the name of Top Fast |
| 4-I | | | | Opening Documents for Bank Alpunim Account xx0.983 in the name of Top Fast |
| 4-J | | | | Opening Documents for Fortis Banque Account in the name of New Vanguard |
| 4-K | | | | Opening Documents for Liechtensteinsche Landesbank Account xx0.438 in the name of New Vanguard |
| 4-L | | | | Opening Documents for UBS Account xxx-xxx7660 in the name of Ample Dynamic dated January 17,  2007 |
| 4-M | | | | Opening Documents for UBS Account xxx-xxx7660 in the name of Ample Dynamic dated May 3, 2007 |

Case Number:        2:13-cr-72-FtM-99SPC                    Page 7 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 4-N | | | | Account Statements and Statements of Assets for UBS Account xxx-xxx7660 in the name of Ample Dynamic |
| 5-A | | | | 902(11) for Flischel, Murtha & Associates |
| 5-B | | | | Appointment of Managing Partners of Lynn Leon Lyon Group |
| 5-C | | | | April 12, 1999 letter from Patricia Hough to Flischel re: 1998 taxes extension and filing status |
| 5-D | | | | August 27, 1999 letter from Patricia Hough to Flischel re: prep of returns |
| 5-E | | | | Minchenberg's December 2, 2004 Memo to the File re: 5471 and letter submitting 5471 to IRS |
| 5-F | | | | Filed 5471 for MUA Belize with return receipt |
| 5-G | | | | Flowchart/Organizational Chart |
| 5-H | | | | Patricia Hough handwritten donation list for 2007 |
| 5-I | | | | Letter to Phillips University and $100,000 check |
| 5-J | | | | January 7, 2008 email from Patricia Hough to Thomas Murtha, cc to David Fredrick re: SEP contribution amounts |
| 5-K | | | | Notes for 2008 tax prep |
| 5-L | | | | March 26, 2008 email from Patricia Hough to Thomas Murtha re: more charitable donations |
| 5-M | | | | HUD-1 for Grey Fox Trail in Greenville, NC for 2004 purchase and 2008 sale |
| 6-A | | | | 902(11) for Jones Walker |
| 6-B | | | | February 18, 2002 letter to Mark and Brad from David Fredrick |
| 6-C | | | | March 1, 2003 email from David Fredrick to Brad, et al |
| 6-D | | | | April 7, 2003 Letter of Intent |

Case Number:        2:13-cr-72-FtM-99SPC                                    Page 8 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 6-E | | | | April 30, 2003 letter from Van Cura, Anderson, and Dobbs to David Fredrick and Patricia Hough about follow-up and due diligence |
| 6-F | | | | June 25, 2003 Initial Purchase Agreement with June 26, 2003 fax |
| 6-G | | | | June 25, 2003 Purchase Agreement between Huntington Institute and David Fredrick and Patricia Hough with June 30, 2003 cover letter |
| 6-H | | | | July 3, 2003 email from David Fredrick to Dobbs, Van Cura and cc to Patricia Hough |
| 6-I | | | | July 8, 2003 email from Patricia Hough to Dobbs, Anderson, cc to David Fredrick |
| 6-J | | | | February 1, 1999 Mortgage Deed for Gardner property |
| 6-K | | | | June 6, 2002 Assignment of Buyer's Rights under the Real Estate Purchase Agreement |
| 6-L | | | | Deed to purchase land on Saba in 1999 for $250,000 |
| 6-M | | | | February 9, 1999 Power of Attorney for Laura Walls to purchase property on Saba |
| 6-N | | | | September 2000 Power of Attorney for Laura Walls |
| 6-O | | | | Order of Government re: Patricia Hough's appeal to establish Roundhill Holding Company |
| 7-A | | | | October 27, 2004 Overview of Services for Educational Information Consultants, Inc. |
| 7-B | | | | October 27, 2007 Overview of Saba University School of Medicine & Medical University of the Americans |
| 7-C | | | | October 15, 2003 Transfer of Medical Universities of the Americas Shares from Patricia Hough to David Fredrick |
| 7-D | | | | Request for Proposal Legal & Tax Restructuring Report |

