UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 8, 2013 09:00 AM | Interpreter | |

**Jury Trial Day One**

| | |
|---|---|
| 9:00 | Court and counsel discuss trial issues |
| 9:50 | Voir Dire Examination |
| 12:50 | Luncheon recess |
| 2:00 | Voir Dire Examination (resumed) |
| 2:40 | Jury of twelve, plus four alternates, duly sworn |
| | Preliminary instructions given to the Jury by the Court |
| 2:50 | Opening statement by the government |
| 3:05 | Opening statement by the defendant |
| 4:10 | Recess |
| 4:25 | Rule invoked |

**GOVERNMENT WITNESSES:**

| | |
|---|---|
| 4:30 | Jean Marc Futterknecht |
| 5:00 | Proceedings adjourned |