UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 9, 2013 09:00 AM | Interpreter | |

**Jury Trial Day Two**

| | |
|---|---|
| 9:25 | Jean Marc Futterknecht (resumed) |
| 10:40 | Recess |
| 10:55 | Jury Note (Court's Exhibit No. 1) |
| 10:55 | Jury No. Four excused by the Court for cause |
| 11:12 | Jean Marc Futterknecht (resumed) |
| 11:55 | Luncheon recess |
| 1:00 | Court and counsel discuss trial issues |
| 1:10 | Jean Marc Futterknecht (resumed) |
| 3:50 | Recess |
| 3:10 | Court heard argument from counsel regarding prior ruling, which was denied, for the reasons stated on the record. |
| 3:15 | Jean Marc Futterknecht (resumed) |
| 4:15 | Stipulation published to the Jury |
| 4:18 | Shirley Ball |
| 4:40 | Thomas Murtha |
| 5:02 | Jury excused for the day Court heard argument from counsel |
| 5:12 | Proceedings adjourned to October 10, 2013 at 9:00 a.m. |