UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 10, 2013 09:00 AM | Interpreter | |

**Jury Trial Day Three**

**GOVERNMENT WITNESSES:**

| | |
|---|---|
| 9:05 | **Juror No. 10 questioned by the Court, outside the presence of the Jury, regarding a note to the Court (Court's Exhibit No. 2)** |
| 9:10 | **Thomas Murtha (resumed)** |
| 11:20 | **Mario deCastro** |
| 12:00 | **Luncheon recess** |
| 1:00 | **Mario deCastro (resumed)** |
| 1:55 | **Jerry Schneider** |
| 2:45 | **Recess** |
| 3:00 | **Jury note (Court's Exhibit No. Three)** |
| 3:15 | **Jerry Schneider (resumed)** |
| 4:50 | **Proceedings adjourned to October 11, 2013 at 9:00 a.m.** |