Merletti, Renata

████████ 8833

**Von:** Bagarozza, Carmela
**Gesendet:** Mittwoch, 21. Mai 2008 11:12
**An:** Sh-Ds-Mailings-Wmi-Wmch
**Betreff:** Saldierung ████ 8833

**Anlagen:** scan.pdf

scan.pdf (24 KB)

Anica Loncina
Distribution Services
Zürich
1923 - 77439

Sehr geehrte Damen und Herren

Darf ich Sie bitten, den Stamm ████ 8833 zu saldieren und inaktivieren.
Saldi gemäss Kundenauftag tranferieren.

Vielen Dank.

Freundliche Grüsse

Carmela Bagarozza

UBS AG
Wealth Management
Paradeplatz 6, P.O. Box
CH-8048 Zürich

Tel. +41-44-237 30 13
Fax +41-44-237 66 48

carmela.bagarozza@ubs.com

www.ubs.com

Gestützt auf den bisherigen E-Mail Verkehr mit Ihnen bzw. die mit Ihnen getroffene
Absprache erachtet sich UBS als ermächtigt, Sie via ungesicherter E-Mail kontaktieren
zu dürfen.
Warnung:
(a) E-Mails bergen ERHEBLICHE RISIKEN in sich, z.B. mangelnde Vertraulichkeit,
Manipulation von Inhalt und Absender, Fehlleitung, Viren etc. UBS lehnt jegliche
Verantwortung für Schäden hieraus ab. UBS empfiehlt deshalb auch, KEINE SENSITIVEN
INFORMATIONEN zu senden, bei Antwort E-Mails den empfangenen Text nicht mitzusenden
und die E-Mail Adresse jeweils manuell neu zu erfassen.
(b) UBS akzeptiert über E-Mail grundsätzlich KEINE AUFTRÄGE, Widerrufe von Aufträgen
oder Ermächtigungen, Sperren von Kreditkarten etc. Gehen trotzdem solche E-Mails ein,
ist UBS nicht verpflichtet, diese ausdrücklich zurück zu weisen.
Sollten Sie die vorliegende E-Mail irrtümlich erhalten haben oder wünschen Sie künftig
keine Kontakte mehr per E-Mail, sind Sie gebeten, UBS hierüber sofort zu informieren.
Das irrtümlich erhaltene E-Mail (mit allen Anhängen) ist unwiderruflich zu löschen und
der Inhalt weder an weitere Personen weiterzuleiten noch bekannt zu geben.

61590

I-20080618-025200
I-20080617-012458

1

A-0116_0053

3E.0004

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Montag, 6. Juni 2005 15:22
To: Luetolf, Dieter
Subject: Question

███████ 8833
New Vanguard Holdings Ltd.

Wenn Auftrag kommt
=> Call Dieter

Dieter:

I am considering purchasing another home in North Carolina. I plan on purchasing the home in the name of one of our companies (APEX or MTA). I believe we have an account at UBS for both.

If I have the funds moved from my personal account to MTA or APEX, then have you wire the money to the US, will you still need to have my name listed on the wire transmittal sheet?

Thanks for looking into this,

DF



1

I-20050804-060858

3E.0142

A-0116_0244

## Luetolf, Dieter

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Dienstag, 7. Juni 2005 14:07 |
| To: | Luetolf, Dieter |
| Subject: | RE: Question |

Dieter:

Wonderful. I'll let you know within a few days.

Regards,

DF

--- dieter.luetolf@ubs.com wrote:

> Dear David,
>
> We have APEX Consultants Limited and Medical
> Technology Associates, either of which could be
> used.
>
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Montag, 6. Juni 2005 18:04
> To: Luetolf, Dieter
> Subject: RE: Question
>
>
> Dieter:
>
> Can you just confirm for me that APEX or MTA are
> accounts that we have with you and that this is what
> would appear on the wire transfer.
>
> Thanks,
>
> DF
>

## Luetolf, Dieter

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Dienstag, 7. Juni 2005 14:06 |
| To: | Luetolf, Dieter |
| Cc: | Patricia Hough |
| Subject: | RE: Question |

Dieter:

Sounds OK to me.... see you at the Westin at 11AM, followed by lunch.

DF

--- dieter.luetolf@ubs.com wrote:

> Dear David,
>
> Shall we do lunch that Thursday? We could meet at
> the Westin around 11 and go for lunch after? Or does
> another time suit you better?

