**Luetolf, Dieter**

To: David Fredrick
Subject: RE: Question

We have APEX Consultants Limited and Medical Technology Associates, either of which could be used.

Dieter

-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Montag, 6. Juni 2005 18:04
To: Luetolf, Dieter
Subject: RE: Question

Dieter:

Can you just confirm for me that APEX or MTA are accounts that we have with you and that this is what would appear on the wire transfer.

Thanks,

DF

--- dieter.luetolf@ubs.com wrote:

> We need to mention the name of the account holder.
> If that is a corporation, that's the name that goes
> on the transfer.
>
> Best regards,
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Montag, 6. Juni 2005 15:22
> To: Luetolf, Dieter
> Subject: Question
>
>
> Dieter:
>
> I am considering purchasing another home in North
> Carolina. I plan on purchasing the home in the name
> of one of our companies (APEX or MTA). I believe we
> have an account at UBS for both.
>
> If I have the funds moved from my personal account
> to
> MTA or APEX, then have you wire the money to the US,
> will you still need to have my name listed on the
> wire
> transmittal sheet?
>
> Thanks for looking into this,
>
> DF
>

REGI
215536
1472

1

J-20050629-035134

PA_0116_02_0074

3L.0012

## Client Information – Supplemental

▆▆▆▆▆ *1472*

**Account Activity**

*Translation:*

---

**BO Activity**

*Translation:*

---

**Total Asset Composition**

These assets represent monies earned in the Caribbean and held in an account in the US. Another approx. USD 3 mio to come from US, approx. 1 mio from Nassau

*Translation:*

3L.0017

## Client CAWB Information

▬▬▬ 1472

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.07.2003 | Visit to client | Contact | 14.07.2003 |

### NOTES
Sign pledge and derivatives form. ? ?Reminded them that we need the certifcate of incumbancy. ? ?PM to be held back and activated once the big picture becomes clear. ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.09.2003 | E-Mail | Contact | 02.09.2003 |

### NOTES
Dear Dieter: ?.?Sorry to bother you, but I misplaced the wire transfer ?information for our two accounts (MTA and APEX). (1) ?Can you send me the WT details?  We 'may' be closing ?on the business acquisition this week. Presently, we ?are scheduled to sign all the documents for closing on ?Thursday or Friday, and the wire transfer should take ?place on Friday or Monday. We plan to send 8.5 to ?APEX and 15.5 to MTA.  I'll let you know if it really ?happens!   ?  ?Also (2) Pat needs your street address so she can have ?some documents sent regarding one of the companies. ? ?We received the PIN numbers you mailed.... thank you. ? ?Regards, ? ?David Fredrick ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.12.2003 | Telephone conversation | Contact | 15.12.2003 |

### NOTES
Authorized us to transfer USD 487'000.- to his private account with UBS

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 |  | Internal note | 30.03.2004 |

### NOTES
Uncomplete Must Fields. Deadline March 31, 2004.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 | Telephone conversation | Contact | 18.12.2003 |

**NOTES**

Uncomplete Must Fields. Deadline March 31, 2004.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.06.2004 | E-Mail | Contact | 21.06.2004 |

**NOTES**

A few months ago I sent you the required letter?verifying that MTA (Medical Technology Associates,?Ltd) was an organization in good standing. Can you?email or fax me a copy of that letter for our records.? ??Pat and I are in Gardner for a few weeks, then off to?Europe (Spain, England, Ireland) for three weeks in?July. ??We also had a meeting with an investment group that is?interested in purchasing SABA and MUA...so we've?started the necessary due diligence. We'll keep you?informed of any progress.



| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 21.06.2004 | Fax | Contact | 21.06.2004 |

**NOTES**

Attached please find the form, as requested. I can try to email you a copy if this is not clear enough, but I suspect a scanned copy will not turn out much better. Let me know if you want me to try.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 30.09.2004 |

**NOTES**

Transfer to cover debit position on credit card account. Account not needed for the time being.



| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 08.11.2006 | Visit to client | Contact | 09.11.2006 |

**NOTES**

Please close account, covering debit from NWV.

PA_0116_02_0080

3L.0018