MSN Hotmail - Message     http://lw12fd.law12.hotmail.msn.com/cgi-bin/getmsg?curmbox=F00...

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Sign Out

Hotmail   Home   Inbox   Compose   Contacts   Options   Help
d_lutolf@hotmail.com    Free Newsletters | Find Message | Hotmail Services

Save Address(es) | Block    Previous Next | Close

From: David Fredrick <drfredrick@yahoo.com>
To: dieter lutolf <d_lutolf@hotmail.com>
Subject: Re: how are things?
Date: Wed, 10 Sep 2003 07:16:47 -0700 (PDT)

Reply | Reply All | Forward | Delete | Put in Folder...

Handwritten annotations: "7840", "APEX Consultants", "13 319 6"

Dieter:

I wish I had better news to report, but the sale of the school has been delayed and we may have to reach out to new buyers and start due diligence all over again. The group we have been working with all along does not seem to have the money they claimed. Disappointing for us, but we still have two other interested groups. We will keep you updated.

Regards,

DF

--- dieter lutolf <d_lutolf@hotmail.com> wrote:
> Dear David,
>
> I tried to reach you by phone but was not
> successful. I just wanted to touch
> base with you in view of the fact that I am on the
> road during the next two
> weeks. If anything is cooking on your end, just let
> me know and I can call
> you back. My cell phone is 011-41-79-213-0737.
>
> Best regards also to Pat,
> Dieter
>
>
> Add photos to your messages with MSN 8. Get 2 months
> FREE*.
> http://join.msn.com/?page=features/featuredemail
>

_____
Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

Reply | Reply All | Forward | Delete | Put in Folder...     Previous Next | Close

MSN - More Useful Everyday
MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat
© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE Privacy Statement

1 of 1     10.09.2003 17:18

PA_0116_03_0062

3P.0004

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Montag, 15. Dezember 2003 20:39
To: ▓▓▓▓▓▓▓▓▓▓
Cc: Luetolf, Dieter
Subject: Account

Request for WT, UBS
Si. close...     Dear ▓▓▓▓:

Please let me know if you received a copy of the letter attached, concerning the closing of our account. I tried faxing the letter to ▓▓▓▓▓▓▓▓ as well as ▓▓▓▓▓▓▓▓, but kept getting an 'error' message on our machine.

After speaking with several people, we concluded that leaving the funds in Nassau makes us too vulnerable. We will certainly miss seeing everyone in Nassau.

Regards to ▓▓▓▓ and the rest of your staff.

Sincerely,

Dr. David Fredrick

---

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

REGI
032902

- 1

PA_0116_03_0065

3P.0005

# Dr. David L. Fredrick
### 74 Edgell Street – Gardner, MA 01440
### Telephone: 978-632-1838  Fax: 978-632-6836

December 15, 2003

SB Hambros Bank
Attn: ▮
Fax: ▮

Dear ▮

Following our telephone discussion last week, my wife and I have decided to close our account at SG Hambros in Nassau. We have enjoyed a wonderful working relationship with your bank for the past several years, but unfortunately the changes in US & Bahamas banking policies that take effect in January 2004, put us at a disadvantage.

Please close our account and wire transfer all remaining assets in our account (▮4113B) to the bank listed below.

UBS AG
Barengasse 16
8001 Zurich
Switzerland

Attention: AUM1-LFI

SWIFT Address: UBSWCHZH80A

In Favor of:
Account: ▮7840
In the name of APEX Limited

If you have any questions about this transaction, please call me directly at ▮6122 ext. 110.
Thank you for your help.

Sincerely,

Patricia L. Hough                                David L. Fredrick

**Luetolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Dienstag, 16. Dezember 2003 17:36 |
| To: | Luetolf, Dieter |
| Subject: | RE: as per telecon |

Dieter:

I do believe that both Pat and I should be in Massachusetts around that time.... let us know just before you leave.

