▉ ]'263
▉ ]2'267

→ Das Original
dieses Auftrags
befindet sich
bei ▉ 2263 !



REGI
215536

▉ 2267

Patrick Hoffmann
CD HNWI US North East
044/234 08 90
B16A / AOM4-SV5

Re: Account No

Dear Sir, ~~~~~~

Will you kindly transfer all equities and other assets to the newly formed company *Dresora Stiftung*
*New Vanguard Hldgs*

Afterwards will you please close and cancel all existing accounts, etc.

Thank you very much for your endeavours.

June 23. 2005

Yours sincerely,

*[signature]*
*[signature]*

Dieter Lütolf, SD
CD HNWI US North East
01/237 29 40
B16A / AOM4-LFI

2/9

PA_0116_04_0038

3S.0009