**Luetolf, Dieter**

From:
Sent:                    Dienstag, 26. Juli 2005 20:04
To:                      David Fredrick
Subject:                 Re: How to Proceed


Hi David,

I am back tomorrow am, on my way to the airport, back in ███ at midnight tonight,
picking up the dog!! First thing, and then back in business at midday, tomorrow.

Relaxed ready to go!!

Speak romorrow.

███
--- David Fredrick <drfredrick@yahoo.com> wrote:

> ███████:
>
> I assume you are back from your trip to ██████████today.  When we
> last spoke, you were planning on coming to Gardner to begin the
> orientation to 'ownership', due diligence, and becoming familiar with
> the business structure.  Give me a call when you are back in the US.
>
> Pat and I will be in Gardner except for the following
> days:
>
> Aug 5-8 (Pat is in Oklahoma, but I will be here) Aug 11-13 (Pat and I
> are in New York City)
>
> Regards,
>
> DF
>

Start your day with Yahoo! - make it your home page http://www.yahoo.com/r/hs

J-20060103-033435

PA_0116_05_0076

3W.0020

MSN Hotmail -                                                                    Page 1 of 1

 **msn Hotmail**

| d_lutolf@hotmail.com | Printed: Friday, August 26, 2005 10:57 AM |
|---|---|

| From : | David Fredrick <drfredrick@yahoo.com> |
|---|---|
| Sent : | Thursday, August 25, 2005 5:29 PM |
| To : | dieter lutolf <d_lutolf@hotmail.com> |
| CC : | Patricia Hough <plhough@yahoo.com> |
| Subject : | Re: Sebastian |

Dieter:

Was had discussed trying to do the closing on Monday,
but I don't believe that is realistic since we want to
have all the funds in UBS, ready to move to our
account, at that same time we sign the documents of
acquisition.  Did he give you any assurance as to
where/when/how the funds would arrive?

thanks... this might actually happen.

DF

--- dieter lutolf <d_lutolf@hotmail.com> wrote:

---------------------------------

Have heard from ████████ who wants to go ahead and
open an account. If he provides me with the necessary
paperwork, I should have it open by Monday (He won't
be able to get me originals by courier by tomorrow).

Let you know as things develop.

Dieter

---------------------------------

Express yourself instantly with MSN Messenger! MSN
Messenger Download today it's FREE!

http://by9fd.bay9.hotmail.msn.com/cgi-bin/getmsg?curmbox=F000000001&a=f5c8a4...   26.08.2005

PA_0116_05_0078

3W.0022

**Luetolf, Dieter**

To:
Subject: RE: Account



I have just received the documents, which look to be in order. Thank you for that. When can I expect to receive the list of your investors? I assume that you have some kind of contract with them. A copy of that would be great.

Best regards,
Dieter

I-20060103-033432

i

3W.0024

Luetolf, Dieter

| | |
|---|---|
| From: | |
| Sent: | Samstag, 27. August 2005 01:43 |
| To: | Luetolf, Dieter |
| Cc: | David Fredrick |
| Subject: | RE: Account |

Hi Dieter,

All he paperwork was sent on Thursday, so hopefully you will be up and about to receive it on Monday.

The minute you recieve everything please let me know.

You can call me on ▓▓▓▓▓▓▓▓

I hope you had a great weekend (as you will get this Monday!!)

Best regards

▓▓▓▓▓▓
--- dieter.luetolf@ubs.com wrote:

> Perfect.
> Dieter
>
> -----Original Message-----
> From: ▓▓▓▓▓▓▓▓▓▓
> [mailto:▓▓▓▓▓▓
> Sent: Donnerstag, 25. August 2005 15:11
> To: Luetolf, Dieter
> Subject: RE: Account
>
> Great is it ok to call at 3.30 time?
>
> --- dieter.luetolf@ubs.com wrote:
>
> > From the US 011-41-1-237 2940
> > Dieter
> >
> > -----Original Message-----
> > ▓▓▓▓▓▓▓▓▓▓
> > [mailto:▓▓▓▓▓▓
> > Sent: Donnerstag, 25. August 2005 14:56
> > To: Luetolf, Dieter
> > Subject: RE: Account
> >
> > Hi Dieter,
> >
> > Which number would be bes to reach you on?
> >
> > ▓▓▓▓▓▓
> >
> > --- dieter.luetolf@ubs.com wrote:
> >
> > > Dear ▓▓▓▓▓▓
> > >
> > > Opening an account in your name is one option we
> > > could look into, but
> > > whether or not this can be achieved depends on

1.

I-20060103-033429

PA_0116_05_0082

3W.0026

```
> > where you are
> > > currently.
> > > To open an escrow account requires much more
> > involvement from my legal
> >
> > > and compliance departments and thus can hardly
> be
> > achieved in just a
> > few days.
> > >
> > > Please give me a call when you are up and about
> so
> > that we can discuss
> >
> > > the options available to us.
> > >
> > > Best regards
> > > Dieter
> > >
> > > -----Original Message-----
> > > From: ████████████
> > > (mailto:█████████
> > > Sent: Mittwoch, 24. August 2005 19:28
> > > To: Luetolf, Dieter
> > > Cc: David Fredrick
> > > Subject: Account
> > >
> > > Dear Dieter,
> > >
> > > I hope you are well, and that the waether over
> in
> > Switzerland is not
> > > as bad as it is here!!
> > >
> > > We are closing in on the finalisation of
> > everything this end and David
> >
> > > mentioned to me that you had an account, escrow,
> > which we could set
> > > up, and transfer funds into.
> > >
> > > Please can you let me know how we can proceed,
> and
> > what you will
> > > require.
> > >
> > > W have not set a firm date as of yet, but it
> looks
> > like it will be
> > > early sometime next week.
> > >
> > > My contacts are +████████████
> > >
> > > or obviously via email. I am usually up around
> > midday your time.
> > >
> > > Best regards
> > >
> > > ████████████
> > >
> > >
>
> > > Do You Yahoo!?
> > > Tired of spam?  Yahoo! Mail has the best spam
> > protection around
> > > http://mail.yahoo.com
> >
> >
> >
> > Do You Yahoo!?
```

2

1-20060103-033430

```
> > Tired of spam?  Yahoo! Mail has the best spam
> protection around
> > http://mail.yahoo.com
> >
>
>
>
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com
>
```

Start your day with Yahoo! - make it your home page http://www.yahoo.com/r/hs

3

I-20060103-033431

PA_0116_05_0084

3W.0028

Luetolf, Dieter

From:        David Fredrick [drfredrick@yahoo.com]
Sent:        Montag, 29. August 2005 10:19
To:          Luetolf, Dieter
Subject:     Information

Dieter:

██████████sent me a copy of the email to you regarding
establishing the UBS account.   Once you receive the
paperwork, please do what you can to open an account for him as soon as possible.
████████indicated that once the account at UBS is open, he will send you the 30m
funds and we will be ready to sign the closing
doucments so he can acquire the schools.

