*Medical University of the Americas*

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Dienstag, 5. April 2005 00:18
To: Luetolf, Dieter
Subject: Thanks....

Dieter:

Thanks for the info on the bank check as a better means of getting funds to the US without having my name on a wire transfer.

(1) Would you please have your bank send a bank check for $50,000.00 to:

Ms. Marion Cronin
5215 Ogden Avenue
Superior, Wisconsin 54880

*scratch*

tele: 715-392-7480

(2) Also, I will get those papers for MUA signed and returned to you this week? I have 1.5 that need to go to you in a MUA account and another 2 for SABA.

Pat and I are doing fine. Next week we will be spending a week or so in our Florida home. We may have found another potential buyer for the medical schools.... this one lives in England, so for them, everything looks like a 50% discount when compared to dollars!!

If you need any other info concerning the bank check, please let me know. You can send it by FedX and bill my account.

Thanks,

David

REGI 215536
3428

1

1-20051214-020936

PA_0116_06_0066

3AA.0006

MSN Hotmail - New Message  http://by9fd.bay9.hotmail.msn.com/cgi-bin/compose?&curmbox=F0...

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat  Sign Out  Web Search: [      ] [Go]

**msn Hotmail**  Today | Mail | Calendar | Contacts    Options | Help

d_lutolf@hotmail.com    New Message

Send | Save Draft | Attach | Tools | Cancel

To: drfredrick@yahoo.com

Cc:

Bcc:

Subject: MUA/SABA

Dear Dave,

I just found your last email of April 5 that indicated you were going to send me the papers for MUA and some more for Saba. I assume that you have not yet gotten around to it, but just want to make sure that nothing is lost in the mail.

Please advise if you have already sent the papers or if you need anything else.

Best regards,
Dieter

☐ Copy Message to Sent Folder
Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Feedback | Help
© 2005 Microsoft TERMS OF USE Privacy Statement

1 of 1    1-20051214-020937    19.04.2005 18:10

## Luetolf, Dieter

From: David Fredrick [drfredrick@yahoo.com]
Sent: Donnerstag, 21. April 2005 14:42
To: Luetolf, Dieter
Subject: RE: Thanks

Dieter:

Many thanks.  Between SABA and MUA, we have another 4 that needs to be sent.  I'll work on it quickly, so we can get the MUA account established.

DF

--- dieter.luetolf@ubs.com wrote:
> Dear Dave,
>
> Not a problem- will send it out tomorrow. Will let
> you know when I see the papers.
>
> Best regards,
> Dieter
>

*[handwritten: 3 for SABA / 2 for MUA fd. 9.9.05]*

1

1-20051214-020938

Luetolf, Dieter                                                    Medical University of the Americas

To:          David Fredrick
Subject:     RE: Wire


nevis.jpg

Dear David,                                                        REGI
                                                                   215536
1) Will let you know when I get something.                         3428

2) Plan to be in Boston Friday/Saturday/Sunday June 24-26. Do one of those days suit?

3) Have not yet received any papers for MUA as far as I am aware. Attached are the company docs required. If you want to fax them to me first, I can do a check to see what's what and let you know what else we may require. I would need to see the originals when we meet.

If you want to get going before the paperwork is done, perhaps we could use Med Tech Assoc?

Looking forward to hearing from you.

Best regards,
Dieter


-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Dienstag, 31. Mai 2005 15:16
To: Luetolf, Dieter
Cc: Patricia Hough
Subject: Wire


Dieter:

(1) I just wired 1.5 to the SABA Foundation account in SZ from our Bank in Englewood, Florida. Let me know when you have received the funds.

(2) When are you coming to Boston? I believe you called and said you were coming to the US in June.

(3) Did I already give you some of the information to set up the account for Medical University of the Americas? I am waiting for Pat to return to get her to sign the Account Opening, Auth Signatures, Waiver... but I thought I already sent you the Certificate of Incorp/Memorandum of Assoc, etc. Can you confirm what things you still need.

I have funds in our Florida bank being held for MUA that need to be sent to you, so I really must give this a priority.

Thanks for your help.

DF

1

1-20051214-028190

*Medical University of the University*

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Dienstag, 30. August 2005 15:14
To: Luetolf, Dieter
Subject: SABA Foundation Wire

REGI
215536
- ▮3428

Dieter:

I just instructed our bank in Florida to wire $700k to the SABA Foundation account. Please let me know when the wire arrives.

We are still waiting for the paperwork to open the MUA account with UBS. We have a little over 3m to transfer from Florida when that occurs.

Regards,

DF

1

I-20051214-020931

Page 1 of 1

Dear Dave,

I was able to get through with the help of your last fax. MUA Ltd is now ready to receive under ▇▇▇ 3'428. I have just discovered that at least one important document is missing, but you can sign that one yourself and return it to me. I have attached the relevant papers, but we can already go ahead, provided that you can get these forms back to me within a week or so.

