# Client Information - Supplemental

███ 3443

## Account Activity

principal shareholders, president and associate dean

*Translation:*

## BO Activity

Client and her husband are consultants, own and operate medical schools. She is in the process of becoming honorary consul for El Salvador.

*Translation:*

## Total Asset Composition

company is prepared to receive part of the proceeds of the intended sale of medical schools

*Translation:*

PA_0116_07_0168

3EE.0086

## Client CAWB Information

███████ 3443

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.12.2005 | | Internal note | 30.12.2005 |

**NOTES**

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.01.2006 | | Internal note | 11.01.2006 |

**NOTES**

HISTORY OF ALERT (ID: 561062, started 10.01.2006 23:57).??Plausibility Check; 11.01.2006; f032902; USD 5 mio taken over from Saba School of Medicine (same BO) as a kind of loan??Approval; 11.01.2006; t687529; -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 28.12.2006 | E-Mail | Contact | 28.12.2006 |

**NOTES**

I hope your holidays have been great so far and would like to wish you all the best for 2007: much success in your endeavors and above all, the best of health!

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 12.01.2007 | E-Mail | Contact | 12.01.2007 |

**NOTES**

I heard your message late yesterday and did not have your phone number with me to call you back. Sorry.??I am staying at the Westin Copley Place and assuming the plane lands on time and everything runs smoothly, I will probably be ready somewhere around 5-6 pm. I am in the office today; you can reach me by phone during most of your morning. I will try to swing by to see your project at noon.??We can talk about mortgages etc. when we meet. ??Look forward to seeing you. Will try to call you after landing.

PA_0116_07_0169

3EE.0087

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 31.05.2007 | Telephone conversation | Contact | 31.05.2007 |

**NOTES**

Is not sure whether he will be able to see me because they have graduation celebrations this weekend that could drag on and require their attendance. May talk by phone when I am there.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 04.09.2007 | Telephone conversation | Contact | 04.09.2007 |

**NOTES**

may have some more money to send us. Will check these next few days and get back to me.?Does not yet know whether he will be able to see Beda end of September, but will send him an email if he sees that it is possible.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 01.10.2007 | Telephone conversation | Contact | 01.10.2007 |

**NOTES**

gave him rates for USD fid (at his request):?1 m 5%?6 m 5.08%?12m 4.87%??He will get back to me



| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 01.10.2007 | E-Mail | Contact | 01.10.2007 |

**NOTES**

Dieter:??What is the current rate of interest at UBS for?amounts of 10m or more, for funds at 1 month, 6 month,?and 1 year.??Please let me know as soon as possible.??When are you planning on another trip to the US???DF

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.10.2007 | Telephone conversation | Contact | 02.10.2007 |

**NOTES**

Confirms that he wants to cancel the AR for the time being, because he is afraid of the bubble bursting.

PA_0116_07_0170


3EE.0088

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.05.2008 | Fax | Contact | 28.05.2008 |

**NOTES**

Saldierungsauftrag

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.05.2008 | | Internal note | 22.05.2008 |

**NOTES**

HISTORY OF ALERT (ID: 730195[REDACTED]3443, started 22.05.2008 06:06).??Plausibility Check; 22.05.2008; t215536; Closing of account with UBS and transfer to LLB (Switzerland)??Approval; 22.05.2008; t123790; -