**Luetolf, Dieter**

| | |
|---|---|
| From: | Luetolf, Dieter |
| Sent: | Freitag, 28. März 2003 16:32 |
| To: | 'drfredrick@yahoo.com' |
| Subject: | DOCU |



docu 1m 15pct.pdf   docu 1m 3pct.pdf   docu 1m 6pct.pdf   docu 1m 7pct.pdf

Dear David,

Attached are some examples to illustrate what DOuble Currency Units are.

DOCU: Stands for "DOuble Currency Unit". It is an exchange-rate-related investment which enables you to obtain a higher return than on a money market investment. When your DOCU matures, depending on the exchange rate you will receive your investment including earnings either in the reference currency or in the second currency. If payment is in the second currency, the strike price will be used for the conversion.

The DOCU can be seen as a combination of a money market deposit and a short call option on a reference currency (e.g. USD). If on expiry the exchange rate closes "out of the money", you will receive your invested capital plus the predetermined earnings in the reference currency. However, if the exchange rate at expiry is "in the money", the counter-party will exercise the call option and pay you your invested capital including the earnings in the second currency.

Opportunities and risks:
DOCUs are suitable for investors who want to see a high return on their investment and accept the risk of repayment in the second currency at the strike price.

DOCUs enable the investor to obtain a higher return than on a money market investment in the reference currency. The higher the potential earnings, the greater the risk that payment will be made in the second currency at the strike price. The cost price for the second currency will always be more favourable than the strike price, since interest is earned on the invested capital.

The strike price, the time of the investment, the coupon as well as the amount are flexible and can be determined by yourself. The minimun investment is USD 250'000.-- or the countervalue in any other currency. There are no fees charged.

You will see that the four examples are all USD time deposits that run for one month, because we could also choose longer periods. Given the current volatility, we prefer to stay short and renew from month to month. You will see that the lower the interest rate, the larger the "cushion" that we have against currency swings. Although the aim would be to price the DOCU in such a fashion that we do not receive Swiss francs, even this scenario would be acceptable if you agree with our view that the dollar is poised to weaken further as a result of Iraq but also the large and growing deficits in the United States.

I tell all my clients that it is easy to understand the DOCU intellectually, but you will only get a feel for what it represents once you do one. In order to get your feet wet, I recommend starting with USD 500'000 or 1 mio.

As mentioned, I will be out of the office between April 7th to April 25th. During this time, Claudia Maetzler or Raphael Jutz will be watching for entries and will confirm them to you and Daniel Perron (tel. 011-41-1-237 7070) is at your disposal for any special situations that may come up. His investment banking background may also prove useful as things progress.

Best regards,
Dieter


50110124449


Government Exhibit
3HH

PA_0116_08_0024

5268

**Luetolf, Dieter**

| | |
|---|---|
| From: | David Fredrick [drfredrick@yahoo.com] |
| Sent: | Freitag, 12. Dezember 2003 20:40 |
| To: | Luetolf, Dieter |
| Subject: | Status Report |


REGI
133516

Dear Dieter:

If you have a minute on Monday, can you give me a call at 978-630-5122 ext. 110. I was curious about the status of SZ with regard to US account holders, etc. What can we do to protect ourselves from open disclosure. We still have some funds in SG Hambros in Nassau, but know that we need to pull them out and close our account before Jan 1st. What's your advice?

Thanks....DF & PH

---

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

50110133063

*[handwritten notes:]*
move everything except 1'000 from Medical to Luis's a/c

dito                from Apex
                  (when rec'd)

---

expect 1 mio. from d6 the 5/91

1

1/2

PA_0116_08_0025

3HH.0002

## Luetolf, Dieter

**From:** David Fredrick [drfredrick@yahoo.com]
**Sent:** Montag, 15. Dezember 2003 16:42
**To:** Luetolf, Dieter
**Subject:** Re: as per telecon

Dieter:

I just spoke to Pat and she agrees that we should move 5.0 to the Enhanced Return Managed Portfolio.

Thanks again for the information and advice.

