MSN Hotmail - New Message     http://by15fd.bay15.hotmail.msn.com/cgi-bin/compose?&currmbox=...

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search:

**msn Hotmail**     Today | Mail | Contacts     Options | Help

d_lutoff@hotmail.com     New Message

Send | Save Draft | Attach ▼ | ↑ ↓ | Tools ▼ | Cancel

To: drfredrick@yahoo.com

Cc:

Bcc:

Subject: your email

Dear David,

The number you are looking for is 2xx xx2263. The split is just about done, for technical reasons there is a small bit that will move over only end of this month. I prefer to give more details by phone rather than email. Can I reach you somewhere?

Best regards,
Dieter

Favorite Contacts

To select from your Favorite Contacts create Favorites in your Contacts!

△ REGI 032902

☐ Copy Message to Sent Folder
Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat     Feedback | Help

© 2004 Microsoft Corporation. All rights reserved. TERMS OF USE Privacy Statement

1 of 1

4/5
02.06.2004 15:32

**Luetolf, Dieter**

From: dieter@netspan.ch
Sent: Donnerstag, 3. Juni 2004 00:22
To: Luetolf, Dieter
Subject: WG: your email

-----Ursprüngliche Nachricht-----
Von: David Fredrick [mailto:drfredrick@yahoo.com]
Gesendet: Wednesday, June 02, 2004 10:34 PM
An: dieter lutolf
Betreff: Re: your email

Dieter:

I will be back in the Gardner office next Monday....
we are leaving Florida on Saturday, heading back
North. You can call me in the Gardner office
(978-630-5122 ext. 110) on Monday.

Regards,

DF

--- dieter lutolf <d_lutolf@hotmail.com> wrote:
> Dear David,
>
> The number you are looking for is 206-872'263. The
> split is just about done,
> for technical reasons there is a small bit that will
> move over only end of
> this month. I prefer to give more details by phone
> rather than email. Can I
> reach you somewhere?
>
> Best regards,
> Dieter
>
>

> MSN 8 helps eliminate e-mail viruses. Get 2 months
> FREE*.
> http://join.msn.com/?page=features/virus
>

Do you Yahoo!?
Friends. Fun. Try the all-new Yahoo! Messenger.
http://messenger.yahoo.com/

1

5/5

PA_0116_09_0029

3KK.0005

MSN Hotmail - Reply    http://by15fd.bay15.hotmail.msn.com/cgi-bin/compose?type=r&cur...

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search:

**Hotmail**    Today | Mail | Calendar | Contacts    Options | Help

d_lutolf@hotmail.com    Reply

Send | Save Draft | Attach | ! ↓ | Tools | Cancel

To: drfredrick@yahoo.com

Cc:

Bcc:

50110789622

Subject: Re: nevis

Dear David,

I think the plan that she was referring to is the double currency (DOCU) which you were in before she was. I will do my best to keep you both moving along at a good pace.

Best regards,
Dieter

&gt;From: David Fredrick &lt;drfredrick@yahoo.com&gt;
&gt;To: dieter lutolf &lt;d_lutolf@hotmail.com&gt;
&gt;Subject: Re: nevis
&gt;Date: Tue, 8 Feb 2005 09:22:52 -0800 (PST)
&gt;
&gt;Dieter:
&gt;
&gt;I received the forms.... thank you.
&gt;
&gt;Pat said you wanted to tell me about a plan that she
&gt;was in that I was not.... you are not going to let
&gt;her make more money than me, are you?!
&gt;

☐ Copy Message to Sent Folder
Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Feedback | Help
© 2005 Microsoft TERMS OF USE Privacy Statement



REGI
032902

1 of 1    08.02.2005 18:4(

PA_0116_09_0037

3KK.0013

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Dienstag, 5. April 2005 00:18
To: Luetolf, Dieter
Subject: Thanks....

Dieter:

Thanks for the info on the bank check as a better means of getting funds to the US without having my name on a wire transfer.

(1) Would you please have your bank send a bank check for $50,000.00 to:

Ms. Marion Cronin
5215 Ogden Avenue
Superior, Wisconsin 54880

tele: 715-392-7480

(2) Also, I will get those papers for MUA signed and returned to you this week. I have 1.5 that need to go to you in a MUA account and another 2 for SABA.

Pat and I are doing fine. Next week we will be spending a week or so in/our Florida home. We may have found another potential buyer for the medical schools.... this one lives in England, so for them, everything looks like a 50% discount when compared to dollars!!

If you need any other info concerning the bank check, please let me know. You can send it by FedX and bill my account.

Thanks,

David


REGI
687529




50110719513

1

PA_0116_09_0038

3KK.0014

## Luetolf, Dieter

To: David Fredrick
Subject: RE: Question


50110876053

Dear David,

Shall we do lunch that Thursday? We could meet at the Westin around 11 and go for lunch after? Or does another time suit you better?

