UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                              CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 11, 2013 09:00 AM | Interpreter | |

**Jury Trial Day Four**

**GOVERNMENT WITNESSES:**

 9:05     **David C. Minchenberg**
10:40     **Recess**
10:55     **David C. Minchenberg (resumed)**
11:55     **Luncheon recess**
12:45     **David C. Minchenberg (resumed)**
 2:40     **Recess**
 2:55     **David C. Minchenberg (resumed)**
 3:25     **Jeffrey J. Gallant**
 3:50     **Charlene L. Varga**
 3:50     **Proceedings adjourned to October 15, 2013 at 10:00 a.m.**