UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                      CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 15, 2013 10:00 AM | Interpreter | |

**Jury Trial Day Five**

**GOVERNMENT WITNESSES:**

| | |
|---|---|
| 10:20 | **Mark Rudow** |
| 11:05 | **Michael Allen Hartman** |
| 11:40 | **Marion Ruth Cronin** |
| 11:55 | **Perry Tillman Garner** |
| 12:10 | **Luncheon recess** |
| | **Jury note (Court Exhibit No. 4)** |
| 1:20 | **Frederick Joseph Ahles** |
| 1:42 | **Dr. Paul A. Dalbec** |
| 4:38 | **Melanie Pitts** |
| 4:55 | **Proceedings adjourned to October 16, 2013 at 9:00 a.m.** |