UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 16, 2013 9:00 AM | Interpreter | |

**Jury Trial Day Six**

**GOVERNMENT WITNESSES:**

| | |
|---|---|
| 9:00 | **Court and counsel discuss trial issues** |
| 9:09 | **Steven Rodger** |
| 12:10 | **Luncheon recess** |
| 1:20 | **Steven Rodger (resumed)** |
| 1:45 | **Laura Whitley** |
| 2:30 | **Jason Todd Harrell** |
| 2:55 | **Recess** |
| 3:10 | **Court and counsel discuss trial issues** |
| 3:48 | **Jason Todd Harrell (resumed)** |
| 3:55 | **Susan McBride** |
| 4:11 | **Sheila Maurer, IRS** |
| 5:00 | **Proceedings adjourned to October 17, 2013 at 9:00 a.m.** |