AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID LEON FREDERICK AND PATRICIA LYNN HOUGH | ) ) | Case No. 2:13-cr-00072-JES-UAM |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: F. Cameron Lalli

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court 2110 First Street Ft. Myers, Florida 33901 | Courtroom No.: | 6th Floor, Courtroom A |
|---|---|---|---|
| | | Date and Time: | 10/17/2013 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

Any and all notes and memoranda of all interviews conducted throughout the course of your criminal investigation in the instant matter.

(SEAL)

Date: 10/15/13

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing (name of party) Daniel A. Saunders, Esq. for Defendant Patricia Lynn Hough, who requests this subpoena, are:

Daniel A. Saunders, Esq.
Bingham McCutchen LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
(310) 255.9087
daniel.saunders@bingham.com