UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                        2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

_____

**VERDICT FORM**

<u>Count One</u>

As to Count One of the Indictment, which charges that from or about February 24, 1999, continuing until or about April 15, 2011, Defendant <u>Patricia Lynn Hough</u> knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed with David Leon Fredrick and others known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of revenue: to wit, income taxes,

We the Jury unanimously find Defendant <u>Patricia Lynn Hough</u>:

_____    NOT GUILTY


_____    GUILTY

Count Six

As to Count Six of the Indictment, which charges that on or about September 15, 2006, Patricia Lynn Hough, willfully made and subscribed an individual United States Income Tax Return, Form 1040 for the 2005 calendar year reporting a total income of $183,167, while knowing she had a total income substantially greater than the amount stated in the Return, and failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had an interest in or signature or other authority over bank, securities, and other financial accounts located in foreign countries when she then knew and believed that she had an interest in or a signature or other authority over, bank, securities, and other financial accounts located in foreign countries,

We the Jury unanimously find Defendant Patricia Lynn Hough:

_____    NOT GUILTY


_____    GUILTY

-2-

**Count Seven**

As to Count Seven of the Indictment, which charges that on or about June 21, 2007, <u>Patricia Lynn Hough</u>, willfully made and subscribed an individual United States Income Tax Return, Form 1040 for the 2006 calendar year reporting a total income of $46,245, while knowing she had a total income substantially greater than the amount stated in the Return, and failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had an interest in or signature or other authority over bank, securities, and other financial accounts located in foreign countries when she then knew and believed that she had an interest in or a signature or other authority over, bank, securities, and other financial accounts located in foreign countries,

We the Jury unanimously find Defendant <u>Patricia Lynn Hough</u>:

_____    **NOT GUILTY**


_____    **GUILTY**

-3-

**Count Eight**

As to Count Eight of the Indictment, which charges that on or about April 15, 2008, <u>Patricia Lynn Hough</u>, willfully made and subscribed an individual United States Income Tax Return, Form 1040 for the 2007 calendar year reporting a total income of $133,069, while knowing she had a total income substantially greater than the amount stated in the Return, and failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had an interest in or signature or other authority over bank, securities, and other financial accounts located in foreign countries when she then knew and believed that she had an interest in or a signature or other authority over, bank, securities, and other financial accounts located in foreign countries,

We the Jury unanimously find Defendant <u>Patricia Lynn Hough</u>:

_____     NOT GUILTY


_____     GUILTY

**Count Nine**

As to Count Nine of the Indictment, which charges that on or about April 15, 2009, <u>Patricia Lynn Hough</u>, willfully made and subscribed an individual United States Income Tax Return, Form 1040 for the 2006 calendar year reporting a total income of $171,565, while knowing she had a total income substantially greater than the amount stated in the Return, and failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had an interest in or signature or other authority over bank, securities, and other financial accounts located in foreign countries when she then knew and believed that she had an interest in or a signature or other authority over, bank, securities, and other financial accounts located in foreign countries,

We the Jury unanimously find Defendant <u>Patricia Lynn Hough</u>:

_____   NOT GUILTY


_____   GUILTY

-5-

**SO SAY WE ALL.**

_____
**DATE**

_____
**JURY FOREPERSON**

DRAFT