UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 17, 2013 9:00 AM | Interpreter | |

**Jury Trial Day Seven**

**GOVERNMENT WITNESSES:**

 9:00   Sheila Maurer, IRS (resumed)
10:45   Recess
11:00   Sheila Maurer, IRS (resumed)
12:05   Luncheon recess
 1:20   Court and counsel discuss trial issues
 1:25   Sheila Maurer, IRS (resumed)
 2:15   Alan Robert Gruber (called by the defendant)
 3:45   Sheila Maurer, IRS (resumed)
 5:00   Proceedings adjourned to October 18, 2013 at 9:00 a.m.