UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                       CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| **Judge:** | John E. Steele | **Counsel for Government** | Caryn Finley, Leigh Kessler |
|---|---|---|---|
| **Deputy Clerk:** | Brenda Alexander | **Counsel for Defendant:** | Bruce L. Udolf, Nathan Hochman, Daniel Saunders |
| **Court Reporter** | Jeff Thomas | **Pretrial/Probation** | No Officer Present |
| **Date/Time** | October 18, 2013 9:00 AM | **Interpreter** | |

**Jury Trial Day Eight**

**GOVERNMENT WITNESSES:**

| | |
|---|---|
| 9:00 | **Sheila Maurer, IRS (resumed)** |
| 10:45 | **Recess** |
| 11:00 | **Sheila Maurer, IRS (resumed)** |
| 12:05 | **Luncheon recess** |
| 1:00 | **Sheila Maurer, IRS (resumed)** |
| 2:45 | **Government rested** |
| | **At sidebar, Rule 29 Motions which were denied for the reasons stated on the record.** |
| 2:50 | **Recess** |

**DEFENSE WITNESSES:**

| | |
|---|---|
| 3:10 | **Thomas S. Walker** |
| 3:50 | **Antoine Solagnier** |
| 4:50 | **Proceedings adjourned to October 21, 2013 at 9:00 a.m. for counsel; 9:30 for the Jury** |