UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 21, 2013 9:00 AM | Interpreter | |

**Jury Trial Day Nine**

9:00  Rule 29 Motion by the defendant:  Denied as to Counts One, Six, Eight & Nine; Count Seven is taken under advisement. The Court finds the government did not show by a preponderance of the evidence that Dieter Leutolf and Beda Singenberger were co-conspirators in the conspiracy alleged in Count One.

**DEFENSE WITNESSES:**

9:45   Patricia Hough
11:10  Recess
11:25  Patricia Hough (resumed)
12:25  Luncheon recess
1:30   Patricia Hough (resumed)
3:05   Recess
3:20   Patricia Hough (resumed)
5:05   Proceedings adjourned to October 22, 2013 at 9:00 a.m.