UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                   CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 22, 2013 9:00 AM | Interpreter | |

Jury Trial Day Ten

DEFENSE WITNESSES:

| | |
|---|---|
| 9:05 | Patricia Hough (resumed) |
| 10:40 | Recess |
| 10:55 | Patricia Hough (resumed) |
| 12:00 | Luncheon recess |
| 1:00 | Patricia Hough (resumed) |
| 1:40 | Louis Rivera |
| 3:20 | Defendant rested |
| 3:25 | Jury excused for the day |
| 3:35 | Charge conference |
| | Renewed Rule 29 Motion denied for the reasons stated on the record. |
| | Count Seven is reserved. |
| | Counsel review exhibits |
| 5:40 | Proceedings adjourned to October 23, 2013 at 9:00 a.m. |