UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

### ORDER

This matter comes before the Court on the government's Motion To Quash Defendant's Subpoena To Internal Revenue Service Special Agent Cameron Lalli (Doc. #99) filed on October 16, 2013. Defendant rested her case without calling the witness who was the subject of the motion.

Accordingly, it is hereby

**ORDERED:**

The Government's Motion To Quash Defendant's Subpoena To Internal Revenue Service Special Agent Cameron Lalli (Doc. #99) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this 23rd day of October, 2013.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record