UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY, LEIGH KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF, NATHAN HOCHMAN, DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | No Officer Present |
| DATE/TIME | October 24, 2013 9:00 – 3:00 PM | Interpreter | |

**Jury Trial Day Twelve**

| | |
|---|---|
| 9:00 | Jury Note (Court's Exhibit No. 7) |
| | Court and counsel discuss note |
| 12:05 | Court and counsel discuss lunch for Jury |
| 12:30 | (Lunch ordered for the Jury) |
| 2:40 | Jury Verdict:  Count One, guilty; Count Six, guilty; Count Seven, guilty; Count Eight, guilty; Count Nine, guilty. |
| | Jury polled by the Court |
| | Jury excused with the thanks of the Court |
| | Defendant adjudicated guilty |
| | Presentence Report ordered |
| | Sentencing hearing scheduled for February 10, 2014 at 9:00 a.m. |
| | |
| | Defendant remains on bond on all previously imposed terms and conditions |