UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH
_____

VERDICT FORM

Count One

As to Count One of the Indictment, which charges that from or about February 24, 1999, continuing until or about April 15, 2011, Defendant Patricia Lynn Hough knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed with David Leon Fredrick to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of income taxes,

1. We the Jury unanimously find that an overt act in furtherance of the conspiracy was committed after May 15, 2007.

__X__ Yes   _____ No

[If you answered "yes" to question 1, please answer question 2. If you answered "no" to question 1, then check "not guilty" in response to question 2 and proceed to Count Six.]

2. We the Jury unanimously find the Defendant,

Not Guilty _____          Guilty ___X___

## Count Six

As to Count Six of the Indictment, which charges that on or about September 15, 2006, <u>Patricia Lynn Hough</u>, willfully made and signed Individual Income Tax Return forms which she did not believe to be true and correct as to every material matter, we the Jury unanimously find the Defendant,

Not Guilty _____          Guilty ___X___

If you find Defendant not guilty, proceed to Count Seven. If you find the Defendant guilty, indicate below the matter that you unanimously agree was false:(check all that apply)

__X__   Defendant substantially under reported the total income on Line 22 for the 2005 calendar year.

__X__   Defendant failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had a financial interest in or signature authority over financial accounts located in foreign countries.

Count Seven

As to Count Seven of the Indictment, which charges that on or about June 21, 2007, Patricia Lynn Hough, willfully made and signed Individual Income Tax Return forms which she did not believe to be true and correct as to every material matter, we the Jury unanimously find the Defendant,

Not Guilty _____        Guilty __X_____

If you find Defendant not guilty, proceed to Count Eight. If you find the Defendant guilty, indicate below the matter that you unanimously agree was false:(check all that apply)

__X__   Defendant substantially under reported the total income on Line 22 for the 2006 calendar year.

-3-

_____ Defendant failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had a financial interest in or signature authority over financial accounts located in foreign countries.

Count Eight

As to Count Eight of the Indictment, which charges that on or about April 15, 2008, Patricia Lynn Hough, willfully made and signed Individual Income Tax Return forms which she did not believe to be true and correct as to every material matter, we the Jury unanimously find the Defendant,

Not Guilty _____       Guilty ___X_____

If you find Defendant not guilty, proceed to Count Nine. If you find the Defendant guilty, indicate below the matter that you unanimously agree was false:(check all that apply)

___X___ Defendant substantially under reported the total income on Line 22 for the 2007 calendar year.

___X___ Defendant failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had a

financial interest in or signature authority over financial accounts located in foreign countries.

Count Nine

As to Count Nine of the Indictment, which charges that on or about April 15, 2009, Patricia Lynn Hough, willfully made and signed Individual Income Tax Return forms which she did not believe to be true and correct as to every material matter, we the Jury unanimously find the Defendant,

Not Guilty _____     Guilty   X  _____

If you find Defendant not guilty, the foreperson should sign and date this verdict form. If you find the Defendant guilty, indicate below the matter that you unanimously agree was false: (check all that apply)

  X   Defendant substantially under reported the total income on Line 22 for the 2008 calendar year.

  X   Defendant failed, on Schedule B, Parts I and III, lines 7a and 7b, to report that she had a

financial interest in or signature authority over financial accounts located in foreign countries.

SO SAY WE ALL.

10/24/2013
DATE

_____
JURY FOREPERSON