UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### DEFENDANT PATRICIA LYNN HOUGH'S EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | | Description of Exhibit |
|---|---|---|---|---|---|
| 301.1 | OCT 1 8 2013 | OCT 1 8 2013 | Maurer | | Form 4549-A for 2005-2008 (Chart) |
| 301.2 | OCT 1 8 2013 | OCT 1 8 2013 | " | | Additional Income for Patricia Hough? (Chart) |
| 301.3 | | | | | 2005 Form 1040 Instructions |
| 301.4 | OCT 1 8 2013 | OCT 1 8 2013 | Maurer | | Income Tax Discrepancy Adjustments Report (May 14, 2013- Patricia Hough) |
| 301.5 | OCT 1 8 2013 | OCT 1 8 2013 | " | | Income from undeclared foreign accounts (May 14, 2013) |
| 301.6 | OCT 1 8 2013 | OCT 1 8 2013 | " | | Form 4549-A Income Tax Discrepancy Adjustments (May 14, 2013 Report) David Fredrick |
| 301.7 | | | | | 2006 and 2007 Changes to May 14, 2013 Report |

1

| Ex. No. | Date Identified | Date Admitted | Witness | Obj. | Description of Exhibit |
|---|---|---|---|---|---|
| 30I.7 | OCT 2 2 2013 | OCT 2 2 2013 | Rivera | | 2006 and 2007 Changes to May 14, 2013 Report |
| 30I.8 | OCT 2 2 2013 | OCT 2 2 2013 | | | Changes In 2006 Tax Year For Dr. Patricia Hough (Count 7) |

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### DEFENDANT PATRICIA LYNN HOUGH'S EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Witness | | Description of Exhibit |
|---|---|---|---|---|---|
| 40 | 10/10/13 | 10/10/13 | Mario De Castro | | 4/03/13 Letter to Mario de Castro from the DOJ |
| 70 | OCT 1 1 2013 | | | | 10/27/04 Memo to File from Scott Semer at Davies, copied to Glicklich re US trade or Business Analysis |
| 71 | | | | | 11/24/04 Email from Minchenberg to Fredrick re 5471 filings |
| 72 | | | | | 11/18/04 Fax from Minchenberg to Hiltzik re Frederick 5471 |
| 73 | OCT 1 1 2013 | OCT 1 1 2013 | Minchenberg | | 12/23/04 Email from Minchenberg to Hough re: 5471 Foreign Entity Filing Requirements |
| 74 | | | | | 10/25/05 Email from Hough to Minchenberg re: Round Hill Project Account Info for 5471 |

1

| # | | | | | | Description |
|---|---|---|---|---|---|---|
| 75 | | | | | | 11/10/05 Fax from Minchenberg to Hiltzik at Schneider CPA re Right of Superficies |
| 76 | | | | | | 11/28/05 Memo from Glicklich at Davies Phillips to Minchenberg re: U.S. Federal Income Tax-Analysis |
| 77 | | | | | | 01/04/06 Email from Minchenberg to Schneider re 5471's |
| 77A | | | | | | 12/14/10 Memo of Interview with David Minchenberg |
| 77B | | | | | | 8/08/12 David Minchenberg Grand Jury Testimony |
| 78 | | OCT 1 0 2013 | OCT 1 0 2013 | Schneider | | Dr. Fredrick Checklist for Items Needed to Complete Each 5471 |
| 79 | | OCT 1 0 2013 | OCT 1 0 2013 | Schneider | | Roundhill's 2001 Tax Form 5471 filed by Hough |
| 80 | | OCT 1 1 2013 | OCT 1 1 2013 | Minchenberg | | Roundhill's 2002 Tax Form 5471 filed by Hough |
| 81 | | | | | | 1/22/06 Email from Jerry Schneider to Minchenberg, Fredrick and Hiltzik re 5471 Forms |
| 82 | | | | | | 4/26/06 Email from Schneider to Elaine Renton re: 5471's for Roundhill Today |
| 83 | | | | | | 5/05/06 Letter from Schneider to Michael Angelini at Bowditch Dewey re Roundhill Form 5471 with attached form for 2000-2001 |
| 84 | | | | | | 7/21/05 Emails from Frederick to Minchenberg re: UBS Account Manager Luetolf's Information |

| | | | | | |
|---|---|---|---|---|---|
| 85 | | | | * | 7/22/05 Saba Standard Form to Confirm Account Balance Information with Financial Institutions |
| 86 | | | | | 8/11/05 UBS Statement of Assets for Saba School of Medicine Foundation |
| 87 | | | | | Letter from Minchenberg to Fredrick and Lisa re: complaints |
| 88 | OCT 1 1 2013 | OCT 1 1 2013 | Minchenberg | | |

3

| 100 | OCT 1 8 2013 |  | Nekic Maurer |  | November, 2009 Saba board certification regarding foundation ownership signed by Nekic |
| --- | --- | --- | --- | --- | --- |
| 101 | OCT 2 1 2013 | OCT 2 1 2013 | Hough |  | Photograph of MUA Nevis |

| 110 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | 5/25/06 Letter from Dalbec to Bank Director assigning Fredrick Power of Attorney |
|---|---|---|---|---|---|
| 111 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | 7/10/08 Letter from Dalbec to Bank Director assigning Fredrick Power of Attorney |
| 112 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Saba Campus Budget (2004) May 1, 2005-April 30, 2006 |
| 113 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Map of the Caribbean |
| 114 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Photo of the Island of Saba |
| 115 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Photo of group standing on Saba island |
| 116 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Photo of standing on Saba island with Hough pointing to a chart |
| 117 | OCT 1 5 2013 | OCT 1 5 2013 | Dalbec | | Aerial photograph of school |

| 140 |              | | Luis Rivera |         | Luis Rivera Resume |
|-----|--------------|-|-------------|---------|--------------------|
| 141 | OCT 1 8 2013 | |             | Maurer  | 9/25/13 Certification of Saba School |
| 142 |              | | Luis Rivera |         | Saba statements of assets 12/31/09 |

| Ex. No. | Date Identified | Date Admitted | Witness | Obj. | Description of Exhibit |
|---|---|---|---|---|---|
| 205 | OCT 2 2 2013 | OCT 2 2 2013 | Patricia Hough | | Various Personal checks issued by Hough and Fredrick |
| 206 | | | Patricia Hough | | Patricia Hough Social Security Statement |
| 207 | OCT 2 1 2013 | OCT 2 1 2013 | Patricia Hough | | Group Photo |
| 208 | | | Patricia Hough | | 9/22/09 Letter to IRS re: Voluntary Disclosure Submission of Taxpayer Information |
| 209 | | | Patricia Hough | | 9/25/09 Letter from IRS |
| 210 | OCT 2 2 2013 | | Patricia Hough | | Sabafoundation.org webpages |

11