# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Ft Myers Division

USA

v.                                      Case No. 2:13-cr-72-FtM-29UAM

PATRICIA HOUGH

## COURT'S EXHIBIT LIST

☐ Government    ☐ Plaintiff    ☐ Defendant    **xCOURT**

| Exhibit No. | Date Identified | Date Admitted | Witness | | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | 10/9/2013 | | | Jury note |
| 2 | | 10/9/2013 | | | Jury note |
| 3 | | 10/10/13 | | | Jury note |
| 4 | | 10/15/13 | | | Jury note |
| 5 | | 10/18/13 | | | Jury note |
| 6 | | 10/18/13 | | | Jury note |
| 7 | | 10/24/13 | | | Jury note |
| | | | | | |

Case 2:13-cr-00072-SPC-NPM   Document 129   Filed 10/30/13   Page 2 of 2 PageID 3479