UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**STIPULATION RE: BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**

    Defendant Patricia Lynn Hough ("defendant") and plaintiff United States of America, by and through their respective counsel of record, hereby stipulate as follows:

    1.    Defendant was convicted by jury verdict on October 24, 2013.  Pursuant to Federal Rules of Criminal Procedure 29(c)(1) and 33(b)(2), defendant's motions for a judgment of acquittal and for a new trial must be filed within 14 days of that date, or on or before November 7, 2013.

    2.    In light of counsel's other workload and personal commitments, the parties agree to, and ask that the Court approve, the following extended briefing schedule for Rule 29 and Rule 33 motions and oppositions:

    Motions due:  Friday, November 22, 2013

    Oppositions due:    Wednesday, December 11, 2013

    3.    In addition, given the complexity and importance of the issues to be raised, defendant requests, but the government does not stipulate to, the opportunity to file reply briefs on her Rule 29 and Rule 33 motions and to present oral argument on those motions.  In the event that the Court grants the right to file replies and/or chooses to conduct a hearing on the motions, then the parties jointly request the following dates:

| | |
|---|---|
| Replies due: | Monday, December 16, 2013 |
| Hearing: | Wednesday, December 17, 2013 or |
| | Thursday, December 18, 2013 |

**IT IS SO STIPULATED.**

Dated: October 30, 2013.

                                                Respectfully submitted,

                                                **BRUCE L. UDOLF, P.A.**

                                                By: /s/ Bruce L. Udolf
                                                      Bruce L. Udolf
                                                        budolf@udolflaw.com
                                                     Counsel for Defendant
                                                     Patricia Hough

                                                Caryn D. Finley
                                                Margaret Leigh Kessler
                                                Trial Attorneys
                                                **Tax Division, U.S. Department of Justice**

                                              By: /s/ Caryn D. Finley
                                                     Caryn D. Finley
                                                   caryn.finley@usdoj.gov
                                                   Counsel for Plaintiff
                                                   United States of America