```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                                   CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH
_____

## ORDER

This matter comes before the Court on the parties' Stipulation Re: Briefing Schedule for Post-Trial Motions (Doc. #130) filed on October 30, 2013.  The parties have agreed to an extension of the deadlines set forth in Fed. R. Crim. P. 29(c)(1) and 33(b)(2) to file post-trial briefing.  The motion is timely filed within 14 days of the October 24, 2013 Jury Verdict (Doc. #114).

Defendant also seeks leave to file reply briefs and for a hearing to present oral arguments with opposition from the government.  Upon review, the Court finds good cause to grant the extension of time for briefing.  The Court will also permit the filing of reply briefs limited to 10 pages in length.  The Court declines to schedule a hearing at this time.  If the Court finds oral arguments are needed after briefing is complete, the Court will set a hearing at that time.

Accordingly, it is hereby

**ORDERED:**

The Parties' Stipulation Re: Briefing Schedule for Post-Trial Motions (Doc. #130), construed as a motion, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. All post-trial motions shall be filed **on or before November 22, 2013**;

2. All oppositions shall be filed **on or before December 11, 2013**;

3. All replies shall be filed **on or before December 16, 2013**, limited to ten (10) pages in length; and

4. The motion is otherwise denied.

**DONE and ORDERED** at Fort Myers, Florida, this __31st__ day of October, 2013.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record