UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S MOTION
FOR LEAVE TO FILE MOTION FOR JUDGMENT OF ACQUITTAL
IN EXCESS OF TWENTY FIVE PAGES**

COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and pursuant to Local Rule 3.01(d) hereby submits this Motion for Leave to File a Motion for Acquittal in Excess of Twenty Five Pages, and in support thereof states as follows:

1. On October 24, 2013, Defendant Patricia Lynn Hough ("Defendant") was convicted by a jury on Counts One, Six, Seven, Eight and Nine of the Indictment.

2. The Defendant seeks to file a Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) ("Motion for Acquittal").

3. The Court's Local Rule 3.01 states that motions are not to exceed a limit of twenty-five pages, and that leave must be sought for motions that exceed the page limit.

4. The trial of this cause lasted eleven days, involved the testimony of twenty witnesses, and the submission of thousands of pages of documents. In order to adequately summarize the evidentiary basis for the Motion for Acquittal, the undersigned requires and additional six pages in which to make its arguments.

5.      The Defendant's Motion for Acquittal as currently drafted is approximately thirty-one pages.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests this Honorable Court grant the foregoing motion, giving leave to Defendant Hough to file her attached Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) in excess of twenty-five pages, for a total allowed page limit of thirty-one pages, and for all other and further relief as this Honorable Court deems just and proper under the circumstances.

Dated: November 22, 2013

    Respectfully submitted,

    **BRUCE L. UDOLF, P.A**.
    *Counsel for Defendant Hough*
    Broward Financial Centre
    500 East Broward Blvd., Suite 1400
    Fort Lauderdale, Florida 33394
    Tel: (866) 951-9058/ Fax (954) 525-2134
    budolf@udolflaw.com
    Fla. Bar No. 0899933

    By: /s/ Bruce L. Udolf

    **BINGHAM MCCUTCHEN, LLP**
    Suite 2050 North
    1601 Cloverfield Blvd
    Santa Monica, California 90404
    Tel: (310) 907-1000/ Fax (310) 907-2000

    By:  /s/ Nathan J. Hochman
       California Bar No. 139137
       nathan.hochman@bingham.com

    By: /s/ Daniel A. Saunders
       California Bar No. 161051
       Daniel.saunders@bingham.com

## CERTIFICATE OF COMPLIANCE

       WE HEREBY CERTIFY that the undersigned has conferred with opposing counsel prior to the filing of this motion, that counsel has been unable to resolve the issues by agreement, and that the motion concerns matters which are not covered by the scheduling order, as directed in the Court's Criminal Scheduling Order [DE 22], at ¶ II (D).

                                            By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

       WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 22nd day of November, 2013.

                                            By: /s/ Bruce L. Udolf