UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT HOUGH'S MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL**

    COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits this Appendix of Exhibits in Support of her Motion for New Trial [DE 137] and Motion for Judgment of Acquittal [DE 138], and in support thereof submits as follows:

I.    **EXCERPTS OF TRIAL RECORD TRANSCRIPTS**

**Exhibit "A"**

    October 9, 2013 Trial Day 2
    Pages: 1, 141, 156, 239-240

**Exhibit "B"**

    October 10, 2013 Trial Day 3
    Pages: 1, 18, 44-52, 55-60, 63-64, 233-234, 238

**Exhibit "C"**

    October 11, 2013 Trial Day 4
    Pages: 1, 49, 119-120, 138, 142

**Exhibit "D"**

>October 15, 2013 Trial Day 5
>Pages: 1, 118-119, 147-155

**Exhibit "E"**

>October 16, 2013 Trial Day 6
>Pages: 1, 14-20, 39, 77, 78, 86-88

**Exhibit "F"**

>October 17, 2013 Trial Day 7
>Pages: 1, 18, 37, 52-53, 71-72, 84-85, 93, 99-100, 105-107, 126, 134, 135, 149, 153, 182, 183, 196, 197, 209, 236, 257-260

**Exhibit "G"**

>October 18, 2013 Trial Day 8
>Pages: 1, 28, 40, 41, 61-72, 78-81, 97-98, 126-128, 156, 180-184, 204-207, 215, 229-231

**Exhibit "H"**

>October 21, 2013 Trial Day 9
>Pages: 1, 4, 14-20, 23-27, 172, 212-215

**Exhibit "I"**

>October 22, 2013 Trial Day 10
>Pages: 1, 157-165, 258-259

**Exhibit "J"**

>October 23, 2013 Trial Day 11
>Pages: 1, 14, 16-40, 121, 125, 133, 134, 151-156

II.     **GOVERNMENT'S TRIAL EXHIBITS**

**Exhibit "K"**

>Government Exhibit 3C, pages 39, 41

**Exhibit "L"**

    Government Exhibit 3G

**Exhibit "M"**

    Government Exhibit 3P, pages 1, 5-6

**Exhibit "N"**

    Government Exhibit 3S, pages 9, 23

**Exhibit "O"**

    Government Exhibit 3CC, pages 2, 6, 20

**Exhibit "P"**

    Government Exhibit 3EE, page 86

**Exhibit "Q"**

    Government Exhibit 3HH, pages 1, 2

**Exhibit "R"**

    Government Exhibit 6B

**Exhibit "S"**

    Government Exhibit 6D

**Exhibit "T"**

    Government Exhibit 6F

**Exhibit "U"**

    Government Exhibit 6H

**Exhibit "V"**

    Government Exhibit 8B

**Exhibit "W"**

    Government Exhibit 10F

**Exhibit "X"**

    Government Exhibit 30I

*BRUCE L. UDOLF, P.A*.
*Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394*
*Tel: (866) 951-9058/* budolf@udolflaw.com

Dated: November, 22, 2013

        Respectfully submitted,

        C*ounsel for Defendant Hough*

        **BRUCE L. UDOLF, P.A**.
        Broward Financial Centre
        500 East Broward Blvd., Suite 1400
        Fort Lauderdale, Florida 33394
        Tel: (866) 951-9058/ Fax (954) 525-2134
        budolf@udolflaw.com
        Fla. Bar No. 0899933

        By: /s/ Bruce L. Udolf

        **BINGHAM MCCUTCHEN, LLP**

        Suite 2050 North
        1601 Cloverfield Blvd
        Santa Monica, California 90404
        Tel: (310) 907-1000/ Fax (310) 907-2000

        By:  /s/ Nathan J. Hochman
           California Bar No. 139137
           nathan.hochman@bingham.com

        By: /s/ Daniel A. Saunders
           California Bar No. 161051
           Daniel.saunders@bingham.com