```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION

         CASE NO.:   2:13-CR-72-FtM-29UAM
```

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.
                          Fort Myers, Florida
                          October 9, 2013

PATRICIA LYNN HOUGH,             9:00 a.m.

      Defendant.

```
           TRANSCRIPT OF JURY TRIAL, DAY TWO

       HELD BEFORE THE HONORABLE JOHN E. STEELE
          UNITED STATES DISTRICT COURT JUDGE

                   A P P E A R A N C E S

FOR THE UNITED STATES:    U.S. Department of Justice
                             Tax Division
                          P.O. Box 813
                          Washington, DC  20044
                          BY:  CARYN FINLEY, ESQ.

                          U.S. Department of Justice
                             Tax Division
                          Suite 7334
                          601 D Street NW
                          Washington, DC
                          BY:  MARGARET LEIGH KESSLER, ESQ.



         (Appearances Continue on Following Page)
```

1       Do you . . . did Dieter Luetolf explain what it meant to
2   waive your right to invest in U.S. securities, to Patricia
3   Hough?
4   A    I don't know whether he explained it or not.
5   Q    And do you know if any of the writing on the upper
6   section, where it says, "Hough, Patricia, U.S.," and an
7   address, is Dr. Patricia Hough's handwriting?
8   A    I don't know.
9   Q    If you could turn to Page 13 . . . . Do you know what
10  Doctor -- excuse me -- what Dieter Luetolf explained to
11  Dr. Hough about a general power of attorney?
12  A    No, I don't know.
13  Q    And with respect to Charlene Varga, do you even know who
14  Charlene Varga is?
15  A    No, I don't know.
16  Q    Did you ask anyone who Charlene Varga is?
17  A    No, I did not.
18  Q    By the way, going back for just a moment to the Form A,
19  a Form A is for Swiss anti-money laundering law purposes; is
20  that correct?
21  A    Yes. It's part of the identification requirements, and
22  according to Swiss law, to the Swiss CDB.
23  Q    It's not for U.S. tax purposes; correct?
24  A    Correct.
25  Q    If you could turn to Page 15 through 19 of this

1           MR. HOCHMAN:  I'm sorry, Your Honor.
2           THE COURT:  3G will be admitted, and you may publish
3    them.
4           MR. HOCHMAN:  Thank you, Your Honor.
5           (Government's Exhibit 3G was admitted into evidence.)
6           (An exhibit was projected onto the projector screen.)
7    BY MR. HOCHMAN:
8    Q      Now, we're looking at a Form A on another account here;
9    do you see that?
10   A      Yes.
11   Q      And i think you said it was very important to put down
12   the contracting party, because that's the legal party that has
13   ownership over this account; correct?
14   A      Yes.
15   Q      And on the Form A, the very first page of this exhibit,
16   do you see what Mr. Luetolf put down for the contracting party?
17   A      On the version I have in front of me, there is no name
18   indicated in the section, contracting partner.
19   Q      Another mistake of Mr. Luetolf; correct?
20   A      That's a mistake.
21   Q      And it's another mistake your system, your document
22   review system, failed to catch; correct?
23   A      Correct.
24   Q      Do you know if Mr. Luetolf ever got fired because of any
25   of these errors, having been fired by UBS?

1   A       A schedule B is a backup schedule to the tax return
2   that's filed if you have interest and dividends income over a
3   certain amount.
4   Q       And there are other items on the Schedule B that require
5   you to report a foreign bank account?
6   A       Yeah.  There are questions on -- there two questions, on
7   the bottom of the form, that ask certain questions about
8   foreign bank accounts.
9   Q       And if a U.S. taxpayer has a foreign bank account, are
10  they required to fill out other forms?
11  A       I believe, if it's over a certain amount, they're
12  required to fill out a . . . another form.
13  Q       When you initially met with Dr. Fredrick and Dr. Hough
14  for the intake, did you ask them if they had any foreign bank
15  accounts?
16  A       It would have been part of my normal interview to ask
17  that question.
18  Q       And do you remember what their answer was?
19  A       I believe the answer was no.
20  Q       And when you asked them this question, did you
21  differentiate whether they had an account personally, versus
22  any relationship with . . . any other type of relationship with
23  the bank account?
24  A       I don't recollect that I did.  I don't believe that I
25  would have.

1   Q       So you didn't ask them if they had signature authority
2   on the bank account.
3   A       It's not a question I would have normally asked.  I
4   don't believe I did.
5   Q       But you would normally ask if someone had a foreign bank
6   account.
7   A       It would be in the nature of, "Do you have any foreign
8   bank accounts?"
9   Q       And the computer program that you use to prepare the tax
10  return, is there a diagnostic, or an area that would prompt you
11  to ask those questions?
12  A       The diagnostics in the program that we were using during
13  that time would . . . would prompt you at the end.  When you
14  finished the return, there was a review process of the return,
15  and it would prompt you as to whether you had completed
16  everything.  And it would even give us -- there were critical
17  diagnostics where there were things that needed to be put on
18  the return.
19          You know, in other words, you know, if there's mortgage
20  interest but you don't have any taxes on your house, so stuff
21  like that, that just wouldn't make sense.  And the diagnostics
22  would cue us as to whether those questions on Schedule B were
23  checked or not.
24  Q       Did you ask them that question every year that you
25  prepared their tax return?