

KONTROLLIERT
Y. Wickihalder

 8853
replaces document of

## Authorized signatories

Company: **New Vanguard Holdings Limited**   Tel.-No
Exact address of domicile: **1/F Wilshire Park, 12-14 MacDonnell Road, HON-Central**

We hereby advise you of the following persons with unlimited authority to sign (without right of substitution) and who are authorized to carry out any legal acts and to enter into other obligations vis-à-vis UBS AG (hereinafter UBS) in connection with claims or assets deposited under the above master number and enter into other obligations vis-à-vis UBS:

**Authorized signatory 1**
Last name/First name: **Singenberger Beda**
Date of birth: 1953
Nationality: **CH**
Signature: [signed]
Authority to sign: ☒ by sole signature / ☐ by joint signature of ___

**Authorized signatory 2**
Last name/First name: **Joerin Daniel Eric**
Date of birth: 1958
Nationality: **CH**
Signature: [signed]
Authority to sign: ☐ by sole signature / ☒ by joint signature of **2**

**Authorized signatory 3**
Last name/First name: **Schulthess Erwin**
Date of birth: 1963
Nationality: **CH**
Signature: [signed]
Authority to sign: ☐ by sole signature / ☒ by joint signature of **2**

**Authorized signatory 4**
Last name/First name: **Schaufelberger Brigitte**
Date of birth: 1955
Nationality: **CH**
Signature: [signed]
Authority to sign: ☐ by sole signature / ☒ by joint signature of **2**

**Authorized signatory 5**
Last name/First name: ___
Date of birth: ___
Nationality: ___
Signature: ___
Authority to sign: ☐ by sole signature / ☐ by joint signature of ___

**Authorized signatory 6**
Last name/First name: ___
Date of birth: ___
Nationality: ___
Signature: ___
Authority to sign: ☐ by sole signature / ☐ by joint signature of ___

**Authorized signatory 7**
Last name/First name: ___
Date of birth: ___
Nationality: ___
Signature: ___
Authority to sign: ☐ by sole signature / ☐ by joint signature of ___

**Authorized signatory 8**
Last name/First name: ___
Date of birth: ___
Nationality: ___
Signature: ___
Authority to sign: ☐ by sole signature / ☐ by joint signature of ___

(Please cross out unused fields; See page 2 for further authorized signatories)

Note: the above list is **not** valid without page 2.

63054 E V4   12.2001   J6   08.12.2003   Page 1/2

I-20050727-018012

A-0116_0076

3c.0039




KONTROLLIERT
Y. Wicklhalder

8833

## Certified Corporate Resolutions
## Deposit, custodian and current accounts and credit transactions

I, **Beda Singenberger**

Director/Secretary of **New Vanguard Holdings Limited**

a company duly incorporated and existing under the laws of **Hong Kong**

described herein as 'the Company', hereby certify that the following is a true copy of resolutions adopted by the Board of Directors of the company on (date) **8. April 2005**

and that such resolutions are now in full force and effect:

1. 'Resolved, that UBS AG, **Zürich**
(hereinafter UBS), is designated a depositary of the Company;

and

2. 'Further Resolved, that all drafts, bills of exchange, cheques and other instruments, instructions or orders for the payment or withdrawal of funds drawn against the account or accounts of the Company with UBS shall be signed, made or accepted on behalf of the Company by the following (insert the titles and names of the officers and their method of signature).

| Name/Title/Function | Method of signature (sole or jointly by any two) |
|---|---|
| Beda Singenberger | Director — sole |
| Daniel Eric Joerin | Authorized signatory jointly |
| Erwin Schulthess | Authorized signatory jointly |
| Brigitte Schaufelberger | Authorized signatory jointly |

and

3. 'Further Resolved, that UBS is authorized to place to the credit of the account, or any of the accounts, of the Company, drafts, bills of exchange, cheques or other funds or property delivered to it for deposit for the account of the Company, whether or not endorsed with the name of the Company by rubber stamp, facsimile, mechanical, manual or other signature, and any such endorsement by whomsoever affixed shall be the endorsement of the Company, or otherwise endorsed, or unendorsed, provided that if any such item shall bear, or be accompanied by, directions (by whomsoever made) for deposit to a specific account, then such deposit shall be to the credit of such specific specific account; and

4. 'Further Resolved, that UBS is hereby directed to accept and/or pay and/or apply any draft, bill of exchange, cheque, instrument, instruction or order for the payment or withdrawal of funds drawn on the account or accounts of the Company or payable to the order of the Company and bearing the signature or signatures now or hereafter authorized by the Company, without limit as to amount, without inquiry and without regard to its application or that of its proceeds, including drafts, bills of exchange, cheques, instruments, instructions or orders for the payment or withdrawal of funds drawn or endorsed to the order of or in favour of any person whose signature appears thereon or any other officer or officers or agent or agents of the Company, which may be deposited with, or delivered or transferred to UBS, or to any other person, firm or corporation, for the personal credit or account of any such officer or agent; and UBS shall not be liable for any disposition which any such officer or agent shall make of all or any part of any draft, bill of exchange, cheque, instrument, instruction or order for the payment or withdrawal of funds drawn on such account or accounts or payable to the order of the Company or the proceeds thereof, notwithstanding that such disposition may be for the personal account or benefit or in payment of the individual obligation of any such officer or agent to UBS, or otherwise; and

63062.E V1   10.2003   J4                                08.12.2003                        Seite 1/2

1-20050727-018014

A-0116_0078

3c.0041