## UBS

A

Master no. ▆▆▆▆ 7812

### Verification of the beneficial owner's identity
(Form A as per Art. 3 and 4 CDB)

Account/Custody Account No.: _____   Contracting partner: _____

Category: _____

The contracting partner hereby declares:
(mark with a cross where appropriate)

[x] that the contracting partner is the sole beneficial owner of the assets concerned.

[ ] that the beneficial owner/s of the assets concerned is/are

Last Name/First Name (or company) _____
Address (Domicile), Country _____
Date of birth _____   Nationality _____

Last Name/First Name (or company) _____
Address (Domicile), Country _____
Date of birth _____   Nationality _____

Last Name/First Name (or company) _____
Address (Domicile), Country _____
Date of birth _____   Nationality _____

The contracting partner undertakes to inform the bank, of his own accord, about any changes.

Place/date: 14.9.05   Signature of the contracting partner: _____

Wilfully entering false information in this form is a criminal offense (art. 251 of the Swiss Penal Code, forgery of documents) under penalty of penal servitude of up to five years or a prison sentence.

For internal bank use only
Account opening:  [ ] by correspondence  [x] in person
Customer identification carried out as per regulations
OU-Ref. _____   Customer Adviser _____
OU-Ref. _____   Supervisor's signature _____

63050 E V2   06.2003   JS

Government Exhibit 3G

**❋ UBS**

Master no. ▇▇▇ 7812

Numbered account supplement/Suffix

*Kontrollier* *ober*

## Basic document for Account/Custody Account

**Basic data**

Type of relationship — **Named account relationship joint accountholder**
Account-holding branch office — **UBS AG*** (* hereinafter referred to throughout the Agreement as "UBS")
Status of documents — **New account opening**

For any other accountholders, please provide the last name, first name(s), date of birth, full address (street, postal code, city and country), and the type, number, place and date of issue of the identification document shown. Please enclose copies of the identification documents shown.

**Accountholder** ☒ Mr. ☐ Mrs.

Last name **Frederick**    First name(s) **David**
Address ▇▇▇▇▇▇▇▇▇▇
**US- Englewood, FL 34223-0000**

Date of birth ▇▇▇ **1944**    Nationality **US**
Form of identification
Type **PP**    ID number ▇▇▇ **0618**
Place of issue _____    Date **9.8.96**

**Accountholder** ☐ Mr. ☒ Mrs.

Last name **Hough**    First name(s) **Patricia**
Address ▇▇▇▇▇▇▇▇▇▇
**US- Englewood, FL 34223-0000**

Date of birth ▇▇▇ **1946**    Nationality **US**
Form of identification
Type **PP**    ID number ▇▇▇ **4158**
Place of issue _____    Date **21.6.97**

63055 E V2   12.2001  J4                                    12.02.2002   Page 1/3

PA_0116_01_0003

3G.0002

# ✻ UBS

Master no. ▊▊▊▊ 78A2

Numbered account supplement/Suffix

---

## Correspondence instructions

Except in special circumstances, correspondence is

☐ to be sent to the following address

Number of copies

☐ Original ☐ Duplicate

_____ _____
_____ _____
_____ _____
_____ _____

Number of copies ___ Number of copies ___

☒ to be retained for a fee and held available at UBS, which is hereby discharged of any liability for possible consequences. I/We have duly received any and all communications retained in this manner. Unless otherwise specified, the date on the bank document concerned shall be regarded as the date of receipt by the client. Mail not claimed can be destroyed after a period of three years.

number of copies ___ (Original)

Language of correspondence: **English**

Home phone no. _____ Office phone no. _____

## General authorization for fiduciary investments

We hereby authorize UBS to use all or part of the funds available at a given time in our UBS account to make investments on a fiduciary basis in the name of UBS, but for our account and at our risk. Should UBS not receive or not receive in time (i.e. at least five days before maturity of the investment concerned)

other instructions from us, UBS may choose debtor, amount, currency and maturity at its discretion and is subject to any measures ordered by the country of the currency concerned and the country where the funds are invested. This authorization shall remain in force even after our death or incapacity to act.

