

*APEX Consultants Ltd*

Dear David,

Attached are the minutes which I need you to sign and mail to me (preferably by courier) to:

Dieter Lutolf
UBS AG
Baerengasse 16
8001 Zurich
Switzerland

If Pat is around, you can both also sign Form A and return it at the same time. (We had filled in your names as contracting partners, rather than Medical, in which name you are signing the form.

As a reminder: we need to have Certificates of Incumbency for both Medical and Apex, but this is not as urgent.

Best regards,
Dieter



REGI
032902

Government Exhibit
3P

PA_0116_03_0059

3P

**Luetolf, Dieter**

From: David Fredrick [drfredrick@yahoo.com]
Sent: Montag, 15. Dezember 2003 20:39
To: ▓▓▓▓▓▓▓▓▓
Cc: Luetolf, Dieter
Subject: Account

Request for WT, UBS
Sr. 60000... Dear ▓▓▓▓:

Please let me know if you received a copy of the letter attached, concerning the closing of our account. I tried faxing the letter to ▓▓▓▓▓▓▓▓▓ as well as ▓▓▓▓▓▓▓▓▓, but kept getting an "error" message on our machine.

After speaking with several people, we concluded that leaving the funds in Nassau makes us too vulnerable. We will certainly miss seeing everyone in Nassau.

Regards to ▓▓▓▓ and the rest of your staff.

Sincerely,

Dr. David Fredrick

---

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

REGI 032902

PA_0116_03_0065
3P.0005

# Dr. David L. Fredrick
## 74 Edgell Street – Gardner, MA 01440
### Telephone: 978-632-1838  Fax: 978-632-6836

December 15, 2003

SB Hambros Bank
Attn: ███
Fax: ███

Dear ███

Following our telephone discussion last week, my wife and I have decided to close our account at SG Hambros in Nassau. We have enjoyed a wonderful working relationship with your bank for the past several years, but unfortunately the changes in US & Bahamas banking policies that take effect in January 2004, put us at a disadvantage.

Please close our account and wire transfer all remaining assets in our account (███4113B) to the bank listed below.

UBS AG
Barengasse 16
8001 Zurich
Switzerland

Attention: AUM1-LFI

SWIFT Address: UBSWCHZH80A

In Favor of:
Account: ███7 840
In the name of APEX Limited

If you have any questions about this transaction, please call me directly at ███ 5122 ext. 110. Thank you for your help.

Sincerely,

Patricia L. Hough                David L. Fredrick

PA_0116_03_0066

3P.0006