███ ]'265
███ 2'267

→ Das Original
dieses Auftrags
befindet sich
bei ███ 2263 !

Patrick Hoffmann
CD HNWI US North East
044/234 08 90
B16A / AOM4-5V5



REGI
215536
███ 2267

Re: Account No

Dear Sir, and Madam,

Will you kindly transfer all equities and other assets to the newly formed company  *Drevose Stiftung*
                                                                                      *New Kingswood Hldgs*

Afterwards will you please close and cancel all existing accounts, etc.

Thank you very much for your endeavours.

June 23. 2005

Yours sincerely,

[signature]
[signature]

Dieter Lütolf, SD
CD HNWI US North East
01/237 29 40
B16A / AOM4-LFI

2/7

# Client Information – Supplemental

████████ 2267

## Account Activity

Stellung Tätigkeit Client and her husband are consultants, own and operate medical schools. She is in the process of becoming honorary consul for El Salvador.

*Translation:*

## BO Activity

*Translation:*

## Total Asset Composition

-They own medical colleges in Caribbean (University of Saba www.saba.edu, schools in Nevis and Belize). Dr. D.F. is president. They are currently in negotions to sell these. - Mrs. P. H. also does medical consulting, i.e. advising hospitals in the United States on how to pass the various periodic regulatory checks - Funds were moved to us from UBS Bahamas (which no longer takes US clients) and originate from their schools/consulting business  Assets come from joint account that was split in two.

*Translation:*

PA_0116_04_0052

3S.0023