**UBS** Bruesher Moregi
Data & Document Mgmt.
Zürich
1923 - 77282

A

Master no. 3443 

## Verification of the beneficial owner's identity

(Form A as per Art. 3 and 4 CDB)

Account/Custody Account No.:

Contracting partner:

Top Fast Finance Ltd.
1/F Wilshire Park
12-14 MacDonnell Road
HON-Central

Category:

The contracting partner hereby declares:

(mark with a cross where appropriate)

☐ that the contracting partner is the sole beneficial owner of the assets concerned;

☒ that the beneficial owner/s of the assets concerned is/are:

| | | |
|---|---|---|
| Last Name/First Name (or company) | Hough Patricia Lynn | 3452 |
| Address (Domicile), Country | | Englewood, FL 34223, USA |
| Date of birth | 946 | Nationality USA |
| Last Name/First Name (or company) | | |
| Address (Domicile), Country | | |
| Date of birth | | Nationality |
| Last Name/First Name (or company) | | |
| Address (Domicile), Country | | |
| Date of birth | | Nationality |

The contracting partner undertakes to inform the bank, of his own accord, about any changes.

Hong Kong, 15.12.2005/cif
Place/date

Signature of the contracting partner

Wilfully entering false information in this form is a criminal offense (art. 251 of the Swiss Penal Code, forgery of documents; under penalty of penal servitude of up to five years or a prison sentence).

| For internal bank use only | Account opening | ☐ by correspondence | ☒ in person | |
|---|---|---|---|---|
| | Customer identification carried out as per regulations | | | Dieter Lütolf, SD |
| | OU-Ref. | Customer Adviser's signature | | CO/NWI US Negell East |
| | OU-Ref. | Supervisor's signature | | 01/237 29 40 |
| 63050 E  V2   05.2003   IS | | | | B16A / AGMA-LFI |

Daniel Perrom 01.2003
CTH U.A North-East
01/237/76
B16A AAAXE-PFD

2/2

 UBS

Erzsebet Söregi
Data & Document Mgmt.
Zürich
1923 - 77282

 3443

 3443.S1

## Corporations and Complex Trusts
## Certification of Beneficial Owner and Non-US Person Status

This Form is a Substitute Form W-8BEN in accordance with the relevant Instructions (Rev. December 2000) by the Department of the Treasury, Internal Revenue Service.

In relation to the requirements imposed by the U.S. Withholding Tax Regulations and by the QI-Agreement, which UBS AG has concluded with the IRS, the undersigned corporation or complex trust hereby gives UBS AG the following information relating to the ownership of assets held in the above-mentioned custody account in order to confirm to UBS AG:
1. that the corporation or complex trust is the beneficial owner according to US tax law; and
2. that the corporation or complex trust is not a «U.S. Person»; and
3. if filled out appropriately below, that the corporation or complex trust intends to claim the benefits of an income Tax Treaty, if any, between the U.S. and the country of tax residence of the corporation or complex trust.

**Identification of corporation or complex trust (as beneficial owner)**
Name of organisation that is the beneficial owner: **Top Fast Finance Ltd**

Type of beneficial owner: [X] a Corporation  [ ] Complex trust

Country of Incorporation or organization: **Hong Kong**

Street: **1/F Wilshire Park, 12-14 MacDonnell Road**

Postal Code/Place: **HON-Central**

Country (do not abbreviate): **Hong Kong**

Street (Mailing Address): ____

Postal Code/Place: ____

Country (do not abbreviate): ____

**Claim to tax treaty benefits (if applicable)**
The corporation or complex trust named above certifies that it is a resident of ____ within the meaning of the income tax treaty between the United States and that country and that it wants that Income Tax Treaty to apply to any income received in the referenced accounts:  [ ] Yes  [ ] No

The account holder also confirms that it meets all provisions of the treaty that are necessary to claim a reduced rate of withholding, including any limitation on benefits provisions, and derives the income within the meaning of section 894 of the Code (US Internal Revenue Code), and the regulations thereunder, as the beneficial owner. Furthermore the account holder confirms to have been made aware by UBS AG of the respective «Limitation on benefits» clauses.  [ ] Yes  [ ] No

**Change of circumstance**
The corporation or complex trust agrees to inform UBS AG prior to any change occurring which might render this confirmation invalid.

