# Client Information - Supplemental

████████ 3443

## Account Activity

principal shareholders, president and associate dean

*Translation:*

## BO Activity

Client and her husband are consultants, own and operate medical schools. She is in the process of becoming honorary consul for El Salvador.

*Translation:*

## Total Asset Composition

company is prepared to receive part of the proceeds of the intended sale of medical schools

*Translation:*

PA_0116_07_0168

3EE.0086