


Dear David,

Attached are some examples to illustrate what DOuble Currency Units are.

DOCU: Stands for "DOuble Currency Unit". It is an exchange-rate-related investment which enables you to obtain a higher return than on a money market investment. When your DOCU matures, depending on the exchange rate you will receive your investment including earnings either in the reference currency or in the second currency. If payment is in the second currency, the strike price will be used for the conversion.

The DOCU can be seen as a combination of a money market deposit and a short call option on a reference currency (e.g. USD). If on expiry the exchange rate closes "out of the money", you will receive your invested capital plus the predetermined earnings in the reference currency. However, if the exchange rate at expiry is "in the money", the counter-party will exercise the call option and pay you your invested capital including the earnings in the second currency.

Opportunities and risks:
DOCUs are suitable for investors who want to see a high return on their investment and accept the risk of repayment in the second currency at the strike price.

DOCUs enable the investor to obtain a higher return than on a money market investment in the reference currency. The higher the potential earnings, the greater the risk that payment will be made in the second currency at the strike price. The cost price for the second currency will always be more favourable than the strike price, since interest is earned on the invested capital.

The strike price, the time of the investment, the coupon as well as the amount are flexible and can be determined by yourself. The minimum investment is USD 250'000.-- or the countervalue in any other currency. There are no fees charged.

You will see that the four examples are all USD time deposits that run for one month, because we could also choose longer periods. Given the current volatility, we prefer to stay short and renew from month to month. You will see that the lower the interest rate, the larger the "cushion" that we have against currency swings. Although the aim would be to price the DOCU in such a fashion that we do not receive Swiss francs, even this scenario would be acceptable if you agree with our view that the dollar is poised to weaken further as a result of Iraq but also the large and growing deficits in the United States.

I tell all my clients that it is easy to understand the DOCU intellectually, but you will only get a feel for what it represents once you do one. In order to get your feet wet, I recommend starting with USD 500'000 or 1 mio.

As mentioned, I will be out of the office between April 7th to April 25th. During this time, Claudia Maetzler or Raphael Jutz will be watching for entries and will confirm them to you and Daniel Perron (tel. 011-41-1-237 7070) is at your disposal for any special situations that may come up. His investment banking background may also prove useful as things progress.

Best regards,
Dieter









PA_0116_08_0024

3HH

5268

**Luetolf, Dieter**

**From:** David Fredrick [drfredrick@yahoo.com]
**Sent:** Freitag, 12. Dezember 2003 20:40
**To:** Luetolf, Dieter
**Subject:** Status Report

REGI
133516

Dear Dieter:

If you have a minute on Monday, can you give me a call at 978-630-5122 ext. 110. I was curious about the status of SZ with regard to US account holders, etc. What can we do to protect ourselves from open disclosure. We still have some funds in SG Hambros in Nassau, but know that we need to pull them out and close our account before Jan 1st. What's your advice?

Thanks....DF & FH

---

Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard
http://antispam.yahoo.com/whatsnewfree

S0110103003

move everything except 1'000 from Medical
to [illegible] a/c

ditto from [illegible]
(who [illegible])

---

expect 1 [illegible] from SG Hambros

1

1/2

PA_0116_08_0025

3HH.0002