FEB 19 2002 10:47AM    SABA UNIVERSITY                          NO. 6772   P. 2




# SABA University

## School of Medicine

U.S. OFFICE: EDUCATION INFORMATION CONSULTANTS, INC. • P.O. Box 386, Gardner, MA 01440
TELEPHONE: (978) 630-5122 • FAX: (978) 632-2168 • WEB SITE: www.saba.org
E-MAIL: ADMISSIONS/REGISTRAR: saba@tiac.net • CLINICALS: sabaclinical@yahoo.com • FINANCE OFFICE: ldsaba@yahoo.com

February 18, 2002

Mr. Brad Anderson
Mr. Mark VanCura
Consultants

Dear Mark & Brad:

Thank you for your telephone call today regarding the potential purchase of our medical schools and educational enterprises. Attached is a school catalog that will provide you with information about SABA University School of Medicine and the Medical University of the Americas. At the present time, I am sole owner of SABA University School of Medicine on Saba, Netherlands-Antilles and have controlling shares of the Medical University of the Americas on Nevis, West Indies.

SABA University presently has 500+ full-time students enrolled in the MD program in addition to 50+ students enrolled in other programs (Master's Degree in Hyperbaric Medicine, Bachelor of Science, and Bachelor of Nursing). We have a new, several million dollar campus on Saba, with a new 14,000 sf medical library due to open next month. SABA has graduates either licensed and or in residency in 33 US states and provinces in Canada. SABA University has established affiliations with over 60 hospitals in 27 US states, plus several in Canada and England. The current appraisal of buildings and lands owned by SABA University (for insurance purposes) is 7.5 million, and does not take into account the equipment & supplies.

MUA has approximately 300 students in the MD program with a few additional students in the Ph.D. and combined Psy.D., MD program. Our MUA campus on Nevis is also new and comprises a 10 acre site with tennis courts, swimming pool, basketball court, new classroom buildings, laboratory buildings, cafeteria, and new medical library that opened this week. The approximate value of buildings & lands for MUA is 3.5 million, not counting equipment & supplies. The overall program is growing rapidly. In January we opened a new branch campus of MUA on the island of Belize.

These entities are managed in the US by Education Information Consultants, Inc., a Massachusetts based corporation, also owned by the undersigned. We have a combined medical school enrollment of 800 students, 60 MD or Ph.D. level faculty, and a staff of approximately 30. Both medical schools are recognized by the World Health Organization and accepted by the Educational Commission on Foreign Medical

Caribbean Campus: P.O. Box 1000 • Saba, Netherlands-Antilles • Telephone: 011-599-463456 • Fax: 011-599-463458

Government Exhibit
6B

JW-00023

6B

FEB. 19. 2002 10:48AM    SANIVERSITY                              NO. 8772   P. 2/2

Graduates (ECFMG) in the US. Last year, SABA University graduated 102 students and placed 100% in Medical Residency program throughout the US and Canada. For a current list of our graduates and residents, look under "Graduates and Residents" on the web site (www.saba.edu). During the past seven years, the pass rate for our students on the USMLE (United States Medical Licensing Exam) has been 83.6%, which is equivalent to the pass rate of most US medical schools.

Financial Information:

SABA University School of Medicine:
    Gross Revenue.................................... $7,700,000.00
    Expenditures (approximate per year).......  4,000,000.00
    Profit per year.......................................  3,700,000.00
    Debts...................................................            0

Medical University of the Americas:
    Gross Revenue (current)....................... $3,300,000.00
    Gross Revenue (projected by 2003)....... $7,500,000.00
    Expenditures (approximate per year)..... $4,000,000.00
    Projected Profit per year....................... $3,500,000.00
    Debts...................................................            0

These figures do not take into consideration any additional building projects, since each campus has just completed major building programs. In addition, these figures do not reflect income from MUA-Belize, which is just starting, but projected to be as large as the program on Saba or Nevis.

If you have further interest, please call me direct at my Boston office: 978-▮▮▮▮ ext. 110 or my cell phone: 978-▮▮▮▮

Sincerely,

David L. Fredrick, Ph.D.
President & CEO
SABA University & MUA

JW-00024

6B.0002