AOL.COM | Message View                                                      Page 1 of 2

Subj: Agreement Received
Date: 7/3/2003 11:52:31 AM Eastern Standard Time
From: David Fredrick <drfredrick@yahoo.com>
To: Brad Anderson <dbautah@aol.com>, Mark VanCura <mgbvanx@aol.com>, Ray Dobbs <wrdtexas@yahoo.com>
Cc: plhough@yahoo.com
Sent from the Internet (Details)

Dear "All"

    I received the signed agreement today and will initial the changes, then fax it back to Ray tonight. Pat is presently in DC visiting our legal team that are working with the D.O.E. for our Title IV approval. Everyone is very positive, including the staff at the D.O.E.

    Now that it looks like we are all on a road to closure, I will start providing more updated info on Univ activities that will be important to know.

(1) Our enrollment for September is up for both SABA and MUA-Nevis.

(MUA) - September 2002, admitted 45
(SABA) - September 2002, admitted 47

(MUA) - September 2003, presently admitted 60
(SABA) - September 2003, presently admitted 60 with an additional 12 on a wait-list.

(2) The current President of MUA-Nevis is Dr. Jesse Lewis, a long time friend of ours. He is "unpaid" and accepted the position on a temporary basis last year, when the ACCM (SABA accreditation body) required that I resign due to a conflict of interest. They did not want me serving as President of both medical schools. Since we will need to appoint a new permanent President, I would suggest that Dr. Mark VanCura become President starting in September. This will start your group on the road to slowly assuming administrative leadership.

(3) During the next several weeks, Pat and I will be visiting our clinical hospitals in preparation for the ACCM/DOE site visits, which are part of the accreditation process. Pat has just concluded visits to hospitals in DC & MD, and we will both be visiting our hospitals in Kansas City, St. Louis, and New York later this month.

    This is going to be an exciting opportunity for all of us.... we are looking forward to your creative expertise in building an even bigger International Medical Consortium.

Regards,

Government Exhibit 6H

http://webmail.aol.com/fmsgview.adp?folder=SU5CT1g=&uid=6576541                7/4/2003

JW-00032

6H