EAPD TDW 3.30.07

DRAFT

# FLOW OF FUNDS MEMORANDUM

## April 4, 2007

This Funds Flow Memorandum describes the flow of funds relating to the acquisition of the capital interests of Saba Drop Down, B.V., the Medical University of Americas, Limited, Educational International Consultants, LLC and various related real property pursuant to the terms of those certain Purchase Agreements among, dated as of February 14, 2007 (the "Purchase Agreements") and the financing and equity transactions related thereto.

## Parties

| | |
|---|---|
| Ares Capital Corporation | "Ares" |
| New Vanguard Holdings Limited | "New Vanguard" |
| Equinox EIC Partners LLC | "EIC Partners" |
| EIC Acquisition Corporation | "US Parent" |
| EIC International Corp. | "EICI" |
| Saba University Management Company B.V. | "Saba Parent" |
| MUA Management Company, Limited | "MUA Parent" |
| Lynn, Leon & Lyon Group, LLC | "LLL Group" |
| Medical Education Group, LLC | "MEG" |
| Educational International Consultants, LLC | "EIC, LLC" |

## General Transaction Steps

**Step 1:** Investors fund EIC Partners

**Step 2:** EIC Partners acquires capital of US Parent

**Step 3:** Ares funds US Parent and Saba Parent

**Step 4:** US Parent, Saba Parent and MUA Parent make closing payments pursuant to Purchase Agreements

**Step 5:** US Parent, Saba Parent and MUA Parent pay certain expenses and fees incurred in connection with transactions



Government Exhibit
10F

**Confidential Treatment Requested by EIC**
PRV_FINAL.Funds Flow Memo with Fed Ref Nos /TWA EIC 00298

DRAFT                                                            EAPD TDW 3.30.07

## Sources of Funds

| | Funded Amount | To Sellers | Escrow & Holdback | Br. Lake Escrow | Regulatory Costs | Cash at EIC | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| **(1) Debt Financing** | | | | | | | |
| Revolving Credit Facility ($20,000,000 Commitment) | $  8,988,502.66 | | | | | | |
| Term Loan A ($7,500,000 Commitment) | 7,500,000.00 | | | | | | |
| Sub-Total: Saba Borrower | $ 16,488,502.66 | $ 15,861,502.66 | | | | | $ 627,000.00 |
| Term Loan B ($2,500,000 Commitment) | 2,500,000.00 | 2,500,000.00 | | | | | |
| Arca Capital Corporation | $ 18,988,502.66 | | | | | | |
| Revolving Credit Facility (Post-Closing Drawdown) | 433,000.00 | | | | | | 433,000.00 |
| Arca Capital Corporation | $ 19,421,502.66 | | | | | | |
| | | | | | | | |
| **(2) Equity Financing** | | | | | | | |
| Equinox Capital III, LP | 2,282,839.15 | 1,754,363.37 | | $  33,326.06 | $  245,212.83 | | 249,886.89 |
| Equinox Capital III, LP - Prepaid Expenses | 217,160.85 | | | | | | 217,160.85 |
| Equinox Capital III, LP | $  2,500,000.00 | | | | | | |
| Arca Capital Corporation | 6,000,000.00 | 6,000,000.00 | | | | | |
| Prairie Capital IV, L.P. | 6,750,000.00 | 6,750,000.00 | | | | | |
| Prairie Capital IV QP, L.P. | 6,750,000.00 | 6,750,000.00 | | | $ 2,000,000.00 | | |
| York Select, L.P. (Pre-Funded to Equinox) | 5,000,000.00 | 12,188.50 | | | | | |
| Equinox EIC Partners LLC | $ 27,000,000.00 | | $ 1,302,436.17 | | | | 2,685,375.33 |
| | | | | | | | |
| **(3) Net Cash on Balance Sheet** | | | | | | | |
| EIC | 6,763.58 | | | | | | |
| Saba | 3,893,611.23 | | 3,893,611.23 | | | | |
| MUA - B of A 0035 | 803,952.61 | | 803,952.61 | | | | |
| MUA - B of Nova Scotia ($US) | -4,908.45 | | | | | | |
| MUA - B of Nova Scotia (SEC) | 7,964.60 | | | | | | |
| Cash on Balance Sheet at 4/4/07, Net of Checks Written | $  4,717,300.47 | | | | | | |
| EIC | (6,763.58) | | | | | | |
| MUA - B of Nova Scotia ($US) | (4,908.45) | | | | | | |
| MUA - B of Nova Scotia (SEC) | (7,964.60) | | | | | | |
| Cash on Balance Sheet at 4/4/07, Net of Checks Written | $  4,697,563.84 | | | | | | |
| | | | | | | | |
| **Total Sources of Funds** | $ 51,119,066.50 | $ 37,628,054.53 | $ 4,000,000.01 | $  33,376.06 | $  245,212.83 | $ 2,000,000.00 | $  5,212,423.07 |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref Nos./TWA BIC 00299

