UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT HOUGH'S NOTICE OF CHANGE OF ADDRESS

COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits her Notice of Change of Address, and in support thereof states as follows:

1. Pursuant to the Release Bond and Order Setting Conditions of Release [DE 23], the Defendant hereby notifies the Court of her updated address of **1050 Capri Isles Blvd., G-104, Venice, Florida 34292-4435.**

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, and sent by e-mail transmission to United States Probation Officer, Janet Zuk, [Janet_Zuk@flmp.uscourts.gov] on this 9th day of December, 2013.

By: /s/ Bruce L. Udolf