IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-UAM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO MOTION FOR JUDGMENT OF ACQUITTAL IN EXCESS OF TWENTY PAGES

COMES NOW the United States, by and through counsel, and pursuant to Local Rule 3.01(d), and submits this Government's Motion for Leave to File Response to Motion for Judgment of Acquittal in Excess of Twenty Pages. In support thereof, the government states as follows:

1. Defendant Hough has filed a Motion for New Trial Pursuant to Fed. R. Crim. P. 33(a) (Docket #137) ("Motion for New Trial").

2. Defendant Hough has also filed a Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) (Docket #138) ("Motion for Judgment of Acquittal"). That Motion was in excess of twenty five pages and raised issues which overlap with Defendant's Motion for New Trial.

3. Trial of this matter lasted eleven days, and included the testimony of twenty witnesses and voluminous documentary evidence.

4. This Court's Local Rule 3.01(b) directs that responses to motions are not to exceed twenty pages.

5. In order to properly respond to the issues raised by Defendant Hough in the filed Motion for Judgment of Acquittal, which was also over-length, the government requests leave to

1

10871413.1

file its Response to Defendant's Motion for Judgment of Acquittal which exceeds the prescribed page limit by nine pages and, as drafted, totals 29 pages in length.

6. Counsel for Defendant Hough, Mr. Udolf, advises that the Defendant does not object to the government's request.

WHEREFORE, the government requests that this Honorable Court grant the government's motion and permit the government to file its Response to Defendant's Motion for Judgment of Acquittal in excess of twenty pages, for a total allowed page limit of 29 pages, and for any other relief this Honorable Court deems appropriate.

        A. LEE BENTLEY
        Acting United States Attorney

By:   /s/ Caryn D. Finley
      CARYN D. FINLEY
      Trial Attorney, Department of Justice, Tax Division
      New York Bar No. 3953882
      2110 First Street, Suite 3-137
      Fort Myers, Florida 33901
      Telephone: (202) 514-5051
      Facsimile: (202) 514-0961
      E-mail: caryn.finley@usdoj.gov

By:   /s/ Margaret Leigh Kessler
      MARGARET LEIGH KESSLER
      Trial Attorney, Department of Justice, Tax Division
      2110 First Street, Suite 3-137
      Fort Myers, Florida 33901
      Telephone: (202) 514-5193
      Facsimile: (202) 514-9623
      Margaret.Leigh.Kessler@usdoj.gov

10871413.1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Charles Edward Falk
Brianna L. Abrams

      In addition, I have served copies of this filing on the following parties using email:

Nathan J. Hochman
Daniel Saunders

      /s/ Caryn D. Finley
      CARYN D. FINLEY
      Trial Attorney, Department of Justice,
      Tax Division
      New York Bar No. 3953882
      2110 First Street, Suite 3-137
      Fort Myers, Florida  33901
      Telephone:  (239) 461-2200
      Telephone:  (202) 514-5051
      Facsimile:  (239) 461-2219
      E-mail: caryn.finley@usdoj.gov

10871413.1