```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                              CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH
_____

**ORDER**

This matter comes before the Court on the government's Motion for Leave to File Response to Motion for Judgment of Acquittal in Excess of Twenty Pages (Doc. #143) filed on December 11, 2013. The government seeks leave to exceed the 20 page limitation under M.D. Fla. R. 3.01(b). Finding no objection and good cause, the Court will grant the motion and accept the Response to Defendant Patricia Lynn Hough's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) (Doc. #144) as filed.

Accordingly, it is hereby

**ORDERED:**

The Government's Motion for Leave to File Response to Motion for Judgment of Acquittal in Excess of Twenty Pages (Doc. #143) is **GRANTED,** *nunc pro tunc.*

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of December, 2013.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record