UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 2:13-cr-72-FtM

DAVID FREDRICK, and
PATRICIA HOUGH

## NOTICE OF APPEARANCE

The United States of America, by A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

                                    Respectfully submitted,

                                    A. LEE BENTLEY, III
                                  Acting United States Attorney

By:   *s/ Jesus M. Casas*
      JESUS M. CASAS
      Assistant United States Attorney
      Chief, Fort Myers Division
      Florida Bar No. 0152110
      2110 First Street, Suite 3-137
      Ft. Myers, Florida 33901
      Telephone:   (239) 461-2200
      Facsimile:   (239) 461-2219
      E-mail:   Jesus.M.Casas@usdoj.gov