# DDServices

kathy@ddservices.biz
www.ddservices.biz

161 Golf Club Lane
Venice FL 34293

ph (941) 375-2578
fax (941) 375-3803

The Honorable John Steele
USDC - MD of FL
2110 First Street Suite #6-109
Fort Myers, Florida 33901

December 20, 2013

Re: Patricia Hough M.D.

Dear Judge Steele:

Please consider leniency in sentencing Dr. Hough based on her service to our community and how much she has saved our taxpayers and the Courts.

I am Kathy Powell McSteen. I have a Masters in Educational Psychology and Counseling. I have worked as a Vocational Rehabilitation Counselor and as a Social Security disability and medical benefit advocate -- in Michigan as of 1988 and from 2006 forward in Florida.

Mental health resources for the uninsured in Michigan seemed scarce until I discovered there are even fewer free or low cost alternatives in S.E. Florida. I visited the Sarasota Genesis Health Center once to pay for an impoverished, severely depressed client to see a doctor and get medication. I overheard waiting patients telling another how getting "Baker Acted" involuntarily was about the only way to get psychiatric help if you were uninsured and poor around here. That's a costly band aid involving the tax funded Courts, Sheriff's office, emergency rooms, crisis unit hospitalization, and medications.

My Genesis visit was before the Sarasota Health Department hired Dr. Hough. I have worked with many mutual clients/patients since then, often referred by Florida Vocational Rehabilitation as too severely limited to return to work. I have heard from clients and their families more than once how Dr. Hough would come early or stay late to ensure a catastrophically ill patient, such as an actively psychotic person with newly diagnosed or untreated schizophrenia, could be promptly seen. She kept many patients out of the expensive cycle of emergency room and inpatient crisis center stays. Dr. Hough also helped recovering substance abusers and ex-offenders with underlying mental health problems stay sober and modify their behaviors to prevent repeat problems for themselves, their families, the community, and the overburdened courts. I have gotten calls from clients distraught because they could not longer see Dr. Hough.

Dr. Hough has helped not only patients here but through the Saba Foundation, has made an international humanitarian impact. Although convicted for tax violations, she has saved us many thousands in tax dollars through her work for almost token wages.

Thank you, Your Honor, for considering my comments regarding Dr. Patricia Hough when you rule on her sentence. She is missed and needed in our community.

Respectfully,

*Kathy P. McSteen*

Kathy Powell McSteen, M.S.

Dec 10.2013

Honorable John E. Steele

United States District Judge

Dear Judge Steele,

My name is Beth McCann, I live in a small town in rural Maine, and I am a first cousin to Dr. Patricia Hough, who I will refer to as Pat. I am currently a single mom to 5 children, two of which are still at home, and a surrogate mom to another teen who lives with us. I homeschool my two high school daughters, have been a foster mom for the past 23 years, I help take care of my grandchildren, am active in our church, and travel to Senegal, Africa about every year for missions ministry serving the street children. I also work summers as a cook in a small Christian camp, and throughout the year do respite for special needs children. I serve on the board for the Foundation in Guatemala that Pat directs, and my two daughters and I have traveled to Guatemala to see firsthand the many people Pat helps.

I have known Pat all my life as an older cousin that has been highly looked up to for her education and great work ethics. My parents were so proud of what she had made of herself, despite the odds, and would often talk of her with great respect as I was growing up. I had seen her only at occasional family gatherings until 12 years ago. At that time I was going through a terrible separation, and when Pat heard about it she called me right away, listened to me, and helped me by giving me financial help so my children and I could provide for our basic needs. She also emotionally came along side me to encourage, offer me love and care and let me know

she was there for me and my children in any way needed. Since then we have been able to get to know each other as adults, and are not only cousins, but very dear friends. Along with other cousins, we form a very close knit family of support. When one is in need, we all come together to help. I count Pat as someone that is there for me and the others.

