UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.

_____/

### DEFENDANT PATRICIA LYNN HOUGH'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND TO CONTINUE SENTENCING

COMES NOW, Defendant Patricia Lynn Hough, by and through her counsel of record, and hereby submits this Unopposed Motion for Extension of Time in which to File Objections to the Presentence Investigation Report and to Continue Sentencing, ("the Motion"), and in support thereof states as follows:

1. On October 24, 2013, Defendant Patricia Lynn Hough ("Defendant") was convicted by a jury on Counts One, Six, Seven, Eight and Nine of the Indictment.

2. Sentencing in this matter is currently scheduled before this Honorable Court on February 10, 2014.

3. Objections to the Presentence Investigation Report are due on January 20, 2014.

4. Defendant's Motion for a New Trial (DE 137) is currently pending before this Honorable Court. Defendant's Motion for Judgment of Acquittal (DE 138) is currently pending before this Honorable Court.

5. Should the Court render a judgment in favor of the Defendant in either of the pending motions referenced above, the sentencing hearing would be mooted.  Should both motions be denied, the Defendant intends to vigorously pursue an appeal of her convictions.

That appeal would necessarily be based, to a significant extent, on factual findings adopted by the probation department in its Presentence Investigation Report ("PSR"), which are adverse to the Defendant.

6. Those same factual findings will go to the heart of the bases for reversal of the Defendant's convictions which the undersigned intends to urge on appeal. It is, therefore, essential that Defendant make a detailed record of the factual bases for her objections to the PSR.

7. Specifically, Defendant intends to respond to each and every factual finding to which she will object in a memorandum citing those portions of the trial transcript relevant to that particular finding. That task is proving to be a Herculean one given the fact that the trial of this cause lasted over two weeks, resulting in a trial transcript of nearly 3,000 pages, and given the undersigned's additional caseload and obligations to other clients. [1]

8. The undersigned would also suggest that such an approach would be infinitely more desirable than taking up the Court's time with a lengthy hearing on the objections to the PSR at sentencing. This will provide the parties adequate time to address all relevant factual issues in advance of sentencing so that the Court will be fully informed about the factual matters at issue, matters that could take over a year to resolve on appeal.

9. Accordingly, the undersigned are requesting an extension of time of at least thirty days in which to file objections to the PSR. The undersigned have no objection to granting the Government the same amount of time in which to respond to the Defendant's objections.

10. In view of the relief sought herein, the undersigned hereby requests that sentencing be continued, so that there will be sufficient time to coordinate the travel of witnesses, family and friends who wish to be present at sentencing on her behalf.

---

[1] The factual findings contained in the PSR take up nearly one third of that report (¶¶ 7-45).

Bruce L. Udolf, PA
Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394
(866) 951-9058/ budolf@udolflaw.com

11. Defendant Hough is currently undergoing a series of medical procedures, the last of which is scheduled for April 15, 2014. Probation Officer Janet Zuk is aware of the procedures and has sought copies of the medical records from the treating physician.

12. This motion is made in good faith and not for purposes of delay.

13. The undersigned have conferred with Trial Attorneys Caryn D. Finley and Margaret Leigh Kessler who have indicated that they have no objection to the relief sought herein.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully request this Honorable Court grant the foregoing Motion, extending the time in which to file the Defendant's objections to the PSR to February 20, 2014; making the Government's response to Defendant's Objections to the PSR due on March 20, 2014; and continuing sentencing in this matter until April 21, 2014, or at such a time thereafter convenient to the Court; and for all such other and further relief deemed just and proper under the circumstances.

Dated: January 15, 2014.

Respectfully submitted,

| | |
|---|---|
| **BRUCE L. UDOLF, P.A.** | **BINGHAM MCCUTCHEN, LLP** |
| Counsel for Defendant Hough | Counsel for Defendant Hough |
| Broward Financial Centre | Suite 2050 North, 1601 Cloverfield Blvd |
| 500 East Broward Blvd., Suite 1400 | Santa Monica, California 90404 |
| Fort Lauderdale, Florida 33394 | Tel: (310) 907-1000/ Fax (310) 907-2000 |
| Tel: (866) 951-9058/ Fax (954) 525-2134 | |
| | By: /s/ Nathan J. Hochman |
| By: /s/ Bruce L. Udolf |       California Bar No. 139137 |
|       Fla. Bar No. 0899933 |       nathan.hochman@bingham.com |
|       budolf@udolflaw.com | |
| | By: /s/ Daniel A. Saunders |
| |       California Bar No. 161051 |
| |       daniel.saunders@bingham.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 15th day of January, 2014.

By: /s/ Bruce L. Udolf