UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29UAM

PATRICIA LYNN HOUGH

_____

## ORDER

This matter comes before the Court on defendant's Defendant Patricia Lynn Hough's Unopposed Motion For Extension Of Time In Which To File Objections To Presentence Investigation Report And To Continue Sentencing (Doc. #151) filed on January 15, 2014.

Accordingly, it is hereby

**ORDERED:**

Defendant's Defendant Patricia Lynn Hough's Unopposed Motion For Extension Of Time In Which To File Objections To Presentence Investigation Report And To Continue Sentencing (Doc. #151) is **GRANTED.**  Defendant has until February 20, 2014 to file a response to the PSR.   The Government's response is due on March 20, 2014.

The sentencing hearing is continued to *April 21, 2014 at 1:30 p.m.*

**DONE and ORDERED** at Fort Myers, Florida, this 17th day of January, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record