# Amy Berke

1/4/13

Dear Judge Steele:

My name is Amy Berke, and I am the shelter manager at St. Francis Animal Rescue in Venice, FL. I've been married for 24 years and have three children in college. I am writing on behalf of Pat Hough in respect to her upcoming sentencing for the federal crimes of conspiracy and filing false tax returns.

I have known Pat personally for two years. She is an active volunteer at our shelter and specializes in fostering difficult to adopt cats with the intent to help them become more adoptable. She has been very successful in this project and we are very grateful for all that she has done to help these cats.

Whenever Pat has been at the shelter, she has always been a positive, upbeat presence who is a pleasure to be around. Her unfailing devotion to helping our cats is clearly evident in her ability to work with the most behaviorally difficult cats that most everyone else has given up on. We have come to rely on her "cat whispering" skills and our shelter would keenly feel her absence if she were no longer able to volunteer for us.

Pat has spoken very little about her court case, and when she does, she concludes the conversation with a positive statement that justice will prevail and she will be found innocent of the crimes for which she has been accused. She credits her faith in God with helping her get through this.

I can see absolutely no benefit for Pat to be sentenced to prison. Our prisons are severly overcrowded, and I do not see what purpose sending Pat to prison would serve. She is not a threat to society. On the contrary, she has contributed greatly to our community. Please give consideration to allowing Pat to remain free to continue to be the valuable asset to society that she is.

Respectfully,

Amy Berke

# Paul L. Dalbec, M.D.

Dear Judge Steele,

My name is Paul Dalbec and I am a family physician working in northeast Connecticut. I live in the town of Killingly with my wife Anna and nine year old daughter Kaitlyn.

I appeared as a fact witness in the trial of Patricia Hough and I learned that she has been found guilty. I do not know all the facts of the case and did not attend the trial following my testimony and I had no personal knowledge of any wrongdoing so I cannot speak to that. I was saddened to hear of the verdict of guilt.

I met Pat for the first time in 1992 when I moved to Augusta, Georgia to begin family practice training at the Medical College of Georgia. I had previously become a friend of her husband David Frederick when I started medical school in Ross University School of Medicine in Dominica, West Indies in the fall of 1989. He taught Behavioral Medicine there and conducted the freshman orientation and we started going flying together because we both loved flying. Around 1990 Dr. Frederick told me a new medical school was going to open on the Dutch island of Saba and he was one of the founders. Pat was at the Medical College of Georgia doing her residency in Psychiatry at the time and I did not get to meet her until I graduated from Ross and chose to do my training in Augusta, Georgia where Pat and Dave were living. David had resigned from Ross to work on the new medical school and was starting a post graduate psychology program for the Augusta College. Pat had finished her residency and joined the faculty of the Medical College in the Department of Psychiatry.

I was single, unfamiliar with Augusta and busy with my internship but I was with the Fredericks often. We went to the lake for water skiing, had cook outs and celebrated holidays and birthdays together. I even took care of their cats when they were out of town.

Also during that time the Saba University School of Medicine opened and I helped select and interview applicants. Though not officially an employee I continued to help as much as I could with admissions even when I had completed my training and entered the Air Force in 1995. I became a member of the board of trustees and continue to serve to the present.

Pat was always warm and caring toward me. I elected to do additional training in psychiatry under her as an elective rotation. I really enjoyed working with and learning from her. She was good to her patients and very skilled as a psychiatrist. She was compassionate and respected by her colleagues.

I separated from the Air Force in 1999 after paying back my medical training scholarship and moved to New York City to work in a refugee clinic for the Albanian Yugoslavian people who were fleeing genocide. I met Anna who was close to the ethnically Albanian Yugoslavian refugees and when we decided to marry Pat and Dave attended our wedding. Through the years we have visited them many times in Gardiner, Massachusetts, Manasota Key Florida and on the Island of Saba.

If the charges are true I feel really bad because she didn't seem the kind of person to commit a crime and I didn't know it was happening. Her lifestyle in Florida seemed like that of most of my professional colleagues even down to the plain old Volvo SUV she drove for many years. She continued to work at a community health center for low income people in

Sarasota County when I thought she would retire following the sale of the medical school.

I believe the effect of the verdict on her is devastating. After testifying I sent an E Mail to Pat asking about the outcome and she replied "not well I'm afraid" and she asked that I respect her need for privacy for a while to give her a chance to manage her grief. She seemed stunned by the verdict. Now she will have her medical license suspended and she has been abandoned by her husband to face this alone. I do not know how she will be able to go on. I would bet she'll be depressed for a long time. I do not think that incarceration would be any greater punishment than what has already happened and would be an additional cost to our society to keep her.

I ask that you please consider clemency in considering a just sentence for my friend Patricia Hough.

Respectfully,

Paul L. Dalbec, M.D.

