UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### DEFENDANT PATRICIA LYNN HOUGH'S NOTICE OF FILING THIRD SUBMISSION OF LETTERS IN SUPPORT OF MEMORANDUM IN AID OF SENTENCING

Defendant Patricia Lynn Hough, by and through her counsel of record, hereby makes this third submission of (attached) letters of support to the Court from the following individuals in support of her Memorandum in Aid of Sentencing to be filed under separate cover prior to sentencing:

1. Robert Baker
2. Jeannine B. Ball
3. Gail Carson

The undersigned will submit additional letters of support to the Court prior to sentencing as they are received.

Dated:  February 18, 2014

Respectfully submitted,

| **BRUCE L. UDOLF, P.A.** | **BINGHAM MCCUTCHEN, LLP** |
|---|---|
| Counsel for Defendant Hough | Counsel for Defendant Hough |
| Broward Financial Centre | Suite 2050 North, 1601 Cloverfield Blvd |
| 500 East Broward Blvd., Suite 1400 | Santa Monica, California 90404 |
| Fort Lauderdale, Florida 33394 | Tel: (310) 907-1000/ Fax (310) 907-2000 |
| Tel: (866) 951-9058/ Fax (954) 525-2134 | |
| | By:  /s/ Nathan J. Hochman |
| By: /s/ Bruce L. Udolf | California Bar No. 139137 |
|     Fla. Bar No. 0899933 | nathan.hochman@bingham.com |
|     budolf@udolflaw.com | By: /s/ Daniel A. Saunders |
| | California Bar No. 161051 |
| | daniel.saunders@bingham.com |

*Bruce L. Udolf, PA*
*Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394*
*(866) 951-9058/ budolf@udolflaw.com*

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 18th day of February, 2014.

By: <u>/s/ Bruce L. Udolf</u>