Robert N. Baker
2202 Old McGarrah Rd.
McKinney, TX 75080
214-673-9300

February 17, 2014

To Hon. Judge Steele,

I am writing to you with regard to the case involving Dr. Patricia Hough.

I am a retired 62 year-old systems engineer, now living in McKinney, Texas. About ten years ago I retired from the business world, went back to school, and then began a second career as a school teacher in a Catholic parish. This change happened at the urging of my wife, Diane, who is an ordained minister in the Disciples of Christ Church.

About 19 years ago, when I married my wife, Rev. Diane Baker, I met one of Diane's best friends, Dr. Hough. In the nearly two decades that have passed, I have come to know Pat as a dedicated and giving physician, and a friend who is good for her word. Based on my experiences with Pat, if she said it, she believes it.

I am aware that Dr. Hough was convicted of tax-related charges, which I suppose were related to the medical school that her husband, Dave, operated in the Caribbean. I don't have the resources of the IRS to research the underlying financial issues or charges. But what I do have is knowledge that should be of some value in Pat's case.

The Pat that I have known is a very bright and caring physician. My wife, Diane, is in particularly poor health, struggling as a polio survivor who also has a fierce, debilitating, muscle-wasting disease. But like Pat, Diane loves her work and loves the church. Whenever there has been a church-related function that my wife needed to participate in, Pat would facilitate the travel, meet Diane at the airports, stay with Diane in the hotels, and help Diane navigate the complexities of the venue where the church work was happening. Diane has no better friend.

Diane and I have worked in service projects in several Central American countries in the summers. A few years ago, Diane and I decided to work with a Honduran medical mission called Predisan. Seeing the great need of the Honduran people, Diane invited Pat to get involved with Predisan. Pat jumped to the task, and began giving guidance to the medical mission, and found ways to direct some financial support to the Hondurans. Since much of the Honduran medical mission involves clinical treatment of addiction, Pat was an especially good fit for this service.

And so it has been: Pat sees a need and steps forward. She is a physician, psychiatrist, tactician, a devoted friend, and a committed Christian. It seems nearly incomprehensible to me that the legal system would incarcerate Pat, putting a tragic stop to the contributions she makes to our society.

I respectfully ask that you take Pat's long-time history as a servant and leader into consideration as you consider how you will deal with her case and sentencing. We need her. Pat is not a risk to society, but quite the opposite... a clearly high-functioning contributor.

Whatever the tax-related issue with Pat is, can it rise to the importance of the human lives that are directly impacted by Pat? I respectfully submit that the greatest good for all can be served by letting Pat continue her work and service unimpeded. It seems to me that the worst that can happen by letting Pat remain at her work is that people will be helped and healed.

Respectfully,

Robert Baker

10 February 2014

Hon. John E. Steele
United States District Court

Re: Dr. Patricia Hough

Dear Judge Steele,

I worked at the North Port Health Center with Dr. Patricia Hough. As the Chief Operating Officer, we had adjacent offices and often had conversations on matters relating to professional and business matters. We discussed operations, logistics, and outcomes in matters at hand and with on overall perspective of business and the Health Center.

I have lived and worked in Venice, Florida for 10 years with my husband and two teens. I have my doctorate in Organizational Leadership and have a background as a Family Nurse Practitioner. I am currently serving on the Pastoral Search Committee as an active member of my church. I have served for many years as the Chair of the Board and Camp Nurse for the Land O' Sunshine Camp Cedarbrook, a FL statewide, year-round camping ministry for youth and families.

In our discussions, Patricia Hough and I discovered that we were both personally familiar with and supporters of a selection of ministries in Guatemala that help to meet many needs of the people and the local communities. In that regard, Dr. Hough has a strong reputation for her extensive, generous, and ongoing work with the Foundation.

I personally have known Dr. Hough to be a person of forthright honesty in her medical practice, supervision of staff, and business philosophy, which is in direct opposition to the federal crimes of false tax returns against her. Pat has been an active member of her community in the broadest sense and a role model for many people of her generation, generations that follow, women, coworkers, and staff. This legal matter has eroded the foundation of Pat's life in a most notable manner. She built a life based on her studies in obtaining a medical education and she is now unable to use her license in her generous time investments to help others live functional and meaningful lives.

Your Honor, with the power vested in you, I implore that you give Patricia Hough the most lenient sentence possible in this matter.

Respectfully,

Jeannine B. Ball, EdD, RN
1625 Bamboo Drive
Venice, FL 34293
941.928.6029

**GAIL J. CARSON**
221 Alsace Avenue
Venice, FL 34293
(941) 493-6325

February 13, 2014

Honorable John E. Steele
United States District Judge

Dear Judge Steele:

I am retired, married and have been volunteering for St. Francis Animal Rescue of Venice for fifteen years. I am presently President of St. Francis Animal Rescue and also the Foster Coordinator. Before retiring I was a computer specialist and assisted my husband in running his home building business.

I know Dr. Hough and am aware of her pending sentencing and feel a great injustice is being made. I have known Dr. Hough for many years through her donating her time to our cats at the shelter.

Pat is a very compassionate and honest person who has helped St. Francis foster many cats over the years. She has been very generous in helping with our gala and I have enjoyed working with her and consider her a special friend. If she is incarcerated the community would suffer a great loss as would all the animals she has helped. I have noticed a change in Pat's personality due to all the stress this situation has put on her.

I can't image what incarceration would do to a lady such as Pat and the loss to all her colleagues and friends.

In closing I would like to make a plea for consideration for leniency in her case.

Respectfully yours,

*Gail J. Carson*

Gail J. Carson