UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 2:13-cr-72-FtM

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney Nicole H. Waid.

                                                                         Respectfully submitted,

                                                                         A. LEE BENTLEY, III
                                                                         United States Attorney

By:     *s/ Jesus M. Casas*
           Jesus M. Casas
           Assistant United States Attorney
           Chief, Fort Myers Division
           Florida Bar No. 0152110
           2110 First Street, Suite 3-137
           Ft. Myers, Florida 33901
           Telephone:   (239) 461-2200
           Facsimile:   (239) 461-2219
           E-mailJesus.M.Casas@usdoj.gov

**U.S. v. Fredrick, et. al**  **Case No. 2:13-cr-72-FtM**

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bruce Udolf
Budolf@udoflaw.com

*s/ Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:     (239) 461-2200
Facsimile:     (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov