UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.

_____/

### DEFENDANT PATRICIA LYNN HOUGH'S NOTICE OF FILING FOURTH SUBMISSION OF LETTERS IN SUPPORT OF MEMORANDUM IN AID OF SENTENCING

Defendant Patricia Lynn Hough, by and through her counsel of record, hereby makes this fourth submission of (attached) letters of support to the Court from the following individuals in support of her Memorandum in Aid of Sentencing to be filed under separate cover prior to sentencing:

    1.    W. Eugene Egerton, M.D.

    2.    Dr. Eduvigis Auxiliadora Guzman de Luna (with English translation)

    3.    Tom Jaworsky

    4.    Linda A. King

    5.    Tom Walker

    6.    Kenneth P. Werner, Sr.

The undersigned will submit additional letters of support to the Court prior to sentencing as they are received.

Dated: April 9, 2014

Respectfully submitted,

| | |
|---|---|
| **BRUCE L. UDOLF, P.A.** | **BINGHAM MCCUTCHEN, LLP** |
| Counsel for Defendant Hough | Counsel for Defendant Hough |
| Broward Financial Centre | Suite 2050 North, 1601 Cloverfield Blvd |
| 500 East Broward Blvd., Suite 1400 | Santa Monica, California 90404 |
| Fort Lauderdale, Florida 33394 | Tel: (310) 907-1000/ Fax (310) 907-2000 |
| Tel: (866) 951-9058/ Fax (954) 525-2134 | |
| | By: /s/ Nathan J. Hochman |
| By: /s/ Bruce L. Udolf |     California Bar No. 139137 |
|     Fla. Bar No. 0899933 |     nathan.hochman@bingham.com |
|     budolf@udolflaw.com | By: /s/ Daniel A. Saunders |
| |     California Bar No. 161051 |
| |     daniel.saunders@bingham.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 9th day of April, 2014.

By: /s/ Bruce L. Udolf

March 6, 2014

Walter E. Egerton, M.D., FAAP

175 Campus Lakes Ct.

Bel Air, MD 21015-1713

The Honorable John E. Steele

United States District Judge

Dear Judge Steele,

I am Walter E. Egerton, M.D., a pediatrician who currently holds the position of Chief Medical Officer, University of Maryland Medical Center Midtown Campus in Baltimore, MD. My hospital is a member of the University of Maryland Medical System and I have been in this position for almost 4 years. Previously I held positions at St. Agnes Hospital and Family Health Centers of Baltimore, a Federally Qualified Health Center, both in Baltimore. I retired from the United States Army after a 23 year military career as an Army Medical Corp officer having held many positions culminating in assignments as Director of Health Services for Aberdeen Proving Grounds, MD and inaugural Program Director for Population Health Outcomes for the U.S. Army Center for Health Promotions and Preventative Medicine. I am married and my wife, a consultant and executive coach, and I have three children and 6 grandchildren. It is without any reservation that I write this letter in support of Dr. Patricia Hough, a trusted friend and colleague whom my wife and I have known for over 30 years.

I am aware that Pat is undergoing trial and sentencing with respect to federal crimes, namely conspiracy and filing false tax returns. While I am well aware of the gravity of these charges, I truly find them inconsistent with the person I have known since 1983 and cannot help but believe that a mistake has been made here. It is my hope that after you have read this letter you will understand how I have come to this conclusion. I sincerely appreciate your thoughtful consideration in this regard. I met Pat through my wife who first met her while finishing studies at the University of Texas-El Paso (UTEP). At the time, Pat was a social worker who taught at UTEP. My wife was preparing to pursue graduate work in Counseling Psychology and Pat was a

mentor in that respect. The three of us struck up a quick friendship and enjoyed many times together discussing professional matters as well as enjoying a burgeoning personal friendship. Pat volunteered to be on the advisory board when my wife was trying to establish a runaway center for the city of El Paso. She encouraged her and was in many ways responsible for providing the guidance that allowed her not to give up on what appeared to be a daunting task. This is but one example of her commitment to being in service to others. Pat was particularly interested in my experiences in medicine as I had recently completed my residency and was in a fellowship when we met. Our discussions were integral in her decision to pursue medicine and I was thrilled when she was accepted into medical school.

Pat introduced my wife and I to Dave Frederick shortly after their relationship began and we followed the relationship as it grew into a marriage. Pat kept us abreast of the work she and Dave were doing and we found it amazing that they were undertaking the daunting task of Saba University. Pat's work ethic was on full display as she basically, singlehandedly crafted the clinical programs and curriculum for the School of Health Sciences. She personally set up the rotations for the medical students at the various hospitals in the continental U.S. Those students consistently distinguished themselves with their performance and have gone on to have successful careers in medicine. Through all of this work, Pat maintained her clinical currency and practiced actively as a Psychiatrist. Her energy is boundless and her clinical fund of knowledge is impressive; she truly cares for her patients. I know this professionally and personally. Simply put, what we saw was a devoted and loving wife, a driven and supremely competent professional, and a caring and compassionate physician who epitomizes the Hippocratic Oath.

