# Exhibit 1

# ROBERT A. DICKINSON
A Chartered Professional Association
ATTORNEY AT LAW

Robert A. Dickinson
███████████████
Englewood, Florida 34223
███████████████

Telephone (941) ███
Fax (941) ███

December 3, 2013

Englewood Bank
1111 S. McCall Road
Englewood, FL 34223

Re:   Wire Transfer
      Robert A. Dickinson, Real Estate Trust Account
      Account Number: ███

Dear Sir:

Please accept this letter as my authorization to wire transfer the sum of $1,585,745.76, from my Trust Account reference above to the following account

Intermediary Bank:
Citibank, N.A.,
111 Wall Street, NY 10043
ABA ███089
Swift: Citius33

Benerficiary Bank
Banco Reformador, S.A.
Swift CTRCGTGC
Account Number ███584

Beneficiary Account of:    SABA School of Medicine Foundation Guatemala
                           9 Calle Poniente No. 23, Condominio
                           Real De Santiago Casa 16
Account Number:            ███121

Should you have any questions, please advise.

Very truly yours,

Dr. Patricia Hough
█████████████████
Englewood, FL 34223

December 2, 2013

Robert A. Dickinson
Attorney At Law
█████████
Englewood, FL 34223

Re:   Sale to Oxford Princess, LLC

Dear Bob:

Please accept this letter as our authorization to wire transfer the sum of One Million Five Hundred Eighty Five Thousand Seven Hundred Forty Five Dollars and 76/100 ($1,585,745.76), our net proceeds from of ████████████████████, Englewood, Florida 34223, to satisfy unrecorded debt/liens on the subject property to the following account:

Intermediary Bank:
Citibank, N.A.,
111 Wall Street, NY 10043
ABA █████89
Swift: Citius33

Benerficiary Bank
Banco Reformador, S.A.
Swift CTRCGTCC
Account Number █████584
Beneficiary Account of: SABA School of Medicine

Should you have any questions, please advise.

Patricia L. Hough   /s/ Patricia L. Hough

David L. Fredrick   /s/ David L. Fredrick by POA

| | | |
|---|---|---|
| D. NAME OF BORROWER: | Belknap Exchange Company, LLC, as Intermediary under IRS 1031 Like Kind Exchange for the benefit of Oxford Princess, | |
| Address of Borrower: | ███████████ Prospect, Kentucky 40059 | |
| E. NAME OF SELLER: | Patricia L. Hough, Trustee of the Patricia L. Hough Revocable Trust Dated 3/23/00; David L. Fredrick and Patricia L. Hough, Husband and Wife. | |
| Address of Seller: | ███████████ Englewood, Florida 34223 ███████████ Englewood, | TIN: |
| F. NAME OF LENDER: | | |
| Address of Lender: | | |
| G. PROPERTY LOCATION: | ███████████ Englewood, Florida 34223 | |
| H. SETTLEMENT AGENT: | Robert A. Dickinson, A Chartered Professional Association, Inc. | TIN: ███ |
| Place of Settlement: | ███████████ Englewood, Florida 34223 | Phone: 94█ |
| I. SETTLEMENT DATE: | 12/2/13    DISBURSEMENT DATE: 12/2/13 | |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 2,220,000.00 | 401. Contract sales price | 2,220,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 1,722.00 | 403. | |
| 104. Flood Insurance Premium | 521.00 | 404. Flood Insurance Premium | 521.00 |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes from 12/02/13 to 12/31/13 | 2,055.05 | 407. County taxes from 12/02/13 to 12/31/13 | 2,055.05 |
| 108. Assessments | | 408. Assessments | |
| 109. Non Advalorem from 12/02/13 to 09/30/14 | 258.52 | 409. Non Advalorem from 12/02/13 to 09/30/14 | 258.52 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 2,224,556.57 | 420. Gross amount due to seller: | 2,222,834.57 |
| **200. Amounts paid or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 183,296.23 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 453,792.58 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 50,000.00 | 520. Total reductions in amount due seller: | 637,088.81 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 2,224,556.57 | 601. Gross amount due to seller (line 420) | 2,222,834.57 |
| 302. Less amount paid by/for the borrower (line 220) | (50,000.00) | 602. Less total reductions in amount due seller (line 520) | (637,088.81) |
| 303. Cash ( ☑ From  ☐ To ) Borrower: | 2,174,556.57 | 603. Cash ( ☑ To  ☐ From ) Seller: | 1,585,745.76 |

