Exhibit 2


**Form 4549-A** (Rev. May 2008) — Department of the Treasury-Internal Revenue Service — **Income Tax Discrepancy Adjustments**

Page ___ of ___

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|
| Patricia L. Hough<br>7590 Manasota Key Rd.<br>Englewood FL 34223 | Person with whom examination changes were discussed. | Name and Title: |

| | Period End 12/31/2003 | Period End 12/31/2004 | Period End 12/31/2005 |
|---|---:|---:|---:|
| **1. Adjustments to Income** | | | |
| a. Sch C3 - Net Income from SABA | 1,050,501.00 | 1,424,388.00 | 2,076,832.00 |
| b. Sch C2 - Net Income from MUA | 606,428.00 | 1,089,906.00 | 1,327,818.00 |
| c. Taxable Interest | 5,768.00 | 27,132.00 | 45,695.00 |
| d. Capital Gain or Loss | 2,977.00 | (2,344.00) | 195,643.00 |
| e. SE AGI Adjustment | (22,188.00) | (33,668.00) | (45,591.00) |
| f. Itemized Deductions | 28,181.00 | 27,558.00 | 40,285.00 |
| g. Exemptions | 2,623.00 | 2,914.00 | 960.00 |
| h. Ordinary Dividends | | | 116.00 |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| **2. Total Adjustments** | 1,674,290.00 | 2,535,886.00 | 3,641,758.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 74,299.00 | 72,545.00 | 100,887.00 |
| **4. Corrected Taxable Income** | 1,748,589.00 | 2,608,431.00 | 3,742,645.00 |
| Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| Filing Status | Married Separate | Married Separate | Married Separate |
| **5. Tax** | 599,468.00 | 900,073.00 | 1,294,524.00 |
| 6. Additional Taxes / Alternative Minimum | | 0.00 | 0.00 |
| 7. Corrected Tax Liability | 599,468.00 | 900,073.00 | 1,294,524.00 |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 599,468.00 | 900,073.00 | 1,294,524.00 |
| 10. Plus Other Taxes a. Self Employment Tax | 59,169.00 | 81,973.00 | 107,032.00 |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 658,637.00 | 982,046.00 | 1,401,556.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 30,605.00 | 30,091.00 | 38,678.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 628,032.00 | 951,955.00 | 1,362,878.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 628,032.00 | 951,955.00 | 1,362,878.00 |

Catalog Number 23110T — www.irs.gov — Form **4549-A** (Rev. 5-2008)

Form **4549-A**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

Income Tax Discrepancy Adjustments

| Name of Taxpayer: Patricia L. Hough | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End 12/31/2003 | Period End 12/31/2004 | Period End 12/31/2005 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 628,032.00 | 951,955.00 | 1,362,878.00 |
| b. Penalties *(Line 18)* - computed to 01/28/2014 | | | |
| c. Interest *(IRC § 6601)* - computed to 02/27/2014 | 397,404.92 | 529,831.72 | 624,255.97 |
| d. TMT Interest - computed to 02/27/2014 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,025,436.92 | 1,481,786.72 | 1,987,133.97 |

Other Information:

DRAFT

| Examiner's Signature: Name Sheila Maurer | Employee ID: QVQCD | Office: Plantation, FL | Date: 01/28/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T         www.irs.gov         Form **4549-A** (Rev. 5-2008)

Form 4549-A
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

Page 3 of 4

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Patricia L. Hough<br>7590 Manasota Key Rd.<br>Englewood FL 34223 | ██████████ | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| | Period End 12/31/2006 | Period End 12/31/2007 | Period End 12/31/2008 |
|---|---|---|---|
| **1. Adjustments to Income** | | | |
| a. Sch C3 - Net Income from SABA | 2,319,777.00 | 579,943.00 | |
| b. Sch C2 - Net Income from MUA | 1,411,808.00 | 352,951.00 | |
| c. Taxable Interest | 28,755.00 | 106,301.00 | 459,832.00 |
| d. Ordinary Dividends | 277.00 | 40.00 | 8,883.00 |
| e. Capital Gain or Loss | (42,761.00) | 15,780,988.00 | 1,732,469.00 |
| f. SE AGI Adjustment | (55,559.00) | (12,493.00) | |
| g. Exemptions | 2,200.00 | 2,267.00 | 957.00 |
| h. Itemized Deductions | | 25,405.00 | (226,645.00) |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| **2. Total Adjustments** | 3,664,497.00 | 16,835,402.00 | 1,975,496.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 37,795.00 | 50,627.00 | 56,379.00 |
| **4. Corrected Taxable Income** | 3,702,292.00 | 16,886,029.00 | 2,031,875.00 |
| Tax Method | TAX RATE | SCHEDULE D | SCHEDULE D |
| Filing Status | Married Separate | Married Separate | Married Separate |
| **5. Tax** | 1,282,427.00 | 2,741,066.00 | 696,494.00 |
| 6. Additional Taxes / Alternative Minimum | | | 0.00 |
| **7. Corrected Tax Liability** | 1,282,427.00 | 2,741,066.00 | 696,494.00 |
| **8. Less Credits** a. Foreign Tax Credit | | 69.00 | |
| b. | | | |
| c. | | | |
| d. | | | |
| **9. Balance** (Line 7 less total of Lines 8a thru 8d) | 1,282,427.00 | 2,740,997.00 | 696,494.00 |
| **10. Plus Other Taxes** a. Self Employment Tax | 111,735.00 | 40,399.00 | 17,173.00 |
| b. | | | |
| c. | | | |
| d. | | | |
| **11. Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10d) | 1,394,162.00 | 2,781,396.00 | 713,667.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 3,222.00 | 23,671.00 | 33,225.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| **14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)** (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 1,390,940.00 | 2,757,725.00 | 680,442.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| **16. Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 1,390,940.00 | 2,757,725.00 | 680,442.00 |

