DURABLE
POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, **DAVID L. FREDRICK**, residing at 7590 Manasota Key Road, Englewood, Florida 34223, hereby constitute and appoint **PATRICIA L. HOUGH**, of 7590 Manasota Key Road, Englewood, Florida 34223, my true and lawful attorney for me and in my name, place and stead, giving and granting unto **PATRICIA L. HOUGH** a full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done in and about the premises as fully, to all intents and purposes, as I might or could do personally and hereby ratifying and confirming all that **PATRICIA L. HOUGH** shall lawfully do or cause to be done by virtue hereof. In the event **PATRICIA L. HOUGH** shall predecease me, or shall be unable or unwilling to serve or continue to serve, I hereby constitute and appoint **LAURA ASHLEY FREDRICK WALLS**, of 103 Stratford Road, Greenville, North Carolina 27858, as my first alternate true and lawful attorney.  In the event **LAURA ASHLEY FREDRICK WALLS** shall predecease me, or shall be unable or unwilling to serve or continue to serve, I hereby constitute and appoint **CHARLENE LEE VARGA**, of 4891 Knopp Road, Columbiana, Ohio 44408, as my second alternate true and lawful attorney.

In furtherance of the aforementioned powers, I do hereby grant unto my said lawful attorney in fact, the following powers, to-wit:

1. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power, or capacity to exercise or perform, in connection with, arising from, or relating to any person, item, transaction, thing, business property, real or personal, tangible or intangible, or matter whatsoever.

2. To request, ask, demand, sue for, recover, collect, receive, and hold and possess all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, annuities, pension and retirement benefits, insurance benefits and proceeds, any and all documents of title, choses in action, personal and real property, intangible and tangible property rights, and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become owned by, or due, owing, payable, or belonging to me or in which I have or may hereafter acquire interest, to have, use and take all lawful means and equitable and legal remedies, procedures, and writs in my name for the collection and recovery thereof, and to adjust, sell, compromise, and agree for the same, and to make, execute and deliver for me, on my behalf, and in my name, all endorsements, acquitances, releases, receipts, or other sufficient discharges for the same.

3. To lease, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any real or personal property whatsoever, tangible or intangible, or interest thereon, on such terms and conditions, and under such covenants, as said attorney in fact shall deem proper.

1

4. To maintain, repair, improve, manage, insure, rent, lease, sell, convey, subject to liens, mortgage, subject to deeds of trust, and hypothecate, and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, for me, in my behalf, and in my name and under such terms and conditions, and under such covenants, as said attorney in fact shall deem proper.

5. To conduct, engage in, and transact any and all lawful business of whatever nature or kind for me, in my behalf, and in my name.

6. To make, receive, sign, endorse, execute, acknowledge, deliver and possess such applications, contracts, agreements, options, covenants, conveyances, deeds, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of lading, warehouse receipts, documents of title, bills, bonds, debentures, checks, drafts, bills of exchange, letters of credit, notes, stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts, and deposit instruments relating to accounts or deposits in, or certificates of deposit of, banks, savings and loan associations or institutions, proofs of loss, evidence of debts, releases, and satisfaction of mortgages, liens, judgments, security agreements and other debts and obligations and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted.

7. I grant to said attorney in fact full power and authority to do, take and perform all and every act and thing whatsoever requisite, proper, or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully, to all intents and purposes, as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that said attorney in fact, or his substitutes or substitute, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted.

8. It is my intent that this Power of Attorney shall include, but not be exclusive of, the power to deal with the following real and personal property:

A. Savings and checking accounts, certificates of deposit, and safety deposit box contents wherever situated.

B. Stocks, bonds and debentures wherever located.

C. Real property wherever situated.

D. Tangible or intangible personal property wherever situated.

9. The undersigned has, simultaneously herewith, created an Revocable Living Trust Agreement known as the "**DAVID L. FREDRICK REVOCABLE TRUST**", dated March _23_, 2000, as part of the undersigned's estate plan. It is the intent of the undersigned to place all assets owned by the undersigned individually, held in trust for others, or held jointly with my wife, **PATRICIA L. HOUGH**, into the corpus of the Trust whether the asset is known to me at the time of execution hereof, or not. To such end, it is directed that this Durable Power of Attorney be

utilized by the individual holding the power to so fund the Revocable Living Trust Agreement by the transfer of any qualifying asset to the Trustee of the "DAVID L. FREDRICK REVOCABLE TRUST", dated March 23 , 2000, or as same may be from time to time amended, even though such transfer may inure to the personal benefit of the transferor or transferee.

10.   In the event that I am diagnosed as comatose, incompetent or otherwise mentally or physically incapable of communication, I appoint my said Power of Attorney to make binding decisions concerning my medical treatment, including the determination of medical or surgical treatment, the use of drugs or therapy and the right to accept or refuse medical treatments for me in consultation with my  physicians.

11.  It is my intent in executing this instrument that the power conferred shall be exercisable commencing with the date hereof, notwithstanding any later disability or incapacity that I may suffer, so that this Durable Power of Attorney shall not be affected by disability of the principal except as provided by Florida Statute.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of March, 2000.

Signed, sealed and delivered
in the presence of:

_____
SUZANNE H. PRENTZEL

_____
DOROTHY P. WILLIAMS

_____
DAVID L. FREDRICK

STATE OF FLORIDA

COUNTY OF SARASOTA

BE IT KNOWN, that on the 2 3d day of March, 2000, before me, a notary public in and for the State of Florida, duly commissioned and sworn, personally appeared DAVID L. FREDRICK, to me personally known or who has produced _____NA_____ as

3

identification, and known to be the person described in and who executed the within Durable Power of Attorney, and who acknowledged the within Durable Power of Attorney to be his free act and deed.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.



_____
Notary Public

My Commission Expires:



ROBERT A. DICKINSON
MY COMMISSION # CC 714291
EXPIRES: February 28, 2002
1-800-3-NOTARY   Fla. Notary Service & Bonding Co.

4