

# Advanced Physical Therapy & Wellness
### Kitty Devine, DPT, MPH
### Owner

April 14, 2014

Dear Judge Steele:

Patricia Hough has been a patient of mine since March 13, 2013. I hold a doctorate in physical therapy, a master's degree in public health and have been in practice for over thirty years. Dr. Hough was referred to my practice by Dr. Charles Rush at Kennedy-White Orthopedic clinic for treatment of right should pain, movement limitation and weakness secondary to a fall. She was treated on an average of two times per week and was discharged with improvement on 7/25/13.

Dr. Hough returned for treatment on 10/29/13 after a second fall re-injured her right shoulder. She had decreased range of motion, decreased strength in addition to pain on a daily basis. Her current treatment consists of therapeutic ultrasound treatments, electrical stimulation treatment and manual therapy. Dr. Hough has been compliant with treatment and will continue to need physical therapy for a indeterminate period of time to regain full function of that area.

Sincerely,

Kitty Devine, DPT, MPH

---

**Sarasota Clinic**

4141 S. Tamiami Trl., Ste. 18
Sarasota, FL 34231
Phone (941) 924-3022
FAX (941) 925-4943
AdvancedSarasota@gmail.com

*Visit Our Website:*
www.advancedhealthsystems.mobi
**LIKE us on Facebook**
*Advanced Physical Therapy & Wellness*
ADVANCED HEALTH SYSTEMS, INC.

**Venice Clinic**

1232 Jacaranda Blvd.
Venice, Fl. 34292
Phone (941) 493-6449
FAX (941) 496-4227
AdvancedVenice@gmail.com