

# SHARP+KEMM
## INTERNATIONAL TAX LAW

4890 W. KENNEDY BOULEVARD, SUITE 900
TAMPA, FLORIDA 33609-1850
TEL: +1.813.286.4199   FAX: +1.813.286.4197
WEB: WWW.SHARPTAXLAW.COM

September 22, 2009

Via Facsimile (727-568-2588)
& Via Federal Express

Internal Revenue Service
Criminal Investigation,
Attn: Mr. Angelo L. Troncoso, Supervisory Special Agent
9450 Koger Blvd., Suite 101
St. Petersburg, FL 33702-2425

Re:   Voluntary Disclosure Submission of Taxpayer Information

Dear Agent Troncoso:

We serve as legal counsel to David L. Fredrick and Patricia L. Hough, husband and wife (please see attached Form 2848). The taxpayers desire to make a voluntary disclosure to the Internal Revenue Service in connection with the ownership of certain foreign financial accounts. Identifying information for the taxpayers is as follows:

| Name: | David L. Fredrick | Name: | Patricia L. Hough |
|---|---|---|---|
| Address: | ███████████████ | Address: | ███████████████ |
| | Englewood, FL 34223 | | Englewood, FL 34223 |
| SSN: | ███ | SSN: | ███ |
| DOB: | ███ | DOB: | ███ |
| Passport: | ███ | Passport: | ███ |

Please initiate your systems checks to confirm the eligibility of the foregoing taxpayers for the voluntary disclosure program. We will contact you shortly to provide a completed optional format letter. In the meantime, please contact the undersigned, or William M. Sharp, Sr., if you have any questions or comments regarding this submission.

Very truly yours,

*Larry R. Kemm*

Larry R. Kemm

LRK/sp
Enclosure:
Form 2848 (Power of Attorney and Declaration of Representative)

DOJD0004785

| Form **2848** (Rev. June 2008) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Type or print. ▶ See the separate instructions. | OMB No. 1545-0150 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |
|---|---|---|

**Part I  Power of Attorney**
Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1  Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| David L. Fredrick<br>Patricia L. Hough<br><br>Englewood, FL 34223 | | |
| | Daytime telephone number<br>( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| William M. Sharp, Sr./Sharp Kemm P.A.<br>4890 W. Kennedy Blvd., Suite 900<br>Tampa, FL 33609-1580 | CAF No. ........ 0300-27173R<br>Telephone No. ...... 813/286-4199<br>Fax No. ............ 813/286-4197<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Larry R. Kemm/Sharp Kemm P.A.<br>4890 W. Kennedy Blvd., Suite 900<br>Tampa, FL 33609-1580 | CAF No. ........ 0304-87308R<br>Telephone No. ...... 813/286-4199<br>Fax No. ............ 813/286-4197<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Andrea Darling de Cortes/Sharp Kemm P.A.<br>4890 W. Kennedy Blvd., Suite 900<br>Tampa, FL 33609-1580 | CAF No. ........ 0100-23542R<br>Telephone No. ...... 813/286-4199<br>Fax No. ............ 813/286-4197<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3  Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Income Tax | 1040 | 2003 - 2009 |
| | | |
| | | |

**4**  Specific use not recorded on Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF  . . . . . . . . . . . . . . . . . ▶ ☐

**5**  Acts authorized. The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ................................
..............................................................................................................................
..............................................................................................................................

**6**  Receipt of refund checks. If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of the instructions.    Cat. No. 11980J    Form **2848** (Rev. 6-2008)

DOJD0004786

Form 2848 (Rev. 6-2008)          Page **2**

**7**   **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.
    **a**   If you also want the second representative listed to receive a copy of notices and communications, check this box . . . . . ▶ ☑
    **b**   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . . . ▶ ☐

**8**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9**   **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

_[Signature]_     9/2/09     _____
Signature     Date     Title (if applicable)

David L. Fredrick     ☐☐☐☐☐
Print Name     PIN Number     Print name of taxpayer from line 1 if other than individual

_[Signature]_     9/2/09     _____
Signature     Date     Title (if applicable)

Patricia L. Hough     ☐☐☐☐☐
Print Name     PIN Number

## Part II   Declaration of Representative

*Caution: Students with a special order to represent taxpayers in qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program (levels k and l), see the instructions for Part II.*

Under penalties of perjury, I declare that:
• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
• I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
• I am one of the following:
   **a**   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   **b**   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   **c**   Enrolled Agent—enrolled as an agent under the requirements of Circular 230.
   **d**   Officer—a bona fide officer of the taxpayer's organization.
   **e**   Full-Time Employee—a full-time employee of the taxpayer.
   **f**   Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, brother, or sister).
   **g**   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
   **h**   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Circular 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 1 of the instructions.
   **k**   Student Attorney—student who receives permission to practice before the IRS by virtue of their status as a law student under section 10.7(d) of Circular 230.
   **l**   Student CPA—student who receives permission to practice before the IRS by virtue of their status as a CPA student under section 10.7(d) of Circular 230.
   **r**   Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a-r) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | Florida | _[signature]_ | 9/12/09 |
| a | Florida | _[signature]_ Tony R. Kemm | 9/9/09 |
| a | Florida | _[signature]_ | 9/2/09 |

Form **2848** (Rev. 6-2008)

DOJD0004787