

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

CRIMINAL INVESTIGATION

September 25, 2009

Larry R. Kemm
Sharp Kemm, P.A.
4890 W. Kennedy Blvd., Suite 900
Tampa, FL  33609-1580

Re:    David L. Fredrick
       Patricia L. Hough

Dear Mr. Kemm:

This letter is to inform you that the voluntary disclosure of your clients, David Fredrick and Patricia Hough, has been declined due to timeliness.

If you have any questions, please contact Supervisory Special Agent Angelo Troncoso of my staff at (727) 568-2561.

Sincerely,

Linda J. Osuna
Special Agent in Charge

DOJD0004788