

Nikki R. Haley
Governor

Holly G. Pisarik
Director

South Carolina
Department of Labor, Licensing and Regulation

Division of Professional and Occupational Licensing
Office of Investigations and Enforcement



110 Centerview Drive
Post Office Box 11329
Columbia, SC 29211-1329
(803) 896-4470
FAX (803) 896-4656
www.llronline.com

August 12, 2013

CONFIDENTIAL

RE: 2013-253

Dr. Patricia L. Hough
7590 Manasota Key Road
Englewood, Florida 34223

Dear Dr. Hough,

I am writing you in behalf of the Board of Medical Examiners of South Carolina. The Board received notice of the Federal indictments and opened an investigation as a result. I understand and I have a copy of your letter of retirement and your intent to not renewal your medical license.

In order to simplify matters, would you entertain the possibility of a relinquishment of our medical license? This would end the investigation and close the case however, this would be permanent. Please contact me by phone at 803-896-4510 or email at Jason.haynes@llr.sc.gov to proceed further.

Thank you,

Jason Haynes
Investigator
Board of Medical Examiners