STATE OF WISCONSIN
BEFORE THE MEDICAL EXAMINING BOARD

---

| IN THE MATTER OF DISCIPLINARY | : | |
| PROCEEDINGS AGAINST | : | |
| | : | STIPULATION |
| PATRICIA L. HOUGH, | : | |
| RESPONDENT. | : | 0002834 |

---

Division of Legal Services and Compliance[1] Case No. 13 MED 267

Respondent, Patricia L. Hough, and the Division of Legal Services and Compliance, Department of Safety and Professional Services stipulate as follows:

1.    This Stipulation is entered into as a result of a pending investigation by the Division of Legal Services and Compliance. Respondent consents to the resolution of this investigation by Stipulation.

2.    Respondent understands that by signing this Stipulation, Respondent voluntarily and knowingly waives the following rights:

- the right to a hearing on the allegations against Respondent, at which time the State has the burden of proving those allegations by a preponderance of the evidence;
- the right to confront and cross-examine the witnesses against Respondent;
- the right to call witnesses on Respondent's behalf and to compel their attendance by subpoena;
- the right to testify on Respondent's own behalf;
- the right to file objections to any proposed decision and to present briefs or oral arguments to the officials who are to render the final decision;
- the right to petition for rehearing; and
- all other applicable rights afforded to Respondent under the United States Constitution, the Wisconsin Constitution, the Wisconsin Statutes, the Wisconsin Administrative Code, and other provisions of state or federal law.

3.    Respondent is aware of Respondent's right to seek legal representation and has been provided an opportunity to obtain legal counsel before signing this Stipulation.

4.    Respondent agrees to the adoption of the attached Final Decision and Order by the Wisconsin Medical Examining Board (Board). The parties to the Stipulation consent to the entry of the attached Final Decision and Order without further notice, pleading, appearance or consent of the parties. Respondent waives all rights to any appeal of the Board's order, if adopted in the form as attached.

---

[1] The Division of Legal Services and Compliance was formerly known as the Division of Enforcement.

States District Court – Middle District of Florida, Fort Meyers Division, to be guilty of the following:

> Count One: "knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed with [co-conspirator] to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of income taxes"

> Counts Six, Seven, Eight, and Nine: "willfully made and signed Individual Income Tax Return forms which she did not believe to be true and correct as to every material matter"

3.      The above-enumerated counts, of which Respondent has been found guilty, relate to the practice under her license insofar as they are grounded in purposefully fraudulent, conspiratorial, and dishonest acts engaged in by the Respondent for financial gain.

4.      In resolution of this matter, Respondent consents to the entry of the following Conclusions of Law and Order.

## CONCLUSIONS OF LAW

1.      The Wisconsin Medical Examining Board has jurisdiction to act in this matter pursuant to Wis. Stat. § 448.02(3), and is authorized to enter into the attached Stipulation pursuant to Wis. Stat. § 227.44(5).

2.      By the conduct described in the Findings of Fact, Respondent, Patricia L. Hough, M.D., engaged in unprofessional conduct pursuant to Wis. Admin. Code § Med 10.02(2)(r).

3.      As a result of the above conduct, Respondent is subject to discipline pursuant to Wis. Stat. § 448.02(3).

## ORDER

1.      The attached Stipulation is accepted.

2.      The SURRENDER of the license and registration by Respondent, Patricia L. Hough, M.D. (license no. 31130-020), to practice medicine and surgery in the State of Wisconsin and the right to renew that license is hereby accepted, effective the date of this Order.

3.      In the event that Respondent petitions the Wisconsin Medical Examining Board for re-licensure to practice medicine and surgery in the future, the Board may enter an order denying such application without further notice or hearing. Whether to grant a license and whether to impose any limitations or restrictions on any license granted shall be in the discretion of the Board.

4.      Within 90 days from the date of this Order, Respondent shall pay COSTS of this matter in the amount of $211.67.

2

5.      Payment of costs shall be made payable to the Wisconsin Department of Safety and Professional Services and sent to the Department Monitor at the address below:

Department Monitor
Division of Legal Services and Compliance
Department of Safety and Professional Services
P.O. Box 8935, Madison, WI 53708-8935
Telephone (608) 267-3817; Fax (608) 266-2264
DSPSMonitoring@wisconsin.gov

6.      This Order is effective on the date of its signing.

WISCONSIN MEDICAL EXAMINING BOARD

By: _____          December 11, 2013
      A Member of the Board                           Date

3