

# Commonwealth of Massachusetts
# Board of Registration in Medicine

200 Harvard Mill Square, Suite 330
Wakefield, Massachusetts 01880
(781) 876-8200

**DEVAL L. PATRICK**
GOVERNOR

Enforcement Division Fax: (781) 876-8381
Legal Division Fax: (781) 876-8380
Licensing Division Fax: (781) 876-8383

February 19, 2014

**Certified Mail No. 7011 1150 0001 3796 3199**
**Return Receipt Requested**

Patricia L. Hough M.D.
1435 E Venice Ave, Unit 104
Venice, FL 34292

Re: Docket No. 14-039

Dear Dr. Hough:

The Massachusetts Board of Registration in Medicine ("this Board") has learned that you were disciplined by the State of Wisconsin, Medical Examining Board. This Board has the authority to discipline a physician who has been disciplined in another jurisdiction.

Although your Massachusetts license lapsed in 2007, under Massachusetts law, you retain an inchoate right to renew or reactivate your license at any time. Therefore, this Board retains jurisdiction to impose disciplinary action. Consequently, the Board has docketed a complaint for investigation. The investigation of this matter has been assigned to me and Deputy Director of Enforcement Jean O'Brien.

We intend to present this matter to the Complaint Committee at its meeting on April 2, 2014. The Complaint Committee is a committee of the Massachusetts Board, which reviews all complaints and makes recommendations to the full Board. Based on the facts and the law, we intend to advise the Complaint Committee to recommend that the Board initiate disciplinary action against you.

Enclosed for your consideration is a Board-approved Resignation Form of your inchoate right to renew your license. Such a resignation would be a final, irrevocable act and is disciplinary. If you elect this option, please sign the form, have it notarized and return it my attention by March 14, 2014.

You are welcome to have an attorney represent you in this matter. If you retain an attorney, he or she should send me a notice of appearance and we will communicate with that attorney. If you do not retain an attorney and would like to discuss this matter further, please call me at (781) 876-8278.

Very truly yours,

*Robert Bouton*
Robert Bouton
Investigator

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  BOARD OF REGISTRATION
IN MEDICINE

Adjudicatory Case No.

```
                                        )
In the Matter of                        )
Patricia L. Hough, M.D.                 )
                                        )
                                        )
Registration No. 150287                 )
                                        )
```

## RESIGNATION

I, Patricia L. Hough, M.D., being duly sworn, depose and state:

1. I desire to resign my inchoate right to renew my license to practice medicine in the Commonwealth of Massachusetts pursuant to the terms of 243 CMR 1.05(5)(b).

2. My resignation is tendered voluntarily.

3. I realize that this resignation is a final act that deprives me of all privileges of registration and is not subject to reconsideration or judicial review.

4. I understand that my resignation is a disciplinary action that is reportable to any national data reporting agency, pursuant to G.L. c. 112, § 2, the Health Care Quality Improvement Act of 1986 (as amended), and Sections 1921 and 1128E of the Social Security Act.

Signed under the penalties of perjury this 25th day of February 2014.

Patricia L. Hough, M.D.

Then personally appeared before me the above-named, Patricia L. Hough, M.D., who signed the foregoing resignation in my presence and acknowledged said resignation to be his free act and deed.

Dated: 2/25/2014

Notary Public
My Commission Expires:

LARRY F. FRACZAK
Notary Public - State of Florida
My Comm. Expires Dec 12, 2017
Commission # FF 076266