

**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.

**Rick Scott**
Governor

**John H. Armstrong, MD, FACS**
State Surgeon General & Secretary

**Vision:** To be the **Healthiest State** in the Nation

December 10, 2013

**CONFIDENTIAL**
Patricia Lynn Hough, M.D.
7590 Manasota Key Road
Englewood, FL 34223

*Please Return This Letter With Your Response.*

Complaint #: 201308684

Dear Dr. Hough:

The Consumer Services Unit has received the enclosed complaint against you. We reviewed the complaint or report and determined that you may have violated the practice act that regulates your profession. Therefore, we have opened an investigation into this matter. Please submit a written response to this complaint within 45 days of receipt of this letter.

You may make a written request for a copy of the investigative file. This complaint and all investigative information will remain confidential until 10 days after the probable cause panel has determined that a violation has occurred or you give up the right to confidentiality.

The mission of the Department of Health is to protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts. If you have any questions, please call the Consumer Services Unit at (850) 245-4339. In addition, if you have any concerns or suggestions about our complaint process, please fill out our *Customer Concerns or Suggestions* form at www.floridashealth.com/mqa/survey.html.

Sincerely,

Tihara Rozier
Investigation Specialist II

tr/ak
Enclosure

DOH-Form300

**Florida Department of Health**
Division of Medical Quality Assurance• Bureau of Enforcement
4052 Bald Cypress Way, Bin C-75 • Tallahassee, FL 32399-3275
PHONE: (850) 245-4339 • FAX : (850) 488-0796

www.FloridasHealth.com
TWITTER:HealthyFLA
FACEBOOK:FLDepartmentofHealth
YOUTUBE: fldoh