

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

November 7, 2013

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7011 1570 0000 3005 6745

Patricia Hough, MD
2200 Ringling Blvd
Sarasota, FL 34237-6102

RE:   Termination of Medicaid Provider Agreement
      Provider Number(s) 0008613-00

Dear Medicaid Partner:

Section 8 of the Medicaid Provider Agreement states that either party may terminate the agreement upon thirty (30) days written notice.

Please be advised that the Agency has elected to exercise its termination rights under Section 8 of the Provider Agreement. You are hereby notified that your Medicaid Provider Agreement is terminated thirty (30) days from the date of this letter.

The Medicaid Provider Agreement is a voluntary contract between the Agency and a provider, and a provider is not entitled to enrollment in the Medicaid provider network. This determination does not affect your ability to conduct business pursuant to the provisions of your license, if applicable, and applies only to your participation as a Florida Medicaid provider.

Pursuant to Section 409.913, Florida Statutes, Medicaid will no longer pay for claims for reimbursement for goods or services that you furnish, supervise another practitioner who furnishes, or cause another provider to furnish, and will require repayment for any such goods or services which are reimbursed for dates of service after the effective date of termination. For practitioners who prescribe, authorize, or order goods or services that another provider furnishes, Medicaid will also no longer pay for goods or services that you prescribed, ordered, or authorized. This action applies to all currently active and future prescriptions, authorizations, or orders.

Please notify your Medicaid patients that subsequent to the termination of your Medicaid Provider Agreement, Medicaid will not pay for new prescriptions, prescription refills, or other supplies and services that are prescribed, authorized, or ordered by you.

This action also renders you ineligible to participate in Medicaid managed care.



Headquarters
2727 Mahan Drive, MS#22
Tallahassee, FL 32308
AHCA.MyFlorida.com

Medicaid Contract Management
2562 Executive Center Circle E
Montgomery Bldg., Suite 100
Tallahassee, FL 32301

Should you have any questions regarding the above action, you may contact the Fraud Prevention and Compliance Unit within the Office of the Medicaid Director at 850-412-4000.

Sincerely,

Gay L. Munyon, Chief
Medicaid Contract Management
Agency for Health Care Administration

GM/srm/nrk