**Patricia L. Hough, MD, Ph.D**
**7590 Manasota Key Road**
**Englewood, FL 34223**

October 29, 2013

William Heymann, MD
Medical Executive Director
Florida Department of Health | Sarasota County
2200 Ringling Boulevard
Sarasota, FL 34237

Dear Dr. Heymann:

I hereby, effective today, resign from my position as Senior Physician, OPS, with the Sarasota County Department of Health. This position has been one of the most challenging of my medical career but also the most rewarding. Coming from a background of inpatient psychiatry, I was rarely able to treat and follow the long term progress of patients. During the past four and one half years, this outpatient position, with the support of the social workers and Tri County Counseling, has allowed me to form long standing relationships with my patients.

The staff at the Northport and Venice clinics have been very professional but also unfailingly kind to the patients and to me. I hope in the future to be able to return to Department of Health.

Sincerely,

Patricia Hough, MD