UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT HOUGH'S MOTION FOR LEAVE
TO ALLOW USE OF ELECTRONIC EQUIPMENT IN COURTROOM**

COMES NOW, the Defendant, Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits her Motion for Leave to Allow Use of Electronic Equipment in Courtroom, and in support thereof states as follows:

1. Sentencing in the instant matter is currently scheduled to commence on Monday, April 21, 2014.

2. The government intends on relying upon voluminous documents at sentencing.

3. In an attempt to facilitate the presentation its arguments at sentencing, the defense plans to present documents and records admitted into evidence in electronic form by use of a laptop computer.

4. The Defendant seeks the Court's permission to allow attorney Daniel Saunders to bring his laptop computer to Court for the sentencing in this case.

5. This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests that this Court grant the foregoing Motion for Leave to Allow Use of Electronic Equipment in the Courtroom, allowing Attorney Daniel Saunders to bring his laptop computer into the courthouse and into the courtroom for the sentencing hearing on Monday, April 21, 2014; and for all such other and further relief as this Court deems just and proper under the circumstances.

Dated: April 17, 2014

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@udolflaw.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 17th day of April, 2014.

By: /s/ Bruce L. Udolf