UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION


UNITED STATES OF AMERICA

VS.                                        CASE NO: 2:13-cr-72-FtM-29CM


PATRICIA LYNN HOUGH
_____


                                **ORDER**

    This matter comes before the Court on defendant's Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #165) filed on April 17, 2014. Defendant seeks permission to bring a laptop computer into the building for use at sentencing.

    The Court will grant the request for attorney Daniel Saunders to bring one laptop computer into the building for use during sentencing.

    Accordingly, it is hereby

    **ORDERED:**

    Defendant's Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #165) is **GRANTED** as set forth above and as necessary for use during sentencing scheduled for **April 21, 2014, at 1:30 p.m.**, and for the duration of defendant's sentencing,

subject to screening by the Court Security Officers and/or U.S. Marshal's Office.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of April, 2014.

                                                _____
                                                JOHN E. STEELE
                                                UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)