UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

| **JUDGE:** | John E. Steele | **COUNSEL FOR GOVERNMENT** | CARYN FINLEY<br>MARGARET KESSLER |
|---|---|---|---|
| **DEPUTY CLERK:** | Brenda Alexander | **COUNSEL FOR DEFENDANT:** | NATHAN HOCHMAN<br>BRUCE L. UDOLF<br>DANIEL SAUNDERS |
| **COURT REPORTER** | Jeff Thomas | **PRETRIAL/PROBATION** | Janet Zuk |
| **DATE/TIME** | April 21, 2014<br>1:30 – 4:30 PM | **Interpreter** | |

**MINUTES ON SENTENCING**

**Sentencing hearing conducted, but not completed for the reasons stated on the record. This hearing is continued to 5/1/2014 at 9:00 a.m.**