```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                                CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH
_____

**ORDER**

This matter comes before the Court on defendant's Renewed Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #174) filed on April 23, 2014. Defendant seeks permission to bring a laptop computer into the building for use at the continuation of sentencing. The Court will grant the request for paralegal Neysa Nardi, or counsel for defendant, to bring in and use a laptop computer during sentencing scheduled for May 1, 2014, and for any additional days thereafter until the conclusion of sentencing.

Accordingly, it is hereby

**ORDERED:**

Defendant's Renewed Motion for Leave to Allow Use of Electronic Equipment in Courtroom (Doc. #174) is **GRANTED** as set forth above and as necessary for use at sentencing continued to May 1, 2014, and for the duration of sentencing thereafter, subject

to screening by the Court Security Officers and/or U.S. Marshal's Office.

**DONE and ORDERED** at Fort Myers, Florida, this ___24th___ day of April, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)
DCCD
Automation Specialist

- 2 -