IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-CM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S NOTICE RE: PORTIONS OF TRANSCRIPTS RELEVANT TO DEFENDANT'S PRESENTENCE REPORT ("PSR") OBJECTIONS AND GOVERNMENT'S SENTENCING EXHIBIT 13 AND RELATED MEMORANDUM OF INTERVIEW**

COMES NOW the United States, by and through counsel, and files this Notice re: Portions of Transcripts Relevant to Defendant's PSR Objections and Government's Sentencing Exhibit 13 and Related Memorandum of Interview.

During the sentencing hearing on April 21, 2014, the Court asked the government to provide transcript citations regarding Defendant Hough's objections to Paragraphs 35 and 38 of the PSR.

A. Paragraph 35

Attached hereto as Exhibit 1 is Defendant Hough's testimony from October 21, 2013 and October 22, 2013, regarding the purchase of Round Hill. Based on this testimony, the government submits that according to Defendant Hough, she was contemporaneously aware of the purchase of Round Hill in 1999 and that she assumed Round Hill was purchased by and titled in the name of the Foundation. *See* Exhibit 1, October 21, 2013 Transcript at pages 234, 236. She testified that Dr. Fredrick informed her in 1999 that Round Hill was purchased for the medical school for $250,000. *Id.* at page 236. Defendant Hough testified that in or about 2000, she learned that the property was registered in the name of Laura Walls, her step-daughter, and

1

she and Dr. Fredrick caused an entity, Round Hill Project Holding Company, to be created and hold the property.  *Id*. at pages 236-239.  Dr. Fredrick and Defendant Hough each owned 50% of Round Hill Project Holding Company.  *Id*. at 239 and April 22, 2013 Transcript at page 104.

The government suggests that based on the foregoing, the second sentence of Paragraph 35 should read: "On February 24, 1999 Laura Walls allegedly purchased 10 acres of land in The Bottom, Saba, locally known as Round Hill."

B. <u>Paragraph 38</u>

David Minchenberg testified as follows on October 11, 2013 (Exhibit 2):

Q:  "Were the schools profitable?"

A:  "Yes."

C. <u>Providence Equity Letter (Sentencing Exhibit 13) and Related Memorandum of Interview</u>

Attached hereto as Exhibit 3, is a complete copy of Sentencing Exhibit 13, including the signature pages and the related Memorandum of Interview of Peter Wilde of Providence Equity.

        LEE BENTLEY
        Acting United States Attorney

By:    /s/ Caryn D. Finley
       CARYN D. FINLEY
       MARGARET LEIGH KESSLER
       Trial Attorneys, Department of Justice, Tax Division
       New York Bar No. 3953882
       2110 First Street, Suite 3-137
       Fort Myers, Florida  33901
       Telephone:  (202) 514-5051
       Facsimile:  (202) 514-0961
       E-mail: caryn.finley@usdoj.gov
       Margaret.Leigh.Kessler@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

          /s/ Caryn D. Finley
          CARYN D. FINLEY
          Trial Attorney, Department of Justice,
          Tax Division
          New York Bar No. 3953882
          2110 First Street, Suite 3-137
          Fort Myers, Florida  33901
          Telephone:  (239) 461-2200
          Telephone:  (202) 514-5051
          Facsimile:  (239) 461-2219
          E-mail: caryn.finley@usdoj.gov

11367854.1