# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:13-CR-72-FtM-29UAM

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 Fort Myers, Florida
                                     October 11, 2013

PATRICIA LYNN HOUGH,                 9:00 a.m.

        Defendant.

TRANSCRIPT OF JURY TRIAL, DAY FOUR

HELD BEFORE THE HONORABLE JOHN E. STEELE
UNITED STATES DISTRICT COURT JUDGE

A P P E A R A N C E S

FOR THE UNITED STATES:     U.S. Department of Justice
                                Tax Division
                         P.O. Box 813
                         Washington, DC  20044
                         BY:  CARYN FINLEY, ESQ.

                         U.S. Department of Justice
                           Tax Division
                         Suite 7334
                         601 D Street NW
                         Washington, DC
                         BY:  MARGARET LEIGH KESSLER, ESQ.

(Appearances Continue on Following Page)

1   Q    And did MUA have large bank balances?
2   A    Relatively, yes.
3   Q    Less than they were to Saba, in comparison.
4   A    Correct.
5   Q    Were the medical schools profitable?
6   A    Yes.
7   Q    Did there come a time will when an audit was conducted
8   for Saba and MUA?
9   A    Yes.
10  Q    And do you remember when that was?
11  A    The first audit for Saba . . . started soon after my
12  hire, which would have been the beginning of the summer of
13  2004.
14  Q    Why did the books and records need to be audited?
15  A    Saba needed audited financial statements because certain
16  states needed Saba to have audited financial statements so that
17  Saba could have accreditation in those states, so that students
18  could . . . have rotations in those states.
19  Q    Do you know the name of the firm that conducted the
20  audit?
21  A    Yes.
22  Q    What was it?
23  A    Schneider & Associates.
24  Q    And did they conduct an audit for both Saba and MUA?
25  A    Yes.