IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-CM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

COMES NOW the United States, by and through counsel, and files this Motion to Continue Sentencing.

The government requests that, to the extent the Court intends to consider Defendant's Proposed Corrections to "Offense Conduct" Section of Presentence Report ("Proposed Corrections") (Dkt. #177) filed on April 25, 2014, the Court continue the May 1, 2014 sentencing hearing in order to provide the United States sufficient time under the local rules to respond to Defendant's Proposed Corrections.

Given prior filings and argument at the April 21, 2014 hearing, this most recent filing should not be considered. However, if the Court is inclined to consider Defendant's Proposed Corrections, the government requests that the May 1, 2014 sentencing hearing be postponed to provide the government sufficient time under the local rules to adequately respond. *See* Local Rule 3.01(b).

                                                  LEE BENTLEY
                                                  Acting United States Attorney

By:  /s/ Caryn D. Finley
       CARYN D. FINLEY
       MARGARET LEIGH KESSLER
       Trial Attorneys, Department of Justice, Tax Division

New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (202) 514-0961
E-mail: caryn.finley@usdoj.gov
Margaret.Leigh.Kessler@usdoj.gov

11384373.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

      /s/ Caryn D. Finley
      CARYN D. FINLEY
      Trial Attorney, Department of Justice,
      Tax Division
      New York Bar No. 3953882
      2110 First Street, Suite 3-137
      Fort Myers, Florida  33901
      Telephone:  (239) 461-2200
      Telephone:  (202) 514-5051
      Facsimile:  (239) 461-2219
      E-mail: caryn.finley@usdoj.gov

11384373.1