UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.

_____/

### DEFENDANT PATRICIA LYNN HOUGH'S
### OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE SENTENCING

    COMES NOW, Defendant Patricia Lynn Hough, by and through her counsel of record, and opposes the Government's Motion to Continue Sentencing [DE 178].  The government's motion cites its need for sufficient time to respond to Dr. Hough's Proposed Corrections to the "Offense Conduct" Section of the Presentence Report.  Had the government taken time to review those proposed corrections (which were filed 50 minutes before the government's Motion to Continue), it would have seen that they simply restate and incorporate the objections presented to the Probation Officer on February 20, 2014, those presented in Dr. Hough's Objections to Presentence Report and Response to Government's Sentencing Memorandum filed on April 16, 2014 (DE 163), and those argued in court on April 21, 2014.  The sole purpose of Dr. Hough's most recent filing was to present those prior objections in a convenient, user-friendly format that allows the Court to make an objection-by-objection ruling in compliance with Federal Rule of Criminal Procedure 32(i)(3)(B).

    The government has had ample time to respond to Dr. Hough's objections in writing and in open court, and there is no need for a continuance of the sentencing hearing.  If the government does not have evidence to support its allegations after five years of investigation, an additional couple of weeks will not make any difference.

Dated: April 25, 2014

Respectfully submitted,

| | |
|---|---|
| **BRUCE L. UDOLF, P.A.** | **BINGHAM MCCUTCHEN, LLP** |
| Counsel for Defendant Hough | Counsel for Defendant Hough |
| Broward Financial Centre | Suite 2050 North, 1601 Cloverfield Blvd. |
| 500 East Broward Blvd., Suite 1400 | Santa Monica, California 90404 |
| Fort Lauderdale, Florida 33394 | Tel: (310) 907-1000/ Fax (310) 907-2000 |
| Tel: (866) 951-9058/ Fax (954) 525-2134 | |
| | By: /s/ Nathan J. Hochman |
| By: /s/ Bruce L. Udolf | California Bar No. 139137 |
| Fla. Bar No. 0899933 | nathan.hochman@bingham.com |
| budolf@udolflaw.com | By: /s/ Daniel A. Saunders |
| | California Bar No. 161051 |
| | Daniel.saunders@bingham.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 25th day of April, 2014.

By: /s/ Bruce L. Udolf