UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

_____

### ORDER

This matter comes before the Court on the Government's Motion To Continue Sentencing (Doc. #178) filed on April 25, 2014.

Accordingly, it is hereby

**ORDERED:**

The Government's Motion To Continue Sentencing (Doc. #178) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this 28th day of April, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record