

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000225431 | **Location:** | Conference Call Miami, FL |
| **Investigation Name:** | Fredrick | | |
| **Date:** | September 10, 2013 | | |
| **Time:** | Approximately 4:00p.m. | | |
| **Participant(s):** | Kathryn Yates (formerly Warr), Witness<br>Caryn Finley, DOJ Tax Attorney<br>Margaret Leigh Kessler, DOJ Tax Attorney<br>F. Cameron Lalli, Special Agent | | |

On the above date and time, a conference call was held with Kathryn Yates to discuss her involvement with the SABA School of Medicine. The following information was discussed:

1. Ms. Finley stated that the purpose of this call was to discuss her activities with the SABA School of Medicine and to review certain Board Minutes that show her being present. She was told Dr. Fredrick and Dr. Hough are under indictment for conspiracy and tax charges and will be going to trial on October 8, 2013 in Fort Myers, FL.

2. Ms. Yates met Dr. Fredrick and Dr. Hough 25 years ago as they were next door neighbors in Augusta, GA. They had a social relationship. Ms. Yates at the time was in public accounting and now she is in private accounting. Dr. Fredrick was teaching at Augusta State University and she believes Dr. Hough was a resident. They could not set up an office for their schools in Georgia so they moved and ended up in Massachusetts. Ms. Yates was asked to be on the board of directors by Dr. Fredrick and Dr. Hough. She visited them a few times in Massachusetts. Ms. Yates was concerned about Director and Officer insurance and Dr. Fredrick would not buy this. She was first a board member for SABA then served as a board member for MUA. She would sit and talk about the accreditation aspects for the schools and look at the financial statements. The Board did not have to approve expenditures. Dr. Fredrick was in charge as he told what was going to happen. Ms. Yates thought they (Dr. Fredrick and Dr. Hough) started and owned SABA. This was a non-profit organization established in the Netherlands West Antilles. Dr. Fredrick and Dr. Hough were the ones directing. She thought MUA was a non-profit. She did not draft any board minutes.

3. Ms. Yates does not remember if the schools were investing in China or if they

were to spend $5 million in China. She does not remember when she became a board member. Dr. Hough told her they had sold the school. She does not remember personal loans being requested by Dr. Fredrick or Dr. Hough. There was no request for an airplane. She did fly in Dr. Fredrick's plane and she does not know if the plane was for business. She knows he was a pilot. There was no discussion of going from non-profit to for profit on the school. She does remember a discussion on changing the structure. The board would meet annually in Gardner, MA or on SABA (inspection and accreditation). Most came in person for the board meetings. Dr. Hough attended and seemed active. Dr. Fredrick was more active and more vocal. They ran the business. Dr. Hough seemed to want to get the best accountants and lawyers, Dr. Fredrick not so much.

4. There was a bank account on SABA. There were no bank accounts in Switzerland. The school was the Foundation. SABA and MUA were the schools. The purpose of the Foundation was education (medical schools). There were no affiliated entities. She has not heard of New Vanguard, TopFast, Medical Technology Associates (MTA), Ample Dynamics, Round Hill Project Holdings, Hillside properties, Beda Singenberger, Florencio Montenegro, or Dr. Bautista. She assumes the government owned the land but she doesn't know. Paul Dalbec lived in Augusta and was a general practitioner. William DiGiacomo was a board member (maybe) and she does not know if he went to the board meetings. John Nekic worked at the Gardner office (maybe), an employee. She is not sure who David Minchenberg is. She does not remember receiving a memo in 2005 regarding tax fraud. There was no discussion with Dr. Hough about personal taxes. She knows the house in Asheville, NC was a vacation home. She knew who Laura Whitley was and Laura was not on the Board of the schools.

5. Ms. Yates was told she would be receiving a trial subpoena for her testimony for the trial beginning October 8, 2013 in Fort Myers, FL. This concluded our conversation.

I prepared this memorandum on September 20, 2013, after refreshing my memory from notes made during and immediately after the conversation with Kathryn Yates.

F. Cameron Lalli
Special Agent