UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY MARGARET KESSLER |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | NATHAN HOCHMAN BRUCE L. UDOLF DANIEL SAUNDERS |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | Janet Zuk |
| DATE/TIME | May 1, 2014 9:00 –5:00 PM | Interpreter | |

## MINUTES ON SENTENCING
## DAY TWO

| | |
|---|---|
| 9:00 | Recess taken to allow parties to read the Notice Regarding Court's Sentencing Determinations (Doc. #185) |
| 10:15 | Sheila Maurer (called by the government) |
| 12:30 | Luncheon recess |
| 1:30 | Sheila Maurer (resumed) |
| 3:10 | Luis O. Rivera (called by the defendant) |
| 5:00 | Proceedings adjourned to May 2, 2014 at 9:00 a.m. |