UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                      CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

| **JUDGE:** | John E. Steele | **COUNSEL FOR GOVERNMENT** | CARYN FINLEY<br>MARGARET KESSLER |
|---|---|---|---|
| **DEPUTY CLERK:** | Brenda Alexander | **COUNSEL FOR DEFENDANT:** | NATHAN HOCHMAN<br>BRUCE L. UDOLF<br>DANIEL SAUNDERS |
| **COURT REPORTER** | Jeff Thomas | **PRETRIAL/PROBATION** | Janet Zuk |
| **DATE/TIME** | May 2, 2014<br>9:00 –5:00 PM | **Interpreter** | |

**MINUTES ON SENTENCING**
**DAY THREE**

9:00   The Court heard argument from counsel on sentencing issues.

10:25  Recess
2:00   The Court and counsel discuss scheduling issues.
2:20   Proceedings adjourned to May 9, 2014 at 9:00 a.m.