UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 2:13-cr-72-FtM-29CM

**PATRICIA LYNN HOUGH**

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | CARYN FINLEY |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | BRUCE L. UDOLF |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | Erin Kandik |
| DATE/TIME | May 9, 2014 9:00 – 11:50 AM | Interpreter | |

**MINUTES ON SENTENCING**

**SENTENCE IMPOSED** as to Counts One, Six, Eight, and Nine of the Indictment.

The defendant has been acquitted on Count Seven.

**IMPRISONMENT**:
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months as to each count, to be served concurrently.

>The Court makes the following recommendations as to incarceration.
>Incarceration in a facility close to home (Sarasota, FL).
>
>The Court does not oppose placement in a camp facility.
>
>The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons; if not yet designated, then she shall report on or before 12:00 P.M. (noon) on July 18, 2014 to the United States Marshal.

**SUPERVISED RELEASE:**
Upon release from imprisonment, the defendant shall be on supervised release for a term of
3 Years as to Count One, 1 year as to Counts Six, Eight & Nine, to run concurrently.
>*Special conditions of supervised release:*
>
>Mandatory drug testing requirements are waived.
>The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.
>Defendant shall cooperate in the collection of DNA.
>Defendant shall comply with IRS, as directed.

**SPECIAL ASSESSMENT** of $400.00 is due immediately.
**FINE** waived;
**COURT COSTS:** $42,732.27
**RESTITUTION TOTAL AMOUNT** $15,518.382.00, payable to INTERNAL REVENUE SERVICE

Defendant advised of right to appeal.