UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH
_____

### ORDER

The above-named defendant was sentenced before the undersigned on May 9, 2014. The defendant may remain on bond with all previously imposed terms and conditions, with the following modifications:

1. Travel is restricted to the Middle District of Florida. All travel outside this area for attorney visits must be approved in advance by Pretrial Services.

2. Participate in the G.P.S. monitoring component of the home confinement program and abide by all the requirements of the program. The defendant shall pay all or part of the cost of the program based upon her ability to pay as determined by Pretrial Services.

**DONE and ORDERED** at Fort Myers, Florida, this ___9th___ day of May, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Pretrial Services
U.S. Probation
Counsel of Record