UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAVID LEON FREDRICK  and
PATRICIA LYNN HOUGH,

     Defendants.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Patricia Lynn Hough, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the final judgment entered in this action on May 12, 2014 [DE 195].

Dated:  May 13, 2014

Respectfully submitted,

**BRUCE L. UDOLF, P.A.**
Counsel for Defendant Hough
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134

By: /s/ Bruce L. Udolf
   Fla. Bar No. 0899933
   budolf@udolflaw.com

**BINGHAM MCCUTCHEN, LLP**
Counsel for Defendant Hough
Suite 2050 North, 1601 Cloverfield Blvd
Santa Monica, California 90404
Tel: (310) 907-1000/ Fax (310) 907-2000

By: /s/ Nathan J. Hochman
   California Bar No. 139137
   nathan.hochman@bingham.com

By: /s/ Daniel A. Saunders
   California Bar No. 161051
   daniel.saunders@bingham.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 13th day of May, 2014.

By: /s/ Bruce L. Udolf

*Bruce L. Udolf, PA*
*Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394*
*(866) 951-9058/ budolf@udolflaw.com*