# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

United States Courthouse
2110 First Street, Room 2-194
Fort Myers, Florida 33901

Sheryl L. Loesch
Clerk

Drew Heathcoat
Fort Myers Deputy-In-Charge

**DATE:** May 15, 2014

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

VS.                                 CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH [2]

**U.S.C.A. Case No.:**

- Honorable John E. Steele, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing in forma pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- Court Reporter:  R. Joy Stancel,  Official Court Reporter

- Court Reporter:  Jeffrey G. Thomas,  Official Court Reporter

SHERYL L. LOESCH, CLERK

By:     s/Sheri Pastula, Deputy Clerk

Case 2:13-cr-00072-JES-CM   Document 198   Filed 05/13/14   Page 1 of 1 PageID 5541

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID LEON FREDRICK  and
PATRICIA LYNN HOUGH,

      Defendants.

_____/

### NOTICE OF APPEAL

      NOTICE IS HEREBY GIVEN that Patricia Lynn Hough, Defendant in the above named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the final judgment

entered in this action on May 12, 2014 [DE 195].

Dated:  May 13, 2014

Respectfully submitted,

**BRUCE L. UDOLF, P.A.**
Counsel for Defendant Hough
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (866) 951-9058/ Fax (954) 525-2134

By: /s/ Bruce L. Udolf
    Fla. Bar No. 0899933
    budolf@udolflaw.com

**BINGHAM MCCUTCHEN, LLP**
Counsel for Defendant Hough
Suite 2050 North, 1601 Cloverfield Blvd
Santa Monica, California 90404
Tel: (310) 907-1000/ Fax (310) 907-2000

By: /s/ Nathan J. Hochman
    California Bar No. 139137
    nathan.hochman@bingham.com

By: /s/ Daniel A. Saunders
    California Bar No. 161051
    daniel.saunders@bingham.com

### CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically
using the Court's CM/ECF system, on this 13th day of May, 2014.

                      By: /s/ Bruce L. Udolf

APPEAL, BOND, SL DOC

# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CRIMINAL DOCKET FOR CASE #: 2:13-cr-00072-JES-CM-2
#### Internal Use Only

Case title: USA v. Fredrick et al

Date Filed: 05/15/2013
Date Terminated: 05/13/2014

Assigned to: Judge John E. Steele
Referred to: Magistrate Judge Carol
Mirando

### Defendant (2)

**Patricia Lynn Hough**
*TERMINATED: 05/13/2014*

represented by **Bruce L. Udolf**
Bruce L. Udolf, PA
Suite 1400
500 E Broward Blvd
Ft Lauderdale, FL 33394
954/858-8831
Fax: 954/523-2872
Email: Budolf@udolflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Brianna L. Abrams**
Bingham McCutchen, LLP
Suite 2050 N
1601 Cloverfield Blvd
Santa Monica, CA 90404-4082
310/907-1000
Fax: 310/907-2000
Email: brianna.abrams@bingham.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Charles Edward Falk**
Law Office of Charles Edward Falk
25 Devonshire Lane
Mendham, NJ 07945
973/543-1240

Electronic Case Filing | U.S. District Court - Middle District of Florida https://ecf.flmd.circ11.dcn/cgi-bin/DktRpt.pl?505078905422...

Case 2:13-cr-00072-SPC-NPM Document 199 Filed 05/15/14 Page 4 of 30 PageID 3343 2:13-cr-00072-SPC-NPM   2 of 23   DktRpt PL-264-L_1_0-1

Fax: 973-543-1242
Email: cefalk25@cfalk.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Daniel Saunders**
Bingham McCutchen, LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
310/907-1000
Fax: 310/907-2000
Email: daniel.saunders@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nathan J. Hochman**
Bingham McCutchen, LLP
Suite 2050 N
1601 Cloverfield Blvd
Santa Monica, CA 90404-4082
310/907-1000
Fax: 310/907-2000
Email: nathan.hochman@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | Imprisonment: 24 Months as to each count, to be served concurrently; Supervised Release: 36 Months as to Count One, 12 Months as to Counts Six, Eight & Nine, to run concurrently; Special Assessment: $400.00; Court Costs: $42,732.27; Restitution: $15,518,382.00 |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |
| 26:7206B.F FRAUD AND FALSE STATEMENTS (6) | Imprisonment: 24 Months as to each count, to be served concurrently; Supervised Release: 36 Months as to Count One, 12 Months as to Counts Six, Eight & Nine, to run concurrently; Special Assessment: $400.00; Court |

Costs: $42,732.27; Restitution: $15,518,382.00

Imprisonment: 24 Months as to each count, to be served concurrently; Supervised Release: 36 Months as to Count One, 12 Months as to Counts Six, Eight & Nine, to run concurrently; Special Assessment: $400.00; Court Costs: $42,732.27; Restitution: $15,518,382.00

26:7206B.F FRAUD AND FALSE STATEMENTS
(8-9)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:7206B.F FRAUD AND FALSE STATEMENTS (7) | Acquitted by the Court |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA

represented by **Caryn Finley**
US Department of Justice - Tax Division
PO Box 813
Washington, DC 20044
Email: Caryn.Finley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Mellen**
Department of Justice
Tax Division
2110 First Street
Suite 3-137
Fort Myers, FL 33901
(202) 305-4075

Email: Erin.S.Mellen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jesus M. Casas**
US Attorney's Office - FLM
Room 3-137
2110 First Street
Ft Myers, FL 33901
239/461-2200
Email: Jesus.M.Casas@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kimberly M. Shartar**
Department of Justice
Tax Division
2110 First Street
Suite 3-137
Fort Myers, FL 33901
(202) 353-2121
Email: Kimberly.M.Shartar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Margaret Leigh Kessler**
US Department of Justice - Tax Division
Suite 7334
601 D St NW
Washington, DC 20008
Email: margaret.leigh.kessler@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nicole Hughes Waid**
US Attorney's Office - FLM
Room 3-137
2110 First Street
Ft Myers, FL 33901
239-461-2200
Fax: 239-461-2219
Email: nicole.waid@usdoj.gov
*TERMINATED: 03/14/2014*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|

