UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATE OF AMERICA,

v.

PATRICIA LYNN HOUGH

Case No. 2:13-cr-72-FtM-99SPC

Sentencing Government's Exhibit List

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | MAY 0 1 2014 | MAY 0 1 2014 | Maurer | Form 4549-A Revenue Agent Report ("RAR") Patricia L. Hough |
| 2 | MAY 0 1 2014 | MAY 0 1 2014 | | Form 4549-A RAR David L. Fredrick |
| 3 | MAY 0 1 2014 | MAY 0 1 2014 | | Income Summary – Patricia Hough |
| 4 | MAY 0 1 2014 | MAY 0 1 2014 | | Income Summary – David Fredrick |
| 5 | MAY 0 1 2014 | MAY 0 1 2014 | | MUA Net Income Computation |
| 6 | MAY 0 1 2014 | MAY 0 1 2014 | | Medical University of the Americas Financial Statement January – December 2003 |
| 7 | MAY 0 1 2014 | MAY 0 1 2014 | | SABA Net Income Computation |
| 8 | MAY 0 1 2014 | MAY 0 1 2014 | | SABA University School of Medicine Profit and Loss January – December 2003 |
| 9 | MAY 0 1 2014 | MAY 0 1 2014 | | Computation of Gain on Sale of Medical Schools |
| 10 | MAY 0 1 2014 | MAY 0 1 2014 | | Adjustments – Hough |
| 11 | MAY 0 1 2014 | MAY 0 1 2014 | | Adjustments – Fredrick |
| 12 | MAY 0 9 2014 | MAY 0 9 2014 | — | |
| | | | | |
| 14 | MAY 0 1 2014 | MAY 0 1 2014 | | |