UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft Myers Division

UNITED STATES OF AMERICA

v.                                    Case No. 2:13-cr-72-FtM-29

PATRICIA HOUGH

# EXHIBIT LIST

☐ Government     ☐ Plaintiff     **X Defendant**     ☐ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | 5/1/2014 | 5/1/2014 | | Comparison of Agent Maurer's Three Revenue Agent Reports |
| B | 5/1/2014 | 5/1/2014 | | Minutes of SABA School of Medicine Board Meeting - 3/21/2008 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |