UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 2:13-CR-72-FTM-29CM |
| PATRICIA LYNN HOUGH, | : |
| Defendant, | : |
| and | : |
| VALIC RETIREMENT SERVICES COMPANY, | : |
| Garnishee. | : |

## DECLARATION

I, Cassandra L. Mitchell, do hereby declare as follows:

1. I am the Supervisory Paralegal in the Financial Litigation Unit of the United States Attorney's Office for the Middle District of Florida. In that capacity, I have access to the records maintained by the United States Attorney's Office to monitor payments made by defendant Patricia Lynn Hough, on her criminal monetary penalties.

2. On May 12, 2014, a Judgment was entered against defendant and in favor of the United States in the Middle District of Florida for a special assessment of $400.00, restitution in the amount of $15,518,382.00, and costs of prosecution in the amount of $42,732.27. Doc.195.

Exhibit A

3.  According to the Civil Criminal Accounting Module (CCAM) maintained by the United States District Court Clerk for the United States District Court, the defendant has paid the special assessment in full, but no payments have been made toward the restitution or costs of prosecution. As of October 30, 2014, the total balance on the debt is $15,567,160.06, consisting of the costs of prosecution (which accrues no interest) in the amount of $42,732.27, restitution in the amount of $15,524,427.79.00, consisting of principal in the amount of $15,518,382.00, and interest in the amount of $6,045.79. Interest continues to accrue on the restitution after October 30, 2014, at the rate of .090% per annum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October 2014.

*[signature: Cassandra L. Mitchell]*
CASSANDRA L. MITCHELL
Financial Litigation Unit
United States Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602