UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:13-CR-72-FTM-29CM |
| | ) |
| PATRICIA LYNN HOUGH | ) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby enters her appearance as an additional attorney for the United States of America in this case as to all post-judgment issues and requests that the Court e-mail all notices to the undersigned, in addition to all other attorneys of record for the United States.

The clerk is requested to enter the appearance of the undersigned as an additional counsel of record for the United States.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar No.  59377
Financial Litigation Unit/clm
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:    (813) 274-6021
Facsimile:    (813) 274-6247
E-mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to all parties of record, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following nonCM/ECF participants:

Patricia Lynn Hough
Register No. 58807-018
FCI Coleman Medium
Satellite Camp
P.O. Box 1027
Coleman, FL  33521

s/Suzanne C. Nebesky
Assistant United States Attorney