IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES-CM |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR WITHDRAWAL AS COUNSEL

Motion is hereby made for the withdrawal of Margaret Leigh Kessler as counsel for the United States. Ms. Kessler is leaving the Department of Justice next week.

Dated this 10th day of November 2014.

                LEE BENTLEY
                United States Attorney

By:  /s/ Margaret Leigh Kessler
      MARGARET LEIGH KESSLER
      Assistant Chief, Department of Justice, Tax Division
      2110 First Street, Suite 3-137
      Fort Myers, Florida  33901
      Telephone:  (202) 514-5193
      Facsimile:  (202) 514-0961
      E-mail: Margaret.Leigh.Kessler@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Brianna L. Abrams
Charles Edward Falk
Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

      /s/ Margaret Leigh Kessler
MARGARET LEIGH KESSLER
Assistant Chief, Department of Justice,
Tax Division
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5193
E-mail: Margaret.leigh.kessler@usdoj.gov