UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

_____

## ORDER

This matter comes before the Court on defendant's Response in Opposition to Application for Writ of Garnishment (Doc. #217) filed on November 11, 2014.  The Court desires a reply from the government on the issue of the subject matter jurisdiction of the district court and the request for a stay if jurisdiction does exist.

Accordingly, it is hereby

**ORDERED:**

Defendant's Response in Opposition to Application for Writ of Garnishment (Doc. #217) is **TAKEN UNDER ADVISEMENT.**  The United States shall file a Reply within **fourteen (14) days** of the filing of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of November, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record