# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

United States Courthouse
2110 First Street, Room 2-194
Fort Myers, Florida 33901


Sheryl L. Loesch                                                              Drew Heathcoat
Clerk                                                                Fort Myers Deputy-In-Charge

**DATE:** January 29, 2015

**TO:**     Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

VS.                                                 CASE NO:   2:13-cr-00072-JES-CM-2


**U.S.C.A. Case No.:**          **14-12156-CC**


CERTIFICATE OF READINESS OF RECORD OF APPEAL

Record on appeal is available electronically with the following exceptions:

| | |
|---|---|
| 3 | Boxes of Exhibits |
| 5 | Volumes of Exhibits/Depositions |
| 1 | Presentence Investigation Reports |
| 1 | Envelope marked Defense ID ONLY Exhibits |


SHERYL L. LOESCH, CLERK

By:     s/pm, Deputy Clerk