UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT PATRICIA LYNN HOUGH'S
## NOTICE OF COMPLIANCE WITH THE COURT'S ORDER

Defendant Patricia Lynn Hough, by and through the undersigned counsel of record hereby notifies the Court that her completed Financial Disclosure Statement has been provided to AUSA Suzanne C. Nebesky, as directed by Order of United States Magistrate Judge, Carol Mirando, on February 6, 2015 (DE 224).

Dated: February 26, 2015

        Respectfully submitted,

        **BRUCE L. UDOLF, P.A**.

        *Counsel for Defendant Hough*
        Broward Financial Centre
        500 East Broward Blvd., Suite 1400
        Fort Lauderdale, Florida 33394
        Tel: (954) 858-8831/ (954) 525-2134
        budolf@bruceudolf.com

        By: /s/ Bruce L. Udolf
            Florida Bar No. 0899933

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 26th day of February, 2015.

        By: /s/ Bruce L. Udolf

*Bruce L. Udolf, PA*
*Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394*
*(954) 858-8831/ budolf@bruceudolf.com*