**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

_____

## ORDER

This matter comes before the Court upon review of the file.   On October 31, 2014, the Government filed an Application for Writ of Garnishment, pursuant to 28 U.S.C. § 3205, requesting that the Clerk of Court be directed to issue a Writ of Garnishment based upon the May 12, 2014 judgment[1] entered against Defendant Patricia Lynn Hough.   Doc. 214.   Defendant opposed the Application, asserting in part that among the issues Defendant was challenging on appeal is the Court's calculation of tax loss, which determined Defendant's restitution obligation, and therefore this Court lacked jurisdiction to entertain the Application for Writ.   Doc. 217.   Accordingly, Defendant requested that the Application be denied, or that resolution of the Application be stayed pending appeal.   *Id.*

On February 6, 2015, the Court granted Defendant's Opposition to Application for Writ of Garnishment, construed as a motion to stay resolution of the Application, to the extent that resolution of the Application was stayed pending appeal, and the Government's Application for Writ of Garnishment was taken under advisement.

_____

[1] Defendant was ordered to pay a special assessment of $400.00, restitution in the amount of $15,518,382.00, and costs of prosecution in the amount of $42,732.27.   Doc. 195.

Doc. 224.   The Government was directed to notify the Court within ten (10) days of the Eleventh Circuit's resolution of Defendant's appeal, at which time the Court would proceed to consider the merits of the Application.   *Id.*

On September 9, 2015, the United States Court of Appeals for the Eleventh Circuit issued an opinion affirming Defendant's convictions, vacating her sentence and remanding the case to this Court for further proceedings.   Doc. 226; *see United States v. Hough*, No. 14-12156 (11th Cir. Sept. 9, 2015).   Relevant to the Application for Writ of Garnishment, the Eleventh Circuit determined that a limited remand is necessary for the district court to make foundational findings regarding the proper classification of two entities, the outcome of which directly relates to the calculation of tax loss and restitution, and, therefore, the Application.   *See* Doc. 226 at 30-34.

ACCORDINGLY, it is hereby

**ORDERED:**

The Application for Writ of Garnishment (Doc. 214) is **DENIED without prejudice** to refiling after additional proceedings in the district court on remand, consistent with the Eleventh Circuit's directives.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record