**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 14-12156

_____

District Court Docket No.
2:13-cr-00072-JES-CM-2

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICIA LYNN HOUGH,

Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is
entered as the judgment of this Court.

Entered: September 09, 2015
For the Court: AMY C. NERENBERG, Acting Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 10/08/2015**