UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

### ORDER

This matter comes before the Court on a limited remand from the Eleventh Circuit Court of Appeals affirming defendant's convictions, vacating her sentence, and remanding for further limited proceedings. The mandate has now issued.

Accordingly, it is hereby

**ORDERED:**

1. The government shall file a Notice with the Court within **TWENTY-ONE (21) DAYS** of this Order setting forth its loss amount election as outlined by the Eleventh Circuit. If the government elects not to defend the partnership theory, the government shall provide its recalculation of the tax loss which subtracts the taxes owed on both schools' annual profits from 2003 until they were sold in April 2007. If the government elects to defend the partnership theory, the government shall so notify the Court and provide an estimate of the amount of time necessary for the

evidentiary hearing on the factual issues identified by the Eleventh Circuit.

2. Defendant may file a response to the Notice within **TWENTY-ONE (21) DAYS** of its filing with the Court.

3. The parties shall also file a joint notice with the Court estimating the amount of time needed if a re-sentencing hearing is needed.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of October, 2015.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record