IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:13-cr-00072-FtM-JES |
| | ) |
| PATRICIA LYNN HOUGH, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE NOTICE WITH COURT RE: TAX LOSS**

COMES NOW the United States, by and through counsel, and files this unopposed Motion for Additional Time to File Notice with Court re: Tax Loss.

On October 16, 2015, the Court issued an Order directing the government to "file a Notice with the Court within TWENTY-ONE (21) DAYS of this Order setting forth its loss amount election as outlined by the Eleventh Circuit." *See* Dkt. #230.  The government and the defendant have been attempting to agree on a stipulated tax loss number which the parties would present to the Court.  Because of these negotiations, the government requests that the Court grant the government an additional week, until November 13, 2015, to file its Notice, should the parties fail to present to the Court a joint proposal for resentencing prior to that date.  The government has conferred with defense counsel and the defendant does not oppose this Motion.

                LEE BENTLEY
                Acting United States Attorney

By:   /s/ Caryn D. Finley
        CARYN D. FINLEY
        Assistant Chief, Department of Justice, Tax Division
        New York Bar No. 3953882
        2110 First Street, Suite 3-137
        Fort Myers, Florida  33901
        Telephone:  (202) 514-5051
        Facsimile:  (202) 514-0961

13266299.1

E-mail: caryn.finley@usdoj.gov

2

13266299.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

      /s/ Caryn D. Finley
CARYN D. FINLEY
Assistant Chief, Department of Justice,
Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

13266299.1