UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

**ORDER**

This matter comes before the Court on the government's Unopposed Motion for Additional Time to File Notice With Court Re: Tax Loss (Doc. #231) filed on October 28, 2015. The government seeks a brief extension of time to file its Notice as the parties are negotiating a stipulated tax loss number. The motion is unopposed. Finding good cause, the Court will grant the motion.

Accordingly, it is hereby

**ORDERED:**

The Government's Unopposed Motion for Additional Time to File Notice With Court Re: Tax Loss (Doc. #231) is **GRANTED** and the deadline is extended through and including November 13, 2015.

**DONE and ORDERED** at Fort Myers, Florida, this ___28th___ day of October, 2015.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record