IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:13-cr-00072-FtM-JES |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S NOTICE RE: TAX LOSS AMOUNT ELECTION

COMES NOW the United States, by and through counsel, and files this Notice re: Tax Loss Amount Election.

On October 16, 2015, the Court issued an Order directing the government to "file a Notice with the Court within TWENTY-ONE (21) DAYS of this Order setting forth its loss amount election as outlined by the Eleventh Circuit." *See* Dkt. #230.

The government does not intend to argue the partnership theory and will subtract the taxes owed on the Saba Foundation and Medical University of the America's ("MUA") annual profits from 2003 until they were sold in April 2007. The government expects this loss to be similar to that argued at trial, somewhere in the $6 million to $7 million range, based on the taxes owed on the interest, dividend, and capital gain income earned in the offshore accounts.

The Eleventh Circuit affirmed inclusion of these amounts in the tax loss calculation and, although the government will present a new Revenue Agent to calculate the precise taxes owed on these items of income,[1] the tax loss at the very least must include these items. *United States*

---

[1] Revenue Agent Sheila Maurer is unavailable to testify and the government has a newly assigned Revenue Agent. The updated Revenue Agent Report ("RAR") will merely recalculate the tax due and owing after removal of the Saba Foundation and MUA profits. Sentencing Exhibits #1 and #2 contain the amounts of unreported income that the government will rely on. The removal of the profits impacts the self-employment AGI adjustment, itemized deductions, and exemptions. At this time, the Revenue Agent has not completed that computation and the government will provide both the Court and the defendant with the RAR once it is complete.

1

*v. Patricia Hough*, 803 F.3d 1181 (11th Cir. 2015), 2015 WL 5234702 * 12 (Sept. 9, 2015) ("[t]he district court did not clearly err by including in the loss amount the tax she owed on the interest, dividends, and capital gains in those accounts"); *see also id*. ("According to Hough, the evidence showed that she did not know about the interest, dividends, and capital gains in the offshore accounts, and the failure to report income she did not know about results only in a civil tax deficiency, not a criminal violation.  That argument is meritless.  Hough was convicted of conspiracy to defraud the IRS based on ample evidence that she and Fredrick agreed to hide millions of dollars —including the money they received from the sale of the schools —in secret offshore accounts.")

Therefore, as soon as completed, the government will provide the defendant and the Court with the updated RAR.

LEE BENTLEY
United States Attorney

By:    /s/ Caryn Finley
CARYN FINLEY
Assistant Chief, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (202) 514-0961
E-mail: caryn.finley@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

                        /s/ Caryn Finley
                        CARYN FINLEY
                        Assistant Chief, Department of Justice,
                        Tax Division
                        New York Bar No. 3953882
                        2110 First Street, Suite 3-137
                        Fort Myers, Florida  33901
                        Telephone:  (239) 461-2200
                        Telephone:  (202) 514-5051
                        Facsimile:  (239) 461-2219
                        E-mail: caryn.finley@usdoj.gov

13321707.1