UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO GOVERNMENT'S NOTICE RE: TAX LOSS AMOUNT ELECTION AND DEMAND FOR DICOVERY**

    COMES NOW, Defendant Patricia Lynn Hough, by and through the undersigned counsel, and files this Motion for Enlargement of Time in Which to Respond to the Government's Notice Re: Tax Loss Amount Election [DE 233], and Demand for Discovery, and in support thereof states as follows:

    1.    On October 16, 2015, the Court directed the Government to file its Notice "setting forth its loss amount election as outlined by the Eleventh Circuit [in that Court's September 9, 2015 Opinion]." *See*, DE 230.  In that opinion, the Circuit Court noted that the government's expert testimony established an ascertainable tax loss -- $5,529,135.  *United States v. Hough*, 803 F.3d 1181 (11th Cir. 2015), 2015 U.S. App. LEXIS 15973 * 37-39, n.7.

    2.    In its Notice, the government states that it expects to establish a tax loss "somewhere in the $6 million to $7 million range." *See*, DE 233.

    3.    Pretermitting any issue as to whether this Court may even consider a tax loss amount in excess of $5,529.135, the defense is unable to respond to the Government's Notice at

this time, as the Government has ignored the Defendant's request (s*ee,* Attached Exhibit "A") for, *inter alia*, any new Revenue Agent Report ("RAR") or any other documents it or its potential witnesses intend to rely upon. Absent disclosure of these documents, the Defendant is unable to formulate a meaningful response to the Government's Notice.

WHEREFORE, the Defendant's respectfully requests that this Court enter an order directing the Government to identify the witnesses it plans to call at the resentencing hearing and to disclose all documents relied upon by its potential witnesses, including, but not limited to the new RAR, and that the Defendant be granted an enlargement of time in which to respond to the Notice of at least fourteen (14) days subsequent to the service of those documents, and for all other and further relief this Court deems just and proper.

Dated: November 30, 2015.

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@bruceudolf.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 30th day of November, 2015.

By: /s/ Bruce L. Udolf