| | |
|---|---|
| **From:** | Bruce Udolf |
| **Sent:** | Friday, November 20, 2015 12:26 PM |
| **To:** | 'Caryn.Finley@usdoj.gov' |
| **Subject:** | United States v. Hough |

Caryn:

In view of your email of 11/9/2015, I request that you provide the following for preparation for the sentencing hearing in Dr. Hough's case:

1. Revenue Agent Report and supporting documentation for your new tax loss number;

2. All evidence you intend to offer at the hearing including, but not limited to documents, summaries, charts;

3. A list of witnesses you intend to present, along with any Jencks material for those witnesses and their respective CV's, as well as all reports and documents upon which they intend to rely in preparation for their testimony;

4. Information regarding the current employment and mailing address of Sheila Maurer.

Thank you.

Regards,
Bruce Udolf

**Bruce L. Udolf, PA**
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ (954) 632-6715
budolf@bruceudolf.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message and its attachments may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.