# EXHIBIT 2

| Form **4549-A**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | | Page __1__ of __4__ |
|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Patricia L. Hough<br>Englewood   FL   34223 | ▮▮▮▮7780 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. **Adjustments to Income** | Period End<br>12/31/2005 | Period End<br>12/31/2006 | Period End<br>12/31/2007 |
|---|---|---|---|
| a. Taxable Interest | 15,695.00 | 28,755.00 | 106,301.00 |
| b. Ordinary Dividends | 116.00 | 277.00 | 40.00 |
| c. Capital Gain or Loss | 195,960.00 | (42,761.00) | 15,402,989.00 |
| d. Itemized Deductions | (36,982.00) | | 25,405.00 |
| e. Exemptions | 960.00 | 2,200.00 | 2,267.00 |
| f. Income From Undeclared Foreign Accounts | | 2,500,000.00 | 3,736,579.00 |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 205,749.00 | 2,488,471.00 | 19,273,581.00 |
| 3. **Taxable Income Per Return or as Previously Adjusted** | 100,887.00 | 37,795.00 | 50,627.00 |
| 4. **Corrected Taxable Income** | 306,636.00 | 2,526,266.00 | 19,324,208.00 |
|     **Tax Method** | SCHEDULE D | TAX RATE | SCHEDULE D |
|     **Filing Status** | Married Separate | Married Separate | Married Separate |
| 5. **Tax** | 91,921.00 | 870,816.00 | 3,670,029.00 |
| 6. **Additional Taxes / Alternative Minimum** | 12,080.00 | | |
| 7. **Corrected Tax Liability** | 104,001.00 | 870,818.00 | 3,670,029.00 |
| 8. **Less**    a. Prior Year Min Tax Credit | | 25,903.00 | |
|   **Credits**  b. Foreign Tax Credit | | | 69.00 |
|     c. | | | |
|     d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 104,001.00 | 844,915.00 | 3,669,960.00 |
| 10. **Plus**  a. Self Employment Tax | 15,850.00 | 617.00 | 15,414.00 |
|   **Other**  b. | | | |
|   **Taxes**  c. | | | |
|     d. | | | |
| 11. **Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10d) | 119,851.00 | 845,532.00 | 3,685,374.00 |
| 12. **Total Tax Shown on Return or as Previously Adjusted** | 38,678.00 | 3,222.00 | 23,671.00 |
| 13. **Adjustments to:**  a. | | | |
|     b. | | | |
|     c. | | | |
| 14. **Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)** (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 81,173.00 | 842,310.00 | 3,661,703.00 |
| 15. **Adjustments to Prepayment Credits-Increase (Decrease)** | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 81,173.00 | 842,310.00 | 3,661,703.00 |

Government Exhibit 301

Catalog Number 23110T      www.irs.gov      Form 4549-A (Rev. 5-2008)

RAR-000180

301.4

| Form **4549-A**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | Page 2 of 4 |
| --- | --- | --- |

| Name of Taxpayer<br>Patricia L. Hough | Taxpayer Identification Number<br>▇▇▇▇7780 | Return Form No.:<br>1040 |
| --- | --- | --- |

| 17.  Penalties/ Code Sections | Period End<br>12/31/2005 | Period End<br>12/31/2006 | Period End<br>12/31/2007 |
| --- | --- | --- | --- |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.  Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT).*<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19.  Summary of Taxes, Penalties and Interest: | | | |
| a.  Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 81,173.00 | 842,310.00 | 3,661,703.00 |
| b.  Penalties *(Line 18)* - computed to  05/14/2013 | | | |
| c.  Interest *(IRC § 6601)* - computed to  06/13/2013 | 34,687.95 | 269,835.79 | 815,440.51 |
| d.  TMT Interest - computed to  06/13/2013  *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e.  Amount due or refund - *(sum of Lines a, b, c and d)* | 115,860.95 | 1,112,145.79 | 4,477,143.51 |

**Other Information:**

DRAFT

| Examiner's Signature:<br>Name | Employee ID: | Office: | Date: |
| --- | --- | --- | --- |
| Sheila Maurer | QVQCD | Plantation, FL | 05/14/2013 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2008) |
| --- | --- | --- |

