IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,       )
                                )
            v.                  )       Case No. 2:13-cr-00072-FtM-JES
                                )
PATRICIA LYNN HOUGH,            )
                                )
            Defendant.          )

## GOVERNMENT'S NOTICE RE: REVENUE AGENT REPORTS

COMES NOW the United States, by and through counsel, and files this Notice re: Revenue Agent Reports.

On November 13, 2015, the government filed its Notice of Government's Tax Loss Election. Dkt. #233. On November 30, 2015, the defendant moved the Court for additional time in which to respond to the government's tax loss election. On December 3, 2015, the Court granted the defendant "seven days from the Government's filing of the updated Revenue Agent Report ("RAR") in which to respond to the Government's Notice re: Tax Loss Election." Dkt. #236.

On December 14, 2015, the government provided the defendant with the updated RARs, which are exhibited herein. *See* Exhibits 1, 2, and 3.[1] The government's tax loss election is $6,319,888.

The government seeks guidance from the Court whether the RARs should be provided to the Probation Officer.

LEE BENTLEY
Acting United States Attorney

By:     /s/ Caryn D. Finley

---
[1] The government has only exhibited the first four pages herein. The entire RARs were provided to the defendant.

13438519.1

CARYN D. FINLEY
Assistant Chief, Department of Justice, Tax
Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (202) 514-0961
E-mail: caryn.finley@usdoj.gov

13438519.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 17, 2015, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing

(NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

/s/ Caryn D. Finley
CARYN D. FINLEY
Assistant Chief, Department of Justice,
Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

13438519.1