# Exhibit 3

## Finley, Caryn (TAX)

| | |
|---|---|
| **From:** | Finley, Caryn (TAX) |
| **Sent:** | Monday, December 14, 2015 7:36 PM |
| **To:** | Nathan.Hochman@morganlewis.com; Budolf@udolflaw.com; daniel.saunders@morganlewis.com |
| **Cc:** | Finley, Caryn (TAX) |
| **Subject:** | RARS |
| **Attachments:** | RARS - 12-11-15.zip |

Attached, please find the updated RARs. I'm a bit technologically challenged, so please confirm that you can open the attachments.

I will send the password in a separate email.

Thanks,

Caryn

1