UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

     Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

     Defendants.

_____/

## DEFENDANT PATRICIA LYNN HOUGH'S RESPONSE
## TO GOVERNMENT'S NOTICE RE: TAX LOSS AMOUNT ELECTION

COMES NOW, Defendant Patricia Lynn Hough, by and through the undersigned counsel, and hereby submits her Response to Government's Notice Re: Tax Loss Amount Election [DE 233], and and in support thereof states as follows:

1.    In an effort to resolve this sentencing remand without the need for another protracted evidentiary hearing, and given the fact that the Defendant has already served her entire custodial sentence, Dr. Hough - while continuing to object to all tax loss findings for the reasons raised at the initial sentencing hearing and on appeal - offered the government a stipulation to the $5,529,135 tax loss figure referenced in footnote 7 of the Eleventh Circuit's opinion.

2.    The government rejected this offer.  Instead, the government has now come up with a **fourth** Revenue Agent Report in which it asserts that the total tax loss (excluding interest and penalties) for which Dr. Hough and co-defendant David Fredrick are jointly liable is not the $15.5 million to which the government's Revenue Agent testified to under oath at the first *sentencing hearing* (or the $10.5 million that the government claimed throughout discovery and

the first week of trial), but rather $6,319,888 (a number close to, but not matching, that which the Revenue Agent originally testified to under oath *at trial*).

3.     While the Defendant continues to object to all tax loss findings for the reasons previously raised, she remains willing to stipulate to the $5,529,135 figure referenced in footnote 7 of the Eleventh Circuit's opinion, to obviate the need for a full-blown hearing on this issue.  If, however, the government intends to proceed on its new $6,319,88 figure, in light of its still-shifting numbers more than two years after trial, and considering the government's burden of proof, then Dr. Hough requests an evidentiary hearing at her resentencing at which she would have the opportunity to explore and contest the government's newest set of tax loss calculations.

Dated:  December 21, 2015.

Respectfully submitted,

**BRUCE L. UDOLF, P.A**.
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Tel: (954) 858-8831/ Fax (954) 525-2134
budolf@bruceudolf.com
Fla. Bar No. 0899933

By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 21st day of December, 2015.

By: /s/ Bruce L. Udolf