IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00072-FtM-JES |
| ) | |
| PATRICIA LYNN HOUGH, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE RE: RESTITUTION

COMES NOW the United States and Defendant Patricia Lynn Hough, by and through counsel, and files this Joint Notice re: Restitution.

1. Whereas it remains the government's position that the evidence supports a restitution figure of at least $6,319,888; and

2. Whereas it remains the defendant's position that the evidence supports a restitution figure of no more than $5,529,135;

3. Whereas the parties nonetheless seek to bring finality to this case, the parties agree and stipulate to the following:

    a. The Court's entering an order imposing restitution against the defendant in the amount of $5,529,135[1]; and

    b. That the defendant and the government waive any right to file an appeal.

LEE BENTLEY
Acting United States Attorney

By:   /s/ Caryn D. Finley
CARYN D. FINLEY
Assistant Chief, Department of Justice, Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (202) 514-5051
Facsimile:  (202) 514-0961
E-mail: caryn.finley@usdoj.gov

---

[1] The government will file a proposed Restitution Order prior to the January 22, 2016, re-sentencing hearing.

1

13489393.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Bruce L. Udolf
Nathan J. Hochman
Daniel Saunders

/s/ Caryn D. Finley
CARYN D. FINLEY
Assistant Chief, Department of Justice,
Tax Division
New York Bar No. 3953882
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Telephone:  (202) 514-5051
Facsimile:  (239) 461-2219
E-mail: caryn.finley@usdoj.gov

13489393.1