UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT PATRICIA LYNN HOUGH'S NOTICE OF WAIVER OF APPEAL

Defendant Patricia Lynn Hough, by and through the undersigned counsel, hereby notifies the Court of her Waiver of Appeal of the stipulated restitution amount of $5,529,135 [DE 241].

Dated: January 11, 2016

    Respectfully submitted,

    **BRUCE L. UDOLF, P.A**.
    *Counsel for Defendant Hough*
    Broward Financial Centre
    500 East Broward Blvd., Suite 1400
    Fort Lauderdale, Florida 33394
    Tel: (954) 858-8831/ Fax (954) 525-2134
    budolf@bruceudolf.com
    Fla. Bar No. 0899933

    By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 11th day of January, 2016.

    By: /s/ Bruce L. Udolf