UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

| **JUDGE:** | John E. Steele | **COUNSEL FOR GOVERNMENT** | CARYN FINLEY |
|---|---|---|---|
| **DEPUTY CLERK:** | Brenda Alexander | **COUNSEL FOR DEFENDANT:** | BRUCE L. UDOLF |
| **COURT REPORTER** | Jeff Thomas | **PRETRIAL/PROBATION** | Janet Zuk |
| **DATE/TIME** | January 22, 2016 1:30 – 3:00 PM | **Interpreter** | |

## MINUTES ON SENTENCING UPON REMAND

**SENTENCE IMPOSED as to Counts One, Six, Eight, and Nine of the Indictment.**

**The defendant has been found not guilty on Count Seven .**

**IMPRISONMENT**:
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**, as to each count to be served concurrently.

　　The defendant shall report to her U.S. Probation Officer immediately.

**SUPERVISED RELEASE**:

**Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 Years as to Count One, 1 year as to Counts Six, Eight & Nine, to run concurrently.**

　　*Special conditions of supervised release:*

　　Mandatory drug testing requirements are waived.

　　The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

　　The defendant shall provide requested financial information.

　　Defendant shall cooperate in the collection of DNA.

　　**The defendant shall participate in the Home Detention program for a period of 90 days**.  During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the probation office. The defendant will be subject to the standard conditions of Home Detention adopted for use in

- 2 -

    the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation office.  Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the probation office based on your ability to pay.

    The defendant is authorized to travel domestically and internationally, but defendant first must provide the probation officer and the government in advance with the dates and a written itinerary. All travel must be lawful and funding for travel may not be obtained from any funds directly or indirectly from the Saba Foundation. The Court authorizes up to three international trips per year without prior Court approval.

**SPECIAL ASSESSMENT of $400.00 is due immediately, if not previously paid..**
**FINE waived.**
**Cost of imprisonment:  $42,732.27**
**RESTITUTION TOTAL AMOUNT $5,529,135.00, payable to Internal Revenue Service**

**Defendant waived right to appeal.**