UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH,

    Defendant,

and

VALIC RETIREMENT SERVICES COMPANY,

    Garnishee.

## RENEWED DECLARATION

I, Tori L. Davis, do hereby declare as follows:

1. I am a Contract Paralegal in the Financial Litigation Unit of the United States Attorney's Office for the Middle District of Florida. In that capacity, I have access to the records maintained by the United States Attorney's Office to monitor payments made by defendant Patricia Lynn Hough, on her criminal monetary penalties.

2. On January 22, 2016, this court entered a criminal judgment (Doc. 243) against the defendant upon remand from the Eleventh Circuit which included a revised restitution amount of $5,529,135.00.

                                                                           EXHIBIT A

3. According to the Civil Criminal Accounting Module (CCAM) maintained by the United States District Court Clerk for the United States District Court, the defendant has paid the special assessment in full, and made payments in the amount of $2,333.69 toward the restitution. As of April 18, 2016, the total balance on the debt is $5,574,402.20. This consists of restitution in the amount of $5,531,669.93 (principal in the amount of $5,526,801.31, and interest in the amount of $4,868.62) and the costs of prosecution (which accrues no interest) in the amount of $42,732.27. Interest continues to accrue on the restitution after April 18, 2016, at the rate of .520% per annum.

4. Additionally, as of April 18, 2016, the defendant has made no payments toward the cost of prosecution.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2016.

TORI L. DAVIS
Financial Litigation Unit
United States Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Florida  33602