UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S UNUPPOSED
MOTION FOR RETURN OF PASSPORT**

    COMES NOW, the Defendant Patricia Lynn Hough, by and through the undersigned counsel, and hereby files this Unopposed Motion for Return of her Passport, and in support thereof states as follows:

    1.    On January 22, 2016, this Honorable Court resentenced the Defendant [Judgment, D.E. #243].

    2.    This Court granted the Defendant permission to travel internationally, subject to the terms and restrictions stated within the Judgment.  The Court further specifically authorized the Defendant to travel up to three times per year without being required to first seek the Court's approval.

    3.    The Defendant wishes to travel internationaly in the near future.

    4.    The Defendant surrendered her passport nearly three years ago when she was first granted bond.  The Defendant remains without her passport to this day.

5. The Clerk of this Court has advised that the Defendant's passport is held in her Court file.

6. The assistant to the undersigned has conferred with AUSA Caryn Finly who has advised that she has no objection to the relief sought herein so long as the Defendant abides by the terms and conditions of travel imposed by this Court.

7. This motion is made in good faith.

WHEREFORE, the Defendant's respectfully requests that this Court enter an order directing the Clerk to return the Defendant's passport directly to her, and for all other and further relief this Court deems just and proper.

Dated: April 21, 2016

> Respectfully submitted,
>
> **BRUCE L. UDOLF, P.A**.
> *Counsel for Defendant Hough*
> Broward Financial Centre
> 500 East Broward Blvd., Suite 1400
> Fort Lauderdale, Florida 33394
> Tel: (954) 858-8831/ Fax (954) 525-2134
> budolf@bruceudolf.com
> Fla. Bar No. 0899933
>
> By: /s/ Bruce L. Udolf

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 21st day of April, 2016.

By: /s/ Bruce L. Udolf