UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

_____

**ORDER**

This matter comes before the Court on defendant's Unopposed [sic] Motion for Return of Passport (Doc. #247) filed on April 21, 2016. Defendant seeks the return of her passport, currently in the custody of the Clerk of Court. The motion is unopposed by the government, subject to defendant continuing to comply with the previously imposed travel restriction. The Court will grant the motion as set forth below.

Accordingly, it is hereby

**ORDERED:**

Defendant's Unopposed Motion for Return of Passport (Doc. #247) is **GRANTED** as follows:

1. The Clerk shall return surrendered Passport Number 488719160 to Defendant's counsel for return to defendant; and

2. Defendant's travel remains subject to Additional Condition #7 of the Judgment Upon Remand From the Eleventh Circuit in a Criminal Case (Doc. #243).

**DONE and ORDERED** at Fort Myers, Florida, this ___21st___ day of April, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 2 -