UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No.  2:13-cr-72-FtM-29CM |
| PATRICIA LYNN HOUGH, | : |
| Defendant, | : |
| and | : |
| BANK OF AMERICA, N.A., | : |
| Garnishee. | : |

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, makes an application in accordance with 28 U.S.C. § 3205[1] for an order directing the Clerk of Court to issue a Writ of Garnishment upon the Judgment entered against defendant Patricia Lynn Hough, Social Security Number ***-**-7780, whose last known address is

---

[1] Section 3205 states: "(a) In general.--A court may issue a writ of garnishment against property (including nonexempt disposable earnings) in which the debtor has a substantial nonexempt interest and which is in the possession, custody, or control of a person other than the debtor, in order to satisfy the judgment against the debtor. Co-owned property shall be subject to garnishment to the same extent as co-owned property is subject to garnishment under the law of the State in which such property is located. A court may issue simultaneous, separate writs of garnishment to several garnishees. A writ of garnishment issued under this subsection shall be continuing and shall terminate only as provided in subsection (c)(10)."

Sarasota, Florida 34236.[2]

On January 22, 2016, this court entered a criminal judgment (Doc. 243) against the defendant upon remand from the Eleventh Circuit which included a revised restitution amount of $5,529,135.00.

Defendant has paid the special assessment in full, and made payments totaling $2,333.69 toward the restitution.  As of April 22, 2016, the total balance on the debt is $5,574,716.29. This consists of restitution in the amount of $5,531,984.02 (principal in the amount of $5,526,801.31, and interest in the amount of $5,182.71) and the costs of prosecution (which accrues no interest) in the amount of $42,732.27.  Interest continues to accrue on the restitution after April 22, 2016, at the rate of .520% per annum.  (See Declaration attached hereto as Exhibit A.)

Demand for payment of the above-stated debt was made upon defendant on March 15, 2016, at least 30 days has elapsed since that demand, and defendant has failed to satisfy this debt.

---

[2] Although the statute calls for the defendant's last known address to be listed, the ECF website states: "All filers must redact ... [i]n criminal cases, home addresses, in compliance with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.  This requirement applies to all documents, including attachments."  In a garnishment, the statute requires the last known address in order for the garnishee and the United States to provide notice to the judgment debtor.  As this account either belongs to the defendant or is an account from which the defendant receives payments, the garnishee has the information necessary to provide notice.  Additionally, the United States has the information necessary to provide notice.

Garnishee is believed to be in possession of property in which defendant has a substantial nonexempt interest, including, but not limited to, a Money Market Savings Account, with an account number xxx9374.[3]  This Writ is intended to compel Garnishee to pay defendant's nonexempt property to the United States.

The name and address of Garnishee or its authorized agent is:

> Bank of America, N.A.
> Attn: Legal Order Processing
> 800 Samoset Drive
> Newark, DE 19713

The United States will serve the garnishee and the judgment debtor with a copy of the Writ of Garnishment once issued, and will certify to the Court that this service was made.

---

[3]  The ECF website states: "All filers must redact ... financial account numbers…. This requirement applies to all documents, including attachments."  The garnishee is aware of the account number to which this application applies.

Based upon the foregoing, the United States of America respectfully requests the Court to enter an Order directing the Clerk of Court to issue a Writ of Garnishment.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:    s/Suzanne C. Nebesky
       SUZANNE C. NEBESKY
       Assistant United States Attorney
       Florida Bar Number 59377
       Financial Litigation Unit/TD
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 301-3069
       Facsimile:     (813) 301-3103
       E-mail: FLUDocket.mailbox@usdoj.gov

Dated: April 22, 2016