FILED

2016 MAY 13  AM 11: 46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

# RECEIPT FOR RETURN OF PREVIOUSLY SURRENDERED PASSPORT/PILOT LICENSE

I ACKNOWLEDGE RECEIPT of Passport/Pilot License Number 488719160 issued to Patricia Lynn Hough and previously surrendered to the Clerk of Court pursuant to a Court order in Case Number 2:13-cr-72-FtM-29CM.

Date Received: 5/13/2016

Received by: Patricia Lynn Hough
(print or type)

_(signature)_

SHERYL L. LOESCH, CLERK

By: R.M. _____
     Deputy Clerk

DISTRIBUTION:
Original to Case File
Office of Passport Policy and Advisory Services - US Passport
Immigration and Naturalization Services - Foreign Passport
Federal Aviation Authority - Pilot License
Defendant (or representative)

1/96