UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.                                                  CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

    Defendant

    and

VALIC RETIREMENT SERVICES COMPANY,

    Garnishee.

## ORDER

THIS CAUSE is before the Court on the United States of America's Renewed Application for Writ of Garnishment (Doc. 246), filed on April 19, 2016.  Having examined the Application, the Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been met.  Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ of Garnishment.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies: Suzanne C. Nebesky, AUSA