FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

16 JUN -3 PM 3: 03
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.                                              Case No. 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH,

　　　　Defendant,

and

VALIC RETIREMENT SERVICES
COMPANY,

　　　　Garnishee.

## WRIT OF GARNISHMENT

GREETINGS TO:  Valic Retirement Services Company
c/o Florida Chief Financial Officer as RA
Service of Process Section
PO Box 6200
Tallahassee, FL 32314-6200

A Renewed Application for Writ of Garnishment against defendant Patricia Lynn Hough, has been filed with this Court. On January 22, 2016, upon remand from the Eleventh Circuit, this Court entered a criminal judgment (Doc. 243) against the defendant which included a revised restitution amount of $5,529,135.00.

Defendant has paid the special assessment in full, and made payments

totaling $2,333.69 toward the restitution. As of April 18, 2016, the total balance on the debt is $5,574,402.20. This consists of restitution in the amount of $5,531,669.93 (principal in the amount of $5,526,801.31, and interest in the amount of $4,868.62) and the costs of prosecution (which accrues no interest) in the amount of $42,732.27. Interest continues to accrue on the restitution after April 18, 2016, at the rate of .520% per annum.

You are required by law to answer in writing, under oath, within ten days, whether you have in your possession, custody, or control, any property in which defendant has a substantial nonexempt interest, including, but not limited to, a Simplified Employee Pension Plan, account number xxx0588.

You must file the original written answer to this Writ within ten days of your receipt of this Writ with the Clerk of Court, United States Courthouse, 2110 1st Street, Room 2194, Fort Myers, Florida 33901. Additionally, you are required by law to serve a copy of your answer upon defendant, Patricia Lynn Hough, and upon the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, Attn: Suzanne C. Nebesky, Assistant United States Attorney.

Under the law, there is property which may be exempt from this Writ of Garnishment. Property that is exempt and not subject to a Writ of Garnishment is listed on the attached Claim for Exemption form. You shall withhold and retain any property in which defendant has a substantial

nonexempt interest and for which you are or may become indebted to defendant pending further order of the Court.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of defendant's nonexempt property. It is unlawful to pay or deliver to defendant any item attached by this Writ.

(Seal)

SHERYL L. LOESCH
Clerk, United States District Court
Middle District of Florida

By: _____
DEPUTY CLERK

Dated: 6/3/16