UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH,

    Defendant,

    and

VALIC RETIREMENT SERVICES
COMPANY,

    Garnishee.

_____

## CLAIM FOR EXEMPTION

## AND

## REQUEST FOR HEARING

I declare under penalty of perjury that I am entitled to claim the following exemption(s) from execution which are checked below:

    ____  Wearing apparel and school books – Such items of wearing apparel and such school books as are necessary for Defendant or for members of Defendant's family (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(1)).

    ____  Fuel, provisions, furniture, and personal effects – So much of the fuel, provisions, furniture, and personal effects in Defendant's household, and of the arms for personal use, livestock, and poultry of Defendant, as does not exceed $6,250 in value (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(2)).

1

\_\_\_\_ Books and tools of a trade, business, or profession – So many of the books and tools necessary for the trade, business, or profession of Defendant as do not exceed in the aggregate $3,125 in value (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(3)).

\_\_\_\_ Unemployment benefits – Any amount payable to Defendant with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(4)).

\_\_\_\_ Undelivered mail –Mail, addressed to any person, which has not been delivered to the addressee (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(5)).

\_\_\_\_ Certain annuity and pension payments – Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 562), and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(6)).

\_\_\_\_ Workmen's compensation – Any amount payable to Defendant as workmen's compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(7)).

\_\_\_\_ Judgments for support of minor children – If Defendant is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(8)).

\_\_\_\_ Certain service-connected disability payments – Any amount payable to Defendant as a service-connected (within the meaning

of section 101(16) of title 38, United States Code) disability benefit under –
- (A) subchapter II, III, IV, V, or VI of chapter 11 of such title 38, or
- (B) chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.(18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(10)).

\_\_\_\_ Assistance under job training partnership act – Any amount payable to Defendant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(12)).

The maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed the lesser of –

(1) 25% of Defendant's disposable earnings for the week or
(2) the amount by which Defendant's disposable earnings for the week exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable (18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673).

\_\_\_\_ I do not request a hearing.

\_\_\_\_ I hereby request a court hearing to determine the validity of the exemptions I have claimed. Notice of hearing should be given to me by mail at the following address:

_____
PATRICIA LYNN HOUGH (Signature)

_____
(Street Address)

_____
(City and State)

_____
(Date)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date listed immediately above, I mailed or hand-delivered the original of this document to the Clerk of Court and I mailed or hand-delivered a copy of this document to the following persons:

    Suzanne C. Nebesky
    Assistant United States Attorney
    400 North Tampa Street, Suite 3200
    Tampa, Florida  33602

    Valic Retirement Services Company
    c/o Florida Chief Financial Officer as RA
    Service of Process Section
    PO Box 6200
    Tallahassee, FL  32314-6200


_____
PATRICIA LYNN HOUGH (Signature)