FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2016 JUN -3 PM 3: 16

MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

v.

PATRICIA LYNN HOUGH

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.

CASE NO: 2:13-cr-72-FtM-29CM

## WRIT OF GARNISHMENT

GREETINGS TO:    Bank of America, N.A.
                        Attn: Legal Order Processing
                        800 Samoset Drive
                        Newark, DE 19713

    An Application for Writ of Garnishment against defendant Patricia Lynn Hough, has been filed with this Court. On January 22, 2016, upon remand from the Eleventh Circuit, this Court entered a criminal judgment (Doc. 243) against the defendant which included a revised restitution amount of $5,529,135.00.

    Defendant has paid the special assessment in full, and made payments totaling $2,333.69 toward the restitution. As of April 22, 2016, the total balance on the debt is $5,574,716.29. This consists of restitution in the amount of $5,531,984.02 (principal in the amount of $5,526,801.31, and interest in the amount of $5,182.71) and the costs of prosecution (which accrues no interest) in the amount of $42,732.27. Interest continues to accrue on the restitution after April 22, 2016, at the rate of .520% per annum.

    You are required by law to answer in writing, under oath, within ten days, whether you have in your possession, custody, or control, any property in

which defendant has a substantial nonexempt interest, including, but not limited to, a Money Market Savings Account, account number xxx9374.

You must file the original written answer to this Writ within ten days of your receipt of this Writ with the Clerk of Court, United States Courthouse, 2110 1st Street, Room 2194, Fort Myers, Florida 33901. Additionally, you are required by law to serve a copy of your answer upon defendant, Patricia Lynn Hough, and upon the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, Attn: Suzanne C. Nebesky, Assistant United States Attorney.

Under the law, there is property which may be exempt from this Writ of Garnishment. Property that is exempt and not subject to a Writ of Garnishment is listed on the attached Claim for Exemption form. You shall withhold and retain any property in which defendant has a substantial nonexempt interest and for which you are or may become indebted to defendant pending further order of the Court.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of defendant's nonexempt property. It is unlawful to pay or deliver to defendant any item attached by this Writ.

(Seal)

SHERYL L. LOESCH
Clerk, United States District Court
Middle District of Florida

By: _____
DEPUTY CLERK

Dated: 6/3/16