FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   2016 JUN -3  PM 3: 20
FORT MYERS DIVISION

MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                              CASE NO: 2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH

    Defendant,

    and

BANK OF AMERICA, N.A.,

    Garnishee.

_____

## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

TO PATRICIA LYNN HOUGH, AND ALL OTHER PERSONS INTERESTED:

    You are hereby notified that a Writ of Garnishment was issued based upon a Judgment entered against you on January 22, 2016, for a special assessment of $400.00, restitution in the amount of $5,529,135.00 and costs of prosecution in the amount of $42,732.27. Doc 243. The special assessment is paid in full, and payments totaling $2,333.69 have been made toward the restitution or costs of prosecution. As of April 22, 2016, the total balance on the debt is $5,574,716.29. This consists of restitution in the amount of $5,531,984.02 (principal in the amount of $5,526,801.31, and interest in the amount of $5,182.71) and the costs of prosecution (which accrues no interest) in the amount of $42,732.27. Interest continues to accrue on the restitution after April 22, 2016, at the rate of .520% per annum.

    In addition, you are hereby notified that there are exemptions under the law which may protect some of the property the Government proposes to take if you, Patricia Lynn Hough, can show that the exemptions apply. Property exempt from a Writ of Garnishment is listed on the Claim for Exemption form attached to the Writ. You have the right to ask the Court to return your

property to you if you think the property the Government seeks to take qualifies under one of the exemptions listed on the Claim for Exemption form.

If you want a hearing, you must notify the Court within 20 days after you receive this Notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court at United States Courthouse, 2110 1st Street, Room 2194, Fort Myers, Florida 33901. You must also send a copy of your request to the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, Attn: Suzanne C. Nebesky, Assistant United States Attorney, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you believe the property the Government has taken is exempt. **You may claim exemptions and request a hearing by completing and returning the Claim for Exemption form attached to the Writ.**

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court, United States Courthouse, 2110 1st Street, Room 2194, Fort Myers, Florida 33901. You must also send a copy of your request to the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, Attn: Suzanne C. Nebesky, Assistant United States Attorney, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

(Seal)

SHERYL L. LOESCH
Clerk, United States District Court
Middle District of Florida

By: _____
DEPUTY CLERK

Dated: 6/3/16