UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATE OF AMERICA,

    Plaintiff(s),

vs.                                            CASE NO.   2:13-cr-72-FtM-29CM

PATRICIA LYNN HOUGH,

    Defendant(s),

and
BANK OF AMERICA, N.A.,

    Garnishee

_____/

## ANSWER OF GARNISHEE, BANK OF AMERICA, N.A.

Garnishee, BANK OF AMERICA, N.A., by its undersigned attorney, Answers the Writ of Garnishment served on it as follows:

1.    At the time of the service of the Writ of Garnishment, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, and at the time of its Answer and at all times between service and its Answer, Garnishee was not indebted to the Defendant(s), except as follows:

| Account Number(s) | Name(s) on Account |
|---|---|
| xxxx-xxxx-7292 | Patricia Hough<br>Rex A. Pitts<br>1548 Selby Ln.<br>Sarasota, FL 34236-7006 |

<u>Account Number(s)</u>  
xxxx-xxxx-9374

<u>Name(s) on Account</u>  
Patricia L. Hough Revocable Trust  
Patricia Hough, Trustee  
U/A  03/23/2000  
1435 Venice Ave. #104  
Box 159  
Venice, FL 34292

2. Pursuant to provisions of Sections 77.06 (2) and (3) of Florida Statutes, and subject to Court determination of the proper disposition of proceeds of the above account(s), Garnishee has set aside the following sums:

| <u>Account Number(s)</u> | <u>Amount Set Aside</u> |
|---|---|
| xxxx-xxxx-7292 | -0-* |
| xxxx-xxxx-9374 | -0-* |

*[Garnishee's records indicate that the amount of **$50,998.90** from Account Number xxxx-xxxx-9374 has previously been set aside and continues to be set aside by Garnishee, in response to a prior notice of lien pursuant to 18 U.S.C. § 3613, from the U.S. Department of Justice indicating that the United States of America has a lien on all property and rights to property of Patricia Lynn Hough dated June 23, 2014. Account Number xxxx-xxxx-7292 has a current balance of $2,928.84. However, the funds in said account are exempt from Garnishment pursuant to the Federal Exemption provided under 31 CFR Part 212.]

3. Garnishee's records reflect that Defendant(s) is/are lessee(s) of safe deposit box(es) identified as follows:

| <u>Name(s) on Box(es)</u> | <u>Box(es) No(s)</u> | <u>Box(es) Location</u> |
|---|---|---|
| Patricia Hough<br>1435 Venice Ave. #104<br>Box 159<br>Venice, FL 34292 | xxxx-xxxx-5674 | South Venice Banking Center<br>2180 Tamiami Trail S.<br>Venice, FL 34293 |

Garnishee had retained the safe deposit box on its premises and had restricted access into the box <u>pending further Orders of the Court,</u> in response to a prior notice of lien pursuant to 18 U.S.C. § 3613, from the U.S. Department of Justice indicating that the United States of America has a lien on all property and rights to property of Patricia Lynn Hough dated June 23, 2014.

Garnishee continues to restrict access into the safe deposit box. In the event the court orders an inventory of the safe deposit box and Plaintiff cannot obtain a key from the Defendant(s), there is a drilling fee of $150.00 to open a safe deposit box for an inventory of its contents.

4. Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s) in its possession or control is subject to any other exemption provided to the Defendant(s) by State or Federal Law.

5. Garnishee knows of no other person indebted to Defendant(s), or any other person who may have any effects, goods, money or chattels of the said Defendant(s), nor did Garnishee have in its possession or control any other tangible or intangible personal property of the Defendant(s).

WHEREFORE, Garnishee prays that this Court enter its judgment determining proper disposition of any funds held pursuant to the Writ of Garnishment, and for any other relief this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for Garnishee hereby designates the following primary email address for service of court documents: Primary email address: e-service@noalawfirm.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via electronic mail this __20TH__ day of __JUNE__, 2016 to UNITED STATES ATTORNEY, ATTORNEY FOR

PLAINTIFF, 400 N. Tampa St., Suite 3200, Tampa, FL 33602.

                                THE NOA LAW FIRM, P.A.
                                ATTORNEY(S) FOR GARNISHEE
                                P. O. Box 941958
                                Miami, Florida 33194
                                Telephone: (305)559-9620
                                Facsimile: (305)559-3611

By: _____
      [ ] ANA DIAZ NOA, ESQ., FBN 729299
      [X] JOSEPH A. NOA, JR., ESQ., FBN 81984
      [ ] MICHAEL A. NOA, ESQ., FBN 93621