UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITS OF GARNISHMENT**

    COMES NOW, Defendant Patricia Lynn Hough, by and through her counsel of record, and hereby submits this Unopposed Motion for Extension of Time to Respond to Writs of Garnishment ("the Motion"), and in support thereof states as follows:

    1.    Writs of Garnishment were issued by the Clerk of this Court to Bank of America and Valic Retirement Services against Defendant Hough.

    2.    Defendant Hough has been served with Notices of Garnishment for both her Bank of America and Valic Retirement Services Accounts.

    3.    Defendant is currently in active discussions with the government working towards an agreed global resolution regarding disposition of all of her assets and requires an extension of time in which to accomplish this.

    4.    The undersigned has conferred with AUSA Suzanne Nebesky, who has indicated that she agrees to the extension of time requested.

    5.    This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully request this Honorable Court grant the foregoing Motion, extending the time for Defendant Hough to request a hearing on these matters until July 12, 2016, or at such a time thereafter convenient to the Court, and for all such other and further relief deemed just and proper under the circumstances.

Dated: June 29, 2016

        Respectfully submitted,

        **BRUCE L. UDOLF, P.A.**
        *Counsel for Defendant Hough*
        Broward Financial Centre
        500 East Broward Blvd., Suite 1400
        Fort Lauderdale, Florida 33394
        Telephone: (954) 858-8831
        Facsimile: (954) 525-2134

        By: /s/ Bruce Udolf
            Florida Bar No. 0899933
            budolf@bruceudolf.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 29th day of June, 2016.

        By: /s/ Bruce L. Udolf