FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

16 JUL 13 AM 10: 47

Case No. 2:13-cr-72-FtM-29CM

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

PATRICIA LYNN HOUGH,

    Defendant,

and

VALIC

    Garnishees.

## GARNISHEE VALIC'S ANSWER TO WRIT OF GARNISHMENT

Having received notice of a Writ of Garnishment on June 28, 2016, Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being prepared by:

    Name:    Kortney S. Branum
    Title:    Attorney
    Address:    2929 Allen Parkway, L4-01, Houston, Texas 77019
    Phone:    713.831.5166

1. **DESCRIPTION OF GARNISHEE**:    Garnishee files this Answer as:

    ☐    A Corporation

        Name of Corporation:    The Variable Annuity Life Insurance Company
        Affiant's Official Title:    Attorney
        Address:    2929 Allen Parkway, L4-01, Houston, Texas 77019
        Phone Number:    713.831.4242
        State of Incorporation:    Texas
        Principal Place of Business:    Houston

2.  **PRIOR GARNISHMENTS:**

    For each previous garnishment involving the Defendant which is still in effect, please provide the following information:

    None

3.  **DESCRIPTION OF PROPERTY IN WHICH THE DEFENDANT HAS AN INTEREST:**

    Garnishee states as follows:

    ☐   Garnishee has possession, custody or control of the following property in which Defendant has an interest:

    | Name | Company | Annuity Policy Number | Address | Current Value |
    |---|---|---|---|---|
    | Patricia Hough | VALIC | 2970588 | 1548 Selby Lane, Unit 7; Sarasota, FL 34236-7006 | $359,882.81 |

4.  **CERTIFICATE OF SERVICE**

    Garnishee certifies that it has served a copy of this Answer on:

    ☐   Attorney for the Defendant, Bruce L. Udolf, PA
    ☐   500 E. Broward Blvd., Suite 1400
        Ft. Lauderdale, FL 33394

           Date of Service:    July 12, 2016
           Via USPS Certified Mail, Return Receipt Requested

    and

    ☐   U.S. Attorney's Office
        Suzanne C. Nebesky, Assistant United States Attorney
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602

           Date of Service:    July 12, 2016
           Via USPS Certified Mail, Return Receipt Requested

    and

☐    United States District Clerk
       Middle District of Florida
       Ft. Meyers Division
       2110 First Street
       Ft. Meyers, Florida 33901

            Date of Service:    July 12, 2016
            Via USPS Certified Mail, Return Receipt Requested

OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

_____
Kortney S. Branum, Attorney
TSB No. 24032044

Subscribed and sworn before me this 12 day of July, 2016.

_____
Notary Public

My Commission Expires:



CAROLL J. DUNCAN
Notary Public, State of Texas
My Commission Expires 09-16-2018