UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.

_____/

## JOINT MOTION FOR EXTENSION OF TIME TO
## RESPOND TO WRITS OF GARNISHMENT

COMES NOW, Defendant Patricia Lynn Hough, and the United States of America (hereinafter referred to as the "parties"), by and through their respective counsel of record, and hereby submits this Joint Motion for Extension of Time to Respond to Writs of Garnishment ("the Motion"), and in support thereof states as follows:

1.    Writs of Garnishment were issued by the Clerk of this Court to Bank of America and Valic Retirement Services against Defendant Hough.

2.    Defendant Hough has been served with Notices of Garnishment for both her Bank of America and Valic Retirement Services Accounts.

3.    The Defendant has previously filed two unopposed motions for extentions of time to respond to the Writs of Garnishment which have been granted by this Court.

4.    As a result of their discussions, the parties have reached a tentative agreement in principle for the disposition of the Defendant's assets.  Additional information, however, is needed by the parties before the agreement can be finalized and presented to the Court.

5.    This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned attorneys respectfully request this Honorable Court grant the foregoing Joint Motion, extending the time for Defendant Hough to request a hearing on these matters for an additional thirty days, or at such a time thereafter convenient to the Court, and for all such other and further relief deemed just and proper under the circumstances.

Dated: July 26, 2016

Respectfully submitted,

**BRUCE L. UDOLF, P.A.**
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Telephone: (954) 858-8831
Facsimile: (954) 525-2134

By: /s/ Bruce Udolf
Florida Bar No. 0899933
budolf@bruceudolf.com

**A. LEE BENTLEY, III.**
United States Attorney
Financial Litigation Unit/TD
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3069 / Facsimile: (813) 301-3103

By: s/Suzanne C. Nebesky
Assistant United States Attorney
Florida Bar Number 59377
E-mail: Suzanne.Nebesky@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing Joint Motion was filed electronically using the Court's CM/ECF system, on this 26th day of July, 2016.

By: /s/ Bruce L. Udolf