UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff
v.

DAVID LEON FREDRICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

**DEFENDANT PATRICIA LYNN HOUGH'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITS OF GARNISHMENT**

COMES NOW, Defendant Patricia Lynn Hough, by and through her counsel of record, and hereby submits this *Third* Unopposed Motion for Extension of Time to Respond to Writs of Garnishment ("the Motion"), and in support thereof states as follows:

1. Writs of Garnishment were issued by the Clerk of this Court to Bank of America and Valic Retirement Services against Defendant Hough.

2. Defendant Hough has been served with Notices of Garnishment for both her Bank of America and Valic Retirement Services Accounts.

3. Defendant continues to be in active discussions with the government working towards an agreed global resolution regarding disposition of all of her assets.

4. The parties have resolved most of the issues pertaining to the disposition of the Defendant's assets, save one -- the Vanguard retirement account setup in the mid 1990's by the Defendant for the benefit of her sister, Charlene Varga.

5. The undersigned has conferred with AUSA Suzanne Nebesky, who has indicated that she agrees to the extension requested.

*Bruce L. Udolf, PA*
*500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida 33394 Tel: (954) 858-8831*

6.     This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully request this Honorable Court grant the foregoing Motion, extending the time for Defendant Hough to request a hearing on these matters for an additional thirty days, or at such a time thereafter convenient to the Court, and for all such other and further relief deemed just and proper under the circumstances.

Dated: August 26, 2016

                                                  Respectfully submitted,

**BRUCE L. UDOLF, P.A.**
*Counsel for Defendant Hough*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Telephone: (954) 858-8831
Facsimile: (954) 525-2134

By: /s/ Bruce Udolf
     Florida Bar No. 0899933
     budolf@bruceudolf.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 26th day of August, 2016.

                                                     By: /s/ Bruce L. Udolf