UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :  Case No.   2:13-cr-72-FtM-29CM |
| PATRICIA LYNN HOUGH, | : |
| Defendant, | : |
| and | : |
| BANK OF AMERICA, N.A., | : |
| Garnishee. | : |

**UNITED STATES OF AMERICA'S UNOPPOSED
<u>MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to 28 U.S.C. § 3205(c)(7), respectfully requests that this Court enter a Final Order in Garnishment with respect to the Writ of Garnishment directed to Bank of America, N.A., Garnishee, and in support thereof, states as follows:

1.  Pursuant to the Federal Debt Collection Procedures Act of 1990 (28 U.S.C. §§ 2044, 3001 – 3308), the United States filed an Application for Writ of Garnishment for the purpose of garnishing defendant Patricia Lynn Hough's nonexempt interest in, including, but not limited to, a Money Market Savings account ending in 9374, to satisfy a judgment owed to the United States with a restitution

amount of $5,589,683.75 as of November 21, 2016.  A Writ directed to Garnishee was duly issued and served upon Garnishee.  Doc. 255.

2. Pursuant to the Writ, on June 20, 2016, Garnishee answered, stating that it had in its custody, control, or possession personal property belonging to and due the defendant, namely, a Money Market Savings account owned by the defendant valued at $50,998.90 as of June 20, 2016.[1]  Doc. 257.

3. The defendant was served with the garnishment and requested extensions of time to respond while the parties discussed a potential resolution. Docs. 258, 260, 263 and 265.

4. Based on an agreement recently reached by the parties, the defendant does not oppose the instant garnishment.  More than 20 days have now elapsed since defendant was served, and defendant has not filed a claim for exemption, nor objected to Garnishee's Answer or requested a hearing pursuant to 28 U.S.C. §§ 3202(b) and (d) and 3205(c)(5).  Therefore, all conditions for the entry of a Final Order in Garnishment against defendant's nonexempt interest in the Money Market Savings account in the custody of Bank of America, N.A. are fully satisfied, and the entry of a Final Order in Garnishment is appropriate.

5. Accordingly, pursuant to 28 U.S.C. § 3205(c)(7), it is appropriate for this Court to enter a Final Order in Garnishment directing Bank of America, N.A. to

---

[1] Garnishee also stated that it had restricted access to a safe deposit box. The United States is not pursuing the safe deposit box in this garnishment action.

liquidate the defendant's nonexempt interest in her Money Market Savings account and to pay over to the United States the proceeds of that account not to exceed $5,589,683.75, which represents the amount due and owing on the defendant's restitution obligation as of November 21, 2016. The payment made to the United States pursuant to this garnishment should bear the notation "Patricia Lynn Hough, Case No. 2:13-CR-72-FTM-29CM," be made payable to "Clerk, United States District Court," and be sent to:

>Clerk, United States District Court
>ATTN:   DCU
>401 West Central Boulevard, Suite 1200
>Orlando, Florida 32801

WHEREFORE, the United States of America respectfully requests that this Court enter a Final Order in Garnishment with respect to the Writ of Garnishment directed to Bank of America, N.A.

>Respectfully submitted,
>
>A. LEE BENTLEY, III
>United States Attorney
>
>By:   s/Suzanne C. Nebesky
>      SUZANNE C. NEBESKY
>      Assistant United States Attorney
>      Florida Bar Number 59377
>      Financial Litigation Unit/TD
>      400 North Tampa Street, Suite 3200
>      Tampa, Florida 33602
>      Telephone:   (813) 301-3069
>      Facsimile:   (813) 301-3103
>      E-mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Patricia Lynn Hough
Sarasota, FL 34236

*s/Suzanne C. Nebesky*
Assistant United States Attorney