UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No.   2:13-cr-72-FtM-29CM |
| PATRICIA LYNN HOUGH, | : |
| Defendant, | : |
| and | : |
| VALIC RETIREMENT SERVICES COMPANY, | : |
| Garnishee. | : |

**FINAL ORDER IN GARNISHMENT**

THIS CAUSE comes for consideration upon the United States of America's Unopposed Motion for Entry of Final Order in Garnishment (Doc. #268) filed on November 21, 2016, pursuant to 28 U.S.C. § 3205(c)(7) and against defendant Patricia Lynn Hough's Annuity Policy (number xxx0588) held by Valic Retirement Services Company.   The Court, having considered the instant Unopposed Motion for Entry of Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that the United States of America's Unopposed Motion for Entry of Final Order in Garnishment is **granted**.

It is further ORDERED, ADJUDGED, AND DECREED that Garnishee, Valic Retirement Services Company, shall liquidate the defendant's nonexempt interest in her Annuity Policy (number xxx0588), not to exceed $5,589,683.75. The payment made to the United States pursuant to this Order shall bear the notation "Patricia Lynn Hough, 2:13-cr-72-FtM-29CM," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further ORDERED, ADJUDGED, AND DECREED that upon payment to the United States of the proceeds of the defendant's nonexempt interest in her Annuity Policy (number xxx0588), the Writ of Garnishment directed to Valic Retirement Services Company, shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE and ORDERED** at Fort Myers, Florida, this   16th   day of December, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky, AUSA

2