UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## DEFENDANT PATRICIA LYNN HOUGH MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant Patricia Lynn Hough, by and through the undersigned counsel, and hereby files this Motion for Early Termination of Supervised Release, and in support thereof states as follows:

1. On January 22, 2016, this Honorable Court resentenced Dr. Hough, releasing her from further incarceration by sentencing her to time served, imposing a term of supervised release for a period of three years [DE 243 p. 3].

2. As Dr. Hough has successfully completed more than half of her period of supervised release in an exemplary and extraordinary fashion, she now seeks early termination of her supervision so that she can begin employment as the medical director of American Medical Resources Foundation. This new position will require extensive international travel, which will be unduly burdensome if she were to remain on supervised release.

3. Under 18 U.S.C. § 3583(e), the Court has authority to grant early termination of a previously imposed term of supervised release. §3583(e)(1) provides:

    (e)    Modification of conditions or revocation.– The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)

    (1)    terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

4.    The undersigned has consulted with United States Probation Officer John Holderman, who has been Dr. Hough's probation officer. Mr. Holderman has confirmed that Dr. Hough has been fully compliant with all the conditions of her release and has been involved and working with charitable organizations utilizing her medical training on the African continent. Mr. Holderman does not oppose the relief requested. The undersigned has also conferred with Caryn Finley, the prosecutor in this case, who has indicated that she opposes the relief sought herein.

5.    This motion is made in good faith.

WHEREFORE, the Defendant's respectfully requests that this Court enter an order immediately terminating the Defendant's period of supervised release, and for all other and further relief this Court deems just and proper.

Dated: July 26, 2017

    Respectfully submitted,

    **BRUCE L. UDOLF, P.A**.
    *Counsel for Defendant Hough*
    500 East Broward Blvd., Suite 1400
    Fort Lauderdale, Florida 33394
    Tel: (954) 858-8831/ Fax (954) 525-2134
    budolf@bruceudolf.com
    Fla. Bar No. 0899933

    By: /s/ Bruce L. Udolf

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 26th day of July, 2017.

By: /s/ Bruce L. Udolf