UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

## ORDER GRANTING PATRICIA LYNN HOUGH'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE having come before the Court without hearing on the Motion of Defendnat Patricia Lynn Hough for Early Termination of Supervised Release (the "Motion") [DE __] , and this Court having considered the motion and all other relevant factors does hereby:

ORDER AND ADJUDGE that the **Motion is GRANTED**. _____

_____

_____

_____

DONE AND ORDERED in Chambers at Fort Myers, Florida on this ___ day of _____, 2017.

                                                      _____
                                                      HONORABLE JOHN E. STEELE
                                                      DISTRICT COURT JUDGE

Copies furnished to:   Counsel of record via CM/ECF