UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:13-cr-00072-JES-UAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID LEON FREDERICK, and
PATRICIA LYNN HOUGH

    Defendants.
_____/

### DEFENDANT PATRICIA LYNN HOUGH *RENEWED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant Patricia Lynn Hough, by and through the undersigned counsel, and hereby files this *Renewed* Motion for Early Termination of Supervised Release, and in support thereof states as follows:

1. On January 22, 2016, this Honorable Court resentenced Dr. Hough, releasing her from further incarceration by sentencing her to time served, imposing a term of supervised release for a period of three years [DE 243 p. 3]. Her period of supervised release is set to terminate this January.

2. Under 18 U.S.C. § 3583(e), the Court has authority to grant early termination of a previously imposed term of supervised release. §3583(e)(1) provides:

> (e) Modification of conditions or revocation.– The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)
>
> > (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

3. On August 1, 2017, Dr. Hough moved the Court for early termination of her supervised release (DE 271). The Government opposed that motion (DE 272). In its August 1, 2017 Order (DE 273), the Court denied the motion cited to the Defendant's outstanding restitution.

4. Dr. Hough, although 71 years of age, has been employed full-time in demanding positions at non-profit organizations since beginning her term of supervised release. From January 2016 through July 2017, she worked for minimum wage at an animal rescue center where she trained volunteers, supervised adoptions, and provided medical care to sick animals.

5. In August, 2017, Dr. Hough was appointed to the position of Medical Director of the American Medical Resources Foundation, where she had served as a volunteer since 2004. As the Medical Director, she has made two trips to Senegal to evaluate hospitals and clinics. In addition, she organized a medical care program for trafficked boys at a church sponsored center. As a result of her efforts, a 40 foot container will depart May 4, 2018, carrying equipment for the Barthimee Hospital and two village clinics in Senegal. She has also assumed new duties to establish international hospital liaisons for the medical care of African children with rare diseases and heart defects. The difficulties Dr. Hough faces when travelling abroad are detailed in the attached letter from the President of the AMRF, attached hereto as Exhibit "A".

6. Dr. Hough has volunteered regularly for over a year and a half as a psychiatrist at a free medical clinic in Nokomis, FL. There, she treats uninsured and opioid addicted patients. She also continues to volunteer for her former employer, St. Francis Animal Rescue, as well as remaining active in her church as part of the community care committee.

7. Dr. Hough has spent more than one year completing all of the requirements of the Florida Board of Medical Quality Assurance and Board of Medicine, to have her full medical license reinstated. The stringent requirements by those boards included attendance at monthly supervisory meetings, two appearances before the Board, and fulfillment of special continuing medical education requirements. It is unlikely she will ever find higher paying employment in any organization as she remains a convicted felon, has suffered the loss of her medical board certification, and is unable to obtain malpractice insurance.

8. Dr. Hough has complied with all requests by the U.S. Marshal's office and the IRS.

9. Dr. Hough has been cooperative and conscientious about payment of Court ordered restitution to the U.S. Attorney's Office-Middle District, Financial Litigation Unit. Since February 2016, the U.S. Attorney's office has received 15% of her Social Security check as part of the government off-set program.

10. On November 17, 2016, Dr. Hough voluntarily entered into a formal Payment Agreement with the U.S. Attorney's office. *See*, Exhibit "B" attached hereto. This Payment Agreement includes provisions for the sale of her home and liquidation of retirement and savings accounts. The amounts paid thus far to the DOJ are as follows: Valic Pension Plan: $363.564.36, Vanguard Tax Free Bond: $339.150.18; Money Market Bank of America approximately $50,000, plus $50,000 cash (which sum was loaned to her by her sister). *See*, Payment Agreement attached hereto as Exhibit "B".

11. The home is still listed for sale per the terms of the Payment Agreement. Once sold, the Government will receive 75% of the sale proceeds to be applied to her outstanding restitution. The remaining 25% of the proceeds from the sale will be applied to her outstanding

fee obligation to her previous attorneys. In the meantime, the Government's position is protected by a lien on said property. *See,* Exhibit "C" attached hereto.

12. Further, with regard to her outstanding restitution, the IRS has closed its case, and deemed it "Currently Not Collectible". *See,* IRS letter dated March 6, 2018 attached hereto as Exhibit "D".

13. As Dr. Hough has successfully completed more than two thirds of her period of supervised release in an exemplary and extraordinary fashion, she now seeks early termination of her supervision so that she can effectively continue her role as Medical Director of the American Medical Resources Foundation ("AMRF"), which requires that she travel abroad, specifically to Canada and the United Kingdom. Both of these countries have entry restrictions placed on anyone on supervised release. *See*, letter from Victor Sologaistoa, President and CEO of AMRF attached hereto as Exhibit "A".

14. The assistant to the undersigned has conferred with Dr. Hough's probation officer, John Holderman. Mr. Holderman has confirmed that Dr. Hough has been fully compliant with all the conditions of her release and that he does not oppose the relief requested. Nevertheless, the prosecutor continues to oppose early termination of supervised release.

15. This motion is made in good faith.

WHEREFORE, the Defendant's respectfully requests that this Court enter an order immediately terminating the Defendant's period of supervised release, and for all other and further relief this Court deems just and proper.

Dated: May 2, 2018

                                      Respectfully submitted,

                                      **BRUCE L. UDOLF, P.A**.
                                      *Counsel for Defendant Hough*
                                      Broward Financial Centre
                                      500 East Broward Blvd., Suite 1400
                                      Fort Lauderdale, Florida 33394
                                      Tel: (954) 858-8831/ Fax (954) 525-2134
                                      budolf@bruceudolf.com
                                      Fla. Bar No. 0899933

                                      By: <u>/s/ Bruce L. Udolf</u>

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, on this 2nd day of May, 2018.

                                        By: <u>/s/ Bruce L. Udolf</u>