Case Number:       2:13-cr-72-FtM-99SPC                                  Page 9 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 7-E | | | | Current Operations, Legal & Tax Structure with Desired Changes |
| 7-F | | | | SUSOM & Nevis MUA Current & Proposed Legal Structure Memo |
| 7-G | | | | December 28, 2003 email from David Minchenberg to David Fredrick, Patricia Hough, Jerry Schneider and others re: Proposed Restructured Entities |
| 7-H | | | | Outline for Meeting with David Fredrick |
| 7-I | | | | January 3, 2005 email from Jerry Schneider to David Fredrick and David Minchenberg re: restructuring plan |
| 7-J | | | | October 28, 2005 Memo to Dr. Fredrick & Dr. Hough Critical Tax Items International Tax Issues and Exposure |
| 7-K | | | | International Tax Meeting Memo |
| 7-L | | | | Article on Richard Hatch and Publication 733 |
| 7-M | | | | February 2, 2005 Memo from Minchenberg to David Fredrick and Patricia Hough cc to Jerry Schneider and Dean Hiltzik re: Saba and MUA Tax Compliance & Other Key Initiatives |
| 7-N | | | | March 8, 2005 Memo from Minchenberg to David Fredrick and Patricia Hough cc to Jerry Schneider and Dean Hiltzik re: Saba and MUA Tax Compliance & Other Key Initiatives |
| 7-O | | | | May 4, 2005 Memo from Minchenberg to David Fredrick and Patricia Hough cc to Jerry Schneider and Dean Hiltzik re: Saba and MUA Tax Compliance & Other Key Initiatives |
| 7-P | | | | August 6, 2005 and August 9, 2005 emails between David Fredrick and David Minchenberg |
| 7-Q | | | | January 20 and 21, 2005 emails between David Minchenberg and Patricia Hough |

Case Number:          2:13-cr-72-FtM-99SPC                          Page 10 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 7-R | | | | January 20 and 21, 2005 emails between David Minchenberg and Patricia Hough |
| 7-S | | | | January 20 and 21, 2005 emails between David Minchenberg and Patricia Hough |
| 7-T | | | | January 31, 2005 email from David Minchenberg to David Fredrick and Patricia Hough re: Important Tax & Reorganization Meeting |
| 7-U | | | | January 21, 2005 emails between David Fredrick and Patricia Hough re: 5471 |
| 7-V | | | | November 19, 2004 Letter from David Fredrick to IRS with attached Form 5471 for MUA Belize |
| 7-W | | | | Memo to the Files dated December 2, 2004 re: IRS Form 5471 - MUA Nevis |
| 7-X | | | | February 2, 2001 Right of Superficies for Roundhill Property |
| 7-Y | | | | July 18, 2005 Notice from IRS re: SABA Inc. |
| 7-Z | | | | July 2, 2004 fax and Minutes of Hillside Properties Shareholders Meeting |
| 7-AA | | | | June 22, 2004 Letter re: Laura Whitley is Director of Medical Technology Associates |
| 7-BB | | | | August 24, 2004 Invoice for $10,000 |
| 7-CC | | | | List of assets, ownership and funds transfers 1997 - 2004 for Schneider |
| 7-DD | | | | November 20, 2003 email from Refolo to Patricia Hough, David Fredrick forwarding response of B. Spahn |
| 7-EE | | | | April 30, 2004 Financials for Medical Universities of the Americas |
| 7-FF | | | | January 19, 2004 Letter to Refolo signed by Schneider and David Fredrick |
| 7-GG | | | | December 22, 2003 Engagement Letter by Bowditch & Dewey |
| 7-HH | | | | August 8, 2004 Letter re: Engagement |