1

I-20050804-060859

A-0116_0245

3E.0143

```
> Best regards,
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Montag, 6. Juni 2005 22:52
> To: Luetolf, Dieter
> Subject: RE: Question
>
>
> Dieter:
>
> Yes, we are available on Thursday, June 23rd.   That
> would work for us... and we could still make our
> site
> visit on Friday in Rocherster, NY.   No problem.
>
> Regards,
>
> DF
>
>
>
> --- dieter.luetolf@ubs.com wrote:
>
> > We need to mention the name of the account holder.
> > If that is a corporation, that's the name that
> goes
> > on the transfer.
> >
> > Best regards,
> > Dieter
> >
> > -----Original Message-----
> > From: David Fredrick [mailto:drfredrick@yahoo.com]
> > Sent: Montag, 6. Juni 2005 15:22
> > To: Luetolf, Dieter
> > Subject: Question
> >
> >
> > Dieter:
> >
> > I am considering purchasing another home in North
> > Carolina.  I plan on purchasing the home in the
> name
> > of one of our companies (APEX or MTA).  I believe
> we
> > have an account at UBS for both.
> >
> > If I have the funds moved from my personal account
> > to
> > MTA or APEX, then have you wire the money to the
> US,
> > will you still need to have my name listed on the
> > wire
> > transmittal sheet?
> >
> > Thanks for looking into this,
> >
> > DF
> >
>
>
```

2

I-20050804-060860

A-0116_0246

3E.0144

Luetolf, Dieter

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Montag, 19. September 2005 15:33 |
| To: | Luetolf, Dieter |
| Subject: | Wire Transfer |

Dear Dieter:

Here is the information for the wire transfer of $5,000. We just want to make sure there is no sender information. Thanks, Dave

Dean Hughson
Wells Fargo Bank, N.A.
Scottsdle Az 85254 USA
aba#122105278
account ████8198

*[handwritten: 14595 North Scottsdale Rd]*
*[handwritten: Scottsdale]*

*[stamp: Claudia M5tzler JV / CD ... / 01/.../ B16A / AAXE-MMC]*

---

Luetolf, Dieter

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Montag, 19. September 2005 15:22 |
| To: | Luetolf, Dieter; dieter lutolf |
| Subject: | Need Funds Sent |

Dear Dieter,

We need the sum of $5,000 sent to someone in the states. We would like it to come from UBS in Bahamas either as a wire transfer or a bank check and not identify me as the sender. Is this possible? I would appreciate your help; we need to try and do it this week.

You can call me on my cell phone: 978-815-47404.

Thanks, Dave

1

1-20051005-023318

## Hoffmann, Patrick

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Montag, 18. Juli 2005 22:04 |
| To: | Luetolf, Dieter |
| Cc: | sinco@bluewin.ch; Patricia Hough |
| Subject: | Wire |

Dieter/Beda:

I am still a little unfamiliar with the procedure we need to take to get a wire from Beda... so I will send this to you with a copy to Sinco Trust.

I believe when we spoke with Beda, we determined that the wire for the house we are buying should come from our Hong Kong company (New Vanguard). The amount and wire instructions are listed below:

Amount to be wired:   $1,140,000.00 US dollars

Wire to:   Suntrust Bank
          220 S. Main St, Hendersonville, NC 28792

Routing Number:   061 000 104
Account number:   ▮▮▮▮6747

Account Name/Credit to:   John Tate Trust Account

Thank you for your assistance.

PS: Sebastian Courage has signed the purchase and sale agreement for the schools with a projected closing date around August 25th. According to the P&S, he should be placing the entire amount in an account with UBS prior to August 5th.

Regards,

David Fredrick

1

I-20050727-021258

*New Vanguard*

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Donnerstag, 24. November 2005 15:03
To: Luetolf, Dieter
Subject: Favor

Dieter:

Can you please send a "bank check" for $5,000.00 to the following individual/bank, for deposit. We do not want to send a wire because we do not want our name listed anywhere. I believe you had the check sent from UBS in New York the last time.

Wells Fargo Bank
13733 N. Fountain Hills Blvd
Fountain Hills, AZ 85268

for deposit into account of:
Mr. Dean Hughson
Acct: ▮▮▮▮8198

Thanks,

DF

→ *Auftrag von Sinco einholen !*

1

1-20051208-027373

## Client CAWB Information

**Account:** ▇▇▇▇▇▇8833
**Account Reference:** A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 1 | 1769 | 7/27/2005 | 7/27/2005 | Interne Notiz | |

NOTIZ

NOTIZ - TRANSLATED
No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 2 | 1770 | 9/26/2005 | 9/26/2005 | Kontakt | E-Mail |

NOTIZ

I am just following up on the request for a bank check …for $5000 to Dean Hughson. Has it been sent; did it …go by Fed Ex or regular airmail.