Regards,

DF



```
--- dieter.luetolf@ubs.com wrote:
> Dear David,
>
> Thanks for the two mails of yesterday and for your
> trust. We will proceed as discussed and can make a
> first review in January if you are around. I am
> currently planning to be in Boston January 19th for
> a day or two. Would that suit or is it too early to
> say?
>
> I will let you know when I seen the input for the
> island.
>
> Best regards,
> Dieter
```

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

1

## *Client Trade Information*

| DATUM_AS | Buy/Sell | Security | Quantity | CHF | Original CCY | AUP | CD1_AE CD1_AG | Cancel |
|---|---|---|---|---|---|---|---|---|

T: Telephone Order
S: Written Order
K: Client
B: Authorized entry (bank or similar institution), e-banking (only for AE 'X'), language F or I = P

Page 1 of 1

PA_0116_03_0074

3P.0014

## Client CAWB Information

▆▆▆▆▆▆7840

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.07.2003 | Visit to client | Contact | 14.07.2003 |

**NOTES**

Signed remaining bank documents to open the account. When account number is available, send an email password protected with the number. ? ?Reminded them that we need the certificate of incumbancy. ? ?PM to be held back and activated once the big picture becomes clear. ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.09.2003 | E-Mail | Contact | 02.09.2003 |

**NOTES**

Dear Dieter: ? ?Sorry to bother you, but I misplaced the wire transfer ?information for our two accounts (MTA and APEX). (1) ?Can you send me the WT details?  We 'may' be closing ?on the business acquisition this week. Presently, we ?are scheduled to sign all the documents for closing on ?Thursday or Friday, and the wire transfer should take ?place on Friday or Monday. We plan to send 8.5 to ?APEX and 15.5 to MTA. I'll let you know if it really ?happens!  ? ?Also (2) Pat needs your street address so she can have ?some documents sent regarding one of the companies. ? ?We received the PIN numbers you mailed.... thank you. ? ?Regards, ? ?David Fredrick ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.12.2003 | Telephone conversation | Contact | 15.12.2003 |

**NOTES**

expect to receive approx. USD 1 mio from SG Hambros. Keep approx USD 1'000 on account and transfer the balance to ▆▆▆▆▆5'268.60U

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 | Telephone conversation | Contact | 18.12.2003 |

**NOTES**

Uncomplete Must Fields. Deadline March 31, 2004.

PA_0116_03_0075

3P.0015

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.12.2003 | | Internal note | 30.03.2004 |

**NOTES**

Uncomplete Must Fields, Deadline March 31, 2004.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.01.2004 | | Internal note | 22.01.2004 |

**NOTES**

HISTORY OF ALERT (ID: 450590, started 13.01.2004 08:42).??IEF; 13.01.2004; t121917; Eingang/Eingänge?Buchungsdatum:5.1.??IEF; 13.01.2004; t121917; -??Plausibility Check; 13.01.2004; t032902; Account closed with SG Hambros in the Bahamas due to change in local legislation. The funds were earned in the client's offshore medical schools.??Approval; 13.01.2004; t423378; -??Compliance Quality Review; 22.01.2004; t121917; -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 01.03.2004 | | Internal note | 02.03.2004 |

**NOTES**

HISTORY OF ALERT (ID: 455613, started 11.02.2004 11:44).??IEF; 11.02.2004; t104828; Durchlauftransaktionen vom 1. Nov. 2003 bis 31. Jan. 2004??IEF; 11.02.2004; t104828; -??Plausibility Check; 18.02.2004; t032902; Account used to receive assets resulting from closure of account with SG Hambros Bahamas, the money being funnelled on to the personal account of the beneficial owners.??Approval; 23.02.2004; t423378; -??Compliance Quality Review; 01.03.2004; t104828; -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 30.09.2004 |

**NOTES**

4 cent balance. Not required for the time being. Hold as is.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 08.11.2006 | Visit to client | Contact | 09.11.2006 |

**NOTES**

Please close account, covering debit from NWV.