We are still uncertain if this will really take place, although ████████ has tried to
assure us of his genuine intent.  I think all our concerns will be eased when/if funds
are placed in his UBS account....
until that time, we are not able to set a closing day
with our attorney.   ████████ said he wanted to close
on Wednesday.... Thursday being the absolute latest because most people in the US will
not do too much on
Friday because of the long weekend/Monday holiday.

Please email me if/when you receive his FedX and can open the account for him.

Thanks,

DF

1

I-20060103-033128

PA_0116_05_0085

3W.0029

**Luetolf, Dieter**

To:                     David Fredrick
Subject:                RE: Any News?

Dear David,

While we are moving along in the right direction, I have not yet received everything I require to activate things. Until I have more, it is difficult for me to give a time frame. Will let you know when I know more!

I understand your sense of urgency and will do our best to move things along.

Best regards,
Dieter

-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Dienstag, 30. August 2005 09:06
To: Luetolf, Dieter
Subject: Any News?

Dieter:

▓▓▓▓▓▓▓and his accountant are due to arrive in Boston today.   I am sure that ▓▓▓▓▓▓▓will give you permission to disclose to me whether he has an account established with UBS.   As I mentioned, we cannot proceed with the closing until we know he has an account established and funds are available.

Any news would be helpful.

DF

1

I-20060103-033427

PA_0116_05_0086

3W.0030

**Luetolf, Dieter**

To: ████████████
Subject:       RE: Account ████████

Dear ██████████,

Please be reminded that until I have received the requested information on the group of doctors and have had a chance to do a minimum of due diligence, we cannot activate the account.

Consequently, I would welcome getting some kind of indication as to when I can expect to receive this info.

Best regards,
Dieter

1-20060103-033426

PA_0116_05_0087

3W.0031

**Luetolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Mittwoch, 31. August 2005 14:25 |
| To: | Luetolf, Dieter |
| Subject: | Spoke to ▓▓▓▓▓ |

Dieter:

I just spoke to ▓▓▓▓▓ again.   He did mention
earlier that the funds were coming from two different
sources:   (1) half from his family money and (2) half from the company his father is
▓▓▓▓▓ is with.   I looked up his father and he is
with a company that does forensic accounting or
investigations of companies.

As I mentioned, the problem is that we are 'demanding'
that he close before Friday... which means tomorrow afternoon.... and he does not
think he can realistically get more documentation from both places
within the few hours remaining.   It would have helped
if UBS could have opened an account for him to place the funds temporarily until the
documents are signed
on Thursday or Friday.   I told him that he should
still consider having an account with UBS because he will want to have a safe place to
keep all the SABA and MUA funds over the next several years.   He plans to greatly
expand both medical schools, which will triple the profits.

Call me if you have the chance.

DF

1

1-20060103-033424

PA_0116_05_0102

3W.0046

Hoffmann, Patrick

From:          Luetolf, Dieter
Sent:          Freitag, 9. September 2005 16:39
To:            Hoffmann, Patrick
Subject:       FW: From █████████

---------------------------------------------------

From:          ████████████████████████████████
Sent: Friday, September 09, 2005 3:38:30 PM
To: Hoffmann, Patrick
Cc: Luetolf, Dieter; David Fredrick
Subject: From ███████████████
Auto forwarded by a Rule

Dear Patrick,

I have been dealing with Dieter to open up an account, to transfer monies over for an
acquisition of some medical schools from a client, Dr Fredrick.

He was saying that he needs to do due diligence on where the funds were coming from.
The first amount will be 10 million US dollars.

I have an account in the process of being opened.  Can you let me know at your
earliest convienience, how long this process will take.

Best regards

███████████████████████

Click here to donate to the Hurricane Katrina relief effort.
http://store.yahoo.com/redcross-donate3/

1

I-20060103-033420

PA_0116_05_0104

3W.0048

**Luetolf, Dieter**

To:
Subject: RE: MOA

Dear ▓▓▓▓▓▓

As discussed, please make sure that we get the due diligence information as soon as possible. It is a must, without which we would be forced to refuse acceptance of the funds. I do not have any explanation for my Legal/Compliance Department as to why we have not been able to provide this information in the course of the last few weeks. This of course raises red flags for them.

Help me out here...

Best regards,
Dieter

1

1-20060103-033113

PA_0116_05_0115

3W.0059

Luetolf, Dieter

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | Mittwoch, 28. September 2005 14:03 |
| To: | Luetolf, Dieter |
| Cc: | Ren |
| Subject: | Re: MUA |

Hi Dieter,

Thanks for the mail, yes, all the funding is in place, and we will get you the details, before it is sent.

I am awaiting on Belize to be open, as it is 8am here, so 6am there.

For some stupid reason, I can't seem to find you cell, and office number,

Can you email it to me..

Thanks

▓▓▓▓▓▓▓▓▓

--- dieter.luetolf@ubs.com wrote:

> Dear ▓▓▓▓▓▓▓
>
> I hear from Dr. F. that there is movement again.
> Please be reminded that
> I have not received any information from ▓▓▓▓ and it is critical that
> the pertinent information be provided.
>
> Please advise.
> Dieter
> +41 1 237 2940 tel
>

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

I-20060103-033414

PA_0116_05_0116

3W.0060

**Luetolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Mittwoch, 28. September 2005 13:27 |
| To: | |
| Cc: | ▓▓▓▓▓▓ Luetolf, Dieter; Patricia Hough |
| Subject: | Final Plans |

▓▓▓▓▓▓▓▓▓

After our discussion last night, I am still unclear about what is going to take place on Friday.

I understand (1) that your ▓▓▓▓ is arriving on Thursday and the two of you will be staying at the ▓▓▓▓▓▓▓▓▓▓▓▓ (2) the purpose of the visit is to conclude the acquisition and receive the signed documents, (3) to add you as a signatory to the ▓▓▓▓▓▓▓▓▓▓ account for MUA, (4) and discuss your plans on management of MUA and eventually SABA.

Presently, ▓▓▓▓▓▓▓▓▓▓▓has the signed share documents since we all believed the closing would take place a week ago.  I suggest that we meet on Friday, first in Gardner, then in Worcester at ▓▓▓▓▓▓▓▓▓ office for any final discussions.

What I yet do not yet understand is how and when the funds will be transferred and how verification will
take place.   You indicated that funds were already in
some account (I assume ▓▓▓▓ in the UK)... but I am not sure at what point the funds will be wired to UBS.
 You will certainly need to coordinate this with Dieter Luetolf at UBS, so he can notify our attorney on Friday that funds have been received.  Remember, there is a 7 hour time difference.

Please confirm this last detail so I can notify ▓▓▓▓▓▓▓ what to expect.

You can reach me today on cell phone as I am involved with the ▓▓▓▓▓▓▓▓▓▓ visit in Hollywood, Florida.