Have a great weekend,

Dieter

http://by9fd.bay9.hotmail.msn.com/cgi-bin/dasp/EN/rte___10000003.asp        02.09.2005
1-20051214-020932

PA_0116_06_0071

3AA.0011

*Medical University of the Americas Ltd.*

**Luetolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Mittwoch, 4. Januar 2006 19:58 |
| To: | Luetolf, Dieter |
| Subject: | MUA |

REGI
215536

Dieter:

I just wired 1m to our MUA account at UBS. Please let me know when that wire has arrived.... as well as the wire from SABA for 1.5 yesterday.

3428

Regards,

DF

1

I-20060130-036919

**Luetolf, Dieter**

| | |
|---|---|
| From: | [redacted] |
| Sent: | Montag, 28. August 2006 16:26 |
| To: | Luetolf, Dieter |
| Cc: | David Fredrick |
| Subject: | FW: Assistance |

Hello Dieter,

I think maybe the reason I cannot see the $250 and the $500 as inflows into the investment accounts is because I am looking at a statement for the Medical University of the Americas Ltd ([redacted] 428), Portfolio Number 01, that is dated 30th September 2005. Why did I not notice?

Can you please send me a Statement of Assets at 30th April 2006 for this account, to support the USD 4,570,868 that is shown on the Overview page, and any other pages that specifically show the $250 and the $500 flowing into the investment accounts?

Thank you for your help,

[redacted]

-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Monday, August 28, 2006 8:35 AM
To: dieter.luetolf@ubs.com
Cc: [redacted]
Subject: RE: Assistance

Dieter;

Thanks for the info. If our [redacted] needs for specific details, I will ask him to email you directly. You can feel free to give him any info on the SABA Foundation account and/or the Medical University of the Americas account we have with UBS.

Thanks,

DF

--- dieter.luetolf@ubs.com wrote:

> Dear David,
>
> On April 18th you sent $750 directly into the
> account.
>
> On April 21st, we implemented two new managed
> portfolios as per your
> instructions and therefore transferred $250 and $500
> into those
> portfolios. You can see the corresponding inflows on
> the accounts
> [redacted]3428.62K and [redacted]3428.67N.
>
> I hope this information helps you to complete the
> audit. In case of
> further questions feel free to contact us.

1

1-20060921-014662

```
>
> Kind regards
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Freitag, 25. August 2006 21:26
> To: Luetolf, Dieter
> Cc: ███████
> Subject: Assistance
>
> Dieter:
>
> Can you help me with a question. We are trying to
> complete the MUA audit, and there is a transaction I
> cannot explain.  It is on the MUA account:
> ████3428.60G  On April 18, there was a credit of
> $750k.  April 21, there are two entries, one for
> 250k
> and another for 500k, listed as "order".  Can you
> tell me what this is?  We are looking for this
> amount on the statement you sent us as of April 30,
> and cannot find the 750k on this statement.
>
>
> Thanks,
>
> DF
>
> David L. Fredrick, Ph.D.
> President, SABA University
> email: drfredrick@saba.edu
> Telephone: 978-630-5122 ext. 110
> www.saba.edu
>
>
```

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu

2

I-20060921-014663

Hoffmann, Patrick

From: David Fredrick [drfredrick@yahoo.com]
Sent: Montag, 5. März 2007 15:40
To: Hoffmann, Patrick
Subject: Re: Summary

Patrick:

Please give Dieter my regards..... I did not know he was in a skiing accident!!!

Thank you for the info. A few weeks ago I spoke to Dieter about transferring 2,122,000 from SABA and the same amount from MUA (2,122,000) into New Vanguard. He did ask if it was OK to wait for a few weeks to make the transfer. Do you have a date when those transfers will occur?

Sincerely,

DF

*[handwritten note: Call MUA / SABA AG]*

--- patrick.hoffmann@ubs.com wrote:
>
> Dear Dr. Fredrick
>
> Please find below the requested list of the
> respective accounts:
>
>
>       Total Assets (USD)
> Acc. Name 02.03.2007
> ▓▓▓▓▓▓▓
> SABA School of Medicine Foundation   7'327'991
> New Vanguard Holdings    9'378'867
> Medical University of the Americas   6'298'210
> Top Fast Finance Ltd.    3'437'472
>
>
>       26'594'265
>
> Dieter sends his best regards. He is momentarily not
> able to write
> emails since his arm is in a sling after a skiing
> accident.
>
> Kind regards,
> Patrick Hoffmann
>
>
>
>
>
>

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu

*[handwritten notes in right margin:]*
→ Tel mit AR Lunden
→ Tel an Fredrick

Saba AV 01    12 Df. $
7'327'991  NewVan AV 02    AR Df. $

2774656    18.966
2501625    26919.326
1368397    4922
1151550    39698.701

2'122'006,-
+ 1'966,-

1

I-20070315-013954