Regards,

DF



```
--- dieter.luetolf@ubs.com wrote:
> as discussed, please find attached.
>
> Best regards,
> Dieter
>
> ATTACHMENT part 2 application/octet-stream
name=instruction.pdf
```

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

1

2/2

PA_0116_08_0026

3HH.0003


**UBS**
**Luetolf, Dieter**



| | |
|---|---|
| **From:** | David Fredrick [drfredrick@yahoo.com] |
| **Sent:** | Montag, 16. Februar 2004 16:26 |
| **To:** | Luetolf, Dieter |
| **Subject:** | Re: form |



REGI
032902

Dieter:

I received the poa. thanks....

DF

```
--- dieter.luetolf@ubs.com wrote:
> Dear David,
>
> Attached, as discussed. Pw as usual.
>
> Best regards,
> Dieter
>
> ATTACHMENT part 2 application/octet-stream
name=poa.pdf
```

Do you Yahoo!?
Yahoo! Finance: Get your refund fast by filing online.
http://taxes.yahoo.com/filing.html

1

PA_0116_08_0042

3HH.0019

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Freitag, 6. Februar 2004 22:48
To: Luetolf, Dieter
Cc: plhough@yahoo.com
Subject: Accounts

Dear Dieter:

Thank you again for the nice meeting and dinner we had a few weeks ago. Following our visit, Pat and I were discussing how/who would handle our overseas financial affairs in the event of our death. Not a pleasant thought, but one we must consider.

Presently we have all our funds in one joint account with UBS. I believe that Pat's sister, Charlene Varga, is authorized to handle our affairs on that account if we were to die. (1) can you please confirm that Charlene Varga is an authorized signatory and all paperwork is completed.

In addition, we would like to consider dividing the funds from the joint account into two separate accounts; one for each of us. Presently, we have approx 10 in the joint account, with the major part being managed. (2) Would it be possible for you to open a second numbered account for me, keeping the current joint one for Pat? Obviously, we would like to keep the current managed funds, as is... but (3) divide the total amount equally so 50% is in my account and 50% is in Pat's account. If I have not explained this clearly, let me know. In summary, we would like to have two separate numbered accounts, one for me and one for Pat.... with the funds equally divided. Charlene would be an authorized signatory for Pat's account and I will decide on another individual for my account. I am considering an irrevocable trust where only the interest is available on a monthly or annual basis.

We are still in the process of finding a buyer for the schools, so in the future we would send equal amounts to deposit into each account.

Please call or email if you have any questions.

Regards,

DF

---

Do you Yahoo!?
Yahoo! Finance: Get your refund fast by filing online.
http://taxes.yahoo.com/filing.html

i

PA_0116_08_0043

3HH.0020

## Luetolf, Dieter

**From:** David Fredrick [drfredrick@yahoo.com]
**Sent:** Donnerstag, 12. Februar 2004 21:22
**To:** Luetolf, Dieter
**Subject:** Greetings from Massachusetts

Dieter:

I assume you are gone on holiday/vacation or business. I emailed you a week or so ago regarding our desire to set up another numbered account. When you return, can you email me your thoughts.

Enjoy.....

DF

---



Do you Yahoo!?
Yahoo! Finance: Get your refund fast by filing online.
http://taxes.yahoo.com/filing.html

1

3/3

## Maetzler, Claudia

| | |
|---|---|
| From: | |
| Sent: | Dienstag, 9. März 2004 20:29 |
| To: | ▓▓▓▓▓▓▓▓N.; Maetzler, Claudia |
| Subject: | WG: Telephone conversation |

-----Ursprüngliche Nachricht-----
Von: David Fredrick [mailto:drfredrick@yahoo.com]
Gesendet: Dienstag, 9. März 2004 14:29
An: ▓▓▓▓▓▓▓▓
Betreff: Re: Telephone conversation

Dear andreas:

Very good... I will do my best to call you on Sunday evening between 6-7 PM.

Regards,

David Fredrick

PA_0116_08_0045

3HH.0022

**Maetzler, Claudia**

5 26p   Ende April?
26/27.4 -2.5.

From: dieter@netspan.ch
Sent: Freitag, 27. Februar 2004 21:18
To: Maetzler, Claudia
Subject: Fw: Do want to see the lawyer?

△ REGI 032902

Liebe Claudia,

Bitte Herr ▇▇▇▇ informieren.

MFG
Dieter

----- Original Message -----
From: <d_lutolf@hotmail.com>
To: "David Fredrick" <drfredrick@yahoo.com>
Sent: Friday, February 27, 2004 9:16 PM
Subject: Re: Do want to see the lawyer?