Best regards,
Dieter

-----Original Message-----
From: David Fredrick [mailto:drfredrick@yahoo.com]
Sent: Montag, 6. Juni 2005 22:52
To: Luetolf, Dieter
Subject: RE: Question


Dieter:

Yes, we are available on Thursday, June 23rd. That would work for us... and we could still make our site visit on Friday in Rocherster, NY. No problem.

Regards,

DF



--- dieter.luetolf@ubs.com wrote:

> We need to mention the name of the account holder.
> If that is a corporation, that's the name that goes
> on the transfer.
>
> Best regards,
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Montag, 6. Juni 2005 15:22
> To: Luetolf, Dieter
> Subject: Question
>
>
> Dieter:
>
> I am considering purchasing another home in North
> Carolina. I plan on purchasing the home in the name
> of one of our companies (APEX or MTA). I believe we
> have an account at UBS for both.
>
> If I have the funds moved from my personal account
> to
> MTA or APEX, then have you wire the money to the US,
> will you still need to have my name listed on the
> wire
> transmittal sheet?
>
> Thanks for looking into this,
>
> DF

1

PA_0116_09_0045

3KK.0021

## Luetolf, Dieter

**From:** David Fredrick [drfredrick@yahoo.com]
**Sent:** Montag, 6. Juni 2005 13:39
**To:** Luetolf, Dieter
**Cc:** Patricia Hough
**Subject:** RE: Meeting in Boston

Dieter:

I will forward your email here to Pat, who is working as a temp. psychiatrist in Wisconsin. For me, the 23rd might work, as I believe we are not scheduled to leave for Rocherster until Friday the 24th, but Pat is better at schedules than I am.... so I'll leave it up to Pat to give the final word.

Thanks again for all your help, Dieter.

DF

--- dieter.luetolf@ubs.com wrote:

> Dear David,
>
> I could shift my trip so that I would be in Boston
> on the 23rd, if you and Pat have time then. There is
> no absolute necessity at this time, but I think it
> would be useful in view of getting the papers
> together for MUA.
>
> Let me know if that works for you. I could see you
> in Boston or Gardner or in between.
>
> Best regards,
> Dieter
>
> -----Original Message-----
> From: David Fredrick [mailto:drfredrick@yahoo.com]
> Sent: Freitag, 3. Juni 2005 18:18
> To: Luetolf, Dieter
> Subject: Meeting in Boston
>
>
> Dieter:
>
> I just spoke to Pat, who is doing a locum in
> Wisconsin
> (temp replacement for a psychiatrist at the local
> hospital). I told her about our proposed meeting
> on
> June 24/25, but she said we were suppose to be doing
> a
> site visit at a hospital in Rochester, NY on June
> 24-26. I hope we are not causing you significant
> difficulty in missing your visit, but it appears Pat
> will return from Wisconsin on June 20th, be in the
> Gardner office June 21-23, then return to Gardner
> June
> 27th.
>
> It is unfortunate that the one weekend you plan to
> be
> in Boston is the weekend we are in Rochester, NY.
> If
> you are coming at any other time, we will try to see
> you.
>

1

PA_0116_09_0046

3KK.0022

```
> I got your message that the 1.5 arrived OK.
>
> thanks,
>
> Dave
>
```

2

3/5

PA_0116_09_0047

3KK.0023


2'265
2'267


REGI
215536

2'265

Re: Account No

Dear Sir, *newi Dieks*

Will you kindly transfer all equities and other assets to the newly formed company *Drevosa Stiftung/ New Vanguard Hedgs*

Afterwards will you please close and cancel all existing accounts, etc.

Thank you very much for your endeavours.

Venice 23. 2005

Yours sincerely,

[signatures]

Dieter Lütolf, SD
CD HNWI US North East
01/237 29 40
R16A / AOM4-LFI

2/2


 2'265
 2'267


REGI
215536
 2263

Re: Account No

Dear Sir, *nerr Dieks*

Will you kindly transfer all equities and other assets to the newly formed company *Drevoro Stiftung / New Vanguard Hlags*

Afterwards will you please close and cancel all existing accounts, etc.

Thank you very much for your endeavours.

June 23. 2005

Yours sincerely,

*[signatures]*

Dieter Lütolf, SD
CD HNWI US North East
01/237 29 40
816A / AOM4-LFI

2/7

# Client Information - Supplemental

███████ 2263

## Account Activity

Stellung    Tätigkeit    Client and his wife are consultants, own and operate medical schools

*Translation:*

## BO Activity

*Translation:*

## Total Asset Composition

-They own medical colleges in Caribbean (University of Saba www.saba.edu, schools in Nevis and Belize). Dr. D.F. is president. They are currently in negotiations to sell these. - Mrs. P. H. also does medical consulting, i.e. advising hospitals in the United States on how to pass the various periodic regulatory checks - Funds were moved to us from UBS Bahamas (which no longer takes US clients) and originate from their schools/consulting business   Assets come from joint account that was split in two.