## Conditions for joint and several accounts

If the account has two or more accountholders, the following also apply:

1. Each of the accountholders shall have the sole and unrestricted right to dispose of any of the assets, in particular to pledge them as security, to give any instructions or approvals whatsoever, and to appoint attorneys. Each accountholder shall have the express right to rescind the agreement for a joint and several account for both himself/herself and all the other accountholders. The signature of any one accountholder shall be sufficient to give full discharge to UBS, and the said powers of attorney shall be considered as given in the name of all accountholders.

2. The accountholders shall be jointly and severally liable to UBS as joint and several debtors (as defined by Arts. 143 to 149 of the Swiss Code of Obligations) for all present and future claims which UBS may have against them, even if such claims result from instructions issued or commitments entered into by only one of them.

3. In the event of the death of one of the accountholders, the survivor(s) and any attorney shall be alone entitled, as far as UBS is concerned, to dispose of the assets in the aforementioned manner. At the request of one who has been properly, i.e. legally, identified as a statutory or testamentary heir of the deceased joint accountholder, UBS is entitled to provide information about the custody account/account relationship as required by law and to communicate the name(s) of the surviving joint accountholder(s), and any agent(s) to whom powers of attorney have been granted.

4. The above regulations shall govern the relations between the accountholders and UBS only, irrespective of those existing internally between the accountholders themselves or their successors, and irrespective, in particular, of the ownership of the assets.

5. UBS may credit remittances received in the sole favour of one accountholder to the joint account, unless UBS is in possession of instructions to the contrary.

---

63055 E V2   12.2001   J4   12.02.2002   Page 2/3

PA_0116_01_0004

3G.0003

## UBS

Numbered account supplement/suffix

### General conditions and place of jurisdiction

UBS may credit remittances received in a currency for which there is no corresponding account to an already existing account or may maintain them in the currency received. UBS is also specifically entitled to open additional accounts in the name(s) of the accountholder(s) in order to credit remittances in foreign currencies.

The following regulations/conditions also apply to this account/custody account relationship: General conditions, the BASIC CONDITIONS for the use of electronic aids, the SPECIAL TERMS AND CONDITIONS for the use of the UBS customer card with PIN code and the Regulations governing safe custody and metal accounts.

We have received and taken note of a copy of these conditions/regulations and agree to be bound by them.

We hereby agree to inform UBS immediately of any change in address. If UBS does not have our current address, we will pay all the currently valid charges and fees. If the consent of the spouse is required by law for an account to be opened, UBS is entitled to assume that this consent has been given.

UBS is not obliged to execute instructions or orders received by e-mail or any other form of electronic communication unless there is a special written agreement.

The present Agreement and/or Declaration shall be exclusively governed by and construed in accordance with Swiss law. The place of performance of all obligations of both parties, the place of debt collection, the latter only for Customers domiciled outside Switzerland, as well as the exclusive place of jurisdiction for any disputes arising out of and in connection with the present Agreement and/or Declaration shall be Zurich.

UBS reserves the right, however, to take legal action against the Undersigned before the authority of his/her/its domicile or before any other competent authority, in which event exclusively Swiss law shall remain applicable.

We instruct UBS to open an account/custody account as specified above.

Place/Date 14.7.03                    Signature

Place/Date 14.7.03                    Signature

For internal bank use only — Account opening ☐ by correspondence — Customer identification carried out as per regulations — OU-Ref. — OU-Ref. — (as per Directives PF/UOS and PB/DG/D10) — Customer Advisor — Supervisor's signature — 63055 E V2  12.2001
Page 3/3



PA_0116_01_0006

3G.0005



# UBS

**Kontrollient**
**M. Kohler**

███████ 812
███████ 812-51

## Supplement for new Account US Status
## Tax Form US Withholding Tax/Natural Person
## Assets and Income Subject to United States Withholding Tax
## Declaration of Non-US Status

**Family Name account holder:** Fredrick
**First Name:** David
**Nationality:** US
**Street:** ███████
**Post code/city:** US-Englewood, 34223
**Country:** USA