**Certification by authorized representative or officer of the corporation or complex trust**
Under penalties of perjury, I/we declare that I/we have examined the information on this form and to the best of my/our knowledge and belief it is true, correct, and complete. I/we further certify under penalties of perjury that:
- The corporation or complex trust (account holder) is the beneficial owner under US tax law of all the income to which this form relates,
- The corporation or complex trust is not a U.S. person,
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States or is effectively connected but is not subject to tax under an income tax treaty, and
- For broker transactions or barter exchanges, the corporation or complex trust is an exempt foreign person as defined in the instructions.

Hong Kong, 15.12.2005/olf
Place/Date                    Signature

If signed by agent acting under a duly authorized power of attorney, this form must be accompanied by the power of attorney in proper form or a copy thereof specifically authorizing the agent to represent the principal in making, executing, and presenting the form. The same liability for penalties for an erroneous, false or fraudulent form apply to such agent.

| For internal bank use only | Signature(s) verified/Signed in my presence | Dieter Lütolf, SD CD HNWI US North East |
|---|---|---|
|  | OU-Ref. | Signature 01/23/ 29'10 |
| 64520 E V1  05.2004  B | This Form will be kept in the records of UBS AG | 615A/AOM4-14 |

1-20051230-020955

PA_0116_07_0007

3CC.0006



Erzsébet Sörégi
Data & Document Mgmt.
Zürich
1923 - 77282



Master no. 3443

# Certified Corporate Resolutions
## Deposit, custodian and current accounts and credit transactions

I, __Beda Singenberger__

Director/Secretary of __Top Fast Finance Ltd.__

a company duly incorporated and existing under the laws of __Hong Kong__

described herein as "the Company", hereby certify that the following is a true copy of resolutions adopted by the Board of Directors of the company on (date) __15. December 2005__

and that such resolutions are now in full force and effect:

1. "Resolved, that UBS AG, __Zürich__
(hereinafter UBS), is designated a depositary of the Company;

and

2. "Further Resolved, that all drafts, bills of exchange, cheques and other instruments, instructions or orders for the payment or withdrawal of funds drawn against the account or accounts of the Company with UBS shall be signed, made or accepted on behalf of the Company by the following [insert the titles and names of the officers and their method of signature].

| Name/Title/Function | Method of signature (sole or jointly by any two) |
|---|---|
| Beda Singenberger | Director — sole |
| Daniel Eric Joerin | Authorized signatory jointly |
| Brigitte Schaufelberger | Authorized signatory jointly |
| Erwin Schulthess | Authorized signatory jointly |

and



3. "Further Resolved, that UBS is authorized to place to the credit of the account, or any of the accounts, of the Company, drafts, bills of exchange, cheques or other funds or property delivered to it for deposit for the account of the Company, whether or not endorsed with the name of the Company by rubber stamp, facsimile, mechanical, manual or other signatures, and any such endorsement by whomsoever affixed shall be the endorsement of the Company, or otherwise endorsed, or unendorsed, provided that if any such item shall bear, or be accompanied by, directions (by whomsoever made) for deposit to a specific account, then such deposit shall be to the credit of such specific specific account; and

4. "Further Resolved, that UBS is hereby directed to accept and/or pay and/or apply any draft, bill of exchange, cheque, instrument, instruction or order for the payment or withdrawal of funds drawn on the account or accounts of the Company or payable to the order of the Company and bearing the signature or signatures now or hereafter authorized by the Company, without limit as to amount, without inquiry and without regard to its application or that of its proceeds, including drafts, bills of exchange, cheques, instruments, instructions or orders for the payment or withdrawal of funds drawn or endorsed to the order of or in favour of any person whose signature appears thereon or any other officer or officers or agent or agents of the Company, which may be deposited with, or delivered or transferred to UBS, or to any other person, firm or corporation, for the personal credit or account of any such officer or agent; and UBS shall not be liable for any disposition which any such officer or agent shall make of all or any part of any draft, bill of exchange, cheque, instrument, instruction or order for the payment or withdrawal of funds drawn on such account or accounts or payable to the order of the Company or the proceeds thereof, notwithstanding that such disposition may be for the personal account or benefit or in payment of the individual obligation of any such officer or agent to UBS, or otherwise; and

630621 V1   10.2003   J4                      08.12.2003                      Seite 1/2

1-20050104-038062
J-20051230-020963