10F.0002

## Uses of Funds

**(1) Cash to Sellers at Closing**
**Saba Purchase Agreement**

| | | |
|---|---|---:|
| (i) $3,500,000.00 | $ | 3,500,000.00 |
| (ii) Plus: Excess Cash | | 1,115,982.45 |
| (iii) Plus: Construction Reimbursement Amount | | 660,000.00 |
| (iv) Less: Shortfall in Minimum Cash | | - |
| (v) Less: Bonus Accrual | | - |
| (vi) Less: Seller Closing Costs | | - |
| (vii) Less: Saba Drop Down, BV Indebtedness | | - |
| Estimated Purchase Price | $ | 5,275,982.45 |
| Less: Escrow Amount | | (3,684,292.84) |
| Less: Holdback Amount | | (1,842,146.42) |
| Saba Drop Down, B.V. Purchase Price | $ | (250,456.81) |
| Reimbursement of Wyckoff Prepayment | | 1,000,000.00 |
| U.S. Property Purchase Price | | 250,000.00 |
| Less: Title Company Costs | | (10,546.05) |
| To: Saba University School of Medicine Foundation | $ | 988,997.14 |
| | | |
| $33,944,000.00 | | 33,944,000.00 |
| Less: Round Hill Indebtedness | | - |
| To: New Vanguard (Round Hill Purchase Price) | $ | 33,944,000.00 |
| | | |
| Total Saba Purchase Agreement | $ | 34,932,997.14 |

**MUA Purchase Agreement**

| | | |
|---|---|---:|
| (i) $2,000,000.00 | $ | 2,000,000.00 |
| (ii) Plus: Excess Cash | | - |
| (iii) Plus: Construction Reimbursement Amount | | 1,337,606.41 |
| (iv) Less: Dr. Lake Consideration | | (20,000.00) |
| (v) Less: Shortfall in Minimum Cash | | (1,228,034.83) |
| (vi) Less: Bonus Accrual | | - |
| (vii) Less: Seller Closing Costs | | - |
| (viii) Less: Company Indebtedness | | - |
| Estimated Purchase Price | $ | 2,089,571.58 |
| | | |
| New Vanguard Holdings Limited | | 20,000 |
| Dr. David Fredrick | | 1,750 |
| Shares Being Sold By the Sellers | | 21,750 |
| | | |
| Estimated Per Share Purchase Price | $ | 96.07 |
| | | |
| Escrow Amount | | 291,271.63 |
| Holdback Amount | | 145,635.81 |
| | | |
| Gross Proceeds to New Vanguard Holdings Limited | $ | 1,921,445.13 |
| Less: Proportionate Escrow Amount | | (267,835.98) |
| Less: Proportionate Holdback Amount | | (133,917.99) |
| To: New Vanguard Limited | $ | 1,519,691.16 |
| | | |
| Gross Proceeds to Dr. David Fredrick | $ | 168,126.45 |
| Less: Proportionate Escrow Amount | | (23,435.65) |
| Less: Proportionate Holdback Amount | | (11,717.82) |
| To: Dr. David Fredrick | $ | 132,972.98 |
| | | |
| Massachusetts R.E. Purchase Price | | 500,000.00 |
| Less: Title Company Costs | | (21,092.10) |
| To: Lynn, Leon, Lyon Group, LLC | $ | 478,907.90 |
| | | |
| Nevis R.E. Purchase Price | | 500,000.00 |
| Transfer Tax | | (90,000.00) |
| To: New Vanguard Holdings Limited | $ | 410,000.00 |
| Plus: Round Hill Purchase Price | | 33,944,000.00 |
| Plus: MUA Proceeds | | 1,519,691.16 |
| Total To: New Vanguard Holdings Limited | $ | 35,873,691.16 |
| | | |
| Total MUA Purchase Agreement | $ | 2,541,572.04 |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref Nos /TWAT **EIC 00300**

10F.0003

## Uses of Funds (continued)

**EIC Purchase Agreement**

| | | |
|---|---|---|
| (i) $250,000 | $ | 250,000.00 |
| (ii) Plus: Excess Cash | | - |
| (iii) Less: Shortfall in Minimum Cash | | (39,861.34) |
| (iv) Less: Bonus Accrual | | - |
| (v) Less: Seller Closing Costs | | - |
| (vi) Less: EIC Indebtedness | | - |
| Estimated Purchase Price | $ | 190,138.66 |
| Less: Escrow Amount | | (24,435.54) |
| Less: Holdback Amount | | (12,217.77) |
| To: Medical Education Group, LLC (EIC Purchase Price | $ | 153,485.35 |
| Total EIC Purchase Agreement | $ | 153,485.35 |
| Total Saba, MUA and EIC Purchase Agreements | $ | 37,628,054.53 |

**(2) Escrow Amount**

| | |
|---|---|
| Indemnity Escrow | 4,000,000.01 |

**(3) Holdback Amount**

| | |
|---|---|
| Holdback Amount | 2,000,000.00 |

**(4) Dr. Lake Escrow**

| | | |
|---|---|---|
| Dr. Lake Escrow | | 20,000.00 |
| Additional Dr. Lake Amount | | 13,376.06 |
| Dr. Lake Escrow | $ | 33,376.06 |

**(5) Regulatory Costs**

| | | |
|---|---|---|
| Transfer Tax (Nevis) | | 206,874.68 |
| Title Costs (U.S.) | | 37,308.15 |
| The Planning & Zoning Resource Corporation | | 1,030.00 |
| Total Regulatory Costs | $ | 245,212.83 |

**(6) Cash at EIC**

| | |
|---|---|
| Cash at EIC | 2,000,000.00 |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref Nos /TWA EIC 00301