I have seen Pat care about and for many people, as well as her incredible ability to see things as they are, and work from there to improve them. I have served in missions in Africa, so I am aware of some of the challenges Pat faces serving in a Third World country – challenges she has taken on and met. I have been in Guatemala and have seen the Foundation that Pat serves on, of +which I am a board member, so I have seen her in a professional way as well as personal. I have seen Pat working with others - both those of the poorest of poor, and those serving them. She has always been respectful to each and every one. She is gracious and eager to help. I have seen her giving food to those that have none, helping small villages get water for drinking and cooking, and providing safe stoves to cook on. I have also been in a tiny rural Guatemalan health clinic, that the Foundation Pat serves on makes possible, where that is the only medical service available. She is highly respected by all that benefit from her generously and skills, as well as those that work to serve with her. Pat has tirelessly served others by giving of her time, skills, money, education, and care for years. I have seen it first hand, and heard of so many other times from others. She is generous and kind. She is a woman that I highly respect and trust. She has openly welcomed the three children I have adopted, and with the special needs some of these children have, she has helped direct me on how to help them.

I have in years past heard Pat tell me that David Fredrick, her husband, has control of the money. I have seen that first hand as well. Pat and David gave us the gift of a $5,500 garage several years ago, Pat had me go through David for all financial parts, even though it was Pat I

usually talked with. I have known Pat to be honest and trustworthy. Her integrity and honesty is a part of her.

She serves those that often no one else wants to. I understand she is being sentenced with respect to federal crimes concerning money. I have no reason to believe she is guilty of the charges against her, and so many years' worth of reasons to believe she is not. I have never seen her take advantage of anyone, nor has anyone else ever told me she has. Quite the opposite, she is the one always helping others. I trust Pat, I love Pat, I respect Pat, and I support her in any way I can, and will continue to do so. Nothing will change that, as I truly believe she is an amazing woman and a greatly contributing member of our family, community and all communities she serves throughout the world.

The stress of this has been very difficult on Pat – difficult because it affects her directly, but perhaps even more, those she serves. Pat is not able to travel to Guatemala and other Central American countries to help the thousands of hurt people she cares about so much. She is not able to now work at the job of serving in FL those addicted with alcohol and drugs. Her husband has fled the country to not face courts - leaving Pat to stand alone. She could have also fled, but chose to do the right thing - of trusting the courts to see she is not guilty of the crimes she is charged with.

I ask you to please consider leniency with regard to Pat's sentence. She wants to serve others, is skilled, experienced, and compassionate in doing this, and I see no good it would do anyone, but much harm to so very many to not allow this to happen. She has given years to helping the "least fortunate" in so many ways. She wants to continue. I ask you to please allow this to happen.

I understand your job is an extremely difficult one, Judge Steele, and I respect you for it. I am praying for wisdom, clarity, and truth for you through this all. Thank you for your consideration, time in reading this, and your work to help others. Please feel free to contact me if I can give any more information that may help.

Respectfully,

Beth McCann

1177 Bucksmills Road

Bucksport, Maine 04416



NEW YORK UNIVERSITY
NYU STERN
LEONARD N. STERN
SCHOOL OF BUSINESS

DEPARTMENT OF MANAGEMENT
AND ORGANIZATIONAL BEHAVIOR

TISCH HALL
40 WEST FOURTH STREET, SUITE 7-19
NEW YORK, NY 10012-1118
212-998-0246
FAX: 212-995-4235
E-MAIL: rdunbar@stern.nyu.edu

ROGER L.M. DUNBAR
*Professor*

December 14, 2013

The Honorable John E. Steele,
United States District Judge

Dear Judge Steele,

My name is Roger Leslie Milner Dunbar and I have been a Professor at the Stern School of Business, New York University for the last 34 years. I retired on August 31 2013 and am now an emeritus professor at the institution. I am writing in support of Dr. Patricia Hough who will be sentenced in your court in February 2014.

I met Dr. Hough in Berlin Germany, in the mid 70's when she was doing a doctorate in sociology at the Free University of Berlin, and I was a Research Fellow at the International Institute of Management of the Science Center of Berlin. When we met, both of us had invested the year necessary to learn and get a sense of a new language (German) and we were starting to get aware of the social and cultural amenities Berlin offered. Pat's doctoral studies dealt with the cross-cultural issues that arose in German-American marriages and her work was funded by a grant from the Senate of West Berlin.