# Jose David Echevarria Diax



*Lic. José David Echevarría Díaz*
*Diputado por el Departamento de Suchitepéquez*
*Congreso de la República*
*Guatemala, C. A.*

Guatemala, January 15, 2014
Le.:01-14/JDED.mcj

The Honorable John Steele:

Dear Sir:

I am a Guatemalan citizen and an elected Diputado or representative from the state of Suchitepéquez to the national Congreso de la República. My family and myself are very active in public service and charity work.

My country has been honored by the presence of the Saba Foundation and Proyecto Salud y Vida located in Antigua, our colonial capital. I am personally acquainted with the Director, Dra. Patricia Hough, and have accompanied her to hospital visits in my own state of Suchitepéquez. Our government does not make health care a priority and most of our public hospitals have a great need for medicines and equipment.

Dra. Hough is very sensitive to our culture and health needs. She does not make judgments about the conditions in our hospitals and only wishes to help. Her excellent contacts and the funding of the Saba Foundation have enabled thousands of our citizens in rural locations receive health care. Because of the Saba Foundation's contributions and Dra. Hough's leadership, containers full of equipment and supplies have been sent to government hospitals in isolated areas in the states of Petén, Jutiapa, Quiche, Chimaltenango, Huehuetenango and my own state of Suchitepéquez.

I am aware that the Saba Foundation and Dr. Hough also help hospitals for many years in our neighbor countries of El Salvador, Belize and Honduras. Please allow this kind lady to continue her work with my people.



# Vincent Dolan

Vincent Dolan
225 West 23rd Street Apt 7 E
New York, NY 10011

Honorable John E. Steele
United States District Judge

December 23, 2013

Dear Judge Steele,

My name is Vincent Paul Dolan. I am an attorney admitted in New York and I have been a Vice President with Bayerische Landesbank New York Branch for seven years. Before that, I worked with Dresdner Bank as in-house counsel and Bank Director in various capacities in New York and Frankfurt for 11 years; I was advisor in the economic reconstruction of the Free State of Saxony in the former East Germany for two years after being a banking law associate at Milbank Tweed Hadley & McCloy. I graduated from the University of Pennsylvania Law School, where I was Editor in Chief of the Comparative Labor Law Journal, having gone to law school after teaching Philosophy for five years at the American University of Beirut.

I met Dr. Patricia Hough when we were doctoral students in the Department of Philosophy and Social Science at the Free University of Berlin in the mid-1970s. Pat was working on socialization issues with the US armed forces in Berlin and focused her dissertation on the wives of US enlisted soldiers. As I was working for my doctorate on the social and political dimensions of Kantian philosophy, we did not have a direct impact on each other's work, but I found her insights into survey structuring and empirical research techniques to be a strong grounding aid in my own studies. My hope is that she found at least some of my foundational speculations of value in her work as well.

Pat and I both taught at the University of Maryland during our dissertation work. In fact, Pat was material in my getting the Maryland job since she already had a position and she recommended me to the staff. Working on base and close to the diplomatic services was, in itself, an enormously enriching experience in Berlin. Additionally, as Berlin was still under the Four Powers regime, having the association with US forces provided invaluable insights into the social and political dynamics that have led to the reconstruction of post war Europe.

After my dissertation, I went to Beirut to teach and from there we corresponded occasionally. Since returning to New York and working for Dresdner Bank's New York Branch in 2001, we have met again and kept up our friendship from our student days.

My student impressions of Pat have not changed, but rather deepened. She is a loyal, devoted friend. She does not suffer fools lightly and she has strong heart that is committed to real social justice, not slogans. Although I knew her as a very good empirical sociologist, her transition into a strong physician did not really surprise me. She has been helping people who need help, whether it be getting along in bewildering social institutions or pressing health concerns.

I know of her recent legal difficulties and find the conviction on conspiracy to avoid taxes very disquieting. In your sentencing, may I please ask that you consider her valuable scientific, social and philanthropic work of over forty years, her passion for human perplexities and her considerable contribution, both past and on-going, to ameliorating these.

Very truly yours,

Vincent Dolan

# Carol Gallegos, MSW



*Carol Gallegos, MSW*
*therapistcarol@earthlink.net*
*14930 Rizzuto St*
*Venice, FL 34293*
*941 223-4562*

John E. Steele
United States District Judge

Dear Judge Steele,

It is with pleasure I write this letter of reference on behalf of Patricia Hough, MD, Ph.D. I have recently completed my licensing board exams to become a Licensed Clinical Social Worker in Florida, and I know that without Dr. Hough's inspiration, insights, and mentoring, this journey would have been much more difficult. Along with her board certification as a psychiatrist, she also holds her MSW degree, which made her an especially insightful mentor.

I first met Dr. Hough in August of 2011 when I began my clinical work with Tri-County Counseling and Life Skills in North Port, Florida. After 30 years of marriage, and raising our children, I had returned to graduate school to earn my MSW degree from Florida Gulf Coast University, and a clinical internship is a requirement. After graduation, the counseling center hired me to work with patients who were seen by Dr. Hough in order to provide diagnostics, psychotherapy and medication monitoring. Throughout my clinical work with Tri-County, I collaborated closely with Dr. Hough treating a diverse patient population with serious physical, economic and psycho-social issues.