Dr. Hough is above all else honest and ethical. I have never known her to misrepresent herself personally or professionally and her reputation and credibility are supremely important to her. She takes the time to know her patients and she does the due diligence to research all treatment options before thoughtfully settling on what is best for her patients. She is not afraid to question and she respectfully challenges whenever she feels disagreement on an issue. She is a trusting individual who would go and has gone to the fullest extent for those in need and those for whom she cares deeply; however, I have never known her to be dishonest or disingenuous. Pat takes the hard jobs, positions and work that are not particularly desirable for many. Her work with the penal system and with state mental health is a prime example of this. Her Foundation work provided much needed services and resources to underserved populations in remote areas of the world. It is particularly these aspects about her that make it extremely hard for me to believe that she would willfully engage in the fraudulent activity for which she is being tried and sentenced.

I am unaware of anyone who has a negative view of Dr. Hough and both I and my wife have seen the effect she has had on others through her work at Saba University and through the Foundation. We feel comfortable saying that she is the definition of charity. This process and the surrounding ordeal have taken a tremendous toll on her. Yet through it all, she tries to maintain a positive presence to those with whom she interacts. However, to those of us who know her well, it is readily apparent that she is suffering through this and an incarceration would have a catastrophic effect on her. She has a stepdaughter and four grandchildren that are extremely close to her and the effects of an incarceration on them also cannot be discounted. I can say with certainty that Pat is devastated by all of this and the sense of betrayal that she feels is palpable.

There are many other examples of the outstanding individual that is Pat Hough; however, I am respectful of the Court's time and it is my hope that through this brief communication, you might have a better understanding of the individual who stands before you. She is an extraordinary individual with an exceptional heart for others who will always be a contributing member of society; indeed, "one of the good ones". She has so much more to give and it is in that light that I respectfully ask the Court for consideration and leniency in her sentencing.


Respectfully,

*[signature]*

W. Eugene Egerton, M.D., FAAP

COL (Ret), USA

Asociación Salvadoreña Pro Salud Rural
ASAPROSAR

Santa Ana, 6 de Enero de 2014

A QUIEN INTERESE

De la manera más atenta, actuando en mi calidad de represente legal de la *Asociación Salvadoreña Pro Salud Rural (ASAPROSAR)* del domicilio de *El Salvador*, por este medio hago constar:

*Que ASAPROSAR es una organización no Gubernamental, de Desarrollo Humano, sin fines de lucro, fundada en la ciudad de Santa Ana, en la década de los 70's; fundada por mi persona, con el propósito principal es potenciar el desarrollo humano de poblaciones en condición de pobreza.*

*Desde hace más de 40 años Yo junto con un equipo de profesionales y con la ayuda de donantes extranjeros (Fundaciones y Asociaciones) he venido desarrollando diferentes proyectos que han beneficiado a miles de familias pobres de la zona rural del país, con programas de microcrédito, salud visual, programas orientados a la niñez y adolescencia, protección del medio ambiente, entre otros Salud es vida es uno de nuestros mas importantes programas, lo cual esta sirviendo en salud a miles de pobres.*

*Durante estos 40 años inicialmente y como producto de la guerra civil, lo cual significo gran sacrificio personal y peligro para mi y para todo el personal de ASAPROSAR, sin embargo he tenido el privilegio de tener muchos reconocimientos nacional e internacional, incluyendo agencias gubernamentales de Estados Unidos. Desafortunadamente como un resultado de la inseguridad y riesgos que actualmente tiene nuestro país, mucha gente tiene reserva de proveer asistencia y hacer trabajo directamente con la población necesitada.*

*En el año 2013 nosotros hemos proveído salud, educación, servicio social a mas de 150,000 personas y el programa de Salud es Vida ha proveído cuidados de salud visual a mas de 15,000 personas.*

*Nuestra institución, ASAPROSAR se siente sumamente agradecido por el gran aporte que la Dra. Patricia Hough y como resultado de esta asistencia directa nosotros hemos establecido permanentemente un programa que proveerá servicios médicos a los mas pobres, especialmente a aquellas personas que presenten diabetes e hipertensión, de esta manera se mejoraran las condiciones de vida de estas personas. El apoyo de la Dra. Hough en la obtención de fondos y de su asistencia directa han contribuido en el éxito de este programa.*

*En los últimos 4 años que he conocido a la Doctora Hough siempre ha mostrado un gran interés por los mas necesitados y se ha asegurado de que el apoyo proporcionado a los pobres sea de manera humanitaria y lo ha comprobado personalmente.*

Para cualquier referencia o información adicional que se requiera en ese sentido, se detallan los datos de contacto: *Dra. Vicky Guzmán de Luna, Directora y Fundadora de ASAPROSAR, Carretera Panamericana Km. 60 ½, El Mora, Santa Ana, (503) 2447-0405, E-Mail:* asaprosar.direccion@gmail.com.