Substitute Form 1099 Seller Statement:    The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions:    If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

| | | | | | Borrower POC | Seller POC |
|---|---|---|---|---|---|---|
| 803. Appraisal fee | | to | | | | |
| 804. Credit report | | to | | | | |
| 805. Lender's inspection fee | | to | | | | |
| 806. Mortgage insurance application fee | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 808. | | to | | | | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| **900. Items required by lender to be paid in advance:** | | | | | Borrower POC | Seller POC |
| 901. Interest from | | to | @ | /day | | |
| 902. Mortgage insurance premium for | | months to | | | | |
| 903. Hazard insurance premium for | | years to | | | | |
| 904. Flood insurance premium for | | years to | | | | |
| 905. | | years to | | | | |
| **1000. Reserves deposited with lender:** | | | | | Borrower POC | Seller POC |
| 1001. Hazard insurance | | | months @ | per month | | |
| 1002. Mortgage insurance | | | months @ | per month | | |
| 1003. City property taxes | | | months @ | per month | | |
| 1004. County property taxes | | | months @ | per month | | |
| 1005. Annual assessments | | | months @ | per month | | |
| 1006. Flood insurance | | | months @ | per month | | |
| 1007. | | | months @ | per month | | |
| 1008. | | | months @ | per month | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| **1100. Title charges:** | | | | | Borrower POC | Seller POC |
| 1101. Settlement or closing fee | | to Robert A. Dickinson, A Chartered Professional Associa | | 100.00 | | 300.00 |
| 1102. Abstract or title search | | to Robert A. Dickinson, A Chartered Professional Associa | | | | 100.00 |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's Fees | | to | | | | |
| (includes above item numbers: | | | | ) | | |
| 1108. Title Insurance | | to Old Republic Nat. Title/Robert A. Dickinson | | | | 8,125.00 |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | |
| 1110. Owner's coverage (Premium): | $2,220,000.00 ($8,125.00) | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. | | to | | | | |
| 1113. | | to | | | | |
| **1200. Government recording and transfer charges:** | | | | | Borrower POC | Seller POC |
| 1201. Recording fees | Deed | $27.00 | Mortgage(s) | Releases | 27.00 | |
| 1202. City/county tax/stamps | Deed | | Mortgage(s) | | | |
| 1203. State tax/stamps | Deed | $15,540.00 | Mortgage(s) | | | 15,540.00 |
| 1204. Record POA | | to Clerk of Court | | | | 35.50 |
| 1205. | | to | | | | |
| **1300. Additional settlement charges:** | | | | | Borrower POC | Seller POC |
| 1301. Survey | | to DMK Group, Inc. | | | 1,000.00 | 1,000.00 |
| 1302. Pest Inspection | | to | | | | |
| 1303. 2013 Real Estate Taxes | | to Sarasota County Tax Collector | | | | 24,995.73 |
| 1304. | | to | | | | |
| 1305. Attorneys Fee | | to Eric Fleming, Esq. | | | 500.00 | |
| 1306. | | to | | | | |
| 1307. | | to | | | | |
| 1308. | | to | | | | |
| 1309. | | | | | | |
| **1400. Total settlement charges:** | | | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | | 1,722.00 | 183,296.23 |

have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on ny account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Belknap Exchange Company, LLC, as Intermediary under IRS 103

By: _____ Borrower      _____ Seller
James B. Martin, Jr.                              David L. Fredrick

_____ Borrower