Catalog Number 23110T      www.irs.gov      Form **4549-A** (Rev. 5-2008)

| Form 4549-A | Department of the Treasury-Internal Revenue Service | | Page of |
|---|---|---|---|
| (Rev. May 2008) | Income Tax Discrepancy Adjustments | | |

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Patricia L. Hough | [redacted] | 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2006 | Period End 12/31/2007 | Period End 12/31/2008 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT). Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 1,390,940.00 | 2,757,725.00 | 680,442.00 |
| b. Penalties (Line 18) - computed to 01/28/2014 | | | |
| c. Interest (IRC § 6601) - computed to 02/27/2014 | 485,103.51 | 686,675.08 | 124,691.75 |
| d. TMT Interest - computed to 02/27/2014 (on TMT underpayment) | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - (sum of Lines a, b, c and d) | 1,876,043.51 | 3,444,400.08 | 805,133.75 |

Other Information:

DRAFT

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Sheila Maurer | QVQCD | Plantation, FL | 01/28/2014 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T    www.irs.gov    Form 4549-A (Rev. 5-2008)

| Form 4549-A (Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>Income Tax Discrepancy Adjustments | | | Page 1 of 4 |
|---|---|---|---|---|
| Name and Address of Taxpayer<br>David L. Fredrick<br>7590 Manasota Key Rd.<br>Englewood  FL  34223 | Taxpayer Identification Number<br>██████ | | Return Form No.:<br>1040 | |
| | Person with whom examination changes were discussed. | Name and Title: | | |

| | 1. Adjustments to Income | Period End 12/31/2003 | Period End 12/31/2004 | Period End 12/31/2005 |
|---|---|---:|---:|---:|
| a. | Sch C5 Net income from SABA | 1,050,501.00 | 1,424,388.00 | 2,076,832.00 |
| b. | Sch C4 - Net Income from MUA | 606,428.00 | 1,089,906.00 | 1,327,818.00 |
| c. | Taxable Interest | 5,768.00 | 38,286.00 | 58,176.00 |
| d. | Capital Gain or Loss | 2,977.00 | 868.00 | 184,991.00 |
| e. | SE AGI Adjustment | (22,187.00) | (33,669.00) | (45,590.00) |
| f. | Itemized Deductions | 31,998.00 | 13,215.00 | 24,422.00 |
| g. | Exemptions | 3,050.00 | | |
| h. | Ordinary Dividends | | | 116.00 |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. | **Total Adjustments** | 1,678,535.00 | 2,532,994.00 | 3,626,765.00 |
| 3. | Taxable Income Per Return or as Previously Adjusted | 37,061.00 | 542,124.00 | 344,706.00 |
| 4. | **Corrected Taxable Income** | 1,715,596.00 | 3,075,118.00 | 3,971,471.00 |
| | Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| | Filing Status | Married Separate | Married Separate | Married Separate |
| 5. | Tax | 587,938.00 | 964,447.00 | 1,328,821.00 |
| 6. | **Additional Taxes / Alternative Minimum** | 0.00 | 0.00 | 0.00 |
| 7. | **Corrected Tax Liability** | 587,938.00 | 964,447.00 | 1,328,821.00 |
| 8. | Less Credits a. | | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. | **Balance** *(Line 7 less total of Lines 8a thru 8d)* | 587,938.00 | 964,447.00 | 1,328,821.00 |
| 10. | Plus Other Taxes a. Self Employment Tax | 57,734.00 | 81,129.00 | 106,198.00 |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. | Total Corrected Tax Liability *(Line 9 plus Lines 10a thru 10d)* | 645,672.00 | 1,045,576.00 | 1,435,019.00 |
| 12. | Total Tax Shown on Return or as Previously Adjusted | 20,400.00 | 107,628.00 | 87,845.00 |
| 13. | Adjustments to: a. | | | |
| | b. | | | |
| | c. | | | |
| 14. | **Deficiency-Increase in Tax or** *(Overassessment - Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 625,272.00 | 937,948.00 | 1,347,174.00 |
| 15. | Adjustments to Prepayment Credits-Increase *(Decrease)* | | | |
| 16. | **Balance Due or (Overpayment)** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 625,272.00 | 937,948.00 | 1,347,174.00 |