| 05/15/2013 | 1 | INDICTMENT returned in open court as to David Leon Fredrick (1) count(s) 1, 2-5, Patricia Lynn Hough (2) count(s) 1, 6-9. (drn) (Entered: 05/16/2013) |
|---|---|---|
| 05/20/2013 | 2 | NOTICE OF ATTORNEY APPEARANCE Nicole Hughes Waid appearing for USA. (Waid, Nicole) (Entered: 05/20/2013) |
| 05/28/2013 | 3 | Case as to David Leon Fredrick and Patricia Lynn Hough reassigned to Judge John E. Steele pursuant to 2:13-mc-18-FtM-29 and the Unassigned Magistrate pursuant to 2:13-mc-20-FtM-29. New case number: 2:13-cr-72-FtM-29UAM. Judge Sheri Polster Chappell no longer assigned to the case. (kma) (Entered: 05/28/2013) |
| 05/30/2013 | 4 | NOTICE OF ATTORNEY APPEARANCE: Nathan J. Hochman appearing for Patricia Lynn Hough. (drn) (Entered: 05/30/2013) |
| 05/30/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE: Brianna L. Abrams appearing for Patricia Lynn Hough. (drn) (Entered: 05/30/2013) |
| 05/30/2013 | 6 | NOTICE OF ATTORNEY APPEARANCE: Charles Edward Falk appearing for Patricia Lynn Hough. (drn) (Entered: 05/30/2013) |
| 05/30/2013 | 7 | NOTICE OF ATTORNEY APPEARANCE: Daniel Saunders appearing for Patricia Lynn Hough. (drn) (Entered: 05/30/2013) |
| 05/31/2013 | 8 | NOTICE OF ATTORNEY APPEARANCE: Bruce L. Udolf appearing for Patricia Lynn Hough (Udolf, Bruce) (Entered: 05/31/2013) |
| 05/31/2013 | 9 | MOTION for Nathan J. Hochman, Esq., Daniel A. Saunders, Esq., and Brianna Abrams, Esq. to appear pro hac vice by Patricia Lynn Hough. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Udolf, Bruce) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 05/31/2013) |
| 06/03/2013 | 10 | NOTICE OF HEARING as to David Leon Fredrick, Patricia Lynn Hough. Arraignment set for 6/13/2013 at 01:45 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Douglas N. Frazier., Detention Hearing set for 6/13/2013 at 01:45 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Douglas N. Frazier., Initial Appearance set for 6/13/2013 at 01:45 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Douglas N. Frazier. (LAF) (Entered: 06/03/2013) |
| 06/04/2013 | 13 | ORDER granting 9 the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Nathan J. Hochman, Esq., Daniel Sanders, Esq., and Brianna Abrams, Esq., of the law firm Bingham McCutchen, LLP, Sutie 2050 North, 1601 Cloverfield Blvd., Santa Monica, California 90404, shall be admitted pro hac vice on behalf of the Defendant, Patricia Lynn Hough. See Order for further details. Signed by Judge Sheri Polster Chappell on 6/4/2013. (LMF) (Entered: 06/04/2013) |

Case 2:13-cr-00072-SPC-NPM Document 199 Filed 05/15/14 Page 8 of 30 PageID 3743

| 06/07/2013 | 14 | MOTION to determine conflict of interest by USA as to David Leon Fredrick, Patricia Lynn Hough. (Finley, Caryn) Motions referred to Magistrate Judge Unassigned Magistrate. Modified on 6/7/2013 to edit docket text (drn). (Entered: 06/07/2013) |
|---|---|---|
| 06/07/2013 | 15 | MOTION for Charles Edward Falk, Esq. to appear pro hac vice by Patricia Lynn Hough. (Attachments: # 1 Exhibit)(Udolf, Bruce) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 06/07/2013) |
| 06/07/2013 | 16 | AMENDED ORDER as to David Leon Fredrick, Patricia Lynn Hough re 9 MOTION for Nathan J. Hochman, Esq., Daniel A. Saunders, Esq., and Brianna Abrams, Esq. to appear pro hac vice filed by Patricia Lynn Hough. This Order is amended only to reflect the correct spelling of Counsel Daniel Saunders. Signed by Judge Sheri Polster Chappell on 6/7/2013. (LMF) (Entered: 06/07/2013) |
| 06/08/2013 | 17 | NOTICE OF HEARING ON MOTION in case as to David Leon Fredrick, Patricia Lynn Hough 14 MOTION for Hearing pursuant to United States v. Garcia : Motion Hearing set for 6/13/2013 at 01:45 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Douglas N. Frazier. (BJH) (Entered: 06/08/2013) |
| 06/11/2013 | 18 | ORDER granting 15 Movant Bruce Udolf's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Attorney Charles Edward Falk may appear pro hac vice for Defendant Hough. Unless already completed, within 14 days from the date of this Order, attorney Charles Edward Falk shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee. The Clerk is directed to add attorney Charles Edward Falk to the service list. Within 14 days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially. Signed by Magistrate Judge Douglas N. Frazier on 6/11/2013. (CAS) (Entered: 06/11/2013) |
| 06/12/2013 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Nathan Hochman, Daniel Saunders, Brianna Abrams, Charles Fallk appearing on behalf of Patricia Lynn Hough (Filing fee $40.00 receipt number FTM4652, 4668.) Related document: 15 MOTION for Charles Edward Falk, Esq. to appear pro hac vice, 9 MOTION for Nathan J. Hochman, Esq., Daniel A. Saunders, Esq., and Brianna Abrams, Esq. to appear pro hac vice (BJH) (Entered: 06/12/2013) |
| 06/12/2013 | 19 | RESPONSE 14 MOTION for Hearing *pursuant to United States v. Garcia* by Patricia Lynn Hough (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C")(Udolf, Bruce) (Entered: 06/12/2013) |

| 06/13/2013 | 20 | Minute Entry for proceedings held before Magistrate Judge Douglas N. Frazier: Initial Appearance as to Patricia Lynn Hough held on 06/13/2013, Bond Hearing as to Patricia Lynn Hough held on 6/13/2013, ARRAIGNMENT as to Patricia Lynn Hough (2) Count 1, 6-9 held on 6/13/2013 Defendant(s) pled not guilty. Defendant is released on a $250,000 unsecured bond. Court finds the motion for Garcia Hearing to be moot. Court Reporter: R. Joy Stancel (BJH) (Entered: 06/13/2013) |
|---|---|---|
| 06/13/2013 | 21 | ORAL ORDER finding as moot 14 Motion for Hearing as to David Leon Fredrick (1), Patricia Lynn Hough (2). Signed by Magistrate Judge Douglas N. Frazier on 6/13/2013. (BJH) (Entered: 06/13/2013) |
| 06/13/2013 | 22 | SCHEDULING ORDER as to Patricia Lynn Hough Status Conference set for 7/8/2013 at 11:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele, Jury Trial set for trial term 8/5/2013 in Ft. Myers Courtroom 6 A before Judge John E. Steele. Signed by Magistrate Judge Douglas N. Frazier on 6/13/2013. (BJH) (Entered: 06/13/2013) |
| 06/13/2013 | 23 | Unsecured Bond and ORDER SETTING CONDITIONS OF RELEASE Entered as to Patricia Lynn Hough in amount of $ $250,000, Signed by Magistrate Judge Douglas N. Frazier (BJH) (Entered: 06/13/2013) |
| 06/13/2013 | 26 | Receipt for surrender of passport as to Patricia Lynn Hough. Passport Number 488719160 issued by USA. (drn) (Entered: 06/13/2013) |
| 06/21/2013 | 29 | MOTION to Dismiss *Count One of the Indictment and Incorporated Memorandum of Law* by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 06/21/2013) |
| 06/21/2013 | 30 | NOTICE OF ATTORNEY APPEARANCE. Margaret Leigh Kessler appearing for USA. (drn) (Entered: 06/21/2013) |
| 06/21/2013 | 31 | NOTICE of compliance by USA as to David Leon Fredrick, Patricia Lynn Hough with (Attachments: # 1 Exhibit)(Finley, Caryn) (Entered: 06/21/2013) |
| 06/21/2013 | 32 | NOTICE *Summary/Expert Witness and Intent to Use Summaries of Voluminous Evidence* by USA as to David Leon Fredrick, Patricia Lynn Hough (Finley, Caryn) (Entered: 06/21/2013) |
| 06/26/2013 | 35 | MOTION to Disqualify Counsel by USA as to David Leon Fredrick, Patricia Lynn Hough. (Finley, Caryn) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 06/26/2013) |
| 06/28/2013 | 36 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 7/8/2013 is rescheduled (due to court scheduling conflict) as to Patricia Lynn Hough. New hearing date and time: Status Conference reset for 7/15/2013 at 11:30 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele (BMA) (Entered: 06/28/2013) |