RAR-000181

301.4-0002

| Form **4549-A**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | | Page ___3___ of ___4___ |
|---|---|---|---|

| Name and Address of Taxpayer<br><br>Patricia L. Hough<br><br>Englewood  FL  34223 | Taxpayer Identification Number<br>████████7780 | | Return Form No.:<br>1040 |
|---|---|---|---|
| | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | Period End<br>12/31/2008 | Period End | Period End |
|---|---|---|---|
| a. Taxable Interest | 459,832.00 | | |
| b. Ordinary Dividends | 8,883.00 | | |
| c. Capital Gain or Loss | 1,732,469.00 | | |
| d. Itemized Deductions | (226,645.00) | | |
| e. Exemptions | 957.00 | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 1,975,496.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 56,379.00 | | |
| 4. Corrected Taxable Income | 2,031,875.00 | | |
|     Tax Method | SCHEDULE D | | |
|     Filing Status | Married Separate | | |
| 5. Tax | 696,494.00 | | |
| 6. Additional Taxes / Alternative Minimum | 0.00 | | |
| 7. Corrected Tax Liability | 696,494.00 | | |
| 8. Less    a. | | | |
|    Credits   b. | | | |
|          c. | | | |
|          d. | | | |
| 9. Balance *(Line 7 less total of Lines 8a thru 8d)* | 696,494.00 | | |
| 10. Plus   a. Self Employment Tax | 17,173.00 | | |
|    Other   b. | | | |
|    Taxes   c. | | | |
|          d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a thru 10d)* | 713,667.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 33,225.00 | | |
| 13. Adjustments to: a. | | | |
|             b. | | | |
|             c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment - Decrease in Tax)*<br>*(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 680,442.00 | | |
| 15. Adjustments to Prepayment Credits-Increase *(Decrease)* | | | |
| 16. Balance Due or *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>*(Excluding interest and penalties)* | 680,442.00 | | |

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 5-2008) |
|---|---|---|

RAR-000182

30t Draft.0003

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page 4 of 4 |
|---|---|---|---|
| Name of Taxpayer Patricia L. Hough | | Taxpayer Identification Number ▓▓▓▓7780 | Return Form No.: 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2008 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 680,442.00 | | |
| b. Penalties *(Line 18)* - computed to 05/14/2013 | | | |
| c. Interest *(IRC § 6601)* - computed to 06/13/2013 | 107,734.15 | | |
| d. TMT Interest - computed to 06/13/2013 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 788,176.15 | | |

**Other Information:**

DRAFT

| Examiner's Signature: Name Sheila Maurer | Employee ID: QVQCD | Office: Plantation, FL | Date: 05/14/2013 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 5-2008) |
|---|---|---|

RAR-000183

301 Draft.0004

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page ___1___ of ___4___ |
| --- | --- | --- |

| Name and Address of Taxpayer | Taxpayer Identification Number ▇▇▇-1536 | Return Form No.: 1040 |
| --- | --- | --- |
| David L. Fredrick ▇▇▇▇▇▇ Englewood  FL  34223 | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/2005 | Period End 12/31/2006 | Period End 12/31/2007 |
| --- | --- | --- | --- |
| a. Taxable Interest | 58,176.00 | 28,755.00 | 106,301.00 |
| b. Ordinary Dividends | 116.00 | 277.00 | 40.00 |
| c. Capital Gain or Loss | 184,991.00 | (54,559.00) | 15,414,787.00 |
| d. Itemized Deductions | (29,904.00) | 14,746.00 | 119,417.00 |
| e. Income From Undeclared Foreign Accounts | | 2,500,000.00 | 3,736,579.00 |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 213,379.00 | 2,489,219.00 | 19,377,124.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 344,706.00 | 213,241.00 | 417,267.00 |
| 4. Corrected Taxable Income | 558,085.00 | 2,702,460.00 | 19,794,391.00 |
|     Tax Method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
|     Filing Status | Married Separate | Married Separate | Married Separate |
| 5. Tax | 134,136.00 | 924,136.00 | 3,749,491.00 |
| 6. Additional Taxes / Alternative Minimum | 6,811.00 | 0.00 | 0.00 |
| 7. Corrected Tax Liability | 140,947.00 | 924,136.00 | 3,749,491.00 |
| 8. Less   a. Prior Year Min Tax Credit | | 6,811.00 | |
|    Credits   b. Foreign Tax Credit | | | 69.00 |
|      c. | | | |
|      d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 140,947.00 | 917,325.00 | 3,749,422.00 |
| 10. Plus   a. Self Employment Tax | 15,017.00 | 15,805.00 | 16,074.00 |
|    Other   b. | | | |
|    Taxes   c. | | | |
|      d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 155,964.00 | 933,130.00 | 3,765,496.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 87,845.00 | 74,513.00 | 90,108.00 |
| 13. Adjustments to: a. | | | |
|         b. | | | |
|         c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 68,119.00 | 858,617.00 | 3,675,398.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 68,119.00 | 858,617.00 | 3,675,398.00 |