Case Number:        2:13-cr-72-FtM-99SPC                    Page 11 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 7-II | | | | November 20, 2003 email from Schneider to David Fredrick re: Title IV |
| 7-JJ | | | | 2004 Saba University School of Medicine Profit & Loss |
| 7-KK | | | | NH Documents re: Avoiding Sales Tax |
| 7-LL | | | | November 20, 2003 Email from Jerry Schneider to David Fredrick |
| 7-MM | | | | December 2, 2010 Proffer Letter |
| 8-A | | | | December 9, 2003 email from Schneider to DF re: scope of audit |
| 8-B | | | | December 18, 2003 fax cover sheet from David Fredrick to Jerome Schneider regarding legal tax structure and Jones Walker opinion letter |
| 8-C | | | | April 30, 2004 Saba School of Medicine Foundation Financial Statements |
| 8-D | | | | Saba School of Medicine Foundation Articles of Creation |
| 8-E | | | | October 29, 2002 Agreement between Country of Saba and Foundation to operate School |
| 8-F | | | | August 5, 2005 Outstanding Audit Items |
| 8-G | | | | August 9, 2005 Email from DF to DM, re: Outstanding audit items |
| 8-H | | | | Email from DF to DM, Schneider & Luetolf re: bank confirms |
| 8-I | | | | August 1, 2005 Letter of Agreement and Loan Assumption for MTA and ESI loans |
| 8-J | | | | February 2, 2001 Right of Superficies document |
| 8-K | | | | August 5, 2004 Fax from DF to Schneider with copy of Deed for Round Hill Property |
| 8-L | | | | Articles of Association for Hillside Properties |
| 8-M | | | | November 3, 2004 fax from Minchenberg to Hiltzik re: 5471 and draft 5471 |

Case Number:        2:13-cr-72-FtM-99SPC                              Page 12 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 8-N | | | | November 5, 2004 fax from Minchenberg to Hiltzik re: 5471 and Draft 5471 for MUA Belize and Round Hill with instructions |
| 8-O | | | | December 28, 2004 email from DM to PH, DF, Schneider re: Proposed Restructured Entities SABA, MUA and Related Companies |
| 8-P | | | | Memo by David Minchenberg for restructuring |
| 8-Q | | | | April 30, 2005 Saba School of Medicine Foundation Financial Statement ending and Auditor's Report |
| 8-R | | | | April 1, 2005 Promissory Note between SABA and Hillside Properties |
| 8-S | | | | Email concerning Round Hill financials |
| 8-T | | | | January 22, 2006 Email from Schneider to DM re: 5471 |
| 8-U | | | | May 5, 2006 Engagement Letter for 5471 |
| 8-V | | | | Email from Schneider to Bowditch regarding actual filings of Round Hill 5471 with 2001 - 2004 Forms 5471 |
| 8-W | | | | Bowditch Engagement Letter re: 5471 2000-2001 |
| 8-X | | | | Engagement Letter from Schneider & Associates and Bowditch & Dewey |
| 8-Y | | | | December 6, 2005 Management letter to auditors |
| 8-Z | | | | MUA Stock Ownership Analysis |
| 8-AA | | | | April 30, 2005 MUA Financial Statements & December 6, 2005 Auditors Report |
| 8-BB | | | | UBS Bank Records |
| 8-CC | | | | International Tax Meeting Memo |
| 8-DD | | | | Saba School of Medicine Balance Sheet April 30, 2006 |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 8-EE | | | | Saba School of Medicine Balance Sheet April 30, 2006 |
| 8-FF | | | | UBS Bank Records |
| 9-A | | | | 902(11) Business Certification |
| 9-B | | | | April 30, 2006 MUA Financial Statements |
| 9-C | | | | April 30, 2006 Balance Sheet |
| 9-D | | | | April 30, 2006 Related Entities |
| 9-E | | | | November 15, 2006 MUA letter to Venning & Jacques re: Audit Confirmation Letter |
| 9-F | | | | MUA Board Minutes |
| 9-G | | | | February 17, 2006 letter from David Fredrick to MUA shareholders re: Issuance of 20,000 shares |
| 9-H | | | | March 8, 2006 Minutes of MUA re: New Vanguard purchasing shares |
| 9-I | | | | September 27, 2006 letter from David Fredrick to Dieter Luetolf re: provide bank balance |
| 9-J | | | | UBS Bank Statement for MUA dated April 30, 2006 |
| 9-K | | | | April 30, 2004 Promissory Note from David Fredrick to MUA fo $512,113 |
| 9-L | | | | May 1, 2006 letter from Vennings & Jacques re: Understanding of Services for Saba University School of Medicine Foundation |
| 9-M | | | | September 1, 2006 letter from Saba School of Medicine Foundation to Vennings & Jacques re: audit confirmation |
| 9-N | | | | April 30, 2006 Saba School of Medicine Foundation Financial Statements |
| 9-O | | | | April 30, 2006 Saba School of Medicine Balance Sheet |
| 9-P | | | | August 10, 2006 email from Philip Thornton to David Fredrick and Jeffrey Gallant re: China |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| | | | | EXHIBIT LIST |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 9-Q | | | | China Invoice and Agreement between Saba University School of Medicine Foundation and Top Fast |
| 9-R | | | | Saba University School of Medicine Foundation Board Minutes |
| 9-S | | | | July 31, 2006 letter from David Fredrick to Dieter Luetolf/UBS Consent Form |
| 9-T | | | | UBS Bank Confirmation and Bank Statement for Saba University School of Medicine |
| 9-U | | | | Saba University School of Medicine Board of Trustees Minutes |
| 9-V | | | | May 25, 2006 Power of Attorney for Saba University School of Medicine providing David Fredrick with Power of Attorney |
| 10-A | | | | February 14, 2007 Agreement among EIC Acquisition Corp. and Medical Education Group and EIC |
| 10-B | | | | February 14, 2007 Purchase Agreement for MUA |
| 10-C | | | | February 14, 2007 Purchase Agreement for Saba University School of Medicine Foundation |
| 10-D | | | | April 3, 2007 Escrow Agreement |
| 10-E | | | | April 3, 2007 Holdback Escrow Agreement |
| 10-F | | | | April 4, 2007 Flow of Funds Memorandum |
| 11-A | | | | Master Indemnification Agreement |
| 11-B | | | | Disclosure Schedule for MUA Purchase Agreement |
| 11-C | | | | April 29, 1999 Certification of Incorporation for MUA |
| 11-D | | | | July 17, 1998 Statement of Agreement between St. Kitts/Nevis and MUA to establish University |
| 11-E | | | | List of Board of Directors of MUA and Board of Trustees |