NOTIZ - TRANSLATED
No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 3 | 1771 | 3/17/2006 | 3/17/2006 | Kontakt | Telefongespräch |

NOTIZ

Transfer USD 282580 to Nevis Land & Housing Authority. Loan USD 268000 till repayment of fiduciary (16.05.06)

NOTIZ - TRANSLATED
No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 4 | 1772 | 5/3/2006 | 5/3/2006 | Kontakt | Telefongespräch |

NOTIZ

Transfer of USD 500K (250 to Saba, 250 to P.H.) represents purchase of land on Saba previously held by a company named ▇▇▇▇▇▇. It is ok to name New Vanguard as sender, as discussed with D.F.. Loan USD 550k to make transfers and cover debit on USD account. Maturity of loan, May 16 (also maturity of fiduciary fix USD 499K).

NOTIZ - TRANSLATED
No Translation Available

CAWB entries included for years 2000 thru 2007

# Client CAWB Information

**Account:** █████████8833
**Account Reference:** A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 5 | 1773 | 5/16/2006 | 5/17/2006 | Kontakt | Telefongespräch |

**NOTIZ**

Repayment of Loans, USD 821689 incl. interest. Used available cash USD 504000 and made a new loan USD 318000, maturity Aug 18, 2006

**NOTIZ - TRANSLATED**

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 6 | 1774 | 12/20/2006 | 1/12/2007 | Interne Notiz | |

**NOTIZ**

RBA - Risk Based Approach......Control level: Client Advisor...Started by: TIMER...User: 00032902 (AOM4), 20.12.2006.......Confirmation of client:...The client profile reviewed by me is plausible and updated and in line with the clients behaviour that is known to me. The clients classification in the relevant cluster (Regular/PEP/SCAP/SIAP) was checked.......Comment: -

**NOTIZ - TRANSLATED**

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 7 | 1775 | 12/21/2006 | 1/12/2007 | Interne Notiz | |

**NOTIZ**

RBA - Risk Based Approach......Control level: Superior...Started by: TIMER...User: 00687529 (AAXE), 21.12.2006....Behalf of: 00423378 (AAXE).......Confirmation of client:...The client profile reviewed by me is plausible. The client relationship can continue.......Comment: -......RBA - Risk Based Approach......Control level: BS / MG Head...Started by: TIMER...User: 00017601 (AJC6), 08.03.2007....Behalf of: 00139196 (ETJ4).......Confirmation of client:...The client profile reviewed by me is plausible. The client relationship can continue.......Comment: -

**NOTIZ - TRANSLATED**

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 8 | 1776 | 12/28/2006 | 12/28/2006 | Kontakt | E-Mail |

**NOTIZ**

I hope your holidays have been great so far and would like to wish you all the best for 2007: much success in your endeavors and above all, the best of health!

**NOTIZ - TRANSLATED**

No Translation Available

*CAWB entries included for years 2000 thru 2007*

## Client CAWB Information

**Account:** ▮▮▮▮▮8833
**Account Reference: A-0116**

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 9 | 1777 | 3/13/2007 | 4/2/2007 | Kontakt | E-Mail |

NOTIZ

Would you please immediately (today if possible) do...> the following wire:...> ...> Amount to be wired: $223,197.00 (US dollars)...> Account to Debit: New Vanguard Holding, Ltd....> ...> Account to Credit:  ...> ...> Bank of America...> ABA: 011-000-138...> Acct name: Medical University of the Americas...> Acct Number: 9420730035...> ...> Once the wire is made, can you email me the...> transaction number.

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 10 | 1778 | 9/3/2007 | 9/3/2007 | Kontakt | E-Mail |

NOTIZ

I am back from my tour of China and Russia, full of new impressions. It was quite an experience. Life back in the office seems a bit odd at this point, but Ill get used to it again. I just wanted to touch base with you, but of course forget that today is a holiday. ......Hope you and Pat are doing well. Talk to you soon,

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 11 | 1780 | 9/4/2007 | 9/4/2007 | Kontakt | E-Mail |

NOTIZ

Pat and I were thinking about you as well. Good to hear you are back. UBS was about to fold without you being there. When you get a few minutes, can you give me a summary of (1) what we presently have in our accounts, and (2) what interest rates we have seen during the last 6 months.

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 12 | 1779 | 9/4/2007 | 9/4/2007 | Kontakt | Telefongespräch |

NOTIZ

may have some more money to send us. Will check these next few days and get back to me.,..Does not yet know whether he will be able to see Beda end of September, but will send him an email if he sees that it is possible.