DF

1

I-20060103-033415

PA_0116_05_0117

3W.0061

Luetolf, Dieter

From:          David Fredrick [drfredrick@yahoo.com]
Sent:          Mittwoch, 28. September 2005 03:16
To:            ▓▓▓▓▓ Luetolf, Dieter; dieter lutolf
Subject:       MUA Closing (again)

Dear Mike & Dieter:

Here is the "latest" details about the potential acquisition of MUA by ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓  According to my conversation with ▓▓▓▓▓▓ tonight (Tuesday), his father
▓▓▓▓▓▓▓▓ will be arriving in Boston on Thursday afternoon.  They
would like to meet
on Friday and conclude the sale.

According to ▓▓▓▓▓▓▓▓▓▓ (1) the funds are already available in their account called
Medco.  I do not know if this is a UBS account or account in the UK.
(2) they plan to have the funds transferred to my UBS account on Friday.   (3) Once we
receive verification from Dieter that the funds are in my account, I will authorize
our attorney, ▓▓▓▓▓▓▓▓ to provide ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓with the transfer
documents.
(4) According to ▓▓▓▓▓▓▓ He will be calling Dieter on Wednesday morning (US Eastern
time) to make sure
everything is in order.

Since our attorney, ▓▓▓▓▓▓ already has the signed documents, I suggested that we could
meet at ▓▓▓▓▓▓office in Worcester, to finalize any discussions.

I am sending this email to both of you for your
information and assistance. ▓▓▓▓▓ are you available
on Friday afternoon.   I am on my cell phone
Wednesday.

Dieter, does this make sense to you?  Have you been in contact with ▓▓▓▓▓▓ or ▓▓
▓▓▓▓▓▓▓ and are you aware of any plans on having the funds available?
▓▓▓▓▓▓is in Atlanta, GA at present, so he should be available by his cell phone.

Let me know what you both think?

Thanks.... the eternal optimist.

DF

1

PA_0116_05_0118

3W.0062

**Luetolf, Dieter**

From:
Sent:
To:
Subject:

Luetolf, Dieter
Mittwoch, 28. September 2005 11:11

MUA

Dear ████████

I hear from Dr. F. that there is movement again. Please be reminded that I have not received any information from ████████ and it is critical that the pertinent information be provided.

Please advise.
Dieter
+41 1 237 2940 tel

1

1-20060103-033117

PA_0116_05_0119

3W.0063

*Saba School of Medicine Found.*

**Luetolf, Dieter**

To: ▮▮▮▮▮
Cc: drfredrick@yahoo.com
Subject: RE: MUA

Dear ▮▮▮▮▮

The cut-off time for "normal" transfers is 4pm (10 am EST time). If you can give me
exact details of the transfer (transferring bank, transfer number, etc), I can still
book it before 5pm (11 am EST time). Once we see the money, it takes only a few
minutes to credit it to an account.

Anything after that time (5pm) cannot be guaranteed, i.e. could only be booked on
Monday! I will be here up to 6 p.m. or noon EST today.

Who are your "finance people" who may be contacting me? I need to have their names and
your ok before I discuss this transaction with third parties I do not know.

I look forward to hearing from you.

Best regards,
Dieter
-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Donnerstag, 29. September 2005 17:35
To: Luetolf, Dieter
Cc: David Fredrick
Subject: RE: MUA

Hi Dieter,

I have a meeting with David today, tonight, if all goes well with the final transition
agreement, which I am here for, then you will be contacted tomorrow by my finance
people.

They have the all your details and your cell number.

I am asuming all the transaction will be (subject to final agreement to cover us and
David) ready to go before 2 pm Est. Please advise me on how long it will take for
David to see funds in his account, and how late we can contact you.

I am going to be in Boston up until 4pm EST tomorrow, and am about all day today.

Please cc both of us in, so David is aware of time frame too.

Thanks

▮▮▮▮▮

--- dieter.luetolf@ubs.com wrote:

> Dear ▮▮▮▮▮
>
> As discussed, please make sure that we get the due diligence
> information as soon as possible. It is a must, without which we would
> be forced to refuse acceptance of the funds. I do not have any
> explanation for my Legal/Compliance Department as to why we have not
> been able to provide this information in the course of the last few
> weeks. This of course raises red flags for them.
>
> Help me out here...
>
> Best regards,
> Dieter
>

1

PA_0116_05_0120

3W.0064

**Luetolf, Dieter**

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓ |
| Sent: | Donnerstag, 29. September 2005 17:35 |
| To: | Luetolf, Dieter |
| Cc: | David Fredrick |
| Subject: | RE: MUA |

Hi Dieter,

I have a meeting with David today, tonight, if all goes well with the final transition agreement, which I am here for, then you will be contacted tomorrow by my finance people.

They have the all your details and your cell number.

I am asuming all the transaction will be (subject to final agreement to cover us and David) ready to go before 2 pm Est.  Please advise me on how long it will take for David to see funds in his account, and how late we can contact you.

I am going to be in Boston up until 4pm EST tomorrow, and am about all day today.

Please cc both of us in, so David is aware of time frame too.

Thanks

▓▓▓▓▓▓▓▓

--- dieter.luetolf@ubs.com wrote:
> Dear ▓▓▓▓▓▓
>
> As discussed, please make sure that we get the due diligence
> information as soon as possible. It is a must, without which we would
> be forced to refuse acceptance of the funds. I do not have any
> explanation for my Legal/Compliance Department as to why we have not
> been able to provide this information in the course of the last few
> weeks. This of course raises red flags for them.
>
> Help me out here...
>
> Best regards,
> Dieter
>

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

1

I-20060103-033389

3W.0065

**Luetolf, Dieter**

| | |
|---|---|
| From: | |
| Sent: | Freitag, 30. September 2005 14:37 |
| To: | Luetolf, Dieter |
| Cc: | |
| Subject: | Medco |

Dear Dieter,

Reference to out telephone conversation.

I give you full authorization to speak to ▮▮▮▮▮▮ about our transaction.

If you have any other questions please feel free to contact me.

Best regards

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

1

PA_0116_05_0122

3W.0066

**Luetolf, Dieter**

From:
Sent:          Freitag, 30. September 2005 14:32
To:            Luetolf, Dieter
Subject:       RE: MUA

Attachments:   727586591-In order to facilitate a smooth transition during the closing and transition of the
               Buyer.doc; 4193865515-Deposit_Control_Agreement___MedCo[1].doc

In order to facilitate    Deposit_Control_Ag
a smoot...                reement___Me...