> Dear David,
>
> I will still be out, but I will let ▇▇▇▇ know that he should put
> time aside for you.
>
> Best regards,
> Dieter
> ----- Original Message -----
> From: "David Fredrick" <drfredrick@yahoo.com>
> To: "dieter lutolf" <d_lutolf@hotmail.com>
> Sent: Friday, February 27, 2004 5:54 PM
> Subject: Re: Do want to see the lawyer?
>
>
> > Dieter:
> >
> > Yes, I would like to meet with him. I wil be out of
> > the country until Mar 5th, next week, but will get
> > back to you as soon as I return so we can arrange a
> > time to meet him.
> >
> > Thanks,
> >
> > DF
> >
> >
> > --- dieter lutolf <d_lutolf@hotmail.com> wrote:
> > > Dear David,
> > >
> > > I think I already mentioned to you; ▇▇▇▇
> > > could meet you in Boston
> > > either Tuesday evening March 15 or Wednesday during
> > > the day March 16 to
> > > discuss possible succession solutions. If this
> > > sounds good to you, please
> > > communicate your interest to Claudia Maetzler during
> > > my absence next week
> > > (will be skiing). You can reach her at +41 1 237
> > > 7059.
> > >
> > > It goes without saying that this meeting would be
> > > without obligation or cost
> > > to you.
> > >
> > > Best regards,
> > > Dieter
> > >
> > >

1.

PA_0116_08_0046

3HH.0023

Page 1 of 3

**Maetzler, Claudia**

| | |
|---|---|
| From: | |
| Sent: | Dienstag, 9. März 2004 12:09 |
| To: | David Fredrick |
| Subject: | Telephone conversation |

Yes, dear Mr. Fredrick, a telephone conversation is possible on Sunday evening March ▓ after my arrival in New York.
I'll stay in the Hotel Benjamin Telephone 212 715-2500; Fax 212 715-2525.
I should be in my room between 6 to 7 pm.

If you prefer to call on Monday morning, you might reach me in my room before 7:30 a.m. or then between 10 and 11 a. m., telephone ▓▓▓▓▓▓▓▓ I'll be in a board meeting but you can ask to call me out.

Looking forward to hearing from you.

Best regards



-----Ursprüngliche Nachricht-----
Von: David Fredrick [mailto:drfredrick@yahoo.com]
Gesendet: Sonntag, 7. März 2004 23:42
An: ▓▓▓▓▓▓▓▓
Betreff: Re: Meeting 16 or 17 March in Boston

Andreas:

Thank you for the email. Since we are both on a rather tight schedule, perhaps we could arrange a telephone conversation when you are in Philadelphia or elsewhere in the US. When do you arrive in the US and do you have a day and time I could call you at your hotel. I am available nearly anytime from early morning to late in the night. We could initially discuss my needs and see how your firm might be able to assist. Please let me know your thoughts.

Regards,

David Fredrick



09.03.2004

PA_0116_08_0047

3HH.0024

268   FYI

**Maetzler, Claudia**

From:
Sent: Montag, 8. März 2004 16:41
To: Maetzler, Claudia
Subject: WG: Meeting 16 or 17 March in Boston

REGI
032902

FYI und beste Grüsse

Yours very truly,

Please note: This message and any attachments are intended only for the person or entity named above and may contain confidential and/or privileged information. The information may be protected by attorney/client privilege, work product immunity or other legal rules and exempt from disclosure under applicable law. If you are not the intended recipient, it is prohibited to disclose, use, disseminate or copy this e-mail or parts thereof. Please notify the sender immediately by e-mail if you have received this message by error, and delete this e-mail from your system. Thank you for your cooperation.

-----Ursprüngliche Nachricht-----
Von:
Gesendet: Montag, 8. März 2004 09:30
An:
Betreff: WG: Meeting     or     March in



-----Ursprüngliche Nachricht-----
Von:
Gesendet: Sonntag, 7. März 2004 23:42
An:
Betreff: Re: Meeting 16 or 17 March in Boston

Andreas:

Thank you for the email. Since we are both on a rather tight schedule, perhaps we could arrange a telephone conversation when you are in Philadelphia or elsewhere in the US. When do you arrive in the US and do you have a day and time I could call you at your hotel. I am available nearly anytime from early morning to late in the night. We could initially discuss my needs and see how your firm might be able to assist. Please let me know your thoughts.