*Translation:*

PA_0116_09_0071

3KK.0047

## Client CAWB Information

███████ 2263

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.06.2004 | E-Mail | Contact | 02.06.2004 |

**NOTES**

I hope you are enjoying the summer in Europe. Pat and?I have been extremely busy with our schools, but are?now spending a few days off in Florida, where it is?very HOT and HUMID. We will return to Massachusetts?on the weekend.??I have been waiting for confirmation that our account?has been divided, and a new account number has been?issued for me. Please send the details of that so I?can deposit additional funds. I believe you also need?me to identify an executor for the account, should?anything happen to me. Please email me my new account?number and the amount in that account.??We are still moving ahead with the idea of selling?both our schools. There are a couple of interested?parties, so hopefully we will be 'free' of all the?burden shortly.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 02.06.2004 | E-Mail | Contact | 02.06.2004 |

**NOTES**

The number you are looking for is ███ 2'263. The split is just about done, for technical reasons there is a small bit that will move over only end of this month. I prefer to give more details by phone rather than email. Can I reach you somewhere?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 08.06.2004 | Telephone conversation | Contact | 08.06.2004 |

**NOTES**

confirm the split. He is looking at a way to transfer another USD 6 mio from the Us. He is working with his accountant in this respect.??They are negotiating with various parties to sell the schools.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.06.2004 | | Internal note | 11.06.2004 |

**NOTES**

OK

*Page 1 of 3*

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 11.06.2004 | | Internal note | 11.06.2004 |

**NOTES**

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 21.06.2004 | E-Mail | Contact | 21.06.2004 |

**NOTES**

I tried to fax the certificate to you, but your machine did not seem to answer. Is the number XXX-XXX-6836 correct?

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 22.06.2004 | E-Mail | Contact | 22.06.2004 |

**NOTES**

You are sooooooo very kind. Here is a good fax number?to use: XXX-XXX-6200. This is my efax and works all?the time. I wish I could afford a really good fax?machine.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 30.08.2004 | Visit to client | Contact | 15.09.2004 |

**NOTES**

Was a bit late for the meeting since there was some damage to their home in Florida.??Discussion about portfolio and the cash portion. I suggest that we invest 2 x 500?000 in DOCU against EUR, one aggressive and the other conservative, renewable for one month periods until further notice. ??Work with Schneider accountants who are specialists for the Dept. of Education. They now have an audited return which qualifies to GAP standards. This should also make it easier for them to sell. Still interested are Providence Equity Group (RI) who have made a proposal for USD 40 mio. Their accountants feel that the amount should be higher (EBIDA times 7).??They have USD 7 mio in Englewood Bank in Florida and another 3 mio in Gardner. They want to bring this to UBS as quickly as possible, since the bank is really very small (they may be their biggest client). He is meeting with lawyer Peter Glucklich in NY to discuss how to move the money offshore. For this purpose, they want to open an account in the name of Saba School of Medicine Foundation, Netherlands Antilles. Send him the documents as soon as possible.

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 05.04.2005 | | Internal note | 05.04.2005 |

### NOTES

RBA - Risk Based Approach??Control level: Client Advisor?Started by: TIMER?User: 00032902 (AOM4), 05.04.2005.??Confirmation of client:?The client profile reviewed by me is plausible and updated and in line with the client's behaviour that is known to me. The client's classification in the relevant cluster (Regular/PEP/SCAP/SIAP) was checked.??Comment: -

| CONTACT_DATE | CONTACT_MEDIUM | CONTACT_TYPE | CREATION_DATE |
|---|---|---|---|
| 21.04.2005 | E-Mail | Contact | 21.04.2005 |

### NOTES

Thanks for sending the bank check to my sister in?Wisconsin.??I just returned from Florida and will forward the MUA?papers to you before the end of the week. You are?correct in assuming we have been very, very, very busy?with both schools at maximum enrollment!  We also met?last week with a gentleman from England who is?interested in acquiring both our medical schools, and?with the US dollar so weak against the British pound,?it is a bargain for him.??Also, would you do me one more favor and send another?bank check, from my account, by FedX, for $40,000.00?to:??Ms. Susan McBride?108 Lindsey Avenue?Chesapeake, Virginia 23320??phone: 757-548-9095??I hope I am not placing too much of a burden on you?and your staff. Thank God I am running out of?relatives that need help.??Regards and much appreciation for your friendship and?professionalism,?----?Not a problem- will send it out tomorrow. Will let you know when I see the papers.

PA_0116_09_0074

3KK.0050