In accordance with the regulations applicable under US law relating to withholding tax and in order to determine the status and qualification of the account holder (for the purposes of US withholding tax) as:

**Non-US Person or US Person**
the undersigned account holder hereby declares and confirms the following to UBS AG:

**1. Non-US-Person Declaration (natural Person)**
Please tick the appropriate box with regard to your above-mentioned account with UBS AG in Switzerland:

– Are you a US citizen?
(also dual citizenship)
☒ Yes    ☐ No

– Are you resident and/or do you have a permanent residence permit in the USA?
(permanent residence permit, e.g. green card or long-term

stay in the USA in the current year and in the two previous years, 'substantial physical presence test')
☒ Yes    ☐ No

– Are you liable to tax in the USA on any other grounds?
(e.g. dual residence, joint filing of tax return as spouse, renunciation of US citizenship or residence permit after long-term stay, other grounds)
☒ Yes    ☐ No

**2. Beneficial Ownership**
The undersigned account holder hereby declares that he/she is the beneficial owner of the assets and income to which this declaration relates in accordance with US tax law.

**3. Change of Status as Non-US Person**
The undersigned account holder undertakes to inform UBS AG if his/her status as a Non-US Person under US tax law should change.

**4. Disclosure of Status as US Person/Agreement for the Sale of US Securities and Deduction of US Backup Withholding Tax**
If this declaration becomes invalid for any reason following submission thereof to UBS AG on the grounds of:

– alteration in circumstances resulting in a change of status of the account holder from a non-US person to US person,

and/or

– subsequent disclosure of the fact that the account holder is or has become a US person under US tax law notwithstanding the present declaration,

and

– if the account holder does not at this time consent to UBS AG filing a valid form W-9 with the US Internal Revenue Service,

then the account holder hereby irrevocably authorizes UBS AG to sell all US assets which are in the above-mentioned account, in accordance with ordinary trading practice and without any prior notification and to deduct US backup withholding tax of 31% (or at the rate then applicable) from the proceeds on the sale of such assets and to remit this to the Internal Revenue Service, as provided in the "Qualified Intermediary" agreement between UBS AG and the US Internal Revenue Service.

The undersigned account holder hereby expressly and unconditionally waives any claim for damages in the event of loss and shall indemnify UBS AG for any liability in connection with the sale of his/her US assets according to the terms hereunder.

**Place/Date:** 14.7.03
**Signature:** [signed]

---

**For internal bank use only**
Signature(s) verified/Signed in my presence
OU-Ref:
Signature: [signed]
Dieter Lütolf SD
13.02.03 North-East USA
01/237 29 40
B16A / AUM1-LFI

61391 E  V0  11.2001  E

Stat. 9f

PA_0116_01_0008

3G.0007

Kontrolliert
M. Kofler

## UBS

E8/2

9812.51

**Supplement for new Account US Status**
**Tax Form US Withholding Tax/Natural Person**
**Assets and Income Subject to United States Withholding Tax**
**Declaration of Non-US Status**

| | | | |
|---|---|---|---|
| Family Name account holder | Hough | First name | Patricia |
| Nationality | US | Street | [redacted] |
| Post code/City | US-Englewood, 34223 | Country | USA |

In accordance with the regulations applicable under US law relating to withholding tax and in order to determine the status and qualification of the account holder (for the purposes of US withholding tax) as

**Non-US Person or US Person**

the undersigned account holder hereby declares and confirms the following to UBS AG:

**1. Non-US Person Declaration (natural Person)**
Please tick the appropriate box with regard to your above-mentioned account with UBS AG in Switzerland

– Are you a US citizen?
(also dual citizenship)

☒ Yes   ☐ No

– Are you resident and/or do you have a permanent residence permit in the USA?
(permanent residence permit, e.g. green card or long-term

stay in the USA in the current year and in the two previous years, "substantial physical presence test")

☒ Yes   ☐ No

– Are you liable to tax in the USA on any other grounds?
(e.g. dual residence, joint filing of tax return as spouse, renunciation of US citizenship or residence permit after long-term stay, other grounds)

☒ Yes   ☐ No

**2. Beneficial Ownership**
The undersigned account holder hereby declares that he/she is

the beneficial owner of the assets and income to which this declaration relates in accordance with US tax law.