10F.0004

## Uses of Funds (continued)

**(7) Fees and Expenses**

**Equinox Capital, Inc.**

| | | |
|---|---|---|
| CMS Derks Star Busmann | $ | 41,887.42 |
| Daniel, Brantley & Associates | | 10,450.00 |
| Kronenberger Burgoyne | | 18,850.72 |
| Michael A. Harris | | 100,000.00 |
| SMITCO | | 9,000.00 |
| STvB – Netherlands | | 31,172.71 |
| Woodard & Curran | | 5,800.00 |
| **Sub-total Prepaid, EC 3** | $ | 217,160.85 |
| | | |
| Daniel, Brantley & Associates | | 7,500.00 |
| Edwards Angell Palmer & Dodge LLP | | 18,450.78 |
| Equinox Capital, Inc. – Out-of-Pocket | | 68,460.62 |
| Florida Department of Education | | 1,150.00 |
| Michael A. Harris | | 100,000.00 |
| **Sub-total Prepaid, EC Inc.** | $ | 195,561.40 |
| Bedard Kurowicki | | 103,295.09 |
| CMS Derks Star Busmann | | 230,650.58 |
| Daniel, Brantley & Associates | | 27,795.00 |
| Drinker Biddle & Reath LLP | | 41,936.43 |
| Edwards Angell Palmer & Dodge LLP | | 950,000.00 |
| Equinox Capital, Inc. – Advisory Fee | | 1,500,000.00 |
| Kronenberger Burgoyne | | 250,000.00 |
| STvB – Netherlands | | 53,623.72 |
| **Sub-total to be Paid at Closing** | $ | 3,157,300.82 |
| | | |
| Michael A. Harris | | 400,000.00 |
| Smitco and KPMG | | 33,000.00 |
| **Sub-total to be Paid Post-Closing** | $ | 433,000.00 |
| | | |
| **Total Equinox Capital, Inc.** | $ | 4,003,023.07 |

**Ares Capital Corporation**

| | | |
|---|---|---|
| Cahill Gordon & Reindel LLP | $ | 225,000.00 |
| NautaDutilh | | 48,000.00 |
| Kelsick, Wilkin & Ferdinand | | 8,500.00 |
| Ares Capital Corporation – Closing Fee (Funded Net) | | 600,000.00 |
| Ares Capital Corporation – Out of Pocket (Funded Net) | | 27,000.00 |
| **Total Ares Capital Corporation** | $ | 908,500.00 |

**Prairie Capital**

| | | |
|---|---|---|
| Kirkland & Ellis LLP | | 50,000.00 |
| Prairie Fee | | 250,000.00 |
| Prairie Expenses | | 900.00 |
| **Total Prairie Capital** | $ | 300,900.00 |
| | | |
| **Total Fees and Expenses** | $ | 5,212,423.07 |
| | | |
| **Total Uses of Funds** | $ | 51,119,066.50 |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref Nos /TWA **EIC  00302**

10F.0005

## Pro Forma Ownership

| | # of Shares | % Ownership |
|---|---|---|
| Common Ownership: | | |
| Equinox EIC Partners LLC | 70,000 | 100.0% |
| | | |
| Preferred Ownership: | | |
| Equinox EIC Partners LLC | 100,000 | 100.0% |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref Nos /TWA **EIC 00303**

10F.0006

EAPD TDW 3.30.07

DRAFT

## Sources at Closing

**A.**   **Funding from EIC Partners.**

**1.**   **Book Entry Capital Contributions to Equinox EIC Partners LLC:**

The Investors make capital contributions in Equinox EIC Partners LLC pursuant to the LLC Agreement among Equinox EIC Partners LLC and the investor parties listed below dated as of April 4, 2007.

| | |
|---|---|
| Equinox Capital III, L.P. | 2,500,000.00 |
| Ares Capital Corporation | 6,000,000.00 |
| Prairie Capital IV, L.P. | 6,750,000.00 |
| Prairie Capital IV QP, L.P. | 6,750,000.00 |
| York Select, L.P. | 5,000,000.00 |
| **Total:** | **$27,000,000.00** |

**2.**   **Book Entry Investment of EIC Partners in US Parent:**

Pursuant to the Investment Agreement between US Parent and EIC Partners, dated as of April 4, 2007, EIC Partners agrees to purchase from US Parent on the date hereof 70,000 Common Shares at $100.00 per Common Share and 100,000 Preferred Shares at $200.00 per Preferred for an aggregate purchase price of $27,000,000.00.

| | |
|---|---|
| EIC Partners | $27,000,000.00 |
| **Total:** | **$27,000,000.00** |

**3.**   **Book Entry Capital Contribution from US Parent to its wholly owned subsidiary EICI:**

| | |
|---|---|
| US Parent | $20,370,467.70[1] |
| **Total** | **$20,370,467.70** |

**4.**   **Book Entry Capital Contribution from EICI to its wholly owned subsidiary, Saba Parent:**

| | |
|---|---|
| EICI | $17,536,900.38[2] |
| **Total** | **$17,536,900.38** |

---

[1] =Calculated as follows: $27,000,000 EIC Partners investment-- $250,000.00 required to purchase Walnut Street property -- $500,000.00 required to purchase Graham Street property -- $6,700.00 of real estate-related costs to be paid by the buyers -- $190,138.66 required to purchase EIC-- $2,000,000.00 to be held as cash on US Parent's balance sheet post-closing -- $3,682,693.64 required to pay fees and expenses in the U.S.

[2] =Calculated as follows: $20,370,467.70 of capital at EICI -- $2,833,567.32 required at the MUA Parent (see Section A5).