Pat taught sociology and social work courses at the University of Maryland's Overseas Division at the Berlin Campus that mainly served the US military. Often there, too, she encountered servicemen facing social issues in a new country and she often talked about how she was trying to help them. She also worked as a volunteer with the Berlin Brigade Chaplaincy service helping US military families on a variety of issues.

As well as being involved and enjoying life to the full, two characteristics distinguish Dr. Hough. First, in whatever she is doing, she takes on the role of a helper who wants to provide support and do what is best for whoever she is dealing with. Second, education is a very important part of her life. She has pursued educational opportunities for herself, and has sought to promote them for others wherever she has been. I think that this intense desire to help and also to understand the issues people she is dealing with have are keys to understanding how Pat lives her life.

We lost contact for a time when Pat entered medical school, a decision that initially surprised me but then not so much when I thought about how much Pat enjoyed providing practical help to people. As Pat got increasingly involved with the Saba School of Medicine, she would periodically visit and stay with my family in New York (we had an extra bedroom) as she sought to arrange and supervise medical students to make sure all was in order with their internships and the quality of their education. As I recall these times, Pat was proud of the opportunities the medical schools provided the students. Living in the Caribbean, she was also increasingly conscious of the greater medical needs of the area and I remember she said that she hoped one day, she would be able to help these large numbers of poor people who most often lacked most types of health care. The continuation of the Foundation in Central America is a fulfillment of this dream.

In all the time I have known her, I have never observed Pat to have any real interest in money and so while I appreciate that the court has it reasons, I personally find it incomprehensible that she is convicted of conspiring to avoid taxes. The Pat I know simply accepts that taxes are a part of life and pays them. Often when I have known her, she did not have much money. So far as I could see, this did not really worry her as she simply got on with her life helping others and educating herself. I believe this approach that she has to life will continue. I hope you can take my experience with her into account and that you will assess a lenient sentence.

I thank you for your consideration.

Respectfully,,

Roger L.M. Dunbar

Honorable Judge Steele

c/o Nathan J. Hochman

January 2, 2014

Dear Judge Steele,

I am writing with regard to the case of <u>Pat Hough</u>.

My name is Rev. Diane Baker. I am an ordained minister in the Christian Church (Disciples of Christ). I am technically retired, but I still serve in an unpaid capacity as Minister of Outreach for our church in Dallas. I volunteer with numerous peace and justice organizations, including the Veterans for Peace and the Dallas Peace Center. I am married to Robert Baker, an elementary school teacher in a Catholic parish in Texas.

In 1965 I started college at Phillips University, a school operated by the Disciples of Christ Church. I became friends with Pat and she has remained a close friend. When I served the U.S. Army and the church as a chaplain in Berlin, Pat Hough was also teaching in Germany (for the University of Maryland). While we were in Europe, Pat supported me in my work and in my personal life. I remember once when Pat was the first or perhaps only person to visit me when I was in the hospital in Germany.

I eventually finished Phillips Seminary and became an ordained minister. Through a few decades of work in local congregations, and many years of work as a hospice chaplain, I continued to support the work of my old university and its seminary (Phillips Seminary). This is one of the ways I have kept up with Pat; I am aware that Pat has also provided a generous helping of guidance and support to those organizations' efforts to train a new generation of devoted pastors and teachers.

Now, late in life, although physically disabled, I still try to participate in the work of the larger church through conferences and church activities. Pat Hough has directly supported me in doing this, both through financial help for the travel, but more importantly through her personal support in accompanying me, helping me navigate the airports, hotels, and moving around the conference centers. Although Pat is about my age, she seems to me to be the same active, strong, committed servant-leader that I have known since college. I have never known her to speak harshly, or falsely.

When I told Pat that my husband and I were working with a medical mission called "Predisan," to bring health services to the remote areas of Honduras, Pat also engaged with that organization and helped arrange projects and financial support for Predisan through a foundation that I believe she had established.