After learning of Dr. Hough's legal challenges, and later that she was being sentenced with respect to federal crimes, namely conspiracy and filing false tax returns, Dr. Hough expressed that she continues to maintain her innocence, and believe that those verdicts were made in error. Although my position has been to reserve judgment in the legal matters, it is without reservation that I speak to the character of the woman I have known and worked with for the past two years. Dr. Hough has selflessly contributed to our community, working with a population that others of her stature and education would not consider worth their time. Dr. Hough began her work with the Department of Health both in North Port and Venice in 2009. She collaborated with Tri-County Counseling for 4.5 years. Dr. Hough wanted to volunteer at a non-profit and interviewed at Salvation Army, however the Department of Health seemed a better fit. It was required that she become an employee in order to have the advantage of the malpractice protection, as she would be required to work more and prescribe more than she had first planned. Her per-hour rate was about 30% of what a psychiatrist would usually charge. Since Dr. Hough has worked the majority of her career with the chronically medically/mentally ill, it was extremely valuable to our patients to have someone of Dr. Hough's tremendous experience working with the patients we served. Dr. Hough served hundreds of people who were uninsured, or Medicaid patients. The patients we saw were so sick that most were unable to work, many were homeless, and could not have afforded healthcare in any other way than coming in through the Department of Health. To this date, the Health Department has not been able to replace Dr. Hough, and when I spoke with my former employer recently, it was reported that the wait for a patient needing to be seen for severe mental health issues is over four months long. These are some of the most vulnerable among us; most with chronic and severe physical and mental health issues, left with no medication options, and no psychotherapy available.

As an example of the character of Dr. Hough, on one occasion, I was providing an initial assessment for a patient who had just enrolled in the clinic. Perceiving something was medically wrong, I called Dr. Hough at almost 5pm – the end of our day. I requested the patient be seen by her the next morning. Dr. Hough immediately came across the street to my office, and sat for almost an hour with our patient. It was obvious, according to Dr. Hough, that judging by her physical appearance and cognitive slowing, that there were medical issues. Dr. Hough had the patient come across the street to her office at the main clinic, and found that she was suffering from severe hypothyroidism. Had Dr. Hough delayed, it may have proven to be extremely dangerous for that patient.

I could cite many examples where we have collaborated about patients with often confusing clinical presentations and diagnoses. The support of Dr. Hough had greatly improved the quality of life our patients experienced, and reduced the number of crisis hospitalizations. Dr. Hough was so concerned for our patients, she granted me access to her personal e-mail and her personal cell phone, and assured me I was free to contact her at any time. Her reputation, her grace, kindness, and care for our patients, and her integrity as a physician are without parallel in this area. There simply is no replacement for her expertise, but more than that; her heart.

It would seem to those of us who know, who have worked with, and been friends with Dr. Hough, absolutely unacceptable to lose such a brilliant, selfless community servant.

1

Dr Hough has had a positive and long-lasting impact on our community, but more than that, on my life personally.  Currently I work for hospice, and my work within medical social work came largely due to the experience and mentoring Dr. Hough provided in my life.  As my state license is due to be issued in July, I would count it a personal loss, as well as a huge hole within the fabric of our community for Dr. Hough's medical expertise to be silenced in any way.  It is therefore with the greatest respect for the court, I request the consideration of leniency.  Incarceration would only serve as a negative effect for Dr. Hough, as well as for so many people who could be helped by Dr. Hough in the future.

Thank you for your time and consideration in this matter.  It is an honor to have the opportunity to speak through this letter regarding the character, integrity, and selflessness within the heart of Dr. Hough.

Respectfully,

Carol Gallegos, MSW

Carol Gallegos, MSW

2

# Alan R. Gruber, DSE, Ph.D, MD

**Alan R. Gruber, DSW, PhD, MD**
**PO Box 127**
**Cohasset, MA 02025-0127**
**T: 781-236-2094   F: 781-383-9780**
**dralangruber@gmail.com**

24 December 2013

Honorable John E. Steele
United States District Judge

Dear Judge Steele:

I am happy to be writing on behalf of Dr. Patricia Hough who, as you know, has been convicted of conspiracy and filing false tax returns.

By way of identification, I am a board-certified medical psychologist and spend most of my professional time as an investigator in the study of neuropsychiatric medications. Additionally, I continue to practice. I have worked in the Greater Boston area since the 1960s as a clinician, executive, professor and researcher. My wife, also a psychologist, and I have been married more than 50 years. We have children and grandchildren. Given reasonably unique credentials, I continue to serve as the commanding officer for Critical Incident and Stress Management in the U. S. Air Force Auxiliary. Most relevant to my relationship with Dr. Hough, is that I am the head of the program that has provided medical, surgical and visual health services to the very poor of El Salvador and have been doing so since the war in that country. During the war, we were the only medical group that provided such services to the rural poor in that country, without a political agenda.