Atentamente,

F._____
Dra. Eduvigis Auxiliadora Guzmán de Luna
Presidenta y Representante Legal

Salvadorean Association Pro Rural Health
ASAPROSAR

Santa Ana, 6 of January of 2014

TO WHOM IT INTERESTS

In the most attentive way, acting in my capacity of legal representative of the Salvadorean Association Pro Rural Health (ASAPROSAR) of the location of El Salvador, by this means I make the attestation:

That ASAPROSAR is a non-Governmental organization, of Human Development, without the purpose of profiting, founded in the city of Santa Ana, in the decade of the 70's; founded by my person, with the principal purpose is strengthening the human development of communities in a condition of poverty.

Since more than 40 years ago I, together with a team of professionals and with the help of foreign donors (Foundations and Associations), have been developing different projects that have benefited thousands of poor families from the rural areas of the country with programs of microcredit, visual health, children and adolescent oriented programs, protection of the environment, among others, Health is Life is one of our more important programs, which is helping in health thousands of poor.

During this 40 years initially and as a product of the civil war, which meant a great personal sacrifice and danger to me and to the entire personnel of ASAPROSAR, I have had the privilege of having many national and international recognitions nevertheless, including governmental agencies from the United States. Unfortunately, as a result of the insecurity and risks that our country currently has, many people have reservations in providing assistance and doing work directly with the population in need.

In the year 2013 we have provided health, education, social services to more than 150,000 persons and the program of Health is Life has provided visual health care to more than 15,000 persons.

Our institution, ASAPROSAR feels extremely thankful for the great contribution from Dr. Patricia Hough, and as a result of this direct assistance, we have permanently established a program that will provide medical services to the most poor, especially to those persons that show diabetes and hypertension, in this way the living conditions of these persons will improve. The support of Dr. Hough in the obtaining of funds and of her direct assistance have contributed in the success of this program.

In the last 4 years that I have known Dr. Hough she has always shown a great interest for those in most need and has ensured that the support given to the poor to be in a humanitarian way and has confirmed it personally.

A/75942069.1

For any reference or additional information that is required in that sense, the contact information is detailed: Dr. Vicky Guzmán de Luna, Director and Founder of ASAPROSAR, Carretera Panamericana Km. 60 1/2, El Mora, Santa Ana, (503) 2447-0405, E-mail: asaprosar.direccion@gmail.com.

Attentively,

                                                          *[signature]*    *[seal]*
S._____
Dr. Eduvigis Auxiliadora Guzmán de Luna
President and Legal Representative

A/75942069.1

To: Honorable John E. Steele. United States District Judge
From: Tom Jaworsky
Date: February 13, 2014
Re: Dr. Patricia L. Hough

Dear Judge Steele,

I graduated from Phillips University in 1968 with Bachelor of Arts in Political Science/History and obtained a Masters degree from Oklahoma City University in Criminal Justice Administration and Teaching, with a focus on Counseling. I retired from the U.S. Army with the rank of Colonel, and also from the State of Oklahoma as State Purchasing Director.

The charges against Dr. Pat Hough have been brought to my attention. I have knowledge of the sentencing with respect to federal crimes, namely, conspiracy and filing false tax returns.

Dr. Hough and I attended Phillips University together from 1964 to 1968 and we have been members of the Board of Directors of the Phillips University Alumni Association since 2009. I served as President and Chair of the Board from 2011 to 2013.

Serving on the Board of Directors together, Dr. Hough was generous with her time and personal attention to complex issues and was a positive influence in deed and action. I have always known Pat to be caring and compassionate in all matters we have worked on together. She is humble and trusting, not to mention eager, to support all the endeavors of the alumni association. Whenever our efforts have required financial support, we could always count on her. She has been diligent in holding the board accountable for the disbursement of funds and very specific about the use of those funds benefitting the greater good. She has helped many alumni who have had personal health and financial concerns, and many without knowledge of the source.

Dr. Hough has devoted a significant portion of her professional career assisting, treating and giving both personal and professional attention to the less fortunate of our society. The fore mentioned was accomplished in the United States and other developing countries. In my opinion she has demonstrated for many years, an energetic, caring and compassionate personality and character.

In closing, I hope my words convey the spirit of my friend, Dr. Pat Hough, whose influence has served many who would otherwise have been overlooked. Thank you for your considerations.