Catalog Number 23110T   www.irs.gov   Form **4549-A** (Rev. 5-2008)

| Form 4549-A | Department of the Treasury-Internal Revenue Service | | Page of |
|---|---|---|---|
| (Rev. May) | Income Tax Discrepancy Adjustments | | |

| Name of Taxpayer<br>David L. Fredrick | Taxpayer Identification Number | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/2003 | Period End<br>12/31/2004 | Period End<br>12/31/2005 |
|---|---|---|---|
| a. Delq-IRC 6651(a)(1) | | | |
| b. | | | 355,288.75 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | 355,288.75 |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or (Overpayment) Taxes - *(Line 16, Page 1)* | 625,272.00 | 937,948.00 | 1,347,174.00 |
| b. Penalties *(Line 18)* - computed to 01/29/2014 | | | 355,288.75 |
| c. Interest *(IRC § 6601)* - computed to 02/28/2014 | 395,742.37 | 522,155.80 | 780,004.22 |
| d. TMT Interest - computed to 02/28/2014 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,021,014.37 | 1,460,103.80 | 2,482,466.97 |

Other Information:

DRAFT

| Examiner's Signature:<br>Name<br>Sheila Maurer | Employee ID:<br>QVQCD | Office:<br>Plantation, FL | Date:<br>01/29/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T    www.irs.gov    Form **4549-A** (Rev. 5-2008)

| Form 4549-A (Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | | Page ____ of ____ |
|---|---|---|---|
| Name and Address of Taxpayer<br><br>David L. Fredrick<br>7590 Manasota Key Rd.<br>Englewood FL 34223 | Taxpayer Identification Number<br>███████████<br>Person with whom examination changes were discussed. | Name and Title: | Return Form No.:<br>1040 |

| 1. Adjustments to Income | Period End 12/31/2006 | Period End 12/31/2007 | Period End 12/31/2008 |
|---|---:|---:|---:|
| a. Sch C5 Net income from SABA | 2,319,777.00 | 579,943.00 | |
| b. Sch C4 - Net Income from MUA | 1,411,808.00 | 352,951.00 | |
| c. Taxable Interest | 28,755.00 | 106,301.00 | 459,832.00 |
| d. Ordinary Dividends | 277.00 | 40.00 | 8,883.00 |
| e. Capital Gain or Loss | (54,559.00) | 15,792,786.00 | 1,714,198.00 |
| f. SE AGI Adjustment | (49,969.00) | (12,492.00) | |
| g. Itemized Deductions | 16,739.00 | 119,417.00 | (227,168.00) |
| h. Exemptions | | | 934.00 |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 3,672,828.00 | 16,938,946.00 | 1,956,679.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 213,241.00 | 417,267.00 | 125,310.00 |
| 4. Corrected Taxable Income | 3,886,069.00 | 17,356,213.00 | 2,081,989.00 |
| Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| Filing Status | Married Separate | Married Separate | Married Separate |
| 5. Tax | 1,338,400.00 | 2,820,529.00 | 714,218.00 |
| 6. Additional Taxes / Alternative Minimum | 0.00 | 0.00 | |
| 7. Corrected Tax Liability | 1,338,400.00 | 2,820,529.00 | 714,218.00 |
| 8. Less Credits  a. Foreign Tax Credit | | 69.00 | |
| b. Prior Year Min Tax Credit | | | 0.00 |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 1,338,400.00 | 2,820,460.00 | 714,218.00 |
| 10. Plus Other Taxes  a. Self Employment Tax | 115,743.00 | 41,058.00 | 16,531.00 |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 1,454,143.00 | 2,861,518.00 | 730,749.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 74,513.00 | 90,108.00 | 45,773.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 1,379,630.00 | 2,771,410.00 | 684,976.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 1,379,630.00 | 2,771,410.00 | 684,976.00 |

Catalog Number 23110T  www.irs.gov  Form 4549-A (Rev. 5-2008)

| Name of Taxpayer<br>David L. Fredrick | | Taxpayer Identification Number | Return Form No.:<br>1040 |
|---|---|---|---|
| 17. Penalties/ Code Sections | Period End<br>12/31/2006 | Period End<br>12/31/2007 | Period End<br>12/31/2008 |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 1,379,630.00 | 2,771,410.00 | 684,976.00 |
| b. Penalties *(Line 18)* - computed to 01/29/2014 | | | |
| c. Interest (IRC § 6601) - computed to 02/28/2014 | 481,312.02 | 690,367.17 | 125,589.23 |
| d. TMT Interest - computed to 02/28/2014 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,860,942.02 | 3,461,777.17 | 810,565.23 |

Other information:

DRAFT

| Examiner's Signature:<br>Name<br>Sheila Maurer | Employee ID:<br>QVQCD | Office:<br>Plantation, FL | Date:<br>01/29/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T            www.irs.gov            Form **4549-A** (Rev. 5-2008)