| 07/05/2013 | 37 | RESPONSE in Opposition by USA as to David Leon Fredrick, Patricia Lynn Hough re 29 MOTION to Dismiss *Count One of the Indictment and Incorporated Memorandum of Law* (Attachments: # 1 Exhibit A)(Finley, Caryn) (Entered: 07/05/2013) |
|---|---|---|
| 07/08/2013 | 38 | RESPONSE in Opposition by Patricia Lynn Hough re 35 MOTION to Disqualify Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Udolf, Bruce) (Entered: 07/08/2013) |
| 07/10/2013 | 39 | REPLY TO RESPONSE to Motion by USA as to David Leon Fredrick, Patricia Lynn Hough re 35 MOTION to Disqualify Counsel (Finley, Caryn) (Entered: 07/10/2013) |
| 07/11/2013 | 40 | MOTION for Leave to File *Reply Brief* by USA as to David Leon Fredrick, Patricia Lynn Hough. (Finley, Caryn) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 07/11/2013) |
| 07/15/2013 | 41 | ENDORSED ORDER granting 40 Government's Motion for Leave to File Reply Brief. The Court will accept the Government's Reply 39 as filed. Signed by Magistrate Judge Douglas N. Frazier on 7/15/2013. (CAS) (Entered: 07/15/2013) |
| 07/15/2013 | 43 | Minute Entry for proceedings held before Judge John E. Steele: STATUS Conference as to Patricia Lynn Hough held on 7/15/2013. Caryn Finley & Margaret Kessler on behalf of the government; Nathan Hochman for the defendant. For the reasons stated on the record, this case is continued to the September 2013 term. Written order to follow. Counsel request a date certain for trial. The government is protected from 9/28 - 10/4/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 07/17/2013) |
| 07/15/2013 | 44 | ORAL MOTION to continue trial by Patricia Lynn Hough. (BMA) (Entered: 07/17/2013) |
| 07/16/2013 | 42 | OPINION AND ORDER denying 29 Motion to Dismiss as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 7/16/2013. (RKR) (Entered: 07/16/2013) |
| 07/18/2013 | 45 | NOTICE OF HEARING as to Patricia Lynn Hough re: 35 MOTION to Disqualify Counsel. GARCIA HEARING set for 8/6/2013 at 10:30 AM in Ft. Myers Courtroom 5 C before Magistrate Judge Douglas N. Frazier. (LAF) (Entered: 07/18/2013) |
| 07/22/2013 | 46 | ORDER granting 44 Motion to continue trial as to Patricia Lynn Hough (2) Jury Trial set for trial term commencing 9/3/2013 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. Status Conference set for 8/12/2013 at 11:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. Signed by Judge John E. Steele on 7/18/2013. (BMA) (Entered: 07/22/2013) |

| 07/31/2013 | 47 | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to Patricia Lynn Hough. GARCIA Hearing ON MOTION TO DISQUALIFY COUNSEL set for 8/6/2013 at10:30 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BJH) (Entered: 07/31/2013) |
| --- | --- | --- |
| 08/06/2013 | 48 | Minute Entry for proceedings held before Judge John E. Steele: Garcia hearing held on 8/6/2013 as to Patricia Lynn Hough. Caryn Finley & Margaret Kessler present on behalf of the government; Nathan Hoffman & Bruce Udolf for the defendant. The Court heard argument from counsel and testimony from the defendant. Written order to follow. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 08/06/2013) |
| 08/06/2013 | 49 | Minute Entry for proceedings held before Judge John E. Steele: STATUS Conference as to Patricia Lynn Hough held on 8/6/2013. Caryn Finley & Margaret Kessler present on behalf of the government; Nathan Hoffman & Bruce Udolf for the defendant. At the request of counsel, the status conference was held on this date. For the reasons stated on the record, this case is continued to the October 2013 trial term. Counsel requested a date certain of 10/8/2013 for jury trial. Estimated length of trial is 6 - 9 days. Written order to follow. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 08/07/2013) |
| 08/07/2013 | 50 | JOINT ORAL MOTION to continue trial as to Patricia Lynn Hough. (BMA) (Entered: 08/07/2013) |
| 08/07/2013 | 51 | ORDER granting 50 Motion to continue trial as to Patricia Lynn Hough (2) Jury Trial set for 10/8/2013 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele.. Signed by Judge John E. Steele on 8/7/2013. (BMA) (Entered: 08/07/2013) |
| 08/28/2013 | 52 | OPINION AND ORDER denying 35 Motion to Disqualify Counsel as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 8/28/2013. (RKR) (Entered: 08/28/2013) |
| 09/04/2013 | 56 | MOTION for miscellaneous relief, specifically for Determination of Privilege by USA as to David Leon Fredrick, Patricia Lynn Hough. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Filed on public docket pursuant to 57 Order)(RKR) (Entered: 09/23/2013) |
| 09/18/2013 | 53 | MOTION to allow electronic equipment, specifically Laptop Computers by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 09/18/2013) |
| 09/19/2013 | 54 | ORDER granting 53 motion to allow electronic equipment as to Patricia Lynn Hough (2) and the individuals listed may each bring in 1 laptop and 1 cellular telephone into the building and courtroom during during trial subject to security screening. Any preliminary visit must be arranged with the courtroom deputy and/or automation specialist. Signed by Judge John E. Steele on 9/19/2013. (RKR) (Entered: 09/19/2013) |