Government Exhibit
30K

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 5-2008) |
| --- | --- | --- |

RAR-000142

30K Draft

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page____2____ of ____4____ |
|---|---|---|---|

| Name of Taxpayer David L. Fredrick | Taxpayer Identification Number ▮▮▮▮-1536 | Return Form No.: 1040 |
|---|---|---|

| 17.  Penalties/ Code Sections | Period End 12/31/2005 | Period End 12/31/2006 | Period End 12/31/2007 |
|---|---|---|---|
| **a.** Delq-IRC 6651(a)(1) | 35,525.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.  Total Penalties | 35,525.00 | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| **19.  Summary of Taxes, Penalties and Interest:** | | | |
| a.  Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 68,119.00 | 858,617.00 | 3,675,388.00 |
| b.  Penalties *(Line 18)* - computed to  05/14/2013 | 35,525.00 | | |
| c.  Interest *(IRC § 6601)* - computed to  06/13/2013 | 44,290.54 | 275,059.77 | 818,488.10 |
| d.  TMT Interest - computed to  06/13/2013  *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e.  Amount due or refund - *(sum of Lines a, b, c and d)* | 147,934.54 | 1,133,676.77 | 4,493,876.10 |

Other Information:

DRAFT

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Sheila Maurer | QVQCD | Plantation, FL | 05/14/2013 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states.  If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax.  The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2008) |
|---|---|---|

30K Draft.0002

RAR-000143

| Form **4549-A**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | | Page ___3___ of ___4___ | |
|---|---|---|---|---|
| **Name and Address of Taxpayer** | | **Taxpayer Identification Number**<br>▮-1536 | | **Return Form No.:**<br>1040 |
| David L. Fredrick<br><br>Englewood   FL   34223 | | **Person with whom examination changes were discussed.** | **Name and Title:** | |

| 1. **Adjustments to Income** | **Period End**<br>12/31/2008 | **Period End** | **Period End** |
|---|---|---|---|
| a. Taxable Interest | 459,832.00 | | |
| b. Ordinary Dividends | 8,863.00 | | |
| c. Capital Gain or Loss | 1,714,198.00 | | |
| d. Itemized Deductions | (227,168.00) | | |
| e. Exemptions | 934.00 | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 1,956,679.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 125,310.00 | | |
| 4. **Corrected Taxable Income** | 2,081,989.00 | | |
|     Tax Method | SCHEDULE D | | |
|     Filing Status | **Married Separate** | | |
| 5. **Tax** | 714,218.00 | | |
| 6. **Additional Taxes / Alternative Minimum** | | | |
| 7. **Corrected Tax Liability** | 714,218.00 | | |
| 8. **Less**    a. Prior Year Min Tax Credit | 0.00 | | |
|    **Credits**  b. | | | |
|          c. | | | |
|          d. | | | |
| 9. **Balance** *(Line 7 less total of Lines 8a thru 8d)* | 714,218.00 | | |
| 10. **Plus**   a. Self Employment Tax | 16,531.00 | | |
|    **Other**  b. | | | |
|    **Taxes**  c. | | | |
|         d. | | | |
| 11. **Total Corrected Tax Liability** *(Line 9 plus Lines 10a thru 10d)* | 730,749.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 45,773.00 | | |
| 13. Adjustments to: a. | | | |
|             b. | | | |
|             c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment - Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 684,976.00 | | |
| 15. Adjustments to Prepayment Credits-Increase *(Decrease)* | | | |
| 16. **Balance Due or *(Overpayment)*** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 684,976.00 | | |

| | | |
|---|---|---|
| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 5-2008) |

RAR-000144

| Form **4549-A**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | Page __4__ of __4__ |
|---|---|---|

| Name of Taxpayer<br>David L. Fredrick | Taxpayer Identification Number<br>▆▆▆-1536 | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/2008 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 684,976.00 | | |
| b. Penalties *(Line 18)* - computed to 05/14/2013 | | | |
| c. Interest *(IRC § 6601)* - computed to 06/13/2013 | 108,452.04 | | |
| d. TMT Interest - computed to 06/13/2013 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 793,428.04 | | |

Other Information:

DRAFT

| Examiner's Signature:<br>Name<br>Sheila Maurer | Employee ID:<br>QVQCD | Office:<br>Plantation, FL | Date:<br>05/14/2013 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 5-2008) |
|---|---|---|

RAR-000145

30K Draft.0004