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 11-F | | | | Annual Return of MUA for 2006 in Nevis |
| 11-G | | | | MUA Certification of New Vanguard and David Fredrick's ownership of shares |
| 11-H | | | | New Vanguard Director's Certificate |
| 11-I | | | | Take-over Bid - Offer to Purchase Shares for MUA |
| 11-J | | | | Acceptance of Take-over Bid by David Fredrick and Beda Singenberger |
| 11-K | | | | April 3, 2007 Unanimous Written Consent of Board of Directors of MUA |
| 11-L | | | | New Vanguard Written Consent of Sole Director |
| 11-M | | | | Instrument of Transfer of Shares for David Fredrick and New Vanguard |
| 11-N | | | | Patricia Hough, David Fredrick and Beda Singenberger's resignation as Directors of MUA |
| 11-O | | | | January 17, 2007 Certificate of Title for Nevis Property in New Vanguard's name |
| 11-P | | | | Deed of Pledge of Shares of Hillside and MTA |
| 11-Q | | | | Option Exercise Notice Letter from Steven Rodger to David Fredrick re: ownership of MTA by New Vanguard |
| 11-R | | | | Share Transfer Agreement |
| 11-S | | | | Disclosure Schedules to Purchase Agreement for Saba School of Medicine Foundation and Round Hill |
| 11-T | | | | Letter to Island of Saba re: contribution of charter to Saba BV Company |
| 11-U | | | | Unanimous Written Consent of Board of Directors to sell the Saba University School of Medicine Foundation |
| 11-V | | | | Written Consent of Sole Shareholder of Saba Drop Down |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 11-W | | | | Deed of Confirmation and Transfer of Assets and Liabilities from Saba University School of Medicine Foundation to Saba Drop Down |
| 11-X | | | | Share Transfer Agreement |
| 11-Y | | | | Deed of Incorporation for Round Hill |
| 11-Z | | | | Power of Attorney for Round Hill Project Holding Company |
| 11-AA | | | | February 5, 2005 Round Hill Project Holding Company Minutes and Share Sheet |
| 11-BB | | | | Letter to Patricia Hough from Attorney in Saba re: Deed of Conveyance for Round Hill |
| 11-CC | | | | Ratification and Transfer Agreement between Round Hill, David Fredrick, and Patricia Hough and New Vanguard |
| 11-DD | | | | Share Transfer Agreement between New Vanguard, Round Hill and Saba Management Company |
| 11-EE | | | | Unanimous Written Consent of Round Hill Board of Directors |
| 11-FF | | | | Resignations of Board of Directors of Round Hill |
| 11-GG | | | | Power of Attorney for New Vanguard |
| 11-HH | | | | Director's Certificate for New Vanguard |
| 11-II | | | | Written Sole Consent of Director for New Vanguard |
| 11-JJ | | | | David Fredrick Employment Agreement |
| 11-KK | | | | Patricia Hough Consulting Agreement |
| 11-LL | | | | Promissory Notes between Saba University School of Medicine Foundation and Hillside Properties |
| 11-MM | | | | May 25, 2006 Power of Attorney for Saba University School of Medicine |
| 12-A | | | | 902(11) |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 12-B | | | | August 1, 2006 Credit Agreement between LLL Group and Top Fast |
| 12-C | | | | North Carolina Deed of Trust between LLL Group and Top Fast for $1.6 million |
| 12-D | | | | February 2008 emails between Rudow and Patricia Hough re: purchase of land |
| 12-E | | | | November 14, 2008 emails from Patricia Hough to Marc Rudow, cc: David Fredrick re: purchase of land next to our home |
| 12-F | | | | November 18, 2008 emails between Rudow and Patricia Hough and David Fredrick re: purhcase of land |
| 12-G | | | | HUD-1 purchase of land by LLL Group |
| 12-H | | | | Wire confirm for New Vanguard |
| 12-I | | | | 2009 and 2010 emails between Rudow and David Fredrick re: sale to Aldunatec |
| 12-J | | | | January 14, 2010 Letter from David Fredrick to Beth re: sale of house and property |
| 12-K | | | | January 14, 2010 Sale agreement between LLL Group and Aldunatec for $1.2 million |
| 12-L | | | | Addendum to the Contract |
| 12-M | | | | POA from LLL and Aldunatec |
| 12-N | | | | HUD-1 from LLL Group to Aldunatec |
| 12-O | | | | Affidavit and Indemnity |
| 12-P | | | | Wire confirm for $1,180.71 and instructions from David Fredrick to Montenegro |
| 12-Q | | | | February 2, 2010 North Carolina General Warranty Deed from LLL Group to Aldunatec |
| 13-A | | | | 902(11) - Beverly Hanks and Associates |
| 13-B | | | | MLS 2010 for Patton Mountain Road |
| 13-C | | | | March 13, 2008 MLS for Parcel of Land |
| 13-D | | | | June 25, 2008 through December 25, 2008 emails and agency forms |