NOTIZ - TRANSLATED

No Translation Available

CAWB entries included for years 2000 thru 2007

3E.0185

A-0116_0287

## Client CAWB Information

**Account:** ▮▮▮▮▮▮▮8833
**Account Reference: A-0116**

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 13 | 1781 | 9/10/2007 | 9/10/2007 | Kontakt | E-Mail |

NOTIZ

I have reviewed the current situation and can confirm as follows:…….The time deposits return year to date is 3.06% (or around 4.6% annualized). The actual return on the managed portfolios (absolute return defensive) year to date is 3.49% (or around 5.2% annualized) even after the strong setbacks in the markets this summer. We expect the return differential to increase as interest rates are reduced in the US (expect three rate cuts for a total of 0.75% until year end), thus making the managed portfolio even more attractive. ……Bearing in mind that the return on the managed portfolio was 7.31% last year (vs. 4.20% for time deposits), we would have to see dramatic events to bring us down to the time deposit level. ……Just to remind you: Saba is only cash. TF and NV are managed……..I hope this answers your question and that you are happy with the situation. I am sure we will review on my next trip and I hope to be able to show you even better results.

NOTIZ - TRANSLATED

No Translation Available.

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 14 | 1782 | 10/1/2007 | 10/1/2007 | Kontakt | Telefongespräch |

NOTIZ

gave him rates for USD fid (at his request):…1 m 5%...6 m 5.08%...12m 4.87%......He will get back to me

NOTIZ - TRANSLATED

No Translation Available.

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 15 | 1783 | 10/1/2007 | 10/1/2007 | Kontakt | E-Mail |

NOTIZ

Dieter:,……What is the current rate of interest at UBS for…amounts of 10m or more, for funds at 1 month, 6 month,…and 1 year……..Please let me know as soon as possible……..When are you planning on another trip to the US?……DF

NOTIZ - TRANSLATED

No Translation Available.

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 16 | 1784 | 10/2/2007 | 10/2/2007 | Kontakt | Telefongespräch |

NOTIZ

Confirms that he wants to cancel the AR for the time being, because he is afraid of the bubble bursting.

NOTIZ - TRANSLATED

No Translation Available.

CAWB entries included for years 2000 thru 2007

## Client CAWB Information

**Account:** ▓▓▓▓▓8833
**Account Reference:** A-0116

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 17 | 1785 | 10/2/2007 | 10/2/2007 | Kontakt | E-Mail |

NOTIZ

Dieter:......Good suggestions. Yes, keep 1m in a venue that will...allow us to see what could have been and perhaps...allow us to get back in at a future date........DF..........— dieter.luetolf@ubs.com wrote:......> Dear David,...> ...> As you know, my view is a little more optimistic,...> but your comfort level...> is more important. NV is up over 15% since July 05,...> clearly better than...> time deposits, and I believe this type of portfolio...> will continue to do...> better, but I will not argue that the world (the...> financial world in...> particular) is a safe place and we can never see any...> short-term...> setbacks. ...> ...> I will investigate whether there are any...> capital-protected avenues that...> we should look at and will get back to you. In the...> meantime, I will of...> course make the changes that you request. I assume...> that you are talking...> about both TF and NV? ...> ...> I would suggest we keep a small amount in the...> absolute return,...> keeping our options open, but also allowing you to...> keep score. I will...> call you this afternoon to hear your other thoughts,...> ...> Best regards,...> Dieter...> ...> ...> -----Original Message-----...> Dieter:...> ...> Pat and I have been watching closely the financial...> markets in the US and implications abroad. We are...> concerned that the future looks bad for managed...> funds...> in general. We feel that our funds would yield a...> better return if kept in a simple, interest bearing...> account. ...> ...> Please move all our managed funds and put 50% in a 1...> month interest account and 50% in a 6 month interest...> account. This will give us at least a 5% annual...> return on all our funds, without having to follow...> the...> market....> ...> Regards,...> ...> DF

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 18 | 1786 | 10/2/2007 | 10/2/2007 | Kontakt | Telefongespräch |

NOTIZ

wants to transfer around USD 1.5 mio in the next few days.

NOTIZ - TRANSLATED

No Translation Available

| Count | ID | KONTAKT DATUM | ERFASSUNGS DATUM | KONTAKTART | KONTAKTMEDIUM |
|---|---|---|---|---|---|
| 19 | 1787 | 10/30/2007 | 10/30/2007 | Kontakt | E-Mail |

NOTIZ

BO asks about credit of last amount. His bank claims we require more information about beneficiary (this is not the case, it was credited 6 days ago, cover received from UBS Stamford). I ask BO to get a copy of the message.