--- dieter.luetolf@ubs.com wrote:

> Because we need, under Swiss banking regulations, to gain a certain
> comfort level as to whether the money is legitimate and we have to
> know who the counterparties of such transactions are.
> Dieter
>
> -----Original Message-----
> From:
> [mailt
> Sent: Freitag, 30. September 2005 13:52
> To: Luetolf, Dieter
> Subject: RE: MUA
>
> They will be using Gratuity Trust and Bank probably, they will contact
> you, once I have our paperwork signed, prbably            as far as our
> arrangement is concerned, do you really need to know???, if so why?
>
> --- dieter.luetolf@ubs.com wrote:
>
> > Good morning,
> >
> > Which bank will            be using for the
> transfer?
> >
> > Who is going to contact me to confirm who this
> money belongs to and
> > what it represents? I need to have confirmation of
> who owns this money
> >
> > and how it was earned.
> >
> > If            is lending the money to you, what
> are they getting
> > from you as security for the loan?
> >
> > Talk to you soon
> > Dieter
> > -----Original Message-----
> > From:
> > [mailto:
> > Sent: Freitag, 30. September 2005 13:18
> > To: Luetolf, Dieter
> > Subject: RE: MUA
> >
> > Morning Dieter,
> >
> > I am in Gardner,
> >
> > The funds will be coming from

1

1-20060103-033402

PA_0116_05_0123

3W.0067

> >
> > They will come in two different numbers, 5.2 m,
> and 5m, today, and Wed
> >
> > or Thurs, next week, onc our accountants have
> verified Davids books.
> >
> > Let me know what else you need.
> >
> > ▓▓▓▓▓▓▓▓▓▓
> >
> > --- dieter.luetolf@ubs.com wrote:
> >
> > > Dear ▓▓▓▓▓▓▓▓
> > >
> > > The cut-off time for "normal" transfers is 4pm
> > (10
> > > am EST time). If
> > > you can give me exact details of the transfer
> > (transferring bank,
> > > transfer number, etc), I can still book it
> before
> > 5pm (11 am EST
> > > time). Once we see the money, it takes only a
> few
> > minutes to credit it.
> >
> > > to an account.
> > >
> > > Anything after that time (5pm) cannot be
> > guaranteed, i.e. could only
> > > be booked on Monday! I will be here up to 6 p.m.
> > or noon EST today.
> > >
> > > Who are your "finance people" who may be
> > contacting me? I need to have
> > >
> > > their names and your ok before I discuss this
> > transaction with third
> > > parties I do not know.
> > >
> > > I look forward to hearing from you.
> > >
> > > Best regards,
> > > Dieter
> > > -----Original Message-----
> > > From: ▓▓▓▓▓▓▓▓▓▓▓▓▓
> > > [mailto:▓▓▓▓▓▓▓▓▓▓▓▓▓]
> > > Sent: Donnerstag, 29. September 2005 17:35
> > > To: Luetolf, Dieter
> > > Cc: David Fredrick
> > > Subject: RE: MUA
> > >
> > > Hi Dieter,
> > >
> > > I have a meeting with David today, tonight, if
> all
> > goes well with the
> > > final transition agreement, which I am here for,
> > then you will be
> > > contacted tomorrow by my finance people.
> > >
> > > They have the all your details and your cell
> > number.
> > >
> > > I am asuming all the transaction will be
> (subject
> > to final agreement
> > > to cover us and David) ready to go before 2 pm
> > Est.
> > > Please advise me on

2

PA_0116_05_0124

3W.0068

```
> > > how long it will take for David to see funds in
> > his account, and how
> > > late we can contact you.
> > >
> > > I am going to be in ▮▮▮▮▮ up until 4pm EST
> > tomorrow, and am about all
> >
> > > day today.
> > >
> > > Please cc both of us in, so David is aware of
> time
> > frame too.
> > >
> > > Thanks
> > >
> > > ▮▮▮▮▮▮▮▮
> > >
> > > --- dieter.luetolf@ubs.com wrote:
> > >
> > > > Dear ▮▮▮▮▮▮
> > > >
> > > > As discussed, please make sure that we get the
> > due
> > > > diligence
> > > > information as soon as possible. It is a must,
> > > without which we would
> > > > be forced to refuse acceptance of the funds. I
> > do
> > > not have any
> > > > explanation for my Legal/Compliance Department
> > as
> > > to why we have not
> > > > been able to provide this information in the
> > > course of the last few
> > > > weeks. This of course raises red flags for
> them.
> > > >
> > > > Help me out here...
> > > >
> > > > Best regards,
> > > > Dieter
> > > >
> > >
> > >
> > >
> > >
> > > Yahoo! Mail - PC Magazine Editors' Choice 2005
> > http://mail.yahoo.com
> > >
> >
> >
> >
> >
> >

> > Yahoo! for Good
> > Donate to the Hurricane Katrina relief effort.
> > http://store.yahoo.com/redcross-donate3/
> >
> >
>
>
>
> _____
> Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com
>
```

3

PA_0116_05_0125

3W.0069

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

**Luetolf, Dieter**

From:
Sent: Freitag, 30. September 2005 14:05
To: Luetolf, Dieter
Subject: RE: MUA

can't seem to get through to you, can you call me
instead.

--- dieter.luetolf@ubs.com wrote:

> Because we need, under Swiss banking regulations, to gain a certain
> comfort level as to whether the money is legitimate and we have to
> know who the counterparties of such transactions are.
> Dieter
>
> -----Original Message-----
> From:
> [mailto:
> Sent: Freitag, 30. September 2005 13:52
> To: Luetolf, Dieter
> Subject: RE: MUA
>
> They will be using                    probably, they will contact
> you, once I have our paperwork signed, prbably          , as far as our
> arrangement is concerned, do you really need to know???, if so why?
>
> --- dieter.luetolf@ubs.com wrote:
>
> > Good morning,
> >
> > Which bank will          be using for the
> transfer?
> >
> > Who is going to contact me to confirm who this
> money belongs to and
> > what it represents? I need to have confirmation of
> who owns this money
> >
> > and how it was earned.
> >
> > If                    is lending the money to you, what
> are they getting
> > from you as security for the loan?
> >
> > Talk to you soon
> > Dieter
> > -----Original Message-----
> > From:
> > [mailto:
> > Sent: Freitag, 30. September 2005 13:18
> > To: Luetolf, Dieter
> > Subject: RE: MUA
> >
> > Morning Dieter,
> >
> > I am in Gardner,
> >
> > The funds will be coming from
> >

4

1-20060103-033405

PA_0116_05_0126

3W.0070

```
> >
> > They will come in two different numbers, 5.2 m,
> and 5m, today, and Wed
>
> > or Thurs, next week, once our accountants have
> verified Davids books.
> >
> > Let me know what else you need.
> >
> > ████████████
> >
> > --- dieter.luetolf@ubs.com wrote:
> >
> > > Dear ████████
> > >
> > > The cut-off time for "normal" transfers is 4pm
> > (10
> > > am EST time). If
> > > you can give me exact details of the transfer
> > (transferring bank,
> > > transfer number, etc), I can still book it
> before
> > 5pm (11 am EST
> > > time). Once we see the money, it takes only a
> few
> > minutes to credit it
> > >
> > > to an account.
> > >
> > > Anything after that time (5pm) cannot be
> > > guaranteed, i.e. could only
> > > ba booked on Monday! I will be here up to 6 p.m.
> > or noon EST today.
> > >
> > > Who are your "finance people" who may be
> > contacting me? I need to have
> > >
> > > their names and your ok before I discuss this
> > transaction with third
> > > parties I do not know.
> > >
> > > I look forward to hearing from you.
> > >
> > > Best regards,
> > > Dieter
> > > -----Original Message-----
> > > From: ████████████
> > > [mailto:████████████
> > > Sent: Donnerstag, 29. September 2005 17:35
> > > To: Luetolf, Dieter
> > > Cc: David Fredrick
> > > Subject: RE: MUA
> > >
> > > Hi Dieter,
> > >
> > > I have a meeting with David today, tonight, if
> all
> > goes well with the
> > > final transition agreement, which I am here for,
> > then you will be
> > > contacted tomorrow by my finance people.
> > >
> > > They have the all your details and your call
> > number.
> > >
> > > I am asuming all the transaction will be
> (subject
> > to final agreement
> > > to cover us and David) ready to go before 2 pm
> > Est.
> > > Please advise me on
```

5.