Regards,

wrote:
>
>
>
>

1

PA_0116_08_0048

3HH.0025

> Dear
>
>
>
> Reference is made to your correspondence with
> Dieter. I will be in
> Philadelphia until the late morning of Tuesday,
> March 16, 2004. I could
> then fly to Boston to meet with you there, if your
> schedule allows.
> Depending on the location and the time we can meet,
> I could fly back to
> Zurich at 6 p.m. that Tuesday evening. Otherwise I
> would leave the next
> evening. i.e. on Wednesday night. Maybe you can call
> me upon your return
> to discuss the details. You can reach me through my
> office at ▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓
>
>
>
> Should above dates not work for you, my son could
> meet with you end of
> April upon his next trip to the east coast.
>
>
>
> I am looking forward to hearing from you.
>
>
>
> Yours very truly,
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> Please note: This message and any attachments are
> intended only for the
> person or entity named above and may contain
> confidential and/or
> privileged information. The information may be
> protected by
> attorney/client privilege, work product immunity or
> other legal rules
> and exempt from disclosure under applicable law. If
> you are not the
> intended recipient, it is prohibited to disclose,
> use, disseminate or
> copy this e-mail or parts thereof. Please notify the
> sender immediately
> by e-mail if you have received this message by
> error, and delete this
> e-mail from your system. Thank you for your
> cooperation.
>
>
>
>



REGI
032902

---
Do you Yahoo!?
Yahoo! Search - Find what you're looking for faster
http://search.yahoo.com

2

5/5

**Luetolf, Dieter**

From: Patricia Hough [plhough@yahoo.com]
Sent: Donnerstag, 18. März 2004 23:37
To: David Fredrick; Luetolf, Dieter
Subject: Re: Account



Dear Dieter:

Dave and I have discussed this arrangement and I am in full agreement. Please let us know how we can split best the accounts and what new paperwork is needed. Have you received the signed form from my sister?

Sincerely, Patricia Hough

*David Fredrick <drfredrick@yahoo.com> wrote:*



Greetings:

First, I want to thank you for referring ▓▓▓▓▓ I spoke to him on Sunday and found him to be a real gentleman. I have the information on his website and will follow-up with him and his son later.



In the meantime, I need to revisit the past discussion we had regarding our account. Although it may not make sense, Pat and I would very much like to divide up the account equally and open another account in my name. We can keep the present account in Pat's name. Our goal is to (1) open a second account in my name, (2) divide the funds in the current account equally, and put half into the new account. (3) future deposits will be made equally into each account.

Please help me with this matter. If you have any questions, I am always available by email.



Regards,

DF & PH

---

Do you Yahoo!?
Yahoo! Mail - More reliable, more storage, less spam
http://mail.yahoo.com

Do you Yahoo!?
Yahoo! Mail <http://us.rd.yahoo.com/mailtag_us/*http://mail.yahoo.com> - More reliable, more storage, less spam



1

PA_0116_08_0050

H.0027

**Luetolf, Dieter**

From: Patricia Hough [plhough@yahoo.com]
Sent: Mittwoch, 31. März 2004 23:01
To: Luetolf, Dieter
Cc: drfredrick@yahoo.com
Subject: RE: pw

Dear Dieter:

Now I understand about the password. Dave had a stack of signed papers he should have mailed to you by now. We typed an additional statement authorizing the removal of his name from the original account. If you need more papers signed to alter the original account, please send them at your earliest convenience.
Sincerely, Pat Hough

dieter.luetolf@ubs.com wrote:

> Dear Pat,
>
> That's just the password I already had on the package that I sent Dave. I emailed you the same set of docs. I have understood the split to be 50:50 onto new accounts in each of your names. Let me know if you need me to phone you to clarify some papers.
>
> Best regards,
> Dieter
>
> -----Original Message-----
> From: Patricia Hough [mailto:plhough@yahoo.com]
> Sent: Montag, 29. März 2004 15:03
> To: Luetolf, Dieter
> Subject: Re: pw
>
>
>
> Dear Dieter:
>
> I am not sure what you mean by ashley on forms? Is this for Dave? Are you clear on how the accounts need to be divided?
>
> Sincerely, Pat H
>
>
>
> dieter.luetolf@ubs.com wrote:
>
> ▓▓▓▓ on forms
> your sister's name on instruction (I will use this in future mails for you)
>
> Best regards,
> Dieter

REGI
032802

5 268

1

PA_0116_08_0051

3HH.0028

Do you Yahoo!?
Yahoo! Finance Tax Center - File online. File on time.