**3. Change of Status as Non-US Person**
The undersigned account holder undertakes to inform UBS AG if

his/her status as a Non-US person under US tax law should change.

**4. Disclosure of Status as US Person/Agreement for the Sale of US Securities and Deduction of US Backup Withholding Tax**
If this declaration becomes invalid for any reason following submission thereof to UBS AG on the grounds of

– alteration in circumstances resulting in a change of status of the account holder from a non-US person to US person;

and/or

– subsequent disclosure of the fact that the account holder is or has become a US person under US tax law notwithstanding the present declaration,

and

– if the account holder does not at any time consent to UBS AG filing a valid form W-9 with the US Internal Revenue Service,

then the account holder hereby irrevocably authorizes UBS AG to sell all US assets which are in the above-mentioned account, in accordance with ordinary trading practice and without any prior notification and to deduct US backup withholding tax of 31% (or at the rate then applicable) from the proceeds on the sale of such assets and to remit this to the Internal Revenue Service, as provided in the Qualified Intermediary agreement between UBS AG and the US Internal Revenue Service.

The undersigned account holder hereby expressly and unconditionally waives any claim for damages in the event of loss and shall indemnify UBS AG for any liability in connection with the sale of his/her US assets according to the terms hereunder.

Place/date 14.07.03

Signature [signed]

For internal bank use only    Signature(s) verified/Signed in my presence

OU-Ref:                        Signature Dieter Lütolf
                                         13.02.200[?] North-East USA
                                         01/037 29 40
01991 E V0  11.2001  13                  B16A / AUM1-UM

Shcl. 98

PA_0116_01_0009

3G.0008

❇ UBS

████ 2812

████ 7812.S1

Kontroller M. ░hler

## Supplement for new Account US Status
## Assets and Income/Declaration for US Taxable Persons

| | | | |
|---|---|---|---|
| Family Name account holder | Hough | First Name | Patricia |
| Nationality | US | Street | ████ |
| Postal code/city | US-Englewood, 34223 | Country | USA |

In accordance with the regulations applicable under US law relating to withholding tax, I declare, as the holder of the above-mentioned account, that I am liable to tax in the USA as a US person. I avail myself of the following right.

**A.  Waiver of right to invest in US securities**
I am aware of the new tax regulations. To this end, I declare that I expressly agree that my account shall be frozen for all investments in US securities.

Place/date: 14.07.03

Signature: [signed] Pat Hough

---

For internal bank use only        Signature(s) verified/Signed in my presence

OU-Ref.                                 Signature [signed]
61393.E  v0   11.2001   JS                     Dieter Luloff AD
                                        27.02.████ North-East USA
                                        01/237 29 40
                                        B16A / AUM1-LFI

PA_0116_01_0010

3G.0009

## UBS

**Supplement for new Account US Status**
**Assets and Income/Declaration for US Taxable Persons**

| | | | |
|---|---|---|---|
| Family Name account holder | Frederick | First Name | David |
| Nationality | US | Street | [redacted] |
| Postal code/city | US-Englewood, 34223 | Country | USA |

In accordance with the regulations applicable under US law relating to withholding tax, I declare, as the holder of the above-mentioned account, that I am liable to tax in the USA as a US person. I avail myself of the following right:

A. Waiver of right to invest in US securities.
I am aware of the new tax regulations. To this end, I declare that I expressly agree that my account shall be frozen for all investments in US securities.

Place/Date: 19.2.02

Signature: [signed]

For internal bank use only — Signature(s) verified/Signed in my presence

OU-ref.  Signature [signed] 27.02.2002
Dieter Lobolf/SC
CD North-East USA
01/237 29 40
B16A / AUM1-UFI

PA_0116_01_0011

3G.0010