**Confidential Treatment Requested by EIC**

PRV_FINAL Funds Flow Memo with Fed Ref Nos./TWA EIC 00304

10F.0007

5.  **Book Entry Capital Contribution from EICI to its wholly owned subsidiary, MUA Parent:**

    EICI                         $2,833,567.32[3]

    **Total**                    **$2,833,567.32**

6.  **Wire Transfers to Sellers by each of the following EIC Partners Investors at the direction of EIC Partners and (i) Saba Parent and/or (ii) MUA Parent:**

(a)  Equinox Capital III, L.P. on behalf of EIC Partners, and at the direction of EIC Partners and Saba Parent, shall wire Saba School of Medicine Foundation $749,543.19 in payment of the purchase price pursuant to the Purchase Agreements.

     Wire Instructions:

     United Bank of Switzerland
     Chips Number: 0799

     Swift for UBS in Zurich: UBSWCHZH80A
     Account Number: ████2245
     Account Name: SABA School of Medicine Foundation

     **Federal Reference Number: 2007040600011378**

(b)  Equinox Capital III, L.P. on behalf of EIC Partners, and at the direction of EIC Partners and MUA Parent, shall wire David Fredrick $132,972.98 in partial payment of the purchase price pursuant to the Purchase Agreements.

     Wire Instructions:

     Bank of America
     29 Parker Street, Gardner, MA 01440
     ABA Number: ████9593
     Account Number: ████4659
     Account Name: David L. Fredrick

     **Federal Reference Number: 0405E3B75D7C000212**

---

[3] =Calculated as follows: $2,089,571.58 required to purchase MUA + $410,000 required to purchase the Nevis real estate + $33,376.06 to be placed in escrow, related to Dr. Cuthwin Lake + $206,874.68 required to pay transfer tax + $93,745.00 required to pay and expenses in Nevis.

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref EIC 00305

- 8 -

(c)   Equinox Capital III, L.P. on behalf of EIC Partners, and at the direction of EIC Partners and MUA Parent, shall wire $33,376.06 ($133.50 per share) to a trust account at MUA where the funds will be held on behalf of Cuthwin Lake. These funds shall be wired on March 30, 2007.

Wire Instructions:

Bank of America
100 W 33rd Street, New York, NY
ABA # ████9593
Swift Code: BOFAUS3N

For Credit to: Medical University of the Americas Ltd. – Trust Account
Checking account # ████8561

**Federal Reference Number: 0402E3B75D7C000021**

(d)   Ares Capital Corporation on behalf of EIC Partners, and at the direction of EIC Partners, Saba Parent ($2,070,308.84) and MUA Parent ($1,929,691.16), shall wire New Vanguard $4,000,000.00 in partial payment of the purchase price pursuant to the Purchase Agreements.

Wire Instructions:

US Corresponding: Bank of New York (ABA: 021 000 018)

To: Liechtensteinische Landesbank AG
FL-9490 Vaduz

SWIFT Code: LILALI2X
EBAN-No: L124088000000I8614645

For: Liechtensteinische Landesbank (Schweiz)
Klausstrasse 19
CH-8008 Zurich

Account Number: ████34.49 USD
Account Name: New Vanguard Holdings, Ltd.

**Federal Reference Number: 0358**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref EIC 00306

10F.0009

(e)    Prairie Capital IV, L.P. ($6,750,000.00) and Prairie Capital IV QP, L.P. ($6,750,000.00) on behalf of EIC Partners, and at the direction of EIC Partners and Saba Parent, shall wire New Vanguard $13,500,000.00 in partial payment of the purchase price pursuant to the Purchase Agreements.

Wire Instructions:

US Corresponding: Bank of New York (ABA: ███ 0 018)

To: Liechtensteinische Landesbank AG
FL-9490 Vaduz

SWIFT Code: LILALI2X
EBAN-No: LI2408800000018614645

For: Liechtensteinische Landesbank (Schweiz)
Klausstrasse 19
CH-8008 Zurich

Account Number: ███ 34.49 USD
Account Name: New Vanguard Holdings, Ltd.

**Federal Reference Number: 46200**

**Confidential Treatment Requested by EIC**
PRV_FINAL-Funds Flow Memo with Fed Ref **EIC 00307**

10F.0010

(f)     Equinox EIC Partners Escrow Account (York Select, L.P.) on behalf of EIC
Partners, and at the direction of EIC Partners and Saba Parent, shall wire New
Vanguard $12,188.50 in partial payment of the purchase price pursuant to the
Purchase Agreements.

Wire Instructions:

US Corresponding: Bank of New York (ABA: 021 000 018)

To: Liechtensteinische Landesbank AG
FL-9490 Vaduz

SWIFT Code: LILALI2X
EBAN-No: LI2408800000018614645

For: Liechtensteinische Landesbank (Schweiz)
Klausstrasse 19
CH-8008 Zurich

Account Number: ▮▮▮34.49 USD
Account Name: New Vanguard Holdings, Ltd.

**Federal Reference Number: 2007040600011712**


**Total Payments to Sellers (including Cuthwin Lake) by EIC Partners Investors at
the direction of EIC Partners and (i) Saba Parent and/or (ii) MUA Parent: $18,428,080.73**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref **EIC 00308**

10F.0011

7.  **Wire Transfers to Sellers by each of the following EIC Partners Investors at the direction of EIC Partners and US Parent:**

(a)  Equinox Capital III, L.P. on behalf of US Parent, shall wire Saba School of Medicine Foundation $239,453.95 in partial payment of the purchase price pursuant to the Purchase Agreements.