I am aware that she has battled tax-related charges, and now faces sentencing. I respectfully ask that as the court considers a sentence for Pat, that the court reflect on Pat's lifetime of service, and her contributions that continue today, both through her daily grind of work as a physician in Florida, as well as her deep contributions to so many non-profit projects across this hemisphere. A prison sentence would certainly demoralize, if not devastate Pat, whom I value, respect, and trust implicitly. But beyond the consequences for Pat, I am unable to see a larger benefit to our world that could come by locking up such positive horsepower.

Having known Pat for almost exactly 50 years, I have come to trust Pat's integrity. Although Pat holds advanced degrees in medicine, I do not believe that Pat was trained or experienced in international tax law, and I do not believe that she intentionally cheated or broke the law. It seems to me that through Pat's entire life she has demonstrated a commitment to the highest values of our culture: teaching and healing. I am pleading with the court to consider the good that Pat does, the damage that could ensue from her incarceration, and the sheer improbability that she is guilty of intentionally breaking the law. With that, I ask you to let Pat continue her work in the medical and mission fields, while the lawyers continue with whatever they do in the appeal process.

I apologize for the indecipherable signature below. My disability generates a palsy and tremor, so the signature you see below is the best that I can manage.

Respectfully,

Reverend Diane Baker
2202 Old McGarrah Rd.
McKinney, TX 75070
214-695-6467

Dear Judge Steele,                    December 20 2013

I was 10 years old when I first held my new little cousin, Patty Lynn Hough. I was very excited because she was the first new born I had ever seen. Though she was raised in Youngstown Ohio and I in a little river Town near Pittsburgh PA. we saw each other and interacted with each other many times during our "growing up" years. I felt like her big sister as our mothers were sisters. A younger sister was born to Patty's mom and dad and I watched these little girls grow up having, at times, a difficult childhood and the parents eventually divorced. I watched them learn their values, becoming loving and caring with their animals and subsequently with the people in their lives. They worked so hard To get their educations,

2

Patty struck out on her own for college in Oklahoma, because there were relatives of her father's in the area. Her sister went into nursing first as an LPN and then an RN. Pat continued with her education and when advised that she was too old for medical school – she did it anyway!

I know she worked hard to help the people of Guatemala and she worked just as hard to educate young medical students to go out in the world to help the suffering. I know she will always try to be useful.

I do not know any details of what my government (I do not have to know -) I know Pat Hough) Perhaps thinks she has done. Signing papers without reading them is a mistake we all make and eventually regret!

3
---

All I know about Pat's situation is this —

David Fredrich left this country (I assume, since he has not been heard from) because he knew he had done something wrong. Pat Hough stayed to face her accusers because she did not know that he had done something wrong! She knew she did not knowingly do anything to harm her country, her honor or her reputation or her ability to help other people!

I am asking you, Judge Steele, to consider leniency. Pat is devastated because she is not, now, involved in helping other people, and she needs to be. It is her life's work!

Respectfully

(PAT'S COUSIN)    Alice M. Lettrick, RN (RET.)

# Michael Saunders & Company

Licensed Real Estate Broker

12/21/2013

Dear Judge Steele:

I am a Broker/Associate with Michael Saunders & Company in our Englewood, Florida office. I have been selling Real Estate for over 25 years in Sarasota & Englewood. I live on Manasota Key with my two Chocolate Labs and partner of 20 years. We enjoy the beach and quite Island living.

I am a Friend, Neighbor and Realtor to Pat. I have known Pat since 1999 when she purchased the property two doors away from my home. It was with great pleasure we watch her build their current home and replace the much needed older home. Like us she enjoyed the simpler & quite life on the Island, nothing extravagant or overdone.

Once she moved into the home we became good friends and enjoyed many good times together. I especially appreciated her helping the less fortunate homeless and mentally challenged. She cared very much about the wellness of her patients, on many occasions going out of her way to help relocate and move her patients. We attended many charity events and supported the local volunteer animal shelters.