I have known Dr. Hough for about 15 years or more and have a reasonably close working relationship with her. I find it very difficult to believe that she actually committed the crimes of which she has been convicted. It simply is incredibly incongruent with my knowledge of her. I have witnessed, firsthand, the work she has done in Central America and the life-changing effect that has had on, literally, thousands of people. Through the foundation, Salud y Vida, she has been responsible for establishing our program that has identified and treated more than 3,000 patients with hypertension, diabetes or heart disease and who have no other accessible source of health care. As the representative of Salud y Vida, Dr. Hough has been fastidious about accountability for the grants that have been given to our IRS approved charity. Equally true is the fact that Dr. Hough has always been very careful in any expenditures I have had the opportunity to witness.

It may be relevant to tell you about an incident I recall from about 10 years ago. I was contacted by a party in California who, reportedly, wanted to become involved in charitable work in El Salvador. He contacted me through Dr. Hough. As more information became known, it seemed as though the organization that party represented was much more interested in political contacts

Honorable John E. Steele
24 December 2013
Page 2

and tax write-offs than in true charitable work. When that became apparent, Dr. Hough ended the relationship.

Dr. Hough continues as the officer of Salud y Vida who develops and monitors grant programs for the poor in Central America. She not only provides funding for projects but is personally involved in identifying areas of need and consolidating community involvement to address those needs. Her absence will be a remarkable loss to people who have virtually no other resources.

On behalf of the thousands of patients that Dr. Hough has helped, this letter is, therefore, to request consideration of her situation and any leniency that can be given.

Respectfully,

**Signed Electronically**

Alan R. Gruber, DSW, PhD, MD

# William C. Heymann, MD

403 Macewen Drive
Osprey, FL 34229
December 5, 2013

Dear Judge Steele,

I am a board certified internist, and  the medical director at the Sarasota County Health Department ,
but am writing this letter as a personal reference and plea , and not in my capacity as medical director or
Department of Health representative.  I am married with two children and live in Osprey FL, where I am
involved in Sarasota County community affairs in Sarasota County.

 I am aware that Dr. Pat Hough is being sentenced in respect to conspiracy and filing of false tax returns.
Pat contends that those verdicts were in error and that she is innocent.

I have known Pat for about six years, and have worked closely with her in medical clinics in Venice and
North Port where she worked part time serving patients of the Sarasota County health Department. I am
aware that she also made at least annual trips to Central America working with patients in her
Foundation. When she began working in the clinic, she also considered other opportunities such as
volunteer work at the Salvation Army program for rehabilitation of substance abuse patients, and
subsequently decided she could help best at the Health Department.

I believe Pat is a valuable contributing member of the community, and I am aware that she is currently
volunteering at an animal shelter in Venice and with veteran's groups in Charlotte County.  Her
reputation as I am aware has been one of high moral and ethical integrity. Her past patient interactions
have always provided high quality care in a compassionate and caring fashion, and this includes
supporting the often difficult socioeconomic circumstances of her patients. These patients were without
any health insurance, Medicaid, or Medicare benefits. Her excellent patient care helped avoid hospital
and emergency room visits for these patients with very limited resources, and which care would have
been at the expense of the community.

This legal process has of course had a major impact on Pat's life, and has also ended her opportunity to
provide patient care in the clinic at North Port where she most recently worked providing a greatly
needed service providing mental health and neurology care. There has been no one available to replace
the care she provided. Her incarceration would end any possibility of a return to providing patient care
to her prior and any new patients, and would end all her other volunteer community efforts.

I respectfully request that you review the above considerations in your decision process regarding her
sentence.  I, and I believe others in the community including many of her former patients, would be
grateful for any leniency you may consider.

Thank you very much for your consideration.

Respectfully yours,

William C. Heymann, MD, FACEP

# Beth McCann



New Years Eve 2013

Dear Judge Steele,
        Here is a picture of Dr. Patricia Hough with
part of her family. We all love, care about, and
enjoy & respect her. My daughters Thia, Jenny, myself &
Alice Lettner I know all wrote letters to you on
her behalf.  Thank you, Judge Steele, for all your
time, skill, and care in this case.

                        Sincerely,
                        Beth McCann - cousin to
                        Dr. Patricia Hough
                    1177 Buckernells Rd.
                    Bucksport, ME 09416
                    207-469-2331
                    bamccann1 @aol.com

# Nia McCann

Thursday, January 2, 2014

Dear Judge Steele,

I am 17 years old and am the daughter of Beth McCann. I have been homeschooled for most of my life and will be graduating in the class of 2015. I really enjoy the sciences and am planning on going on to college to become an RN. I am writing on behalf of my mother's cousin Dr. Patricia Hough, whom I call Aunt Pat.