Respectfully,

Tom Jaworsky
118 Randolph Road
Clinton, Oklahoma 73601-4924
(580) 323-8770
tjaworsky@cableone.net

December 13, 2013

The Honorable John E. Steele
U.S. District Judge

Dear Judge Steele:

    I am writing this letter in connection with the upcoming sentencing hearing for Dr. Patricia Hough.

    As a church leader and board member of Predisan, a well-established charitable organization whose principal work is healthcare in Honduras, I have had occasion to work with Dr. Hough over the past three years. I first met Dr. Hough when Predisan was seeking a grant for healthcare development from the Saba Foundation, with which Dr. Hough is affiliated. In our lengthy initial encounter, I found her to be knowledgeable about medicine and psychiatry as well as the practical challenges and opportunities of NGO work in developing countries. Moreover, she was earnest and highly motivated to assist us financially and with her expertise.

    Subsequently, our organization applied for and was awarded a grant. During the course of that grant process, Dr. Hough was helpful. We found her to be professional, trustworthy, and reliable in our dealings with her. About 1 ½ years ago, we invited Dr. Hough to join us in Honduras for a meeting of the Predisan board and principal staff. This she did, and we were able to spend an entire weekend with her in discussions pertaining to our shared interests in philanthropy in Latin America. Again, Dr. Hough proved herself to be professional and reliable, highly intelligent, personable, and genuinely caring.

    Although I am an attorney, I know nothing about the circumstances that have brought Dr. Hough to the legal troubles she has apparently been in and currently stands convicted of. I write because I believe Dr. Hough has much good left to do and is uniquely qualified to do it. Therefore, I respectfully request that you take into consideration her past generous and useful contributions to society and grant her leniency as you determine her sentence.

                      Respectfully,

                        Linda A. King
                        Edmond, Oklahoma

**SAGAMORE RESOLUTIONS**
Consultation, Negotiation, Mediation
Tom Walker
Brigadier General, Retired
District Judge, Retired



Post Office Box 2184
Ardmore, Oklahoma 73402
(580) 223-2921
ts.walker@att.net

March 17, 2014

The Honorable John E. Steele
United States District Judge

Re: Dr. Patricia Hough

Your Honor:

I live in Ardmore, Oklahoma, a small town in the south-central part of the state. I am a retired state District Judge and a retired Army general. In Oklahoma, the District Court is a court of general jurisdiction. At the time of my retirement, I was the Chief Judge of a five-county district.

I have known Dr. Pat Hough since 1964. We were undergraduate classmates. From graduation until six or seven years ago, our contact was sporadic, limited to college reunions. When I became a member of our alumni association board of directors, she was already a member. Since that time, we see each other three to five times a year, exchange emails frequently, and speak on the telephone on infrequent occasions.

With no disrespect to the jury's verdict, it is, absolutely inconceivable to me that Pat Hough knowingly did anything wrong. She may have signed tax documents and received significant financial benefits, but I refuse to believe that she knew, or even suspected, that wrongdoing was afoot. For all her brilliance, Pat is very trusting and surprisingly naive. In addition, regardless of her education, complex accounting is a bridge too far. From personal experience with her, relating to complicated financial documents, there is no question in my mind that she relied on others for explanations and advice.

Having presided over 500+ jury trials, from larceny to capital murder, simple contract breaches to multi- hundred million dollar oil royalty mis-payments, I understand how juries can reach a verdict not supported by the evidence. In that vein, I hope you will grant a new trial.

That said, should you decide otherwise, I implore your leniency. There is no doubt that she will not re-offend. She has already been stripped of a substantial portion of her livelihood. More importantly to Pat, a conviction will stain a sterling reputation and reduce to the insignificant her ability to be philanthropic. That, in and of itself, is punishment enough. True justice is a financial penalty and some sort of probation.

With thanks for your consideration, I remain

Respectfully and sincerely,

Tom Walker

Kenneth P. Werner, Sr.
39 Calle Real, Vista Bella, Casa #121
Jocotenango, Guatemala
502 4919 0863

February 20, 2014

RE: Dr. Patricia Hough

Dear Judge Steele:

On behalf of Patricia Hough, I am writing this letter to you in support of Pat and ask your leniency when determining her sentence with respect to two federal crimes.

I am married and I retired in 2006 after working in accounting my entire career, most recently as a financial officer for a bank in Naples, Florida. I first met Pat in Guatemala four years ago when she was introduced to me by a mutual friend. My wife and I founded a charity to support various community development projects in rural Guatemala. Pat consulted with us regarding health clinics and possible medical equipment available from the United States.

Over the past four years I have known Pat, it is clear her focus is to help impoverished people in Guatemala and Honduras. I know she has reviewed funding proposal, visited projects, and analyzed needs with the goal of helping the most in need and to improve the health care of hundreds of people.

During the sentencing process, I ask you to consider Pat's integrity and her kindness for humanity.

Sincerely,

*Kenneth P. Werner*
Kenneth P. Werner, Sr.