| 09/19/2013 | 55 | TRIAL CALENDAR for trial term October 2013 as to Patricia Lynn Hough Jury Trial set for 10/8/2013 at 09:00 AM (DATE CERTAIN) in Ft. Myers Courtroom 6 A before Judge John E. Steele. Signed by Judge John E. Steele on 9/18/2013. (BMA) (Entered: 09/19/2013) |
|---|---|---|
| 09/23/2013 | 57 | ORDER finding no basis to file Motion under seal; granting 56 Motion for Determination of Privilege as to David Leon Fredrick (1), Patricia Lynn Hough (2) and counsel may produce the memoranda to the prosecuting attorneys for the United States. Signed by Judge John E. Steele on 9/23/2013. (RKR) (Entered: 09/23/2013) |
| 09/24/2013 | 58 | TRANSCRIPT of Government's Motion to Disqualify Counsel as to Patricia Lynn Hough held on 08/06/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 10/15/2013, Redacted Transcript Deadline set for 10/25/2013, Release of Transcript Restriction set for 12/23/2013. (JGT) (Entered: 09/24/2013) |
| 09/24/2013 | 59 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to David Leon Fredrick, Patricia Lynn Hough. Court Reporter: Jeffrey G. Thomas (JGT) (Entered: 09/24/2013) |
| 09/25/2013 | 60 | MOTION to allow electronic equipment, specifically Computer by USA as to David Leon Fredrick, Patricia Lynn Hough. (Finley, Caryn) (Entered: 09/25/2013) |
| 09/25/2013 | 65 | MOTION for miscellaneous relief, specifically for Determination of Privilege by USA as to David Leon Fredrick, Patricia Lynn Hough. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Filed on public docket pursuant to 66 Order)(RKR). (Entered: 09/30/2013) |
| 09/26/2013 | 61 | SECOND NOTICE of discovery response by USA as to David Leon Fredrick, Patricia Lynn Hough with (Finley, Caryn) Modified on 9/27/2013 to edit docket text (drn). (Entered: 09/26/2013) |
| 09/27/2013 | 62 | ORDER granting 60 motion to allow electronic equipment as to Patricia Lynn Hough (2); terminating as to David Leon Fredrick (1). The individuals listed may each bring in 1 laptop and 1 cellular telephone into the building and courtroom during during trial subject to security |

| | | |
|---|---|---|
| | | screening. Any preliminary visit must be arranged with the courtroom deputy and/or automation specialist. Signed by Judge John E. Steele on 9/27/2013. (RKR) (Entered: 09/27/2013) |
| 09/27/2013 | 63 | First MOTION in Limine *to Preclude Introduction of UBS Bank Contact Notes and Incorporated Memorandum of Law* by Patricia Lynn Hough. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Udolf, Bruce) (Entered: 09/27/2013) |
| 09/27/2013 | 64 | Second MOTION in Limine *to Preclude Introduction or Mention of Co-Conspirator Statements Before All Requirements for Admissibility Have Been Met and Incorporated Memorandum of Law* by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 09/27/2013) |
| 09/30/2013 | 66 | ORDER directing the Clerk to file the Motion for Determination of Privilege on the public docket as of September 25, 2013; granting 65 Motion for Determination of Privilege as to David Leon Fredrick (1), Patricia Lynn Hough (2) and the attached documents may be produced to the prosecuting attorneys. Signed by Judge John E. Steele on 9/30/2013. (RKR) (Entered: 09/30/2013) |
| 09/30/2013 | 67 | Joint MOTION to Amend/Correct 54 Order on motion to allow electronic equipment, 62 Order on motion to allow electronic equipment by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 09/30/2013) |
| 10/01/2013 | 68 | ORDER granting 67 Modified Motion for leave to use electronic equipment as to Patricia Lynn Hough (2) and the previous 54 62 Orders are modified to include permission for additional personnel. See Order for details. Signed by Judge John E. Steele on 10/1/2013. (RKR) (Entered: 10/01/2013) |
| 10/01/2013 | 69 | MOTION for clarification of re 68 Order on Motion to Amend/Correct by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 10/01/2013) |
| 10/01/2013 | 70 | ORDER granting 69 motion for clarification as to Patricia Lynn Hough (2) and the 68 Order is amended to correct the reference to defendant's "Attorneys Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer" with "Defendant's non-attorney team members Sanford H. Marks, Dana Hirns, and Andrea Arnsdorfer". Signed by Judge John E. Steele on 10/1/2013. (RKR) (Entered: 10/01/2013) |
| 10/02/2013 | 71 | SUPPLEMENT re 63 First MOTION in Limine *to Preclude Introduction of UBS Bank Contact Notes and Incorporated Memorandum of Law* (Attachments: # 1 Exhibit A)(Udolf, Bruce) (Entered: 10/02/2013) |
| 10/03/2013 | 72 | RESPONSE in Opposition by USA as to David Leon Fredrick, Patricia Lynn Hough re 63 First MOTION in Limine *to Preclude Introduction of UBS Bank Contact Notes and Incorporated Memorandum of Law*, 64 Second MOTION in Limine *to Preclude Introduction or Mention of Co-Conspirator Statements Before All Requirements for Admissibility Have* |

| | | |
|---|---|---|
| | | *Been Met and Incorporated Memorandum of Law* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 73 | ORDER denying 63 Motion in Limine as to Patricia Lynn Hough (2); denying 64 Motion in Limine as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 10/3/2013. (RKR) (Entered: 10/03/2013) |
| 10/03/2013 | 74 | PROPOSED Voir Dire by Patricia Lynn Hough (Udolf, Bruce) (Entered: 10/03/2013) |
| 10/03/2013 | 75 | NOTICE OF HEARING as to Patricia Lynn Hough Status Conference (Telephonic) set for 10/4/2013 at 09:30 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele.(BMA) (Entered: 10/03/2013) |
| 10/03/2013 | 76 | NOTICE *(Joint) re: Admissibility of Various Financial, Real Estate and Other Official Records* by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 77 | WITNESS LIST by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 78 | PROPOSED Voir Dire by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 79 | PROPOSED verdict form filed by USA as to Patricia Lynn Hough (Attachments: # 1 Exhibit 1)(Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 80 | Proposed Jury Instructions by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 81 | NOTICE *Joint Proposed Jury Instructions* by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 82 | TRIAL BRIEF by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/03/2013) |
| 10/03/2013 | 83 | Proposed Jury Instructions by Patricia Lynn Hough (Udolf, Bruce) (Entered: 10/03/2013) |
| 10/04/2013 | 84 | Minute Entry for proceedings held before Judge John E. Steele: STATUS CONFERENCE (Telephone Conference Call) as to Patricia Lynn Hough held on 10/4/2013. Caryn Finley & Margaret Kessler for the government; Bruce Udolf, Daniel Saunders and Nathan Hochman for the defendant, and the defendant. This case remains scheduled for 10/8/2013 Jury Trial. Estimated length of trial is 2-3 weeks. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/04/2013) |
| 10/04/2013 | 85 | Proposed Jury Instructions by USA as to Patricia Lynn Hough (Finley, Caryn) (Entered: 10/04/2013) |