Case Number:        2:13-cr-72-FtM-99SPC

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 13-E | | | | November 10, 2008 email to DF re: documents on lot next to house, Offer to Purchase |
| 13-F | | | | November 11, 2008 email from Hartman to Seller's agent with Offer to Purchase |
| 13-G | | | | Complete Signed Final Offer to Purchase and Contract |
| 13-H | | | | Settlement Sheet |
| 14-A | | | | July 25, 2005 Certified North Carolina General Warranty Deed for purchase of Asheville house between Huie and LLL Group |
| 14-B | | | | February 28, 2008 Certified North Carolina Deed of Trust between LLL Group and Top Fast |
| 14-C | | | | November 21, 2008 Certified North Carolina Warranty Deed for purchase of land between Helfin and LLL Group |
| 14-D | | | | February 2, 2010 Certified North Carolina General Warranty Deed for sale of land and house between LLL Group and Aldunatec |
| 15-A | | | | 902(11) |
| 15-B | | | | MLS with picture of house |
| 15-C | | | | May 8, 2007 Offer to Purchase and Contract, Greenville, NC and earnest money $2,000 check |
| 15-D | | | | June 11, 2007 HUD-1 |
| 15-E | | | | June 11, 2007 Copy of Deed from Kashef to Ample Dynamic |
| 15-F | | | | Homeowners Insurance Policy Application and policy |
| 15-G | | | | Wire transfer from Ample Dynamic for $590,000 |
| 15-H | | | | Acknowledgment of Receipt of Settlement Statement |