NOTIZ - TRANSLATED

No Translation Available

CAWB entries included for years 2000 thru 2007

**From:** Luetolf, Dieter
**Sent:** Monday, July 18, 2005 10:04 PM
**To:** Hoffmann, Patrick
**Subject:** FW: Wire

---

From: David Fredrick[SMTP:DRFREDRICK@YAHOO.COM]
Sent: Monday, July 18, 2005 10:04:02 PM
To: Luetolf, Dieter
Cc: sinco@bluewin.ch; Patricia Hough
Subject: Wire
Auto forwarded by a Rule

Dieter/Beda:

I am still a little unfamiliar with the procedure we need to take to get a wire from Beda... so I will send
this to you with a copy to Sinco Trust.

I believe when we spoke with Beda, we determined that the wire for the house we are buying should come from
our Hong Kong company (New Vanguard).   The amount and wire instructions are listed below:

Amount to be wired:    $1,140,000.00 US dollars

Wire to:    Suntrust Bank
            220 S. Main St, Hendersonville, NC 28792

Routing Number:  061 000 104
Account number:  ████6747

Account Name/Credit to:   John Tate Trust Account

Thank you for your assistance.

PS:  Sebastian Courage has signed the purchase and sale agreement for the schools with a projected
closing date around August 25th.   According to the
P&S, he should be placing the entire amount in an account with UBS prior to August 5th.

Regards,

David Fredrick

1

**From:** David Fredrick [drfredrick@yahoo.com]
**Sent:** Tuesday, January 03, 2006 10:15 PM
**To:** Luetolf, Dieter
**Subject:** Wire

Dieter:

I just wired 1.5m from our Bank of America account (SABA) to the UBS account for SABA Foundation. Please let me know when it arrives.

I am in the process of speaking to Beda regarding a wire of 5m from the UBS (SABA Foundation) account to the HK account recently established. When we speak I will give you more details.

Regards,

DF

1

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Friday, January 06, 2006 1:10 AM |
| To: | Luetolf, Dieter |
| Subject: | Activity |

Dieter:

If you would, please transfer 5m from SABA Foundation to the new HK account established by Beda. If you need to discuss this further, give me a call anytime tomorrow in the Gardner office.

Pat and I have a meeting set up with Beda on Jan 27th in Boston.

Regards,

DF

1

3E.0194

A-0116_0296

**From:** Luetolf, Dieter
**Sent:** Saturday, July 15, 2006 7:02 PM
**To:** Hoffmann, Patrick
**Subject:** FW: accounts

---

From: David Fredrick[SMTP:DRFREDRICK@YAHOO.COM]
Sent: Saturday, July 15, 2006 7:01:43 PM
To: Luetolf, Dieter
Cc: Patricia Hough
Subject: accounts
Auto forwarded by a Rule

Dieter:

With interest rates rising and everything else very unstable, I am considering taking all the funds in all our accounts, and putting them into a simple interest bearing account.  This will give us a safe and known appreciation each year.  What are your thoughts on this?

DF

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu

1

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Wednesday, January 24, 2007 1:51 PM |
| To: | Hoffmann, Patrick |
| Subject: | RE: account |

Patrick:

I got it.... thank you very much.  I plan to wire a very small amount ($5,000.00) later today.

Thanks,

DF


--- patrick.hoffmann@ubs.com wrote:

> Dear Mr. Fredrick
>
> Please find attached the wire instructions into the US$ account.
>
> Best regards,
> Patrick Hoffmann
>
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Dienstag, 23. Januar 2007 20:42
> To: Hoffmann, Patrick
> Subject: account
>
> Patrick:
>
> I need to wire a small amount of money to the New Vanguard Holdings,
> Ltd. account in UBS.  Can you give me the wire transfer info so I can
> do that.
>
> Thanks,
>
> DF
>
> David L. Fredrick, Ph.D.
> President, SABA University
> email: drfredrick@saba.edu
> Telephone: 978-630-5122 ext. 110
> www.saba.edu
>
>

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu

1

A-0116_0321

3E.0219

**From:** Hoffmann, Patrick
**Sent:** Wednesday, January 24, 2007 11:04 AM
**To:** 'David Fredrick'
**Subject:** RE: account


TRANSFER
TRUCTIONS.doc (3!

Dear Mr. Fredrick

Please find attached the wire instructions into the US$ account.

Best regards,
Patrick Hoffmann


-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Dienstag, 23. Januar 2007 20:42
To: Hoffmann, Patrick
Subject: account

Patrick:

I need to wire a small amount of money to the New Vanguard Holdings, Ltd. account in UBS. Can you give me the wire transfer info so I can do that.

Thanks,

DF

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu

1

A-0116_0322

3E.0220