J-20060103-033406

PA_0116_05_0127

3W.0071

```
> > > how long it will take for David to see funds in
> > his account, and how
> > > late we can contact you.
> > >
> > > I am going to be in Boston up until 4pm EST
> > tomorrow, and am about all
> >
> > > day today.
> > >
> > > Please cc both of us in, so David is aware of
> time
> > frame too.
> > >
> > > Thanks
> > >
> > > ▓▓▓▓▓▓▓▓▓▓
> > >
> > > --- dieter.luetolf@ubs.com wrote:
> > >
> > > > Dear ▓▓▓▓▓▓▓▓
> > > >
> > > > As discussed, please make sure that we get the
> > due
> > > diligence
> > > > information as soon as possible. It is a must,
> > > without which we would
> > > > be forced to refuse acceptance of the funds. I
> > do
> > > not have any
> > > > explanation for my Legal/Compliance Department
> > as
> > > to why we have not
> > > > been able to provide this information in the
> > > course of the last few
> > > > weeks. This of course raises red flags for
> > them.
> > > >
> > > > Help me out here...
> > > >
> > > > Best regards,
> > > > Dieter
> > > >
> > >
> > >
> > >
> > >
> > >
> > > Yahoo! Mail - PC Magazine Editors' Choice 2005
> > http://mail.yahoo.com
> >
> >
> >
> >
> >
> >
> >

> > Yahoo! for Good
> > Donate to the Hurricane Katrina relief effort.
> > http://store.yahoo.com/redcross-donate3/
> >
> >
> >
>
>
>
>
> Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com
>
```

6

I-20060103-033407

PA_0116_05_0128

3W.0072

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

### Luetolf, Dieter

**From:**
**Sent:** Freitag, 30. September 2005 13:52
**To:** Luetolf, Dieter
**Subject:** RE: MUA

They will be using ▓▓▓▓▓▓▓▓▓▓ probably, they will contact you, once I
have our paperwork signed, prbably ▓▓▓▓▓ as far as our arrangement is concerned,
do you really need to know???, if so why?

--- dieter.luetolf@ubs.com wrote:

> Good morning,
>
> Which bank will ▓▓▓▓▓▓▓▓▓ be using for the transfer?
>
> Who is going to contact me to confirm who this money belongs to and
> what it represents? I need to have confirmation of who owns this money
> and how it was earned.
>
> If ▓▓▓▓▓▓▓▓▓▓ is lending the money to you, what are they getting
> from you as security for the loan?
>
> Talk to you soon
> Dieter
> -----Original Message-----
> From: ▓▓▓▓▓▓▓▓▓▓
> [mailto:
> Sent: Freitag, 30. September 2005 13:18
> To: Luetolf, Dieter
> Subject: RE: MUA
>
> Morning Dieter,
>
> I am in Gardner,
>
> The funds will be coming from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> They will come in two different numbers, 5.2 m, and 5m, today, and Wed
> or Thurs, next week, once our accountants have verified Davids books.
>
> Let me know what else you need.
>
> ▓▓▓▓▓▓▓▓▓▓▓
>
> --- dieter.luetolf@ubs.com wrote:
>
> > Dear ▓▓▓▓▓▓▓▓
> >
> > The cut-off time for "normal" transfers is 4pm (10
> am EST time). If
> > you can give me exact details of the transfer
> (transferring bank,
> > transfer number, etc), I can still book it before
> 5pm (11 am EST
> > time). Once we see the money, it takes only a few
> minutes to credit it
> >
> > to an account.
> >

7

I-20060103-033408

PA_0116_05_0129

3W.0073

```
> > Anything after that time (5pm) cannot be
> guaranteed, i.e. could only
> > be booked on Monday! I will be here up to 6 p.m.
> or noon EST today.
> >
> > Who are your "finance people" who may be
> contacting me? I need to have
> >
> > their names and your ok before I discuss this
> transaction with third
> > parties I do not know.
> >
> > I look forward to hearing from you.
> >
> > Best regards,
> > Dieter
> > -----Original Message-----
> > From: ████████████████████
> > [mailto:████████████████████
> > Sent: Donnerstag, 29. September 2005 17:35
> > To: Luetolf, Dieter
> > Cc: David Fredrick
> > Subject: RE: MUA
> >
> > Hi Dieter,
> >
> > I have a meeting with David today, tonight, if all
> goes well with the
> > final transition agreement, which I am here for,
> then you will be
> > contacted tomorrow by my finance people.
> >
> > They have the all your details and your cell
> number.
> >
> > I am asuming all the transaction will be (subject
> to final agreement
> > to cover us and David) ready to go before 2 pm
> Est.
> > Please advise me on
> > how long it will take for David to see funds in
> his account, and how
> > late we can contact you.
> >
> > I am going to be in Boston up until 4pm EST
> tomorrow, and am about all
>
> > day today.
> >
> > Please cc both of us in, so David is aware of time
> frame too.
> >
> > Thanks
> >
> > ████████████████
> >
> > --- dieter.luetolf@ubs.com wrote:
> >
> > > Dear ████████████████
> > >
> > > As discussed, please make sure that we get the
> > due
> > > diligence
> > > information as soon as possible. It is a must,
> > without which we would
> > > be forced to refuse acceptance of the funds. I
> > do
> > > not have any
> > > explanation for my Legal/Compliance Department
> > as
> > > to why we have not
```

8

I-20060103-033409

PA_0116_05_0130

3W.0074

```
> > > been able to provide this information in the
> > course of the last few
> > > weeks. This of course raises red flags for them.
> > >
> > > Help me out here...
> > >
> > > Best regards,
> > > Dieter
> > >
> >
> >
> >
> >
> >
> > _____
> > Yahoo! Mail - PC Magazine Editors' Choice 2005
> http://mail.yahoo.com
> >
>
>
>
>
>
> _____
> Yahoo! for Good
> Donate to the Hurricane Katrina relief effort.
> http://store.yahoo.com/redcross-donate3/
>
>
```

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

**Luetolf, Dieter**

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | Freitag, 30, September 2005 13:18 |
| To: | Luetolf, Dieter |
| Subject: | RE: MUA |

Morning Dieter,

I am in Gardner,

The funds will be coming from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

They will come in two different numbers, 5.2 m, and 5m, today, and Wed or Thurs, next week, once our accountants have verified Davids books.