Do you Yahoo!?
Yahoo! Finance Tax Center <http://taxes.yahoo.com/filing.html> - File online. File on time.

3/3

2

PA_0116_08_0052

3HH.0029

## Client Information - Supplemental

▇▇▇▇5268

### Account Activity

Stellung   Tätigkeit  consultants, own and operate medical schools

*Translation:*

### BO Activity

*Translation:*

### Total Asset Composition

-They own medical colleges in Caribbean (University of Saba www.saba.edu, schools in Nevis and Belize). Dr. D.F. is president. They are currently in negotions to sell these. - Mrs. P. H. also does medical consulting, i.e. advising hospitals in the United States on how to pass the various periodic regulatory checks - Funds were moved to us from UBS Bahamas (which no longer takes US clients) and originate from their schools/consulting business

*Translation:*

PA_0116_08_0058

3HH.0035

## Client CAWB Information

███████ 5268

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 10.09.2002 | Letter | Internal note | 10.09.2002 |

**NOTES**
Konto aufgelöst bei einer Bank in Nassau, Bahamas.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 10.09.2002 | | Internal note | 10.09.2002 |

**NOTES**
Kontrolle: Ungewöhnliche Transaktion?Feststellungen: ?Massnahmen: ?erledigt: ja?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.11.2002 | Telephone conversation | Internal note | 15.11.2002 |

**NOTES**
Assets transferred from UBS Bahamas in view of exchange of information with the US

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 20.11.2002 | | Internal note | 20.11.2002 |

**NOTES**
Kontrolle: Ungewöhnliche Transaktion?Feststellungen: ?Massnahmen: ?erledigt: ja?

*Page 1 of 3*

PA_0116_08_0059

3HH.0036

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 14.07.2003 | Visit to client | Contact | 14.07.2003 |

**NOTES**

Signed derivatives form. ? ?Good meeting, going through the various documentation issues and culminating in a presentation of our analysis and recommendations for the investment of approx. USD 30 mio. Which went down very well with them, to the point that they readily signed the PM forms for all three accounts, because it is uncert at this time whether the assets will ultimately kept in one account in their name or possibly in different accounts. ?Total expected new is: USD 24 mio for schools, 3 mio currently held in US, 1 mio in the ▓▓▓▓▓▓▓▓▓▓ ? ?▓▓▓▓▓▓▓ has an exclusive school in Manhattan where the tuition for the kindergarten costs more than their tuition for university! He has put in a number of bids for their schools. ? ?It seems that the deal will take plac before mid-August, with a group of mid-western businessmen who seem serious enough to have paid quite a lot lawyers fees. ?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 15.12.2003 | Telephone conversation | Contact | 15.12.2003 |

**NOTES**

discussion about investing the money with us at least in part in PM as previously suggested. He will discuss with his wife; I suggested that we start with USD 5 mio and I show them how the investments look in Jan. He promise to get back to me.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 17.12.2003 | E-Mail | Contact | 17.12.2003 |

**NOTES**

Dieter:??I just spoke to Pat and she agrees that we should move?5.0 to the Enhanced Return Managed Portfolio ??Thanks again for the information and advice.??Regards,??DF

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 05.01.2004 | E-Mail | Contact | 05.01.2004 |

**NOTES**

Receipt:??Confirm 1306045 sea shells.??Best regards,?Dieter

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 06.01.2004 | | Internal note | 06.01.2004 |

**NOTES**

Inflow in the amount of USD 1'306'045 into Asset 02. Accordingly to Dieter Lütolf, we invested it into MMF USD (without issue commission) for the time being.

PA_0116_08_0060

3HH.0037

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 31.12.9999 | Telephone conversation | Contact | 31.03.2004 |

*NOTES*

Still trying to sell his medical schools. When the transaction takes place, we should receive double digit USD amount. Regular contact on trips.

*Page 3 of 3*

PA_0116_08_0061

3HH.0038