Wire Instructions:

United Bank of Switzerland
Chips Number: 0799

Swift for UBS in Zurich: UBSWCHZH80A
Account Number: ████2245
Account Name: SABA School of Medicine Foundation

**Federal Reference Number: 2007040600014762**

(b)  Equinox Capital III, L.P. on behalf of US Parent, shall wire LLL Group $478,907.90 in payment of the purchase price pursuant to the Purchase Agreements.

Wire Instructions:

Englewood Bank
1111 S. McCall Road, Englewood, FL 34223
ABA: 067 013 247
Account Number: ████ 5595
Account Name: Lynn Leon Lyon Group LLC

**Federal Reference Number: 0405E3B75D7C000213**

(c)  Equinox Capital III, L.P. on behalf of US Parent, shall wire MEG $153,485.35 in payment of the purchase price pursuant to the Purchase Agreements.

Wire Instructions:

Englewood Bank
1111 S. McCall Road, Englewood, FL 34223
ABA: 067 013 247
Account Number: ████ 7301
Account Name: Medical Education Group, LLC

**Federal Reference Number: 0405E3B75D7C000216**

**Total Payments to Sellers by EIC Partners Investors at the direction of EIC Partners and US Parent: $871,847.20**

**Confidential Treatment Requested by EIC**
PRY_FINAL Funds Flow Memo with Fed Ref **EIC 00309**

- 12 -

10F.0012

**8.**     **Wire Transfers to Holdback Escrow Account and Indemnification Escrow Account by each of the following EIC Partners Investors at the direction of (i) EIC Partners and (ii) US Parent, Saba Parent or MUA Parent:**

Pursuant to the terms of the Purchase Agreements, an Indemnification Escrow of $4,000,000.01 and a Holdback Escrow of $2,000,000.00 will be established as of the closing with CSC Trust Company of Delaware. The Indemnification Escrow is comprised of $3,684,292.84 related to the Saba Purchase Agreement, $291,271.63 related to the MUA Purchase Agreement, and $24,435.54 related to the EIC Purchase Agreement. The Holdback Escrow is comprised of $1,842,146.42 related to the Saba Purchase Agreement, $145,635.81 related to the MUA Purchase Agreement, and $12,217.77 related to the EIC Purchase Agreement.

(a)     Equinox EIC Partners Escrow Account (York Select, L.P.) on behalf of US Parent ($12,217.77) and the MUA Parent ($145,635.81), shall wire $157,853.58 to the Holdback Escrow Account at Closing.

Wire Instructions:

PNC Bank
ABA# ████0089
Account Name:   CSC Trust Company of Delaware
Account Number: ████2373
FFC:   MUA Saba EIC Holdback Escrow; 80-0903-90

**Federal Reference Number: 0405E3B75D7C000218**

(b)     Equinox EIC Partners Escrow Account (i.e. York Select, L.P.) on behalf of US Parent ($24,435.54), Saba Parent ($828,875.42) and MUA Parent ($291,271.63), shall wire $1,144,582.59 to the Indemnification Escrow Account at Closing.

Wire Instructions:

PNC Bank
ABA# ████0089
Account Name:   CSC Trust Company of Delaware
Account Number: ████2373
FFC:   MUA Saba EIC Escrow; 80-0901-90

**Federal Reference Number: 0405E3B75D7C000219**

**Total Funds to Holdback Escrow Account: $157,853.58**

**Total Funds to Indemnification Escrow Account: $1,144,582.59**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R EIC 00310

- 13 -

10F.0013

9.    **Wire Transfers to US Parent by each of the following EIC Partners Investors at the direction of EIC Partners:**

Ares Capital Corporation shall wire $2,000,000.00 to US Parent at Closing.

Wire Instructions:

Bank of America
100 W. 33rd Street, New York, NY
ABA # ███9593
Swift Code: BOFAUS3N

For Credit to: EIC Acquisition Corporation
MM Savings account # ██████6200

**Federal Reference Number: 3071**

Total:                      **$2,000,000.00**

10.   **Wire Transfers to pay Nevis taxes by each of the following EIC Partners Investors at the direction of EIC Partners and MUA Parent:**

Equinox Capital III, L.P. shall wire $206,874.68 to an escrow account held by Daniel, Brantley & Associates at Closing.

Wire Instructions:

Wachovia Bank, New York
11 Penn Plaza 4th Floor
New York City, NY 10001
ABA No. ████5092
Swift Code: PNBPUS3NNYC

For Account of:
FirstCaribbean International Bank
P.O. Box 42
Basseterre
St. Kitts
Account No. ██████5487
Swift Code: FCIBKNSK

For Further Credit to:
Account Name: Daniel, Brantley & Associates
Account Number: ████4386 (US Escrow)

**Federal Reference Number: 2007040600014665**

Total:                      **$206,874.68**

- 14 -

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref   EIC 00311

**11.**   **Wire Transfers to pay U.S. real estate costs by each of the following EIC Partners Investors at the direction of EIC Partners and the US Parent:**

(a)   Equinox Capital III, L.P. shall wire $37,308.15 (including $31,638.15 which was deducted from the proceeds to the sellers of the U.S. real estate) to Mortgage Guarantee & Title Company.

Wire Instructions:

Citizens Bank of Rhode Island
One Citizens Drive
Riverside, Rhode Island 02915
ABA Transfer # ████0120
Credit Account: Mortgage Guarantee & Title Company Disbursement Account
Acct #███086-1

**Federal Reference Number: 0405E3B75D7C000220**

**Total:**                    **$37,308.15**

(b)   Equinox Capital III, L.P. shall wire $1,030.00 ($515.00 for Walnut Street property and $515.00 for the Graham Street property) to the Planning & Zoning Resource Corporation.