As Pat's Realtor I helped her with several transactions, the condo in downtown Sarasota and most recently the home at 7590 Manasota Key. Pat has always been open and honest in all of our transactions. The challenging real estate market was no exception to the sale of Manasota Key, we had it listed for several years prior to it selling.

Watching Pat over the last several months has certainly taken a toll on her mentally and physically, I admire her strength in standing alone during this most difficult time in her life. She left much of her furniture behind, only leaving with her clothes and a few pieces of furniture. As a contributing member of the community Pat continues to volunteer and is active in the Foundation which has helped so many unfortunate people with health care.

I believe the verdict of guilty is an error and I stand by my Friend to maintain her innocence.  Pat is the most loving and giving individual to everyone she meets, helping the less fortunate humans and animals. To incarcerate her would be a great injustice, she has so much to give and that would be a shame to not let her continue to work.

Respectfully yours,

*Maryann Casey*
Maryann Casey

December 18, 2013

Honorable John E. Steele
U. S. District Judge

Dear Judge Steele:

My name is Ivy Darlene Waltman and I am employed by the State of Florida at the Sarasota County Health Department in North Port, Florida. Although my primary duty is Clerical Team Leader, I also work closely with the clinical staff for the HIV specialty clinic. My past volunteer experience in the community has been as a Hospice volunteer and I am currently in the application process to become a Peace Corp Volunteer.

The purpose of this letter is to add my support for Dr. Patricia Hough, who has recently been found guilty of tax related crimes. Although I am not privy to all of the details, it is my gut feeling that a mistake has been made and she is innocent of these charges. I can say that with confidence because I have known Dr. Hough in a professional and a personal relationship for the past four years.

I first met Dr. Hough when she began working at the Sarasota County Health Department. There was a desperate need for mental health services for our patient population and Dr. Hough was a welcome addition from the beginning. I worked very closely with her as clerical support and liaison for her patients. I can honestly say that her patients became very fond of her and only had good things to say about her. Even during her time off I was able to contact her on her personal phone if a patient concern arose and it was always obvious that she cared deeply about her patients. Many of our patients have physical and mental disabilities and need an advocate when filing for disability. Dr. Hough spent many hours, even on her own time, to complete these complicated disability applications. In addition, she assisted patients who could not afford costly medications with Patient Assistance Program applications.

Over the years I also came to think of Dr. Hough as a personal friend (although she tells me to call her "Pat", I prefer to call her Dr. as a matter of respect). We both share a love of cats and I have accompanied her to several fundraisers for the St. Francis Animal Shelter in Venice, Florida. In addition to monetary support, she has opened her home as part of the Cat Foster Home Program. This program places cats in foster homes temporarily for a number of reasons including medical and social issues. I have also been invited to her home and was welcomed warmly. I mention this only because of the difference in our social status, but she has never made me feel in any way inferior even though I am not a professional. I have found that she is genuinely interested in people from all backgrounds.

I have had many conversations with Dr. Hough regarding her work with the Foundation in Guatemala. She has always been very enthusiastic when talking about the people that are helped by the Foundation. She has been proud of the work and shared pictures with me. I don't know much about the funding issues, but I know that her heart and soul are in the work that is done. My guess is that the Guatemalans that she works with love her as much as her patients here at the clinic. In fact, during her absence these last few months, patients express their concern about her and constantly ask when she will be back. She makes a personal connection with her patients as well as with co-workers, and we all miss her and hope she will return soon.

I don't know if anything I have written will sway your opinion, but I sincerely hope you can read the sincerity with which it is written and would consider leniency in this case. Please do not hesitate to contact me if I can be of help in any way at 941-356-4912.

Respectfully yours,

Ivy D. Waltman

 

Our in-country partner

www.peopleforguatemala.org

December 16, 2013

Honorable John E. Steele
United States District Judge

Dear Judge Steele:

I am writing in support of Dr. Patricia Hough. I know Pat is being sentenced for two federal crimes; conspiracy and filing false tax returns.