Throughout the years Aunt Pat has encouraged me to finish high school and to go on to college in a number of ways. She has helped with a scholarship fund for my education and has pushed me to become a better student and person. She has made sure that I am on road that will lead me to success and not failure. She has really made the value of education visible to me and my sister, through how she has and still does put time and energy into learning new things and experiencing life to the fullest.

My Aunt Pat cares for so many people it is amazing. She welcomes people into her life so easily and treats them like family no matter their back ground. I have a friend, that recently came to live with me and my family, her name is Amber. My Aunt Pat had never met Amber and now that she has Aunt Pat treats Amber like she's always been a part of our lives.

My Aunt Pat is very special to a lot of people around the world. She has done so much for the poorest people in Central America and others around the world.  She encouraged us when we went to Senegal, Africa as short term missionaries.  So many people would really be missing her and wishing that she was with them if she were put in jail. She is one of the world's most generous people. So please don't lock her up.

Sincerely,

Nia McCann

# John Nekic, MD

December 22, 2013

Dear Judge Steele,

My name is Dr. John Nekic. I work as an international medical school consultant. I am married and have a 5 year old little girl.

I have known Dr. Patricia Hough for the past 20 years; as a student and later as a colleague at Saba University School of Medicine and Medical University if the Americas.
I am aware of Dr. Patricia Hough's case and sentencing with respect to federal crimes, conspiracy and filing false tax returns. I do believe there must have been an error in this particular case.

As a student my medical school education took a very difficult and tumultuous path. While in medical school both my parents fell ill to cancer. My mother was diagnosed with pancreatic cancer and my father colon cancer. As a young medical student I knew a little too much regarding their prognosis and it devastated me. I left school multiple times to take care of my mother.

Dr. Patricia Hough was my Clinical Dean and was truly a saving grace to me as a student and as a young man. As a compassionate individual, she realized my priority was to take care of my mother and my family. She allowed me to focus on them while she made sure my medical career was not in jeopardy. She documented all of my leave of absences and made sure I completed all of course work necessary to graduate. She provided me the opportunity to take care of my mother in her most desperate times while she was in the background and took care of my education to secure my career.

Following my mother's death, Dr .Hough asked me come to Massachusetts for a few months to help them with the medical school. Those few months turned into a10 year wonderful experience.

As a board member of the Saba Foundation, I have been directly involved with Dr. Hough's humanitarian projects of organizing medical equipment and medicine donations to third world countries for the past 10 years.

I have had to pleasure of knowing Dr. Hough as a student and she was a mentor and a role model to us all.  I have also had the privilege of working with her on so many selfless projects. I have never met anyone who is so dedicated to education, to each and every student and helping others less fortunate.

She has been directly responsible for producing thousands of physicians who have joined the U.S. health care industry and slowly closing the gap of the huge physician shortage that exists in the United States.

Dr. Hough's role and priority at the medical universities was purely academic and achieving academic excellence. There have been many examples where students had difficulties in life or financial strains. She always worked out a way for the students to continue their education.

Dr. Hough's involvement as an educator and as a humanitarian has truly impacted so many lives, it is almost too difficult to describe in words. For her not to continue her work would not only affect her life but also the thousands of lives that her humanitarian projects touch.

I would plead for your consideration of leniency toward Dr. Patricia Hough. Society would be better served by her continued selfless humanitarian work.

Respectfully yours,

John Nekic, M.D.

# Winifred A. Oliver

January 9, 2014

Honorable John E. Steele, United States District Judge

Dear Judge Steele,

I am the Executive Director of Phillips University Alumni Association, teach history for the Cherokee Strip Regional Heritage Center, and recently taught group exercise at the YMCA to senior citizens. In addition, I serve on the boards of Northern Oklahoma College Foundation and the Community Development Solutions Association. Although my degree in education gave me many opportunities in education, I have a very diverse resume. My most important job was mother of three children.

I have been made aware of Pat's sentencing with respect to federal crimes, namely, conspiracy and filing false tax returns. I have only heard stories of people being found guilty of crimes they did not commit. The horror of naiveté and subsequent punishment is always tragic and makes it difficult to find joy in this world, but in my humble opinion, this has to be the case. I have known Pat since 1964 when we were freshman at Phillips University. Many people we attended school with have done amazing things with their lives, as we were nurtured to be in service to others in everything we pursued. Pat was an exceptional student leader. Students, faculty and administration knew she exemplified the school's motto; *Vincit Omnia Veritas*, Truth conquers all things. What saddens me most is finding out this person whose generosity, humility and love for humanity has been interrupted by this tragic set of circumstances, and it truly grieves me.