| 10/04/2013 | 86 | STATEMENT of the case for trial by USA (Attachments: # 1 Exhibit 1)(Finley, Caryn) (Entered: 10/04/2013) |
|---|---|---|
| 10/04/2013 | 🔒 87 | WITNESS LIST by Patricia Lynn Hough (Udolf, Bruce) (Entered: 10/04/2013) |
| 10/04/2013 | 88 | Proposed second supplemental jury instructions by Patricia Lynn Hough (Udolf, Bruce) Modified on 10/7/2013 to edit docket text (drn). (Entered: 10/04/2013) |
| 10/04/2013 | 89 | STATEMENT of the case for trial (Udolf, Bruce) (Entered: 10/04/2013) |
| 10/06/2013 | 90 | NOTICE re: *Defendant's Intent to Call Special Agent Lalli and Expert Witness Notice* by USA as to Patricia Lynn Hough (Attachments: # 1 Exhibit 1)(Finley, Caryn) (Entered: 10/06/2013) |
| 10/07/2013 | 91 | EXHIBIT LIST by USA as to Patricia Lynn Hough (Attachments: # 1 Exhibit 1)(Finley, Caryn) (Entered: 10/07/2013) |
| 10/08/2013 | 92 | Minute Entry for proceedings held before Judge John E. Steele: JURY SELECTION & JURY TRIAL DAY ONE as to Patricia Lynn Hough held on 10/8/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/08/2013) |
| 10/09/2013 | 93 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY TWO as to Patricia Lynn Hough held on 10/9/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/09/2013) |
| 10/10/2013 | 94 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY THREE as to Patricia Lynn Hough held on 10/10/2013, JURY TRIAL as to Patricia Lynn Hough held on 10/10/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/10/2013) |
| 10/11/2013 | 95 | MOTION to Strike *UBS Records* by Patricia Lynn Hough. (Attachments: # 1 Exhibit 3-E, # 2 Exhibit 3-L, # 3 Exhibit 3-P, # 4 Exhibit 3-S, # 5 Exhibit 3-W, # 6 Exhibit 3-AA, # 7 Exhibit 3-EE, # 8 Exhibit 3-HH, # 9 Exhibit 3-KK)(Udolf, Bruce) (Entered: 10/11/2013) |
| 10/11/2013 | 96 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY FOUR as to Patricia Lynn Hough held on 10/11/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/11/2013) |
| 10/14/2013 | 97 | RESPONSE in Opposition by USA as to Patricia Lynn Hough re 95 MOTION to Strike *UBS Records* (Finley, Caryn) (Entered: 10/14/2013) |
| 10/15/2013 | 98 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY FIVE as to Patricia Lynn Hough held on 10/15/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/15/2013) |
| 10/16/2013 | 99 | MOTION to Quash *Subpoena* by USA as to Patricia Lynn Hough. (Attachments: # 1 Exhibit 1)(Finley, Caryn) (Entered: 10/16/2013) |

| 10/16/2013 | 100 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY SIX as to Patricia Lynn Hough held on 10/16/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/16/2013) |
|---|---|---|
| 10/16/2013 | 101 | RESPONSE in Opposition by Patricia Lynn Hough re 99 MOTION to Quash *Subpoena to Internal Revenue Service Special Agent F. Cameron Lalli* (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C")(Udolf, Bruce) (Entered: 10/16/2013) |
| 10/17/2013 | 102 | OPINION AND ORDER granting in part and denying in part 95 Motion to Strike as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 10/17/2013. (RKR) (Entered: 10/17/2013) |
| 10/17/2013 | 103 | COURT's Proposed Jury Instructions as to Patricia Lynn Hough. (MAB) (Entered: 10/17/2013) |
| 10/17/2013 | 104 | COURT's PROPOSED verdict form as to Patricia Lynn Hough. (MAB) (Entered: 10/17/2013) |
| 10/17/2013 | 105 | AMENDED OPINION AND ORDER correcting typographical error on page 5 of 102 OPINION AND ORDER on Motion to Strike. Signed by Judge John E. Steele on 10/17/2013. (MAB) (Entered: 10/17/2013) |
| 10/17/2013 | 106 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY SEVEN as to Patricia Lynn Hough held on 10/17/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/17/2013) |
| 10/18/2013 | 107 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY EIGHT as to Patricia Lynn Hough held on 10/18/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/18/2013) |
| 10/21/2013 | 108 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY NINE as to Patricia Lynn Hough held on 10/21/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/22/2013) |
| 10/22/2013 | 110 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY TEN as to Patricia Lynn Hough held on 10/22/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/23/2013) |
| 10/23/2013 | 109 | COURT'S JURY INSTRUCTIONS as to Patricia Lynn Hough. (MAB) (Entered: 10/23/2013) |
| 10/23/2013 | 111 | ORDER denying as moot 99 Motion to Quash as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 10/23/2013. (BMA) (Entered: 10/23/2013) |
| 10/24/2013 | 112 | Minute Entry for proceedings held before Judge John E. Steele: JURY TRIAL DAY TWELVE as to Patricia Lynn Hough held on 10/24/2013. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 10/25/2013) |

| 10/25/2013 | | 113 | NOTICE OF HEARING as to Patricia Lynn Hough. Sentencing set for 2/10/2014 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BMA) (Entered: 10/25/2013) |
|---|---|---|---|
| 10/25/2013 | | 114 | JURY VERDICT as to Patricia Lynn Hough (2) Guilty on Count 1, 6-9. (BMA) (Entered: 10/25/2013) |
| 10/25/2013 | | 115 | EXHIBIT LIST by Patricia Lynn Hough (BMA) (Entered: 10/25/2013) |
| 10/25/2013 | | 116 | TRANSCRIPT of Jury Trial, Day 1, as to Patricia Lynn Hough held on 10/08/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | | 117 | TRANSCRIPT of Jury Trial, Day 2, as to Patricia Lynn Hough held on 10/09/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | | 118 | TRANSCRIPT of Jury Trial, Day 3, as to Patricia Lynn Hough held on 10/10/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | | 119 | TRANSCRIPT of Jury Trial, Day 4, as to Patricia Lynn Hough held on 10/11/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |