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 16-A | | | | 902(11) |
| 16-B | | | | Offer to Purchase |
| 16-C | | | | March 1, 2011 Saba School of Medicine Foundation Board of Directors Letter |
| 16-D | | | | Emails concerning Ample Dynamic and authority to sign |
| 16-E | | | | March 14, 2011 email from David Fredrick to Steven Jones |
| 16-F | | | | April 5, 2011 Board resolution for Ample Dynamic naming David Fredrick as Power of Attorney |
| 16-G | | | | April 5, 2011 Board Resolution for Ample Dynamic naming David Fredrick Assistant Vice President |
| 16-H | | | | April 8, 2011 Power of Attorney from David Fredrick as Vice President to real estate agent |
| 16-I | | | | General Warranty Deed from Ample Dynamic to Jose |
| 16-J | | | | April 15, 2011 Ample Dynamic Trading Board Resolution appointing Laura Whitley as Assistant Vice President |
| 16-K | | | | April 15, 2011 General Warrant Deed |
| 16-L | | | | HUD-1 |
| 16-M | | | | April 2011 email from David Fredrick to Steven Jones re: wire instructions |
| 16-N | | | | April 20, 2011 wire transfer confirm for $369,905.38 to Ample Dynamic in Lichtenstein |
| 17-A | | | | 902(11) |
| 17-B | | | | August 2010 Emails between David Fredrick and Jason Harrell |
| 17-C | | | | Emails between Jason Harrell, Patricia Hough, David Fredrick and Laura Whitley |

Case Number:        2:13-cr-72-FtM-99SPC                          Page 20 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 18-A | | | | Certified North Carolina General Warranty Deed for 304 Campden Way, Greenville, NC between Kashef and Ample Dynamic |
| 18-B | | | | Certified North Carolina General Warranty Deed for 304 Campden Way, Greenville, NC dated April 15, 2011 between Ample Dynamic and Jose |
| 19-A | | | | 902(11) |
| 19-B | | | | November 2007 Purchase Agreement for $1.6 million |
| 20-A | | | | 902(11) |
| 20-B | | | | June 8, 2010 Final Purchase Offer Letter |
| 20-C | | | | Aircraft Title Report from FAA Records Search |
| 20-D | | | | June 11, 2010 Power of Attorney for Premier with David Fredrick and Florencio Montenegro and Patricia Hough |
| 20-E | | | | June 15, 2010 Bill of Sale |
| 21-A | | | | May 27, 2010 Brokerage Agreement |
| 21-B | | | | June 10, 2010 Email to David Fredrick re: Bill of Sale, closing documents |
| 21-C | | | | Wire instructions Ample c/o Saba Foundation |
| 21-D | | | | Wire Confirmation to LLB in favor of Ample Dynamic |
| 22-A | | | | 902(11) |
| 22-B | | | | June 17, 2010 Aircraft Sales Agreement |
| 23-A | | | | July 31, 2007 Wire Transfer information for $50,000 from Top Fast |
| 23-B | | | | August 10, 2007 Cirrus Aircraft Order |
| 23-C | | | | Internal phone calls notes and tasks |
| 23-D | | | | April 23, 2010 letter from David Fredrick requesting refund |

Case Number:        2:13-cr-72-FtM-99SPC                        Page 21 of 21 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 24-A | | | | Certified copy of Articles of Incorporation for Lynn, Leon, Lyon Group dated July 21, 2003 |
| 25 | | | | EMPTY |
| 26 | | | | EMPTY |
| 27 | | | | EMPTY |
| 28 | | | | EMPTY |
| 29 | | | | EMPTY |
| 30-A | | | | Analysis of David Fredrick UBS Account |
| 30-B | | | | Analysis of Patricia Hough UBS Account |
| 30-C | | | | Analysis of Patricia Hough and David Fredrick Joint UBS Account |
| 30-D | | | | Analysis of New Vanguard UBS Account |
| 30-E | | | | Analysis of New Vanguard Fortis Banque Account |
| 30-F | | | | Analysis of New Vanguard Lichtenstein Landesbank Account |
| 30-G | | | | Analysis of Top Fast Fortis Banque Account |
| 30-H | | | | Analysis of Top Fast Lichtenstein Landesbank Account |
| 30-I | | | | Revenue Agent Report for Patricia Hough |
| 30-J | | | | Schedule of Income and Expenses from Undeclared Accounts |
| 30-K | | | | Revenue Agent Report for David Fredrick |