Let me know what else you need.

Sebastian

--- dieter.luetolf@ubs.com wrote:

> Dear ▓▓▓▓▓▓▓▓
>
> The cut-off time for "normal" transfers is 4pm (10 am EST time). If
> you can give me exact details of the transfer (transferring bank,
> transfer number, etc), I can still book it before 5pm (11 am EST
> time). Once we see the money, it takes only a few minutes to credit it
> to an account.
>
> Anything after that time (5pm) cannot be guaranteed, i.e. could only

9

I-20060103-033110

PA_0116_05_0131

3W.0075

> be booked on Monday! I will be here up to 6 p.m. or noon EST today.
>
> Who are your "finance people" who may be contacting me? I need to have
> their names and your ok before I discuss this transaction with third
> parties I do not know.
>
> I look forward to hearing from you.
>
> Best regards,
> Dieter
> -----Original Message-----
> From: ███████████
> (mailto:████████████
> Sent: Donnerstag, 29. September 2005 17:35
> To: Luetolf, Dieter
> Cc: David Fredrick
> Subject: RE: MUA
>
> Hi Dieter,
>
> I have a meeting with David today, tonight, if all goes well with the
> final transition agreement, which I am here for, then you will be
> contacted tomorrow by my finance people.
>
> They have the all your details and your cell number.
>
> I am asuming all the transaction will be (subject to final agreement
> to cover us and David) ready to go before 2 pm Est.
> Please advise me on
> how long it will take for David to see funds in his account, and how
> late we can contact you.
>
> I am going to be in Boston up until 4pm EST tomorrow, and am about all
> day today.
>
> Please cc both of us in, so David is aware of time frame too.
>
> Thanks
>
> ██████████
> ██████████
> --- dieter.luetolf@ubs.com wrote:
>
> > Dear ██████████
> >
> > As discussed, please make sure that we get the due
> diligence
> > information as soon as possible. It is a must,
> without which we would
> > be forced to refuse acceptance of the funds. I do
> not have any
> > explanation for my Legal/Compliance Department as
> to why we have not
> > been able to provide this information in the
> course of the last few
> > weeks. This of course raises red flags for them.
> >
> > Help me out here...
> >
> > Best regards,
> > Dieter
> >
> >
>
> Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com
>

10

I-20060103-033411

PA_0116_05_0132

3W.0076

**Luetolf, Dieter**

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓ |
| Sent: | Montag, 3. Oktober 2005 15:08 |
| To: | Luetolf, Dieter |
| Subject: | Re: Funds |

Dieter,

My accointant is in the air on the way to Boston, geting there later tonight, I have to get David to hold his MUA funds, which I dod the paperwork for on Friday, accountan is chcking the books.

Once that is done, the funds will be released. e are waiting for the accountant. This will all be closed and finished this week.

I am going to London on Friday, and will be back in Boston later today.

If you need anthing call me


--- dieter.luetolf@ubs.com wrote:

>
> Dear ▓▓▓▓▓▓▓
>
> I have neither heard from any of your financial guys nor have I seen
> any amounts come in. Any news?
>
> Dieter
>


Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

1

PA_0116_05_0159

3W.0103

Luetolf, Dieter

From:
Sent:          Montag, 3. Oktober 2005 19:02
To:            Luetolf, Dieter
Subject:       Private and Confidential...VERY

Attachments:   Form-Security Agreement.doc; Form-Deposit Control Agreement .doc; Form-al-Borrowers
               Affidavit.doc; Form-Letter of

Form-Security     Form-Deposit      Form-al-Borrowers   Form-Letter of
Agreement.doc (6...Control Agreement.. Affidavit.do...

                                                        Dieter,

Here is a paper trail...

------ Original Message ------
From:
To: "'
Sent: Monday, October 03, 2005 12:08 PM
Subject: FW: [Norton AntiSpam]

>
>   This is the email sent by          this morning. I will call
>         as soon as you respond to this email. It is my understanding that
> all of this paper work has already been filled out by the necessary
> parties, and that we are basically waiting to hear what, if anything the
> attorney          needs us to do. Is this your understanding as well?
>
> -----Original Message-----
> From:
> Sent: Monday, October 03, 2005 11:38 AM
> To:
> Subject: [Norton AntiSpam]
>
>                         phone number:              he is expecting your
> call.
>
>
>
>
>
>
>
>
>
> The information contained in this email and any attachments may be
> legally
> privileged and confidential. If you are not an intended recipient, you
> are
> hereby notified that any dissemination, distribution or copying of this
> email and any attachments is strictly prohibited. If you received this
> email
> in error, please notify the sender and permanently delete the email and
> any
> attachments immediately.                               and its related
> entities reserve the right to monitor all email communications through
> their
> networks.
>

                              1

I-20060103-033419

PA_0116_05_0160

3W.0104

**Luetolf, Dieter**

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓ |
| Sent: | Mittwoch, 5. Oktober 2005 14:44 |
| To: | Luetolf, Dieter |
| Subject: | Re: Private and Confidential...VERY |

FYI,

There are discrepancies on David's books, lawyers are sorting it out...

It may take a little longer, will keep you posted
-----Original Message-----
From: <dieter.luetolf@ubs.com>
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Tuesday, October 04, 2005 4:43 AM
Subject: RE: Private and Confidential...VERY

What we require is simple:
- source of funds: if the entire amount is being borrowed, I need proof
that that is so, for instance in the form of the final loan agreement
signed by all parties. We need to see what the collateral is on the
basis of which Medco is being lent the funds; I assume that would also
be in the loan agreement.

- identity of our counterparty: If ▓▓▓▓ is the purchaser, we have to
know who ▓▓▓▓▓▓▓. This is best done with copies of the corporate
documents showing directors/signatories. We need to be comfortable with
such counterparties. To illustrate this, we would not accept such funds
if one of the directors were undesireable (for instance an African
dicator).

Let me know if there are any questions.

Best regards,
Dieter

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Dienstag, 4. Oktober 2005 10:28
To: Luetolf, Dieter
Subject: Re: Private and Confidential...VERY

Yes I have been working all night, and still up, I will have everything.

Lawyers the lots, list EXACTLY what you require so I do not double
handle anything please
-----Original Message-----
From: <dieter.luetolf@ubs.com>
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Tuesday, October 04, 2005 4:17 AM
Subject: RE: Private and Confidential...VERY

You're up early! I will need more than just some names, I will need
something to substantiate the ownership.
Dieter

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Dienstag, 4. Oktober 2005 09:40
To: Luetolf, Dieter
Subject: Re: Private and Confidential...VERY

i'll gt you the full names, I am one of them, we need to finish this
week
-----Original Message-----

1

1-20060103-033392

PA_0116_05_0161

3W.0105

From: <dieter.luetolf@ubs.com>
To: ████████████████████████
Sent: Tuesday, October 04, 2005 3:11 AM
Subject: RE: Private and Confidential...VERY

Thanks for the info, but I need something more specific. If and when ████████████ extends a loan, I would either need to see copies of signed documents or a written confirmation from them stating that they are granting you a loan and what the collateral on the basis of which they are giving you this loan.