Wire Instructions:

Stillwater National Bank
Stillwater, OK
ABA # 103101437
Account Name: The Planning and Zoning Resource Corporatoin
Account Number: ███7479
Amount of Wire: $1,030.00
Heidi Banks: Invoice Numbers 33579 and 33580
Tax ID # ████8875

**Federal Reference Number: 0405E3B75D7C000221**

**Total:**                    **$1,030.00**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref **EIC 00312**

10F.0015

**B.** **Funding From Credit Agreement.**

Pursuant to the Credit Agreement among US Parent, Saba Parent, MUA Parent, Ares and the other lender parties named therein, dated as of April 4, 2007 (the "Credit Agreement"), US Parent and Saba Parent will borrow $18,988,502.66 at closing. Post-closing, Saba Parent ($400,000.00) and MUA Parent (approximately $33,000.00) will borrow approximately $433,000.00 in additional funds under the Revolving Loan in order to pay additional transaction expenses (see Sections D17 and D18). Payment at closing shall be made from Ares as follows:

**1.** **Book Entry Capital Contribution of $2,448,583.33 of the $2,500,000.00 Term Loan B from US Parent to its wholly owned subsidiary EICI:**

| | |
|---|---|
| US Parent | $2,448,583.33 |
| **Total** | **$2,448,583.33** |

**2.** **Book Entry Capital Contribution from EICI to its wholly owned subsidiary, Saba Parent:**

| | |
|---|---|
| EICI | $2,232,916.66 |
| **Total** | **$2,232,916.66** |

**3.** **Book Entry Capital Contribution from EICI to its wholly owned subsidiary, MUA Parent:**

| | |
|---|---|
| EICI | $215,666.67 |
| **Total** | **$215,666.67** |

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R  EIC 00313

10F.0016

4. __Wire Transfer on behalf of Saba Parent and MUA Parent:__  In connection with the Term Loan B established under the Credit Agreement, Ares shall wire $424,657.08 to New Vanguard on behalf of Saba Parent pursuant to the Purchase Agreements:

__Wire Instructions:__

US Corresponding: Bank of New York (ABA: ████0 018)

To: Liechtensteinische Landesbank AG
FL-9490 Vaduz

SWIFT Code: LILALI2X
EBAN-No: L12408800000018614645

For: Liechtensteinische Landesbank (Schweiz)
Klausstrasse 19
CH-8008 Zurich

Account Number: ████34.49 USD
Account Name: New Vanguard Holdings, Ltd.

__Federal Reference Number:  0152__

__Confidential Treatment Requested by EIC__
PRV_FINAL Funds Flow Memo with Fed R__EIC 00314__

10F.0017

5.     **Wire Transfer on behalf of Saba Parent and MUA Parent:**  In connection with the Term Loan A, Term Loan B and Revolving Loan established under the Credit Agreement, Ares shall wire $17,936,845.58 to New Vanguard on behalf of Saba Parent pursuant to the Purchase Agreements:

Wire Instructions:

US Corresponding: Deutsche Bank Americas (ABA: ███ 1 033)

To: Fortis Banque (Suisse) S.A.
Rennweg 57
CH – 8023 Zurich

SWIFT Code: MPCHCHGGXXX

IBAN No: 1208580003404381333

Account Number: ██ 0438 USD
Account Name: New Vanguard Holdings, Ltd.

**Federal Reference Number:  3070**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R EIC 00315

10F.0018

C. **Funding From Saba and MUA.**

    1. **Wire Transfer from Saba School of Medicine Foundation to Saba Drop Down, B.V.:** Saba School of Medicine Foundation shall wire $3,893,611.23 to the Saba Drop Down, B.V. on April 3, 2007.

        Wire Instructions:

        Bank of America
        100 W 33rd Street, New York, NY
        ABA # ▆▆▆▆9593
        Swift Code: BOFAUS3N

        For Credit to: Saba Drop Down, B.V.
        Checking account # ▆▆▆▆▆▆▆8367

        **Federal Reference Number: 0404158540**

    2. **Wire Transfer from Saba Drop Down, B.V. to Indemnification Escrow Account:** Saba Drop Down, B.V., on behalf of Saba Parent, shall wire $2,855,417.42 to the Indemnification Escrow Account at Closing.

        Wire Instructions:

        PNC Bank
        ABA# ▆▆▆▆0089
        Account Name:   CSC Trust Company of Delaware
        Account Number: ▆▆▆▆2373
        FFC:   MUA Saba EIC Escrow; 80-0901-90

        **Federal Reference Number: 20070405B6B7HU9R004047**

    3. **Wire Transfer from Saba Drop Down, B.V. to Holdback Escrow Account:** Saba Drop Down, B.V., on behalf of Saba Parent, shall wire $1,038,193.81 to the Holdback Escrow Account at Closing.

        Wire Instructions:

        PNC Bank
        ABA# ▆▆▆▆0089
        Account Name:   CSC Trust Company of Delaware
        Account Number: ▆▆▆2373
        FFC:   MUA Saba EIC Holdback Escrow; 80-0903-90

        **Federal Reference Number: 20070405B6B7HU7R003929**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R**EIC 00316**

10F.0019

4.   **Wire Transfer from MUA to Holdback Escrow Account:** MUA, on behalf of Saba Parent, shall wire $803,952.61 to the Holdback Escrow Account at Closing.