My husband and I worked in accounting and banking throughout our careers. Upon retiring, we moved to Guatemala and have lived here full time since 2008. In 2010 we founded a U.S. based charity called People for Guatemala, Inc. and we founded a Guatemala based charity called Hombres y Mujeres en Accion. We focus on education and health in Mayan villages and volunteer our time and expertise to run both organizations.

I have known Pat for the past four years in connection with SABA Foundation and her volunteer work and support of projects in Guatemala. I have had several opportunities to work with Pat in her capacity as a board member of Salud y Vida, a Guatemala organization supporting various aspects of health in rural areas. I have personally seen Pat work for days sorting and labeling medical supplies and cataract equipment for health clinics in Honduras and Guatemala.

For the past several years Pat has traveled to various hospitals throughout Guatemala investigating how she can help improve health care in remote areas. The Guatemalan government has neglected most of the national hospitals here so Pat is determined to support these hospitals with equipment and supplies to assist the doctors who are working under extremely poor conditions. I have been in meetings when Pat has displayed an absolute compassion for the poor. Her willingness to volunteer her time as a doctor and funder of projects helping the poorest of the poor is an example of her kindheartedness and deep passion to make this world a better place.

You are charged with the unenviable task of sentencing Pat. I hope you will consider leniency as Pat is a professional who is dedicated to helping others. Incarcerating Pat will serve no one.

Sincerely,

Lois Werner
Lois Werner, President

400 5th Avenue, South #304, Naples, FL 34102
In US: (941) 244-8692   In Guatemala: (502) 4909-0841
Mailing address: P.O. Box 110221, Naples, FL 34108
People for Guatemala, Inc. is a 501c3, not-for-profit charity in the U.S.



## DR LYNN R BERNSTEIN & ASSOCIATES
BEHAVIORAL HEALTHCARE

1861 Placida Rd #101 Englewood, Fl  
2510 Tamiami Trail Nokomis, Fl

941-474-7170  
mindset6@comcast.net

**December 15, 2013**

**Dear Judge Steele,**

I am writing an unsolicited letter of support for Dr Patricia Hough, as a friend, and professional colleague, as well as a court advocate for Justice.

I am a Licensed Clinical Psychologist for the past 30 years in Florida with private practice offices in Charlotte and Sarasota Counties. I have staff privileges in most local hospitals and provide 24 hour coverage for Mental Health at Englewood Community Hospital. I serve as a Veteran's advocate, write disability reports and see patients and run groups for Veterans of all wars with PTSD, and their wives. I live in Englewood, Fl, for 30 years and am also a neighbor of Dr Hough.

I have known Dr Hough as a consistent and reliable friend for the past 7 years, where we have enjoyed walking, dining, discussing, challenging and laughing about political and social affairs of the world. She has been a wealth of information about people, travel and international relationships and has enjoyed a reputation of trust among her friends. There has been no voluntary distraction to this process until recent untoward events. However, she has continued her volunteer community work.

As a Psychiatrist and professional colleague, Dr Hough has been informative to me and our staff about medications and side effects, has done some chart reviews and more recently has volunteered at my Veterans' PTSD group to teach about medications and side effects. Her reputation in the community has been honorable and her work with the Health Dept has provided the residents of our community a chance at mental health treatment, which is sorely lacking. She has been conservative and thorough in her treatment of patients with severe mental health problems which has made her an outstanding advocate and practitioner of mental health. We, in the mental health profession, our patients and community need Dr Hough to be able to continue her important work in the field.

In my various roles with Dr Hough, I have found her to have the intelligence, cognitive ability, insight and judgment of a highly functioning person with honesty and integrity, good focus and high achievement goals. There has been nothing, including her current legal issues, without exception, which has been a deterrent to my belief in the honor and trust of this outstanding woman.

Letter/Hough                                                                                                          Pg. 2

Judge Steel, please consider the above testimonial in your decision making regarding the future of Dr Patricia Hough, my friend, colleague and community advocate for mental health.

Respectfully yours,

*Lynn Russell Bernstein, PhD*

Lynn Russell Bernstein, Ph.D

Licensed Clinical Psychologist