It is inconceivable to think of her service to others being interrupted, let alone halted. Many citizens of the United States earn the means to support others, but few are as committed to SERVING others, with little focus, care or concern for their own needs. NEVER has Pat reflected a person of means, other than her gifts and donations to individuals and causes with meaningful needs. I personally know people who benefitted from her generosity, and sensitivity to their personal or medical dilemmas

The world has been a better place because of Pat Hough. Her moral support, advice and love for family and friends has been unwavering in the face of this difficult situation. I know one thing for certain; she will prevail and land on her feet no matter what happens. Her heart is not capable of dishonesty, nor is it capable of being defeated. Her strength comes from deep down, spiritual, intellectual, social and physical. I would entrust my children to her influence and example. It is my deepest wish for leniency and consideration for all she has GIVEN.

Respectfully,

Winifred A. Oliver
1010 East Oklahoma
Enid, Oklahoma 73701
(918)906-6547
wa.oliver@icloud.com

1

# Deborah Sauder, MD

Deborah Sauder, MD
603 Roberts Bay Dr
Nokomis, FL 34275

January 6, 2014

Honorable John E. Steele, United States District Judge
Care of Nathan J. Hochman, Esq.
    Bingham McCutchen LLP
    1601 Cloverfield Boulevard
    Suite 2050 North
    Santa Monica, CA 90404-4082

Dear Judge Steele:

I am a board-certified family physician at the Sarasota County Health Department, a Federally Qualified Health Center committed to serving the uninsured and underinsured. I have worked there since May 2008, May 2008 to October 2013 at the North Port Health Center (NPHC) location and November 2013 to today at the Ringling location. I am single, deeply involved in my local church and our church's national organization. I also perform volunteer medical-dental missions to Mexico once or twice yearly.

I am aware that Dr. Patricia Hough was found guilty of the federal crimes of conspiracy and filing false tax returns and is to be sentenced. Although I have a profound faith and trust in our judicial system, in this circumstance I support Dr. Hough's assertion that she is innocent.

Dr. Hough started volunteering at the NPHC in March 2009. As a physician in the clinic, I would refer patients to her for psychiatric evaluation and treatment. For more than four years, we collaborated on the care of these patients. Because I saw them for their other medical conditions, I am a witness to the excellent treatment regimens that she prescribed for our patients and to the gratitude that she inspired in our clients.

The underserved population is a very complex, very sick, and medically/socially marginalized population. Few psychiatrists want to care for these patients because the income is poor and the work is inversely proportional to the income. To have a psychiatrist willing to care for these patients – and to do it without compensation – is very rare and precious.

Dr. Hough's compassion, integrity and honesty is well known among the patients and staff at the North Port Health Center. She is committed to charitable work and to helping others. The four years of volunteering – without compensation – at the clinic attest to that commitment.

This trial has had a devastating effect on Dr. Hough's life – losing her house, resigning from the North Port Health Center. She remains cheerful and prayerful, which is a testimony to her strength of spirit.

When Dr. Hough withdrew from the clinic, she left a hole that we are still struggling to fill. Her compassion for these underserved patients is irreplaceable. Patients that she has cared for four years still ask when she is coming back. They are disappointed to learn that they have to start the long and difficult process of building trust in a new psychiatrist. Incarcerating Dr. Hough will not only hurt her, but will also prevent her from helping future patients.

Please consider these words and choose to be lenient and merciful in the sentencing of Dr. Hough.

Respectfully and sincerely,

Deborah Sauder, MD

CC: plhough.saludyvida@gmail.com; nathan.hochman@bingham.com

# Antoine J. M. Solagnier

**ANTOINE J.M. SOLAGNIER**
Westpunt 353 Unit 1
Curaçao

Mobiel: +599 9 513 4236

Mail: solagnier@yahoo.com
Skype: antoine.solagnier

_____

Westpunt, January 7th, 2014

Honorable John E. Steele,
United States District Judge

**Reference:  Dr. Patricia L. Hough**

Dear Judge Steele,

Please permit me to write you in reference to Dr. Patricia L. Hough, who is currently awaiting sentencing with respect to federal crimes, namely, conspiracy and filing false tax returns.

My name is Antoine Solagnier.  I have resided for 12 years on the island of Saba in the Netherlands Antilles, where I have first met Dr. Hough, serving as acting public prosecutor, head of finance, head of the civil registry, local chief of police, chairman of the executive council as well as the island (legislative) council and as representative of the Dutch Crown.  I have since served as operations officer for the Netherlands Antillean Courts as well as operations officer of the police force.  I am currently an independent business consultant.

I have known Dr. Hough now for more than twenty years.  Initially our contact has been professional as a good many years we have worked very closely on the international accreditation of Saba University School of Medicine.  At the time I was serving as Governor of the Island Territory of Saba.  As time went by I have also come to know Dr. Hough personally and through her charitable work.

I was made to understand that unfortunately the jury has returned a guilty verdict.  I am happy, however, also to learn that she disputes those verdicts, as they were attained in error and she continues to maintain her innocence as I too believe some errors must have been committed in reaching these.

The allegations made by the prosecution during the trial stand in sharp contrast with the Dr. Hough I have come to know, trust and respect through the years.