| 10/25/2013 | [120] | TRANSCRIPT of Jury Trial, Day 5, as to Patricia Lynn Hough held on 10/15/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
|---|---|---|
| 10/25/2013 | [121] | TRANSCRIPT of Jury Trial, Day 6, as to Patricia Lynn Hough held on 10/16/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | [122] | TRANSCRIPT of Jury Trial, Day 7, as to Patricia Lynn Hough held on 10/17/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | [123] | TRANSCRIPT of Jury Trial, Day 8, as to Patricia Lynn Hough held on 10/18/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | [124] | TRANSCRIPT of Jury Trial, Day 9, as to Patricia Lynn Hough held on 10/21/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, |

| | | | |
|---|---|---|---|
| | | | Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | 🖼️ | 125 | TRANSCRIPT of Jury Trial, Day 10, as to Patricia Lynn Hough held on 10/22/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/15/2013, Redacted Transcript Deadline set for 11/25/2013, Release of Transcript Restriction set for 1/23/2014. (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | | 126 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Patricia Lynn Hough. Court Reporter: Jeffrey G. Thomas (JGT) (Entered: 10/25/2013) |
| 10/25/2013 | | 127 | DISREGARD THIS ENTRY. INCORRECT DOCUMENT. EXHIBIT LIST by USA as to Patricia Lynn Hough (BMA) (Additional attachment(s) added on 10/25/2013: # 1 Main Document) (BMA). Modified on 10/30/2013 (BMA). (Entered: 10/25/2013) |
| 10/30/2013 | | 128 | EXHIBIT LIST by USA as to Patricia Lynn Hough (BMA) (Entered: 10/30/2013) |
| 10/30/2013 | | 129 | Court's exhibit list as to Patricia Lynn Hough (BMA) (Entered: 10/30/2013) |
| 10/30/2013 | | 130 | STIPULATION *Re: Briefing Schedule for Post-Trial Motions* (Udolf, Bruce) (Entered: 10/30/2013) |
| 10/31/2013 | | 131 | ORDER as to Patricia Lynn Hough granting in part and denying in part 130 Stipulation construed as a motion. All post-trial motions shall be filed by November 22, 2013; oppositions by December 11, 2013; and replies by December 16, 2013, limited to 10 pages. The motion is otherwise denied. Signed by Judge John E. Steele on 10/31/2013. (RKR) (Entered: 10/31/2013) |
| 11/13/2013 | 🖼️ | 132 | TRANSCRIPT of Jury Selection for Jury Trial as to Patricia Lynn Hough held on 10/08/13 before Judge John E. Steele: Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | | Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 12/4/2013, Redacted Transcript Deadline set for 12/16/2013, Release of Transcript Restriction set for 2/11/2014. (JGT) (Entered: 11/13/2013) |
|---|---|---|---|
| 11/13/2013 | 📷 | 133 | TRANSCRIPT of Jury Trial, Day Eleven as to Patricia Lynn Hough held on 10/23/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 12/4/2013, Redacted Transcript Deadline set for 12/16/2013, Release of Transcript Restriction set for 2/11/2014. (JGT) (Entered: 11/13/2013) |
| 11/13/2013 | 📷 | 134 | TRANSCRIPT of Jury Trial, Day Twelve as to Patricia Lynn Hough held on 10/24/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 12/4/2013, Redacted Transcript Deadline set for 12/16/2013, Release of Transcript Restriction set for 2/11/2014. (JGT) (Entered: 11/13/2013) |
| 11/13/2013 | | 135 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Patricia Lynn Hough. Court Reporter: Jeffrey G. Thomas (JGT) (Entered: 11/13/2013) |
| 11/22/2013 | | 136 | MOTION for Leave to File *Motion for Acquittal in Excess of Twenty Five Pages* by Patricia Lynn Hough. (Udolf, Bruce) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 11/22/2013) |
| 11/22/2013 | | 137 | MOTION for New Trial by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 11/22/2013) |
| 11/22/2013 | | 138 | MOTION for Judgment of Acquittal by Patricia Lynn Hough. (Attachments: # 1 Exhibit "A")(Udolf, Bruce) (Entered: 11/22/2013) |
| 11/22/2013 | | 139 | APPENDIX of exhibits in support re 138 MOTION for Judgment of Acquittal , 137 MOTION for New Trial (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D", # 5 Exhibit "E", # 6 Exhibit "F", # 7 Exhibit "G", # 8 Exhibit "H", # 9 Exhibit "I", # 10 Exhibit "J", # |

|  |  |  |
|---|---|---|
|  |  | 11 Exhibit "K", # 12 Exhibit "L", # 13 Exhibit "M", # 14 Exhibit "N", # 15 Exhibit "O", # 16 Exhibit "P", # 17 Exhibit "Q", # 18 Exhibit "R", # 19 Exhibit "S", # 20 Exhibit "T", # 21 Exhibit "U", # 22 Exhibit "V", # 23 Exhibit "W", # 24 Exhibit "X")(Udolf, Bruce) Modified on 11/25/2013 to edit docket text (SLU). (Entered: 11/22/2013) |
| 11/25/2013 | 140 | ENDORSED ORDER granting 136 Motion for Leave to File as to Patricia Lynn Hough (2). Signed by Magistrate Judge Douglas N. Frazier on 11/25/2013. (LAF) (Entered: 11/25/2013) |
| 12/09/2013 | 141 | NOTICE OF CHANGE OF ADDRESS by Patricia Lynn Hough (Udolf, Bruce) (Entered: 12/09/2013) |
| 12/11/2013 | 142 | RESPONSE in Opposition by USA as to Patricia Lynn Hough re 137 MOTION for New Trial (Finley, Caryn) (Entered: 12/11/2013) |
| 12/11/2013 | 143 | MOTION for miscellaneous relief, specifically File Over Length Response by USA as to Patricia Lynn Hough. (Finley, Caryn) (Entered: 12/11/2013) |
| 12/11/2013 | 144 | RESPONSE in Opposition by USA as to Patricia Lynn Hough re 138 MOTION for Judgment of Acquittal (Finley, Caryn) (Entered: 12/11/2013) |
| 12/12/2013 | 145 | ORDER granting 143 Motion for leave to file response in excess of twenty pages as to Patricia Lynn Hough (2), *nunc pro tunc*. Signed by Judge John E. Steele on 12/12/2013. (RKR) (Entered: 12/12/2013) |
| 12/16/2013 | 146 | RESPONSE in Support by Patricia Lynn Hough re 137 MOTION for New Trial (Udolf, Bruce) (Entered: 12/16/2013) |
| 12/16/2013 | 147 | RESPONSE in Support by Patricia Lynn Hough re 138 MOTION for Judgment of Acquittal (Udolf, Bruce) (Entered: 12/16/2013) |
| 01/06/2014 | 149 | NOTICE OF ATTORNEY APPEARANCE Jesus M. Casas appearing for USA. (Casas, Jesus) (Entered: 01/06/2014) |
| 01/07/2014 | 150 | NOTICE *of Filing First Submission of Letters in Support of Memorandum in Aid of Sentencing* by Patricia Lynn Hough (Attachments: # 1 Exhibit) (Udolf, Bruce) (Entered: 01/07/2014) |
| 01/15/2014 | 151 | Unopposed MOTION for Extension of Time *to File Objections to the Presentence Investigation Report*, Unopposed MOTION to Continue *Sentencing* by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 01/15/2014) |
| 01/17/2014 | 152 | ORDER granting 151 Motion for Extension of Time to File Response/Reply as to Patricia Lynn Hough (2); granting 151 Motion to Continue as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 1/17/2014. (BMA) (Entered: 01/17/2014) |
| 01/17/2014 | 153 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 2/10/2014 is rescheduled as to Patricia Lynn Hough. New hearing date and time:Sentencing reset for 4/21/2014 at 01:30 |