If ██████is the borrower (and thus the purchaser of the school) we have to know who the owner(s) of ████████ is (are).

Dieter

------Original Message-----
From: ██████████████████████████████████████
Sent: Montag, 3. Oktober 2005 19:02
To: Luetolf, Dieter
Subject: Private and Confidential...VERY

Dieter,

Here is a paper trail...

Sebastian
------ Original Message -----
From: ████████████████████████████████████
To: "█████████████████████████████████████
Sent: Monday, October 03, 2005 12:08 PM
Subject: FW: [Norton AntiSpam]

>
> This is the email sent by ████████this morning. I will call ██
> █████as soon as you respond to this email. It is my understanding
that
> all of this paper work has already been filled out by the necessary
> parties, and that we are basically waiting to hear what, if anything
the
> attorney ██████needs us to do. Is this your understanding as well?
> ████████
>
> ------Original Message-----
> From: ██████████████████
> Sent: Monday, October 03, 2005 11:38 AM
> To: ████████████████
> Subject: [Norton AntiSpam]
>
> ██████████████phone number: ████████████ he is expecting
your
> call.
>
> ████████████████████████████████████████████
> ████████████████████████████████████████████
> ████████████████████████████████████████████
> ████████████████████████████████████████████
> ████████████████████████████████████████████
>
> The information contained in this email and any attachments may be
> legally
> privileged and confidential. If you are not an intended recipient, you
> are
> hereby notified that any dissemination, distribution or copying of
this
> email and any attachments is strictly prohibited. If you received this

2

I-20060103-033393

PA_0116_05_0162

3W.0106

```
> email
> in error, please notify the sender and permanently delete the email
and
> any
> attachments immediately. ████████████████████████and its
related
> entities reserve the right to monitor all email communications through
> their
> networks.
>
>
> <<Form-Security Agreement.doc>>  <<Form-Deposit Control Agreement
> .doc>>
> <<Form-ai-Borrowers Affidavit.doc>>  <<Form-Letter of
> ████████████████>
>
```

3

1-20060103-033394

PA_0116_05_0163

3W.0107

*SABA School of Medicine Foundation*

**Luetolf, Dieter**



| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Dienstag, 3. Januar 2006 22:15 |
| To: | Luetolf, Dieter |
| Subject: | Wire |

REGI

215536
2245

Dieter:

I just wired 1.5m from our Bank of America account (SABA) to the UBS account for SABA Foundation.  Please let me know when it arrives.

I am in the process of speaking to Beda regarding a wire of 5m from the UBS (SABA Foundation) account to the HK account recently established.  When we speak I will give you more details.

Regards,

DF

1

1-20060130-036918

PA_0116_05_0181

3W.0125

## *Client Information – Supplemental*

███████ *2245*

### *Account Activity*

*Translation:*

### *BO Activity*

Client and her husband are consultants, own and operate medical schools.   Mrs. P. H. also does medical consulting, i.e. advising hospitals in the United States on how to pass the various periodic regulatory checks   Is in the process of selling the school, thereafter plans to retire.

*Translation:*

### *Total Asset Composition*

*Translation:*

PA_0116_05_0233

3W.0177

## Client CAWB Information

██████ 2245

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 04.10.2004 | E-Mail | Contact | 04.10.2004 |

*NOTES*

I just wired 1.5m from Englewood Bank to the?Foundation.  When it arrives, just let me know.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 07.10.2004 | | Internal note | 07.10.2004 |

*NOTES*

HISTORY OF ALERT (ID: 493632, started 07.10.2004 00:44).??Plausibility Check; 07.10.2004; t032902; Money is currently held with Englewood Bank in the US, with whom the client is not entirely comfortable because they get the impression that they may be the largest client this small regional bank has. This transfer of USD 1.5 mio is the first . Additional amounts totalling about  USD 6-7 mio will be transferred. Assets are from educational operations. For more information on school, see www.saba.edu. This is one of three medical schools our clients have.??Approval; 07.10.2004; t429378; -??Compliance Quality Review; 07.10.2004; t104828; -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 13.10.2004 | Telephone conversation | Contact | 13.10.2004 |

*NOTES*

School has now been approved in California and thus in all 50 states. This should lead to a significantly higher number of applications. They are raising tuition fees and talking to builders about expanding the premises.??Will transfer another USD 1.5 mio in the next few days. We can make a proposal as to how the money should be invested. Does not need to be too conservative. Could invest in US stocks, but I mentioned that we would need to review the documentation.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.10.2004 | | Internal note | 19.10.2004 |

*NOTES*

PA_0116_05_0234

3W.0178

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 19.10.2004 | E-Mail | Contact | 19.10.2004 |

**NOTES**

Just saw the second package come in. Will contact you towards the end of the week with ideas. Any further shipments planned?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.10.2004 | E-Mail | Contact | 22.10.2004 |

**NOTES**

Please find attached our suggestion at this time. You can sign the form (page 5 is all I need) and return it to me in blank. I will fill in as required after we have made a decision.??Trust you and Pat are well. Have a great weekend.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.10.2004 | E-Mail | Contact | 22.10.2004 |

**NOTES**

Sent proposal by email, suggest enhanced return to be reviewed in Dec.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 26.10.2004 | | Internal note | 26.10.2004 |

**NOTES**

HISTORY OF ALERT (ID: 495111, started 21.10.2004 23:50).??Plausibility Check; 26.10.2004; t032902; funds from operations of the school on the island of Saba. A total of 6-7 mio which have been held in a small bank in Florida (Englewood Bank) are expected to fund this account. Further details in CRM??Approval; 26.10.2004; t423378; -??Compliance Quality Review; 26.10.2004; t121917; -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 01.04.2005 | E-Mail | Contact | 01.04.2005 |

**NOTES**

Dear Dave, ??Transfers across borders have to show the remitter by name. This is not required if we issue a bank check which can be done in any major currency, in favor of any person and can be mailed wherever required.??Balance on Saba is 4465. Is anything coming in there in the near future???Any further developments on the Nevis relationship???I tried to reach you by phone, but only got your voicemail in the office and on your cell. I will try and catch you sometime next week.??Trust that you and Pam are enjoying a nice early spring and look forward to talking to you. I will be in the US end of June. If you are around, perhaps we can get together.