Wire Instructions:

PNC Bank
ABA# ████0089
Account Name:   CSC Trust Company of Delaware
Account Number: ████2373
FFC:   MUA Saba EIC Holdback Escrow; 80-0903-90

**Federal Reference Number: 20070404B6B7HU1R002396**

5.   **Wire Transfer from EIC, LLC to US Parent:** EIC, LLC shall wire $6,763.58 to US Parent at Closing.

Wire Instructions:

Bank of America
100 W 33rd Street, New York, NY
ABA # ████9593
Swift Code: BOFAUS3N

For Credit to: EIC Acquisition Corporation
Checking account # ██████8244

**Federal Reference Number:  7542984**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R**EIC 00317**

10F.0020

**D.**     **Wire Transfers Regarding Payment of Transaction Expenses.**

1.      Ares, on behalf of US Parent ($51,416.67), Saba Parent ($359,916.66) and MUA Parent ($215,666.67), shall net $627,000.00 against its funding under the Credit Agreement (this net figure is reflected in Section B of this document), in order to pay themselves fees ($600,000.00) and reimburse out-of-pocket expenses ($27,000.00). Ares' out-of-pocket expenses include a $10,000.00 retainer paid to Kelsick, Wilkin & Ferdinand.

2.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $103,295.09 to Bedard Kurowicki.

> Wire Instructions:
>
> PNC Bank
> 309 Route 202, Flemington, NJ 08822
> ABA #■■■■7607
> Account Name:  Bedard, Kurowicki & Co., CPA's PC
> Account #■■■■■5767
>
> **Federal Reference Number: 0405E3B75D7C000222**

3.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of Saba Parent, shall wire $230,650.58 to CMS Derks Star Busmann, which amount is net of $41,887.42 of previously paid expenses by Equinox Capital III, L.P.

> Wire Instructions:
>
> CMS Derks Star Busmann
> Rabobank Utrecht
> 38.42.07.731
> IBAN NL33 RABO 038.42.07.731
> VAT number NL 8140.16.479.B.01
> Reference: project azure/60600471
> Swift Code: RABONL2U
>
> **Federal Reference Number:  2007040600013569**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R EIC 00318

10F.0021

4.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of MUA Parent, shall wire $27,795.00 to Daniel Brantley & Associates, which amount is net of $17,950.00 of previously paid expenses ($10,450.00 by Equinox Capital III, L.P. and $7,500.00 by Equinox Capital, Inc.).

Wire Instructions:

Wachovia Bank, New York
11 Penn Plaza, 4th Floor
New York City, NY 10001
ABA # ████5092
Swift Code: PNBPUS3NNYC

For Account of:
FirstCaribbean International Bank
P.O. Box 42
Basseterre
St. Kitts
Account # ██████5487
Swift Code: FCIBKNSK

For Further Credit to:
Account Name: Daniel, Brantley & Associates
Account #: ████4408 (US Operating)

**Federal Reference Number: 2007040600013419**

5.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $41,936.43 to Drinker Biddle & Reath LLP.

Wire Instructions:

Citibank – New York, NY
ABA # ██████0089
Payee: Brown Brothers Harriman & Co.
Acct. No.: ████0276
Further Credit: Drinker Biddle & Reath LLP
Account No. ████5588
Reference: 047058/140I5238

**Federal Reference Number: 0405E3B75D7C000223**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R███ **EIC 00319**

10F.0022

6.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $950,000.00 to Edwards Angell Palmer & Dodge LLP, which amount is net of $18,450.78 of previously paid expenses by Equinox Capital, Inc.

Wire Instructions:

Bank of America
Westminster Street
Providence, RI 02903
ABA# ▮▮▮▮9593
for credit to
Edwards Angell Palmer & Dodge LLP
Acct# ▮▮▮▮▮▮▮7009
SWIFT Code (for International Wires) BOFAUS3N

**Federal Reference Number: 0405E3B75D7C000224**

7.      Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $1,445,674.51 of the total $1,695,561.40 due to Equinox Capital, Inc., which amount is comprised of a $1,500,000.00 advisory fee and $195,561.40 of reimbursements for previously paid expenses by Equinox Capital, Inc.

Wire Instructions:

Wachovia Bank, NA
Greenwich, CT
ABA # ▮▮▮▮▮1 108

Equinox Capital, Inc.
Account # ▮▮▮▮5586

**Federal Reference Number: N/A (inter-bank)**

8.      Equinox Capital III, L.P., on behalf of US Parent, shall wire the remaining $249,886.89 of the total $1,695,561.40 due to Equinox Capital, Inc., which amount is detailed in Section D7.

Wire Instructions:

Wachovia Bank, NA
Greenwich, CT
ABA # ▮▮▮▮▮1 108

Equinox Capital, Inc.
Account # ▮▮▮▮5586

**Federal Reference Number: N/A (inter-bank)**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed Ref **EIC 00320**

10F.0023

9.    Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $250,000.00 Kronenberger Burgoyne, LLP, which amount is net of $18,850.72 of previously paid expenses by Equinox Capital III, L.P.

Wire Instructions:

Union Bank of California
Sutter and Montgomery Office
44 Montgomery Street
San Francisco, CA 94104

Account Number: ████5916
Routing Number: ███0496
SWIFT Code: BOFCUS33MPK (for international transfers)

Account Address:
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

**Federal Reference Number:  0405E3B75D7C000226**

10.    Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of Saba Parent, shall wire $53,623.72 to STvB – Netherlands, which amount is net of $31,172.71 of previously paid expenses by Equinox Capital III, L.P.