My impression of Dr. Hough is that she is a committed, contributing member of our global community taking particular and personal interest in the human aspect in all her work.  At numerous times I have witnessed this commitment and interest first hand as I was able to obtain from her and through her, much needed humanitarian assistance for the Saban community either in the aftermath of natural disasters or in dealing with physical and mental health issues for the island community.

Currently I am assisting her in a particular effort being undertaken in the country of Guatemala, a community struggling with, among others, challenges in the area of proper nutrition for pregnant ladies and children.  I feel particularly honored and privileged to be able to work along Dr. Hough as, despite her legal challenges she is currently facing, she displays selfless care and dedication to her charitable work in the interest of those less privileged and in need of the community.  From her I learn to appreciate the value of these qualities on a daily basis as I strive to acquire and adopt them personally.

I have visited and observed many of the projects with which she is involved.  I have spoken to many of the recipients and beneficiaries of her charitable work as well as many benefactors and co-workers in her good works.  From these observances and consultations I can attest these works to be good, many, important and to great positive benefit to thousands, if not tens of thousands.

Integrity is a term which, due to it's vagueness, is often misused, abused and loosely confused. Therefore I think it important to define it's meaning to myself prior to engaging in it's use.  A person of integrity, in my experience, is the person who is one in mind, body and soul, whose actions, thoughts and spirit form one indivisible unit.  In the many, many years I have know Dr. Hough and have worked closely with her I have not been able to detect, not once, neither actions nor words which were deviant from her spirit and purpose in life.

Furthermore, because her spirit is deeply rooted and displays a love for others above her love for self, as I can witness through her selfless devotion to charitable work, I do not only consider her a person of integrity, I do, in fact, consider her a righteous person.

This ordeal Dr. Hough is undergoing cannot be easy for anyone, let alone someone of her age.  Yet, despite the undeserved additional stress it has caused on her personal life and wellbeing she has consciously made the (right) choice to contest the charges raised rather than to settle for bargains or deals.  She believes, as I do, in her innocence and in her reputation.  It is my opinion that some facts have been assumed as truth by the prosecuting agents and that many other relevant matters were omitted during the proceedings.

Despite the undue impact this has had on her she has rigorously persevered in her pursuit of goals in charitable purposes and work.  These labors will significantly be hampered and affected should they be discontinued or suspended because of eventual incarceration.  This to the disadvantage of thousands upon thousands of people in at least 6 countries that I know of.

It is due to the above reasons and more I beg for consideration on her behalf and solicit leniency from you when it comes to formulating a sentence in her case before your court.  This supplication I make not only on her behalf but also on behalf of members of her personal family, her professional family and the many beneficiaries of Dr. Hough's work both within as outside of the field of medicine.

I do hope you will consider this petition and remain,

Respectfully yours,

Antoine J.M. Solagnier

# Charlene Varga

Dear Judge Steele,

My name is Charlene Varga and
Dr. Hough is my sister. I'm an RN
and retired Oct. 4 after 38½ years of
nursing. I'm married, (44 yrs.!) take care
of our 4 horses, 2 dogs & a cat, and
volunteer at an animal shelter.

I'm well aware of Pat's situation
as I testified at her trial. I would
like to share some background regarding
my sister's life. Our parents were
divorced when we were quite young and
our mother had custody of us. Mom
was verbally abusive towards me but
verbally and physically abusive towards
Pat — I particularly remember being about
7-8 years old and watching my mother
beat Pat around the entire first floor
of the house. She struck Pat repeatedly
in her head and upper body. I
called my father and he came to get Pat
and she was with him for about a week.
The issue was addressed in court. Pat
excelled in high school and was a
member of the National Honor Society.
She put herself through college and
earned a bachelor's degree, master's
degree, P.H.D. and medical degree. She
has been a wonderful sister and has
always been very protective of me, taking
her older sister role seriously even when
we were children. She has been generous

(over)

to me and my husband and has helped family members in need. For several years she has worked at a Florida state-run clinic which serves indigent people with no jobs or health insurance. She has a Charitable foundation in Guatemala which provides medical care to the poor. The medical schools that she was involved in turned out many doctors over the years.

I have always known my sister to be a person of honesty and integrity and I believe that she is innocent. Her husband fled and she chose to stay and face this alone. It has taken quite a toll on her and incarceration would prevent her from doing what she loves to do which is helping people. She's the only immediate family that I have and incarceration would be very difficult for me and the rest of the family as we are all very close. Please prayerfully consider lemency.