| | | |
|---|---|---|
| | | PM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BMA) (Entered: 01/17/2014) |
| 01/23/2014 | 154 | NOTICE *of Filing Second Submission of Letters in Support of Memorandum in Aid of Sentencing* by Patricia Lynn Hough re 150 Notice (Other) (Attachments: # 1 Exhibit)(Udolf, Bruce) (Entered: 01/23/2014) |
| 01/28/2014 | 155 | Case as to David Leon Fredrick, Patricia Lynn Hough reassigned to Magistrate Judge Carol Mirando pursuant to 2:14-mc-1-FtM-29. New case number: 2:13-cr-72-FtM-29CM. Unassigned Magistrate no longer assigned to the case. (SMS) (Entered: 01/28/2014) |
| 02/18/2014 | 156 | NOTICE *of Filing Third Submission of Letters in Aid of Sentencing* by Patricia Lynn Hough (Attachments: # 1 Exhibit)(Udolf, Bruce) (Entered: 02/18/2014) |
| 02/21/2014 | 157 | OPINION AND ORDER granting defendant Patricia Lynn Hough's Oral Motion for Judgment of Acquittal as to Count Seven; denying 137 Motion for New Trial as to Patricia Lynn Hough; denying 138 Motion for Acquittal as to Patricia Lynn Hough. The jury verdict as to Count Seven is vacated. See Opinion and Order for details. Signed by Judge John E. Steele on 2/21/2014. (MAB) (Entered: 02/21/2014) |
| 03/14/2014 | 158 | Notice of substitution of AUSA. Jesus M. Casas substituting for Nicole H. Waid. (Casas, Jesus) (Entered: 03/14/2014) |
| 04/09/2014 | 161 | NOTICE *of Filing Fourth Submission of Letters in Support of Memorandum in Aid of Sentencing* by Patricia Lynn Hough (Udolf, Bruce) (Entered: 04/09/2014) |
| 04/14/2014 | 162 | SENTENCING MEMORANDUM by USA as to David Leon Fredrick, Patricia Lynn Hough (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Finley, Caryn) (Entered: 04/14/2014) |
| 04/16/2014 | 163 | OBJECTION by Patricia Lynn Hough as to Patricia Lynn Hough re 159 Presentence Investigation Report (Parties) Probation - SEALED *and Response to the Government's Sentencing Memorandum* (Attachments: # 1 Exhibit "A")(Udolf, Bruce) (Entered: 04/16/2014) |
| 04/16/2014 | 164 | MEMORANDUM in support re 153 Notice of rescheduling hearing by Patricia Lynn Hough. *Memorandum in Aid of Sentencing* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Udolf, Bruce) (Entered: 04/16/2014) |
| 04/17/2014 | 165 | MOTION to allow electronic equipment, specifically Laptop Computer by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 04/17/2014) |
| 04/17/2014 | 166 | ORDER granting 165 motion to allow electronic equipment as to Patricia Lynn Hough (2) for sentencing subject to security screening. Signed by Judge John E. Steele on 4/17/2014. (RKR) (Entered: 04/17/2014) |

| 04/18/2014 | 167 | MEMORANDUM in opposition by USA as to Patricia Lynn Hough re 163 Objection (Finley, Caryn) Modified on 4/21/2014 to edit applicable party (drn). (Entered: 04/18/2014) |
|---|---|---|
| 04/19/2014 | 168 | MEMORANDUM in opposition by USA as to Patricia Lynn Hough re 164 Memorandum in support (Finley, Caryn) Modified on 4/21/2014 to edit applicable party (drn). (Entered: 04/19/2014) |
| 04/21/2014 | 172 | Minute Entry for proceedings held before Judge John E. Steele: Sentencing hearing conducted but not completed. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 04/23/2014) |
| 04/22/2014 | | Sealed Document (s-169). (drn) (Entered: 04/22/2014) |
| 04/22/2014 | | Sealed Document (s-170). (drn) (Entered: 04/22/2014) |
| 04/22/2014 | | Sealed Document (s-171). (drn) (Entered: 04/22/2014) |
| 04/23/2014 | 173 | NOTICE OF HEARING as to Patricia Lynn Hough : Sentencing set (continued) for 5/1/2014 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BMA) (Entered: 04/23/2014) |
| 04/23/2014 | 174 | MOTION to allow electronic equipment, specifically Laptop Computer by Patricia Lynn Hough. (Udolf, Bruce) (Entered: 04/23/2014) |
| 04/24/2014 | 175 | ORDER granting 174 Renewed motion to allow electronic equipment as to Patricia Lynn Hough (2) subject to security screening. Signed by Judge John E. Steele on 4/24/2014. (RKR) (Entered: 04/24/2014) |
| 04/24/2014 | 176 | NOTICE re: Transcripts Relevant to Defendant's PSR Objections and Government's Exhibit 13 and Related Memorandum of Interview by USA as to David Leon Fredrick, Patricia Lynn Hough (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Finley, Caryn) (Entered: 04/24/2014) |
| 04/25/2014 | 177 | RESPONSE 167 Memorandum in opposition by Patricia Lynn Hough Proposed Corrections to "Offense Conduct" Section of Presentence Report (Udolf, Bruce) (Entered: 04/25/2014) |
| 04/25/2014 | 178 | MOTION to Continue Sentencing by USA as to Patricia Lynn Hough. (Finley, Caryn) Modified on 4/28/2014 to edit applicable party (drn). (Entered: 04/25/2014) |
| 04/25/2014 | 179 | RESPONSE in Opposition by Patricia Lynn Hough re 178 MOTION to Continue Sentencing (Udolf, Bruce) (Entered: 04/25/2014) |
| 04/26/2014 | | Sealed Document (s-180). (drn) (Entered: 04/28/2014) |
| 04/26/2014 | | Sealed Document (s-181) (drn) (Entered: 04/28/2014) |
| 04/26/2014 | | Sealed Document (s-182). (drn) (Entered: 04/28/2014) |
| 04/28/2014 | 183 | ORDER denying 178 Motion to Continue Sentencing as to Patricia Lynn Hough (2). Signed by Judge John E. Steele on 4/28/2014. (BMA) (Entered: |