PA_0116_05_0235

3W.0179

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 06.06.2005 | E-Mail | Contact | 06.06.2005 |

**NOTES**

I just spoke to Pat, who is doing a locum in Wisconsin?(temp replacement for a psychiatrist at the local?hospital). I told her about our proposed meeting on?June 24/25, but she said we were suppose to be doing a?site visit at a hospital in Rochester, NY on June?24-26. I hope, we are not causing you significant?difficulty in missing your visit, but it appears Pat?will return from Wisconsin on June 20th, be in the?Gardner office June 21-23, then return to Gardner June?27th.   ??It is unfortunate that the one weekend you plan to be?in Boston is the weekend we are in Rochester, NY.  If?you are coming at any other time, we will try to see?you.??I got your message that the 1.5 arrived OK.?----------------------?I could shift my trip so that I would be in Boston on the 23rd, if you and Pat have time then. There is no absolute necessity at this time, but I think it would be useful in view of getting the papers together for MUA.??Let me know if that works for you. I could see you in Boston or Gardner or in between.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.03.2006 | Telephone conversation | Contact | 02.03.2006 |

**NOTES**

Based on the information below, I advised client that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were behind ▮▮▮▮▮▮▮▮▮▮▮▮▮ attempt to make a bid for the school last year.??This comes as no surprise to him, but is not particularly relevant. Case closed.??----------------?Guten Tag Herr Lütolf??Grundsätzlich ist Ihre Verpflichtung zur Geheimhaltung am 4. November 2005 abgelaufen. ??Um sicher zu gehen, dass der damalige Interessent keine Einwände hat, können Sie diesem ein Schreiben mit dem Inhalt schicken, dass gemäss der Geheimhaltungsvereinbarung Ihre Pflicht zur Geheimhaltung im November 2005 abgelaufen sei, sie deshalb nicht mehr daran gebunden seien und die Identität des Interessenten Ihrem Kunden nun preisgeben würden. ??Das Schreiben sollte lediglich als Informationsschreiben ausgestaltet sein und es sollte nicht nach etwaigen Einwänden des Interessenten gefragt werden. ??Kommen zwei, drei Tag nach Erhalt keine Einwände seitens des Interessenten, können Sie dem Kunden die Identität preisgeben. ??Ich hoffe, Ihnen damit gedient zu haben und stehe für weitere Auskünfte jederzeit gerne zur Verfügung. ??Mit freundlichen Grüssen??Bettina Kästli   ?Global Wealth Management & Business Banking Legal Services Tel. 1923-4 62 80??? ??-----Ursprüngliche Nachricht-----?Von: Lutolf, Dieter?Gesendet: Dienstag, 28. Februar 2006 14:20?An: Kaestli, Bettina?Betreff: Darf ich meinem Kunden (der Verkäufer) die Identität des Kaufinteressenten bekannt geben??? Besten Dank & Mit freundlichen Grüßen?Dieter Lütolf??2940 tel

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 18.04.2006 | Telephone conversation | Contact | 18.04.2006 |

**NOTES**

expect to receive another USD 1 M in the near future.

PA_0116_05_0236

3W.0180

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 27.06.2006 | E-Mail | Contact | 27.06.2006 |

**NOTES**

Attached please find documents as per your request:??1) credit / debit advices: Shows you every single in- and outflow for the period Jan 1, 2005 to Apr, 30 2006??2) cash flow 60w / cash flow 62y: account statements of the two USD accounts where the flows were booked??3) other accounts fyi: account statements for the other accounts with no in- or outflows (for your information)

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 28.12.2006 | E-Mail | Contact | 28.12.2006 |

**NOTES**

I hope your holidays have been great so far and would like to wish you all the best for 2007: much success in your endeavors and above all, the best of health!

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 06.03.2007 | Telephone conversation | Contact | 06.03.2007 |

**NOTES**

Transfer USD 2'122'000 von AR Mandat nach New Vanguard AR Mandat. Hierfür anteilig die Alternativen Investments übertragen (~$842K); Rest in Cash $1'280K

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 06.03.2007 | Telephone conversation | Contact | 06.03.2007 |

**NOTES**

Transfer USD 2'122'000 von AR Mandat nach New Vanguard AR Mandat. Hierfür anteilig die Alternativen Investments übertragen (~$842K); Rest in Cash $1'280K

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.04.2007 | E-Mail | Contact | 02.04.2007 |

**NOTES**

Please move $2,807,400 US from SABA (UBS) to New?Vanguard (UBS).  ??Confirm when the transfer has been made.

PA_0116_05_0237

3W.0181

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 11.04.2007 | | Internal note | 11.04.2007 |

**NOTES**

USD 995K placed on call

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 18.05.2007 | E-Mail | Contact | 25.05.2007 |

**NOTES**

I just sent a wire from our bank in Englewood, FL, to?the SABA Foundation UBS account, in the amount of?$500,000.00.   ??Please confirm when the funds arrive.

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 25.05.2007 | E-Mail | Contact | 25.05.2007 |

**NOTES**

Thanks.... we should be ready to send another 2m in a?month or so.   The schools are doing well...?enrollment increasing and buildings under?construction.

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 31.05.2007 | Telephone conversation | Contact | 31.05.2007 |

**NOTES**

Is not sure whether he will be able to see me because they have graduation celebrations this weekend that could drag on and require their attendance. May talk by phone when I am there.

| *CONTACT_DATE* | *CONTACT_MEDIUM* | *CONTACT_TYPE* | *CREATION_DATE* |
|---|---|---|---|
| 08.06.2007 | | Internal note | 08.06.2007 |

**NOTES**

Prepared for Accountant:??Account statements 30.04.2006 - 01.05.2007??Statement of Assets as of 30.04.2007

PA_0116_05_0238

3W.0182

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 04.09.2007 | Telephone conversation | Contact | 04.09.2007 |

**NOTES**

may have some more money to send us. Will check these next few days and get back to me.?Does not yet know whether he will be able to send him an email if he sees that it is possible.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 10.09.2007 | E-Mail | Contact | 12.09.2007 |

**NOTES**

Dear Dieter:?? ??Is it possible to get Statement of Assets reports for all three portfolios for each Saba School of Medicine Foundation and Medical University of the Americas LTD as of April 3, 2007? If the reports cannot be generated for April 3rd then is it possible for April 30th? April 3rd would be the preferred date. I believe this will assist me in tying out what I need. Thank you for your assistance.?? ?█████████████████████████████████████
████████████████████████████████████████

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 09.07.2008 | Telephone conversation | Contact | 08.07.2008 |

**NOTES**

Nachfragen, wie es mit dem Schulverkauf vorangeht.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 29.08.2008 | Telephone conversation | Contact | 29.08.2008 |

**NOTES**

ARBM ok. Spoke to client about the situation with UBS and also informed him that in case of any transactions planned, I would need his instructions. Client was of the opinion that Sinco Treuhand (who had accounts with us for the same BO) can give us instructions. He will think about everything and is going to contact us as soon as he knows where to go.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 16.09.2008 | | Internal note | 16.09.2008 |

**NOTES**

Wire transfer   USD 160'000.00  per 16.09.2008   ENGLEWOOD BANK   ABA: █████3-247   Ktc:
██████7468         SABA UNIVERSITY SCHOOL OF MEDICINE   TH Call USD reduziert um USD
135'000   i.A. 5V5

PA_0116_05_0239

3W.0183

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 31.12.9999 | Telephone conversation | Contact | 30.12.2004 |

**NOTES**

get in NNM after new year--> invest in PM as per proposal

PA_0116_05_0240

3W.0184