Wire Instructions:

ABN AMRO Bank N.V.
Van Baerlestraat
P.O. Box 75031
1070 AA Amsterdam

Account Number: ████5.140
Account Name: STvB Advocaten (Europe) N.V.
Bank Identifier Code: ABNANL2A
IBAN: NL12ABNA0████5140

**Federal Reference Number:  2007040600014430**

- 24 -

Confidential Treatment Requested by EIC
PRV_FINAL Funds Flow Memo with Fed Ref EIC 00321

10F.0024

11.   Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $225,000.00 to Cahill Gordon & Reindell LLP.

    Wire Instructions:

    HSBC Bank USA
    100 Maiden Lane, N.Y., N.Y. 10038
    ABA # ▮▮▮▮1088
    CAHILL GORDON & REINDELL LLP
    A/C # ▮▮▮▮965-5
    Fed Tax ID # ▮▮▮▮▮0029

    **Federal Reference Number:  0405E3B75D7C000227**

12.   Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of Saba Parent, shall wire $48,000.00 to NautaDutilh.

    Wire Instructions:

    CitiBank
    One Rockefeller Plaza, New York, New York, 10020
    ABA # ▮▮▮▮486
    (Swift code CITIUS33)
    #103-04535-7

    **Federal Reference Number:  0405E3B75D7C000230**

13.   Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of MUA Parent, shall wire $8,500.00 to Kelsick, Wilkin & Ferdinand, which amount is net of $10,000.00 of previously paid expenses by Ares.

    Wire Instructions:

    Wachovia Bank, New York
    Swift Code: PNBPU3NNYC
    ABA Code: ▮▮▮▮5092
    For Credit: FirstCaribbean International Bank
    Swift Code: FCIBKNSK
    Account #: ▮▮▮▮5487
    For further credit to: Kelsick, Wilkin & Ferdinand
    A/C No.: ▮▮▮7647

    **Federal Reference Number:  2007040600014304**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed REIC 00322

10F.0025

14.  Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $50,000.00 to Kirkland & Ellis LLP.

> Wire Instructions:
>
> Citibank
> 500 West Madison, Chicago, IL 60661
> ABA #████0801
> Account Name: Kirkland & Ellis LLP
> Account Number: ████8399
> Reference Information: 36305-51, Prairie
>
> **Federal Reference Number:  0405E3B75D7C000228**

15.  Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $250,000.00 (in fees) to Prairie Capital.

> Wire Instructions:
>
> Prairie Capital IV LP and QP/LP
> Credit account: ████3125
> MB Financial Bank, NA
> Rosemont, IL
> ABA ████1737
>
> **Federal Reference Number:  0405E3B75D7C000229**

16.  Equinox EIC Partners Escrow Account (York Select, L.P.), on behalf of US Parent, shall wire $900.00 (in out-of-pocket expense reimbursements) to Prairie Capital.

> Wire Instructions:
>
> Daniels and King Management Co, LP
> Credit account ████5671
> Reference: Saba
> ABA: ████0021
> JP Morgan Chase, Chicago
>
> **Federal Reference Number:  0405E3B75D7C000233**

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R...   **EIC 00323**

10F.0026

17.     Post-closing, Saba Parent will borrow funds under the Revolving Loan and advance such funds to the US Parent, and the US Parent, on behalf of Equinox Capital, Inc., shall pay $400,000.00 to Michael A. Harris, which amount is net of $200,000.00 of previously paid expenses ($100,000.00 by Equinox Capital III, L.P. and $100,000.00 by Equinox Capital, Inc.).

18.     Post-closing, MUA Parent will borrow funds under the Revolving Loan and, on behalf of Equinox Capital, Inc., shall pay approximately $33,000.00 to SMITCO (approximately $18,000.00) and KPMG (approximately $15,000.00).

19.     Additional prepaid expenses include $9,000.00 to SMITCO by Equinox Capital III, L.P., $5,800.00 to Woodard & Curran by Equinox Capital III, L.P., and $1,150.00 to Florida Department of Education by Equinox Capital, Inc.

**Confidential Treatment Requested by EIC**
PRV_FINAL Funds Flow Memo with Fed R EIC 00324

10F.0027

**E.**     **Funding Responsibilities.**

| Memo Section | Entity / Person Responsible for Execution |
|---|---|
| A6(a) | Equinox – Rodger |
| A6(b) | Equinox – Rodger |
| A6(c) | Equinox – Rodger (3/30/07) |
| A6(d) | Ares – Goldstein |
| A6(e) | Prairie – Daniels |
| A6(f) | Equinox – Rodger |
| A7(a) | Equinox – Rodger |
| A7(b) | Equinox – Rodger |
| A7(c) | Equinox – Rodger |
| A8(a) | Equinox – Rodger |
| A8(b) | Equinox – Rodger |
| A9 | Ares – Goldstein |
| A10 | Equinox – Rodger |
| A11(a) | Equinox – Rodger |
| A11(b) | Equinox – Rodger |
| B4 | Ares – Goldstein |
| B5 | Ares – Goldstein |
| C1 | Saba Foundation – Fredrick (4/3/07) |
| C2 | Saba B.V. – Philip |
| C3 | Saba B.V. – Philip |
| C4 | MUA – Fredrick |
| C5 | EIC, LLC – Fredrick |
| D2 through 16 | Equinox – Rodger |

*********

**Confidential Treatment Requested by EIC**
PRV_FINAL-Funds Flow Memo with Fed.R...EIC 00325

10F.0028