Respectfully,

Charlene Varga

# Laura Whitley

Laura Whitley
498 Eleanor Street
Greenville, NC  27858
252/756-7373

January 2, 2014

Honorable John E. Steele
United States District Judge
2110 First Street
Suite #6-109
Fort Myers, FL  33901

Dear Judge Steele,

I would like to begin by expressing my sincerest appreciation to Your Honor for allowing me this opportunity to write in request of leniency for Dr. Patricia Hough.  I am Patricia's step-daughter, Laura.  It had been my hope to stand next to her on the day of sentencing, as comfort and support, to provide for her as she has for us throughout the years.  Unfortunately, in November, I began experiencing grand-mal seizures that have become progressively more frequent.  For my safety, and the safety of other travellers, Pat insisted that I stay home where I have access to the hospital and my neurologist.  With that said, please allow me to reiterate that my absence is in no way a reflection of my sincerity, nor demonstrative of my utmost love and respect for this person whom I have been so privileged to know.

Pat is a beloved grandmother, "Nana", to my four children.  Ashley, 17, will graduate high school this spring and attend college after enlisting in the Army National Guard.  Since Ashley's birth, she and Nana have shared a special bond.  Pat has been instrumental in helping shape Ashley into the self-confident, compassionate young woman she is.  Despite the difficulties of the past few years, Pat has continued to be a source of strength of support; planning college tours, visiting often, assisting in ACT/SAT preparation, all while maintaining a loving a consistent atmosphere for the grandchildren.  Emma, 12, is a cheerleader and believes her Nana is simply the "awesomest" woman in the world.  Ben, 9, and Sam, 7, are bright, fun, and full of energy- a lot of energy.  They adore their Nana, and Ben will be in tears for hours after she leaves, sometimes even days later.  He hugs his "Guatemala kitty", a handmade stuffed cat that Nana brought him following a trip to open a clinic in one of the poorest regions of that country.  When she visits, Nana never hesitates to take the children for the day, by herself, to the movies, or the park, or sit with a blankie and book on the couch- she even tries her best with their latest video game.  Pat has been the only consistent grandparent, from my side of the family,

that the children have known- more so than my own biological mother, and I have not, nor would I ever feel any hesitation in leaving the children in her care. Pat has demonstrated through years of compassion, care, patience, love, and understanding, that my complete trust in her is very well founded.

I have known Pat for most of my life. She is a genuinely good and decent person. While she isn't perfect, there is an honesty and a naivete, that despite education, adversity, and experience, is fundamental to her character. She truly believes in the goodness of people, regardless of their circumstances- that everyone is worth saving, that there is no such thing as wasted time when you're helping someone move towards even the smallest of goals. Whether it is a single forgotten elderly patient who needs someone to treat them with dignity and respect, or an entire village lining up for their first ever medical visit, Pat recounts each of those experiences with the same kind of joy and enthusiasm, and with a passion that is absolutely contagious. The most heartbreaking result of this conviction has been her inability to continue doing the work that she has taken so much joy in over the years, and the loss that her absence will be to her field. She is a knowledgeable, conscientious doctor, and the first person I called when I was taken to the emergency room following my seizure in November. The breadth of her medical knowledge is staggering (from psychiatry to general medicine, medications, emergency medicine, neurology, obstetrics, pediatrics- she is always reading) she is energetic enough to keep up with patient demands, and it's sad that the community has lost such a talented mental health care professional.

I understand that issues surrounding money, given the economy, can be a sensitive subject. I was raised by my biological mother, living for a time in a single-wide trailer in Bear Grass, North Carolina, with six relatives and no air conditioning. We ate expired MREs from the Army outpost, and used bread balls to fish. I know what poor looks like- I know what it tastes like, feels like, and smells like. Consequently, I know the look of someone who has never had to worry about their house being towed away, or floating down river in a hurricane. Pat had already received her MD by the time I came to live with her as a teenager, but it wasn't what I imagined. We were rich by my previous standards, but Pat would clip coupons, look for bargain sales, shop at thrift stores and yard sales, recycle, and I don't think I ever saw her eat out where there wasn't an early bird special. Pat has never bought expensive jewelry, or driven new cars- in 30 years, that I know of, she's bought one new car that the kids call the "granny-wagon". Even the items that women tend to splurge on, like purses, and shoes, and clothes, are outlet bargains. Pat has worked incredibly hard for so long, and in my observation, has rewarded herself with very little, very late. Pat has always struck me as perpetually having the look of someone who probably had to worry about money, maybe a long time ago. Now, she has been left with virtually nothing to show for all those years of working long hours, day in and day out, weekends on-call, 3am emergencies, university, continuing education, and dedication to patient care in a field where many of the poorest and sickest go overlooked and under-serviced. The suggestion that she's been living a lavish lifestyle, treating herself, spending irresponsibly, makes me sad because it's not true, and it's not fair. Your Honor, please allow me to close by again expressing my deepest gratitude for your time and

patience.  I understand how valuable The Court's time is, and I appreciate this opportunity to share these thoughts with you.  I consider Pat more like a mother than a stepmother, and as childish as it may seem to say, "Your Honor, please don't send my mom to jail"...Your Honor, please don't send my mom to jail.  We all need her, and nothing, and no one would be the better for not having her.

Please feel free to contact me for any reason.  I am available at your convenience.

Most sincerely,

Laura Whitley