| | | 04/28/2014) |
|---|---|---|
| 04/28/2014 | 184 | MEMORANDUM in opposition by USA as to Patricia Lynn Hough re 177 Response (Attachments: # 1 Exhibit 1 (First Part), # 2 Exhibit 1 (Second Part), # 3 Exhibit 2)(Finley, Caryn) Modified on 4/29/2014 to edit applicable party (drn). (Entered: 04/28/2014) |
| 05/01/2014 | 185 | NOTICE REGARDING COURT'S SENTENCING DETERMINATIONS as to Patricia Lynn Hough directing U.S. Probation to append a copy of the determinations to any copy of the presentence report made available to the Bureau of Prisons. (See notice for details.) Signed by Judge John E. Steele on 5/1/2014. (RKR) (Entered: 05/01/2014) |
| 05/01/2014 | 186 | Minute Entry for proceedings held before Judge John E. Steele: Sentencing conducted but not completed. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 05/02/2014) |
| 05/02/2014 | 187 | Minute Entry for proceedings held before Judge John E. Steele: Sentencing hearing conducted, but not completed.. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 05/02/2014) |
| 05/02/2014 | 188 | NOTICE OF HEARING as to Patricia Lynn Hough : Sentencing set for 5/9/2014 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BMA) (Entered: 05/02/2014) |
| 05/06/2014 | 189 | TRANSCRIPT of Volume 1 of Sentencing as to Patricia Lynn Hough, held on 04/21/14, before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas, Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/27/2014, Redacted Transcript Deadline set for 6/6/2014, Release of Transcript Restriction set for 8/4/2014. (JGT) (Entered: 05/06/2014) |
| 05/06/2014 | 190 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Patricia Lynn Hough. Court Reporter: Jeffrey G. Thomas (JGT) (Entered: 05/06/2014) |
| 05/07/2014 | 191 | SUPPLEMENT *Case Law in Response to Cases Cited by the Government* (Attachments: # 1 Exhibit A - Additional Citations)(Udolf, Bruce) (Entered: 05/07/2014) |

| 05/08/2014 | 192 | SECOND NOTICE REGARDING COURT'S SENTENCING DETERMINATIONS as to Patricia Lynn Hough directing U.S. Probation to append a copy of the determinations to any copy of the presentence report made available to the Bureau of Prisons. (See notice for details.) Signed by Judge John E. Steele on 5/8/2014. (RKR) (Entered: 05/08/2014) |
|---|---|---|
| 05/09/2014 | 193 | Minute Entry for proceedings held before Judge John E. Steele: SENTENCING held on 5/9/2014 for ; Counts 6, 8-9, Imprisonment: 24 Months as to each count, to be served concurrently; Supervised Release: 36 Months as to Count 1, 12 Months as to Counts 6, 8 & 9, to run concurrently; Special Assessment: $400.00; Court Costs: $42,732.27; Restitution: $15,518.382.00; Count(s) 7, Acquitted by the Court. Court Reporter: Jeffrey G. Thomas (BMA) ( Attachment modified to correct Scrivner's error on 5/9/2014: # 1 Main Document) (BMA). (Entered: 05/09/2014) |
| 05/09/2014 | 194 | ORDER for Modification of Conditions of Release as to Patricia Lynn Hough. Signed by Judge John E. Steele on 5/9/2014. (BMA) (Entered: 05/09/2014) |
| 05/12/2014 | 195 | JUDGMENT as to Patricia Lynn Hough (2), Counts 1, 6, 8-9, Imprisonment: 24 Months as to each count, to be served concurrently; Supervised Release: 36 Months as to Count One, 12 Months as to Counts Six, Eight & Nine, to run concurrently; Special Assessment: $400.00; Court Costs: $42,732.27; Restitution: $15,518,382.00; Count 7, Acquitted by the Court. Signed by Judge John E. Steele on 5/12/2014. (BMA) (Entered: 05/12/2014) |
| 05/13/2014 | 198 | NOTICE OF APPEAL by Patricia Lynn Hough re 195 Judgment Filing fee not paid. (Udolf, Bruce) (Entered: 05/13/2014) |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

vs

**PATRICIA LYNN HOUGH**

**Case Number: 2:13-cr-72-FtM-29CM**

**USM Number: 58807-018**

**Bruce L. Udolf, Retained**
**Suite 1400**
**500 E Broward Blvd**
**Ft Lauderdale, FL 33394**

### JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Counts One, Six, Eight, Nine, Six, Eight, and Nine of the Indictment. Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States | April 15, 2011 | One |
| 26 U.S.C. § 7206(1) | Filing a False Tax Return | September 15, 2006 | Six |
| 26 U.S.C. § 7206(1) | Filing a False Tax Return | April 15, 2008 | Eight |
| 26 U.S.C. § 7206(1) | Filing a False Tax Return | April 15, 2009 | Nine |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

The defendant has been found not guilty on Count Seven.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

May 9, 2014

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

May _12_, 2014

Case 2:13-cr-00072-JES-CM   Document 195   Filed 05/12/14   Page 2 of 5 PageID 5146

PATRICIA LYNN HOUGH
2:13-cr-72-FtM-29CM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months as to each count, to be served concurrently.

The Court makes the following recommendations as to incarceration:

Incarceration in a facility close to home (Sarasota, FL).

The Court does not oppose placement in a camp facility.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons; if not yet designated, then she shall report on or before 12:00 P.M. (noon) on July 18, 2014 to the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

PATRICIA LYNN HOUGH
2:13-cr-72-FtM-29CM

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 Years as to Count One, 1 year as to Counts Six, Eight & Nine, to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3.  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.  The defendant shall support his or her dependents and meet other family responsibilities;

5.  The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.  The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.  The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Case 2:13-cr-00072-JES-CM   Document 195   Filed 05/12/14   Page 4 of 5 PageID 5148

**PATRICIA LYNN HOUGH**
**2:13-cr-72-FtM-29CM**

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

2. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall cooperate with the Internal Revenue Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction.

4. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

5. The mandatory drug testing requirements of the Violent Crime Control Act are waived.  However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

PATRICIA LYNN HOUGH
2:13-cr-72-FtM-29CM

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | COST OF PROSECUTION | Total Restitution |
|---|---|---|
| $400.00 (Due Immediately) | $42,732.27 | $15,518,382.00 |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.  Restitution is payable to the Clerk, U.S. District Court for distribution to the victims.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| INTERNAL REVENUE SERVICE | | $15,518,382.00 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Special Assessment in the amount of $400.00 is due in full and immediately.

**The defendant is hereby ordered to pay a cost of prosecution of $42,732.27.  The defendant is hereby ordered to begin payment immediately and continue to make payments to the best of his/her ability.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 4/09) Judgment in a Criminal Case